UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
In Re:    Priceline.com                 :    Master File No.
Securities Litigation                   :    3:00 cv 1884 (DJS)
----------------------------------:         ------------------
This document relates to                :
                                        :
3:00 CV 1884 (DJS) - Twardy             :
3:00 CV 1901 (DJS) - Weingarten         :
3:00 CV 1902 (DJS) - Berdakina          :
3:00 CV 1923 (DJS) - Mayer              :
3:00 CV 1924 (DJS) - Mazzo              :
3:00 CV 1954 (DJS) - Fialkov            :
3:00 CV 2049 (DJS) - Licht              :
3:00 CV 2122 (DJS) - Bazag              :
3:00 CV 2146 (DJS) - Breier             :
3:00 CV 2176 (DJS) - Farzam             :
3:00 CV 2232 (DJS) - Karas              :
3:00 CV 2280 (DJS) - Michols            :
----------------------------------:         January 7, 2004
```

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Margaret E. Haering as counsel of record for plaintiffs, as she has separated from the law firm of Hurwitz & Sagarin, LLC.  J. Daniel Sagarin and David A. Slossberg continue to represent the plaintiffs and no hardship will be caused by this withdrawal.

-2-

				_____
				J. Daniel Sagarin CT 04289
				David A. Slossberg CT 13116
				Hurwitz & Sagarin, LLC
				147 N. Broad Street
				Milford, CT  06460
				Telephone: (203) 877-8000
				Facsimile: (203) 878-9800

<u>Certificate of Service</u>

	This is to certify that copies of the foregoing were mailed, first class mail, to:

Joseph L. Clasen
Robinson & Cole LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT  06904-2305

Jules Brody, Esq.
Stull Stull & Brody
6 East 45th Street
New York, NY  10017

David R. Scott, Esq.
James E. Miller, Esq.
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT  06415

-3-

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
Law Offices of Dennis J. Johnson
1690 Williston Road
South Burlington, VT  05403

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Patrick A. Klingman, Esq.
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT  06106

Margaret E. Haering, Esq.
61 Center Street
Westport, CT  06880

on January 7, 2004.

                                              _____
                                              J. Daniel Sagarin