## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**RANDALL TWARDY obo Himself and
all Others Similarly Situated, ET AL**    :
    **Plaintiffs**

    **v.**    :   CIVIL NO.: 3:00cv1884(DJS)
        Consolidated with:
        3:00cv1901(DJS)
        3:00cv1902(DJS)
        3:00cv1923(DJS)
        3:00cv1924(DJS)
        3:00cv1954(DJS)
        3:00cv2049(DJS)
        3:00cv2122(DJS)
        3:00cv2146(DJS)
        3:00cv2176(DJS)
        3:00cv2232(DJS)
        3:00cv2280(DJS)

**PRICELINE.COM, INC., ET AL**    :
    **Defendants**

## **ORDER**

The Motion for Withdrawal Appearance (Doc. #90) of Margaret E. Haering is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   12th   day of January, 2004.

        /s/DJS
        Dominic J. Squatrito
        United States District Judge