UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM SECURITIES LITIGATION | Master File No.: 3:00cv1884(DJS) |
| This document relates to: ALL ACTIONS | February 10, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 15, the undersigned hereby moves to withdraw his appearance on behalf of the defendant Deloitte & Touche LLP. In support of such motion, the undersigned represents as follows:

1. The undersigned entered an Appearance on behalf of defendant Deloitte & Touche LLP.

3. On February 1, 2004, the undersigned left the employ of McCarter & English LLC.

4. Attorneys Peter Hull and Joel Casey of McCarter & English LLC will continue to represent the defendant Deloitte & Touche LLP in this matter.

-2-

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

>                               DEFENDANT
>                               Deloitte & Touche LLP
>
>
>                               By _____
>                               William H. Narwold (ct00133)
>                               CityPlace I
>                               Hartford, CT 06103
>                               (860) 275-6700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was mailed, postage prepaid, this 10th day of February, 2004, to:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James F. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel:   860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel:   212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel:   802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>Schatz & Nobel, PC<br>330 Main Street, 2nd Floor<br>Hartford, CT 06106-1851<br>Tel:   860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for Defendant Deloitte & Touche LLP** | **Attorneys for Defendant Jay S. Walker** |
|---|---|
| William R. Maguire, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004<br>Tel:    212-837-6000<br>Fax:   212-422-4726 | Martin Glenn, Esq.<br>Dana C. MacGrath, Esq.<br>O'Melveney & Myers LLP<br>153 East 53rd Street<br>New York, NY  10022<br>Tel:    212-326-2000<br>Fax:   212-326-2061<br><br>Joseph L. Clasen, Esq.<br>Robinson & Cole LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT  06904-2305<br>Tel:    (203) 462-7500<br>Fax:   (203) 462-7599<br><br>Frank F. Coulom, Jr., Esq.<br>Bradford S. Babbitt, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br>Tel:    (860) 275-8200<br>Fax:   (860) 275-8299 |

| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.** | **Attorneys for Defendants Twardy, Weingarten. Berdakina, Mayer. Mazzo. Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols** |
|---|---|
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore<br>825 Eight Avenue<br>New York, NY 10019<br>Tel:   212-474-1000<br>Fax:   212-474-3700<br><br>Joseph L. Clasen, Esq.<br>Robinson & Cole LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06904-2305<br>Tel:   (203) 462-7500<br>Fax:   (203) 462-7599<br><br>Frank F. Coulom, Jr., Esq.<br>Bradford S. Babbitt, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Tel:   (860) 275-8200<br>Fax:   (860) 275-8299 | David A. Slossberg, Esq.<br>Margaret F. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel:   203-877-8000<br>Fax:   203-878-9800 |

_____
William H. Narwold