UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**RANDALL TWARDY obo Himself and
all Others Similarly Situated, ET AL**     :
    **Plaintiffs**

    **v.**                                                     :   CIVIL NO.: 3:00cv1884(DJS)
        Consolidated with:
        3:00cv1901(DJS)
        3:00cv1902(DJS)
        3:00cv1923(DJS)
        3:00cv1924(DJS)
        3:00cv1954(DJS)
        3:00cv2049(DJS)
        3:00cv2122(DJS)
        3:00cv2146(DJS)
        3:00cv2176(DJS)
        3:00cv2232(DJS)
        3:00cv2280(DJS)

**PRICELINE.COM, INC., ET AL**            :
    **Defendants**

**ORDER**

The Motion to Withdraw Appearance (Doc. #92) of William H. Narwald is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___18th___ day of February, 2004.

                                        /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge