FILED

2004 JUN -2 A 10: 17

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: PRICELINE.COM SECURITIES LITIGATION

This document relates to:

ALL ACTIONS

Master File No.: 3:00cv1884(DJS)

June 1, 2004

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), moves to withdraw his appearance on behalf of Defendant Deloitte & Touche LLP. In support of such motion, the undersigned represents as follows:

1. This attorney previously entered his Appearance on behalf of Deloitte & Touched LLP.

2. The undersigned is no longer practicing at McCarter & English, LLP.

3. Accordingly, the involvement of the undersigned in this matter has terminated.

4. Deloitte & Touche LLP currently is represented by other counsel at McCarter & English, LLP.

Respectfully submitted

By_____
Peter W. Hull (CT 17230)
McCarter & English, LLP
CityPlace I
Hartford, Connecticut 06103
Tel: (860) 275-6700

Attorneys for Defendant
Deloitte & Touche LLP

Of Counsel:

William R. Maguire (CT 23375)
Carla A. Kerr (CT 23376)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000

Eric H. Fisher
DELOITTE & TOUCHE USA LLP
1633 Broadway
New York, New York 10019-6754
Tel: (212) 492-4020

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was mailed, postage prepaid, this 1st day of June, 2004, to:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>James F. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel:   860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel:   212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel:   802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>Schatz & Nobel, PC<br>330 Main Street, 2nd Floor<br>Hartford, CT 06106-1851<br>Tel:   860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for Defendant Deloitte & Touche LLP**<br><br>William R. Maguire, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel:   212-837-6000<br>Fax:  212-422-4726 | **Attorneys for Defendant Jay S. Walker**<br><br>Martin Glenn, Esq.<br>Dana C. MacGrath, Esq.<br>O'Melveney & Myers LLP<br>153 East 53rd Street<br>New York, NY 10022<br>Tel:   212-326-2000<br>Fax:  212-326-2061<br><br>Joseph L. Clasen, Esq.<br>Robinson & Cole LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06904-2305<br>Tel:   (203) 462-7500<br>Fax:  (203) 462-7599<br><br>Frank F. Coulom, Jr., Esq.<br>Bradford S. Babbitt, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Tel:   (860) 275-8200<br>Fax:  (860) 275-8299 |
|---|---|

| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.** | **Attorneys for Defendants Twardy, Weingarten. Berdakina, Mayer. Mazzo. Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols** |
|---|---|
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore<br>825 Eight Avenue<br>New York, NY  10019<br>Tel:    212-474-1000<br>Fax:    212-474-3700<br><br>Joseph L. Clasen, Esq.<br>Robinson & Cole LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT  06904-2305<br>Tel:    (203) 462-7500<br>Fax:    (203) 462-7599<br><br>Frank F. Coulom, Jr., Esq.<br>Bradford S. Babbitt, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br>Tel:    (860) 275-8200<br>Fax:    (860) 275-8299 | David A. Slossberg, Esq.<br>Margaret F. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT  06460<br>Tel:    203-877-8000<br>Fax:    203-878-9800 |

_____
Peter W. Hull

HARTFORD: 615854.01