**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**RANDALL TWARDY obo Himself and**
**all Others Similarly Situated, ET AL**       :
    **Plaintiffs**

        **v.**                                     :  **CIVIL NO.: 3:00cv1884(DJS)**
                                      **Consolidated with:**
                                      **3:00cv1901(DJS)**
    **3:00cv1902(DJS)**
    **3:00cv1923(DJS)**
    **3:00cv1924(DJS)**
    **3:00cv1954(DJS)**
    **3:00cv2049(DJS)**
    **3:00cv2122(DJS)**
    **3:00cv2146(DJS)**
    **3:00cv2176(DJS)**
    **3:00cv2232(DJS)**
    **3:00cv2280(DJS)**

**PRICELINE.COM, INC., ET AL**          :
    **Defendants**

**ORDER**

The Motion to Withdraw Appearance (Doc. #95) of Peter W. Hull is hereby

**GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___3rd___ day of June, 2004.

        /s/DJS
        Dominic J. Squatrito
        United States District Judge