UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com Securities Litigation | Civil Action No. 3:00-cv-01884 (DJS)<br><br>**ALL CASES**<br><br>June 23, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Patrick A. Klingman respectfully moves, pursuant to Local Civil Rule 7(e), for leave to withdraw his appearance for Lead Plaintiffs in the above-captioned action. Attorneys Andrew M. Schatz (ct00603) and Jeffrey S. Nobel (ct04855) will continue to serve as liaison counsel for Lead Plaintiffs.

Respectfully submitted,

**THE PLAINTIFFS**

By: _/s/ Andrew M. Schatz_
Andrew M. Schatz (ct00603)
Jeffrey S. Nobel (ct04855)
Patrick A. Klingman (ct17813)
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street  Suite 1700
Hartford, Connecticut  06103-3290
(860) 493-6292

**Liaison Counsel**

David R. Scott (ct16080)
**Scott + Scott, LLC**
108 Norwich Avenue
Colchester, Connecticut 06415
(860) 537-5537

Dennis J. Johnson
Jacob B. Perkinson
**Johnson & Perkinson**
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030

Jules Brody
Aaron Brody
**Stull, Stull & Brody**
6 East 45th Street
New York, New York 10017
(212) 687-7230

**Co-Lead Plaintiffs Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2004, a copy of the foregoing was sent, via first class mail, postage prepaid, to:

Joseph L. Clasen
Robinson & Cole LLP
Financial Centre
695 East Main Street, P.O. Box 10305
Stamford, Connecticut 06904-2305

Martin Glenn
O'Melveny & Myers LLP
153 East 53rd Street
New York, New York 10022

Evan R. Chesler
Cravath, Swaine & Moore
825 Eighth Avenue
New York, New York 10019

Eric W. Wiechmann
McCarter & English, LLP
CityPlace I
185 Asylum Street 36th Floor
Hartford, Connecticut 06103-3495

William R. Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482

_____
Patrick A. Klingman