UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com Securities Litigation | : : : : : : : | Civil Action No. 3:00-cv-01884 (DJS)<br><br>**ALL CASES**<br><br>June 23, 2004 |

### APPEARANCE

Please enter the appearance of Justin S. Kudler in the above-captioned action on behalf of Lead Plaintiffs.

Respectfully submitted,

**THE PLAINTIFFS**


By:_____
Andrew M. Schatz (ct00603)
Jeffrey S. Nobel (ct04855)
Justin S. Kudler (ct25167)
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street  Suite 1700
Hartford, Connecticut  06103-3290
(860) 493-6292

**Liaison Counsel**

David R. Scott (ct16080)
**Scott + Scott, LLC**
108 Norwich Avenue
Colchester, Connecticut 06415
(860) 537-5537

Dennis J. Johnson
Jacob B. Perkinson
**Johnson & Perkinson**
1690 Williston Road
South Burlington, Vermont  05403
(802) 862-0030

Jules Brody
Aaron Brody
**Stull, Stull & Brody**
6 East 45th Street
New York, New York  10017
(212) 687-7230

**Co-Lead Plaintiffs Counsel**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this ____ day of June, 2004, a copy of the foregoing was sent, via first class mail, postage prepaid , to:

| | |
|---|---|
| Joseph L. Clasen<br>Robinson & Cole LLP<br>Financial Centre<br>695 East Main Street, P.O. Box 10305<br>Stamford, Connecticut 06904-2305 | Eric W. Wiechmann<br>McCarter & English, LLP<br>CityPlace I<br>185 Asylum Street 36th Floor<br>Hartford, Connecticut 06103-3495 |
| Martin Glenn<br>O'Melveny & Myers LLP<br>153 East 53rd Street<br>New York, New York 10022 | William R. Maguire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004-1482 |
| Evan R. Chesler<br>Cravath, Swaine & Moore<br>825 Eighth Avenue<br>New York, New York 10019 | |

                                                                             _____
                                                                                 Justin S. Kudler