UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**RANDALL TWARDY obo Himself and
all Others Similarly Situated, ET AL**    :
    **Plaintiffs**

    v.    : CIVIL NO.: 3:00cv1884(DJS)
      Consolidated with:
      3:00cv1901(DJS)
      3:00cv1902(DJS)
      3:00cv1923(DJS)
      3:00cv1924(DJS)
      3:00cv1954(DJS)
      3:00cv2049(DJS)
      3:00cv2122(DJS)
      3:00cv2146(DJS)
      3:00cv2176(DJS)
      3:00cv2232(DJS)
      3:00cv2280(DJS)

**PRICELINE.COM, INC., ET AL**    :
    **Defendants**

## ORDER

The Motion to Withdraw Appearance (Doc. #97) of Patrick A. Klingman is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __28th__ day of June, 2004.

                 /s/DJS
                 Dominic J. Squatrito
                 United States District Judge