UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In Re: Priceline.com**<br>**Securities Litigation**<br><br>**This document relates to:**<br><br>**ALL ACTIONS** | Master File No.: 3:00cv1884(DJS)<br><br><br>October 4, 2004 |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

NOW COME Lead Plaintiffs, by and through Co-Lead Counsel, and hereby respectfully submit this supplemental authority for the Court's consideration relating to issues before the Court on the pending Motion to Dismiss filed by priceline.com and the Individual Defendants.

In *Asher v. Baxter International, Inc.*, 377 F.3d 727 (7th Cir. 2004) (attached hereto as Exhibit A), the Seventh Circuit Court of Appeals addressed the question of whether a securities complaint can be dismissed as a matter of law based on the "safe harbor" defense adopted by the Private Securities Litigation Reform Act of 1995. The Appellate Court concluded that at the pleading stage, where plaintiffs have alleged there were risk factors known to Defendants but which were not disclosed to the public which could have affected the company's performance or condition, the safe harbor defense cannot be decided as a matter of law. *Asher*, 377 F.3d at 734. The court's holding demonstrates that the fact-intensive nature of the safe-harbor defense makes it unlikely a complaint can be dismissed on this basis prior to discovery. *Id.*

The Defendants rely on the PSLRA's safe harbor provisions throughout their briefing on their Motion to Dismiss (*see, e.g.*, Defendant's Memorandum In Support of Motion to Dismiss at 9-10, 18, 20, 23, 25-26, 28-29, 35-36 and 38-39), and the *Asher* case therefore presents relevant and persuasive authority on the issues raised by Defendants as well as Plaintiffs' Opposition which urged the reasoning adopted by the *Asher* court in light of the alleged insufficiencies of Defendants' disclosures and the allegations that Defendants knew of risk factors they failed to reveal.  See Opposition at 15-25, 34-50.  For example, Defendants claim that they disclosed the risk that the priceline business model was untested (Def. Mem. at 25-26), however, Plaintiffs allege that Defendants knew at the time of that disclosure that efforts to extend the priceline business model were in fact not working and that Defendants failed to disclose this risk factor. Plaintiffs' Opposition at 15, 24-25.

The Seventh Circuit's opinion in *Asher* is consistent with recent authority in this Circuit. *See, e.g., In re: AOL Time Warner, Inc. Securities and "ERISA" Litigation*, 2004 WL 992991, *18-19 (May 5, 2004, S.D.N.Y.) (where speaker is alleged to have known that the forward looking statement was misleading the safe harbor provisions do not apply) (attached hereto as Exhibit B); *see also, In re: Vivendi Universal, S.A. Sec. Litig.*, 2003 WL 22489764, *18 (Nov. 3, 2003, S.D.N.Y.) (generic warnings that results may differ from those projected do not suffice to bring statements within the protection of the PSLRA's safe harbor) (attached hereto as Exhibit C).

For the Court's convenience, Plaintiffs submit herewith a copy of the *Asher* opinion and the other opinions cited herein.

Dated October 4, 2004

                                          Respectfully submitted,

By:\_\_\_\_/s/ Justin S. Kudler_____
Andrew M. Schatz (ct00603)
Jeffrey S. Nobel (ct04855)
Justin S. Kudler (ct25167)
**SCHATZ & NOBEL, P.C.**
One Corporate Center, 17th Floor
20 Church Street
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290

**Liaison Counsel**

Dennis J. Johnson
Jacob B. Perkinson
**JOHNSON & PERKINSON**
1690 Williston Road
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

David R. Scott (CT16080)
**SCOTT + SCOTT, LLC**
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-3818
Fax: (860) 537-4432

Jules Brody
Aaron Brody
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

**Lead Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2004, a copy of the foregoing was sent, via first class mail, postage prepaid, to:

Joseph L. Clasen
Robinson & Cole LLP
Financial Centre
695 East Main Street, P.O. Box 10305
Stamford, Connecticut  06904-2305

Eric W. Wiechmann
McCarter & English, LLP
CityPlace I
185 Asylum Street  36th Floor
Hartford, Connecticut  06103-3495

Martin Glenn
O'Melveny & Myers LLP
153 East 53rd Street
New York, New York 10022

William R. Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York  10004-1482

Evan R. Chesler
Cravath, Swaine & Moore
825 Eighth Avenue
New York, New York  10019

        /s/ Justin S. Kudler
        Justin S. Kudler