# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re:  Priceline.com Inc. Securities Litigation | : | **Master File No.** |
| | : | **3:00cv1884 (DJS)** |
| ------------------------------------------------------ | : | |
| **This document relates to:   All Pending Actions** | : | |
| | | **October 18, 2004** |
| | : | |

## CONSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Civil Rules for the District of Connecticut, defendants Priceline.com Inc., Richard S. Braddock, Daniel H. Schulman, N.J. Nichols and Jay S. Walker, hereby move for an extension of time of sixty (60) days from October 25, 2004 until and including December 24, 2004 to answer the Consolidated Amended Complaint (the "Complaint").  In the event that plaintiffs amend the Complaint further, the parties anticipate agreeing to a schedule for the defendants to answer, move or otherwise respond to that pleading, should there be one.  In support of their motion, defendants state as follows:

1. This is the first such request for an extension of time by the defendants. Defendants have contacted counsel for plaintiffs, Erin G. Comite of Scott & Scott, and she has consented to the requested extension of time.

2. This consolidated securities action involves twenty-three (23) putative class action lawsuits currently pending in this District.

STAM1-766739-1

3. On October 7, 2004, the Court issued its Memorandum of Decision in which it granted in part and denied in part the defendants' motions to dismiss. In its Decision, the Court dismissed certain claims without prejudice and allowed plaintiffs leave to amend the Complaint, if desired, to address and attempt to cure the deficiencies cited in the Court's Decision. Absent an extension of time, defendants' answer to the Complaint would be due on October 25, 2004.

4. At this time, plaintiffs' counsel has advised defendants that they have not yet decided whether to amend the Complaint. The requested extension will allow the defendants to defer an answer to the Complaint until after plaintiffs have made a decision regarding amendment. Should the plaintiffs choose to amend the Complaint, the parties anticipate agreeing to a schedule for the defendants to respond only to that amended pleading.

5. Should plaintiffs choose not to amend, more time is needed for the defendants to answer the current Complaint. Presently, the Complaint is almost 250 pages long. Defendants will be required to expend substantial time to prepare their answer to a pleading of such length. More time is needed for this reason as well.

6. Finally, defendants submit that in these circumstances, the interests of judicial economy and convenience to the parties are best served by the above-requested extension of time. There is also no prejudice to any party by the requested extension.

For all of these reasons, the defendants respectfully request that the Court grant the extension of time up to and including December 24, 2004.

>Respectfully submitted,
>
>THE DEFENDANTS
>
>PRICELINE.COM, INC., RICHARS S. BRADDOCK, DANIEL H. SCHULMAN, N.J. NICHOLS and JAY S. WALKER
>
>By: _____/s/_____Joseph L. Clasen_____
>Joseph L. Clasen (ct04090)
>ROBINSON & COLE LLP
>Financial Centre
>695 East Main Street
>P.O. Box 10305
>Stamford, Connecticut 06904-2305
>Tel: (203) 462-7500
>Fax: (203) 462-7599
>E-mail: jclasen@rc.com

# CERTIFICATION

I hereby certify that a copy of the foregoing Consented to Motion for Extension of Time was mailed this __18th__ day of October, 2004 via first class mail to the following counsel of record:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>Schatz & Nobel, PC<br>330 Main Street, 2nd Floor<br>Hartford, CT  06106-1851<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for Defendant Deloitte & Touche LLP**<br><br>Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>McCarter & English<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel: 860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | **Attorneys for Defendant Jay S. Walker**<br><br>Martin Glenn, Esq.<br>Dana C. MacGrath, Esq.<br>O'Melveney & Myers LLP<br>153 East 53rd Street<br>New York, NY 10022<br>Tel: 212-326-2000<br>Fax: 212-326-2061 |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore<br>825 Eight Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

      /s/   Joseph L. Clasen
Joseph L. Clasen