# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---

IN RE: **PRICELINE.COM**, INC,
SECURITIES LITIGATION

**APPEARANCE**

---

This document relates to:

ALL ACTIONS

CASE NUMBER: 3:00CV01884 (DJS)

---

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Leads Plaintiffs Leisinger Pension **Fund,** Iliana Ilieva, Mark **Weiss,** Marilyn **D. Egel** and Joseph **Wilenkin.**

10/29/ 2004
**Date**

CT24886
**Connecticut Federal Bar Number**

860/537-5537
Telephone Number

860/537-4432
**Fax** Number

ecomite@scott-scott.com
**E-mail address**

*[Signature]*
Signature

Erin Green Comite
Print Clearly or Type Name

Scott + **Scott,** LLC
P. O. Box 192, 108 Norwich Avenue
**Address**

Colchester, CT 06415

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Service List attached hereto and incorporated herein.

*[Signature]*
Signature

(Use additional **pages,** if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## SERVICE LIST

Dennis J. Johnson, Esquire
Jacob B. Perkinson, Esquire
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403
Tel: 802-862-0030
Fax: 802-862-0060

Jules Brody, Esquire
Aaron Brody, Esquire
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022

Andrew M. Schatz, Esquire
Jeffrey S. Nobel, Esquire
Patrick A. Klingman, Esquire
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106
Tel: 860-493-6292
Fax: 860-493-6290

William R. Maguire, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Tel: 212-837-6000
Fax: 212-422-4726

Martin Glenn, Esquire
Dana C. MacGrath, Esquire
O'Melveney & Myers LLP
153 East 53rd Street
New York, NY 10022
Tel: 212-326-2000
Fax: 212-326-2061

Joseph L. Clasen, Esquire
Bradford S. Babbitt, Esquire
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Tel: 203-462-7500
Fax: 203-462-7599

Evan R. Chesler, Esquire
Daniel Slifkin, Esquire
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019
Tel: 212-474-1000
Fax: 212-474-3700

David S. Slossberg, Esquire
Margaret F. Haering, Esquire
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, CT 06460
Tel: 203-877-8000
Fax: 203-878-9800