IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (DJS) |
| ------------------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| ALL PENDING ACTIONS | : | |
| | : | November 23, 2004 |

**MOTION TO ADMIT VISITING ATTORNEY**

Pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure, William J. Kelleher, III, a member of the bar of this Court, respectfully moves this Court for an order admitting James G. Hein, Jr., a visiting lawyer, to the United States District Court for the District of Connecticut for purposes of the above-captioned civil actions. Mr. Hein is an associate in the law firm of Cravath, Swaine & Moore LLP, 825 Eighth Avenue, Worldwide Plaza, New York, New York 10019. Mr. Hein is a member in good standing of the bar of the State of New York (Appellate Division, Second Department).

Upon information and belief, Mr. Hein has not been denied admission or disciplined by this or any other Court.

WHEREFORE, the undersigned respectfully moves that Mr. Hein be admitted as a visiting lawyer in this action to represent the defendants.

Pursuant to Local Rule 83.1(d)(2), a $25.00 filing fee accompanies this motion. Mr. Hein's declaration under Local Rule 83.1(d)(1) is attached as Exhibit A.

STAM1-734154-1

2

| | |
|---|---|
| November 23, 2004 | DEFENDANTS<br>PRICELINE.COM INC.,<br>JAY S. WALKER, N.J. NICHOLAS,<br>DANIEL SCHULMAN AND<br>RICHARD S. BRADDOCK |

     /s/     William J. Kelleher, III
Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com

# CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Admit Visiting Attorney was mailed this 23rd day of November, 2004 via first class mail to the following counsel of record:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel: 212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>Schatz & Nobel, PC<br>330 Main Street, 2nd Floor<br>Hartford, CT  06106-1851<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for Defendant Deloitte & Touche LLP**<br><br>Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>McCarter & English<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel: 860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | **Attorneys for Defendant Jay S. Walker**<br><br>Martin Glenn, Esq.<br>Dana C. MacGrath, Esq.<br>O'Melveny & Myers LLP<br>153 East 53rd Street<br>New York, NY 10022<br>Tel: 212-326-2000<br>Fax: 212-326-2061 |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore<br>825 Eight Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

          /s/    William J. Kelleher, Jr.
William J. Kelleher III