# EXHIBIT

# A

STAM1-768883-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (DJS) |
| ------------------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| ALL PENDING ACTIONS | : | |
| | : | November 22, 2004 |

## **DECLARATION OF JAMES G. HEIN, JR.**

I, JAMES G. HEIN, JR., declare as follows pursuant to L. Civ. R. 83.1(d):

1.    I am an associate in the firm Cravath, Swaine & Moore LLP, 825 Eighth Avenue, Worldwide Plaza, New York, New York 10019; telephone (212) 474-1000; facsimile (212) 474-3700.

2.    I am a member in good standing of the bar of the state of New York (Appellate Division, Second Department).

3.    I have never been denied admission or disciplined by this Court, or any other court.

4.    I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this <u>22</u> day of November, 2004, at New York, New York.

                                                                                          /s/    James G. Hein, Jr.
                                                                                             James G. Hein, Jr.