IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (DJS) |
| ------------------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| ALL PENDING ACTIONS | : | |
| | : | November 23, 2004 |

## **MOTION TO ADMIT VISITING ATTORNEY**

Pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure, William J.

Kelleher, III, a member of the bar of this Court, respectfully moves this Court for an order

admitting Christine L. Arena, a visiting lawyer, to the United States District Court for the

District of Connecticut for purposes of the above-captioned civil actiond.  Ms. Arena is

an associate in the law firm of Cravath, Swaine & Moore LLP, 825 Eighth Avenue,

Worldwide Plaza, New York, New York 10019.  Ms. Arena is a member in good standing

of the bar of the States of New York and New Jersey.  She is also admitted to practice

before the following courts:  New York State (Appellate Division, First Department), and

U.S. District Courts for the Northern, Southern and Eastern Districts of New York, and

the District of New Jersey.

Upon information and belief, Ms. Arena has not been denied admission or

disciplined by this or any other Court.

WHEREFORE, the undersigned respectfully moves that Ms. Arena be admitted as

a visiting lawyer in this action to represent the defendants.

STAM1-734154-1

2

Pursuant to Local Rule 83.1(d)(2), a $25.00 filing fee accompanies this motion.

Ms. Arena's declaration under Local Rule 83.1(d)(1) is attached as Exhibit A.


November 23, 2004                              DEFENDANTS
                                              PRICELINE.COM INC.,
                                              JAY S. WALKER, N.J. NICHOLAS,
                                              DANIEL SCHULMAN AND
                                              RICHARD S. BRADDOCK


                                              ____/s/____ William J. Kelleher, III
                                              Joseph L. Clasen (ct04090)
                                              William J. Kelleher, III (ct22140)
                                              ROBINSON & COLE, LLP
                                              Financial Centre
                                              695 East Main Street
                                              P.O. Box 10305
                                              Stamford, CT 06904-2305
                                              Telephone:  (203) 462-7500
                                              Fax:  (203) 462-7599
                                              jclasen@rc.com
                                              wkelleher@rc.com

2

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Admit Visiting Attorney was mailed this 23rd day of November, 2004 via first class mail to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>Schatz & Nobel, PC<br>330 Main Street, 2nd Floor<br>Hartford, CT  06106-1851<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| Attorneys for Defendant Deloitte & Touche LLP | Attorneys for Defendant Jay S. Walker |
|---|---|
| Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>McCarter & English<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel:  860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | Martin Glenn, Esq.<br>Dana C. MacGrath, Esq.<br>O'Melveny & Myers LLP<br>153 East 53rd Street<br>New York, NY  10022<br>Tel: 212-326-2000<br>Fax: 212-326-2061 |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.** | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols** |
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore<br>825 Eight Avenue<br>New York, NY 10019<br>Tel:  212-474-1000<br>Fax:  212-474-3700 | David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT  06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

      /s/     William J. Kelleher, III
William J. Kelleher III

4