# EXHIBIT

# A

STAM1-768893-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (DJS) |
| -------------------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| ALL PENDING ACTIONS | : | November 22, 2004 |

## DECLARATION OF CHRISTINE L. ARENA

I, CHRISTINE L. ARENA, declare as follows pursuant to L. Civ. R. 83.1(d):

1. I am an associate in the firm Cravath, Swaine & Moore LLP, 825 Eighth Avenue, Worldwide Plaza, New York, New York 10019; telephone (212) 474-1000; facsimile (212) 474-3700.

2. I am a member in good standing of the bar of the states of New York and New Jersey.

3. I am also admitted to practice before the following courts: United States District Courts for the Northern, Southern and Eastern Districts of New York, and the District of New Jersey.

4. I have never been denied admission or disciplined by this Court, or any other court.

5. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

3

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this <u>22</u> day of November, 2004, at New York, New York.

                                           /s/     Christine L. Arena
                                            Christine L. Arena

3