IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: Priceline.com
Securities Litigation

--------------------------------------------------------

This document relates to:

ALL PENDING ACTIONS

:
:
:
:
:
:
:
:
:
:
:

Master File No.
3:00cv1884 (DJS)

December 10, 2004

## DEFENDANTS' CROSS-MOTION FOR ENTRY OF
## AN APPROPRIATE PROTECTIVE ORDER

Defendants priceline.com Incorporated, Jay S. Walker, N.J. Nicholas,

Daniel H. Schulman and Richard S. Braddock (collectively, the "Defendants")

respectfully move, pursuant to Fed. R. Civ. P. 26(c), for an appropriate protective order to

govern the exchange and disclosure of confidential information in the above-captioned

case.

The motion is supported by the concurrently filed (1) Memorandum of

Law In Opposition to Lead Plaintiffs' Motion for Entry of a Confidentiality Order and In

Support of Defendants' Cross-Motion for Entry of an Appropriate Protective Order,

(2) Declaration of Christine L. Arena and (3) Declaration of Mitchell L. Truwit.

December 10, 2004

DEFENDANTS
PRICELINE.COM INC.,
JAY S. WALKER, N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK

Joseph L. Clasen (ct04090)
William J. Kelleher, III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com

OF COUNSEL:

Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas,*
*Daniel Shulman and Richard S. Braddock*

Albert M. Myers, III, Esq.
PAUL, HASTING, JANOFSKY & WALKER LLP
600 Peachtree Street, NE
24th Floor
Atlanta, GA 30308
(404) 815-2400
*Attorneys for Jay S. Walker*

2

## CERTIFICATION

I hereby certify that a copy of the foregoing Cross-Motion for Entry of an

Appropriate Protective Order was mailed this 10th day of December, 2004 via first class

mail to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | |
|---|---|
| **Attorneys for Defendant Deloitte & Touche LLP**<br><br>Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>McCarter & English<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel:  860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | **Attorneys for Defendant Jay S. Walker**<br><br>Martin Glenn, Esq.<br>Dana C. MacGrath, Esq.<br>O'Melveny & Myers LLP<br>153 East 53rd Street<br>New York, NY  10022<br>Tel: 212-326-2000<br>Fax: 212-326-2061<br><br>Martin Glenn<br>Dana C. MacGrath<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone:  (212) 326-2200<br>Fax:  (212) 326-2061 |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:  212-474-1000<br>Fax:  212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT  06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

Melissa Sullivan