UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation | : Master File No.<br>: 3:00cv1884 (DJS) |
| ------------------------------------------- | : |
| This document relates to: | : |
| ALL PENDING ACTIONS | : |
| | : December 10, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following documents:

1. Memorandum of Law in Support of Defendants' Cross-Motion for Entry of An Appropriate Protective Order, together with Exhibits (A) through (E) thereto; and

2. Exhibits (1) through (17) to the Affidavit of Christine Arena dated December 9, 2004 filed in Support of Defendants' Cross-Motion for Entry of An Appropriate Protective Order;

These documents are not being filed on disk in pdf. format because the electronic file size of each filing exceeds 1.5 megabytes. These documents have been manually served on all parties.

STAM1-769982-1

Respectfully submitted,

>    DEFENDANTS
>    PRICELINE.COM INC.,
>    JAY S. WALKER, N.J. NICHOLAS,
>    DANIEL SCHULMAN AND
>    RICHARD S. BRADDOCK
>
>    /s/ Joseph L. Clasen
>    Joseph L. Clasen (ct04090)
>    William J. Kelleher III (ct22140)
>    Melissa Sullivan (ct24443)
>    ROBINSON & COLE, LLP
>    Financial Centre
>    695 East Main Street
>    P.O. Box 10305
>    Stamford, CT 06904-2305
>    Telephone: (203) 462-7500
>    Fax: (203) 462-7599
>    jclasen@rc.com
>    wkelleher@rc.com
>    msullivan@rc.com

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed this 10th day of December, 2004 via first class mail to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| Attorneys for Defendant Deloitte & Touche LLP | Attorneys for Defendant Jay S. Walker |
|---|---|
| Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>McCarter & English<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel: 860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | Martin Glenn, Esq.<br>Dana C. MacGrath, Esq.<br>O'Melveny & Myers LLP<br>153 East 53rd Street<br>New York, NY 10022<br>Tel: 212-326-2000<br>Fax: 212-326-2061<br><br>Martin Glenn<br>Dana C. MacGrath<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2200<br>Fax: (212) 326-2061 |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

_/s/ Melissa Sullivan_
Melissa Sullivan