UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ------------------------------------------------------- X<br>, IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br><br><br>This document relates to:<br><br>ALL ACTIONS<br><br><br>------------------------------------------------------- X | : MASTER FILE NO.<br>: 3:00CV01884 (DJS)<br>:<br>:<br>:<br>:<br>:<br>: DECEMBER 13, 2004<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR ADMISSION OF GEOFFREY M. JOHNSON  TO APPEAR AS A VISITING LAWYER

PURSUANT TO Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of GEOFFRY M. JOHNSON of Scott + Scott, LLC, 33 River Street, Chargin Falls, OH  44022, to appear as a visiting lawyer, *pro hac vice*, for Lead Plaintiffs, Leisinger Pension Fund, Iliana Ilieva, Mark Weiss, Marilyn D. Egel and Joseph Wilenkin..

Attorney Johnson is in good standing of the Bar of Ohio as well as the United States District Courts for the Northern District of Ohio and the U.S. Court of Appeals, Sixth Circuit.  Attorney Johnson has not been denied admission to or disciplined by this court or any other court.  Please see the attached Affidavit of GEOFFREY M. JOHNSON.

Dated:  December 13, 2004        **PLAINTIFF,**

          By:_____/s/_____
          DAVID R. SCOTT (Bar No. CT16080)
          ERIN GREEN COMITE (Bar No. CT24886)
          108 Norwich Avenue
          Colchester, CT  06415
          Telephone:  860/537-5537
          860/537-4432 (fax)
          Emails:  D. Scott:  drscott@scott-scott.com
                   E. Comite:  ecomite@scott-scott.com


**SCOTT + SCOTT, LLC**
Geoffrey M. Johnson
33 River Street
Chargin Falls, OH  44022
Telephone:  440/247-8200
440/247-8275 (fax)
Email:  gjohnson@scott-scott.com


**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
1690 Williston Road
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

**STULL, STULL & BRODY**
Jules  Brody
Aaron Brody
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

**Plaintiffs' Lead Counsel**

**SCHATZ & NOBEL, P.C.**
Andrew M. Schatz CT00603
Jeffrey S. Nobel CT04855
Patrick A. Klingman CT17813
330 Main Street
Hartford, CT 06106
Tel: (860) 493-6292
Fax: (860) 493-6290

**Plaintiffs' Liaison Counsel**

CERTIFICATE OF SERVICE

On this the 13th day of December, 2004, the foregoing document was served by First Class Mail on the Counsel of Record listed on the attached Service List.

    /s/
David R. Scott

**SERVICE LIST**

Dennis J. Johnson, Esquire
Jacob B. Perkinson, Esquire
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403
Tel: 802-862-0030
Fax: 802-862-0060

Jules Brody, Esquire
Aaron Brody, Esquire
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022

Andrew M. Schatz, Esquire
Jeffrey S. Nobel, Esquire
Patrick A. Klingman, Esquire
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106
Tel: 860-493-6292
Fax: 860-493-6290

William R. Maguire, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Tel:  212-837-6000
Fax:  212-422-4726

Martin Glenn, Esquire
Dana C. MacGrath, Esquire
O'Melveney & Myers LLP
153 East 53rd Street
New York, NY 10022
Tel:  212-326-2000
Fax:  212-326-2061

Joseph L. Clasen, Esquire
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Tel:  203-462-7500
Fax:  203-462-7599

Daniel Slifkin, Esquire
Christine Arena, Esquire
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019
Tel:  212-474-1000
Fax:  212-474-3700

David S. Slossberg, Esquire
Margaret F. Haering, Esquire
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, CT 06460
Tel: 203-877-8000
Fax: 203-878-9800