UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------, X
IN RE: PRICELINE.COM, INC.               :   MASTER FILE NO.
SECURITIES LITIGATION                    :   3:00CV01884 (DJS)
                                         :
                                         :
                                         :
This document relates to:                :
                                         :
ALL ACTIONS                              :
                                         :   DECEMBER 13, 2004
                                         :
---------------------------------------------------------  :
                                         X

### AFFIDAVIT OF GEOFFREY M. JOHNSON IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR AS VISITING ATTORNEY

1.　　I am an attorney in good standing and have been admitted to the Bar of the State of Ohio (admitted in November 2000, Bar No. 0073084) as well as the U. S. District Court for the Northern District of Ohio (admitted July 25, 2001, Bar No. 0073084) and the U. S. Court of Appeals, Sixth Circuit on August 2, 2001. I have never been reprimanded, suspended from the practice of law, placed on inactive status or disbarred. I have no grievances pending against me, nor have I ever resigned from the practice of law.

2.　　In 1996, I received a Bachelor of Arts degree from Grinnell College in Grinnell, Iowa and I was awarded a Juris Doctor by the University of Chicago Law School in 1999.

**EXHIBIT A**

3. Since October, 2004, I have been a member of the law firm of Scott + Scott, LLC where I concentrate my practice in a variety of complex litigation matters pending in federal and state courts. Prior to joining Scott + Scott, I practiced securities, ERISA and corporate governance litigation with Jones Day and clerked for the Honorable Karen Nelson Moore, Sixth Circuit United States Court of Appeals.

My address is as follows:

> GEOFFREY M. JOHNSON
> SCOTT + SCOTT, LLC
> 33 River Street
> Chagrin Falls, OH 44022
> Telephone: 440/247-8200
> Facsimile: 440/247-8275
> Email: gjohnson@scott-scott.com

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5. I hereby consent to be subject to the jurisdiction of the rules of The United States District Court for the District of Connecticut governing professional conduct.

I declare under penalty of perjury that the above statements are true and correct.

Date: 12/8/04

_____
GEOFFREY M. JOHNSON

STATE OF OHIO           )
                        ) ss. at Chagrin Falls    December 8, 2004
COUNTY OF CUYAHOGA      )

Subscribed and sworn to before me this 8th day of December, 2004.

_Ann E. Slaughter_
Notary Public

ANN E. SLAUGHTER
Notary Public - State of Ohio
My Commission Expires Aug. 23, 2009