UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM INC.<br>SECURITIES LITIGATION | : | CIVIL ACTION NO.<br>3:03CV0214(CFD) |
| This document relates to: | : | DECEMBER 14, 2004 |
| ALL PENDING ACTIONS | : | |

## APPEARANCE

TO:   Clerk, United States District Court
      450 Main Street
      Hartford, CT 06103

Please enter the appearance of Douglas C. Conroy, Esq., Federal Bar No. ct11555, as attorney for Defendant Jay S. Walker in the above-captioned action.

Dated at Stamford, Connecticut, this 14th day of December, 2004.

DEFENDANT,
JAY S. WALKER

By: *Douglas J. Conroy*
Douglas C. Conroy, ct11555
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: douglasconroy@paulhastings.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was sent via first class U.S. Mail, postage prepaid on this 14th day of December, 2004 to the following counsel of record:

| *Co-Lead Counsel* | *Liaison Counsel* |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>SCOTT & SCOTT, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>STULL STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>JOHNSON & PERKINSON<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>SCHATZ & NOBEL, PC<br>330 Main Street, 2nd Floor<br>Hartford, CT 06106-1851<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| Attorneys for Defendant Deloitte & Touche LLP<br><br>Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>MCCARTER & ENGLISH<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel: 860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>CRAVATH, SWAINE & MOORE<br>825 Eight Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 |
|---|---|
| Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>HURWITZ & SAGARIN, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | Joseph L. Clasen, Esq.<br>William J. Kelleher, Esq.<br>ROBINSON & COLE LLP<br>Financial Centre<br>695 East Main Street<br>Stamford, CT 06904 |

Paul R. Dehmel

STM/287429.1