UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM INC.<br>SECURITIES LITIGATION | CIVIL ACTION NO.<br>3:00cv1884(DJS) |
| This document relates to: | DECEMBER 16, 2004 |
| ALL PENDING ACTIONS | |

**MOTION FOR *PRO HAC VICE* ADMISSIONS OF ATTORNEYS J. ALLEN MAINES, ALBERT M. MYERS, MICHAEL B. ARNOLD AND ROBERT D. ZEBRO**

Pursuant to Local Rule of Civil Procedure 83.1(d), Douglas C. Conroy and Paul R. Dehmel, members of the Bar of this Court and attorneys at the law firm of Paul, Hastings, Janofsky & Walker LLP in Stamford, respectfully move that Attorneys J. Allen Maines, Albert M. Myers, III, Michael B. Arnold and Robert D. Zebro, all of the Atlanta office of Paul, Hastings, be admitted *pro hac vice* to appear and represent the Defendant, Jay S. Walker, in this Court for the purposes of this action only.

In support of their motion, the undersigned represents:

**J. Allen Maines**

1. Attorney Maines is a member of the firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

2. Attorney Maines is a member in good standing of the bars of the States of Georgia and Florida. He is also admitted to practice before the following courts: United States Court of Appeals for the Eleventh Circuit and the United States District Court for the Northern District of Georgia. He is a member in good standing in all of the above-mentioned courts.

3. Attorney Maines has never been denied admission or disciplined by this Court or any other court.

4. Attorney Maines has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut.

**Albert M. Myers, III**

5. Attorney Myers is an associate in the law firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

6. Attorney Myers is a member in good standing of the bar of the States of Georgia and New York. He is also admitted to practice before the following courts: United States Court of Appeals for the Second Circuit, United States District Court for the Northern District of Georgia, United States District Court for the Southern District of New York, and United States District Court for the Eastern District of New York. He is a member in good standing in all of the above-mentioned courts.

7. Attorney Myers has never been denied admission or disciplined by this Court or any other court.

8. Attorney Myers has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut.

**Michael B. Arnold**

9. Attorney Arnold is an associate in the law firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

10. Attorney Arnold is a member in good standing of the bar of the State of Georgia. He is also admitted to practice before the following courts: United States District Court,

3. Attorney Maines has never been denied admission or disciplined by this Court or any other court.

4. Attorney Maines has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut.

**Albert M. Myers, III**

5. Attorney Myers is an associate in the law firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

6. Attorney Myers is a member in good standing of the bar of the States of Georgia and New York. He is also admitted to practice before the following courts: United States Court of Appeals for the Second Circuit, United States District Court for the Northern District of Georgia, United States District Court for the Southern District of New York, and United States District Court for the Eastern District of New York. He is a member in good standing in all of the above-mentioned courts.

7. Attorney Myers has never been denied admission or disciplined by this Court or any other court.

8. Attorney Myers has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut.

**Michael B. Arnold**

9. Attorney Arnold is an associate in the law firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

10. Attorney Arnold is a member in good standing of the bar of the State of Georgia. He is also admitted to practice before the following courts: United States District Court,

Northern District of Georgia and United States District Court, Middle District of Georgia. He is a member in good standing in all of the above-mentioned courts.

11. Attorney Arnold has never been denied admission or disciplined by this Court or any other court.

12. Attorney Arnold has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut.

**Robert D. Zebro**

13. Attorney Zebro is an associate in the law firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

14. Attorney Zebro is a member in good standing of the bar of the State of Florida. He is also admitted to practice before the United States District Court- Middle District of Florida. He is a member in good standing in all of the above-mentioned courts.

15. Attorney Zebro has never been denied admission or disciplined by this Court or any other court.

16. Attorney Zebro has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut.

17. In accordance with Local Rule of Civil Procedure 83.1(d), this Motion is accompanied by the duly sworn and executed Declarations of Attorneys Maines, Myers, Arnold and Zebro.

18. Payment of fees pursuant to D. Conn. L. Civ. R. 83.1(d)(2), for Attorneys Maines, Myers, Arnold and Zebro, accompanies this motion.

WHEREFORE, Attorneys Douglas C. Conroy and Paul R. Dehmel move that this Court enter an Order permitting Attorneys Maines, Myers, Arnold and Zebro to appear *pro hac vice* in the above-styled lawsuit.

| | |
|---|---|
| Dated: December 16, 2004<br>Stamford, Connecticut | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: _____
Douglas C. Conroy (ct11555)
Paul R. Dehmel (ct23063)
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
douglasconroy@paulhastings.com
pauldehmel@paulhastings.com

Attorneys for Defendant Jay S. Walker

## ORDER

Pursuant to Local Civil Rule 83.1(d), the motion for *pro hac vice* admission of Attorneys J. Allen Maines, Albert M. Myers, III, Michael B. Arnold and Robert D. Zebro is hereby GRANTED.

Dated this ____ day of _____, 2004

_____
Judge/Clerk of the U.S. District Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via first class U.S. Mail, postage prepaid on this 16th day of December, 2004 to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>SCOTT & SCOTT, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>STULL STULL & BRODY<br>6 East 45th Street<br>New York, NY  10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>JOHNSON & PERKINSON<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>SCHATZ & NOBEL, PC<br>330 Main Street, 2nd Floor<br>Hartford, CT  06106-1851<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | |
|---|---|
| **Attorneys for Defendant Deloitte & Touche LLP**<br>Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>MCCARTER & ENGLISH<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel: 860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>CRAVATH, SWAINE & MOORE<br>825 Eight Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 |
| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>HURWITZ & SAGARIN, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | Joseph L. Clasen, Esq.<br>William J. Kelleher, Esq.<br>ROBINSON & COLE LLP<br>Financial Centre<br>695 East Main Street<br>Stamford, CT 06904 |

Paul R. Dehmel

STM/287511.1