IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com : | Master File No. |
| Securities Litigation : | 3:00cv1884 (DJS) |
| ------------------------------------------------- : | |
| This document relates to: : | |
| : | |
| ALL PENDING ACTIONS : | December 15, 2004 |

## DECLARATION OF ROBERT D. ZEBRO

I, ROBERT D. ZEBRO, declare as follows pursuant to L. Civ. R. 83.1(d):

1. I am an associate in the firm Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308; telephone (404) 815-2400; facsimile (404) 815-2424.

2. I am a member in good standing of the bar of the State of Florida.

3. I am also admitted to practice before the following courts: United States District Court - Middle District of Florida.

4. I have never been denied admission or disciplined by this Court, or any other court.

5. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13 day of December, 2004, at Atlanta, Georgia.

Robert D. Zebro

ATL/1078216.1