IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (DJS) |
| ------------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| ALL PENDING ACTIONS | : | December 15, 2004 |

## DECLARATION OF MICHAEL B. ARNOLD

I, MICHAEL B. ARNOLD, declare as follows pursuant to L. Civ. R. 83.1(d):

1. I am an associate in the firm Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E. Suite 2400, Atlanta, Georgia 30308; telephone (404) 815-2400; facsimile (404) 815-2424.

2. I am a member in good standing of the bar of the state of Georgia.

3. I am also admitted to practice before the following courts: United States District Court, Northern District of Georgia; United States District Court, Middle District of Georgia.

4. I have never been denied admission or disciplined by this Court, or any other court.

5. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of December, 2004, at Atlanta, Georgia.

_____
Michael B. Arnold