IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com<br>Securities Litigation | : | Master File No.<br>3:00cv1884 (DJS) |
| ------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| ALL PENDING ACTIONS | : | December 15, 2004 |

### DECLARATION OF ALBERT M. MYERS, III

I, ALBERT M. MYERS, III, declare as follows pursuant to L. Civ. R. 83.1(d):

1. I am an associate in the firm Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E. Suite 2400, Atlanta, Georgia 30308; telephone (404) 815-2400; facsimile (404) 815-2424.

2. I am a member in good standing of the bar of the states of Georgia and New York.

3. I am also admitted to practice before the following courts: United States Court of Appeals for the Second Circuit, United States District Court for the Northern District of Georgia, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York.

4. I have never been denied admission or disciplined by this Court, or any other court.

5. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of December, 2004, at Atlanta, Georgia.

_____
Albert M. Myers III