IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (DJS) |
| ------------------------------------------------------ | : | |
| This document relates to: | : | |
| | : | |
| ALL PENDING ACTIONS | : | December 15, 2004 |

## DECLARATION OF J. ALLEN MAINES

I, J. ALLEN MAINES, declare as follows pursuant to L. Civ. R. 83.1(d):

1. I am a member of the firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E. Suite 2400, Atlanta, Georgia 30308; telephone (404) 815-2400; facsimile (404) 815-2424.

2. I am a member in good standing of the bar of the states of Georgia and Florida.

3. I am also admitted to practice before the following courts: United States District Court for the Northern District of Georgia, United States Court of Appeals for the Eleventh Circuit, Georgia Supreme Court, Georgia Court of Appeals.

4. I have never been denied admission or disciplined by this Court, or any other court.

5. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

STAM1-769731-1

Executed this 14 day of December, 2004, at Atlanta, Georgia.

_____
J. Allen Maines