UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>----------------------------------------------------------<br><br>This document relates to:<br><br>ALL PENDING ACTIONS | : Master File No.<br>: 3:00cv1884 (DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: January 5, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned, Dana C. MacGrath, in accordance with Local Rule of Civil Procedure 7(e), hereby moves to withdraw her appearance in this action. In support of this Motion, the undersigned states as follows:

1. The undersigned is an attorney at the law firm of O'Melveny & Myers LLP, former counsel for Jay Walker in this case.

2. Paul, Hastings, Janofsky & Walker LLP is new counsel for Jay Walker in this case. Douglas C. Conroy, Esq. (Federal Bar No. ct11555) and Paul R. Dehmel, Esq. (Federal Bar No. ct23063) of Paul, Hastings, Janofsky & Walker LLP have appeared in the case. *See* Docket Nos. 121 and 122.

3. Allowing the undersigned to withdraw as counsel of record for Defendant Jay Walker will not cause any prejudice to the parties and will not affect the administration of this case.

4. Counsel for all parties are receiving notice that the undersigned attorney is seeking to withdraw and are being served with a copy of this Motion by certified mail in accordance with Rule 7(e).

Wherefore, the undersigned respectfully requests that the Court allow her to withdraw her appearance in this action.

Respectfully submitted,

DEFENDANT JAY S. WALKER

 /s/ Dana C. MacGrath
Dana C. MacGrath (ct 23117)
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 326-2000
Fax: (212) 326-2061
email: dmacgrath@omm.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 5th day of January, 2005 via certified U.S. mail delivery, return receipt requested to the following counsel of record:

| (a)   Co-Lead Counsel | (b)   Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax: 860-493-6290 |

| **Attorneys for Defendant Deloitte & Touche LLP**<br><br>Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>McCarter & English<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel: 860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | (c)  Attorneys for Defendant Jay S. Walker<br><br>Martin Glenn, Esq.<br>Dana C. MacGrath, Esq.<br>O'Melveny & Myers LLP<br>153 East 53rd Street<br>New York, NY 10022<br>Tel: 212-326-2000<br>Fax: 212-326-2061<br><br>Martin Glenn<br>Dana C. MacGrath<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2200<br>Fax: (212) 326-2061<br><br>Albert M. Myers, III, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424 |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

          /s/    William J. Kelleher III
William J. Kelleher III