# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

IN RE: PRICELINE.COM, INC.
SECURITIES LITIGATION

# APPEARANCE

This document relates to:

ALL ACTIONS

CASE NUMBER: MASTER FILE NO.
3:00CV01884 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

John S. Anderson, the Leisinger Pension Fund, Lance B. Orr,
R. Warren Ross and Sharon Tsai (Proposed Class Representatives)

January 7, 2005

**Date**

CT16080

**Connecticut Federal Bar Number**

860/537-5537

**Telephone Number**

860/537-4432

**Fax Number**

drscott@scott-scott.com

**E-mail address**

*David R. Scott*

**Signature**

David R. Scott

**Print Clearly or Type Name**

Scott + Scott, LLC
P. O. Box 192

**Address**

108 Norwich Avenue
Colchester, CT   06415

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List.

*David R. Scott*

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## SERVICE LIST

Dennis J. Johnson, Esquire
Jacob B. Perkinson, Esquire
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

William R. Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Martin Glenn
O'Melveny & Myers
Times Square Tower
7 Times Square
New York, NY 10036

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
Christine Arena
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9Th Floor
Stamford, CT 06901