UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | :<br>:<br>:<br>: MASTER FILE NO.<br>: 3:00CV01844(DJS)<br>: |
| This document relates to: | :<br>: |
| ALL ACTIONS | : JANUARY 7, 2005<br>:<br>:<br>: |

**PROPOSED CLASS REPRESENTATIVES' MOTION FOR CLASS CERTIFICATION**

**SCOTT + SCOTT, LLC**
David R. Scott
Geoffrey M. Johnson
Erin Green Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

Pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, Proposed Class Representatives John S. Anderson, the Leisinger Pension Fund, Lance B. Orr, R. Warren Ross, Mark Weiss, Marilyn D. Egel, Joseph Wilenkin and Sharon Tsai (collectively, the "Proposed Class Representatives"), by and through their counsel, respectfully move for an order: (1) certifying this action as a class action, (2) certifying a class (the "Class") consisting of all purchasers of priceline.com securities from January 27, 2000 to October 4, 2000, inclusive (the "Class Period"), and (3) appointing the Proposed Class Representatives as Class Representatives of the defined class. In support of this motion, the Proposed Class Representatives submit a memorandum of law in support of their motion for class certification currently herewith.

Dated: January 7, 2005                                          Respectfully submitted,

_____                    _____
SCOTT & SCOTT, LLC                                  JOHNSON & PERKINSON
David R. Scott (ct16080)                            Dennis J. Johnson
Geoffrey M. Johnson                                 Jacob B. Perkinson
Erin Comite (ct24886)                               Peter J. McDougall
108 Norwich Avenue                                  1690 Williston Road
P.O. Box 192                                        P.O. Box 2305
Colchester, CT  06415                               South Burlington, VT 05403
Telephone: (860) 537-5537                           Telephone: (802) 862-0030
Facsimile: (860) 537-4432                           Facsimile: (802) 537-4432

                                                    STULL, STULL & BRODY
                                                    Jules Brody
                                                    Aaron Brody
                                                    6 East 45th St.
                                                    New York, NY 10017
                                                    Telephone: (212) 687-7230
                                                    Facsimile:  (212) 490-2022

                                                    **Co-Lead Counsel**

                                                    SCHATZ & NOBEL
                                                    Andrew M. Schatz

2

Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106
Telephone: (860) 493-6292
Facsimile (860) 493-6290

**Liaison Counsel**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 7, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____

Erin Green Comite

## SERVICE LIST

Dennis J. Johnson, Esquire
Jacob B. Perkinson, Esquire
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Albert M. Myers
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Martin Glenn
O'Melveny & Myers
Times Square Tower
7 Times Square
New York, NY 10036

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
Christine Arena
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9Th Floor
Stamford, CT 06901

5

Case 3:00-cv-01884-AVC    Document 134    Filed 01/07/2005    Page 6 of 6