UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : <br> : <br> : <br> : | |
| _____ | : <br> : | MASTER FILE NO.<br>3:00CV01844(DJS) |
| This document relates to: | : <br> : | |
| ALL ACTIONS | : <br> : <br> : <br> : <br> : | JANUARY 7, 2005 |

**DECLARATION OF DAVID R. SCOTT IN SUPPORT OF PROPOSED CLASS REPRESENTATIVES' MOTION FOR CLASS CERTIFICATION**

David R. Scott, declares, under penalty of perjury:

1. I am a member of Scott + Scott, LLC ("Scott + Scott"). I submit this Declaration in support of the Proposed Class Representatives' Motion For Class Certification.

2. Attached as Exhibit A is a true and accurate copy of the firm resume of Scott + Scott, LLC.

3. Attached as Exhibit B is a true and accurate copy of the firm resume of Johnson & Perkinson.

4. Attached as Exhibit C is a true and accurate copy of the firm resume of Stull, Stull & Brody.

5. Attached as Exhibit D is a true and accurate copy of the firm resume of Schatz & Nobel, P.C.

Dated: January 7, 2005                    Respectfully submitted,

_____
SCOTT & SCOTT, LLC
David R. Scott (ct16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
drscott@scott-scott.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 7, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____

Erin Green Comite

**SERVICE LIST**

Dennis J. Johnson, Esquire
Jacob B. Perkinson, Esquire
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9Th Floor
Stamford, CT 069

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Albert M. Myers
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
Christine Arena
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

4