## JOHNSON & PERKINSON
ATTORNEYS AT LAW
1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VERMONT 05403
www.jpclasslaw.com

TELEPHONE (802) 862-0030
TELECOPIER (802) 862-0060
E-MAIL email@jpclasslaw.com

DENNIS J. JOHNSON
ALSO ADMITTED TO PA AND DC*

JACOB B. PERKINSON
ALSO ADMITTED TO ME

*INACTIVE

ROBIN A. FREEMAN, JR.
ALSO ADMITTED TO OH*

JAMES F. CONWAY, III
ALSO ADMITTED TO MA

PETER J. MCDOUGALL
ALSO ADMITTED TO MA

## JOHNSON & PERKINSON FIRM RESUME

Johnson & Perkinson conducts a national practice focusing on securities, ERISA, antitrust and consumer class-action litigation on behalf of injured investors and consumers. Currently, Johnson & Perkinson serves as lead and co-lead counsel in numerous certified and putative class action cases, including, *In re: Xerox Securities Litigation*, Civil Action No. 3:00-CV-1621 (JCH)(U.S.D.Conn.); *In re: Xchange, Inc. Sec. Litig.*, Civil Action No. 01-10322 (RWZ)(U.S.D.Mass); *In re: Priceline Sec. Litig.*, Master File No. 3:00-cv-1884 (DJS) (U.S.D.Conn.); *In re: i2 Technologies, Inc. Sec Litig.*, Civil Action No. 3:01-CV-418-H (U.S.D.N.Tex.) (against i2's accountants); *In re: Sprint Corp. ERISA Litig.*, Civil Action No. 2:03-2202 (JWL) (D. Kan.); and *Green v. Adelphia*, Docket No. 443-8-99WNCV (Washington Sup. Ct.) (Vermont). Johnson & Perkinson also serves as counsel in a putative class action pending in Vermont Superior Court (*Salatino v. Chase*, Docket No. S0930-03CnC)(Chittenden Sup. Ct.)(Vermont), on behalf of all those having cataract surgery by Dr. David Chase. The complaint alleges that Chase performed unnecessary cataract surgery on patients from at least July 29, 1997 through July 21, 2003. In addition, Johnson & Perkinson serves on various executive committees responsible for numerous aspects of class action litigations pending throughout the United States in state and federal courts, including, for example, *In re: Microsoft Corporation Windows Operating Systems Antitrust Litigation*, U.S.D. Md. (MDL 1332); and *In re: Global Crossing Ltd. Securities Litigation*, S.D.N.Y. (M.D.L. 1472).

In October of 2004, Johnson & Perkinson, serving as co-lead counsel, obtained final approval of a partial settlement of $84.85 million and significant corporate governance reforms in *In re: i2 Technologies, Inc. Sec Litig.*, Civil No. 3:01-CV-418-H (U.S.D.N.Tex.). In July of 2004, Johnson & Perkinson, serving as lead counsel representing a class of Vermont consumers who purchased Microsoft software products alleging violations of Vermont's antitrust and consumer fraud laws, obtained preliminary approval of a settlement valued at $9.7 million in *Elkins et al. v. Microsoft Corp.*, Docket No. 165-4-01 (Windham Sup. Ct.) (Vermont). In 2003, Johnson & Perkinson, serving as co-lead counsel, obtained a settlement of $12.026 million in *In re: Allaire Corp. Sec. Litig.*, Case No. 00-CV-11972 (WGY)(U.S.D.Mass.). Additionally, Johnson & Perkinson serves on the executive committee of *In re: Global Crossing Ltd. Securities Litigation*, S.D.N.Y. (M.D.L. 1472) which recently obtained preliminary approval of a partial settlement of approximately $245 million. The case continues to be litigated against numerous other defendants. Johnson & Perkinson also participated in the prosecution of *In re: Compact Disk Minimum Advertised Price Antitrust Litigation*, U.S. Dist. Me. (M.D.L. 1361), which obtained a settlement of $67.375 million in cash and $75.7 million worth of compact discs distributed to not-for-profit, charitable, governmental and/or public entities.

