UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| IN RE: PRICELINE.COM INC. SECURITIES LITIGATION | : : : : | MASTER FILE NO. 3:00CV01884(DJS) |
| This document relates to:   ALL ACTIONS | : : : : | |

### MEMORANDUM OF DECISION

The parties have submitted cross-motions (dkt. #s 108 & 115) for the entry of a blanket confidentiality order governing the exchange of documents in this proposed securities fraud class action. Both motions are **GRANTED in part** and **DENIED in part**.

Upon review of the parties' submissions, the court resolves the disputes discussed therein in the following fashion:

1.  The parties shall not be compelled to disclose the names of non-testifying expert witnesses. Given the alternate protections in place, revealing the identity of non-testifying experts is not necessary to protect the parties' confidentiality interests.

2.  The party seeking to challenge a good-faith confidentiality designation must present a motion to the court for removal of the designation. This requirement will ensure that only true disputes are presented to the court for resolution because the moving party can specify exactly which documents are in dispute. The burden of demonstrating confidentiality, of

course, remains with the party seeking to maintain confidentiality.

3.  Defendants have met their burden of demonstrating the need for two levels of confidentiality.

4.  Defendants' proposal regarding the disclosure of confidential information to witnesses is adopted by the court.

A separate order, which is derived from the original Exhibit B to the document numbered 116 and 117, shall issue herewith consistent with the decisions set forth herein.

So ordered this 19th day of January, 2005.

/s/DJS
_____
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**