UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM INC. SECURITIES LITIGATION | CIVIL ACTION NO. 3:00cv1884(DJS) |
| This document relates to: | MARCH 9, 2005 |
| ALL PENDING ACTIONS | |

## MOTION FOR *PRO HAC VICE* ADMISSIONS OF ATTORNEYS CARL W. MULLIS III, LAURA M. BERG AND SUMMER B. JOSEPH

Pursuant to Local Rule of Civil Procedure 83.1(d), Douglas C. Conroy and Paul R. Dehmel, members of the Bar of this Court and attorneys at the law firm of Paul, Hastings, Janofsky & Walker LLP in Stamford, respectfully move that Attorneys Carl W. Mullis III, Laura M. Berg and Summer B. Joseph, all of the Atlanta office of Paul, Hastings, be admitted *pro hac vice* to appear and represent the Defendant, Jay S. Walker, in this Court for the purposes of this action only.

In support of their motion, the undersigned represents:

**Carl W. Mullis III**

1. Attorney Mullis is an Of Counsel with the firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

2. Attorney Mullis is a member in good standing of the bar of the State of Georgia and is admitted to practice before all state courts in Georgia. He is also admitted to practice before the following courts: United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit and the United States District Court for the Northern District of Georgia. He is a member

in good standing in all of the above-mentioned courts. Attorney Mullis has recently applied for admission to the United States Court of Appeals for the Second Circuit.

3. Attorney Mullis has never been denied admission or disciplined by this Court or any other court.

4. Attorney Mullis has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut.

**Laura M. Berg**

5. Attorney Berg is an associate in the law firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

6. Attorney Berg is a member in good standing of the bar of the State of Georgia and is admitted to practice before all state courts in Georgia. She is also admitted to practice before the following courts: United States District Court for the Northern District of Georgia and United States District Court for the Middle District of Georgia. She is a member in good standing in all of the above-mentioned courts.

7. Attorney Berg has never been denied admission or disciplined by this Court or any other court.

8. Attorney Berg has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut.

**Summer B. Joseph**

9. Attorney Joseph is an associate in the law firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308.

10. Attorney Joseph is a member in good standing of the bar of the State of Georgia. She is also admitted to practice before the United States District Court, Northern District of Georgia. She is a member in good standing in all of the above-mentioned courts.

11. Attorney Joseph has never been denied admission or disciplined by this Court or any other court.

12. Attorney Joseph has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut.

13. In accordance with Local Rule of Civil Procedure 83.1(d), this Motion is accompanied by the duly sworn and executed Declarations of Attorneys Mullis, Berg and Joseph.

14. Payment of fees pursuant to D. Conn. L. Civ. R. 83.1(d)(2), for Attorneys Mullis, Berg and Joseph, accompanies this motion.

WHEREFORE, Attorneys Douglas C. Conroy and Paul R. Dehmel move that this Court enter an Order permitting Attorneys Mullis, Berg and Joseph to appear *pro hac vice* in the above-styled lawsuit.

Dated: March 9, 2005
Stamford, Connecticut

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Douglas C. Conroy (ct11555)
Paul R. Dehmel (ct23063)
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
douglasconroy@paulhastings.com
pauldehmel@paulhastings.com

Attorneys for Defendant Jay S. Walker

## ORDER

Pursuant to Local Civil Rule 83.1(d), the motion for *pro hac vice* admission of Attorneys Carl W. Mullis III, Laura M. Berg and Summer B. Joseph is hereby GRANTED.

Dated this ____ day of _____, 2005

_____
Judge/Clerk of the U.S. District Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via first class U.S. Mail, postage prepaid on this 9th day of March, 2005 to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>SCOTT & SCOTT, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>STULL STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>JOHNSON & PERKINSON<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>SCHATZ & NOBEL, PC<br>One Corporate Center<br>20 Chruch Street, Suite 1700<br>Hartford, CT 06103<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | |
|---|---|
| **Attorneys for Defendant Deloitte & Touche LLP**<br>Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>MCCARTER & ENGLISH<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel: 860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>CRAVATH, SWAINE & MOORE<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 |
| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>HURWITZ & SAGARIN, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | Joseph L. Clasen, Esq.<br>William J. Kelleher, Esq.<br>ROBINSON & COLE LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06904<br>Tel: 203-462-7500<br>Fax: 203-462-7599 |

Paul R. Dehmel

STM/292070.1