IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>--------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | :  Master File No.<br>:  3:00cv1884 (DJS)<br>:<br>:<br>:<br>:  February 28, 2005 |

## DECLARATION OF CARL W. MULLIS III

I, CARL W. MULLIS III, declare as follows pursuant to L. Civ. R. 83.1(d):

1. I am Of Counsel in the firm Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E. Suite 2400, Atlanta, Georgia 30308; telephone (404) 815-2400; facsimile (404) 815-2424.

2. I am a member in good standing of the bar of the state of Georgia.

3. I also am admitted to practice before the following courts: United States District Court, Northern District of Georgia; United States Court of Appeals for the Eleventh Circuit; United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the Fifth Circuit; Georgia Supreme Court; Georgia Court of Appeals. I recently have applied for admission to the United States Court of Appeals for the Second Circuit.

4. I never have been denied admission or disciplined by this Court, or any other court.

5. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

ATL/1091604.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of February, 2005, in Atlanta, Georgia.

Carl W. Mullis III

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via first class U.S. Mail, postage prepaid on this 9th day of March, 2005 to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>SCOTT & SCOTT, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>STULL STULL & BRODY<br>6 East 45th Street<br>New York, NY  10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>JOHNSON & PERKINSON<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>SCHATZ & NOBEL, PC<br>One Corporate Center<br>20 Chruch Street, Suite 1700<br>Hartford, CT  06103<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| **Attorneys for Defendant Deloitte & Touche LLP**<br>Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>MCCARTER & ENGLISH<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel: 860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>CRAVATH, SWAINE & MOORE<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 |
| --- | --- |
| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>HURWITZ & SAGARIN, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | Joseph L. Clasen, Esq.<br>William J. Kelleher, Esq.<br>ROBINSON & COLE LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06904<br>Tel: 203-462-7500<br>Fax: 203-462-7599 |

*[signature]*
Paul R. Dehmel

STM/292070.1