IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com Securities Litigation | : Master File No.<br>: 3:00cv1884 (DJS)<br>: |
| ------------------------------------------- | : |
| This document relates to: | : |
| | : |
| ALL PENDING ACTIONS | : February 28, 2005 |

## DECLARATION OF LAURA M. BERG

I, LAURA M. BERG, declare as follows pursuant to L. Civ. R. 83.1(d):

1. I am an associate in the firm Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E. Suite 2400, Atlanta, Georgia 30308; telephone (404) 815-2400; facsimile (404) 815-2424.

2. I am a member in good standing of the bar of the state of Georgia.

3. I also am admitted to practice before the following courts: United States District Court, Northern District of Georgia; United States District Court, Middle District of Georgia; Georgia Supreme Court; Georgia Court of Appeals.

4. I never have been denied admission or disciplined by this Court, or any other court.

5. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ATL/1091607.1

Executed this 28th day of February, 2005, in Atlanta, Georgia.

_____
Laura M. Berg

ATL/1091607.1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via first class U.S. Mail, postage prepaid on this 9th day of March, 2005 to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>SCOTT & SCOTT, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>STULL STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>JOHNSON & PERKINSON<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>SCHATZ & NOBEL, PC<br>One Corporate Center<br>20 Chruch Street, Suite 1700<br>Hartford, CT 06103<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | |
|---|---|
| **Attorneys for Defendant Deloitte & Touche LLP**<br>Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>MCCARTER & ENGLISH<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel: 860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>CRAVATH, SWAINE & MOORE<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 |
| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>HURWITZ & SAGARIN, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | Joseph L. Clasen, Esq.<br>William J. Kelleher, Esq.<br>ROBINSON & COLE LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06904<br>Tel: 203-462-7500<br>Fax: 203-462-7599 |

*/s/ Paul R. Dehmel*
Paul R. Dehmel

STM/292070.1