UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation | Master File No.<br>3:00cv1884 (DJS) |
| ------------------------------------------------- | |
| This document relates to:<br><br>ALL PENDING ACTIONS | March 9, 2005 |

### DECLARATION OF WILLIAM J. KELLEHER III

WILLIAM J. KELLEHER III, being duly sworn, deposes and says under penalty of perjury:

1.   I am an attorney at the law firm of Robinson & Cole, LLP, counsel to defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively herein, the "Defendants"), in this action and have personal knowledge of the facts and circumstances set forth below. I submit this Declaration in compliance with Local Civil Rules 7 and 37, in support of the Motion to Compel, as well as to place before the Court the documents that are germane to Defendants' Motion to Compel discovery of plaintiffs and to modify the Court's Scheduling Order.

2.   Annexed hereto as Exhibit A is a true and complete copy of the letter of Geoffrey M. Johnson to Defendants' counsel dated March 1, 2005.

3.   Annexed hereto as Exhibit B is a true and complete copy of the Court's Scheduling Order, dated November 2, 2004, in this case.

4.   Annexed hereto as Exhibit C are true and complete copies of Defendants' Combined First Sets of Requests for the Production of Documents and Interrogatories.

STAM1-785562-1

5. Annexed hereto as Exhibit D are true and complete copies of plaintiffs' responses to Defendants' Combined First Sets of Requests for the Production of Documents and Interrogatories, separated by specific interrogatories and document responses.

6. Annexed hereto as Exhibit E are true and complete copies of Defendants' Combined Second Sets of Requests for the Production of Documents and Interrogatories.

7. Annexed hereto as Exhibit F are true and complete copies of plaintiffs' responses to Defendants' Combined First Sets of Requests for the Production of Documents and Interrogatories, separated by specific interrogatories and document responses.

8. Annexed hereto as Exhibit G are true and complete copies of the letters of Christine L. Arena to plaintiffs' counsel dated February 14 and 25, 2005, separated by date of the letter.

9. Annexed hereto as Exhibit H are true and complete copies of the letters of William J. Kelleher III to plaintiffs' counsel dated January 19 and February 1, 2005, separated by date of the letter.

10. Annexed hereto as Exhibit I is a true and complete copy of the letter of Geoffrey M. Johnson to Defendants' counsel dated February 25, 2005.

11. In addition to the correspondence exchanged by the parties as reflected in Exhibits A, G, H and I above, the parties conducted a "meet and confer" telephone conference on March 2, 2005 in which the following counsel participated for Defendants: William J. Kelleher III, Christine L. Arena and James G. Hein, Jr., and for defendant Jay

S. Walker: Carl W. Mullis, and for plaintiffs: Jeff Nobel, David Scott, Erin Comite, Jake Perkinson, Peter McDougall and Geoffrey M. Johnson.

12. Annexed hereto as Exhibit J is a true and complete copy of the letter of James G. Hein, Jr. to plaintiffs' counsel dated March 3, 2005, which memorializes the substance of the meet and confer.

13. Annexed hereto as Exhibit K is a true and complete copy of the letter of William J. Kelleher III to plaintiffs dated March 3, 2005, which memorializes Defendants' request for plaintiffs' counsel to consent to the proposed modification of the briefing timetable in the Scheduling Order. Plaintiffs have not agreed to the requested modification.

14. Annexed hereto as Exhibit L is a true and complete copy of the letter of James G. Hein, Jr. to plaintiffs' counsel dated March 8, 2005.

15. Unfortunately, despite the several letters between counsel and conducting a lengthy teleconference, all in an effort to resolve the discovery differences and agree to a scheduling modification, the parties were unable to resolve their discovery disputes, which remain outstanding, and are detailed further in the Motion to Compel.

16. I hereby certify that the above-referenced correspondence and telephone conference constitute the good faith efforts to resolve the disputed discovery issues without the Court's intervention.

Dated: March 9th, 2005

                                                                            _____
                                                                            William J. Kelleher III

Sworn and subscribed in my presence, on this 9 day of March, 2005.

_____
Notary Public/Commissioner
My Commission Expires: 4-30-07

4

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 9th day of March, 2005 via Federal Express to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Albert M. Myers, III, Esq.<br>Carl Mullis, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: (203) 961-7400<br>Fax: (203) 359-3031 |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Christine Arena, Esq.<br>Cravath, Swaine & Moore<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

*(signature)*
William J. Kelleher III