UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation | Master File No.<br>3:00cv1884 (DJS) |
| ---------------------------------------------------------- | |
| This document relates to: | |
| ALL PENDING ACTIONS | March 9, 2005 |

**DEFENDANTS' MOTION FOR EXPEDITED
TREATMENT OF THEIR MOTION TO COMPEL**

Defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman, Richard S. Braddock and Jay S. Walker (collectively, the "Defendants") request that the Court expedite its review of their Motion to Compel Discovery of Plaintiffs (the "Motion to Compel"), which is filed concurrently with this Motion. In support of their request, Defendants state the following:

1.     Defendants served their Combined First Sets of Requests for the Production of Documents and Interrogatories (the "First Requests") on plaintiffs on November 15, 2004. Following plaintiffs' Motion for Class Certification, dated January 7, 2005, Defendants served their Combined Second Sets of Requests for the Production of Documents and Interrogatories on plaintiffs on January 19, 2005 (the "Second Requests"). The Second Requests specifically targeted documents and information relevant to plaintiffs' Motion for Class Certification.

2.     As explained fully in the Motion to Compel, plaintiffs' document production has been seriously deficient and incomplete (consisting of a total of 64 pages,

STAM1-785575-1

many of which are altered and incomplete), and plaintiffs have failed to provide meaningful and complete responses to Defendants' interrogatories.

3. The deficiencies in plaintiffs' discovery responses present time-sensitive issues that require the Court's prompt intervention. Pursuant to the Court's November 2, 2004 scheduling Order, Defendants' opposition to plaintiffs' Motion for Class Certification is due on April 8, 2005.[1] Defendants will need to receive meaningful discovery from plaintiffs sufficiently in advance of that date in order to have a fair opportunity to oppose their motion. Defendants also need meaningful discovery from plaintiffs in order to prepare for the depositions of the proposed class representatives. Those depositions, of course, will also play an important part in Defendants' opposition papers.

4. Mindful of the Court's scheduling Order, Defendants made a good faith effort to schedule the depositions of all of the proposed class representatives for the weeks of March 7 and March 14. Plaintiffs only provided firm and agreeable deposition dates during those two weeks for three of the proposed class representatives. Given plaintiffs' failure to provide adequate discovery prior to the first deposition, Defendants proposed that the parties postpone depositions and stipulate to a modification of the scheduling Order to avoid the necessity of having to reopen depositions in light of the Court's decisions on the various discovery disputes. Plaintiffs, however, insisted on going forward with depositions, the first of which took place Monday, March 7.

---

[1] The parties are currently negotiating a modification of the class certification briefing schedule. If the parties do not agree to an extension, or if the agreed-upon extension proves insufficient, Defendants will seek an extension from the Court.

2

5. Because Defendants cannot properly prepare for the depositions of the proposed class representatives and cannot fairly respond to plaintiffs' Motion for Class Certification without adequate discovery from plaintiffs, Defendants request that the Court expeditiously consider their motion to compel discovery.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS, DANIEL
SCHULMAN AND RICHARD
S. BRADDOCK

_____
Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com

DEFENDANT JAY S. WALKER

Douglas C. Conroy (ct11555)
Paul R. Dehmel (ct23063)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 961-7400
Fax: (203) 359-3031
douglasconroy@paulhastings.com
pauldehmel@paulhastings.com

*/s/ J. Allen Maines*

J. Allen Maines (phv0013)
Carl W. Mullis
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
600 Peachtree Street, NE Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
Fax: (404) 815-2424
allenmaines@paulhastings.com
carlmullis@paulhastings.com

OF COUNSEL:
Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
*Attorneys for Defendants
priceline.com Inc., N.J. Nicholas,
Daniel Schulman and Richard S. Braddock*

4

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 9th day of March, 2005 via Federal Express to the following counsel of record:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Albert M. Myers, III, Esq.<br>Carl Mullis, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA  30308<br>Tel:  404-815-2400<br>Fax:  404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone:  (203) 961-7400<br>Fax:  (203) 359-3031 |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Christine Arena, Esq.<br>Cravath, Swaine & Moore<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:  212-474-1000<br>Fax:  212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT  06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

_____
William J. Kelleher III