**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: PRICELINE.COM, INC. | : | |
| SECURITIES LITIGATION | : | |
| _____ | : | **MASTER FILE NO.** |
| | : | **3:00CV01844(DJS)** |
| This document relates to: | : | |
| | : | |
| **ALL ACTIONS** | : | |
| | : | **March 14, 2005** |
| | : | |
| | : | |

<u>**PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANTS AND FOR**</u>
<u>**EXPEDITED TREATMENT OF PLAINTIFFS' MOTION TO COMPEL**</u>

Plaintiffs, pursuant to Rule 37(a) and (b) of the Federal Rules of Civil Procedure and

Local Civil Rules 7 and 37, by and through their counsel, hereby respectfully move this Court for

an order requiring Defendants Priceline.com, Inc., N.J. Nicholas, Daniel H. Schulman and

Richard S. Braddock (the "Priceline Defendants") and Defendant Jay S. Walker ("Defendant

Walker") (collectively "Defendants") to produce certain documents in response to Plaintiffs'

First Request For Production Of Documents To All Defendants ("Document Requests") and

answer certain interrogatories in Lead Plaintiffs' First Set of Interrogatories Directed To All

Defendants ("Interrogatories"). In support of this motion, Plaintiffs submit the accompanying

Memorandum Of Law In Support Of Plaintiffs' Motion To Compel Discovery From Defendants

and Declaration of Erin Green Comite In Support Of Plaintiffs' Motion To Compel Discovery,

together with its annexed Exhibits A through CC (the "Comite Decl."). As set forth in the

Comite Declaration, Plaintiffs have conferred in good faith with Defendants in an effort to obtain

the requested discovery without this Court's intervention, but have been unable to resolve all of the outstanding discovery disputes.

Plaintiffs also request that the Court expedite its review of this motion. As explained fully in the motion, Plaintiffs served their Document Requests and Interrogatories on November 15, 2004, in anticipation of beginning fact depositions on April 1, 2005. Yet Defendants' discovery responses have been woefully inadequate. Only today have Defendants produced approximately 6,000 pages of documents for Plaintiffs to review. Defendants, however, are unwilling to inform Plaintiffs of when their document production will be complete or how many additional thousands of pages of documents will be produced. Moreover, their responses to the Interrogatories are entirely incomplete and inadequate. Because Plaintiffs intend to begin fact depositions imminently, the deficiencies in Defendants' discovery responses present time-sensitive issues that require the Court's prompt attention. Defendants also filed a motion to compel discovery from Plaintiffs on March 9, 2005. Defendants have requested similar expedited treatment of their motion to compel, and Plaintiffs respectfully request that both Plaintiffs' and Defendants' motions to compel be considered on the same schedule.

For the reasons iterated in the motion and Comite Declaration, Plaintiffs' motion to compel should be granted in its entirety. Plaintiffs respectfully request that this Court enter an order pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37(a):

(1) Compelling Defendants to produce all documents responsive to Plaintiffs' outstanding document requests no later than twenty days from the date when the Court enters the order on the motion to compel;

(2) Compelling Defendants to produce a privilege log in accordance with Rule 26 listing all materials that Defendants have redacted and all documents that Defendants have withheld no later than twenty days from the date when the Court enters the order on the motion to compel;

(3) Compelling Defendants to produce all documents in the possession, custody and control of Priceline WebHouse Club, Priceline Perfect Yard Sale and Walker Digital no later than twenty days from the date when the Court enters the order on the motion to compel;

(4) Granting Plaintiffs leave to reconvene any deposition that Plaintiffs take before Defendants have produced all documents responsive to Plaintiffs' outstanding document requests (including all responsive documents in the possession, custody and/or control of Priceline WebHouse Club, Priceline Perfect Yard Sale and/or Walker Digital) and/or have provided Plaintiffs with a finalized privilege log;

(5) Compelling Defendants to explain in detail the steps that have been taken to preserve documents at Priceline WebHouse Club, Priceline Perfect Yard Sale and/or Walker Digital and confirm that no responsive documents within the possession, custody and/or control of Priceline WebHouse Club, Priceline Perfect Yard Sale and/or Walker Digital have been lost, discarded or destroyed;

(6) Compelling Defendants to provide full and complete answers to Plaintiffs' Interrogatories 5, 10, 12, 13, 14, 16, 17, 20, 21 and 25 within ten days of the entry of the Court's order on the motion to compel; and

(7) Award any additional relief that the Court believes is just and proper.

Dated: March 14, 2005                    Respectfully submitted,

_____        _____
SCOTT + SCOTT, LLC                       JOHNSON & PERKINSON
David R. Scott (ct16080)                 Dennis J. Johnson
Geoffrey M. Johnson                      Jacob B. Perkinson
Erin Comite (ct24886)                    Peter J. McDougall
108 Norwich Avenue                       1690 Williston Road
P.O. Box 192                             P.O. Box 2305
Colchester, CT  06415                    South Burlington, VT 05403
Telephone: (860) 537-5537                Telephone: (802) 862-0030
Facsimile: (860) 537-4432                Facsimile: (802) 537-4432

                                         STULL, STULL & BRODY
                                         Jules Brody
                                         Aaron Brody
                                         6 East 45th St.
                                         New York, NY 10017
                                         Telephone: (212) 687-7230
                                         Facsimile:  (212) 490-2022

**Co-Lead Counsel**

SCHATZ & NOBEL
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106
Telephone:  (860) 493-6292
Facsimile (860) 493-6290

**Liaison Counsel**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 14, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____

Erin Green Comite

## SERVICE LIST

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Albert M. Myers
Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Martin Glenn
O'Melveny & Myers
Times Square Tower
7 Times Square
New York, NY 10036

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 0690