C

Case 3:00-cv-01884-AVC    Document 146-11    Filed 03/14/2005    Page 1 of 19

# EXHIBIT E
## Priceline IT Employees

| Last Name | First Name | Position During Alleged Class Period |
|---|---|---|
| KEAN | BILL | SENIOR NETWORK SPECIALIST |
| KEBBE | MONIQUE | DATA ARCHITECT |
| KLADIS | DONNA | PROJECT MANAGER - MIS |
| KLEINBUB | KONRAD | VP, APPLICATION DEVELOPMENT |
| KOCHERSPERGER | TERRI | SVP PROJECT MANAGEMENT |
| KOSTIW | BRAD | MANAGER, MIS |
| KOWALCZYK | LESLIE | DATA ARCHITECT |
| KRISAVAGE | VERONICA | PROJECT MANAGER, INTERNATIONAL CIS |
| KRISHNAMOHAN | VELALA | SOFTWARE ENGINEER (Kana/Ticketing) |
| KUCELUK | MONA-MARIE | ADMINISTRATIVE ASSISTANT |
| LANS | ANTONIO | PROJECT MANAGER |
| LARGE | ANDREW | SOFTWARE ENGINEER |
| LAWLOR | ANDREA | CORPORATE EXCHANGE ADMINISTRATOR |
| LEHMAN | JOSHUA | PRODUCTION SUPPORT ANALYST |
| LENZ | CHRISTOPHER | SENIOR SOFTWARE ENGINEER |
| LEVINE | IRA | CORPORATE ANTI-VIRUS ADMINISTRATOR |
| LEVINE | ANDREW | NETWORK ANALYST |
| LEWIS | CHRISTINE | IT FINANCIAL CONTROLLER |
| LI | JUN | SOFTWARE ENGINEER |
| LIU | SHIANG-CHOU(John) | DATABASE ADMINISTRATOR |
| LYNE | MICHAEL | BUSINESS SYSTEM ANALYST |
| MADA | KAMESH | DATABASE ADMINISTRATOR DBA |
| MAGALETTA | FRANK | HELPDESK ANALYST |
| MAINKAR | NEOLANGI | CIS-PRODUCTS |
| MAJERSKY | PETER | PROJECT MANAGER / PROMOTIONS |
| MALONEY | TED | TELECOM |
| MALTA | CHRIS | UNIX ADMIN |
| MANGER | TODD | NETWORK OPS SUPERVISOR |
| MARCHAND | BRIAN | DIRECTOR QA |
| MARDORF | DAN | MIS PROGRAMMER ANALYST |
| MARQUES | ANTONIO | SENIOR HELPDESK ANALYST |
| MARRONE | ANDREA | DATA ARCHITECT |
| MATHUR | TEJ | SOFTWARE ENGINEER |
| MATIAS | HARRY | NETWORK SPECIALIST |
| Matta | Chris | Unix Admin |
| MCCORMACK | MICHAEL | NETWORK SPECIALIST |
| MCDANIEL | PETER | SENIOR QA ANALYST |
| MCDONALD | MATTHEW | SOFTWARE ENGINEER |
| MCDOUGAL | DARRYL | NETWORK SPECIALIST |
| MCGUINLEY | MIKE | SOFTWARE ENGINEER |
| MCNEICE | LUKE | SENIOR SOFTWARE ENGINEER |
| MIRCHANDANI | KAPIL | ASP DEVELOPER |
| MOHAMMAD | SAMEE | SOFTWARE ENGINEER |
| MUESES | EDUARDO | SR. SUPPORT ANALYST |
| MURAPA | HEATHER | GIS PROJECT MANAGER |
| MURDOCK | CHRIS | PROJECT MANAGER |
| MURPHY | THOMAS | PROJECT MANAGER (LONG DISTANCE) |
| MURPHY | ROBERT | DIRECTOR, NETWORK OPERATIONS |
| NAGY | STEPHANIE | TEST ENGINEER |
| NAIR | ANIL | SOFTWARE ENGINEER |

