# EXHIBIT M

# CRAVATH, SWAINE & MOORE LLP

GEORGE J. GILLESPIE, III
THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.

JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
W. CLAYTON JOHNSON
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

———
CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1242

JULIE A. NORTH
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO

———
SPECIAL COUNSEL
SAMUEL C. BUTLER
THOMAS D. BARR

———
OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

February 18, 2005

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Mr. Johnson:

    I have received your letter dated February 17, 2005.

    We are happy to participate in a meet and confer with you during the week of February 28, 2005. I will confer with my colleagues and get back to you after the holiday weekend with a proposed date and time when we are available.

    Your stated expectations with respect to the completion of our document production and our privilege log are, however, entirely unrealistic. We have begun the process of collecting documents responsive to your first set of document requests and can discuss during our meet and confer when we will be able to begin rolling our production. Given the expansive breadth of your document requests and the large volume of electronic data in priceline's possession, we cannot possibly commit to completing our production of documents or finalizing our privilege log by April 1. Rather, as we indicated during our negotiation of the scheduling order, the process of document production in this case will likely take several months.

    As you know, the first deadlines on the Court's scheduling Order concern class certification. Accordingly, focusing on discovery related to class certification is the most productive use of our time. The depositions of all proposed class representatives for class certification purposes are scheduled to commence in less than three weeks. As I noted in my letter to Peter McDougall, dated February 16, 2005, we will need to review and analyze your discovery responses (including your document production) on class issues in advance of those depositions. Please advise when we can expect to receive these materials.

2

      With respect to the remainder of your "concerns" regarding our discovery responses, we will address those in subsequent correspondence.

Very truly yours,

*Christine L. Arena* /Jeff

Christine L. Arena

Geoffrey M. Johnson, Esq.
    Scott + Scott, LLC
        33 River Street
            Chagrin Falls, OH 44022

0125

BY FACSIMILE AND FIRST CLASS MAIL

Copies to:

Jacob B. Perkinson, Esq.
    Johnson & Perkinson
        1690 Williston Road
        P.O. Box 2305
            South Burlington, VT 05403

William J. Kelleher, III, Esq.
    Robinson & Cole LLP
        695 East Main Street
            Stamford, CT 06904-2305

Allen Maines, Esq.
    Paul, Hastings, Janofsky & Walker LLP
        600 Peachtree Street, NE
        24th Floor
            Atlanta, GA 30308

BY FACSIMILE