14.  <u>Theodore Vagelos</u>
*Vice President, Business Development B2B*
1 Stratford Court
Warren, NJ 07059

15.  <u>Jeanne Wisniewski</u>
*Executive Vice President, Human Resources*
6 Harding Lane
Westport, CT 06880
(203) 221-7298

<u>Interrogatory No. 29</u>

Identify all law firms, consultants, accountants, valuation firms or business analysts employed, retained or used by WebHouse, Walker Digital or Priceline and state the nature and scope of their services.

<u>Response to Interrogatory No. 29</u>

Defendants object to Interrogatory No. 29 to the extent that it seeks

information about WebHouse and Walker Digital that is outside of Defendants'

possession, custody or control.  Defendants further object to this interrogatory as overly

broad, unduly burdensome and not reasonably calculated to lead to the discovery of

admissible evidence.  Subject to and without waiving these objections, Defendants refer

to their Response to Interrogatory No. 10 and Items 13 and 14 of Defendants' Initial

Disclosures.

<u>Interrogatory No. 30</u>

Describe each computer network in operation in Priceline and/or WebHouse.
Your response to this Interrogatory should include the brand and version number of the network operating system in use; the quantity and configuration of all network servers and workstations; the identity of the person(s) responsible for the ongoing operating, maintenance, expansion and upkeep of the network; and the brand name and version number of all applications and other software (including electronic mail applications) residing on the network.

<u>Response to Interrogatory No. 30</u>

Defendants object to Interrogatory No. 30 to the extent that it seeks

information about WebHouse that is outside of Defendants' possession, custody or

control.  Defendants further object to this interrogatory as overly broad, unduly

burdensome, and to the extent it seeks information that is not relevant to any claim or

defense of any party in this action and is not otherwise reasonably calculated to lead to

the discovery of admissible evidence in this action.  Defendants also object to this

interrogatory as seeking information than can be obtained through other, less burdensome

means of discovery.

Interrogatory No. 31

> Describe each mini- and mainframe computer system used by Priceline and/or
> WebHouse, including the brand and version of the operating system in use; the
> identity of the person(s) responsible for the ongoing operation, maintenance,
> expansion and upkeep of the mini- and/or mainframe system; and the name and
> description of function of all applications and other software (including electronic
> mail applications) residing on the network.

Response to Interrogatory No. 31

> Defendants object to Interrogatory No. 31 to the extent that it seeks

information about WebHouse that is outside of Defendants' possession, custody or

control.  Defendants further object to this interrogatory as overly broad, unduly

burdensome, and to the extent it seeks information that is not relevant to any claim or

defense of any party in this action and is not otherwise reasonably calculated to lead to

the discovery of admissible evidence in this action.  Defendants also object to this

interrogatory as seeking information than can be obtained through other, less burdensome

means of discovery.

Interrogatory No. 32

> Describe your procedures for making and maintaining data backups on all
> computer systems used by Priceline and/or WebHouse. Your response to this
> Interrogatory should include a description of any and all procedures and/or
> devices used to backup the software and/or data, including, but not limited to:
> name(s) of backup software used; **tape** rotation schedule; type of tape backup
> drives (including name and version number); a statement whether multiple
> generations of backups are maintained (and if so, how many and whether the
> backups are full or incremental); a statement whether backup storage media is

33

kept off-site (and if so, where such media is kept); a description of the process for archiving and retrieving off-site media; the identity of the persons or group who conduct the backup; the identity of the information which was backed up; and a detailed list of all backup sets (regardless of the magnetic media on which they reside) showing current location, custodian, date of backup and a description of backup content.

Response to Interrogatory No. 32

Defendants object to Interrogatory No. 32 to the extent that it seeks information about WebHouse that is outside of their possession, custody or control. Defendants further object to this interrogatory as overly broad, unduly burdensome, and to the extent it seeks information that is not relevant to any claim or defense of any party in this action and is not otherwise reasonably calculated to lead to the discovery of admissible evidence in this action. Subject to and without waiving these objections or the General Objections, Defendants state: Promptly following the onset of litigation in October of 2000, counsel for priceline issued a notice to its employees with instructions not to destroy or discard information that might be pertinent to the securities lawsuits. As of October 2000, priceline also suspended destruction of the quarterly and yearly backup tapes associated with its corporate file and e-mail servers. A copy of the data resident on those servers was made during January and February of 2002.

