# EXHIBIT N



February 21, 2005

Via Facsimile and U.S. Mail

Christine L. Arena
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

    Re:    In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)

Dear Christine:

    This is a response to your February 18, 2005 letter. In that letter, you state that you will let us know at a later date when we can expect to receive the documents responsive to Plaintiffs' first set of document requests. You also suggest that you will not be able to complete the document production by April 1, 2005, which is the date when the parties are scheduled to start taking fact depositions.

    We continue to urge Defendants that the document production issues demand immediate attention. By the time we get together for the meet and confer, you will have had a draft of our document requests for close to four months. That is more than enough time to deliver a good portion of the documents to Plaintiffs. Moreover, when we were discussing the proposed confidentiality order back in November 2004, you represented to us that you had already gathered many of the relevant documents. Please confirm in writing by the close of business tomorrow the date on which Defendants will deliver documents to Plaintiffs and provide an estimate of the size of this initial production and what subject matters it will pertain to.

    Finally, we need to set dates certain for the completion of Defendants' document production and the delivery of a finalized privilege log. If we cannot agree on acceptable dates, or if you propose dates that prevent us from taking depositions in April 2005, we will be forced to raise these issues with the Court.

    Sincerely yours,

    Geoffrey M. Johnson

ATTORNEYS AT LAW    CONNECTICUT    SCOTT + SCOTT, LLC    440-247-8200 VOICE
                      OHIO    33 RIVER STREET    440-247-8275 FAX
                      CALIFORNIA    CHAGRIN FALLS, OH 44022    SCOTTLAW@SCOTT-SCOTT.COM
                                                                                 WWW.SCOTT-SCOTT.COM

