# EXHIBIT O

# CRAVATH, SWAINE & MOORE LLP

GEORGE J. GILLESPIE, II
THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.

JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
W. CLAYTON JOHNSON
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER

JULIE A. NORTH
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO

SPECIAL COUNSEL
SAMUEL C. BUTLER
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1242

February 23, 2005

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Mr. Johnson:

Further to my letter of February 18, we are available to participate in a meet and confer with plaintiffs' counsel during the afternoons of March 2 or 3. Please let me know when you would like to proceed with that call and whether you intend to circulate a dial-in number.

This letter also responds to your letter of February 21 and the requests you made during our telephone conversation on the morning of February 22. As I noted when we spoke yesterday, we do not recall having represented to you during our discussion of a proposed protective order that we had "already gathered many of the relevant documents". In fact, our conversations regarding a protective order took place prior to service of your first set of document requests (which served as a point of contention between the parties). We likely did indicate the fact that steps had already been taken to preserve potentially relevant information, both in paper and electronic form. Since that time, we have made substantial progress in gathering this information and preparing it for review purposes. But the process of searching, reviewing and producing this information—particularly the electronic data—will likely take several months and will not be completed by April 1.

Nevertheless, I have discussed your questions with our co-counsel at Robinson & Cole, who will be handling the bulk of document production in this case.[1] They anticipate that a rolling our production of responsive documents will begin approximately the week of March 7, 2005. Our initial production will consist of paper documents that were collected from the files of priceline employees, but will be produced on disc in a standard image format (the precise details of which we would be happy to discuss during our meet and confer).

---

[1] Kindly include Bill Kelleher of Robinson & Cole on any future correspondence regarding document production.

2

    Lastly, we do not believe your pattern of unilaterally declaring 24-hour deadlines for our responses to your inquiries is either necessary or constructive. Moreover, your indignation regarding the pace of our document production rings hollow in light of the fact that we have not yet received production of a single page of documents from plaintiffs in response to our document requests, many of which were also served roughly four months ago. This is particularly troubling because, as you are well aware, depositions for which plaintiffs' documents are needed are scheduled to commence in March. We hope that the parties' counsel can focus their energies on a more constructive discussion during our meet and confer next week.

               Very truly yours,

               *Christine L. Arena*

               Christine L. Arena

Geoffrey M. Johnson, Esq.
 Scott + Scott, LLC
  33 River Street
   Chagrin Falls, OH 44022

0125

BY FACSIMILE AND FIRST CLASS MAIL

Copies to:

Jacob B. Perkinson, Esq.
 Johnson & Perkinson
  1690 Williston Road
  P.O. Box 2305
   South Burlington, VT 05403

William J. Kelleher, III, Esq.
 Robinson & Cole LLP
  695 East Main Street
   Stamford, CT 06904-2305

J. Allen Maines, Esq.
 Paul, Hastings, Janofsky & Walker LLP
  600 Peachtree Street, NE
  24th Floor
   Atlanta, GA 30308

BY FACSIMILE