# EXHIBIT S

# ROBINSON & COLE LLP

WILLIAM J. KELLEHER, III

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
wkelleher@rc.com
Direct (203) 462-7514

Also admitted in New York

**VIA FAX AND MAIL**

February 23, 2005

Peter McDougall, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

Re: **In Re: Priceline.com Securities Litigation**
   **3:00CV01884 (DJS)**

Dear Peter:

We are again following up for the outstanding deposition dates on which the proposed class representatives will appear as well as plaintiffs' documents that are needed in advance of those depositions.

With regard to R. Warren Ross and Joseph Wilenkin, we understand that they will appear in New York City on March 7 and March 16 respectively, and have noticed depositions for those dates at Cravath's office in New York.

As to John Anderson, we understand that he will appear for his deposition in New York City on March 14 and we will re-notice his previously noticed deposition for Cravath's office in New York with that date instead. With respect to the other proposed class representatives, Mark Weiss, Marilyn Egel, Sharon Tsai and Leisinger Pension Fund, we are still waiting to hear from you either for dates certain during the two weeks in March and/or the location where they will be available (at Cravath's New York office or our office in Stamford, Connecticut). In particular, as to the Leisinger Pension Fund, we understand that you previously offered March 17 or March 18, but those dates unfortunately do not work. I believe Christine Arena had suggested that we also depose Leisinger on March 16.

With respect to Lance Orr's deposition, kindly let us know when he is available during the two week timeframe in March that we have proposed. This is a reasonable time frame in which to make him available for a deposition and we have been asking



*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
SARASOTA

www.rc.com    STAM1-775708-1

# ROBINSON & COLE LLP

February 23, 2005
Page 2

for his available dates for several weeks. As you know, the starting date that you have proposed for his availability is a week after the deadline for our opposition to plaintiffs' class certification motion. If he is not going to appear before the deadline and you are not going to seek an appropriate modification of the Scheduling Order, then please confirm that you will be dropping him as a proposed class representative.

Finally, we also need to know when we can expect to receive plaintiffs' documents, which as you know are needed for the depositions. Plaintiffs' responses to our Second Set of Requests for the Production of Documents simply state that they have no responsive documents that have not already been produced, but plaintiffs have not produced any documents thus far other than the handful of documents attached to plaintiffs' interrogatory responses.

We appreciate your prompt response to these matters. Please feel free to call me if you would prefer to discuss these issues.

Very truly yours,

*[signature]*

William J. Kelleher III

Cc:   Joseph L. Clasen
      Christine L. Arena

(via fax and mail)

Erin Comite, Esq.
Scott & Scott, LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415

Andrew M. Schatz, Esq.
Justin S. Kudler, Esq.
Schatz & Nobel, PC
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103



# ROBINSON & COLE LLP

February 23, 2005
Page 3


J. Allen Maines, Esq.
Carl W. Mullis, Esq.
Albert M. Myers, III, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, NE
24th Floor
Atlanta, GA 30308

