**EXHIBIT W**



March 2, 2005

<u>Via Facsimile</u>

Christine L. Arena
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Carl W. Mullis, III
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, GA 30308-2222

    Re:   In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)

Dear Christine and Carl:

    This letter is a follow-up to my separate conversations with each of you yesterday. As I mentioned during the calls, we expect that all of the Defendants will have an attorney on today's call who has full decision-making authority with respect to the document production and discovery issues that we have raised in our earlier correspondence to you.

                            Sincerely yours,

                            Geoffrey M. Johnson

cc:   David R. Scott
       Jacob B. Perkinson
       William J. Kelleher, III

ATTORNEYS AT LAW    CONNECTICUT    SCOTT + SCOTT, LLC    440 247-8200 VOICE
                   OHIO            33 RIVER STREET       440 247-8275 FAX
                   CALIFORNIA     CHAGRIN FALLS, OH 44022    SCOTTLAW@SCOTT-SCOTT.COM
                                                                                          WWW.SCOTT-SCOTT.COM

