**EXHIBIT CC**



March 8, 2005

<u>Via Facsimile</u>

Carl W. Mullis, III
Paul Hastings Janofsy & Walker LLP
600 Peachtree Street
Twenty-Fourth Floor
Atlanta, GA 30308

    Re:    In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)

Dear Carl:

    This is a response to the email you sent over the weekend. I want to reiterate that we gave you a full opportunity to participate in last week's meet and confer and we were fully prepared to address the issues in my February 18, 2005 letter. As I mentioned to you in my letter last week, we are willing at any time to discuss any compromise you wish to suggest regarding the present disputes between the parties. However, based on the positions you took at last week's meet and confer, we feel that the Court's involvement is unfortunately necessary to resolve the parties' differences.

                         Sincerely yours,

                         Geoffrey M. Johnson

cc:    David R. Scott
        Jacob B. Perkinson
        Christine L. Arena
        William J. Kelleher, III

ATTORNEYS AT LAW    CONNECTICUT    SCOTT + SCOTT, LLC    440 247-8200 VOICE
                     OHIO            33 RIVER STREET        440 247-8275 FAX
                     CALIFORNIA     CHAGRIN FALLS, OH 44022   SCOTTLAW@SCOTT-SCOTT.COM
                                                                                    WWW.SCOTT-SCOTT.COM

