# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

In Re: Priceline.com       :    Master File No.
Securities Litigation       :    3:00cv1884 (DJS)

----------------------------------------------------------   :

This document relates to:      :

        ALL PENDING ACTIONS    :

     :    March 14, 2005

## CONSENTED TO MOTION FOR MODIFICATION OF CLASS CERTIFICATION BRIEFING TIMETABLE IN SCHEDULING ORDER

Defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman, Richard S. Braddock and Jay S. Walker (collectively, the "Defendants") hereby move, on consent, pursuant to Local Civil Rules 7 and 16, to modify the class certification briefing timetable in the Scheduling Order dated November 2, 2004. In support of the requested modification, the Defendants state as follows.

The Scheduling Order provided, in pertinent part, that Defendants' opposition to plaintiffs' Motion for Class Certification was to be filed by April 8, 2005. As the Court is aware, on March 9, 2005, the Defendants filed their Motion to Compel plaintiffs to provide complete responses to certain of Defendants' document requests and interrogatories.[1] In light of the outstanding discovery disputes, as detailed in Defendants' Motion, the Defendants will not be in a position to file their opposition to plaintiffs' Motion for Class Certification by April 8.

Subject to the Court's approval, the parties have agreed upon the following modification of the class certification briefing timetable in the Scheduling Order: (1) the

---

[1] The modification agreed upon with plaintiffs contemplated that Defendants would file their Motion to Compel by March 11, 2005, which Defendants have already done.

STAM1-785880-1

time period for Defendants to file their Opposition to plaintiffs' Motion for Class Certification will be extended to forty-five (45) days after the resolution of Defendants' Motion to Compel; and (2) Plaintiffs' Reply to Defendants' Opposition will be due thirty (30) days after the filing of any Opposition.

This is the parties' first such request for a modification of the Scheduling Order and the requested modification of time does not impact any of the other deadlines in the Scheduling Order. As indicated, Defendants' counsel has contacted and conferred with plaintiffs' counsel, Jake Perkinson and Peter McDougall, and they have agreed to the modification.

For all of the foregoing reasons, the Defendants request that the Court modify the briefing timetable in the Scheduling Order for the class certification motion as set forth above.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS, DANIEL
SCHULMAN AND RICHARD
S. BRADDOCK

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com

OF COUNSEL:
Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas, Richard S.*
*Braddock and Daniel H. Schulman*

3

DEFENDANT JAY S. WALKER

Douglas C. Conroy (ct11555)
Paul R. Dehmel (ct23063)
PAUL, HASTINGS, JANOFSKY & WALKER,
LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone:  (203) 961-7400
Fax:  (203) 359-3031
douglasconroy@paulhastings.com
pauldehmel@paulhastings.com


J. Allen Maines (phv0013)
Carl W. Mullis
PAUL, HASTINGS, JANOFSKY & WALKER,
LLP
600 Peachtree Street, NE Suite 2400
Atlanta, GA 30308
Telephone:  (404) 815-2400
Fax: (404) 815-2424
allenmaines@paulhastings.com
carlmullis@paulhastings.com

4

**CERTIFICATION**

I hereby certify that a copy of the foregoing was served this _14th_ day of March,

2005 via first class mail to the following counsel of record:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

<table>
<tr><td></td><td>

**Attorneys for Defendant Jay S. Walker**

J. Allen Maines, Esq.
Carl Mullis, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA  30308
Tel:  404-815-2400
Fax:  404-815-2424

Douglas C. Conroy (ct11555)
Paul R. Dehmel (ct23063)
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone:  (203) 961-7400
Fax:  (203) 359-3031

</td></tr>
<tr><td>

**Attorneys for priceline.com, Inc.,
Richard S. Braddock, Daniel H.
Schulman and N.J. Nicholas, Jr.**

Evan R. Chesler, Esq.
Daniel Slifkin, Esq.
Christine Arena, Esq.
James G. Hein, Jr., Esq.
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019
Tel:  212-474-1000
Fax:  212-474-3700

</td><td>

**Attorneys for Plaintiffs Twardy,
Weingarten, Berdakina, Mayer, Mazzo,
Fialkov, Licht, Bazag, Breirer, Farzam,
Karas and Michols**

David A. Slossberg, Esq.
Margaret E. Haering, Esq.
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT  06460
Tel:  203-877-8000
Fax:  203-878-9800

</td></tr>
</table>

William J. Kelleher III