UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : : | |
| _____ | : : | MASTER FILE NO. 3:00CV01844(DJS) |
| This document relates to: | : : | March 21, 2005 |
| ALL ACTIONS | : : : | |

# PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DELOITTE & TOUCHE

**SCOTT + SCOTT, LLC**
David R. Scott
Geoffrey M. Johnson
Erin Green Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

1

Plaintiffs, pursuant to Rules 37(a) and (b) and 45(c)(2)(B) of the Federal Rules of Civil Procedure and Local Civil Rules 7 and 37, by and through their counsel, hereby respectfully move this Court for an order requiring non-party Deloitte & Touche to produce relevant documents and information in response to Plaintiffs' subpoena served on Deloitte & Touche on November 23, 2004. In support of this motion, Plaintiffs submit the accompanying Memorandum Of Law In Support Of Plaintiffs' Motion To Compel Discovery Deloitte & Touche and Declaration of Peter J. McDougall In Support Of Plaintiffs' Motion To Compel Discovery, together with its annexed Exhibits A through F. As set forth in the McDougall Declaration, Plaintiffs have conferred in good faith with Deloitte & Touche in an effort to obtain the requested discovery without this Court's intervention, but have been unable to resolve this discovery dispute.

The Deloitte documents responsive to the Plaintiffs' subpoena are central to the course of conduct set forth in the Consolidated Amended Complaint and to the potential defenses of Defendants. Thus, the requested documents are relevant to claims and defenses in this case including, but not limited to: Defendants' public statements; their knowledge of the truth of those statements; the valuation of the assets of Priceline; the validity of the earnings and income reported to the investing public; what the Defendants knew about the factors supporting the valuation of WebHouse and/or the WebHouse warrants; and the relationship between the Defendants among themselves and with WebHouse and other affiliates of Priceline. As such, documents responsive to all requests should be produced.

Wherefore, Plaintiffs respectfully request that this honorable Court enter an order requiring Deloitte to produce all documents responsive to the Plaintiffs' subpoena served on Deloitte in this action, Deloitte's objections notwithstanding.

Dated: March 21, 2005

Respectfully submitted,

_____

SCOTT + SCOTT, LLC
David R. Scott ct16080
Erin Comite ct24886
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 537-4432

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**Co-Lead Counsel**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 21, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____

Erin Green Comite

## SERVICE LIST

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Albert M. Myers
Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

William R. Maguire
Sarah Loomis Cave
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901