B

Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

December 3, 2004

<u>VIA TELECOPY AND MAIL</u>

Peter J. McDougall, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, Vermont 05403

   Re: <u>In re: Priceline.com, Inc. Securities Litigation
      No. 3:00CV01884 (DJS)</u>

Dear Peter:

   I write regarding our conversation last week concerning your request to effect service of a subpoena on "Deloitte," which I understood you to mean our client, the U.S. accounting firm Deloitte & Touche LLP ("Deloitte"). As you may recall, I advised you that Deloitte would accept service of the subpoena at its offices at 1633 Broadway, New York, New York 10019.

   Since our conversation, I have learned that service of a subpoena was unsuccessfully attempted at Deloitte's office in Stamford, Connecticut. Please note, however, that the subpoena that was left at Deloitte's Stamford office was addressed to the wrong entity, Deloitte Touche Tohmatsu ("DTT"). DTT is a Swiss entity that does not perform any professional services. It was the U.S. firm that provided audit services to Priceline.com. DTT does not have any practice offices and does not have any office or employees in Stamford, Connecticut. I am informed that your process server left the subpoena at Deloitte's Stamford office despite being told that DTT did not have an office in Stamford and could not be served there.

   I assume that you intended to serve Deloitte and simply addressed your subpoena to the wrong entity. I will follow up by phone to confirm that this is indeed the case and to assist you with arrangements for proper service. If it would be more convenient for you to effect service of a subpoena on Deloitte at Deloitte's Stamford office, I can make arrangements for you to do so. Just let me know.

NY 903354_1

| | | | | | |
|---|---|---|---|---|---|
| 47, Avenue Georges Mandel | 1775 I Street, N.W. | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyo Building 6P | 101 Hudson Street |
| 75116 Paris, France | Washington, D.C. | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Jersey City, New Jersey |
| (33) (1) 44.05.80.00 | 20006-2401 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 07302-3918 |
| | 202-721-4600 | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 201-536-9220 |

DEC - 6 2004

Please do not hesitate to contact me at (212) 837-6559 with any questions.

Very truly yours,

*Sarah Loomis Cave*

Sarah Loomis Cave

SLC

903354_1