# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:00CV1844 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  Defendant Jay Walker

March 17, 2005
Date

_Signature_

phv0160
Connecticut Federal Bar Number

Summer B. Joseph
Print Clearly or Type Name

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree St. N.E., Suite 2400
Address

404-815-2127
Telephone Number

404-815-2424
Fax Number

Atlanta, Georgia 30308-2222

summerjoseph@paulhastings.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached service list

_Signature_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SERVICE LIST
## CASE NO. 3:00cv1884 (DJS)

*Co-Lead Counsel*

David R. Scott, Esq.
James E. Miller, Esq.
SCOTT & SCOTT, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: 860-537-3818
Fax: 860-537-4432

Jules Brody, Esq.
Aaron Brody, Esq.
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403
Tel: 802-862-0030
Fax: 802-862-0060

*Liaison Counsel*

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Patrick A. Klingman, Esq.
SCHATZ & NOBEL, PC
One Corporate Center
20 Church Street
Suite 1700
Hartford, CT 06103
Tel: 860-493-6292
Fax: 860-493-6290

ATL/1096497.1

| | |
|---|---|
| **Attorneys for Defendant Deloitte & Touche LLP**<br><br>Eric W. Wiechmann, Esq.<br>Peter W. Hull, Esq.<br>MCCARTER & ENGLISH<br>185 Asylum Street<br>36th Floor<br>Hartford, CT 06103<br>Tel: 860-275-6700<br><br>William R. Maguire, Esq.<br>Carla A. Kerr, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: 212-837-6000<br>Fax: 212-422-4726 | **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>James G. Hein, Esq.<br>Daniel Slifkin, Esq.<br>CRAVATH, SWAINE & MOORE<br>825 Eight Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 |
| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>HURWITZ & SAGARIN, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | Joseph L. Clasen, Esq.<br>William J. Kelleher, Esq.<br>ROBINSON & COLE LLP<br>Financial Centre<br>695 East Main Street<br>Stamford, CT 06904 |

2

ATL/1096497.1