# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:  3:00CV1844 (DJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Defendant Jay Walker

March 17, 2005
Date

*Signature*

phv0158
Connecticut Federal Bar Number

Carl W. Mullis, III
Print Clearly or Type Name

404-815-2225
Telephone Number

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree St. N.E., Suite 2400
Address

404-815-2424
Fax Number

Atlanta, Georgia 30308-2222

carlmullis@paulhastings.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached service list

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SERVICE LIST
## CASE NO. 3:00cv1884 (DJS)

*Co-Lead Counsel*

David R. Scott, Esq.
James E. Miller, Esq.
SCOTT & SCOTT, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: 860-537-3818
Fax: 860-537-4432

Jules Brody, Esq.
Aaron Brody, Esq.
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403
Tel: 802-862-0030
Fax: 802-862-0060

*Liaison Counsel*

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Patrick A. Klingman, Esq.
SCHATZ & NOBEL, PC
One Corporate Center
20 Church Street
Suite 1700
Hartford, CT 06103
Tel: 860-493-6292
Fax: 860-493-6290

ATL/1096497.1

**Attorneys for Defendant Deloitte & Touche LLP**

Eric W. Wiechmann, Esq.
Peter W. Hull, Esq.
MCCARTER & ENGLISH
185 Asylum Street
36th Floor
Hartford, CT 06103
Tel: 860-275-6700

William R. Maguire, Esq.
Carla A. Kerr, Esq.
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel: 212-837-6000
Fax: 212-422-4726

**Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**

David A. Slossberg, Esq.
Margaret E. Haering, Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06460
Tel: 203-877-8000
Fax: 203-878-9800

**Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**

James G. Hein, Esq.
Daniel Slifkin, Esq.
CRAVATH, SWAINE & MOORE
825 Eight Avenue
New York, NY 10019
Tel: 212-474-1000
Fax: 212-474-3700

Joseph L. Clasen, Esq.
William J. Kelleher, Esq.
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
Stamford, CT 06904

ATL/1096497.1