# Exhibit A

## Mullis, Carl W.

| | |
|---|---|
| **From:** | Mullis, Carl W. |
| **Sent:** | Saturday, March 05, 2005 6:52 PM |
| **To:** | 'GJohnson@Scott-Scott.com' |
| **Cc:** | 'CArena@Cravath.com'; 'WKelleher@rc.com' |
| **Subject:** | RE: in re Priceline.com Securities Litigation |
| **Importance:** | High |

Geoff, This is to confirm that I have received your letter of March 3, 2005. There are some statements and assertions in the letter with which I disagree, but I will not attempt to set them all out here. I do not believe that you disagree in your letter that there was never any sort of discussion concerning the interrogatories to Mr. Walker, and I remain willing to conduct a meet and confer. Nor do you seem to disagree that all of the points in your March 18th letter were not specifically discussed during the conference call.

I inquired at the conference call about what you meant by Walker Digital or what company you were referring to because your discovery requests take six lines to define Walker Digital and includes such ill-defined persons or entities as "affiliates" and "persons acting or purporting to act on behalf of Walker Digital." Yet, you did not clarify this six line definition nor did you, as I requested, name a single company that you were referring to by the term "Walker Digital"

Subject to our objections, we will be providing you with relevant, non-privileged documents in Mr. Walker's possession, custody and control. I believe we will be producing over seventy-five boxes of documents on behalf of Mr. Walker, and I would like to talk with you this week about the logistics concerning this production.

The reason that I refused to agree to your demand that someone with "decision-making authority" be at the meet and confer is because I anticipated that you might raise issues that would need to be cleared with my client. As it turned out, there were even issues raised at the conference that you could not respond to on the spot and that is only to be expected.

Please let me know when you will be available this week to talk about the logistics of producing documents on a rolling basis. For example, do you want to review the documents before deciding what to copy or do you want us to copy all of the documents for you? I also need to confirm that the documents are covered by the protective order.

Sincerely,
Carl

4/3/2005