# Exhibit C

## Mullis, Carl W.

**From:** Mullis, Carl W.
**Sent:** Wednesday, March 02, 2005 7:26 PM
**To:** 'GJohnson@Scott-Scott.com'
**Cc:** 'CArena@Cravath.com'; 'WKelleher@rc.com'
**Subject:** RE: in re Priceline.com Securities Litigation

Geoff, At the conference call today, I do not believe that you raised any questions, nor was their any discussion concerning, Jay Walker's interrogatory responses and objections. If you would like to have a meet and confer with respect to Mr. Walker's interrogatory responses, I will be happy to do that at a mutually agreeable time toward the end of next week, or at some subsequent time. I am out of town tomorrow, Friday, and the first part of next week. Upon reflection, I also do not believe you covered all of the points you asserted in your March 18 th letter concerning Mr. Walker's responses and objections to your document requests to him. If I am mistaken in my recollection, please let me know. I look forward to our talking next week. Carl

---

**Carl W. Mullis, III, Attorney** | Paul, Hastings, Janofsky & Walker LLP | 600 Peachtree Street, N.E., Suite 2400, Atlanta, GA 30308 | direct: 404 815 2225 | main: 404 815 2400 | carlmullis@paulhastings.com | www.paulhastings.com