UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Master File No.: 3:00cv1884(DJS) |

### UNOPPOSED MOTION OF DEFENDANT DELOITTE & TOUCHE LLP FOR EXTENSION OF TIME IN WHICH TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, defendant Deloitte & Touche LLP ("Deloitte"), by its attorneys Hughes Hubbard & Reed LLP, respectfully files this motion for an extension of time in which to file an opposition to plaintiffs' motion to compel discovery. In support of its motion, Deloitte states as follows:

1. On or about March 21, 2005, Plaintiffs filed their Motion to Compel Discovery from Deloitte with a response due by April 11, 2005.

2. Despite its diligent efforts, Deloitte cannot meet this deadline due to scheduling conflicts.

   a. William R. Maguire, attorney for Deloitte, is currently scheduled to commence a trial on April 27 in New York Supreme Court and has conflicting professional commitments on other matters between now and April 11, 2005.

   b. Sarah L. Cave, an attorney for Deloitte since this litigation began, is currently on maternity leave.

3. Pursuant to Local Rule 7(b)(3), Deloitte has conferred with counsel for plaintiffs regarding this motion for an extension of time. Counsel for plaintiffs does not object to this motion and has consented to the extension of time requested by Deloitte. Attached hereto as Exhibit A is a true and correct copy of the letter sent to plaintiffs confirming the parties' agreement to extend the time for Deloitte's opposition up to and including April 25, 2005.

4. This is the first motion for an extension of time filed by Deloitte with respect to plaintiffs' motion compel to discovery.

WHEREFORE, Deloitte respectfully requests that this Court grant this motion and extend the time for Deloitte to file its opposition to plaintiffs' motion to compel discovery, through and including April 25, 2005.

Dated: April 4, 2005

Respectfully submitted

Eric W. Wiechmann (CT 04331)
McCarter & English
CityPlace I
Hartford, Connecticut 06103
Tel: (860) 275-6700

William R. Maguire (CT 23375)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000

*Attorneys for Defendant*
*Deloitte & Touche LLP*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 4th day of April, 2005 upon the parties on the attached Service List.

_____
Eric W. Wiechmann

## Service List

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, Vermont  05403
(802) 862-0030
(802) 862-0060 (fax)

David R. Scott, Esq.
James E. Miller, Esq.
SCOTT & SCOTT LLC
108 Norwich Avenue
P.O. Box 192
Colchester, Connecticut  06415
(860) 537-3818
(860) 537-4432 (fax)

Jules Brody, Esq.
Aaron Brody, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, New York  10017
(212) 687-7230
(212) 490-2022 (fax)

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Patrick A. Klingman, Esq.
SCHATZ & NOBEL
330 Main Street
Hartford, Connecticut  06106
(860) 493-6292
(860) 493-6290 (fax)

Joseph L. Clasen, Esq.
William Kelleher
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, Connecticut  06904-2305
(203) 462-7500
(203) 462-7599 (fax)

Evan R. Chesler, Esq.
Daniel Slifkin, Esq.
CRAVATH, SWAINE & MOORE
825 Fifth Avenue
New York, New York  10019
(212) 474-1000
(212) 474-3700 (fax)

Albert M. Myers, III, Esq.
Carl W. Mullis, III, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308
Tel:  (404) 815-2400
Fax:  (404) 815-2424

David A. Slossberg, Esq.
Margaret E. Haering, Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT  06460
Tel:  (203) 877-8000
Fax:  (203) 878-9800

# EXHIBIT A

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

William R. Maguire
Direct Dial: 212-837-6879
Personal Fax: 212-299-6879
E-mail: maguire@hugheshubbard.com

April 1, 2005

<u>VIA TELECOPY</u>

Jacob Perkinson, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, Vermont 05403

   Re: In re: Priceline.com, Inc. Securities Litigation
      No. 3:00CV01884 (DJS)

Dear Jake:

   This letter confirms our agreement to extend Deloitte & Touche LLP's time to oppose plaintiffs' motion to compel discovery until and including April 25, 2005. I appreciate your courtesy in this matter.

              Very truly yours,

              [signature]

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

101 Hudson Street
Jersey City, New Jersey
07302-3918
201-536-9220