IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>-------------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS)<br><br><br><br><br>April 5, 2005 |

### DECLARATION OF WILLIAM J. KELLEHER III

WILLIAM J. KELLEHER III declares and says:

1. I am an attorney at the law firm of Robinson & Cole, LLP, counsel to defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively herein, the "Defendants"), in this action and am familiar with and, have personal knowledge of, the facts and circumstances set forth below. I submit this Declaration in support of Defendants' opposition to plaintiffs' motion to compel discovery and to place before the Court relevant information regarding plaintiffs' discovery requests and Defendants' document collection, review and production.

2. Starting with the first meet and confer in this case, once plaintiffs advised Defendants of some of their document requests, Defendants (by their counsel at Robinson & Cole and Cravath, Swaine & Moore LLP) have been upfront with plaintiffs that the volume of responsive documents, in both paper and "electronic" form, would likely be enormous and the production thereof time consuming and extremely labor intensive. Defendants further advised plaintiffs upfront that, as a result of the large volume of probable responsive documents, their document production would be on a rolling basis

STAM1-787500-1

and would span several months. Defendants' document production is thus a function of plaintiffs' document requests.

3. Accordingly, the enormous task of Defendants' document production and the time needed to complete that production was specifically taken into account in establishing deadlines for the case. For instance, in the Rule 26(f) Report (filed on October 29, 2004), the parties agreed that substantial time would be allotted for document production and that the production deadline would be December 30, 2005. Plaintiffs further "agreed to accept a rolling production of the company's documents," and also "expressed a willingness to work with priceline to minimize the burden and expense associated with production." (Docket Entry No. 105, at 16).

4. In the Court's November 2, 2004 Scheduling Order, the Court adopted the parties' agreed-upon schedule and deadline for the production of documents of December 30, 2005. (Docket Entry No. 107, at ¶ 4).

5. On or about November 15, 2004, plaintiffs served Defendants with their document requests in this action. Plaintiffs served Defendants with 61 broad document requests, many of which contain numerous sub-categories and sub-parts, calling for essentially all of priceline's paper and electronic documents for three full calendar years: 1999, 2000 and 2001.

6. Over several days in late November to mid December, 2004, a team of about a dozen lawyers and paralegals from Robinson & Cole and Cravath, Swaine & Moore conducted a series of document collection meetings and interviews with numerous employees of priceline who were known to have likely (or possibly) had responsive documents and records. In total, approximately 145 boxes of paper documents were

2

collected as a result of those meetings. To that group was added another 21 boxes of documents that were collected from priceline's offices, for a total of about 166 boxes. The paper documents were next photocopied at Defendants' expense in December, 2004 so that they could be reviewed by Defendants' counsel and staff.

7. The number of boxes of paper documents does not take into account the "electronic" documents of the Defendants, which volume is much larger than the volume of paper documents. Defendants have retained an electronic document vendor to assist them in retrieving, restoring, collecting, sorting and reviewing the electronic documents and that time consuming process is also on-going.

8. Starting in approximately January, 2005, a team of about 15 lawyers, paralegals and support staff, undertook the task of initially reviewing and searching the 166 boxes of documents for responsiveness, privilege and confidentiality. The boxes of paper documents were then imaged and scanned in February, 2005 so that they could be reviewed further and produced electronically on CDs or DVDs, as opposed to being produced in paper form.

9. On February 21, 2005, plaintiffs inquired as to when Defendants would begin their rolling production. In a letter to plaintiffs' counsel on February 23, 2005, Defendants advised that the production would start during the week of March 7, 2005. Defendants produced more than 6,000 pages on March 11. On March 24, Defendants produced another approximately 10,000 pages of documents to plaintiffs. To date, Defendants have produced more than 16,000 pages of responsive documents to plaintiffs and expect to produce a significant amount of additional documents in the next few days, probably later this week. Documents are being reviewed and processed on an on-going

basis by a team of about a dozen lawyers, paralegals and support staff. Defendants expect to make a substantial production on a regular and rolling basis over the next several months.

10. Because of the large number of documents requested by plaintiffs, including electronically stored documents such as emails, Defendants have not been in a position to give plaintiffs a definitive date when their production will be complete. Defendants presently estimate that their document production will number well into the hundreds of thousands of pages of documents. At this time, based on the information currently known, Defendants estimate that their document production will be substantially complete in about July, 2005. This is several months before the document production deadline of December 30, 2005.

_____
William J. Kelleher III

Sworn and subscribed in my
presence, on this 5th day of
April, 2005.

_____
Notary Public/Commissioner
My Commission Expires:
4-30-07

4

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 5th day of April, 2005 via first-class mail to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Carl Mullis, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Christine Arena, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

*/s/ William J. Kelleher, III*

William J. Kelleher, III