IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>------------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS)<br><br><br><br>April 13, 2005 |

## **DECLARATION OF WILLIAM J. KELLEHER III**

WILLIAM J. KELLEHER III declares and says:

1. I am an attorney at the law firm of Robinson & Cole, LLP, counsel to defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively herein, the "Defendants"), in this action. I submit this Declaration in connection with the Defendants' reply in further support of their Motion to Compel discovery from plaintiffs and to place before the Court certain relevant documents.

2. Annexed hereto as Exhibit A is a true and complete copy of the plaintiffs' Rule 26(a)(1) Disclosures.

3. Annexed hereto as Exhibit B is a true and complete copy of the plaintiffs' Amended Rule 26(a)(1) Disclosures.

4. Annexed hereto as Exhibit C is a true and complete copy of the cited Order in In re Vivendi Universal, S.A. Sec. Litig., No. 02 Civ. 5571 (RJH) (S.D.N.Y. Nov. 4, 2004).

5. Annexed hereto as Exhibit D is a true and complete copy of the cited

Endorsed Order in <u>In re Nortel Networks Sec. Litig.</u>, No. 01 Civ. 1855 (S.D.N.Y. June 11, 2003).

6. Annexed hereto as Exhibit E are true and complete copies of the letter of Investor Assistance Specialist Lynne M. Carreiro of the U.S. Securities & Exchange Commission to proposed class representative Warren Ross, dated February 25, 2002, with the attached pages of information from the Stanford Law School website.

_____
William J. Kelleher III

Sworn and subscribed in my
presence, on this /3 day of
April, 2005.

_____
Notary Public/Commissioner
My Commission Expires: 4-30-07

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was served this /3'" day of April, 2005 via first-class mail to the following counsel of record:

| **Co-Lead Counsel**<br><br>David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | **Liaison Counsel**<br><br>Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

|  | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Carl Mullis, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Christine Arena, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

_____
William J. Kelleher, III