**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | :<br>:<br>:<br>: MASTER FILE NO.<br>: 3:00CV01884(DJS)<br>: |
| This document relates to: | : |
| ALL ACTIONS | : |

**PLAINTIFFS' RULE 26(a)(1) DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs, Iliana Ilieva, Joseph Wilenkin, Mark Weiss, Marilyn Egel and Leisinger Pension Fund ("Plaintiffs"), hereby submit their Initial Disclosures. Plaintiffs' Initial Disclosures are made without waiver of, or prejudice to, any objections they may have. Plaintiffs expressly reserve all objections including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state law; (f) undue burden; (g) materiality; (h) overbreadth; and (i) the admissibility in evidence of these Initial Disclosures or the subject matter thereof.

Plaintiffs have not completed their investigation of this case and reserve the right to clarify, amend, modify or supplement the information contained in these Initial Disclosures, if and when they obtain supplemental information, as required by the Federal Rules of Civil Procedure or the Local Rules.

A.   Pursuant to Fed. R. Civ. P. 26(a)(1)(A), Plaintiffs believe that the following individuals and entities (or their successors in interest) are likely to have discoverable information in support of Plaintiffs' claims on at least the subjects noted and possibly other

matters:

**Defendants** – The following are likely to possess information regarding the allegations in the complaint, including the valuation, expandability and operations of Priceline.com Incorporated ("Priceline") and Priceline WebHouse Club, Inc. ("WebHouse") as well as the alleged insider selling.

1. Braddock, Richard S., address undetermined.
2. Nicholas, N.J., Jr., address undetermined.
3. Priceline.com, 800 Connecticut Avenue, Norwalk, Connecticut, 06854.
4. Schulman, Daniel H., address undetermined.
5. Walker, Jay S., address undetermined

**Plaintiffs** – The following are likely to possess information regarding Defendants' alleged fraud on the market.

1. Egel, Marilyn D., c/o Lead Plaintiffs' Counsel.
2. Ilieva, Iliana, c/o Lead Plaintiffs' Counsel.
3. Leisinger Pension Fund, c/o Lead Plaintiffs' Counsel.
4. Weiss, Mark, c/o Lead Plaintiffs' Counsel.
5. Wilenkin, Joseph, c/o Lead Plaintiffs' Counsel.

**Airline Industry** – The following are likely to possess information regarding the alleged use and penetration of Priceline in the retail airline ticket market:

1. Aer Lingus, address undetermined.
2. Aeromexico, address undetermined.
3. Aerolineas Argentinas, address undetermined.
4. Air Canada, address undetermined.
5. Air France, address undetermined.
6. Air Jamaica, address undetermined.
7. Air New Zealand, address undetermined.
8. Alaska Airlines, address undetermined.
9. Alitalia, address undetermined.
10. All Nippon Airways, address undetermined.
11. AMR Corporation, d/b/a American Airlines, address undetermined.
12. American West Airlines, address undetermined.
13. Austrian Airlines, address undetermined.
14. Cathay Pacific Airlines, address undetermined.
15. Continental Airlines, address undetermined.

16. Delta Airlines, address undetermined.
17. El Al Israel Airlines, address undetermined.
18. Hawaiian Airlines, address undetermined.
19. Iberia, address undetermined.
20. Icelandair, address undetermined.
21. Japan Airlines, address undetermined.
22. Korean Air Lines, address undetermined.
23. Luftansa, address undetermined.
24. Malaysia Airlines, address undetermined.
25. Midway Airlines, address undetermined.
26. Northwest Airlines, address undetermined.
27. Qantas, address undetermined.
28. Sabena, address undetermined.
29. SAS (Scandanavian Airlines), address undetermined.
30. Singapore Airlines, address undetermined.
31. Sky West, address undetermined.
32. South African Airways, address undetermined.
33. Swissair, address undetermined.
34. Trans World Airlines (TWA), address undetermined.
35. United Airlines, address undetermined.
36. U.S. Airways, address undetermined.
37. Varig, address undetermined.
38. Virgin Atlantic, address undetermined.

**Car Rental Industry** – The following are likely to possess information regarding the use and penetration of Priceline in the car rental market and expansion of the Priceline business model:

1. Vanguard Car Rental USA, Inc. d/b/a Alamo Rent A Car, ANC Plaza 200 South Andrews Ave., Fort Lauderdale, Florida 33301.
2. Budget Rentacar Corp., address undetermined.
3. Hertz Corporation, address undetermined.

