**<u>EXHIBIT B</u>**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|                                    |   |                           |
|------------------------------------|---|---------------------------|
| IN RE: PRICELINE.COM, INC.         | : |                           |
| SECURITIES LITIGATION              | : |                           |
|                                    | : | MASTER FILE NO.           |
| ―――――――――――――――――                  | : | 3:00CV01884(DJS)          |
| This document relates to:          | : |                           |
|                                    | : | March 31, 2005            |
| ALL ACTIONS                        | : |                           |

## PLAINTIFFS' AMENDED RULE 26(a)(1) DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs hereby amend their Initial Disclosures.

Plaintiffs' Amended Initial Disclosures are made without waiver of, or prejudice to, any

objections they may have. Plaintiffs expressly reserve all objections including, but not limited

to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any

other applicable privilege or protection under federal or state law; (f) undue burden; (g)

materiality; (h) overbreadth; and (i) the admissibility in evidence of these Initial Disclosures or

the subject matter thereof.

Plaintiffs have not completed their investigation of this case and reserve the right to

clarify, amend, modify or supplement the information contained in these Initial Disclosures, if

and when they obtain supplemental information, as required by the Federal Rules of Civil

Procedure or the Local Rules.

A.      Pursuant to Fed. R. Civ. P. 26(a)(1)(A), Plaintiffs believe that the following

individuals and entities (or their successors in interest) are likely to have discoverable

information in support of Plaintiffs' claims on at least the subjects noted and possibly other

matters:

**Defendants** – The following are likely to possess information regarding the allegations in the complaint, including the valuation, expandability and operations of Priceline.com Incorporated ("Priceline") and Priceline WebHouse Club, Inc. ("WebHouse") as well as the alleged insider selling.

    1.    Braddock, Richard S., address undetermined.
    2.    Nicholas, N.J., Jr., address undetermined.
    3.    Priceline.com, 800 Connecticut Avenue, Norwalk, Connecticut, 06854.
    4.    Schulman, Daniel H., address undetermined.
    5.    Walker, Jay S., address undetermined.

**Plaintiffs** – The following are likely to possess information regarding Defendants' alleged fraud on the market.

    1.    Egel, Marilyn D., c/o Lead Plaintiffs' Counsel.
    2.    Ilieva, Iliana, c/o Lead Plaintiffs' Counsel.
    3.    Leisinger Pension Fund, c/o Lead Plaintiffs' Counsel.
    4.    Weiss, Mark, c/o Lead Plaintiffs' Counsel.
    5.    Wilenkin, Joseph, c/o Lead Plaintiffs' Counsel.
    6.    R. Warren Ross, c/o Lead Plaintiffs' Counsel.
    7.    John S. Anderson, c/o Lead Plaintiffs' Counsel.

**Airline Industry** – The following are likely to possess information regarding the alleged use and penetration of Priceline in the retail airline ticket market:

    1.    Aer Lingus, address undetermined.
    2.    Aeromexico, address undetermined.
    3.    Aerolineas Argentinas, address undetermined.
    4.    Air Canada, address undetermined.
    5.    Air France, address undetermined.
    6.    Air Jamaica, address undetermined.
    7.    Air New Zealand, address undetermined.
    8.    Alaska Airlines, address undetermined.
    9.    Alitalia, address undetermined.
    10.    All Nippon Airways, address undetermined.
    11.    AMR Corporation, d/b/a American Airlines, address undetermined.
    12.    American West Airlines, address undetermined.
    13.    Austrian Airlines, address undetermined.
    14.    Cathay Pacific Airlines, address undetermined.
    15.    Continental Airlines, address undetermined.
    16.    Delta Airlines, address undetermined.

17. El Al Israel Airlines, address undetermined.
18. Hawaiian Airlines, address undetermined.
19. Iberia, address undetermined.
20. Icelandair, address undetermined.
21. Japan Airlines, address undetermined.
22. Korean Air Lines, address undetermined.
23. Luftansa, address undetermined.
24. Malaysia Airlines, address undetermined.
25. Midway Airlines, address undetermined.
26. Northwest Airlines, address undetermined.
27. Qantas, address undetermined.
28. Sabena, address undetermined.
29. SAS (Scandanavian Airlines), address undetermined.
30. Singapore Airlines, address undetermined.
31. Sky West, address undetermined.
32. South African Airways, address undetermined.
33. Swissair, address undetermined.
34. Trans World Airlines (TWA), address undetermined.
35. United Airlines, address undetermined.
36. U.S. Airways, address undetermined.
37. Varig, address undetermined.
38. Virgin Atlantic, address undetermined.

**Car Rental Industry** – The following are likely to possess information regarding the use and penetration of Priceline in the car rental market and expansion of the Priceline business model:

1. Vanguard Car Rental USA, Inc. d/b/a Alamo Rent A Car, ANC Plaza 200 South Andrews Ave., Fort Lauderdale, Florida 33301.
2. Budget Rentacar Corp., address undetermined.
3. Hertz Corporation, address undetermined.

**Gasoline Industry** – The following are likely to possess information regarding the use and penetration of WebHouse in retail gas market and expansion of the Priceline business model:

1. 76 Gas Stations, address undetermined.
2. Allen, Jefferson F., address undetermined.
3. BP, PLC, address undetermined.
4. Circle K, address undetermined.
5. Citgo, address undetermined.
6. Exxon Mobil Corporation, address undetermined.
7. Getty Petroleum, address undetermined.
8. Gulf Oil Corporation, address undetermined.

9.    (Amerada) Hess Corporation, address undetermined.
10.   Mobil, address undetermined.
11.   Shell, address undetermined.
12.   Sunoco, address undetermined.
13.   Texaco, address undetermined.
14.   Tosco Corp., address undetermined.

