**EXHIBIT C**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE VIVENDI UNIVERSAL, S.A.             02 Civ. 5571 (RJH)
SECURITIES LITIGATION

**ORDER**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Having reviewed plaintiffs' letter submission dated October 8, 2004 and
defendant Vivendi's letter submission dated October 15, 2004, the plaintiffs are directed
to disclose by November 15, 2004 the identity of the former officer of U.S. Filter
identified in paragraph 174 of the First Amended Consolidated Class Action Complaint.

SO ORDERED.

Dated: New York, New York
       November 4, 2004

                                    _____
                                      Richard J. Holwell
                                 United States District Judge

NOV - 5 2004    12 02 PM

COPY MAILED/FAXED TO:

COUNSEL FOR PLTFF(S): ✓
COUNSEL FOR DFT(S): _____
PLTFF PRO SE: _____
DFT. PRO SE: _____
DATE: 11/4/04
BY: mac

**EXHIBIT D**

MEMO ENDORSED

ENDORSED ORDER

For the reasons stated on the record today, plaintiffs' invocation of work-product immunity to preclude identification of the names, last-known addresses and telephone numbers of the individuals referred to in specific paragraphs of the complaint as the sources of specific paraphrased or quoted statements is denied. The information sought is not protectable work product, since it will be discoverable in any case, as plaintiffs properly concede. Moreover, to relegate defendants to an undifferentiated 62-name list of persons with knowledge of the facts will impose an unreasonable burden on them to ferret out who each anonymously described source of information alleged in the complaint may be. Finally, to the extent that plaintiffs assert that the substance of what the witnesses told the attorneys and how the attorneys evaluated that information may be work product, defendants neither seek nor will be given that information at this stage except to the extent that it is already implicitly revealed in the complaint, in which counsel have chosen to quote or paraphrase certain individuals, thus waiving any arguable work-product immunity for that information.

Plaintiffs are to provide the required information by June 13, 2003.

Dated: New Yor, New York
       June 5, 2003

U.S. DISTRICT COURT
FILED
JUN 11 2003
S.D. OF N.Y.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

MICROFILM   -9:00 AM
JUN 12 2003

**<u>EXHIBIT E</u>**



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**BOSTON DISTRICT OFFICE**
5TH FLOOR
73 TREMONT STREET
BOSTON, MASSACHUSETTS 02108

IN REPLYING PLEASE QUOTE

_____

February 25, 2002

Mr. Warren Ross
272 Greenbrook Drive
Stoughton, MA  02072

Re:  Priceline Inc. Class Action Lawsuit

Dear Mr. Ross:

Enclosed please find a copy of the information available on the Stanford Law School web page regarding the class action lawsuit against Priceline.  My advice is to contact the attorneys listed and they may be able to provide you with more information.

I'm sorry that I couldn't be of more assistance.  I hope that this helps.  If you need anything further, please do not hesitate to contact me.

Sincerely,

Lynne M. Carreiro
Investor Assistance Specialist

Priceline.com - Securities Class Action



# STANFORD LAW SCHOOL

## COMPANY AND COMPLAINT DATA



*(handwritten: Filed 4-11-02)*

*(handwritten: Original Complaint 1/1)*

Home
News
Case Index
Filings
Decisions
Settlements
Search
Articles & Papers
Local Rules
Related Sites
Register
About Us
Sponsors

## Priceline.com
### CASE INFORMATION

Summary: According to a Press Release dated April 27, 2000, the complaint alleges th
defendants violated the federal securities laws by issuing and selling Priceline common
stock pursuant to the March 30, 1999 IPO without disclosing to investors that some of th
underwriters in the offering, including the lead underwriters, had solicited and received
excessive and undisclosed commissions from certain investors. Specifically, the
complaint alleges that in exchange for the excessive commissions, defendants allocated
Priceline shares to customers at the IPO price. To receive the allocations (i.e., the ability
to purchase shares) at the IPO price, the underwriters' brokerage customers had to agree
to purchase additional shares in the aftermarket at progressively higher prices. The
requirement that customers make additional purchases at progressively higher prices as
the price of Priceline stock rocketed upward (a practice known on Wall Street as
laddering) was intended to (and did) drive Priceline's share price up to artificially high
levels. This artificial price inflation enabled both the underwriters and their customers to
reap enormous profits by buying stock at the IPO price and then selling it later for a prof
at inflated aftermarket prices.

INDUSTRY CLASSIFICATION:
SIC Code: 7375
Sector: Technology
Industry: Computer Services

NAME OF COMPANY SUED:    Priceline.com
COMPANY TICKER:    PCLN
COMPANY WEBSITE:    http://www.priceline.com

## FIRST IDENTIFIED COMPLAINT IN THE DATABASE
[Unknown plaintiff] v. Priceline.com

| COURT: D. Connecticut | DOCKET NUMBER: |
|---|---|
| JUDGE NAME: | |
| DATE FILED: 10/07/2000 | SOURCE: Notice |
| CLASS PERIOD START: 07/24/2000 | CLASS PERIOD END: 09/23/2000 |
| TYPE OF COMPLAINT: Unamended/Unconsolidated | |
| PLAINTIFF FIRMS IN THIS OR SIMILAR CASE: | |

- Bernard M. Gross
  1500 Walnut Street, Suite 600, Philadelphia, PA, 19102
  (voice) 215.561.3600, (fax) ,
- Dennis J. Johnson
  1690 Williston Road, South Burlington, VT 5402 3
  (voice) 888.459.7855, (fax) , LODJJ@aol.com
- Kirby, McInerney & Squire LLP
  830 Third Avenue 10th Floor, New York Ave, NY, 10022
  (voice) 212.317.2300, (fax) ,
- Lovell & Stewart LLP
  500 Fifth Avenue, New York, NY, 10110

1801 Avenue of the Stars Suite 308, Los Angeles, CA, 90067
(voice) 310.201.9150, (fax) ,
• Lovell & Stewart LLP
500 Fifth Avenue, New York, NY, 10110
(voice) 212.608.1900, (fax) 212.719.4677, sklovell@aol.com
• Milberg, Weiss, Bershad, Hynes & Lerach LLP (San Diego, CA)
600 West Broadway, 1800 One America Plaza, San Diego, CA, 92101
(voice) 800.449.4900, (fax) , support@milberg.com
• Schiffrin & Barroway, LLP
3 Bala Plaza E. Bala Cynwyd, PA, 19004
(voice) 610.667.7706, (fax) 610.667.7056, info@sbclasslaw.com
• Seeger Weiss LLP
40 Wall Street, The Trump Building , New York, NY, 10005
(voice) 212.584.0700, (fax) ,

TOTAL NUMBER OF PLAINTIFF FIRMS: 9

DOCUMENTS FOR THE FIRST IDENTIFIED COMPLAINT
Class Action Complaint for Violations of the Federal Securities Laws
Type: Complaint Date on the document: 07/25/2001

Go to Search page | Go to Case Index page | Back to Top