UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Master File No.: 3:00cv1884(DJS)<br><br>April 25, 2005 |

## **APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter my appearance as attorney for Deloitte & Touche LLP in the above-captioned action.

Dated at Hartford, Connecticut on this 25th day of April, 2005.

Respectfully submitted,

By: /s/ Thomas J. Finn
Thomas J. Finn (CT 20929)
MCCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel: (860) 275-6700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Appearance was mailed, postage prepaid, this 25th day of April, 2005, to the parties listed on the attached service list:

_____
Thomas J. Finn

-2-

## Service List

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030
(802) 862-0060 (fax)

David R. Scott, Esq.
James E. Miller, Esq.
SCOTT & SCOTT LLC
108 Norwich Avenue
P.O. Box 192
Colchester, Connecticut 06415
(860) 537-3818
(860) 537-4432 (fax)

Jules Brody, Esq.
Aaron Brody, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017
(212) 687-7230
(212) 490-2022 (fax)

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Patrick A. Klingman, Esq.
SCHATZ & NOBEL
330 Main Street
Hartford, Connecticut 06106
(860) 493-6292
(860) 493-6290 (fax)

Joseph L. Clasen, Esq.
William Kelleher
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, Connecticut 06904-2305
(203) 462-7500
(203) 462-7599 (fax)

Evan R. Chesler, Esq.
Daniel Slifkin, Esq.
CRAVATH, SWAINE & MOORE
825 Fifth Avenue
New York, New York 10019
(212) 474-1000
(212) 474-3700 (fax)

Albert M. Myers, III, Esq.
Carl W. Mullis, III, Esq.
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308
Tel: (404) 815-2400
Fax: (404) 815-2424

David A. Slossberg, Esq.
Margaret E. Haering, Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06460
Tel: (203) 877-8000
Fax: (203) 878-9800

HARTFORD: 638395.01