## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | |
| IN RE: PRICELINE.COM, INC. | : | |
| SECURITIES LITIGATION | : | |
| _____ | : | **MASTER FILE NO.** |
| | : | **3:00CV01844(DJS)** |
| This document relates to: | : | |
| | : | |
| ALL ACTIONS | : | April 26, 2005 |
| | : | |
| | : | |
| | : | |

### NOTICE OF SUBSTITUTION OF PROPOSED CLASS REPRESENTATIVE

PLEASE TAKE NOTICE that Proposed Class Representatives Lance B. Orr, Sharon Tsai and Joseph Wilenkin hereby withdraw as proposed class representatives in the above-referenced actions.  PLEASE TAKE FURTHER NOTICE that Proposed Class Representative Thomas Linton hereby joins the Proposed Class Representatives' Motion for Class Certification and respectfully moves to have himself, along with Proposed Class Representative John S. Anderson, the Leisinger Pension Fund, R. Warren Ross, Mark Weiss and Marilyn D. Egel, appointed as representatives of the defined class.  In support of their class certification motion, the Proposed Class Representatives rely on the Proposed Class Representatives' Motion for Class Certification and Memorandum in Support filed on January 7, 2005.  This notice does not otherwise affect the Motion for Class Certification or Memorandum in Support.

Dated:  April 26, 2005                Respectfully submitted,

_____

**SCOTT + SCOTT, LLC**
David R. Scott ct16080
Geoffrey M. Johnson
Erin Comite  ct24886
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 26, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____

Erin Green Comite

## SERVICE LIST

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Albert M. Myers
Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901