UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | :<br>:<br>: | |
| _____ | :<br>: | MASTER FILE NO.<br>3:00CV01884(DJS) |
| This document relates to: | :<br>: | May 10, 2005 |
| ALL ACTIONS | :<br>: | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiffs, by and through their counsel, hereby move this Court for an eight (8) day extension of time to reply to Deloitte & Touche, LLP's ("Deloitte") Memorandum In Opposition To Plaintiffs' Motion to Compel. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed a motion to compel discovery from nonparty Deloitte on March 21, 2005.

2. Deloitte filed their opposition to Plaintiffs' Motion to Compel on April 25, 2005.

3. Plaintiffs' reply to Deloitte's opposition currently is due May 12, 2005.

4. Good cause is shown for an extension of eight (8) days for Plaintiffs to reply to Defendants' opposition, until May 20, 2005, as Plaintiffs' counsel has been preparing for and defending the depositions of the proposed class representatives in this action. Additional time is necessary to adequately address certain issues raised in Deloitte's opposition. Importantly, this brief extension will have no bearing on any other deadlines set by the Court in this action.

5. Deloitte does not oppose this motion.

6.      This is Plaintiffs' first request for extension of time to reply to Deloitte's opposition.

WHEREFORE, Plaintiffs respectfully request that the Court grant an extension of time to reply to Deloitte's opposition until May 20, 2005.

Dated: May 10, 2005                                Respectfully submitted,

                                                   SCOTT + SCOTT, LLC

                                                   _____
                                                   David R. Scott (ct16080)
                                                   Erin Green Comite (ct24886)
                                                   108 Norwich Avenue
                                                   P.O. Box 192
                                                   Colchester, CT  06415
                                                   Telephone: (860) 537-5537
                                                   Facsimile: (860) 537-4432

                                                   SCOTT + SCOTT, LLC
                                                   Geoffrey M. Johnson
                                                   33 River Street
                                                   Chagrin Falls, OH
                                                   Chagrin Falls, OH 44022
                                                   Telephone:  (440) 247-8200
                                                   Facsimile:  (440) 247-8275

                                                   JOHNSON & PERKINSON
                                                   Dennis J. Johnson
                                                   Jacob B. Perkinson
                                                   Peter J. McDougall
                                                   1690 Williston Road
                                                   P.O. Box 2305
                                                   South Burlington, VT 05403
                                                   Telephone: (802) 862-0030
                                                   Facsimile: (802) 862-0060

                                                   STULL, STULL & BRODY
                                                   Jules Brody
                                                   Aaron Brody
                                                   6 East 45th St.
                                                   New York, NY 10017
                                                   Telephone: (212) 687-7230

Facsimile: (212) 490-2022

**Co-Lead Counsel**

SCHATZ & NOBEL
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106
Telephone: (860) 493-6292
Facsimile (860) 493-6290

**Liaison Counsel**

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 10, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____

Erin Green Comite

**SERVICE LIST**

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06904

Eric Wiechmann
Thomas Finn
McCarter & English
City Place I
Hartford, CT  06103

William Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  100

2