DISTRICT OF      CONNECTICUT

---------------------------------------------------------------

IN RE: PRICELINE.COM, INC. SECURITIES
LITIGATION                              CIVIL ACTION NO.: 3:00CV01884 (DJS)

---------------------------------------------------------------

This document relates to:

ALL ACTIONS

---------------------------------------------------------------

**To the Clerk of the Court and all parties of record:**

    **Enter my appearance as counsel in this case for:** Defendants.

Dated: May 13, 2005      By:  /s/   Melissa Sullivan
                                      Melissa Sullivan (Ct24443)
                                      ROBINSON & COLE LLP
                                      695 East Main Street
                                      Stamford, CT  06904-2305
                                      Tel. No.: (203) 462-7500
                                      Fax No.: (203) 462-7599
                                      E-mail: msullivan@rc.com

**CERTIFICATE OF SERVICE**

    **This is to certify that the foregoing Appearance was mailed on this date to the following:**

Service List attached here to and incorporated herein.

                                                                         /s/   Melissa Sullivan
                                                                        Melissa Sullivan

STAM1-790486-1

**SERVICE LIST**

Dennis J. Johnson, Esquire
Jacob B. Perkinson, Esquire
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403
Tel: 802-862-0030
Fax: 802-862-0060

Jules Brody, Esquire
Aaron Brody, Esquire
Shill, Stull & Brody
6 East 45 Street
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022

Andrew M. Schatz, Esquire
Jeffrey S. Nobel, Esquire
Patrick A. Klingman, Esquire
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106
Tel: 860-493-6292
Fax: 860-493-6290

William R. Maguire, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Tel: 212-837-6000
Fax: 212-422-4726

Martin Glenn, Esquire
Dana C. MacGrath, Esquire
O'Melveney & Myers LLP
153 East 53 Street
New York, NY 10022
Tel: 212-326-2000
Fax: 212-326-2061

Erin Green Comite, Esq.
David R. Scott, Esq.
James E. Miller, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel: 860-537-5537
Fax: 860-537-4432

Evan R. Chesler, Esquire
Daniel Slifkin, Esquire
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019
Tel: 212-474-1000
Fax: 212-474-3700

David S. Slossberg, Esquire
Margaret F. Haering, Esquire
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, CT 06460
Tel:203-877-8000
Fax: 203-878-9800