3. Robert J. Mylod

  4. Jonathan Otto

Defendants further state, on information and belief, that the persons primarily responsible for considering for Perfect Yard Sale the actual and/or potential application of priceline's business model to new products and services may have included (but may not have been limited to):

  1. Jeffrey D. Hoffman

Interrogatory No. 5

Identify all persons with knowledge concerning the truth or accuracy of any public statement made by Defendants during the Class Period.

Response to Interrogatory No. 5

Defendants object to Interrogatory No. 5 to the extent that it seeks information regarding Jay S. Walker that is not within Defendants' knowledge or belief. Defendants further object to this interrogatory on the grounds that it is overly broad and unduly burdensome because it calls for the identities of "all persons with knowledge" and so requires Defendants to search for and provide a large volume of information that is potentially responsive to this interrogatory but that is not relevant to any claim or defense of any party in this action. Defendants also object to this interrogatory's use of the term "public statement" as vague and ambiguous. Subject to and without waiving these objections or the General Objections, Defendants state that they believe that numerous individuals in priceline's investor relations, public relations, finance and legal departments, and other departments, as well as members of priceline's senior management, may have had information concerning the truth or accuracy of some or all of priceline's press releases, presentations to analysts, public filings and/or statements

16

during analyst teleconferences, among other things, during the Alleged Class Period. Defendants further state that the following individuals were primarily familiar with the truth or accuracy of some of the statements just described during the Alleged Class Period:

1. Jeffrey Boyd
2. Richard S. Braddock
3. Thomas P. D'Angelo
4. Brian Ek
5. Paul Francis
6. Heidi Miller
7. Robert J. Mylod
8. N.J. Nicholas
9. William Pike
10. Dan Rubenstein
11. Daniel H. Schulman
12. Jay S. Walker

In addition, Defendants believe that Deloitte & Touche LLP and outside counsel Skadden, Arps, Slate, Meagher & Flom LLP may have had information concerning the truth or accuracy of some of these statements (as described above) during the Alleged Class Period.

Defendants further state, on information and belief, that Kevin Goldman may have had information concerning the truth or accuracy of certain statements by Jay S. Walker during the Alleged Class Period.

17