UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | :<br>:<br>: |
| | : |
| This document relates to: | : MASTER FILE NO.<br>: 3:00cv01884(DJS) |
| ALL ACTIONS | :<br>: May 26, 2005 |
| | :<br>: |

## MOTION FOR ADMISSION OF PETER J. MCDOUGALL TO APPEAR AS A VISITING LAWYER

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of PETER J. MCDOUGALL Johnson & Perkinson, 1690 Williston Road, P.O. Box 2305, South Burlington, VT 05403, to appear as a visiting lawyer, *pro hac* vice, on behalf of Lead Plaintiffs, Leisinger Pension Fund, Illiana Ilieva, Mark Weiss, Marilyn D. Egel and Joseph Wilenkin and practice before this Court in the above-entitled and numbered action.

Attorney McDougall is in good standing of the Bars of Massachusetts and Vermont as well as the United States District Courts for the District of Vermont. Attorney McDougall has not been denied admission to or disciplined by this court or any other court. Please see the attached Affidavit of PETER J, MCDOUGALL.

Dated: May 26, 2005

Respectfully submitted,

_____
SCOTT + SCOTT, LLC
David R. Scott (ct16080)
Erin Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802)  862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**Co-Lead Counsel**

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 26, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____

Erin Green Comite

**SERVICE LIST**

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Albert M. Myers
Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

William R. Maguire
Sarah Loomis Cave
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901

# EXHIBIT A