UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : | |
| This document relates to: | : : | MASTER FILE NO. 3:00cv01884(DJS) |
| ALL ACTIONS | : : : : | May 23, 2005 |

### AFFIDAVIT OF PETER J. MCDOUGALL IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR AS A VISITING LAWYER

1.  I am an attorney in good standing and have been admitted to the Bar of the Commonwealth of Massachusetts (admitted on January 22, 2002) and the State of Vermont (admitted on June 16, 2003) as well as the United States District Courts for the District of Vermont (admitted on September 8, 2003). I have never been reprimanded, suspended from the practice of law, placed on inactive status or disbarred. I have no grievances pending against me, nor have I ever resigned from the practice of law.

2.  In 1998, I received a Bachelor of Science degree from the University of Vermont in Burlington, VT. I received a Juris Doctor from Vermont Law School in 2001, and received a L.LM. degree from Boston University School of Law in 2002.

3.  Since January of 2003, I have been an associate at the law firm of Johnson & Perkinson where my practice focuses on the litigation of class action matters prosecuted under the federal securities laws and consumer protection laws, as well as litigation of individual actions alleging violations of state securities and consumer fraud laws.

1

My address is as follows:

PETER J. MCDOUGALL
Johnson & Perkinson
1690 Williston Road
P.O. Box 2307
South Burlington, VT 05407
Telephone: 802-862-0030
Facsimile: 802-862-0060
Email: pmcdougall@jpclasslaw.com

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5. I hereby consent to be subject to the jurisdiction of the rules of the United States District Court for the District of Connecticut governing professional conduct.

I declare under penalty of perjury that the above statements are true and correct.

Date: May 23, 2005

PETER J. MCDOUGALL

Subscribed and sworn to before me
this 23rd Day of May, 2005

James F. Conway, III
Notary Public

My Commission Expires
February 10, 2007

2