UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : | APPEARANCE |
| | : | |
| This document relates to: | : | MASTER FILE NO.<br>3:00CV01884(DJS) |
| ALL ACTIONS | : | |
| | : | June 14, 2005 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Plaintiffs

Dated:  June 14, 2005          By:   _____
                                      Peter J. McDougall (phv0342)
                                      Johnson & Perkinson
                                      1690 Williston Road
                                      P.O. Box 2305
                                      South Burlington, VT 05403
                                      Tel. No.: 802-862-0030
                                      Fax No.: 802-862-0060
                                      E-mail: pmcdougall@jpclasslaw.com

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Service list attached here to and incorporated herein.

_____
Peter J. McDougall

1

**SERVICE LIST**

David R. Scott
Erin Green Comite
SCOTT + SCOTT, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Carl Mullis, III
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein, III
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9Th Floor
Stamford, CT 0690