ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation | : Master File No.<br>: 3:00cv1884 (DJS) |
| This document relates to: | : |
| ALL PENDING ACTIONS | : March 31, 2005 |

## DECLARATION OF JAY S. WALKER

I, Jay S. Walker, do hereby swear and affirm as follows:

1. I am over 21 years of age and fully competent to make this Declaration. I make this Declaration of my own personal knowledge and for any uses allowed by law.

2. I am a defendant in the above-captioned action.

3. On January 10th, 2005, my attorneys served my Responses and Objections to Plaintiffs' First Set of Interrogatories to All Defendants.

4. At that time, I provided the most complete response possible to Interrogatories 12, 13, 16, and 21.

5. Subsequently, my attorneys were able to obtain a number of documents that belong to Webhouse. To date, my attorneys have produced 309,228 pages of documents to Plaintiffs. A number of these documents may contain information responsive to Interrogatories 12, 13, 16, and 21. I have not reviewed these documents, and Plaintiffs can locate responsive information in the documents as readily as I can.

6. On May 2, 2005, my attorneys served my Responses and Objections to Plaintiffs' Second Set of Interrogatories to All Defendants. In my response to Second Interrogatory 14, I listed 23 individuals who may have knowledge about the information sought by First

ATL/1117548.2                                    1

Interrogatory 12. In my response to Second Interrogatory 19, I provided information that also is responsive to First Interrogatory 16.

7. Including my responses to Second Interrogatories 14 and 19, I have provided the most complete response possible to First Interrogatories 12, 13, 16, and 21.

8. I have attempted in good faith to locate records that would allow a more complete response. I have been unable to locate any such records.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July __8__, 2005.

_____
Jay S. Walker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of July, 2005, a true copy of the Declaration of Jay S. Walker was served on all counsel of record on the attached service list by UPS overnight delivery.

*[signature]*
Carl W. Mullis III (phv0158)

ATL/1119752.1

## SERVICE LIST

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

Joseph L. Clasen
William Kelleher
Robinson & Cole
Financial Centre
695 East Main Street
PO Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

David R. Scott
Geoffrey M. Johnson
Erin Green Comite
Scott & Scott, LLC
108 Norwich Avenue
PO Box 192
Colchester, CT 06415

ATL/1119752.1