IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS) |

### AFFIDAVIT OF JAMES G. HEIN, JR.

STATE OF NEW YORK        )
                                              ) ss
COUNTY OF NEW YORK  )

James G. Hein, Jr., being duly sworn, hereby deposes and says:

1. I am an associate at Cravath, Swaine & Moore LLP, counsel for defendants priceline.com Inc. ("priceline"), N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively, "Defendants") in the above-captioned action. I submit this affidavit pursuant to the Court's Memorandum of Decision and Order on plaintiffs' motion to compel, dated June 7, 2005, in which the Court ordered Defendants to file an affidavit regarding their responses to Interrogatories 12, 13, 16 and 21 of plaintiffs' first set of interrogatories.

2. Counsel for Defendants performed a reasonable search for information responsive to Interrogatories 12, 13, 16 and 21 and made a good faith effort to provide responses that were as meaningful and complete as possible based on that reasonable investigation.

3. Interrogatories 12, 13 and 16 each seek information regarding persons and entities who were involved with WebHouse.

4. In preparing Defendants' responses to Interrogatories 12, 13, and 16, counsel for Defendants primarily consulted Robert J. Mylod for information regarding the persons and entities involved with WebHouse. Mr. Mylod is the current Chief Financial Officer of priceline and was the Senior Vice President of Finance and Acting Chief Financial Officer of WebHouse. Counsel for Defendants also reviewed the paper documents that were collected from Mr. Mylod in response to plaintiffs' first set of document requests and used information gleaned from those documents to confirm and supplement the information provided directly by Mr. Mylod. The four chart exhibits provided in response to Interrogatory 16 were compiled by counsel using documents collected from Mr. Mylod.

5. Interrogatory 21 seeks information regarding persons and entities who were involved in the computer systems and websites of priceline, Walker Digital and WebHouse.

6. In preparing Defendants' response to Interrogatory 21, counsel for Defendants primarily consulted Ron Rose and Konrad Kleinbub. Ron Rose is the Chief Information Officer of priceline. Konrad Kleinbub is a Vice President of Application Development at priceline. Counsel for Defendants compiled the three charts produced in response to the interrogatory using organizational charts that were collected from priceline in response to plaintiffs' first set of document requests and using spreadsheets that were provided to counsel by priceline.

7. As described in the foregoing paragraphs, counsel for Defendants have made inquiries of the relevant persons at priceline and have reviewed the relevant paper documents that were collected from priceline. Counsel have provided all of the information gathered from that investigation that is responsive to plaintiffs' interrogatories.

8.  In addition, pursuant to the Court's April 6, 2005 Order, the parties will be discussing priceline's electronic material and how it can be accessed and searched. That material may or may not contain additional responsive information.

_____
James G. Hein, Jr.

Sworn to and subscribed before me
this  11  day of July, 2005

_Robert B. Zwillich_
Notary Public
My Commission Expires:  10-31-06

ROBERT B. ZWILLICH
Notary Public, State of New York
No. 31-4630959
Qualified in New York County
Commission Expires October 31, 2006

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 11th day of July, 2005 first class mail to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
| --- | --- |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

_____
William J. Kelleher, III