UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION : <br>———————————————— : <br>This document relates to: : <br>    ALL ACTIONS : | :<br>:<br>:<br>MASTER FILE NO.<br>3:00CV01844(DJS)<br>:<br>July 13, 2005<br>:<br>: |

### DECLARATION OF PETER J. MCDOUGALL IN
### SUPPORT OF PLAINTIFFS' SECOND MOTION TO
### COMPEL DISCOVERY FROM PRICELINE DEFENDANTS

I, Peter J. McDougall, declare the following based on personal knowledge:

1.  I am an associate at the law firm of Johnson & Perkinson, one of the firms serving as Co-Lead Counsel in this action. I have personal knowledge of the facts and events set forth below. I make this declaration pursuant to Local Civil Rules 7 and 37 in support of Plaintiffs' Second Motion to Compel Discovery from Defendants.

2.  Lead Plaintiffs' served their Second Set of Document Requests and Interrogatories Directed to All Defendants on March 1, 2005. A copy of Plaintiffs' Requests is attached as Exhibit A to Plaintiffs' Second Motion to Compel Discovery from the Priceline Defendants.

3.  Defendants Priceline.com, Inc., N.J. Nicholas, Daniel H. Schulman, and Richard S. Braddock ("Defendants") served their responses to Plaintiffs' Second Set of Discovery Requests on April 25, 2005. A true and correct copy of Defendants' Responses is attached as Exhibit B to Plaintiffs' Second Motion to Compel Discovery from the Priceline Defendants.

4. On May 25, 2005, Plaintiffs sent a letter to Defendants describing a number of deficiencies that Plaintiffs perceived in Defendants' responses.

5. On June 3, 2005, Defendants responded in writing to Plaintiffs May 25, 2005 letter.

6. In an attempt to further discussions regarding certain deficiencies Plaintiffs perceived in Defendants' Responses, the parties held their "meet and confer" on June 7, 2005. The following counsel participated for Plaintiffs: Jacob B. Perkinson, Peter J. McDougall of Johnson & Perkinson and Geoffrey M. Johnson of Soctt + Scott, LLC; and for Defendants: James G. Hein, Jr. of Cravath, Swaine & Moore, LLP and William J. Kelleher, III of Robinson & Cole, LLP. The parties were unable to reach an agreement on numerous issues during this meet and confer, thus necessitating the filing of this motion to compel.

7. I hereby certify that the above-referenced letters and telephone conference constitute the Plaintiffs' good faith efforts to resolve the parties' difference without the Court's intervention.

_____
Peter J. McDougall

Declared under penalty of perjury on
July 13, 2005 in South Burlington, VT.

2