IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation | : Master File No.<br>: 3:00cv1884 (DJS)<br>: |
| ------------------------------------------- | : |
| This document relates to: | :<br>: |
| ALL PENDING ACTIONS | : July 18, 2005 |

**CONSENTED TO MOTION FOR MODIFICATION OF CLASS CERTIFICATION BRIEFING TIMETABLE**

Defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman, Richard S. Braddock, and Jay S. Walker (collectively, the "Defendants") hereby move, on consent, pursuant to Local Civil Rules 7 and 16, to modify the class certification briefing timetable as set by the Court's May 16, 2005 Order.

The May 16, 2005 Order provided that Defendants' opposition to Plaintiffs' Motion for Class Certification was to be filed by July 20, 2005 and that Plaintiffs' reply to the opposition was to be filed by August 19, 2005. In light of the volume of documents produced, Defendants will not be in a position to file their opposition by July 20.

Subject to the Court's approval, the parties have agreed upon the following modification to the class certification briefing schedule as set by the May 16 Order: (1) Defendants will file their opposition to Plaintiffs Motion for Class Certification by August 3, 2005; and (2) Plaintiffs will file their Reply to Defendants' Opposition by September 2, 2005.

Defendants' counsel has contacted and conferred with Plaintiffs' counsel, Jake Perkinson and Peter McDougall, and they have agreed to the modification. The requested modification will not affect any of the other deadlines in the Scheduling Order dated November 2, 2004.

For all of the foregoing reasons, Defendants request that the Court modify the briefing timetable in the May 16, 2005 Order as set forth above.

Respectfully submitted,

DEFENDANTS PRICLINE.COM INC.,
N.J. NICHOLAS, DANIEL SCHULMAN
AND RICHARD S. BRADDOCK

*[signature]*

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com

OF COUNSEL:
Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
*Attorneys for Defendants
pricline.com Inc., N.J. Nicholas, Richard S.
Braddock and Daniel H. Schulman*

DEFENDANT JAY S. WALKER

Douglas C. Conroy (ct11555)
Paul R. Dehmel (ct23063)
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 961-7400
Fax: (203) 359-3031
douglasconroy@paulhastings.com
pauldehmel@paulhastings.com

*/s/ Summer Joseph*

J. Allen Maines (phv0013)
Carl W. Mullis (phv0158)
Summer B. Joseph (phv0160)
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
600 Peachtree Street, NE, Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
Fax: (404) 815-2424
allenmaines@paulhastings.com
carlmullis@paulhastings.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 19th day of July, 2005 first class mail to the following counsel of record:

| **Co-Lead Counsel**<br><br>David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | **Liaison Counsel**<br><br>Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | |
|---|---|
| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

_____
William J. Kelleher, III