# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation | Master File No.<br>3:00cv1884 (DJS) |
| This document relates to:<br><br>ALL PENDING ACTIONS | |

STATE OF NEW YORK    )
                                         )  ss.:
COUNTY OF NEW YORK  )

## **AFFIDAVIT OF JOSEPH L. CLASEN**

I, Joseph L. Clasen, do hereby swear and affirm as follows:

1. I make this Declaration of my own personal knowledge.

2. I am a partner in the law firm Robinson & Cole LLP. I represent the Defendants priceline.com Inc., N.J. Nicholas, Daniel Schulman and Richard S. Braddock (herein the "Defendants") in the above-captioned matter.

3. Pursuant to the Court's April 6, 2005 Order, as of July 31, 2005, all paper documents that we have been able to locate pertaining to WebHouse and Perfect Yard Sale that are within the Defendants' possession or control and that are responsive to Plaintiffs' First and Second Sets of Document Requests will have been either produced or withheld on the basis of privilege.

4.     Together with counsel at Cravath, Swaine & Moore, LLP, which also represents the Defendants, we have made good-faith efforts to locate and obtain all documents and materials within the Defendants' possession or control that are responsive to Plaintiffs' First and Second Sets of Document Requests, including documents and materials pertaining to WebHouse and Perfect Yard Sale.

5.     In addition to collecting documents from the Defendants at the outset of these litigations and in response to Plaintiffs' First and Second Sets of Document Requests, on several occasions, we have asked priceline.com, its Legal Department and numerous executives, employees and staff for responsive documents, and we have asked them to confirm that they or someone on their behalf have performed a reasonable search for all responsive documents within their possession or control. We have also made searches at and collected documents from the storage facilities and offices of priceline.com for all responsive documents, including WebHouse and Perfect Yard Sale documents.

6.     With respect to electronic data and documents, the Defendants are also in possession of the equivalent of a full back-up of all the material that existed on priceline's corporate file servers in February 2002 reaching back to the beginning of the company. We believe that this back-up contains some WebHouse and Perfect Yard Sale material. The Defendants have also collected several hundred back-up tapes that had been used in connection with the back-up of priceline's computer servers and the Defendants believe that many of those tapes duplicate information captured by the full back-up referenced above. Lastly, the Defendants are also in possession of some WebHouse and Perfect Yardsale back-

up tapes. Pursuant to the Court's April 6 Order, the Defendants will meet and confer with plaintiffs regarding the production of material stored in electronic form.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
           August 1, 2005.

                                      Joseph L. Clasen

Sworn to before me this
1st day of August, 2005

Notary Public

Brenda Fishman
Notary Public, State of New York
No. 01FI6042451
Qualified in Queens County
My Commission Expires 03-01-20 06

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 1st day of August, 2005 via facsimile and first class mail to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
| --- | --- |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

Joseph L. Clasen

NEWY1-624954-1