UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION : | |
| : | MASTER FILE NO. |
| : | 3:00CV01884(DJS) |
| This document relates to: : | |
| : | July 26, 2005 |
| ALL ACTIONS : | |

### DECLARATION OF J. ALLEN MAINES

I, J. Allen Maines, do hereby swear and affirm as follows:

1. I am over 21 years of age and fully competent to make this Declaration. I make this Declaration of my own personal knowledge and for any uses allowed by law.

2. I am a partner in the firm Paul, Hastings, Janofsky & Walker, LLP. I represent Jay S. Walker, a Defendant in the above-captioned action.

3. Pursuant to the Court's April 6, 2005 Order, as of July 31, 2005, all documents that I have been able to locate, with the exception of 181 back-up tapes that have not been determined to be responsive and about which the parties are still negotiating, that are within Mr. Walker's possession or control and that are responsive to Plaintiffs' First and Second Sets of Document Requests will have been either produced or withheld on the basis of privilege.

4. I have made good-faith efforts to locate and obtain all documents and materials within Mr. Walker's possession or control that are responsive to Plaintiffs' First and Second Sets of Document Requests.

5. On several occasions, I have asked Mr. Walker, his assistants and colleagues, and the appropriate people at Walker Digital Management, LLC for specific categories of responsive documents, and I have asked them to confirm that they or someone on their behalf have

ATL/1123784.2                                 1

performed a reasonable search for all responsive documents within Mr. Walker's possession or control.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August \_\_1\_\_, 2005.

*J. Allen Maines* (signature)

J. Allen Maines

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of August, 2005, a true copy of the Declaration of J. Allen Maines was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail and by facsimile.

*/s/ Carl W. Mullis, III*
Carl W. Mullis, III (phv 0158)

## SERVICE LIST

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
PO Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

David R. Scott
Geoffrey M. Johnson
Erin Green Comite
Scott & Scott, LLC
108 Norwich Avenue
PO Box 192
Colchester, CT 06415