IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com <br> Securities Litigation <br> ------------------------------------------------- <br> This document relates to: <br> ALL PENDING ACTIONS | Master File No. <br> 3:00cv1884 (DJS) <br><br><br><br><br> August 3, 2005 |

### **DECLARATION OF WILLIAM J. KELLEHER III**

WILLIAM J. KELLEHER III declares and says:

1.  I am an attorney at the law firm of Robinson & Cole, LLP, counsel to defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively herein, the "Defendants"), in this action. I submit this Declaration in support of the Defendants' Memorandum of Law in Opposition to the Proposed Class Representatives' Motion for Class Certification, which is being filed on behalf of Defendant Jay S. Walker as well, and to place before the Court certain relevant documents. The referenced exhibits are submitted in two volumes.

2.  Annexed hereto as Exhibit A is a true and complete copy of the letter to Plaintiffs' counsel Jacob Perkinson, Esq. from Defendants' counsel James G. Hein, Jr., Esq. dated June 3, 2005.

3.  Annexed hereto as Exhibit B is a true and complete copy of R. Warren Ross' Responses and Objections to Defendants' Second Set of Interrogatories and Requests for Production of Documents dated February 16, 2005.

4. Annexed hereto as Exhibit C is a true and complete copy of the Deposition Transcript of Felix Leisinger dated June 21, 2005 on behalf of the Leisinger Pension Fund.

5. Annexed hereto as Exhibit D is a true and complete copy of the Leisinger Pension Fund's Responses and Objections to Defendants' Second Set of Interrogatories and Requests for Production of Document of Documents dated February 18, 2005.

6. Annexed hereto as Exhibit E is a true and complete copy of the letter to UBS from Felix Leisinger dated August 28, 2001, on behalf of the Leisinger Pension Fund.

7. Annexed hereto as Exhibit F is a true and complete copy of the Leisinger Pension Fund's Responses to Defendants' First Set of Interrogatories dated January 10, 2005.

8. Annexed hereto as Exhibit G is a true and complete copy of the Deposition Transcript of R. Warren Ross dated March 7, 2005.

9. Annexed hereto as Exhibit H are true and complete copies of the Ameritrade brokerage Account Statements of Thomas Linton, marked as document production Bates Nos. TL 0002 through TL 0003.

10. Annexed hereto as Exhibit I is a true and complete copy of priceline.com, Inc.'s stock prices from September 1, 2000 through September 11, 2000.

11. Annexed hereto as Exhibit J is a true and complete copy of the Deposition Transcript of Thomas Linton dated May 12, 2005.

12.     Annexed hereto as Exhibit K are true and complete copies of the Ameritrade sell orders of Thomas Linton, as indicated on the Account Statements for the periods May 27, 2000 – June 30, 2000 and August 26, 2000 – September 29, 2000.

13.     Annexed hereto as Exhibit L are true and complete copies of the TD Waterhouse Account Statements of Mark Weiss, marked as document production Bates Nos. WE 00001, 00017, 00019, 00041, 00043, 00045, 00047, 00049, 00073, 00075, 00077, 00079, 00083, 00107, 00109, 00111, 00137, 00165, 00169, 00183, 00185, 00189, 00207, 00209, 00217, 00219, 00221, 00223, 00225, 00237, 00239, 00241 and 00247.

14.     Annexed hereto as Exhibit M is a true and complete copy of the Deposition Transcript of Mark Weiss dated May 10, 2005.

15.     Annexed hereto as Exhibit N is a true and complete copy of the Deposition Transcript of Marilyn Egel dated May 10, 2005.

16.     Annexed hereto as Exhibit O is a true and complete copy of the Deposition Transcript of John Anderson dated April 25, 2005.

*[signature]*
William J. Kelleher III

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was served this 3rd day of August, 2005 via first class mail to the following counsel of record:

| **Co-Lead Counsel**<br><br>David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | **Liaison Counsel**<br><br>Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
| --- | --- |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

_____
William J. Kelleher, III