# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com Inc.<br>Securities Litigation | : | Master File No. |
| | : | 3:00cv1884 (DJS) |
| ------------------------------------------------- | : | |
| This document relates to: All Pending<br>Actions | : | |
| | : | August 4, 2005 |
| | : | |

## MOTION ON CONSENT TO EXTEND DISCOVERY DEADLINE

Defendants Priceline.com Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nichols ("Defendants"), by counsel, with the consent of the Plaintiffs, hereby move for a thirty (30) day extension of time up to and including September 4, 2005 to respond to Plaintiff's Second Motion to Compel Discovery dated July 14, 2005 ("Motion to Compel").

1.    This consolidated securities action involves twenty-three (23) putative class action lawsuits currently pending in this District.

2.    Plaintiff's Motion to Compel concerns certain of Plaintiffs' Second Set of Document Requests and Interrogatories.

3.    Defendants' counsel has conferred with Plaintiffs' counsel, Erin G. Comite of Scott & Scott, and she has consented to the requested extension of time.

4.    This is the first such request for an extension of time by the Defendants with regard to the Motion to Compel.

STAM1-795819-1

5.  Defendants need the additional time to respond to the Motion to Compel because their Opposition Memorandum to Plaintiffs' Class Certification Motion was due yesterday, August 3, 2005, and the last several days have been spent preparing that significant filing and opposition. Defendants submit that in these circumstances, the interests of judicial economy and convenience to the parties are best served by the above-requested extension of time. There is also no prejudice to any party by the requested extension.

For all of these reasons, the Defendants respectfully request that the Court grant the extension of time up to and including September 4, 2005.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com

OF COUNSEL:
Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas,*
*Daniel Schulman and Richard S. Braddock*

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 4th day of August, 2005 via first class mail to the following counsel of record:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | |
|---|---|
| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | <u>**Attorneys for Defendant Jay S. Walker**</u><br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
| <u>**Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**</u><br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

_____
William J. Kelleher III