UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com Inc.<br>Securities Litigation | : Master File No.<br>:<br>: 3:00cv1884 (DJS) |
| ---------------------------------------------------- | : |
| This document relates to:  All Pending<br>Actions | :<br>: August 11, 2005<br>: |

## MOTION TO FILE A CERTAIN EXHIBIT UNDER
## SEAL PURSUANT TO A PROTECTIVE ORDER AND LOCAL CIVIL RULE 5(d)

Defendants Priceline.com Inc., Richard S. Braddock, Daniel H. Schulman, N.J. Nichols and Jay S. Walker (the "Defendants"), hereby respectfully move, pursuant to Local Civil Rule 5(d) and the Protective Order entered and approved by the Court on January 19, 2005 (Docket Entry No. 139), for leave to file a single exhibit under seal, namely Exhibit "L," which was filed recently in connection with Defendants' Memorandum of Law in Opposition to the Proposed Class Representatives' Motion for Class Certification. The exhibit consists of copies of certain personal stock trading records of proposed class representative Mark Weiss from his TD Waterhouse Account Statements.

This is a purported securities class action. Specifically, Exhibit L was filed as part of Volume 2 (of 2) of the exhibits attached to the Declaration of William J. Kelleher III (the "Kelleher Declaration") (Docket Entry No. 193). Defendants inadvertently filed Exhibit L in the public file without a Motion to Seal. Plaintiffs previously designated the stock trading records as "confidential" under the Court's Protective Order and Exhibit L should have been filed under seal.

The undersigned counsel for the Defendants has spoken with Erin G. Comite, Esq., counsel to the Plaintiffs, about Exhibit L and agreed that Exhibit L should be filed under seal.

STAM1-796258-1

The filing of the documents that comprise Exhibit L was an oversight by Defendants inasmuch as it was part of a much larger filing of many exhibits.

The Protective Order entered in this case includes provisions to the effect that any court filings which contain material designated as "confidential" under the Protective Order are to be filed pursuant to Local Civil Rule 5(d). The documents at Exhibit L were designated and stamped as "confidential" by the Plaintiffs. The documents contain personal, private financial and stock trading information of one of the proposed class representatives, Mark Weiss. This information should not be in the open, public court file.

Defendants are herewith (1) filing this Motion to Seal, (2) re-filing a public version of the Kelleher Declaration, Volume 2 (of 2), that does not contain Exhibit L in order to replace the earlier-filed volume of exhibits that did include Exhibit L (in place of the actual exhibit, an insert Notice has been included indicating that the documents are subject to a Motion to Seal and a Protective Order). In addition, in accordance with Local Civil Rule 5(d), with this Motion to Seal, Defendants are submitting the documents that comprise Exhibit L in an unsealed envelope, bearing the caption of the case, the case number and the caption of the document to be sealed, and the appropriate confidentiality legend. *See* Local Civil Rule 5(d). This procedure also comports with the parties' agreement in the Protective Order.

Accordingly, for these reasons, Defendants submit that good cause has been shown and they request that the Court permit the filing of Exhibit L under seal. Defendants request that the earlier-filed volume of exhibits that did include Exhibit L be removed from the Court file and returned to them.

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS, DANIEL SCHULMAN AND
RICHARD S. BRADDOCK

*/s/ Joseph L. Clasen*

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@stam.rc.com


Evan R. Chesler (ct03177)
Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
dslifkin@cravath.com

DEFENDANT JAY S. WALKER

*Carl W. Mullis*
_____
Douglas C. Conroy (ct11555)
Paul R. Dehmel (ct23063)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 961-7400
Fax: (203) 359-3031
douglasconroy@paulhastings.com
pauldehmel@paulhastings.com


J. Allen Maines (phv0013)
Carl W. Mullis (phv0158)
Summer B. Joseph (phv0160)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, NE
Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
Fax: (404) 815-2424
allenmaines@paulhastings.com
carlmullis@paulhastings.com
summerjoseph@paulhastings.com

4

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 11th day of August, 2005 first class mail to the following counsel of record:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin  S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |