UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>:   MASTER FILE NO.<br>:   3:00CV01844(DJS)<br>:<br>:   August 11, 2005<br>:<br>:<br>: |

## MOTION FOR PERMISSION TO FILE OVERLENGTH BRIEF

**SCOTT + SCOTT, LLC**
David R. Scott
Geoffrey M. Johnson
Erin Green Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

**ORAL ARGUMENT NOT REQUESTED**

Plaintiffs, by and through their counsel, hereby respectfully move this Court for permission to file an over-length reply brief in support of Plaintiffs' Motion for Class Certification of twenty (20) total pages. In support of this motion, Plaintiffs declare unto the Court as follows:

1. Plaintiffs have moved to certify a class in this action, proposing six (6) class representatives;

2. During the class-phase of discovery, Defendants deposed each of the six proposed class representatives and requested the production of documents regarding the investment activities of the proposed class representatives;

3. In their opposition brief, Defendants have vigorously attacked each of the class representatives regarding the adequacy and typicality of each to serve as a class representative in addition to challenging the adequacy of Plaintiffs' opening brief. In so doing, Defendants have relied heavily on the deposition testimony and documentary evidence of each of the proposed class representatives;

4. The presumptive page limit for reply briefs is ten (10) pages, pursuant to Conn. L. Civ. R. 7(d);

5. In order to adequately address the particular non-overlapping arguments Defendants have made with respect to each of the six proposed class representatives as well as refute Defendants' challenge to the adequacy of Plaintiffs' opening brief, Plaintiffs require an additional ten pages for a total of twenty (20) pages for their reply brief.

6. Plaintiffs' counsel requested that Defendants' counsel agree to this request for a page extension, but Defendants' counsel refused.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs permission to file a reply brief in support of Plaintiffs' Motion for Class Certification of twenty (20) pages.

Dated: August 11, 2005    Respectfully submitted,

SCOTT + SCOTT, LLC

_____
David R. Scott (ct16080)
Geoffrey M. Johnson
Erin Green Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

SCHATZ & NOBEL
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

Telephone: (860) 493-6292
Facsimile (860) 493-6290

**Liaison Counsel**

4

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 11, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____

Erin Green Comite

5

**SERVICE LIST**

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901