UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : | |
| _____ | : : | MASTER FILE NO. 3:00CV01844(DJS) |
| This document relates to: | : : | |
| ALL ACTIONS | : : : | August 11, 2005 |

## NOTICE OF FILING DOCUMENTS UNDER SEAL

TO:   ALL PARTIES & COUNSEL OF RECORD

Plaintiffs, by and through counsel, hereby notify the Court and the parties and counsel of record that the following documents, which include and refer to material Defendants' have marked as Confidential, are filed pursuant to a protective order entered in the instant case dated January 19, 2005 (Docket No. 139) in accordance with Conn. L. Civ. R. 5(d)(2):

1.   Plaintiffs' Third Motion To Compel Discovery From Priceline Defendants

2.   Memorandum In Support Of Plaintiffs' Third Motion To Compel Discovery From Priceline Defendants with Exhibits 1-3 appended thereto.

Dated: August  11, 2005                     Respectfully submitted,

                                            SCOTT + SCOTT, LLC

                                            _____
                                            David R. Scott (ct16080)
                                            Geoffrey M. Johnson
                                            Erin Green Comite (ct24886)
                                            108 Norwich Avenue
                                            P.O. Box 192
                                            Colchester, CT  06415
                                            Telephone: (860) 537-5537
                                            Facsimile: (860) 537-4432

1

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**


SCHATZ & NOBEL
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106
Telephone:  (860) 493-6292
Facsimile (860) 493-6290

**Liaison Counsel**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 11, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____

Erin Green Comite

**SERVICE LIST**

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901

2

Case 3:00-cv-01884-AVC    Document 200    Filed 08/11/2005    Page 5 of 5