IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: Priceline.com
Securities Litigation

---------------------------------------------------------------

This document relates to:

ALL PENDING ACTIONS

:
:
:
:
:
:
:
:
:
:
:

Master File No.
3:00cv1884 (DJS)

August 15, 2005

## DEFENDANTS' OPPOSITION TO PLAINTIFFS'
## MOTION FOR PERMISSION TO FILE OVERLENGTH BRIEF

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@stam.rc.com

Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
dslifkin@cravath.com

*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas,*
*Daniel Schulman and Richard S. Braddock*

Douglas C. Conroy (ct11555)
Paul R. Dehmel (ct23063)
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 961-7400
Fax : (203) 359-3031
douglasconroy@paulhastings.com
pauldehmel@paulhastings.com

J. Allen Maines (phv0013)
Carl W. Mullis (phv0158)
Summer B. Joseph (phv0160)
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
600 Peachtree Street, NE
Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
Fax: (404) 815-2424
allenmaines@paulhastings.com
carlmullis@paulhastings.com
summerjoseph@paulhastings.com

*Attorneys for Defendant
Jay S. Walker*

Defendants priceline.com Inc. ("priceline"), N. J. Nicholas, Daniel H. Schulman, Richard S. Braddock and Jay S. Walker (collectively, "Defendants") submit this brief in opposition to plaintiffs' motion for permission to file an overlength reply brief.

Generally, counsel for Defendants would consent to this type of request as a matter of professional courtesy. In this particular instance, however, granting plaintiffs more pages for their reply brief is inconsistent with the proper allocation of the burden on class certification. Accordingly, there is a substantive basis for Defendants' refusal to consent to the page extension, and on that basis, Defendants believe that plaintiffs' motion should be denied.

The reason that plaintiffs are seeking more pages is plain: in their opening brief, they elected not to make any evidentiary showing that the proposed class representatives satisfy the requirements of Fed. R. Civ. P. 23(a) and thus did not carry their burden on class certification. Plaintiffs were allotted 40 pages in their opening brief to demonstrate, as a threshold matter, their ability to satisfy the requirements of Rule 23(a). Instead of using that opportunity to state basic facts to support their assertions that those requirements are satisfied, plaintiffs chose to file an 18 page brief that merely parrots back to the Court the Rule 23(a) requirements and does not contain a single factual statement with respect to any of the specific individuals put forward as proposed class representatives. Now, only after Defendants have filed their opposition papers (in a single brief within the page limits set by the rules) are plaintiffs seeking to double the pages permitted them by the rules—plainly to put in a reply what they should have done at the outset.

As discussed more fully in Defendants' Memorandum of Law in Opposition to the Proposed Class Representatives' Motion for Class Certification (pp. 4-7), the law is plain that a party seeking class certification bears the burden of providing facts to demonstrate that the Rule 23(a) requirements are satisfied and must make a threshold showing that those requirements are satisfied before the Court can proceed to the rigorous class certification analysis. See, e.g., West v. First Pa. Bank, Civ. A. No. 89-4730, 1991 WL 17807 (E.D. Pa., Feb. 12, 1991). To allow plaintiffs to withhold the factual basis for their motion until their reply brief would effectively reverse the burden on class certification and would be contrary to the intended purpose of a reply brief.

For the foregoing reasons, Defendants respectfully request that this Court deny plaintiffs' motion to file an overlength brief.

August 15, 2005

DEFENDANTS PRICELINE.COM
INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com

Evan R. Chesler (ct 03177)
Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE
LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
dslifkin@cravath.com

DEFENDANT JAY S. WALKER

Douglas C. Conroy (ct11555)
Paul R. Dehmel (ct23063)
PAUL, HASTINGS, JANOFSKY &
       WALKER, LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone:  (203) 961-7400
Fax:  (203) 359-3031
douglasconroy@paulhastings.com
pauldehmel@paulhastings.com

*Carl W. Mullis*

J. Allen Maines (phv 0013)  *(with)*
Carl W. Mullis (phv 0158)
Summer B. Joseph (phv 0160)
PAUL, HASTINGS, JANOFSKY &
       WALKER, LLP
600 Peachtree Street, NE Suite 2400
Atlanta, GA 30308
Telephone:  (404) 815-2400
Fax: (404) 815-2424
allenmaines@paulhastings.com
carlmullis@paulhastings.com
summerjoseph@paulhastings.com

- 4 -

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 15th day of August, 2005 via first class mail to the following counsel of record:

| Co-Lead Counsel | Liaison Counsel |
| --- | --- |
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT  06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA  30308<br>Tel:  404-815-2400<br>Fax:  404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone:  203-961-7400<br>Fax:  203-359-3031 |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

William J. Kelleher, III