**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **In Re: Priceline.com Inc. Securities Litigation** | : | **Master File No.** |
| | : | **3:00cv1884 (DJS)** |
| ------------------------------------------------------- | : | |
| **This document relates to: All Pending Actions** | : | |
| | | **August 30, 2005** |
| | : | |

**MOTION ON CONSENT FOR EXTENSION OF**
**TIME TO RESPOND TO MOTION TO COMPEL**

Defendants Priceline.com Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nichols ("Defendants"), by counsel, with the consent of the Plaintiffs, hereby move, pursuant to Local Civil Rule 7, for a thirty (30) day extension of time, from September 1, 2005 until and including October 1, 2005, to respond to Plaintiffs' Third Motion to Compel Discovery dated and filed on August 11, 2005 ("Motion to Compel").

1. This consolidated securities action involves twenty-three (23) putative class action lawsuits currently pending in this District.

2. Plaintiffs' Third Motion to Compel concerns hundreds of documents on the Defendants' First and Second Privilege Logs.

3. Undersigned counsel has conferred with Plaintiffs' counsel, Erin G. Comite of Scott & Scott, and she has consented to the requested extension of time.

4. This is the first such request for an extension of time by the Defendants with regard to this Motion to Compel.

5. Defendants need the additional time to respond to the Motion to Compel because of the large volume of issues and documents in the Motion to Compel, which concerns several hundred documents on the Defendants' First and Second Privilege Logs. In addition, Defendants' Opposition to Plaintiffs' Second Motion to Compel is due to be filed on September 2, 2005, which is just one day after the Defendants' response to the Third Motion to Compel would otherwise be due without an extension, and the last several days have been spent preparing that opposition filing. Accordingly, more time is needed to respond to the Motion to Compel. Defendants submit that in these circumstances, the interests of judicial economy and convenience to the parties are best served by the above-requested extension of time. There is also no prejudice to any party by the requested extension.

For all of these reasons, the Defendants respectfully request that the Court grant the extension of time up to and including October 1, 2005.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com

Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas,*
*Daniel Schulman and Richard S. Braddock*

**CERTIFICATION**

I hereby certify that a copy of the foregoing was served this 30th day of August, 2005 via first class mail to the following counsel of record:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

William J. Kelleher III