IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>-------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS)<br><br><br><br><br>September 2, 2005 |

### DECLARATION OF WILLIAM J. KELLEHER III

WILLIAM J. KELLEHER III declares and says:

1.      I am an attorney at the law firm of Robinson & Cole, LLP, counsel to defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively herein, the "Defendants"), in this action. I submit this Declaration in support of the Defendants' Memorandum of Law in Opposition to Plaintiffs' Second Motion to Compel Discovery, and to place before the Court certain relevant information and documents.

2.      On June 7, 2005 plaintiffs and Defendants held a meet and confer telephone conference to discuss the challenged responses and objections. During the meet and confer, Defendants addressed each of plaintiffs' concerns and reiterated many of the clarifications and explanations first set forth in Defendants' June 3, 2005 response letter to their counsel.

3.      Annexed hereto as Exhibit A is a true and complete copy of Defendants' Responses and Objections to Plaintiffs' Second Set of Document Requests and Interrogatories dated April 25, 2005.

STAM1-795617-1

4. Annexed hereto as Exhibit B is a true and complete copy of the letter to James G. Hein, Jr., Esq. from Jacob B. Perkinson, Esq. dated May 25, 2005.

5. Annexed hereto as Exhibit C is a true and complete copy of the letter to Jacob B. Perkinson, Esq. from James G. Hein, Jr., Esq. dated June 3, 2005.

6. Annexed hereto as Exhibit D is a true and complete copy of the letter to The Honorable Dominic J. Squatrito from Jacob B. Perkinson, Esq. (with exhibits) dated June 29, 2005.

7. Annexed hereto as Exhibit E is a true and complete copy of Lead Plaintiffs' Response to Defendants' First Set of Requests for the Production of Documents dated January 10, 2005.

8. Annexed hereto as Exhibit F is a true and complete copy of Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories and Requests for the Production of Documents dated February 17, 2005.

9. Annexed hereto as Exhibit G is a true and complete copy of Lead Plaintiffs' First Set of Interrogatories Directed at All Defendants.

10. Annexed hereto as Exhibit H is a true and complete copy of the e-mail from James G. Hein, Jr., Esq. to Erin Comite, Esq. and Peter McDougall, Esq. dated July 11, 2005.

11. Annexed hereto as Exhibit I is a true and complete copy of the Affidavit of James G. Hein, Jr., dated July 11, 2005.

_____
William J. Kelleher III

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 2nd day of September, 2005 via first class mail to the following counsel of record:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin  S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | |
|---|---|
| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

*/s/ William J. Kelleher*
William J. Kelleher, III