UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com Inc.<br>Securities Litigation | : | Master File No. |
| | : | 3:00cv1884 (DJS) |
| ----------------------------------------------------------- | : | |
| This document relates to: All Pending Actions | : | |
| | : | September 9, 2005 |
| | : | |

### MOTION FOR PERMISSION TO FILE SUR-REPLY BRIEF

In the Court's Electronic Order of August 18, 2005 (Docket Entry No. 203), the Court directed that the Defendants could seek permission to file a sur-reply brief addressing any new material set forth in the Reply on or before September 9, 2005. The August 18 Order issued in response to plaintiffs' request (Docket Entry No. 199) to file an over-length Reply brief, which was granted over Defendants' objection. Defendants Priceline.com Inc., Richard S. Braddock, Daniel H. Schulman, N.J. Nicholas and Jay S. Walker ("Defendants"), now respectfully request permission to file a short sur-reply brief of no more than ten (10) pages by September 23, 2005, to address certain matters raised in the Proposed Class Representatives' Reply in Further Support of Their Motion for Class Certification, which Reply was filed on September 2, 2005 (Docket Entry No. 207).

STAM1-797774-2

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS, DANIEL SCHULMAN
AND RICHARD S. BRADDOCK

*[signature]*

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Tel. (203) 462-7500
Fax (203) 462-7599
jclasen@rc.com
wkelleher@rc.com

Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel. (212) 474-1000
Fax (212-474-3700

*Attorneys for Defendants priceline.com Inc.,
N.J. Nicholas, Daniel Schulman and
Richard S. Braddock*

Douglas C. Conroy (ct11555)
Paul R. Dehmel (ct23063)
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
1055 Washington Boulevard
Stamford, CT 06901
Tel. (203) 961-7400
Fax (203) 359-3031
douglasconroy@paulhastings.com
pauldehmel@paulhastings.com

J. Allen Maines (phv0013)
Carl W. Mullis (phv0158)
Summer B. Joseph (phv0160)
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
600 Peachtree Street, NE
Suite 2400
Atlanta, GA 30308
Tel. (404) 815-2400
Fax (404) 815-2424
allenmaines@paulhastings.com
carlmullis@paulhastings.com
summerjoseph@paulhastings.com

*Attorneys for Defendant Jay S. Walker*

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was served this 9th day of September, 2005 via first class mail to the following counsel of record:

| **Co-Lead Counsel**<br>David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | **Liaison Counsel**<br>Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |