UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION : <br> : <br> : MASTER FILE NO.<br>This document relates to: : 3:00CV01844(DJS)<br> : <br>    ALL ACTIONS : September 14, 2005<br> : | |

### DECLARATION OF PETER J. MCDOUGALL IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO COMPEL DISCOVERY FROM DELOITTE & TOUCHE, LLP

I, Peter J. McDougall, declare the following based on personal knowledge:

1. I am an associate at the law firm of Johnson & Perkinson, one of the firms serving as Co-Lead Counsel in this action. I have personal knowledge of the facts and events set forth below.

2. On July 18, 2005, pursuant to this Court's June 13, 2005, Order, Deloitte produced approximately six boxes of documents for Plaintiffs' inspection at Deloitte's counsel's offices in New York City.

3. During Plaintiffs' review of this production, Plaintiffs discovered numerous green sheets of paper indicating that certain documents had been removed from the production for privilege.

4. Upon questioning Deloitte's counsel regarding these withheld documents, Plaintiffs learned that the Priceline Defendants had been given access to this production prior to Plaintiffs and had requested the removal of certain documents.

5. On July 18, 2005, Plaintiffs' Counsel and Counsel for Deloitte discussed the withheld documents. Plaintiffs Counsel stated they believe such a withholding of documents was improper and would likely require the filing of a motion to resolve the dispute. Deloitte's Counsel stated that they take no position on the withheld documents.

6. As of the date of this declaration, no privilege log has been produced listing the documents withheld from Deloitte's production.

7. I hereby certify that the above-referenced letters discussion with Deloitte constitutes the Plaintiffs' good faith efforts to resolve the parties' difference without the Court's intervention.

_____
Peter J. McDougall

Declared under penalty of perjury on
September 14, 2005 in South Burlington,
VT