UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : | |
| _____ | : : | MASTER FILE NO. 3:00CV01884(DJS) |
| This document relates to: | : : | September 22, 2005 |
| ALL ACTIONS | : : : | |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ELECTRONIC
DISCOVERY AND FOR EXPEDITED TREATMENT
OF PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs respectfully move this Court pursuant to Rule 37(a) and (b) of the Federal Rules of Civil Procedure and Local Civil Rules 7 and 37 for an order requiring Defendants Priceline.com, Inc., N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (the "Priceline Defendants") and Defendant Jay S. Walker ("Defendant Walker") (collectively "Defendants") to produce electronic discovery. In support of this Motion, Plaintiffs submit the accompanying Memorandum In Support with attached exhibits and the Declarations of Peter J. McDougall In Support Of Plaintiffs' Motion To Compel Production Of Electronic Discovery, together with exhibits (the "McDougall Decl.") and the Declaration of Allison Griffin ("Griffin Decl.").[1]

On April 6, 2005, this Court ordered the parties to "meet and confer regarding production of material stored in electronic form." Doc. 164, at 1-2. The Court further ordered: "If the parties are unable to reach a compromise, then the parties shall submit a joint motion setting forth

---

[1] As set forth in the McDougall Declaration, Plaintiffs have conferred in good faith with Defendants in an effort to obtain the requested discovery, but have been unable to resolve any of the electronic discovery disputes. McDougall Decl., ¶¶ 2-24.

areas about which the parties agree and each party's position regarding the areas of disagreement." *Id.* Close to six months have now passed since the Court's April 6 Order, and the parties still have not reached any areas of agreement with respect to the documents stored in electronic form – despite Plaintiffs' numerous attempts to meet and confer. McDougall Decl., ¶ 23. This Motion represents Plaintiffs' position on the areas of disagreement. Plaintiffs informed Defendants on September 12, 2005 that Plaintiffs would be filing their position with the Court.

Plaintiffs further request that the Court hear Plaintiffs' Motion To Compel on an expedited basis. Most importantly, Plaintiffs believe that time is now of the essence on the electronic discovery issues given that Plaintiffs are only six months away from the fact discovery cutoff and they still have not received a single electronic document – even though many of the electronic documents are stored in a fully accessible and searchable form. Moreover, Defendants' extensive delay on the electronic discovery issue has kept Plaintiffs from taking the bulk of the fact depositions, which, under the Court's Scheduling Order, were scheduled to begin April 1, 2005. Defendants' delay has also cut into the time Plaintiffs will have to review and organize the electronic documents. In sum, Defendants have had Plaintiffs' document requests for nearly a year and the parties are now six months away from the scheduled discovery cut-off – yet no progress has been made on these issues and none of the electronic documents have been produced.

Accordingly, for the reasons set forth in this Motion and the Memorandum In Support, Plaintiffs request that this Court order: (1) Defendants to provide the entire snapshot and all of the ex-employee tapes to Plaintiffs in a searchable, accessible format by October 15, 2005; and (2) Defendants to restore all 223 WebHouse and Perfect Yardsale backup tapes to their native format and produce the restored tapes to Plaintiffs by October 15, 2005.

Dated: September 22, 2005         Respectfully submitted,

SCOTT + SCOTT, LLC

_____

David R. Scott (ct16080)
Erin Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
drscott@scott-scott.com
ecomite@scott-scott.com

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275


JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 22, 2005, a true copy of the foregoing Motion To Compel Production Of Electronic Discovery, the Memorandum In Support with attached exhibits, the Declaration of Peter J. McDougall with attached exhibits and the Declaration of Allison Griffin with attached exhibit were served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____

Erin Green Comite

**SERVICE LIST**

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Albert M. Myers
Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Martin Glenn
O'Melveny & Myers
Times Square Tower
7 Times Square
New York, NY 10036

Joseph L. Clasen
William Kelleher
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
(Sent Via Overnight Delivery and Via Facsimile)

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019
(Sent Via Overnight Delivery and Via Facsimile)

Douglas C. Conroy
Carl Mullis
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901
(Sent Via Overnight Delivery and Via Facsimile)