# EXHIBIT A



**Allison Griffin**
Managing Consultant

Navigant Consulting
1749 Dexter Avenue North
Seattle, Washington 98109
Tel  206.324.6232
Fax 206.322.7318

agriffin@forensics.com
www.navigantconsulting.com

# Allison Griffin

Allison Griffin is a Managing Consultant with Navigant Consulting's Discovery Services practice group.  Ms. Griffin provides guidance to clients on the best methods for preserving, obtaining and managing electronic data pertinent to their specific needs.

Ms. Griffin has more than 20 years experience in the legal industry and has configured and implemented numerous software programs to manage complex, civil litigation matters.  Mr. Griffin has served as an expert witness in civil litigation matters involving electronic discovery issues and databases.

## Selection of Relevant Experience

» *Product Recall* – Ms. Griffin managed the evidence gathering and preservation process for a large corporation, during a major product recall.  Dozens of lawsuits were filed as a result of the recall and all motions for spoliation sanctions were denied.

» *Product Liability Class Action* – On behalf of several joint corporate defendants, Ms. Griffin managed all aspects of the discovery process for a large class action.  This involved establishing numerous databases to manage the electronic and paper documents, including over 1,000 trial exhibits.  Ms. Griffin supported the trial team's document management and presentation needs during the six-week jury trial that resulted in a complete defense verdict.

» *Construction Litigation* – In a multi-million dollar commercial construction dispute, Ms. Griffin worked with a Fortune 500 company to gather and preserve the appropriate electronic and paper documents and set up the databases to manage the data.  All data had been captured, reviewed and produced and the client was able to obtain a favorable settlement within six months of commencement of the action.

» *Large Personal Injury Action* – Ms. Griffin worked closely with the insurance claims managers, the in-house legal department and trial counsel to gather and manage the data from hundreds of different households along with the medical records for over a thousand individuals.   After a lengthy trial, the jury returned a defense verdict.



Allison Griffin

» *Confidential Private Arbitration – JAMS.* Ms. Griffin was identified and testified as an expert witness on whether one party had violated the terms of a confidentiality agreement by sending defamatory email about the other party. By thoroughly examining the emails in question and the computer system of the alleged offender, Ms. Griffin was able to show that the most likely sender of the email was a person related to the accuser.

## Lectures, Courses, and Presentations

» *Computer Forensics*, ARMA, Fort Worth Chapter, Fort Worth, TX - May 2005.

» *Current Issues in E-Discovery*, Washington State Paralegal Association (WSPA), Seattle, WA - February 2005.

» *Superior Legal Document Drafting Techniques*, National Business Institute, Seattle, WA - November 2004.

» *Relevant Case Law for the Non-Lawyer*, LawNet, Web Seminar - October 2004.

» *Sarbanes Oxley Experience*, Association for Information and Image Management (AIIM) and Association of Records Managers and Administrators (ARMA), Seattle, WA - October 2004.

» *The Artful Use of E-Discovery and Litigation Specialists*, Litigation Information Management, Inc. and Computer Forensics Inc., Portland, OR - September 2004.

» *Advanced Civil Discovery for the Litigation Paralegal in Washington*, Institute for Paralegal Education, NBI, Seattle, WA - October 2000.

» *Civil Procedure – Managing Documents*, University of Washington School of Law, Arthur J. Lachman, Adjunct Professor, Seattle, WA - January 1999.

» *Paralegals and the Litigation Team in Washington*, Institute for Paralegal Education, NBI, Seattle, WA - June 1998.





**Allison Griffin**

## Publications

» *Advanced Civil Discovery*, Institute for Paralegal Education, NBI - 2000.

» *Discovery Techniques*, Institute for Paralegal Education, NBI – 1998.

## Education

Bellevue Community College, SQL Database Programming, 2005

Counterpoint Mediation Training, Seattle, Washington 2000

Green River Community College, Auburn, Washington 1983 – 1985

Auerwswald Business School, Seattle, Washington, Court Reporting 1977-1978