# Exhibit D



April 12, 2005

<u>Via Facsimile and U.S. Mail</u>

Carl Mullis, III
Paul Hastings Janofsy & Walker LLP
600 Peachtree Street
Twenty-Fourth Floor
Atlanta, GA 30308

William J. Kelleher, III
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904

James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

      Re:    <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)</u>

Dear Carl, Bill and Jim:

      I write regarding the 181 backup tapes that Defendant Walker references in his opposition papers to the Lead Plaintiffs' motion to compel. In the declaration that Defendant Walker submitted along with his opposition papers, Michael Farley of Paul Hastings states that **Defendants have reviewed the labels to the backup tapes** and "based on their labels, sixteen of these 181 tapes were sent to Applied Discovery in an effort get [sic] some sort of handle on the number of pages potentially contained in the entire number of tapes." Farley Declaration, ¶ 8.

      We would appreciate it if all Defendants would provide us with the information regarding the backup tapes referenced in the opposition papers to the Lead Plaintiffs' motion to compel including the information contained on the labels for the backup tapes that Mr. Farley references in his declaration. We would also like you to provide us with the timeframe for each backup tape and indicate whether the backup tapes were retained on a daily, weekly or monthly basis. You should also identify which servers were backed up on which tapes (*e.g.*, the exchange server for emails, the server for the website, etc.). This information is critical to resolving the outstanding issues concerning the backup tapes, as per the Court's instruction during last week's hearing on Plaintiffs' motion to compel.

ATTORNEYS AT LAW     CONNECTICUT     SCOTT + SCOTT, LLC     440 247-8200 VOICE
                             OHIO                33 RIVER STREET          440 247-8276 FAX
                             CALIFORNIA          CHAGRIN FALLS, OH 44022    SCOTTLAW@SCOTT-SCOTT.COM
                                                                                                                            WWW.SCOTT-SCOTT.COM



Carl Mullis, III
William J. Kelleher, III
James G. Hein, Jr.
April 12, 2005
Page 2

      We also expect Defendants to provide any additional information they know about the backup tapes. For example, Defendant Walker's opposition papers note that these backup tapes were found among other WebHouse documents. Where were the backup tapes located when you found them? Were there labels on the boxes or files that held the backup tapes? Finally, please provide us information regarding the contents of the fourteen backup tapes discussed in Defendant Walker's opposition papers that Applied Discovery was able to restore. The Farley Declaration discusses the amount of data contained on the restored tapes but does not identify the type of data. This information is needed so that we can start to get a handle on the information on the backup tapes. Please provide us with this information no later than the close of business on Monday, April 18.

                                                      Sincerely yours,

                                                      Geoffrey M. Johnson

cc:     David R. Scott
         Jacob B. Perkinson