# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>:   MASTER FILE NO.<br>:   3:00CV01844(DJS)<br>:<br>:<br>:<br>:<br>: |

NOTICE OF RULE 30(b)(6) DEPOSITION OF
DEFENDANT PRICELINE.COM, INC.

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Defendant Priceline.com, Inc. ("Priceline") upon oral examination before a notary public or other officer authorized by law to take deposition of the person or persons most knowledgeable about the topics described in Schedule "A" attached to this notice. The deposition will take place at 9 a.m. on May 13, 2005 at the offices of Scott + Scott, LLC, 108 Norwich Avenue, Colchester, Connecticut, 06415. The deposition will be recorded by sound and video means.

Dated: April 19, 2005

Respectfully submitted,

*[signature]*

SCOTT + SCOTT, LLC
David R. Scott
Geoffrey M. Johnson
Erin Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

## SCHEDULE "A"

Identify and make available for deposition the person(s) responsible for daily and ongoing operation, maintenance, data security, expansion, backup, and upkeep of Priceline and/or WebHouse's computer system. In addition, provide the names and addresses of outsource computer facility managers or contractors, if used. These individuals should be prepared to address the following:

1. Provide a description of the number and type of mainframes, minicomputers, local area network and wide area network servers, desktop and laptop computers in use at Priceline and/or Priceline WebHouse Club ("WebHouse")'s offices, and home computers used by Priceline and/or WebHouse's employees for Priceline and/or WebHouse's related work.

2. Provide a description of the type of operating system(s) and application software used on all of Priceline and/or WebHouse's computer systems.

3. Provide information concerning any entities or facilities hosting Priceline and/or WebHouse's systems infrastructure, web and database servers.

4. Provide information concerning Priceline and/or WebHouse's data security systems and procedures for all of Priceline and/or WebHouse's computers.

5. Provide information concerning Priceline and/or WebHouse's backup schedule, tape rotation, tape retention, and data destruction procedures and policies for all of Priceline and/or WebHouse's computers.

6. Provide information concerning the maintenance methods, procedures, and policies for all Priceline and/or WebHouse's computers, including information regarding the disposition of used computers and computer parts, including leased computers.

7. Provide information concerning the type of electronic mail system(s) used by Priceline and/or WebHouse's personnel, electronic mail retention schedules, and any guidelines or policies issued to Priceline and/or WebHouse's personnel concerning the use of electronic mail, including IM and ISP-based email used by employees.

8. Provide information concerning any Internet gateways or software used to connect Priceline and/or WebHouse's computer system with the Internet, and any guidelines or policies issued to Priceline and/or WebHouse's personnel concerning employee use of the Internet.

9. Provide information concerning any word-processing systems, database management systems, project management software, electronic spreadsheet, and/or any other software used by Priceline and/or WebHouse's personnel, and any file retention schedules, including any guidelines or policies issued to Priceline and/or WebHouse's personnel concerning the use of such software.

10. Provide information concerning the installation and use of Priceline and/or WebHouse Point of Sale ("POS") software systems including but not limited to the creation of electronic transaction logs, electronic journals, and the utilization of the MAC debit card payment system.

11. Provide information on the method of preserving data from Priceline and/or WebHouse's computer system(s) when Priceline and/or WebHouse ceased operating and disposition of the actual computer hardware used by Priceline and/or WebHouse.

12. Provide information regarding the custodian and/or location of back-up tapes and preserved data from Priceline's and/or WebHouse's computer system(s) and/or actual computer hardware retained, created or generated when Priceline and/or WebHouse ceased operating.

## SERVICE LIST

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Albert M. Myers
Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Martin Glenn
O'Melveny & Myers
Times Square Tower
7 Times Square
New York, NY 10036

Joseph L. Clasen
William Kelleher
Robinson & Cole
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305