# Exhibit F



May 20, 2005

<u>Via Facsimile</u>

James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

    Re:   <u>In re Priceline.com Securities Litig.</u>, Case No. 3:00cv1884 (DJS)

Dear Jim:

    I write regarding the Rule 30(b)(6) deposition that Plaintiffs had previously noticed for May 13, 2005. As you know, I called you on May 11, two days before the deposition was scheduled to take place, to confirm that Priceline was prepared to go forward with the Rule 30(b)(6) deposition. You indicated that Priceline would need to reschedule the deposition. I indicated that we were willing to accommodate your request, but that Plaintiffs wanted to reschedule the deposition sometime this week. Over the past week, I have left several messages for you, but you have yet to provide me with an alternative date. Please provide me with a proposed date for the Rule 30(b)(6) deposition by the close of business on Monday, May 23.

    We will be taking many depositions over the next several months and we hope that we can work together in a cooperative fashion rather than be forced to resort to unilateral scheduling. I look forward to your prompt response.

                               Sincerely yours,

                               Geoffrey M. Johnson

cc:    David R. Scott (via fax)
       Jacob B. Perkinson (via fax)
       Carl W. Mullis, III (via fax)
       Peter J. McDougall (via fax)
       William J. Kelleher, III (via fax)
       Erin Comite (via fax)

ATTORNEYS AT LAW    CONNECTICUT    SCOTT + SCOTT, LLC    440 247-8200 VOICE
                       OHIO            33 RIVER STREET       440 247-8275 FAX
                       CALIFORNIA     CHAGRIN FALLS, OH 44022    SCOTTLAW@SCOTT-SCOTT.COM
                                                                      WWW.SCOTT-SCOTT.COM

