# Exhibit G



May 25, 2005

<u>Via Facsimile and U.S. Mail</u>

Joseph L. Clasen
Robinson & Cole LLP
695 East Main Street
Stamford, Connecticut 06904
Facsimile (203) 462-7599

Re:  <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)</u>

Dear Joe:

I write to once again request that Priceline provide us with a date when we can take the Rule 30(b)(6) deposition that was noticed for May 13. We do not believe that this is an unreasonable request. As you know, Plaintiffs were fully prepared to take the deposition on May 13. I called Jim Hein on May 11 to confirm that Priceline was prepared to go forward with the deposition. He indicated that Priceline needed to reschedule the deposition. We agreed to accommodate Priceline's request, but I made it clear during my conversation with Jim that we wanted to take the Rule 30(b)(6) deposition in late May or early June.

In your most recent letter, you claim that Priceline is still trying to identify those persons with knowledge about the topics we listed in the deposition notice. We find this hard to believe given that Priceline has had the deposition notice for more than a month. Moreover, Plaintiffs' original document requests asked for electronic discovery. Presumably, some person or persons at Priceline has knowledge sufficient to ensure that Priceline is complying with those requests. That same person should also have knowledge about the topics listed in the 30(b)(6) notice, which seeks information relating to the electronic documents.

Finally, when we agreed to accommodate your scheduling requests and move the deposition date, we made it clear that we wanted to take the deposition within the following three to four weeks. It now appears that even after this delay, Defendants intend to unilaterally push back the deposition several additional weeks.

Joseph L. Clasen
May 25, 2005
Page 2

      In the spirit of compromise, we write to once again ask that Priceline provide us with a date certain when we can take the Rule 30(b)(6) deposition. We expect to take the deposition during the first three weeks in June. We ask that you provide us with the date for the deposition no later than the close of business on Tuesday, May 31, 2005. This provides Defendants with over a month and a half from the date when Plaintiffs' served the deposition notice to identify the person or persons most suited to sit for the noticed deposition. If you refuse to provide us with a date when we can take the Rule 30(b)(6) deposition, we will ask the Court for a discovery conference to resolve the issue.

                                                Sincerely yours,

                                                Geoffrey M. Johnson

cc:     David R. Scott (via fax)
         Erin Comite (via fax)
         Jacob B. Perkinson (via fax)
         Peter J. McDougall (via fax)
         Carl W. Mullis III (via fax)