# Exhibit P

**Erin G. Comite**

**From:** Mullis, Carl W. [carlmullis@paulhastings.com]
**Sent:** Tuesday, September 20, 2005 4:02 PM
**To:** Geoff Johnson
**Cc:** David R. Scott; Erin G. Comite; jperkinson@jpclasslaw.com; pmcdougall@jpclasslaw.com; wkelleher@rc.com; jhein@cravath.com
**Subject:** RE: Priceline/Joint Motion on E docs

Geoff and Erin, As you are aware, we disagree with the "Areas of Agreement" section, as written, in your draft of the joint statement and that section should not be represented to the Court as an area of agreement. For example, we do not agree that all 181 backup tapes in our possession contain responsive documents. Nor do we know that these are Perfect Yardsale tapes. Carl

-----Original Message-----
**From:** Geoff Johnson [mailto:gjohnson@scott-scott.com]
**Sent:** Monday, September 19, 2005 5:43 PM
**To:** Mullis, Carl W.
**Cc:** David R. Scott; Erin G. Comite; jperkinson@jpclasslaw.com; pmcdougall@jpclasslaw.com; wkelleher@rc.com; jhein@cravath.com
**Subject:** RE: Priceline/Joint Motion on E docs

> Carl, We believe that it is important to bring the electronic discovery issues to the attention of the Court given that it has now been five and a half months since the Court ordered the parties to meet and confer and we've yet to make any real progress on the electronic discovery front. We are six months away from the discovery cutoff under the current schedule and time is now of the essence. Also, we are concerned that Defendants are using the joint memorandum format to further delay resolution of the electronic document issues. This is a concern I raised with you back in July 2005.
>
> As I mentioned during our conversations last week, it does not appear that we are in agreement on any of the electronic discovery issues and, thus, Plaintiffs do not think it makes sense to continue to send drafts of our respective positions back and forth, as we've been doing for the past two months. We plan to file our position with the Court this week. Finally, we are open to having our electronic document consultant talk with your internal IT person. We should try to schedule a time for them to talk with one another later this week.
>
> Geoffrey M. Johnson
> Scott + Scott, LLC
> 33 River Street
> Chagrin Falls, Ohio 44022
> (440) 247-8200
>
> **From:** Mullis, Carl W. [mailto:carlmullis@paulhastings.com]
> **Sent:** Mon 9/19/2005 1:25 PM
> **To:** Erin G. Comite; Joseph, Summer B.; jhein@cravath.com; wkelleher@rc.com
> **Cc:** David R. Scott; Geoff Johnson; Peter McDougall; Jake Perkinson
> **Subject:** RE: Priceline/Joint Motion on E docs
>
> Erin, In a conversation I had with Geoff Johnson last week, I informed him that since Plaintiffs had (1) changed the number of back up tapes they wanted produced; (2) substantially revised their draft statement in response to our draft statement; (3) added new arguments to their statement; and (4)taken four weeks to revise their draft in response to our draft it was not reasonable to expect us to revise our draft in just one week. I told him this was especially the case given some expedited work we were having to do on some other matters. I also informed Geoff that we could have a revised draft to him by September 27. Geoff said he doubted Plaintiffs would agree to this but he would get back to me about this. I have not heard from Geoff concerning this. I now believe we can have a revised draft to you by late Friday ,September 23rd, or early Monday, September 26th. Please let me know Plaintiffs' position with respect to this.
>      Because Plaintiffs' vendor allegedly can format the backup tapes into a searchable format at a significantly less cost than our vendor , I requested of Geoff that Plaintiffs allow our in house IT person to have a conversation with your vendor as soon as possible to determine if the vendor could actually do this. I have not heard back from Geoff concerning this.

9/21/2005

Please let me know if this can be arranged for tomorrow or Wednesday.
   Thanks.
   Carl

   -----Original Message-----
   **From:** Erin G. Comite [mailto:ecomite@scott-scott.com]
   **Sent:** Monday, September 12, 2005 6:00 PM
   **To:** Mullis, Carl W.; Joseph, Summer B.; jhein@cravath.com; wkelleher@rc.com
   **Cc:** David R. Scott; Geoff Johnson; Peter McDougall; Jake Perkinson
   **Subject:** Priceline/Joint Motion on E docs
   **Importance:** High


   Counsel:

   As you know, the Court has ordered that we file a joint motion to address the production of Defendants' electronic documents. I attach Plaintiffs' position on the production of electronic documents, which has been discussed at various meet & confers with defense counsel. Carl & Summer, you will notice that our position has shifted as a result of our continued legal research and discussions with our expert. Thus, I have not included the prior version of Defendant Walker's position in the .pdf document attached so that you are free to edit Walker's position as you deem necessary. Please be advised that this is a draft in progress.

   **Please provide us with your respective positions by the close of business on Monday, Sept. 19, 2005, for filing on the following day.** If we do not receive your positions by then, we are prepared to file our position. We are particularly concerned with the Priceline Defendants' continual delay. Although the snapshot is fully accessible and searchable (and has been since discovery was served on Defendants in November 2004), not a single document from the snapshot has been produced. Although we have agreed on the email accounts to be searched and you suggested a rolling production would follow, not a single email from the snapshot has been produced. Although we agreed that you would provide us with search terms to review in order to search the remainder of the snapshot, not a single search term has been proffered.

   Please contact me to discuss any issues. I will be out of the country from Wed. afternoon (9/14) through Monday (9/19).

   Sincerely,
   Erin Green Comite, Esq.
   Scott + Scott, LLC
   108 Norwich Avenue
   P. O. Box 192
   Colchester, CT 06415
   Voice: 860-537-5537
   Facsimile: 860-537-4432
   e-mail: ecomite@scott-scott.com
   *********************************************

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-800-404-7770, or e-mail at ecomite@scott-scott.com and immediately delete this message and all its attachments.

   <<Joint Motion on E Docs.pdf>>

****************************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
****************************************************************

9/21/2005

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

*************************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
*************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.