**JOHNSON & PERKINSON**
ATTORNEYS AT LAW

**Dennis J. Johnson**

Mr. Johnson is a 1980 *magna cum laude* graduate of Vermont Law School. Mr. Johnson graduated first in his class and was thereby awarded the Learned Hand Award for Academic Excellence. Mr. Johnson received thirteen American Jurisprudence Awards for obtaining the highest grade in, among others, the following courses: Administrative Law, Agency and Partnership, Constitutional Law, Contracts, Criminal Procedure, Estates, Evidence and Property. While a student, Mr. Johnson served as a staff member on the Vermont Law Review and, during his senior year, as an editor and business manager. Mr. Johnson is admitted to practice before the District of Columbia Court of Appeals, the Supreme Court of the Commonwealth of Pennsylvania (inactive), the Supreme Court of the State of Vermont, the U.S. District Court for Vermont, the U.S. District Court for the Eastern District of Pennsylvania, the Second, Eighth and Tenth Circuit Courts of Appeal and the Supreme Court of the United States. Mr. Johnson actively litigates class actions on behalf of consumers, investors and tort victims throughout the United States, serving as both lead counsel and co-lead counsel.

**Jacob B. Perkinson**

Jacob B. Perkinson is a partner in the firm and previously worked as an associate with the Law Offices of Dennis J. Johnson, beginning in August 1995. Mr. Perkinson graduated *magna cum laude* from Vermont Law School in 1995. While at Vermont Law School, he received American Jurisprudence Awards for obtaining the highest grade in the following courses: Civil Procedure, Constitutional Law, Corporations, Estates, International Law, Commercial Law, and Lawyering. Mr. Perkinson also served as a member of the Vermont Law Review from 1993 to 1995. Mr. Perkinson actively litigates class actions on behalf of consumers, investors and tort victims throughout the United States, serving as both lead counsel and co-lead counsel. Mr. Perkinson is admitted to practice in the State of Maine, the State of Vermont, the United States District Courts for the Districts of Vermont, Colorado and the Southern District of New York, the Courts of Appeals for the First and Eighth Circuits and the Supreme Court of the United States. He is an active member of the American Bar Association, the Vermont Bar Association, the Association of Trial Lawyers of America and the Vermont Trial Lawyers Association.

**Robin A. Freeman**

Robin Freeman graduated from the University of Cincinnati College of Law in 2001, where he repeatedly received Dean's List Honors. Mr. Freeman began with the firm as a law clerk in February of 2002 and joined the firm as an associate, in May of 2002. His work in Ohio involved substantial litigation experience in a wide variety of personal injury, criminal, and civil rights matters. Mr. Freeman currently practices class action litigation under the federal securities laws, antitrust law and consumer fraud. Mr. Freeman is admitted to practice law in the State of Vermont, the State of Ohio, and the United States District Court for the District of Vermont.

**JOHNSON & PERKINSON**
ATTORNEYS AT LAW

### James F. Conway, III

James F. Conway, III joined the firm in November of 2002. Mr. Conway graduated *cum laude* from Suffolk University Law School in 2002. At Suffolk, he completed the Financial Services Concentration "With Distinction" for the maintenance of exemplary grades in the study of securities law and the regulation of financial markets. Mr. Conway worked as an intern at the Securities Enforcement Division of the Office of the Secretary of the Commonwealth of Massachusetts where he participated in multiple investigations into violations of securities laws. Currently, Mr. Conway's practice focuses on the litigation of class action matters prosecuted under the Employee Retirement Income Security Act, federal securities laws and consumer protection laws. Mr. Conway is admitted to practice law in the State of Vermont, the Commonwealth of Massachusetts and the United States District Courts for the Districts of Vermont and Massachusetts.

### Peter J. McDougall

Peter McDougall joined the firm in January of 2003. He graduated from Vermont Law School *cum laude* in 2001 and received an LL.M. in Banking and Financial Law from Boston University Law School in 2002. Mr. McDougall served as a law clerk to the Hon. Senator Patrick J. Leahy and the Democratic Staff of the United States Senate Judiciary Committee in 1999. In addition, Mr. McDougall has clerked for the Vermont Department of Banking, Insurance, Securities and Health Care as well as the Montpelier law firm of Wilson & White, P.C. Currently, Mr. McDougall's practice focuses on the litigation of class action matters prosecuted under the federal securities laws and consumer protection laws, as well as litigation of individual actions alleging violations of state securities and consumer fraud laws. Mr. McDougall is admitted to practice law in the State of Vermont, the Commonwealth of Massachusetts and the United States District Court for the District of Vermont.