EXHIBIT E
Priceline IT Employees

| Last Name | First Name | Position During Alleged Class Period |
|---|---|---|
| NARDI | VANESSA | NETWORK SPECIALIST |
| NATARAJAN | SUNDARESAN | SENIOR SYSTEMS ANALYST |
| NATHAN | GIRI | DIRECTOR, DEVELOPMENT |
| NEDDERMAN | SCOTT | ARCHITECT |
| NELSON | KEITH | HELPDESK ANALYST |
| NGUYEN | MY | NETWORK ENGINEER |
| OCCHUIZZO | ANNA | HELPDESK MANAGER |
| O'DONNEL | JOHN | NETWORK SPECIALIST |
| OJEDA | ISAAC | MGR, UNIX SUPPORT |
| OLAYIA | BENJAMIN | NT ENGINEER |
| OROVIC | CHRISTIAN | SOFTWARE SUPPORT ENGINEER |
| ORTIZ | DENNIS | PROJECT MANAGER |
| OSHIN | TOBI | SOFTWARE ENGINEER |
| PADAVANO | TONY | PROJECT MANAGER (Auto) |
| PALMROTH | STEPHEN | NETWORK OPERATIONS |
| PANDIT | NITISH | SOFTWARE ENGINEER |
| PARAMASIVAM | GOWRI | SOFTWARE ENGINEER |
| PAULEMEN | MARK | HELP DESK ANAYLST PPYS |
| PERNUIT | RAY | HELP DESK ANALYST |
| PFLUGFELDER | SANDY | MANAGER INFORMATION SYSTEMS |
| PHANSALKAR | SANJAY | SOFTWARE ENGINEER |
| PLANKER | DOUG | HTML DEVELOPER (Global) |
| PODDAR | AMIT | PRINCIPAL ENGINEER |
| POURKHOMANI | REZA | NETWORK ENGINEER |
| Prabha | Sriram | Software Engineer |
| RADHAKRISHNAN | BALAJI | SOFTWARE ENGINEER |
| RAMOS | DENNIS | SENIOR SOFTWARE ENGINEER |
| RAO | SRINI | SENIOR SOFTWARE ENGINEER |
| REVELL | STEPHEN | NETWORK ENGINEER |
| REYES | MEL | DESKTOP ENGINEER |
| RIZMI | SHAHUL | SOFTWARE ENGINEER |
| RIZZO | MICHAEL | SENIOR SOFTWARE ENGINEER |
| RODA | ALEXANDER | BUSINESS ANALYST |
| ROSE | RON | CHIEF INFORMATION OFFICER |
| RUPPELL | WILLIAM | HELP DESK ANALYST |
| RYAN | TARA | PROJECT MANAGER (Silknet) |
| Ryapaly | Divakar | Sr. Software Engineer |
| SARDANA | DINESH | SOFTWARE ENGINEER |
| SCHLOSS | MATTHEW | MANAGER, PROCESS ENGINEER |
| SERGEANT | BARRY | PROJECT MANAGER (Finance) |
| SETTLE | CLARE | MIS MANAGER |
| SEWELL | WILLIAM | DIRECTOR, DATABASE ADMINISTRATION |
| SHAH | SONALI | BUSINESS SYSTEMS ANALYST (Long Distance) |
| SHAH | HARNISH | SR. ORACLE DBA |
| SHARMA | ANURAG | SENIOR SOFTWARE ENGINEER |
| SHARMA | ANKUR | SOFTWARE ENGINEER |
| SHEAHAN | JOHN | CISCO NETWORK ENGINEER |
| SHEAHAN | PAUL | SECURITY OFFICER |
| SHEN | JULIA | SR. NETWORK ENGINEER PWC |
| SHULTZ | ANDREW | IT SUPPORT ANALYST |

**EXHIBIT E**
**Priceline IT Employees**

| Last Name | First Name | Position During Alleged Class Period |
|---|---|---|
| SINGH | RAVI | SOFTWARE SUPPORT ENGINEER |
| SINGH | VANDANA | DATABASE ADMINISTRATOR |
| Singleton | John | PM: Data Synch |
| SKELLY | KAREN | INVOICING SPECIALIST |
| SMITH | PAUL | CALL CENTER SUPERVISOR |
| SPROUL | SHELDON | SYSTEMS ENGINEER |
| SQUIBB | LEONARD | ORACLE DBA |
| STONE | DAVID | QA ANALYST |
| STUEDLI | LYNNE | PROJECT MANAGER |
| SUIAT | PERRY | TELECOM |
| TAYLOR | JONATHAN | DIRECTOR, ARCHITECTURE |
| TEDESCO | MICHAEL | DIRECTOR, CIS |
| TERRIZZI | PETER | SR. SOFTWARE ENGINEER |
| TEXIDAR | JOSE | NETWORK SPECIALIST, PWC |
| TIVEY | ELENA | SOFTWARE ENGINEER |
| TIWARY | SANJAY | VICE PRESIDENT |
| TONG | CELIA | MIS ANALYST |
| TRECHYM | MARK | NETWORK SPECIALIST |
| TRIGLIANOS | DAVE | SOFTWARE ENGINEER (Auto) |
| TUCCIARONE | TERI | PRODUCT SUPPORT ANALYST |
| TYLES | MARK | NETWORK ADMINISTRATOR |
| TYSON | DAWN | QA ANALYST |
| VAIDYANATHAN | GIRI | DIRECTOR OF SOFTWARE DEVELOPMENT |
| VALLABHAJOYUSULU | RAMBABU | PRINCIPAL ENGINEER |
| VERMA | AMIT | SOFTWARE ENGINEER - ENVIRON |
| WANG | WEI-YI | SENIOR UNIX ADMINISTATOR |
| WEGENER | GERRY | SENIOR NETWORK ENGINEER |
| WEIMER | LINDA | IT SUPPORT ANALYST |
| WEINROD | RICHARD | SVP INFORMATION SERVICES |
| WEY | YEONG | |
| WHYTE | JESSE | DIRECTOR OF SECURITY |
| WIRTENBERG | JOHN | PART-TIME |
| WITTMAN | DONALD | DIRECTOR, ARCHITECTURE & ENGINEERING |
| WRIGHT | TIM | NETWORK SPECIALIST, NOC, PWC |
| YERKS | KATHLEEN | QA ANALYST |
| YUDICHAK | PAUL | SERNIOR NETWORK ENGINEER |
| ZAPATA | JAIRO | DBA |
| ZHANG | JACK | DATABASE ADMINISTRATOR |