Interrogatory No. 33

Describe with particularity the computer systems Priceline and/or WebHouse use to store, compose, distribute or route electronic mail. This description should include: the number and types of computers; the number and types of storage devices; the name and version of all operating systems; and the name and version of all electronic mail software programs used.

Response to Interrogatory No. 33

Defendants object to Interrogatory No. 33 to the extent that it seeks information about WebHouse that is outside of their possession, custody or control. Defendants further object to this interrogatory as vague and ambiguous, overly broad and

34

unduly burdensome, and to the extent it seeks information that is not relevant to any

claim or defense of any party in this action and is not otherwise reasonably calculated to

lead to the discovery of admissible evidence in this action. Defendants also object to this

interrogatory as seeking information than can be obtained through other, less burdensome

means of discovery. Subject to and without waiving these objections of the General

Objections, Defendants state that, during the Alleged Class Period, e-mail for priceline

employees was maintained on Compaq servers using Microsoft Exchange Mail v. 5.5 on

a Windows NT 4.0 platform. On information and belief, some WebHouse employees

may have used the same e-mail system during some portion of the Alleged Class Period.

Interrogatory No. 34

> Describe with particularity the voice mail system used by employees of Priceline
> and/or WebHouse. This description should include the manner of accessing
> messages; a statement whether voice mail messages could be stored and for how
> long; and, if voice mail messages were automatically purged, a description of the
> destruction schedule.

Response to Interrogatory No. 34

Defendants object to Interrogatory No. 34 to the extent that it seeks

information about WebHouse that is outside of their possession, custody or control.

Defendants further object to this interrogatory as vague and ambiguous, overly broad and

unduly burdensome, and to the extent it seeks information that is not relevant to any

claim or defense of any party in this action and is not otherwise reasonably calculated to

lead to the discovery of admissible evidence in this action. Subject to and without

waiving these objections, Defendants state that, during the Alleged Class Period,

priceline's voicemail system was operated via two systems: a NEC Private Branch

Exchange ("PBX"), located in Stamford, Connecticut, and a Nortel PBX, located in

Norwalk, Connecticut. The Nortel PBX utilized Meridian Mail Release 12.12.7, which

permitted users to access mail via internal priceline or external telephone numbers upon entry of a personal password. The system typically permitted users to store up to five minutes of voicemail messages; stored messages were typically deleted on an individual basis by the user in order to permit new callers to record new voicemail messages. Defendants state that they currently lack enough information sufficient to provide a description of the voicemail applications used on the NEC PBX, for which maintenance was outsourced to a third-party provider.

On information and belief, some WebHouse employees may have established voicemail accounts through priceline's Nortel PBX during the Alleged Class Period. Defendants otherwise lack knowledge or information sufficient to answer this interrogatory with respect to WebHouse.

Interrogatory No. 35

Identify all persons involved in preparing your responses to the Interrogatories and the responses to Plaintiffs' Document Requests.

Response to Interrogatory No. 35

Defendants object to Interrogatory No. 35 as overly broad and unduly burdensome, and to the extent it calls for information subject to attorney-client, work product or other applicable privileges.

Interrogatory No. 36

Identify the location of the documents requested in each of Plaintiffs' Document Requests and the custodian of each.

Response to Interrogatory No. 36

Defendants object to Interrogatory No. 36 as overly broad, unduly burdensome and premature. Subject to and without waiving this objection or the General Objections, Defendants state that they will provide in due course a source log indicating

the custodian (where available) from whom documents are produced in response to

Plaintiffs' First Document Request.


Dated:       January 10, 2005.