**Gasoline Industry** – The following are likely to possess information regarding the use and penetration of WebHouse in retail gas market and expansion of the Priceline business model:

1. 76 Gas Stations, address undetermined.
2. Allen, Jefferson F., address undetermined.
3. BP, PLC, address undetermined.
4. Circle K, address undetermined.
5. Citgo, address undetermined.
6. Exxon Mobil Corporation, address undetermined.

3

7. Getty Petroleum, address undetermined.
8. Gulf Oil Corporation, address undetermined.
9. (Amerada) Hess Corporation, address undetermined.
10. Mobil, address undetermined.
11. Shell, address undetermined.
12. Sunoco, address undetermined.
13. Texaco, address undetermined.
14. Tosco Corp., address undetermined.

**Grocery Industry** – The following are likely to possess information regarding the use and penetration of WebHouse in the retail grocery market and expansion of the Priceline business model:

1. Ahold U.S.A. Inc., address undetermined.
2. Albertson's, address undetermined.
3. Bell Markets, address undetermined.
4. Bi Lo, address undetermined.
5. Cala Foods, address undetermined.
6. D'Agostino, address undetermined.
7. Farm Fresh, address undetermined.
8. Food Emporium, address undetermined.
9. Foods Co., address undetermined.
10. FoodTown, address undetermined.
11. Friendly Markets, address undetermined.
12. General Mills, Inc., address undetermined.
13. Giant Supermarkets, address undetermined.
14. Grand Union Co., address undetermined.
15. Great Atlantic & Pacific Co. (A&P), address undetermined.
16. Gristede's Foods Inc., address undetermined.
17. H.J. Heinz Co., address undetermined.
18. Hershey Foods Corporation, address undetermined.
19. Jewel-Osco, address undetermined.
20. Kellogg Company, address undetermined.
21. Key Food Stores Co-Op, Inc., address undetermined.
22. Kind Kullen Grocery Inc., address undetermined.
23. Kroger, address undetermined.
24. LaValley, Brian, address undetermined.
25. Meijer Supermarkets, address undetermined.
26. Nestle, address undetermined.
27. Pathmark Inc., address undetermined.
28. PepsiCo Inc., address undetermined.
29. Ralph's, address undetermined.
30. Reinemund, Steve, address undetermined.

31. Safeway, address undetermined.
32. Scher, Barry F., address undetermined.
33. ShopRite, address undetermined.
34. Stop & Shop, address undetermined.
35. Super Food Mart, address undetermined.
36. Super Fresh, address undetermined.
37. Thriftyway, address undetermined.
38. Tops, address undetermined.
39. Waldbaums, address undetermined.
40. Wegmans Markets, address undetermined.
41. Weis Supermarkets, address undetermined.
42. Winn-Dixie, address undetermined.

**Securities Analysts** – The following are likely to possess information regarding Defendants' public disclosures and alleged fraud on the market:

1. A.G. Edwards & Sons, Inc., Attn: Contact Center, One North Jefferson, St. Louis, MO 63103.
2. Adams, Harkness, Inc., address undetermined.
3. Ader, Jason, address undetermined.
4. Albright, Tim, address undetermined.
5. Alexander, Ryan, address undetermined.
6. Banc of America Securities, LLC, 9 West 57th Street, New York, New York 10019.
7. Bear Stearns & Co. Inc., 383 Madison Ave., New York, NY 10179.
8. Becker, Holly, address undetermined.
9. Buchanan, Robert, address undetermined.
10. Calltech Communications, Inc., address undetermined.
11. Cassar, Ken, address undetermined.
12. Courtney, Tom, address undetermined.
13. Credit Suisse First Boston LLC, Eleven Madison Avenue, New York, NY 10010.
14. Donaldson, Lufkin & Jenrette Securities Corp., address undetermined.
15. E*Offering, address undetermined.
16. Farley, Sara, address undetermined.
17. First Alliance Bank, address undetermined.
18. Fogarty, Tim, address undetermined.
19. Goldman Sachs Group, Inc., address undetermined.
20. Hambrecht & Quist, address undetermined.
21. Harris Interactive, address undetermined.
22. Hawkins, Susan, address undetermined.
23. Innovative Research Associates, address undetermined.
24. InternetFundManager.com, LLC, address undetermined.
25. Iventosch-James, Lori, address undetermined.