**Grocery Industry** – The following are likely to possess information regarding the use

and penetration of WebHouse in the retail grocery market and expansion of the Priceline

business model:

1.    Ahold U.S.A. Inc., 185 Campanelli Drive, Braintree, MA 02184.
2.    Albertson's, 250 E. Parkcenter Blvd.Boise, ID 83706.
3.    Barth, Wendy, address undetermined.
4.    Bell Markets, 10901 Gold Center Drive Ranchero Cordova, CA 90054Bi
      Lo, 208 BI-LO Blvd Greenville, SC 29607
5.    Bliss, Sam, address undetermined.
6.    Brashear, Donna, address undetermined.
7.    Busk, Chadwick, address undetermined.
8.    Cala Foods,10901 Gold Center Drive  Ranchero Cordova, CA 90054
9.    Carroll, Kathleen, address undetermined.
10.   D'Agostino,1385 Boston Post Road Larchmont, NY  10538
11.   Farm Fresh, 853 Chimney Hill Shopping Center Virginia Beach, VA
      23452
12.   Food Emporium, 2 Paragon Drive  Montvale, NJ 07645
13.   Foods Co., 1100 Artesia Blvd Compton, CA 90220
14.   FoodTown, 215 Blair Road  Avenel, NJ 07001
15.   Friendly Markets,  6363 Main Street Williamsville, NY 14221
16.   General Mills, Inc., One General Mills Blvd Minneapolis, MN Giant
      Supermarkets, 6300 Sheriff Rd Landover, MD 20785
17.   Graham, George, address undetermined.
18.   Grand Union Co., address undetermined.
19.   Great Atlantic & Pacific Co. (A&P), 2 Paragon Drive, Montvale, NJ
      07645.
20.   Gristede's Foods Inc., 823 Eleventh Ave. New York, NY 10019
21.   H.J. Heinz Co.,. 600 Grant Street Pittsburgh, PA 15219
22.   Hamilton, Ray, address undetermined.
23.   Herring, J. Andrew, address undetermined.
24.   Hershey Foods Corporation, 100 Crystal A Drive, Hershey, PA 17033-
      0810
25.   Hoffman, Ken, address undetermined.
26.   Homer, Lance, address undetermined.
27.   Hopkins, Dennis, address undetermined.
28.   Jewel-Osco, 250 E. Parkcenter Blvd. Boise, ID  83706

29.    Katsoris, Nicholas C., address undetermined.
30.    Kellogg Company,One Kellogg Square, P.O. Box 3599 Battle Creek, Michigan 49016-3599
31.    Kennedy, Loree, address undetermined.
32.    Key Food Stores Co-Op, Inc., 1200 South Ave, Staten Island, NY 10314
33.    King Kullen Grocery Inc.,  185 Central Ave., Bethpage, NY 11714.Kroger, 1014 Vine Street Cincinnati, OH 45202-1100
34.    Kramer, David, address undetermined.
35.    LaValley, Brian, address undetermined.
36.    McLean, Jim, address undetermined.
37.    Meijer Supermarkets, 2929 Walker, N.W. Grand Rapis, Michigan 49544-9428.
38.    Meijer, Doug, c/o Meijer Supermarkets.
39.    Michaelson, Steve, address undetermined.
40.    Nestle, 800 North Brand Blvd. Glendale, CA 91203.
41.    Parker, Amy, address undetermined.
42.    Pathmark Inc., address undetermined.
43.    PepsiCo Inc.,  700 Anderson Hill Road  Purchase, NY 10577
44.    Phillipes, Peter M., address undetermined.
45.    Principi, Debbie, address undetermined.
46.    Ralph's Grocery Corporation, 1100 W. Artesia Blvd. Compton, CA 90220.
47.    Reinemund, Steve, address undetermined.
48.    Ross, Michael, address undetermined.
49.    Rowan, Paul G., address undetermined.
50.    Safeway, 5918 Stoneridge Mall Road, Pleasanton, CA 94588-3229.
51.    Scher, Barry F., address undetermined.
52.    ShopRite,  600 York Street  Elizabeth, NJ 07207.
53.    Sheedy, Ed, address undetermined.
54.    Simmons, Belinda, address undetermined.
55.    Smith, Roy, address undetermined.
56.    The Stop & Shop Supermarket Company, LLC. 1385 Hancock Street Quincy, MA 02169.
57.    Super Food Mart, address undetermined.
58.    Super Fresh, 1506 Woodlawn Dr. Gwynn Oak, MD 21207.
59.    Thriftyway Stores Inc. 6433 S.E. Lake Rd Portland, OR 97222-2198.
60.    Tops Markets, LLC 6363 Main Street Williamsville, NY 14221.
61.    Ulrich, Bob, address undetermined.
62.    VanHoven, Jim, address undetermined.
63.    Wakefern Food Corporation, 600 York Street Elizabeth, NJ 07207.
64.    Waldbaums, 2 Paragon Drive Montvale, NJ 07645.
65.    Wegmans Markets, 1500 Brooks Ave S. Rochester, NY 14603-0844.
66.    Werner, Karl, address undetermined.
67.    Weis Supermarkets, 1000 S. Second St. Sunbury, PA 17801.
68.    Winn-Dixie,  5050 Edgewood Court Jacksonville, FLA 32254-3699.
69.    Wolfram, Shelly, address undetermined.

**Securities Analysts** – The following are likely to possess information regarding

Defendants' public disclosures and alleged fraud on the market:

1.   A.G. Edwards & Sons, Inc., Attn: Contact Center, One North Jefferson, St. Louis, MO 63103.
2.   Adams, Harkness, Inc., address undetermined.
3.   Ader, Jason, address undetermined.
4.   Albright, Tim, address undetermined.
5.   Alexander, Ryan, address undetermined.
6.   Banc of America Securities, LLC, 9 West 57th Street, New York, New York 10019.
7.   Bear Stearns & Co. Inc., 383 Madison Ave., New York, NY 10179.
8.   Becker, Holly, address undetermined.
9.   Buchanan, Robert, address undetermined.
10.  Calltech Communications, Inc., address undetermined.
11.  Cassar, Ken, address undetermined.
12.  Courtney, Tom, address undetermined.
13.  Credit Suisse First Boston LLC, Eleven Madison Avenue, New York, NY 10010.
14.  Donaldson, Lufkin & Jenrette Securities Corp., address undetermined.
15.  E*Offering, address undetermined.
16.  Enquist, Katherine B., address undetermined.
17.  Farley, Sara, address undetermined.
18.  First Alliance Bank, address undetermined.
19.  Fogarty, Tim, address undetermined.
20.  Goldman Sachs Group, Inc., address undetermined.
21.  Hambrecht & Quist, address undetermined.
22.  Harris Interactive, address undetermined.
23.  Hawkins, Susan, address undetermined.
24.  Innovative Research Associates, address undetermined.
25.  InternetFundManager.com, LLC, address undetermined.
26.  Iventosch-James, Lori, address undetermined.
27.  Janney Montgomery Scott, LLC, 1801 Market Street, Philadelphia, PA 19103-1675.
28.  Jefferies Group, Inc., 520 Madison Avenue, New York, NY 10022.
29.  Jupiter Communications, address undetermined.
30.  Konezny, Gregory P., address undetermined.
31.  Lehman Brothers, Equity Research, 745 Seventh Avenue, New York, NY 10019.
32.  Levitan, Lauren Cooks, address undetermined.
33.  Meeker, Mary, address undetermined.
34.  Merrill Lynch, address undetermined.
35.  Milne, Shawn A., address undetermined.
36.  Morgan Stanley, 1585 Broadway, New York, NY 10036.
37.  Nagel, Brian, address undetermined.