F

Ex...IT F
Priceline IT Contractors

| Last Name | First Name | Agency (If known) |
|---|---|---|
| Almetti | Tracy | Millenium Vision |
| Akena | Suresh | Bask |
| Albano | Robert | EDC |
| Ali | Nasreen | Equant |
| Alluri | Raju | HCL |
| Anbalagan | Palanisamy | HCL |
| Andrews | Bruce | Robert Hals International |
| Angan | Senthilkumar | HCL |
| Angelino | Paul | ObjectArt Solutions |
| Arumugam | Saravanakumar | HCL |
| Arura | Geetu | Bear Claw |
| Avery | Dave | Prime Response |
| Bahirathan | Chandran | Rapidigm |
| Balaji | Radhakrishnan | Rapidigm |
| Barker | Stuart | Equant |
| Basu | Chiranjib | HCL |
| Bates | Nick | ITI |
| Benigni | Marc | New Systems |
| Berry | Bob | |
| Bhattiprolu | Srinivas | HCL |
| Bhanagiri | Rao | HCL |
| Bigwood | Dave | Prime Response |
| Boya | Vijayalaxim | HCL |
| Brinjnohan | Devanand | Cintra |
| Brisson | Paul | MMA |
| Brown | Jim | Informatica |
| Cameron | Doug | Equant |
| Carney | Jason | Clarus |
| Carpenter | Julie | kforce.com |
| Cassidy | Gerald | Clarus |
| Chawla | Anshu | MISI Co. |
| Chibber | Parag | Plural |
| Costner | Jeff | Vision |

**EXHIBIT F**
Priceline IT Contractors

| Last Name | First Name | Agency (If known) |
|---|---|---|
| Daniels | Dave | Bearclaw |
| Darlow | Andrew | Equant |
| DeMastri | John | MMA |
| Downing | Russell | Clarus |
| Dorch | Cynthia | Advantage |
| Dunn | Jeremy | IPS |
| Eager | Eric | Clarus |
| Elephante | Dave | Sun |
| Faiers | Dan | Equant |
| Farber | Martin | Qualitec |
| Flame | Vera | Leading Edge |
| Freeman | Stuart | ISS |
| Galati | Pamma | Qualitec |
| Gandham | Sumithra | Bask |
| Gary | John | Pinnacle |
| George | Santhosh | |
| Gerundo | Don | Hourglass |
| Ghorpade | Anne | Centennial Assoc |
| Gokhale | Sanjay | Global Computer Assoc. |
| Goodhue | John | Nemeth/Martin |
| Guduru | Srinivas | iframe |
| Gulati | Pamma | Qualitec |
| Gupta | Sarvesh | HCL |
| Gupta | Ajay Mohan | HCL |
| Hameed | Harris | HCL |
| Hannon | Tamarin | Vision |
| Harris | Roger | Qualitec |
| Hegde | Ranjan | ValueMomentum |
| Hellewell | Chris | Prime Response |
| Hensley | Gina | Clarus |
| Hess | Charles | Condor |
| Homer | Brad | AllTell |
| Jackobel | Ken | New Systems Group |