                              DEFENDANTS PRICELINE.COM INC.,
                              N.J. NICHOLAS, DANIEL H. SCHULMAN
                              AND RICHARD S. BRADDOCK


                              Joseph L. Clasen (ct04090)
                              ROBINSON & COLE, LLP
                              Financial Centre
                                 695 East Main Street
                                 P.O. Box 10305
                                    Stamford, CT 06904-2305
                                       Telephone:  (203) 462-7500
                                          Fax:  (203) 462-7599
                                             jclasen@stam.rc.com


OF COUNSEL:
Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
   825 Eighth Avenue
      New York, NY 10019
         Telephone:  (212) 474-1000
            Fax:  (212) 474-3700

*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas,*
*Daniel H. Schulman and Richard S. Braddock*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 10th day of January,

2005 via first class U.S. mail delivery to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Patrick A. Klingman, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| **Attorneys for Defendant Deloitte & Touche LLP** | **Attorneys for Defendant Jay S. Walker** |
|---|---|
| Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>McCarter & English<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel:  860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | Martin Glenn, Esq.<br>Dana C. MacGrath, Esq.<br>O'Melveny & Myers LLP<br>153 East 53rd Street<br>New York, NY 10022<br>Tel:  212-326-2000<br>Fax:  212-326-2061<br><br>Martin Glenn<br>Dana C. MacGrath<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone:  (212) 326-2200<br>Fax:  (212) 326-2061<br><br>Albert M. Myers, III, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA  30308<br>Tel:  404-815-2400<br>Fax:  404-815-2424 |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.** | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols** |
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT  06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

William J. Kelleher III

A

**EXHIBIT A**
WebHouse Grocery Manufacturer Participants

Adolph Coors
Agrilink Foods
Alcon Laboratories Inc
American Home Prod.
Andrew Jergens Co
Apple & Eve
Aunt Millie's
Aurora Foods
Aveeno
B & G Foods, Inc.
Baker's Joy
Barilla
Bausch & Lomb
Bayer
Ben & Jerry's Homeade, Inc
Benckiser Products-CT
Bertolli USA
Best Foods
Bigelow
Block Drug
Block Drug Company
Borden
Breath O'Pine
Bridgeford Foods
Briston Myers
Brownberry
Bumble Bee, Inc.
Bush Brothers
Cabot
Cadbury Schwepps
Campbell's
Celestial Seasonings
Church & Dwight
Ciba (Novartis)
Citrus World (Coop)
Clairol
Clorox
Coca-Cola
Colgate Palmolive
Colonna
ConAgra
Conair
Contadina Foods
Coral Springs Inc.
Crystal Geyser
Dannon
Del Monte
DFA
Dial Corp.
Dole Packaged Foods
Dr Pepper/7-Up

**EXHIBIT A**

WebHouse Grocery Manufacturer Participants

Dreyers
Earth Grains
Eveready Battery
Farm Flavor Inc
Filippo Berio
Fort James
Freihofer's
Fresh Express
Frito Law
Fuji
General Mills
Georgia Pacific
Gerber
Ghiradelli
Gillette
Gold Farm
Golden Valley Microwave Food
Gorton's
Group Dannon
H.J. Heinz Co.
Hanes
Hanover Food Corp
Hartz
Helen of Troy Limited
Hershey's
Hillshire Farms
Hormel
Indian Summer
International Home Foods
Interstate Brands
Ironclad Inc
Irving Paper
J & J Consumer Products
J & J- McNeil
J.B. Williams Co, Inc.
J.C. Garet, Inc.
J.R. Simplot
Jay's
JM Smuckers Co.
Johnson & Johnson
Jones Dairy Farm
Kal Kan
Kayser Roth
Keebler Foods
Keller's Hotel Bar
Kellogg's
Kimberly Clark
King Arthur
Knott's Berry Farm Food Inc.
Knouse Foods
Kodak

**EXHIBIT A**

**WebHouse Grocery Manufacturer Participants**

Konica
Kraft
Lamb Weston
Land O Lakes
Leonardo Foods Inc
Lipton
Little Crow Foods
L'Oreal
M Professional
M&M Mars
Magla
Marcal
Maruchan
McCain Foods
McCanns
Minute Maid Co
Nabisco
National Fruit
Nature's Own
Naya
Nestle
Nissin
Northland
Novartis
Ntl Grape Coop
Ocean Spray Cooperative
Pace
Pactiv Corp
Patrick Cudhay
Pepperidge Farm
Pepsico
Perdue
Perdue Farms
Pfizer
Pillsbury
Playtex
Plumrose
Proctor & Gamble
Quaker Oats
Ralston Purina
Rayovac
Ready-Pac
Reckitt & Colman
Red Gold Inc
Redco Foods Inc
Reily Foods
Revlon
Riviana Foods Inc
Rubbermaid
S.C. Johnson
Sanderson Farms