5

26. Janney Montgomery Scott, LLC, 1801 Market Street, Philadelphia, PA 19103-1675.
27. Jefferies Group, Inc., 520 Madison Avenue, New York, NY 10022.
28. Jupiter Communications, address undetermined.
29. Konezny, Gregory P., address undetermined.
30. Lehman Brothers, Equity Research, 745 Seventh Avenue, New York, NY 10019.
31. Levitan, Lauren Cooks, address undetermined.
32. Meeker, Mary, address undetermined.
33. Merrill Lynch, address undetermined.
34. Milne, Shawn A., address undetermined.
35. Morgan Stanley, 1585 Broadway, New York, NY 10036.
36. Nagel, Brian, address undetermined.
37. Pacific Crest Securities, 111 SW Fifth Avenue, 42nd Floor, Portland, Oregon 97204.
38. Prudential Securities, address undetermined.
39. Robertson Stephens, address undetermined.
40. Rowen, Mark, address undetermined.
41. Salomon Smith Barney, address undetermined.
42. Sands Brothers, address undetermined.
43. Sanford C. Bernstein & Co., Inc., address undetermined.
44. SFN Investments, address undetermined.
45. Siegel, Jeff, address undetermined.
46. Streetadvisor, address undetermined.
47. Terry, Heath, address undetermined.
48. Thomas Weisel Partners, address undetermined.
49. Trossman, David, address undetermined.
50. UBS Paine Webber, 1285 Avenue of Americas, New York, New York 10019.
51. USBancorp Piper Jaffray, U.S. Bancorp Center 800 Nicollet Mall, Suite 800, Minneapolis, MN 55402.
52. Wachovia Securities, LLC f/k/a/ First Union Securities, Riverfront Plaza, 901 East Byrd Street, Richmond, Virginia 23219.
53. Wells, Harry, address undetermined.
54. Wit SoundView, address undetermined.
55. Zale, David, address undetermined.

**Others** – The following are likely to possess information regarding, among others, Priceline and WeHouse operations, technology, valuation and expansion:

1. Case, Scott, address undetermined.
2. Allaire, Paul A., address undetermined.
3. Allen & Company, Inc., address undetermined.

4. Allen, Paul G., c/o Vulcan Ventures, 110-110th Avenue N.E., Suite 550, Bellevue, Washington 98004.
5. Alsuad, Prince Alwaleed bin Talal bin AbdulAziz, address undetermined.
6. American Express Small Business Services, Address undetermined.
7. Arista Capital Partners, LP, c/o Dawntreader, 118 West 22nd Street, 2nd Floor, NY, NY 10011.
8. Bahna, Ralph M., address undetermined.
9. BDS Business Center, Inc., address undetermined.
10. Blackney, Paul J., address undetermined.
11. Blount, Frank, address undetermined.
12. Boyd, Jeffery H., address undetermined.
13. Brier, Timothy G., address undetermined.
14. Connecticut Attorney General, P.O. Box 120, Hartford Connecticut 06141.
15. Connecticut Better Business Bureau, 812 North Main Street Ext., Wallingford, Connecticut, 06492.
16. Dagatt, Diane, c/o Vulvan Ventures, 110-110th Avenue N.E., Suite 550, Bellevue, Washington 98004.
17. D'Angelo, Thomas P., address undetermined.
18. Deloitte Touche Tohmatsu, 1633 Broadway, New York, New York 10019.
19. Fink, Jesse M., Address undetermined.
20. Ford, William E., address undetermined.
21. Francis, Paul E., address undetermined.
22. General Atlantic Partners, address undetermined.
23. Gore Creek Trust, address undetermined.
24. Hutchinson Whampoa, address undetermined.
25. Kingdom Holding Company, Inc., address undetermined.
26. LendingTree, address undetermined.
27. Liberty Media Corporation, address undetermined.
28. Liberty, PL, Inc., address undetermined.
29. Loeb, Marshall, address undetermined.
30. Loeb, Michael, address undetermined.
31. Malamatinas, Dennis, address undetermined.
32. Malone, John C., address undetermined.
33. McCadden, Michael, W., address undetermined.
34. Mendoza, Caroline, address undetermined.
35. Miller, Heidi, address undetermined.
36. Miyauchi, Ken, address undetermined.
37. Mott, Steven, address undetermined.
38. Murray Devine & Co., Inc., address undetermined.
39. Mylod, Robert, address undetermined.
40. MyPrice, address undetermined.
41. National Mortgage Center, LLC, address undetermined.
42. NewSub Service, Inc., address undetermined.
43. Otto, Jonathan, address undetermined.