38. Pacific Crest Securities, 111 SW Fifth Avenue, 42nd Floor, Portland, Oregon 97204.
39. Prudential Securities, address undetermined.
40. Robertson Stephens, address undetermined.
41. Rowen, Mark, address undetermined.
42. Salomon Smith Barney, address undetermined.
43. Sands Brothers, address undetermined.
44. Sanford C. Bernstein & Co., Inc., address undetermined.
45. SFN Investments, address undetermined.
46. Siegel, Jeff, address undetermined.
47. Streetadvisor, address undetermined.
48. Terry, Heath, address undetermined.
49. Thomas Weisel Partners, address undetermined.
50. Trossman, David, address undetermined.
51. UBS Paine Webber, 1285 Avenue of Americas, New York, New York 10019.
52. USBancorp Piper Jaffray, U.S. Bancorp Center 800 Nicollet Mall, Suite 800, Minneapolis, MN 55402.
53. Vasser, James, E., address undetermined.
54. Wachovia Securities, LLC f/k/a/ First Union Securities, Riverfront Plaza, 901 East Byrd Street, Richmond, Virginia 23219.
55. Wells, Harry, address undetermined.
56. Wit SoundView, address undetermined.
57. Zale, David, address undetermined.

**Others** – The following are likely to possess information regarding, among others,

Priceline and WebHouse operations, technology, valuation and expansion:

1. Abowitz, Andy, address undetermined.
2. Accomando, Jim, address undetermined.
3. Acosta, Charles, address undetermined.
4. Aggarwal, Gyan, address undetermined.
5. Albano, Robert, address undetermined.
6. Alderucci, Dean, address undetermined.
7. Aderucci, Scott, address undetermined.
8. Adkins, Connie, address undetermined.
9. Akula, Reka, address undetermined.
10. Aldelberg, Marc, address undetermined.
11. Allard, Scott, address undetermined.
12. Allen, Amanda, address undetermined.
13. Allen, Danielle, address undetermined.
14. Allen, Nasreen, address undetermined.
15. Allaire, Paul A., address undetermined.
16. Allen & Company, Inc., address undetermined.

17. Allen, Paul G., c/o Vulcan Ventures, 110-110th Avenue N.E., Suite 550, Bellevue, Washington 98004.
18. Aimetti, Tracy, address undetermined.
19. Alsuad, Prince Alwaleed bin Talal bin AbdulAziz, address undetermined.
20. Alverado, Christina, address undetermined.
21. American Express Small Business Services, address undetermined.
22. Anderson, Robert, address undetermined.
23. Andreja, Ziedins, address undetermined.
24. Andrejko, Piotr, address undetermined.
25. Andres, John, address undetermined.
26. Arista Capital Partners, LP, c/o Dawntreader, 118 West 22nd Street, 2nd Floor, NY, NY 10011.
27. Armani, Karl, address undetermined.
28. Arnon, Yuval, address undetermined.
29. Arora, Vikas, address undetermined.
30. Aronstein, Marc, address undetermined.
31. Assamte. Amdrew. address undetermined.
32. Attina, Maria, address undetermined.
33. Auguste, Raccine, address undetermined.
34. Babi, Babu, addres undetermined.
35. Badgujar, Rahul, address undetermined.
36. Baiquiri, John, address undetermined.
37. Bahna, Ralph M., address undetermined.
38. Bake, Brendan Michael, address undetermined.
39. Baker, Brenden, address undetermined.
40. Balka, Suzanne, address undetermined.
41. Barrett, Valerie, address undetermined.
42. Bauske, Greg, 30 E. Elm Street, #8G, Chicago, Il 60611.
43. Bayonne, Notu, 52 Adams Avenue, Stamford, CT 06902.
44. Beckham, Stephen, address undetermined.
45. Bedocs, George, address undetermined.
46. Bellantoni, Marie, address undetermined.
47. Benerofe, Mark, address undetermined.
48. Bencivenga, Christopher, address undetermined.
49. Bennett, Robert R., address undetermined.
50. Bennicchio, Christian, address undetermined.
51. Benzaken, Alain, address undetermined.
52. BDS Business Center, Inc., address undetermined.
53. Berke, Lynn, address undetermined.
54. Berry, III, Mark, 9691 Glacier Drive, Miramar, FL 33025.
55. Beougher, Kelli, 118 E. 92nd St. #1A New York, NY 10128.
56. Bhowmik, Nulanjan, address undetermined.
57. Blackney, Paul J., address undetermined.
58. Blount, Frank, address undetermined.
59. Bolt, Tanisha, 7 Coleman Rd., West Haven, CT 06516.
60. Bond, Peter, address undetermined.

61.    Bondi, Betty, address undetermined.
62.    Boyd, Jeffery H., address undetermined.
63.    Boice, Brenda, 2616 Chartwell Road, Columbus, OH 43220.
64.    Boschia, Michael, 7 Oliver Road, Bedford, NY 10506.
65.    Brakewood, Daniel, 32 Indian Road, Port Chester, NY 10573.
66.    Breaux, Alegra, 65 Prospect St. #1V Stamford, CT 06901.
67.    Brennan, Brian, address undetermined.
68.    Brennan, Brian, address undetermined.
69.    Breitenbach, Paul, address undetermined
70.    Brennan, Brian, address undetermined.
71.    Brett, Susan, address undetermined
72.    Brier, Tim G., address undetermined
73.    Brijmohan, Deveand, address undetermined.
74.    Bossin, Kat, address undetermined.
75.    Bouton, Sandy, address undetermined.
76.    Breaux, Alegra, address undetermined.
77.    Brier, Timothy G., address undetermined.
78.    Brody, Seth, address undetermined.
79.    Brint, Jacqueline, address undetermined.
80.    Brown, Jim, address undetermined.
81.    Brown, Patrick, address undetermined.
82.    Bruner, Evans, address undetermined.
83.    Burkette, Orlene, address undetermined.
84.    Burmaster, Brad, 3 Gilbert Lane, Westport, CT 06880.
85.    Calder, Tiffany, 1146 East Ridgedale Circle, Salt Lake City, UT 84106.
86.    Calligos, Judy, address undetermined.
87.    Callahan, Caleb, address undetermined.
88.    Cameron, Ernie, address undetermined.
89.    Caputo, Pamela, address undetermined.
90.    Carlson, Cara Cogan, address undetermined.
91.    Carr, Vivian, address undetermined.
92.    Carroll, Herbert, address undetermined.
93.    Carrito, Pamela, address undetermined.
94.    Carusa, Carol, address undetermined.
95.    Casamona, Carla, address undetermined.
96.    Case, Scott, address undetermined.
97.    Case, Michael-Adam, address undetermined.
98.    Ceder, Amy, address undetermined.
99.    Chan, Sophia, address undetermined.
100.   Chawla, Anshu, address undetermined.
101.   Chanthamontry, John, address undetermined.
102.   Chaplo, Mike, 6 Bristol Terrace, Long Valley, NJ 07853.
103.   Charkiewicz, Mitch, 100 Ellison Drive, Suffield, CT 06078.
104.   Cheyne, Peggy, address undetermined.
105.   Choi, Sonmea, address undetermined.
106.   Chui, Alex, address undetermined.