EXHIBIT F
Priceline IT Contractors

| Last Name | First Name | Agency (If known) |
|---|---|---|
| Jandial | Purnima | HCL |
| Jaswal | Prashnat | HCL |
| Joshi | Kailash | Informatica |
| Joshi | Anil | HCL |
| Juros | Greg | MMA |
| Kalithkar | Kiran | HCL |
| Kalimuthu | Lalitha | ValueMomentum |
| Kandarpa | Venkata | ECS Solutions |
| Kanieski | Chris | |
| Kapoor | Himanshu | HCL |
| Karpe | Amit | HCL |
| Kasmi | Qasim | Software Performance |
| Kaur | Saranjit | HCL |
| Kaushik | Anup | HCL |
| Kelly | Christopher | Bowne |
| Kini | Sunil | Caliber |
| Klem | Jordan | OS Integration |
| Kondikonda | Vamsi | HCL |
| Kotian | Harish | Rapidigm |
| Kumar | Rishi | HCL |
| Kumar | Rajeev | HCL |
| Kumar | Arvind | HCL |
| Kumar | Sanjay | HCL |
| Kumar | Prem | Bask |
| Kuruganti | Aruna | Software Performance |
| Kuruvilla | James | HCL |
| Kushnik | Anup | HCL |
| Lamb | Joe | Lamb Consulting Inc. |
| Lakshiminarayanan | Sitaraman | HCL |
| Lazar | Robert | Qualitec |
| Lee | David | Prime Response |
| Lembo | Art | Bowne |
| Leveille | Hans | DTG |

**EXHIBIT F**
Priceline IT Contractors

| Last Name | First Name | Agency (If known) |
|---|---|---|
| Liang | Chris | MMA |
| Loewenthal | Mike | |
| Longino | Cornell | Clarus |
| Lordon | Chris | Clarus |
| Lowentahal | Michael | Task |
| Makki | Sudheer | HCL |
| Malhorta | Vipin | HCL (offshore) Developer |
| Manchikanti | Murthy | HCL |
| Mardorf | Brian | Intern |
| Marker | Nimesh | HCL |
| Matzen | Frank | Bowne |
| Mazumdar | Deepak | HCL |
| McGucken | Liam | New Systems |
| Mehta | Ninu | Digitek |
| Menezes | Perry | Speedwing (Bedford Associates) |
| Miller | Rob | Jannon Network Engineer |
| Mohammed | Kausar | Rapidigm |
| Moss | Aaron | Clarus |
| Mott | Richard | Jannon Network Engineer |
| Mozhdehi | Craig | New System |
| Mukundarao | Paneesh | ECS Solutions |
| Mundo | Peter | Brio |
| Murray | Andy | Equant |
| Muthuswamy | Sumathi | HCL |
| Nadkarni | Arjun | Speedwing (Bedford Associates) |
| Naik | Sunil | HCL |
| Nanda | Arup | Bear Claw |
| Narasimha | Rao TR | HCL |
| Narayanan | Senthil | Datacom |
| Nicholson | Maurice | Equant |
| Northrup | Robert | Self |
| O'Brien | Larry | Oracle |
| O'Gorman | Sean | Vision |

Exhibit F
Priceline IT Contractors

| Last Name | First Name | Agency (if known) |
|---|---|---|
| Pai | Reshma | Caliber |
| Panesar | Vishal | HCL |
| Papaleo | Thomas | Qualitec |
| Paradarami | Gurunathareddy | Bask |
| Patel | Sashi | Equant |
| Peddenti | Ravi | HCL |
| Penoyer | Robb | ECS Solutions |
| Pentakota | Govind | HCL |
| Petti | Ron | Informatica |
| Pirabhu | Gopi | Bask |
| Piteo | Joe | Condor/Linc |
| Plekan | Jack | Support Clerk 8/25-9/7 |
| Prabhu | Gopinath | Bask |
| Premkumar | Vijay | Bask |
| Purwar | Amita | Condor |
| Putham | Stephan | |
| Raina | Amit | ValueMomentum |
| Rajagopalan | Ramachandran | Caliber |
| Ramabadran | Mahesh | Caliber |
| Ramirez | Ken | Engineering ObjectArt Solutions |
| Rane | Ajay | Rapidigm |
| Ranganathan | Veena | HCL |
| Rao | Narasimha | HCL |
| Raum | Kevin | Pinnacle |
| Rayapathy | Divakar | Bruner |
| Reiss | Brian | Quaero |
| Riotto | Len | ITI |
| Rodriguez | Stephen | HCL |
| Rollason | Dominic | Equant |
| Rune | Ajay | Rapidigm |
| Samant | Abhijit | HCL |
| Samat | Abijit | HCL |
| Sampath | Krishnan | HCL |