**EXHIBIT A**
WebHouse Grocery Manufacturer Participants

Sandoz Pharmaceutical
Sanwa
Sara Lee
Sargento
SC Johnson
Schering-Plough
Schwan's Sales
Schwebels
Seneca
Sergeants
SMG Inc.
Smithkline Beecham
Smuckers
Snapple Beverage Company
Snyder's of Hanover
Solo
Sorrento
Suavitel Inc
Sunbeam
Sunkist
Tetley USA
Thorn Apple Valley
Triare Beverage Group
Tri-Union Seafoods
Tri-Valley Growers
Tropicana
Turkey Hill
Tyson Foods
Unilever
Utz
Veryfine
Vlasic Food International
Warner-Lambert
Warner-Lambert-Adams
Warner-Lambert-Schick
Whitehall-Robbins
Wilsey
Wise Foods
Wrigley's
Yoo-Hoo
Zodiac

**B**

**EXHIBIT B**
WebHouse Grocery Retailer Participants

| Retailer Name | Address (If known) | City/State (If known) | Approximate Start Date of Participation (If known) |
|---|---|---|---|
| A&P | | Baltimore | 2/20/2000 |
| A&P | | Baton Rouge | 4/26/2000 |
| A&P | | Boston | 3/5/2000 |
| A&P | | Burlington, VT | 2/6/2000 |
| A&P | Main St | Edgartown, MA | |
| A&P | | Hartford/New Haven | 2/20/2000 |
| A&P | | Milwaukee | 5/15/2000 |
| A&P | | New Orleans | 4/26/2000 |
| A&P | | New York | 10/31/1999 |
| A&P | | Philadelphia | 10/31/1999 |
| A&P | | Richmond, VA | 2/13/2000 |
| A&P | | Springfield, MA | 2/6/2000 |
| A&P | | Washington, DC | 2/20/2000 |
| ACME | | Baltimore | 2/20/2000 |
| ACME | | Philadelphia | 10/31/1999 |
| Acres | | | |
| Albertson's | | Los Angeles | 9/7/2000 |
| Albertson's | | Monterey, CA | 9/7/2000 |
| Albertson's | | Palm Springs, CA | 9/7/2000 |
| Albertson's | | Sacramento | 9/7/2000 |
| Albertson's | | San Diego | 9/7/2000 |
| Albertson's | | San Francisco | 9/7/2000 |
| Albertson's | | Santa Barbara | 9/7/2000 |
| Allen's | | | |
| Associated | | Salt Lake City | 6/22/2000 |
| AWI | | | |
| Basics/Metro | | Baltimore | 2/20/2000 |
| Big Y | | Albany, NY | 2/20/2000 |
| Big Y | | Boston | 3/5/2000 |
| Big Y | | Hartford/New Haven | 2/20/2000 |
| Big Y | | Springfield, MA | 2/6/2000 |
| Bi-Lo | | Atlanta | 7/27/2000 |
| Bi-Lo | | Charleston, SC | 3/30/2000 |

**EXHIBIT B**
WebHouse Grocery Retailer Participants

| Retailer Name | Address (If known) | City/State (If known) | Approximate Start Date of Participation (If known) |
|---|---|---|---|
| Bi-Lo | | Charlotte | 3/30/2000 |
| Bi-Lo | | Chattanooga, TN | 3/30/2000 |
| Bi-Lo | | Columbia, SC | 3/30/2000 |
| Bi-Lo | | Greensboro-High Point | 3/30/2000 |
| Bi-Lo | | Greenville/Spartanburg | 3/30/2000 |
| Bi-Lo | | Hunstville, AL | 7/20/2000 |
| Bi-Lo | | Knoxville, TN | 7/20/2000 |
| Bi-Lo | | Macon, GA | 3/30/2000 |
| Bi-Lo | | Nashville | 7/20/2000 |
| Brookshire's | | Dallas | 7/27/2000 |
| Brookshire's | | Little Rock, AR | 8/13/2000 |
| Brookshire's | | Shreveport, LA | 10/22/2000 |
| Brookshire's | | Tyler, TX | 7/27/2000 |
| Brookshire's | | Waco-Temple-Bryan, TX | 7/27/2000 |
| Broulim's | | | |
| Cala/Bell | | San Francisco | 9/7/2000 |
| City Market | | Colorado Springs | 9/24/2000 |
| City Market | | Denver | 9/24/2000 |
| Cub (Supervalu) | | Minneapolis | 10/12/2000 |
| D'Agostino | | | |
| Day's | | | |
| Dick's Market | | | |
| Dillon's | | Kansas City | 10/19/2000 |
| Dillon's | | Springfield, MO | 10/19/2000 |
| Dillon's | | Tulsa, OK | 10/19/2000 |
| Dillon's | | Wichita, KS | 10/19/2000 |
| Dominick's | | | |
| Econofoods | | | |
| Edwards | | New York | 10/31/1999 |
| Emigration Market | | | |
| Farm Fresh | | Norfolk, VA | 2/14/2000 |
| Farm Fresh | | Richmond, VA | 2/13/2000 |
| Farmer Jack | | Detroit | 2/14/2000 |