44. Padgett, Robert, address undetermined.
45. Peretsman, Nancy B., address undetermined.
46. Priceline WebHouse Club, Inc., address undetermined.
47. pricelinemortgage, address undetermined.
48. Quantum Industrial Partners, LDC, address undetermined
49. Rose, Ronald V., address undetermined.
50. Savoy, William D., address undetermined.
51. Shore, Peter, address undetermined.
52. Softbank E-Commerce Corp., address undetermined.
53. Soros Fund Management, LLC, address undetermined.
54. Stone Street Fund 1999, Corp. c/o Stone Street 1999 Corp., 85 Broad Street, NY, NY 10004.
55. Taub, Melissa M., address undetermined.
56. Truwit, Mitch, address undetermined.
57. Urbahn, Trey O., address undetermined.
58. Vulcan Ventures, 110-110th Avenue N.E., Suite 550, Bellevue, Washington 98004.
59. Walker Asset Management, LP, address undetermined.
60. Walker Digital Corporation, address undetermined.
61. Walker Digital, LLC, address undetermined.
62. Wendelstadt, Florian, address undetermined.
63. W.R. Berkley, 475 Steamboat Road, Greenwich, Connecticut 06830.
64. Worldpan, L.P., address undetermined.

In addition, members of the class may be proffered as additional class representatives and may also have information that is discoverable. Plaintiffs will reveal the identity of such class members in their Motion for Class Certification or at such earlier time as these representatives are known to Plaintiffs.

B. Pursuant to Fed. R. Civ. P. 26(a)(1)(B), Plaintiffs respond as follows: Plaintiffs represent that they have the following types of documents in their possession, custody, or control that may support their claims: (1) documents regarding their shareholder status in Priceline securities; and (2) documents regarding Priceline obtained from public sources.

C. Pursuant to Fed. R. Civ. P. 26(a)(1)(C), Plaintiffs responds as follows:

1. Compensatory Damages: Plaintiffs have not yet determined the full amount of compensatory damages sustained as a result of defendants' conduct, and may not be

8

able to do so until after their expert reports are completed. Defendants in this action availed themselves of the stay of discovery available under the federal securities laws. Therefore, during the pendency of their motion to dismiss, they produced no information to Plaintiffs, including no information relating to damages calculations. Now that the Court has lifted the discovery stay, Plaintiffs soon will have access to the discovery due them. Further, the current schedule calls for a disclosure of expert witnesses, at least one of whom will opine on damages at a later procedural position in this case. Plaintiffs will provide further information to defendants as these issues are developed.

    2.  Disgorgement of illegal profits from insider trading: As indicated above, Plaintiffs have not yet determined the full amount of monies that must be disgorged as a result of defendants' conduct, and may not be able to do so until after its expert reports are completed. Now that the Court has lifted the discovery stay, Plaintiffs soon will have access to the discovery due them. Further, the current schedule calls for a disclosure of expert witnesses, at least one of whom will opine on damages at a later procedural position in this case. Plaintiffs will provide further information to defendants as these issues are developed.

    3.  Plaintiffs' attorneys' fees and costs incurred in pursuing this action: These fees and costs are being incurred on an ongoing basis, and Plaintiffs presently are unable to state the amount of this claim.

    4.  Pre-judgment and post-judgment interest at the highest lawful rate: Because, as noted above, Plaintiffs are unable at this procedural juncture to calculate the amount of compensatory damages, they similarly are unable to calculate the amount of pre-judgment and post-judgment interest, as pre-judgment interest is accruing on an on-going basis, and post-judgment interest will not begin to accrue until after a judgment is obtained.

   5.   Other damages:  Plaintiffs reserve the right to seek other damages in this action.

   D.   Pursuant to Fed. R. Civ. P. 26(a)(1)(D), Plaintiffs responds that the information sought by this portion of the Rule is inapplicable to Plaintiffs.  There are no claims against Plaintiffs in this action and thus no insurance policies of the Plaintiffs are relevant.

Dated: November 15, 2004.

Respectfully submitted,

_____/S/_____
SCOTT & SCOTT, LLC
David R. Scott
Erin Comite
Geoffrey M. Johnson
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432


_____/S/_____
JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
1690 Williston Road
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 537-4432

Jules Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212)687-2730

**Co-Lead Counsel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to counsel of record on the attached service list on November 15, 2004 by overnight mail.

               _____/S/_____
               Erin Green Comite

## SERVICE LIST

Jules Brody,
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

David S. Slossberg,
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, CT 06460

Andrew M. Schatz
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106

William R. Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Dana C. MacGrath
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Joseph L. Clasen
William Kelleher
Robinson & Cole LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
Christine Arena
Cravath, Swaine & Moore LLP
825 Eight Avenue
New York, NY 10019