107.   Ciancio, David, address undetermined.
108.   Coburn, Matthew, address undetermined.
109.   Cohen, Ben, address undetermined.
110.   Cole, Michael, address undetermined.
111.   Colley, Erica, address undetermined.
112.   Collins, Mark, address undetermined.
113.   Collins, Nancy, 61 Wilton Crest, Wilton, CT 06897.
114.   Colwell, Barbara, address undetermined.
115.   Connecticut Attorney General, P.O. Box 120, Hartford Connecticut 06141.
116.   Connecticut Better Business Bureau, 812 North Main Street Ext., Wallingford, Connecticut, 06492.
117.   Cook, Robin, address undetermined.
118.   Cooper, Andrew, address undetermined.
119.   Cornacchia, Joseph, 1767 U Street #4, Washingon, D.C. 20009.
120.   Corrigan, Dennis, address undetermined.
121.   Coughlin, David, address undetermined.
122.   Crean, Hugh, address undetermined.
123.   Cusano, Justin, address undetermined.
124.   Czepiel, Michael, 16 Cross Street, Hamden, CT 06514.
125.   Dagatt, Diane, c/o Vulvan Ventures, 110-110th Avenue N.E., Suite 550, Bellevue, Washington 98004.
126.   Dale, Phil, address undetermined.
127.   D'Andrea, Joann, address undetermined.
128.   D'Angelo, Antonette, address undetermined.
129.   D'Angelo, Thomas P., address undetermined.
130.   D'Antonio, Michelle, address undetermined.
131.   Darcy, Michael, address undetermined.
132.   Davies, Alan, address undetermined.
133.   Davis, Jeff, address undetermined.
134.   Dean, Eric, 25 River Road, Wilton, CT 06897.
135.   Deck, Chris, address undetermined.
136.   Decker, David, address undetermined.
137.   D'Eon, Eebbie, address undetermined.
138.   DePalantino, Norm, address undetermined.
139.   Deloitte Touche Tohmatsu, 1633 Broadway, New York, New York 10019.
140.   Dermer, Neal, address undetermined.
141.   DeVera, Kellie, address undetermined.
142.   Devine, Francis, X., address undetermined.
143.   Dhanaschackhan, Bana, address undetermined.
144.   Dietzman, CJ, address undetermined.
145.   Dillberto, Michael, address undetermined.
146.   Discount, Jay, address undetermined.
147.   Dixon, Sarah, address undetermined.
148.   Dolan, John, address undetermined.
149.   Dolgetta, Anna, address undetermined.

150.  Donohoue, Mary, address undetermined.
151.  Dottori, Mary J., address undetermined.
152.  Douglass, Kelli, address undetermined.
153.  Doyle, Nancy, address undetermined.
154.  Drake, Susan, address undetermined.
155.  Drewry, Shawn, 7321 NW 16th Street, Plantation, FL 33313.
156.  Duers, Christopher, 8A Colonial Drive, Columbia, CT 07237.
157.  Dukat, Jamie, address undetermined.
158.  Dunn, Jermy, address undetermined.
159.  Eager, Eric, address undetermined.
160.  Edwards, Lisa, address undetermined.
161.  Eisa, Ashraf, address undetermined.
162.  Ek, Brian, address undetermined.
163.  Elkund, Brian, address undetermined.
164.  Ellas, Ken, address undetermined.
165.  Etterle, Farris, address undetermined.
166.  Eyers, Jarry, address undetermined.
167.  Fainlight, Julian, address undetermined.
168.  Falco, Vinny, address undetermined.
169.  Faldetta, Laura, address undetermined.
170.  Fallis, Scott, address undetermined.
171.  Farber, Martin, address undetermined.
172.  Ferencz, Shannon, address undetermined.
173.  Ferraris, Eric, address undetermined.
174.  Ferraro, Joe, 748 9th Ave., #10, New York, New York 10019.
175.  Fhin, Paul, address undetermined.
176.  Fincharn, Carson, address undetermined.
177.  Fink, Jesse M., Address undetermined.
178.  Finn, Paul, address undetermined.
179.  Finnigan, Patrick, 2150 Primrose Lane, Schaumburg, IL 60194.
180.  Fitzgerald, Dan, address undetermined.
181.  Fleury, Arthur, 105 Park Road, Golden Bridges, NY 10526.
182.  Flynn, Robert, 29 Blamey Circle, Stratford, CT 06614.
183.  Flowers, David, address undetermined.
184.  Foley, Mike, address undetermined.
185.  Ford, William E., address undetermined.
186.  Forlenzo, Susan, 20 Allen O'Neil Drive #6, Darien, CT 06820.
187.  Formichella, Julia, address undetermined.
188.  Forta, Heather, address undetermined.
189.  Foster, Hillary, address undetermined.
190.  Francis, Paul E., address undetermined.
191.  Franz, Ray, 488A Commanche Lane, Stratford, CT 06614.
192.  Freeman, Brad, address undetermined.
193.  Frisch, Patrick, address undetermined.
194.  Fusco, Peter J., 84 A Robert Treat Drive, Milford, CT 06460.
195.  Flemming, David, address undetermined.