EXHIBIT F
Priceline IT Contractors

| Last Name | First Name | Agency (if known) |
|---|---|---|
| Sarkar | Susanta | HCL |
| Satram | Padmasha | MISI Co. |
| Seddon | Jonathan | Equant |
| Seetharaman | Baskar | HCL |
| Settembre | Scott | Elegance |
| Shah | Poorab | Lakeshore Engineering Services |
| Shal | Dipal | HCL |
| Sherbondi | Terry | Clarus |
| Sierra | George | Silknet |
| Simon | Goodchild | Equant |
| Simpath | Krishnan | HCL |
| Simpson | Mike | ITI |
| Singh | Anoobhav | HCL |
| Sitaraman | Suthamalli | HCL |
| Smith | Marva | Advantage |
| Smyrnios | Dean | Sun |
| Snyder | Judith | Clarus |
| Subramanya | SudheerMakki | HCL |
| Sundaresan | Mohan | HCL |
| Swafford | Monique | Quaero |
| Takalikar | Sameer | HCL |
| Tallapally | Ramesh | HCL |
| Thomas | Roshan | HCL |
| Townsend | Julie | Plural |
| Tmarasimha | Rao | HCL (offshore) Software Engineer |
| Urban | Greg | Informatica |
| Vanacoro | Ken | New Systems |
| Vanja | Jamie | Equant |
| Varma | Praveen | HCL |
| Vatchavai | Nagendar | HCL |
| Venipenta | Chandra | Forum Computer Services |
| Venkata | Phani | Bearclaw |
| Vo | Tri | ITSoft |

EXHIBIT F
Priceline IT Contractors

| Last Name | First Name | Agency (If known) |
|---|---|---|
| Waller | Tony | Clarus |
| Welt | Joey | Senatus Consulting, Silknet |
| Winter | Chris | Equant |
| Yoder | Paul | Vision |

G

WebHouse IT Staff

| Name (Last, First) | Position(s) during Alleged Class Period |
|---|---|
| Abdulrahman, Marzuq | Member of the Technical Staff; QA Lead Groceries, Front-end/Offer, Decisioning/Payment; Specialist, Quality Assurance |
| Aderman, Kathy | Site Operator |
| Adinodor, Kavitha | QA Analyst, Data Warehouse |
| Aguilar, Galo | Member of the Technical Staff; Technician, Desktop Support |
| Ahmad, Tanveer | Software Engineer, Payment Systems |
| Akula, Rehka | Software Developer |
| Alaman, Ram | ASP Developer |
| Ali, Zaidi | Software Developer |
| Allende, Laura | Data Coordinator, Production App. Mgmt. |
| Aminian, Hossein | VP Partner Marketing Systems; VP Sponsor Program Systems |
| Ammirato, Vincent | Member of the Technical Staff; Sr. Network Engineer, Wan/Telecom |
| Antoneson, Michael | Sr. Software Engineer |
| Arera, Vikas | Software Engineer |
| Arivand, Sachin | QA Analyst/Groceries |
| Arnon, Yaval | Member of the Technical Staff; Sr. Oracle DBA, Petroleum IT |
| Arpino, Greg | Member of the Technical Staff; DBA Staff |
| Ayyadevara, Smita | Software Engineer, Data Business Objects |
| Baffa, Francine | Technical Writer |
| Baker, James | Software Engineer |
| Bauer, Michael | Member of the Technical Staff |
| Beattie, Robert | Software Engineer |
| Beedenbender, Mark | Database Design/Development |
| Bel, Kevin | Sr. Network Project Manager |
| Bernich, M. | Software Engineer |
| Bezviner, Dawn | Member of the Technical Staff; Development DBA |
| Bhattacharya, Moli | QA Analyst, Weekly Promotions; Specialist, Quality Assurance |
| Bitterman, Bruce | Member of the Technical Staff; Advisory Software Engineer |
| Brijmond, Devanand | DBA |
| Brooks, Chris | Member of the Technical Staff; Software Engineer |
| Brown, Ron | Manager |
| Brunetto, Francesca | Admin. Asst. to SVP, IT Business Group |
| Burns, Jane | Manager, Business Requirements, Gas/BO/DW; Manager, Business Requirements, Grocery; Manager, PMO, Gas/BO/DW (acting) |
| Byers, Jerry | Manager, Technical Engineering |
| Calegari, Doug | Manager, Recon Billing; Manager, Recon-New Dev. |
| Cameron, Ian | VP Business Requirements; Director, Business Requirements, Sponsor Programs |
| Campbell, Carol | Analyst, Consultant Management |
| Carinon, Patrick | Systems Analyst |
| Carney, Dan | Software Engineer |
| Case, Scott | President, Petroleum IT |
| Cassidy, Claudia | Software Engineer-P/T |
| Cehollero, Jaime | Performance Tester |
| Chapin, Valery | Software Developer; Sr. Software Engineer |
| Chegu, Mekund | Member of the Technical Staff; Software Engineer |
| Chen, Nancy | Manager, Business Management; IT Vendor Mgt. |
| Chinnapullay, Srivanni | Member of the Technical Staff; SQL Engineer; I Log Analyst |