**Ex...iIT B**
WebHouse Grocery Retailer Participants

| Retailer Name | Address (If known) | City/State (If known) | Approximate Start Date of Participation (If known) |
|---|---|---|---|
| Farmer Jack | | Flint/Saginaw | 2/14/2000 |
| Farmer Jack | | Grand Rapids | 2/14/2000 |
| Food Dynasty | | | |
| Food King | | Baltimore | 2/20/2000 |
| Foodtown | | | |
| Fred Meyer Marketplace | | Phoenix | 9/24/2000 |
| Fred Meyer Marketplace | | Portland, OR | 10/19/2000 |
| Fred Meyer Marketplace | | Salt Lake City | 6/22/2000 |
| Fred Meyer Marketplace | | Seattle | 10/19/2000 |
| Fred Meyer Marketplace | | Spokane, WA | 10/19/2000 |
| Fry's | | Phoenix | 9/24/2000 |
| Fry's | | Tucson, AZ | 9/21/2000 |
| Furr's | | Albuquerque, NM | 6/22/2000 |
| Furr's | | El Paso, TX | 6/22/2000 |
| Genuardi | | Philadelphia | 10/31/1999 |
| Giant | | Baltimore | 2/20/2000 |
| Giant | | Harrisburg/York, PA | 2/20/2000 |
| Giant | | Johnstown, PA | 2/20/2000 |
| Giant | | Philadelphia | 10/31/1999 |
| Giant | | Washington, DC | 2/20/2000 |
| Giant | | Wilkesbarre/Scranton, PA | 2/14/2000 |
| Giant Eagle | | Cleveland | 5/25/2000 |
| Giant Eagle | | Johnstown, PA | 2/20/2000 |
| Giant Eagle | | Pittsburgh | 5/25/2000 |
| Giant Eagle | | Youngstown, OH | 5/15/2000 |
| Grand Union | | Albany, NY | 2/20/2000 |
| Grand Union | | Burlington, VT | 2/6/2000 |
| Grand Union | | New York | 10/31/1999 |
| Gristede's | | | |
| Hannaford | | | |
| Hy-Vee | | Lincoln & Hastings-Kearney, NE | 7/27/2000 |
| Hy-Vee | | Minneapolis | 7/27/2000 |
| Hy-Vee | | Omaha | 7/27/2000 |