196.  Fulton, Adulphua, address undetermined.
197.  Galetin, Shelly, address undetermined.
198.  Gajecki, Gabe, address undetermined.
199.  Gallagher, Aimee, address undetermined.
200.  Gallop, Glenn, address undetermined.
201.  Garchelin, Johnny, address undetermined.
202.  Garcia, Leonel A., address undetermined.
203.  Garvett, David, address undetermined.
204.  Gary, John, address undetermined.
205.  Garvett, David, address undetermined.
206.  Gatrau, Drew, address undetermined.
207.  General Atlantic Partners, address undetermined.
208.  Gentile, Anthony, address undetermined.
209.  George, Santhosh, address undetermined.
210.  Georgeou, Steve, address undetermined.
211.  Gersher, Daniel, address undetermined.
212.  Gifkins, Colin, 382 N. Pleasant St. Amherst, Ma 01002.
213.  Gifkins, Linda, address undetermined.
214.  Gillingham, Lisa, address undetermined.
215.  Gilman, Stew, address undetermined.
216.  Giordano, Marc, 1845 Swallow Hill Avenue, Henderson, NV 89012.
217.  Gofman, Rimma, address undetermined.
218.  Gore Creek Trust, address undetermined.
219.  Goldberg, Gary, address undetermined.
220.  Gombar, Mark, address undetermined.
221.  Gonzalez, Michael, address undetermined.
222.  Gordon, Tim, address undetermined.
223.  Gopalan, Nila, address undetermined.
224.  Gossard, Jennifer, 4 Aiken Street Norwolk, CT 06541
225.  Gotch, Lewis, address undetermined.
226.  Gotovsky, Vadim, 240 E. Palisade Ave, H-11 Englewood, NJ 07631.
227.  Grabie, Narvia, address undetermined.
228.  Graham, Jay, address undetermined.
229.  Graft, Christine, address undetermined.
230.  Grossfield, Martin, address undetermined.
231.  Guimont, Paul, address undetermined.
232.  Guilbault, Keith, 180 Broad Street, Apt. 1121, Stamford, CT 06901.
233.  Gutierrez, Peter, address undetermined.
234.  Haissenbuttel, Peter, address undetermined.
235.  Hamling, Joel, address undetermined.
236.  Hanssens, Cristopher G., address undetermined.
237.  Harner, Chris, address undetermined.
238.  Harniman, Brian, address undetermined.
239.  Harris, Phil, address undetermined.
240.  Harrison, Robert, address undetermined.
241.  Harrod, Amy, address undetermined.

242.    Hartman, AJ, address undetermined.
243.    Hashemi, Elham, 69 Maple Tree Ave, Apt. 5, Stamford, CT 06906.
244.    Helbing, Nicole, address undetermined.
245.    Henderson, Ron, address undetermined.
246.    Henkin, Alex, address undetermined.
247.    Hess, Charles, address undetermined.
248.    Hession, Wendy, address undetermined.
249.    Holden, Stephanie, address undetermined.
250.    Holden, Susan, address undetermined.
251.    Homer, Brad, address undermined.
252.    Homes, Will, address undetermined.
253.    Hood, Veronica, address undetermined.
254.    Horne, Greg, address undetermined.
255.    Hoyland-Devan, Kim, address undetermined.
256.    Hubbell, J. Alan, 5320 N. Sheridan Rd., #2004 Chicago, Il 60640.
257.    Hudes, Anna, 6 Styles Lane, Norwalk, CT 06850.
258.    Hudson, Charles, address undetermined.
259.    Humphrey, Matthew, 49 Reeds Lane, Stratford, CT 06614.
260.    Hunt, James, address undetermined.
261.    Hunter, Diane, address undetermined.
262.    Hutchinson Whampoa, address undetermined.
263.    Inglesias, Alex, address undetermined.
264.    Jackobel, Ken, address undetermined.
265.    Jackson, Geri, address undetermined.
266.    Jamerson, Angela, address undetermined.
267.    Janush, Staci, address undetermined.
268.    Japinga, Jean, address undetermined.
269.    Jeter, Hank, address undetermined.
270.    Johansen, Gregory, address undetermined.
271.    Johnson, Sarah, address undetermined.
272.    Jorasch, James, address undetermined.
273.    Jordan, Jennifer, 372 Pepper Ridge Road, Stamford, CT 06905.
274.    Joss, Bill, address undetermined.
275.    Kalithkar, Kiran, 9 Cold Spring Street, 2 Fl, Norwalk, CT
276.    Kalotal, Kal, address undetermined.
277.    Kang, Jimmy, address undetermined.
278.    Kebbe, Monique, address undetermined.
279.    Keen, Bill, address undetermined.
280.    Keller, Brett, address undetermined.
281.    Kerr, Tanya, address undetermined.
282.    Keller, MaryAnn, address undetermined.
283.    Kim, Jean, 105 Richard Ave., #2302 Norwalk, CT 06854.
284.    Kim, Michael, 2731 223rd Ave, N.E. Redmond, WA 98053.
285.    Kirwan, Kevin, address undetermined.
286.    Kingdom Holding Company, Inc., address undetermined.
287.    Kladis, Donna, address undetermined.

288. Kleinbub, Konrad, address undetermined.
289. Knott, Christopher, 5308 South Oaks Ave. Fredericksburg, VA 22407.
290. Kochesperger, Terri, address undetermined.
291. Konopka, Lori, 8 Sandy Lane, Shelton, CT 06484.
292. Kostiw, Brad, address undetermined.
293. Kowalsyzk, Leslie, address undetermined.
294. Kozloski, Steve, address undetermined.
295. Kritofik, Robert, address undetermined.
296. Kruse, Harald, address undetermined.
297. Kuceluk, Mona Marie, address undetermined.
298. Kuczo, Jim, 270 Palmer Dr. Fairfield, CT 06432.
299. Kumar, Arvid, address undetermined.
300. Kumar, Nisha, address undetermined.
301. Kurkela, James, 30 Martine Road, Hopewell Junction, NY 12533.
302. Kyrytschenko, Juri, address undetermined.
303. Lagarino, Alves-Angela, address undetermined.
304. Lalli Dessner, Ann Maria, 29 Rancho Drive Cortland Manor, NY 10567.
305. Lana, Antonio, address undetermined.
306. Landry, Mike, 75 Hoop Pole Hill Road, Woodbury, CT 06798.
307. Lanza, Denis, address undetermined.
308. LaPolt, Mark, 24 Arden St. New Haven, CT 06512.
309. Larimer, David, address undetermined.
310. Lauber, Jack, address undetermined.
311. Launders, Mary Beth, address undetermined.
312. Laung, Ming, address undetermined.
313. Lawlor, Andrea, address undetermined.
314. Lee, Reba, address undetermined.
315. Lee, Sarah, 332 Sterling Road, Harrsion, NY 10528.
316. Lehman, Robin, address undetermined.
317. Lemmo, Jeff, address undetermined.
318. LendingTree, address undetermined.
319. Lenz, Chris, address undetermined.
320. Liberty Media Corporation, 12300 Liberty Blvd. Englewood, CA 80112.
321. Liberty, PL, Inc., address undetermined.
322. Lindell, Elizabeth, 68 Wascussee Lane, Stamford, CR 06902.
323. Lindsay, Marryt, address undetermined.
324. Litton, Thomas, address undetermined.
325. Liu, John, address undetermined.
326. Loeb, Marshall, address undetermined.
327. Loeb, Michael, address undetermined.
328. Logan, DM, address undetermined.
329. Lopes, Cindy, address undetermined.
330. Lopiano, David, 27 Anthony Lane, Darien, CT 06820.
331. Losowski, Lori, address undetermined.
332. Loughley, Heather, address undetermined.
333. Lucchesi, Robert, address undetermined.