EXHIBIT G
WebHouse IT Staff

| Name (Last, First) | Position(s) during Alleged Class Period |
|---|---|
| Choi, Elain | Weblog Analyst |
| Christensen, Kathleen | Manager, Grocery Front End Development |
| Chu, Tiffany | Software Engineer Emerald |
| Coleman, Michael | VP Data Engineering |
| Colley, Mark | Member of the Technical Staff; Brio Admin/C&C |
| Collin, Jimm | VB/COM |
| Constantine, Brian | Manager, Promo Content Development; Promo Content Team Lead |
| Cook, Paul | Manager, Site Operations |
| Cordova, Francisco | Site Operator |
| Cuchelo, Mark | Senior Manager Application Support |
| Curns, Shawn | Manager, Recon-Maint. (acting) |
| Cyt, Roger | Systems Analyst |
| Czepiel, Michael | Systems Analyst |
| DaCosta, Kevin | Software Engineer Emerald |
| D'Amico, Paula | Manager, Grocery Warehouse; Sr. Manager, DW Production Support |
| Dare, Nick | Member of the Technical Staff |
| Dasher, Jim | SQL Engineer |
| DaSilva, Sushil | Director Network Management |
| Desai, Rakesh | Manager, Grocery Data Applications |
| Dewan, Husan | VP Infrastructure Engineering |
| Dewberry, Jim | Sr. Software Engineer |
| Dhaksinamoorthi | Software Engineer |
| DiCostanzo, John | Systems Analyst |
| Dietzman, CJ | Manager, Gas Technical Operations |
| Dimitrov, Lazar | Analyst, Business Requirements; Business Analyst |
| DiNapoli, William | Systems Analyst |
| Donahew, Ryan | Manager, iServices (Gas) |
| Doraiswami, Gayathri | Software Engineer |
| Doshi, Vishal | Member of the Technical Staff; Sr. DBA |
| Douglas, Kelli | Member of the Technical Staff; Data Management Specialist |
| Druckman, Greg | Manager PMO IT |
| Duers, Christopher | Systems Analyst |
| Edwards, Jennie | Analyst, Business Requirements; Business Analyst |
| Edwards, Ralphael | Technician, Desktop Support |
| Eyers, Jerry | Manager, Technical Engineering |
| Feldman, David | Director, Data Applications; Director, Software Engineering, Petroleum IT |
| Ferrara, Joe | Member of the Technical Staff; Technician, Desktop Support |
| Franco, David | Site Operator |
| Funke, Elliott | Systems Analyst |
| Ganagoni, Srinivas | QA Analyst/Groceries |
| Gawde, Anth | ASP Developer |
| Gawde, Jayant | ASP Developer |
| George, Santosh | Member of the Technical Staff |
| Gerhard, Tom | Director, Gas Web Systems |
| Gesswin, Donald | Systems Analyst |
| Ghia, Jayesh | Member of the Technical Staff; Lead Weblog Engineer |
| Gilman, Stew | Sr. Manager, Site Operations, Shift 2x12x7 |

EXHIBIT G
WebHouse IT Staff

| Name (Last, First) | Position(s) during Alleged Class Period |
|---|---|
| Ginter, Michael | Systems Analyst |
| Gladden, Donald | Manager, Site Operations |
| Gotosky, Vadim | Senior Database Admin |
| Gouvern, John | Systems Analyst |
| Graciano, Ron | Sr. Software Engineer |
| Greenspan, BJ | SVP IT Business Group |
| Gregorio, Susan | Member of the Technical Staff; Business Analyst, MIS |
| Grossfield, Marty | Director, MIS Operations; Director, MIS/EUC |
| Haas, Kelly | Tier One Team Lead |
| Hansel, Kirsten | Site Operator |
| Harwood, Greg | Software Engineer Emerald |
| Hashem, Ethan | Site Operator |
| Healy, Brian | Supervisor Desktop Support; Member of the Technical Staff |
| Helderman, Isa | Software Engineer, Front End |
| Herskovitz, Michael | SVP IT Operations |
| Hoang, Dat | Project Manager |
| Howell, Jacqueline | Manager Site Operations |
| Howes, Adam | SQL Engineer |
| Hsu, David | Member of the Technical Staff; DW admin |
| Hsu, Peter | DBA |
| Humphrey, Matt | Manager, Site Operations |
| Hwang, Kathy | Director; Director, Project Management Office |
| Hyder, Kamal | Silknet WebHouse |
| Johnson, Dave | VB/COM |
| Jones, Mike | Software Engineer |
| Juliano, Dan | Member of the Technical Staff; Technician, Desktop Support |
| Kamath, Kashore | Project Manager |
| Kannjah, Suresh | Sr. Software Engineer |
| Kaushal, Atul | Directors; Manager, Headquarters Technical Operations |
| Kazaklaris, Denise | Admin. Ass't. to VP, Sponsor Program Systems |
| Kirchoff, Kenneth | Member of the Technical Staff |
| Klein, Dan | Manager, Gas Warehouse; Sr. Manager, Data Warehouse Applications |
| Kned, Ed | Site Operator |
| Knuff, John | VP Technical Operations |
| Kopman, Naum | Member of the Technical Staff |
| Korapthi, Gayathri | Software Engineer Emerald |
| Korukona, Babji | ASP Developer |
| Kramer, Kat | Admin Assistant to Director Production Performance; Admin Assistant to Director, Application Support |
| Krishon, Mirah | ASP Developer |
| Kroeze, Edgar | Site Operator |
| Kuchoff, Kenneth | Platform UNIX Engineer |
| Lacoll, Marc | Systems Analyst |
| LaFrancois, John | Manager, BEV |
| Lan, Mike | SQL Engineer |
| Landau, Steve | Member of the Technical Staff |
| Landon, Steve | Technician, Desktop Support |
| Landry, Mike | Member of the Technical Staff; Dynamic Promo Offers Team Lead |
| LeFrancois, John | Manager, BO-Recon |