**EXHIBIT B**

WebHouse Grocery Retailer Participants

| Retailer Name | Address (if known) | City/State (if known) | Approximate Start Date of Participation (if known) |
|---|---|---|---|
| Hy-Vee | | Sioux Falls (Mitchell), SD | 7/27/2000 |
| Jewel | | Champaign & Springfield-D | 2/14/2000 |
| Jewel | | Chicago | 6/22/2000 |
| Jewel | | Milwaukee | 5/15/2000 |
| Jewel | | Peoria, IL | 6/22/2000 |
| Kent's | | | |
| Key Food | | | |
| King Kullen | | New York | 10/31/1999 |
| King Soopers | | Colorado Springs | 9/24/2000 |
| King Soopers | | Denver | 9/24/2000 |
| Kings | | | |
| Kohl's Food Stores | | | |
| Kroger | | Atlanta | 7/27/2000 |
| Kroger | | Champaign & Springfield-D | 2/14/2000 |
| Kroger | | Charleston, SC | 3/30/2000 |
| Kroger | | Charleston, WV | 8/10/2000 |
| Kroger | | Chattanooga, TN | 3/30/2000 |
| Kroger | | Cincinnati | 7/20/2000 |
| Kroger | | Columbia, SC | 3/30/2000 |
| Kroger | | Columbus | 7/20/2000 |
| Kroger | | Columbus, GA | 3/30/2000 |
| Kroger | | Dallas | 7/27/2000 |
| Kroger | | Dayton, OH | 7/27/2000 |
| Kroger | | Detroit | 2/14/2000 |
| Kroger | | Evansville, IN | 3/30/2000 |
| Kroger | | Flint/Saginaw | 2/14/2000 |
| Kroger | | Ft. Wayne | 7/27/2000 |
| Kroger | | Grand Rapids | 2/14/2000 |
| Kroger | | Greenville-New Bern-Wash | 3/30/2000 |
| Kroger | | Houston | 6/22/2000 |
| Kroger | | Hunstville, AL | 7/20/2000 |
| Kroger | | Indianapolis | 7/27/2000 |
| Kroger | | Jackson, MS | 8/10/2000 |

**EXhiBIT B**
WebHouse Grocery Retailer Participants

| Retailer Name | Address (If known) | City/State (If known) | Approximate Start Date of Participation (If known) |
|---|---|---|---|
| Kroger | | Knoxville, TN | 7/20/2000 |
| Kroger | | Lansing, MI | 4/10/2000 |
| Kroger | | Lexington, KY | 7/20/2000 |
| Kroger | | Little Rock, AR | 8/13/2000 |
| Kroger | | Louisville, KY | 7/20/2000 |
| Kroger | | Macon, GA | 3/30/2000 |
| Kroger | | Memphis, TN | 8/13/2000 |
| Kroger | | Nashville | 7/20/2000 |
| Kroger | | Paducah, Ky | 7/20/2000 |
| Kroger | | Peoria, IL | 6/22/2000 |
| Kroger | | Pittsburgh | 5/25/2000 |
| Kroger | | Raleigh/Durham | 4/26/2000 |
| Kroger | | Richmond, VA | 2/13/2000 |
| Kroger | | Roanoke, VA | 3/30/2000 |
| Kroger | | Shreveport, LA | 10/22/2000 |
| Kroger | | South Bend, IN | 7/27/2000 |
| Kroger | | St. Louis, MO | 8/15/2000 |
| Kroger | | Toledo, OH | 7/20/2000 |
| Kroger | | Tri-Cities, TN-VA | 3/30/2000 |
| Kroger | | Tyler, TX | 7/27/2000 |
| Kroger | | Waco-Temple-Bryan, TX | 7/27/2000 |
| Kroger | 3097 Baldwin Rd | Orion, MI | |
| Laneco | | | |
| Lee's | | | |
| Lin's | | | |
| Lowes | | Charlotte | 3/30/2000 |
| Lowes | | Greensboro-High Point | 3/30/2000 |
| Lowes | | Raleigh/Durham | 4/26/2000 |
| Lowes | | Tri-Cities, TN-VA | 3/30/2000 |
| Maceys | | | |
| Mars | | | |
| Martin's | | | |
| Meijer | | Champaign & Springfield-D | 2/14/2000 |