334.   Lurch, David, address undetermined.
335.   Lutz, Lisa, address undetermined.
336.   Loeb, Marshall, address undetermined.
337.   Loeb, Michael, address undetermined.
338.   Lyubovnaya, Yuliya, address undetermined.
339.   Maddox, Scott, address undetermined.
340.   Magaletta, Frank, address undetermined.
341.   Magallanes, Sandi, R., address undetermined.
342.   Magas, Cindy, address undetermined.
343.   Maianikov, Nikolai, address undetermined.
344.   Majeed, Michael, address undetermined.
345.   Malave, Sheryl, address undetermined.
346.   Malayappan, Remesh, address undetermined.
347.   Malc, Jaffrey, address undetermined.
348.   Maloney, Ted, address undetermined.
349.   Makowski, Steven, 64 Beecher Road, Woodbridge, CT 06525.
350.   Malamatinas, Dennis, address undetermined.
351.   Malone, John C., address undetermined.
352.   Marla, Michael, 4175 Winterringer Street, Hillard, OH 43026.
353.   Marchand, Brian, address undetermined.
354.   Mardorf, Dan, address undetermined.
355.   Marks, Tony, address undetermined.
356.   Marker, Nimesh, 127 Grey Rock Place, Apt. #606, Stamford, CT 06901.
357.   Marker, Charu, address undetermined.
358.   Marrone, Andrea, address undetermined.
359.   Marrion, Amy, address undetermined.
360.   Masih, Jack, address undetermined.
361.   Massey, Bob, address undetermined.
362.   Mastropaolo, Carrie, 136 Paradise Lane, Sturbridge, MA 01518.
363.   Matta, Chris, address undetermined.
364.   Maxwell, Dwight, address undetermined.
365.   Mazzotta, Beth Ann, address undetermined.
366.   McCabe, Carol, address undetermined.
367.   McCarthy, William, address undetermined.
368.   McCadden, Michael, W., address undetermined.
369.   McCurrah, Keller, 201 W. 72 Street, 16B, New York, New York 10023.
370.   McDaniel, Peter, address undetermined.
371.   McDonald, Matt, address undetermined.
372.   McDougal, Darryl, address undetermined.
373.   McEnroe, Mark T., address undetermined.
374.   McGeorge, Don, address undetermined.
375.   McGovern, Michael, address undetermined.
376.   McGuire, Matt, address undetermined.
377.   McKeller, Currah, address undetermined.
378.   McNeice, Luke, address undetermined.
379.   Meacham, Nancy, P.O. Box 626, Narbeth, PA 19072.

380.  Melia, Michael, 34 Upper Pattagansett Road, East Lyme, CT 06333.
381.  Mendez, Levi, address undetermined.
382.  Mendoza, Caroline, address undetermined.
383.  Meyers, Raquel, address undetermined.
384.  Miller, Heidi, address undetermined.
385.  Miller, Linda, address undetermined.
386.  Miller, Lynn, address undetermined.
387.  Miller, Rob, address undetermined.
388.  Mitchell, Abigail, address undetermined.
389.  Mitchell, Anthony, address undetermined.
390.  Mitchell, David, address undetermined.
391.  Mixer, Karen, address undetermined.
392.  Miyauchi, Ken, address undetermined.
393.  Moemeka, Jerod, address undetermined.
394.  Mommens, Rudy, address undetermined.
395.  Montclare, Woodrin, address undetermined.
396.  Moss, Aaron, address undetermined.
397.  Mott, Steven, address undetermined.
398.  Mottla, Peter, 7 Lisa Robyn Circle, Apt. 10, Lakewood, NJ 08701
399.  Mozhdehi, Craig, , address undetermined.
400.  Mueller, Karl, 502 Suumer Terrace Lane, Atlanta, Ga 30342
401.  Murdock, Chris, address undetermined.
402.  Murray Devine & Co., Inc., One Logan Square, Suite 2800 Philadelphia,
      PA 19103.
403.  Murray, Andy, address undetermined.
404.  Murray, Beth, address undetermined.
405.  Murray, Dennis J., address undetermined.
406.  Muthasamy, Dhanaseker, address undetermined.
407.  Mylod, Robert, address undetermined.
408.  MyPrice, address undetermined.
409.  Nass, Michael, 183 Carriage Crossing Lane, Middleton, CT 06457.
410.  Nathan, Giri, address undetermined.
411.  National Mortgage Center, LLC, address undetermined.
412.  Nedderman, Scott, address undetermined.
413.  Nelson, Keith, address undetermined.
414.  Nemeth, David, address undetermined.
415.  Ness, Ben, address undetermined.
416.  NewSub Service, Inc., address undetermined.
417.  Norton, Christopher, address undetermined.
418.  O'Brien, Ginny, address undetermined.
419.  O'Leary, Laura, address undetermined.
420.  Occhuzzio, Anna, address undetermined.
421.  Occhuzzio, Kate, address undetermined.
422.  O'Connor, Eileen, address undetermined.
423.  O'Gorman, Sean, address undetermined.
424.  Ojeda, Issac, address undetermined.