WebHouse IT Staff

| Name (Last, First) | Position(s) during Alleged Class Period |
|---|---|
| Lewis, Laura | Director, Business Management; Director, IT Financial Management |
| Licciardi, Anthony | Member of the Technical Staff |
| Liu, Jennifer | Business Analyst; Sr. Business Analyst, Project Management Office |
| Loreh, Keith | Member of the Technical Staff; Manager, Data Maintenance |
| Love, John | Project Manager |
| Luk, Jing | Member of the Technical Staff |
| Luk, John | BDS |
| Madireddy, Radhika | Member of the Technical Staff; Sr. Software Engineer |
| Mahoney, Ted | Project Manager |
| Manson, Jung | Member of the Technical Staff; QA Lead Groceries, Quality Assurance |
| Manuolo, Joe | Software Engineer Emerald |
| Manzo, Brad | Member of the Technical Staff; Technical Writer |
| Martin, Lloyd | Site Operator |
| Martinez, Topiltzen | Director, Security |
| Martinez, Wilson | Member of the Technical Staff; Technician, Desktop Support |
| Masciopiato, Daniel | Director, Groceries; Manager, Cust. Service (acting) |
| McDowell, Doug | Member of the Technical Staff |
| McGill, James | Executive Vice President, CIO |
| McHale, Joseph | Member of the Technical Staff; Software Engineer |
| McHugh, John | Member of the Technical Staff; QA Analyst Promotions Remediation |
| Meduri, Suresh | DBA Staff |
| Medvinsky, Mike | Member of the Technical Staff; Tier 1 Software Support Project Manager |
| Mehrish, Sriant | Brio Report |
| Meng, Mark | Member of the Technical Staff; Sr. Software Engineer |
| Metzger, RJ | Member of the Technical Staff; Platform Engineer, MCSE |
| Miloslavsky, Boris | Software Engineer |
| Mishra, Suresh | VB/COM |
| Mohr, Frank | Member of the Technical Staff |
| Monacelli, Fausto | Manager, Middle Tier |
| Morrison, Alasdair | DBA Developer |
| Mukalar, Angir | Configuration Engineer |
| Murphy, Bill | VP Grocery Web Systems; Backoffice Systems (acting); Payment Systems (acting) |
| Nadeau, David | Server Administrator |
| Naidu, Srivani | Member of the Technical Staff |
| Namathirtharo, Sirabar | QA Analyst, Data Warehouse |
| Nass, Michael | Systems Analyst |
| Nauyital, Inpati | Silknet WebHouse |
| Nee, Patrick | VP Operations; VP Release Management |
| Nemeth, Dave | Member of the Technical Staff; Platform Engineer, MCSE |
| Neth, El | Network Engineer |
| Nichols, Chris | Server Configuration Team Lead |
| Nielsen, Mark | Systems Analyst |
| Novella, Bob | Deployment Management Team Lead |
| Pagith, Vidyadhar | QA Analyst, Data Warehouse |