**EXHIBIT B**
WebHouse Grocery Retailer Participants

| Retailer Name | Address (If known) | City/State (If known) | Approximate Start Date of Participation (If known) |
|---|---|---|---|
| Meijer | | Chicago | 6/22/2000 |
| Meijer | | Cincinnati | 7/20/2000 |
| Meijer | | Cleveland | 5/25/2000 |
| Meijer | | Columbus | 7/20/2004 |
| Meijer | | Dayton, OH | 7/27/2004 |
| Meijer | | Detroit | 2/14/2000 |
| Meijer | | Flint/Saginaw | 2/14/2000 |
| Meijer | | Ft. Wayne | 7/27/2004 |
| Meijer | 1997 East Beltline NE | Grand Rapids, MI | |
| Meijer | 2425 Alpine Ave NW | Grand Rapids, MI | |
| Meijer | 3757 Plainfield NE | Grand Rapids, MI | |
| Meijer | 5531 28th St. SE | Grand Rapids, MI | |
| Meijer | | Grand Rapids, MI | 2/14/2000 |
| Meijer | 746 East 16th St. | Holland, MI | |
| Meijer | | Indianapolis | 7/27/2004 |
| Meijer | 550 Baldwin Street | Jenison, MI | |
| Meijer | | Lansing, MI | 4/10/2000 |
| Meijer | | Lexington, KY | 7/20/2004 |
| Meijer | | Louisville, KY | 7/20/2004 |
| Meijer | 611 US 30 | Merrillville, IN | |
| Meijer | | South Bend, IN | 7/27/2004 |
| Meijer | | Toledo, OH | 7/20/2004 |
| Meijer | 5500 Clyde Park Ave. SW | Wyoming, MI | |
| Metro | | | |
| Minyards | | | |
| Pathmark | | New York | 10/31/1999 |
| Pathmark | | Philadelphia | 10/31/1999 |
| Porricelli's Food Mart | | | |
| Price Chopper | | | August |
| Produce Warehouse | | | |
| Quality Food Centers | | Seattle | 10/19/2000 |
| Raley's | | | September |
| Ralphs | | Los Angeles | 9/7/2000 |

**EXHIBIT B**
WebHouse Grocery Retailer Participants

| Retailer Name | Address (if known) | City/State (if known) | Approximate Start Date of Participation (if known) |
|---|---|---|---|
| Ralphs | | Monterey, CA | 9/7/2000 |
| Ralphs | | Palm Springs, CA | 9/7/2000 |
| Ralphs | | Sacramento | 9/7/2000 |
| Ralphs | | San Diego | 9/7/2000 |
| Ralphs | | San Francisco | 9/7/2000 |
| Ralphs | | Santa Barbara | 9/7/2000 |
| Redners | | Harrisburg/York, PA | 2/20/2000 |
| Redners | | Wilkesbarre/Scranton, PA | 2/14/2000 |
| Ro-Jacks | | | |
| Safeway | | Baltimore | 2/20/2000 |
| Safeway | | Colorado Springs | 9/24/2000 |
| Safeway | | Washington, DC | 2/20/2000 |
| SAV-A-CENTER | 2900 Veterans Hwy | Metairie, LA | |
| SAV-A-CENTER | 717 Clearview Pkwy | Metairie, LA | |
| Shaws | | Portland, ME | 7/20/2000 |
| Shaws | | Providence | 3/19/2000 |
| Shop 'n Save | | | |
| Shop 'n Save/Hanneford Bros. | | | |
| Shoppers Food Warehouse | | | |
| Shop-Rite | McDonald Ave at Ave I | Brooklyn, NY | |
| Shop-Rite | | Hartford/New Haven | 2/20/2000 |
| Shop-Rite | | New York | 10/31/1999 |
| Shop-Rite | | Philadelphia | 10/31/1999 |
| Shurfine | | | |
| ShurSave | | | |
| Smith's | | Albuquerque, NM | 6/22/2000 |
| Smith's | | El Paso, TX | 6/22/2000 |
| Smith's | | Las Vegas, NV | 6/22/2000 |
| Smith's | | Las Vegas, NV | 8/1/2000 |
| Smith's | | Phoenix | 9/24/2000 |
| Smith's | | Salt Lake City | 6/22/2000 |
| Spartan | | Flint/Saginaw | 2/14/2000 |
| Spartan | | Grand Rapids | 2/14/2000 |