425.  Orman, Tarner, address undetermined.
426.  Ortiz, Dennis, address undetermined.
427.  Orovic, Chris, address undetermined.
428.  Oswald, Lisa, address undetermined.
429.  Otterberg, Bob, address undetermined.
430.  Otto, Jonathan, address undetermined.
431.  Paddinti, Ravikumbar, address undetermined.
432.  Padgett, Robert, address undetermined.
433.  Padovano, Tony, address undetermined.
434.  Palmer, Kerry, 610 NW 185th Street, Miami, FL 33169.
435.  Panitz, Marc, address undetermined.
436.  Papageorge, Linda, address undetermined.
437.  Papp, Raya, address undetermined.
438.  Parchansky, Radim, address undetermined.
439.  Pasacreta, Carmine, address undetermined.
440.  Patterson, Raquel, address undetermined.
441.  Paulino, Joan, address undetermined.
442.  Peguero, Pedro, address undetermined.
443.  Peisch, Robert, address undetermined.
444.  Penoyer, Robb, address undetermined.
445.  Peralta, Ramon, address undetermined.
446.  Peretsman, Nancy B, address undetermined.
447.  Perfect, Chris, address undetermined.
448.  Perkins, James, 2010 N.Bissell, #3R, Chicago, Ill. 60614.
449.  Perkins, Vanessa, address undetermined.
450.  Perrin, Kennon, 9B Seitz Lane, Greenwich, CT 06807.
451.  Perrotta, Jackie, address undetermined.
452.  Pershall, Cindy, address undetermined.
453.  Pesochinsky, Mike, 29 Fletcher Road, Monsey, NY 10952
454.  Peters, Donald, address undetermined.
455.  Petti, Ron, 20 Neshanic Drive, Ringoes, NJ 08551.
456.  Pferrethaum, Jill, address undetermined.
457.  Phillips, Yolanda, 4102 SW 24th Street, Plantation, FL 33317.
458.  Piccino, Joseph, 69 Highland Ave, New Rochelle, NY 10801.
459.  Pinheiro, Jeunita, address undetermined.
460.  Plankar, Doug, address undetermined.
461.  Pourkhomami, Reza, 55 B Moshier, Street, Greenwich, CT 06831.
462.  Powell, Benny, 157 Samp Moptar Drive, Fairfield, CT 06430.
463.  Priceline WebHouse Club, Inc., address undetermined.
464.  pricelinemortgage, address undetermined.
465.  Purwin, Carolyn M., address undetermined.
466.  Quantum Industrial Partners, LDC, address undetermined.
467.  Raha, Nosherwan, 42 Gerry Street, Apt. #2-A, Greenwich, CT 06830.
468.  Randall, Paul, 18 Glen Road, Sandy Hook, CT 06482.
469.  Rao, Eshway, address undetermined.
470.  Rayapathy, Divakar, address undetermined.

471. Repasy, Cynthia, address undetermined.
472. Rether, Amy, 929 Old Farm Road, Columbus, OH 43213.
473. Rhoton, Cynthia, 7327 So. 145 East, Midvale, UT 84047,
474. Rhoton, Jeff, 1275 West Greaswood Drive, Riverton, UT 84065.
475. Rio, Samuel, 54 Lexton Drive, Farminton, CT 06032.
476. Rizzo, Mike, address undetermined.
477. Robinson, Race, 1451 N. 12 Ct. #108, Hollywood, FL 33132.
478. Robric, Robert, 611 Overhill Drive, Woodstock, GA 30189.
479. Roda, Alexander, address undetermined.
480. Romano, Matthew, 21 Mistywood Lane, Trumbull, CT 06611.
481. Rose, Ronald, address undetermined.
482. Ross, Alissa, address undetermined.
483. Rothman, Michael, address undetermined.
484. Routhier, Robert, address undetermined.
485. Rowland, Julie Ann, 1060 Sunshine Street, Circleville, OH 43113.
486. Rowley, Angela H., address undetermined.
487. Ruppeti, Bill, address undetermined.
488. Russo, III, Michael, address undetermined.
489. Ryan, Mathew, address undetermined.
490. Ryan, Tara, address undetermined.
491. Sadito, Carey, address undetermined.
492. Sakedo, Rahul, address undetermined.
493. Salat, Perry, address undetermined.
494. Salerno, Nicole, 322 Sunset Boulevard, Wyckoff, NJ 07481.
495. Santisi, Steve, address undetermined.
496. Savoy, William D., address undetermined.
497. Scalero, Judy, address undetermined.
498. Scheidemann, E.J., address undetermined.
499. Schlapps, William, address undetermined.
500. Scoz, Cathy, address undetermined.
501. Sculley, John, address undetermined.
502. Seergy, Michael, address undetermined.
503. Seetheraman, Baskar, address undetermined.
504. Seldman, Evan, address undetermined.
505. Senturk, Cagan, address undetermined.
506. Sessler, March, 63 Eleven Levels Road, Ridgefield, CT 06877.
507. Settembre, Scott, address undetermined.
508. Scozzafava, Marc, address undetermined.
509. Shafiq, Amer, address undetermined.
510. Shean, Chris, address undetermined.
511. Sheahan, Paul, 144 West Church Street, Seymour, CT 06843.
512. Shore, Peter, address undetermined.
513. Simone, Joe, address undetermined.
514. Singh, Anoobhav, 1645 Blackhawk Drive, Sunnyvale, CA 94087.
515. Singh, Vandana, address undetermined.
516. Sircar, Amit, address undetermined.

517.  Skala, Susan, address undetermined.
518.  Skelly, Karen, address undetermined.
519.  Small, J.C., 43 Sagamore Drive, Seymour, CT 06483.
520.  Smith, Lance, 63 Oak Street, Brewster, NY, 10509.
521.  Smith, Michele, 302 Flax hill Rd., Norwalk, CT 06854.
522.  Snyder, Judy, address undetermined.
523.  Softbank E-Commerce Corp., address undetermined.
524.  Sokolich, Robert, 152 Onondaga Avenue, San Fransisco, CA 94112.
525.  Solomon, Mark, address undetermined.
526.  Soros Fund Management, LLC, address undetermined.
527.  Sotnick, Juliet, 133 West 71st Street. Apt. 6A New York, NY 10023.
528.  Spann, Denise, address undetermined.
529.  Sparico, Tom, address undetermined.
530.  Spendlove, Daniel, address undetermined.
531.  Stabb, Jake, 11501 Washington Street, #436, Northglenn, CA, 80233.
532.  Stabb, Pamela, 55 Glenbrook Road, #3 Stamford, CT 06902.
533.  St. Jean, Gary, address undetermined.
534.  Stevenson, Patti, address undetermined.
535.  Stickel, Michelle, address undetermined.
536.  Stone Street Fund 1999, Corp. c/o Stone Street 1999 Corp., 85 Broad
      Street, NY, NY 10004.
537.  Stone, David, address undetermined.
538.  Sudell, Lisa, address undetermined.
539.  Sunderson, Mohan, address undetermined.
540.  Summitt, Chrsitopher, 1469 Summitt Street, Columbus, OH 43201.
541.  Suri, Ashish, address undetermined.
542.  Suri, Sarkar, address undetermined.
543.  Syamanur, Ashwini, 67 Riverside Ave., Stamford, CT 06905.
544.  Taub, Melissa M., address undetermined.
545.  Tanabe, Charles Y., address undetermined.
546.  Taylor, Ginny, address undetermined.
547.  Taylor, Ian, address undetermined.
548.  Taylor, Jonathan , address undetermined.
549.  Tedesco, Michael, address undetermined.
550.  Tedesco, Rob, address undetermined.
551.  Thal, Kristen, 94 Harbor Drive, Stanford, CT 06902.
552.  Tivey, Elena, address undetermined.
553.  Tong, Celia, address undetermined.
554.  Torin, Roberta G., address undetermined.
555.  Toury, Yara, 420 Green Street, Brownville, PA 15417.
556.  Trigilance, Dave, address undetermined.
557.  Truwit, Mitch, address undetermined.
558.  Tucci, Maria, address undetermined.
559.  Tyles, Miles, address undetermined.
560.  Tyles, Mark, address undetermined.
561.  Tyles, Pamela, 97 West Norwalk Road, #8