**EXHIBIT G**
**WebHouse IT Staff**

| Name (Last, First) | Position(s) during Alleged Class Period |
|---|---|
| Palm, Doug | Project Manager |
| Pamidis, Snresh | Sr. Software Engineer |
| Parikh, Sunil | Member of the Technical Staff; QA Lead Groceries & Gas, Data Warehouse |
| Park, Jacob | Sr. Software Engineer |
| Parsons, William | Systems Analyst |
| Penizzi, Brenda | Technical Writer |
| Perugini, Tony | Member of the Technical Staff; Data Driven Architecture Tech Lead; Software Engineer, Management Configuration |
| Petzel, Dave | Systems Analyst |
| Pilayuthial, Rama | DBA Staff |
| Polonskaya, Helen | Member of the Technical Staff; SQL Analyst |
| Porter, Patricia | QA Analyst, New Promo Architecture |
| Prasad, Hari | Configuration Engineer |
| Prasad, Ram | Software Developer |
| Pressad, Marc | Software Engineer Emerald |
| Puzankov, Andy | SQL Engineer |
| Quiles, Ricardo | Member of the Technical Staff; Technician, Desktop Support |
| Qureshi, Tariq | QA Analyst/Groceries |
| Rajuladavi, Manoj | Software Developer |
| Ramanatha, Ram | Site Operator |
| Ramban, Syed | QA Analyst |
| Reddy, Anith | QA Analyst/Groceries |
| Rege, Jayesh | Sr. Software Engineer, Architecture Components, Offer Decisioning, Middle Tier |
| Rhodes, Michelle | Sr. Project Manager, QA Process, Methods & Tools |
| Ricardi, Chris | Software Engineer |
| Rising, Chris | VP iServices |
| Rouleau, Dana | Site Operator |
| Sachs, D. | Assoc. Software Engineer |
| Salvo, Frank | Director, Functional QA; Director, QA |
| Sani, Sund | Software Developer |
| Scarfi, Fran | Member of the Technical Staff |
| Schloss, Matthew | Problem Mgt, Senior Manager, Shift 2x12x7 |
| Sclafani, Ed | Manager, S/W Configuration |
| Seydou, Coulibaly | Member of the Technical Staff, NT Engineer MCSE |
| Shardron, Jerry Yuri | Member of the Technical Staff |
| Sharma, Sandy | Member of the Technical Staff; Software Engineer |
| Sharma, Shikha | Member of the Technical Staff; Sr. Software Engineer |
| Shen, Julian | Member of the Technical Staff; Platform Engineer, WAN/Telecom |
| Shender, Alexander | Member of the Technical Staff |
| Sher, Lloyd | Member of the Technical Staff |
| Shu, Mike | VB/COM |
| Sills, Mike | Member of the Technical Staff |
| Simone, John | Member of the Technical Staff; Lead Analyst, Quality Assurance |
| Sinha, Vivek | Software Engineer Emerald |
| Small, JC | Software Engineer, Management Configuration |
| Sokolich, Bobby | Systems Analyst |
| Solanki, Kirt | Performance Tester |
| Stein, Alan | Build Manager |

EXHIBIT G
WebHouse IT Staff

| Name (Last, First) | Position(s) during Alleged Class Period |
|---|---|
| Stenson, Ed | Member of the Technical Staff; Documentation Manager |
| Stern, Eric | Systems Analyst |
| Stockmoe, Brian | Director, Application Support; Director, Production Performance |
| Sulivan, Bob | DBA |
| Syamnaur, Ashwini | Software Engineer |
| Syrotiak, Diana | Admin. Asst. to VP Technical Operations |
| Tetelbaum, Michael | Member of the Technical Staff; Sr. Software Engineer |
| Thole, Amy | Software Engineer Emerald |
| Titstlashvila, Zvlad | Specialist, Quality Assurance |
| Tiwarj, Ajay | Performance Tester |
| Towers, Ben | Member of the Technical Staff, Technician, Desktop Support |
| Tsifushvili, Zvind | QA Analyst Promotions Remediation |
| Uzzo, Anthony | Software Engineer |
| Vaikuntanarayanan, Venkatraman | Member of the Technical Staff |
| Varas, Jorge | Member of the Technical Staff; Software Engineer |
| Vasquez, Jose | Site Operator |
| Veroneau, Jerry | VP, PMO; Director, Business Requirements Grocery/BO/DW (acting); Manager, Program Management, Grocery/BO/DW (acting) |
| Viradiya, Naresh | Development DBA |
| Walhoffer, Charles | Systems Analyst |
| Wall, Patrick | Site Operator |
| Ward, Jon | VP PMG |
| Wargo, Scott | Software Engineer |
| Whalen, Jasmin | Administrative Ass't to EVP, CIO |
| White, Dave | SQL Engineer |
| Wilson, Jeneene | Member of the Technical Staff; Systems Analyst, MIS |
| Wong, Jeff | Director, New Web Promo |
| Yarlagadda, Tulasi | Software Engineer |
| Yung, Amos | Software Engineer |
| Zhang, Gang | Member of the Technical Staff |