**EXHIBIT B**
WebHouse Grocery Retailer Participants

| Retailer Name | Address (If known) | City/State (If known) | Approximate Start Date of Participation (If known) |
|---|---|---|---|
| Star | | Boston | 3/5/2000 |
| Stop & Shop | | Albany, NY | 2/20/2000 |
| Stop & Shop | | Boston | 3/5/2000 |
| Stop & Shop | | Hartford/New Haven | 2/20/2000 |
| Stop & Shop | | New York | 10/31/1999 |
| Stop & Shop | | Providence | 3/19/2000 |
| Stop & Shop | | Springfield, MA | 2/6/2000 |
| Super Foodmart | | | |
| Super Fresh | | | |
| Super G | | | |
| The Food Emporium | 305 E 86th St | New York, NY | |
| Thriftway | | | |
| Tidyman's | | | |
| Tops | | Cleveland | 5/25/2000 |
| Tops | | Youngstown, OH | 5/15/2000 |
| Unmatched Stores | | | |
| Waldbaum's | | | |
| Waldbaum's Foodmart | | | |
| Wangsgards | | | |
| Wegmans | | Buffalo | 4/9/2000 |
| Wegmans | | Rochester | 4/26/2000 |
| Wegmans | | Syracuse | 4/26/2000 |
| Wegmans | | Wilkesbarre/Scranton, PA | 2/14/2000 |
| Weis | | Baltimore | 2/20/2000 |
| Weis | | Harrisburg/York, PA | 2/20/2000 |
| Weis | | Johnstown, PA | 2/20/2000 |
| Weis | | Philadelphia | 10/31/1999 |
| Weis | | Washington, DC | 2/20/2000 |
| Weis | | Wilkesbarre/Scranton, PA | 2/14/2000 |
| Winegars | | | |
| Winn-Dixie | | Albany, GA | 4/26/2000 |
| Winn-Dixie | | Atlanta | 7/27/2000 |
| Winn-Dixie | | Baton Rouge | 4/26/2000 |

**EXHIBIT B**
WebHouse Grocery Retailer Participants

| Retailer Name | Address (If known) | City/State (If known) | Approximate Start Date of Participation (If known) |
|---|---|---|---|
| Winn-Dixie | | Birmingham | 4/26/2000 |
| Winn-Dixie | | Charleston, SC | 3/30/2000 |
| Winn-Dixie | | Charleston, WV | 8/10/2000 |
| Winn-Dixie | | Charlotte | 3/30/2000 |
| Winn-Dixie | | Chattanooga, TN | 3/30/2000 |
| Winn-Dixie | | Cincinnati | 7/20/2000 |
| Winn-Dixie | | Columbia, SC | 3/30/2000 |
| Winn-Dixie | | Columbus, GA | 3/30/2000 |
| Winn-Dixie | 4650 University Drive | Coral Springs, FL | |
| Winn-Dixie | | Dallas | 7/27/2000 |
| Winn-Dixie | | Evansville, IN | 3/30/2000 |
| Winn-Dixie | | Ft. Myers | 4/26/2000 |
| Winn-Dixie | | Greensboro-High Point | 3/30/2000 |
| Winn-Dixie | | Greenville/Spartanburg | 3/30/2000 |
| Winn-Dixie | | Greenville-New Bern-Wash | 3/30/2000 |
| Winn-Dixie | | Hunstville, AL | 7/20/2000 |
| Winn-Dixie | | Jacksonville, FL | 4/26/2000 |
| Winn-Dixie | | Lexington, KY | 7/20/2000 |
| Winn-Dixie | | Louisville, KY | 7/20/2000 |
| Winn-Dixie | | Macon, GA | 3/30/2000 |
| Winn-Dixie | | Miami | 4/26/2000 |
| Winn-Dixie | | Mobile | 4/3/2000 |
| Winn-Dixie | | Montgomery (including Selma) | 3/30/2000 |
| Winn-Dixie | | New Orleans | 4/26/2000 |
| Winn-Dixie | | Norfolk, VA | 2/14/2000 |
| Winn-Dixie | | Orlando | 4/26/2000 |
| Winn-Dixie | 15859 Pines Blvd | Pembroke Pine, FL | |
| Winn-Dixie | 901 North Nob Hill Rd | Plantation, FL | |
| Winn-Dixie | | Raleigh/Durham | 4/26/2000 |
| Winn-Dixie | | Richmond, VA | 2/13/2000 |
| Winn-Dixie | | Roanoke, VA | 3/30/2000 |
| Winn-Dixie | | Tallahassee | 4/27/2000 |
| Winn-Dixie | 7015 North University Dr | Tamarac, FL | |

**Ex...BIT B**
WebHouse Grocery Retailer Participants

| Retailer Name | Address (If known) | City/State (If known) | Approximate Start Date of Participation (If known) |
|---|---|---|---|
| Winn-Dixie | 5715 Gunn Hwy | Tampa | |
| Winn-Dixie | 8702 Hunter Lake Dr | Tampa | |
| Winn-Dixie | | Tampa | 4/26/2000 |
| Winn-Dixie | | Tri-Cities, TN-VA | 3/30/2000 |
| Winn-Dixie | | West Palm Beach | 4/26/2000 |