562. Tyson, Dawn, 14 North Taylor Ave., Norwalk, CT 06854.
563. Ullrich, James, 27-49 Cedar street, Apt. 2, Norwalk, CT 06854.
564. Underwood, Tom, address undetermined.
565. Urbahn, Trey O., address undetermined.
566. Usher, A., address undetermined.
567. Valgeios, Ted, address undetermined.
568. Vallabhajoyusu, Rambabu, address undetermined.
569. Vanja, Jami, address undetermined.
570. Vara, Praveen, address undetermined.
571. Vashisht, Rakesh, 60 Strawberry Hill Ave, Apt. 908, Stamford, CT 06902.
572. Venarcaro, Ken, address undetermined.
573. Venturo, Ken, 11 Orange Street, Newburyport, Ma 01950.
574. Venuri, Amit, address undetermined.
575. Vezlna, Corey, address undetermined.
576. Vo, Tri, address undetermined.
577. Voss, Rob, address undetermined.
578. Vulcan Ventures, 110-110th Avenue N.E., Suite 550, Bellevue, Washington 98004.
579. Vuolo, Michael, address undetermined.
580. Walker Asset Management, LP, address undetermined.
581. Walker Digital Corporation, address undetermined.
582. Walker Digital, LLC, address undetermined.
583. Ward, Jeff, 43 Cooper Lane, Stafford Springs, CT 06076.
584. Wedding, Patrick V., address undetermined.
585. Weinrod, Rich, address undetermined.
586. Wegener, Garry, address undetermined.
587. Wendelstadt, Florian, address undetermined.
588. Wendling, Brian, address undetermined.
589. Wegener, Gerry, address undetermined.
590. Willis, Waytia, 5541 Navigator Drive, Columbus, OH 43228.
591. Wilson, Brendan, 57 Bouton Road, South Salem, NY 10590.
592. Withrow, Amber, address undetermined.
593. Witmer, Paula, 4685 Bay Run Drive, Columbus, OH, 43228.
594. W.R. Berkley, 475 Steamboat Road, Greenwich, Connecticut 06830.
595. Woods, Michael, address undetermined.
596. Worldpan, L.P., address undetermined.
597. Zapata, Jairo, address undetermined.
598. Zeeman, Chris, address undetermined.
599. Zhang, Jack, address undetermined.
600. Zolintakis, Pete, address undetermined.

In addition, members of the class may be proffered as additional class representatives and may also have information that is discoverable. Plaintiffs will reveal the identity of such class

members in their Motion for Class Certification or at such earlier time as these representatives are known to Plaintiffs.

      B.     Pursuant to Fed. R. Civ. P. 26(a)(1)(B), Plaintiffs respond as follows:  Plaintiffs represent that they have the following types of documents in their possession, custody, or control that may support their claims: (1) documents regarding their shareholder status in Priceline securities; and (2) documents regarding Priceline obtained from public sources.

      C.     Pursuant to Fed. R. Civ. P. 26(a)(1)(C), Plaintiffs responds as follows:

      1.     Compensatory Damages: Plaintiffs have not yet determined the full amount of compensatory damages sustained as a result of defendants' conduct, and may not be able to do so until after their expert reports are completed.  Defendants in this action availed themselves of the stay of discovery available under the federal securities laws.  Therefore, during the pendency of their motion to dismiss, they produced no information to Plaintiffs, including no information relating to damages calculations.  Now that the Court has lifted the discovery stay, Plaintiffs soon will have access to the discovery due them.  Further, the current schedule calls for a disclosure of expert witnesses, at least one of whom will opine on damages at a later procedural position in this case.  Plaintiffs will provide further information to defendants as these issues are developed.

      2.     Disgorgement of illegal profits from insider trading:  As indicated above, Plaintiffs have not yet determined the full amount of monies that must be disgorged as a result of defendants' conduct, and may not be able to do so until after its expert reports are completed.  Now that the Court has lifted the discovery stay, Plaintiffs soon will have access to the discovery due them.  Further, the current schedule calls for a disclosure of expert witnesses, at least one of whom will opine on damages at a later procedural position in this case.  Plaintiffs will provide

further information to defendants as these issues are developed.

          3.      Plaintiffs' attorneys' fees and costs incurred in pursuing this action: These fees and costs are being incurred on an ongoing basis, and Plaintiffs presently are unable to state the amount of this claim.

          4.      Pre-judgment and post-judgment interest at the highest lawful rate: Because, as noted above, Plaintiffs are unable at this procedural juncture to calculate the amount of compensatory damages, they similarly are unable to calculate the amount of pre-judgment and post-judgment interest, as pre-judgment interest is accruing on an on-going basis, and post-judgment interest will not begin to accrue until after a judgment is obtained.

          5.      Other damages:  Plaintiffs reserve the right to seek other damages in this action.

       D.      Pursuant to Fed. R. Civ. P. 26(a)(1)(D), Plaintiffs responds that the information sought by this portion of the Rule is inapplicable to Plaintiffs.  There are no claims against Plaintiffs in this action and thus no insurance policies of the Plaintiffs are relevant.

Dated: March 31, 2005.

                                      Respectfully submitted,

                                      _____/s/_____

SCOTT & SCOTT, LLC
David R. Scott ct16080
Erin Green Comite ct24886
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street

Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 537-4432

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**Co-Lead Counsel**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent to counsel of record on the attached service list on March 31, 2005 by the method designated on the attached service list.

_____/s/_____
Erin Green Comite

## SERVICE LIST

**BY U.S. MAIL**
Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

**BY OVERNIGHT MAIL & EMAIL**
Albert M. Myers
Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901