UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT -6  P 4: 33

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION : <br> : <br>———————————————— : <br> : MASTER FILE NO.<br> : 3:00CV01884(DJS)<br>This document relates to: : <br> : <br>ALL ACTIONS : <br> : | |

### DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER

I, Erin Green Comite, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the state of Connecticut. I am a member of the law firm of Scott + Scott, LLC, one of the counsel of record for Plaintiffs in the above-captioned action. I make this declaration in support of Plaintiffs' Motion To Modify Scheduling Order. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: September 26, 2005 from Geoffrey Johnson;

Exhibit B: September 28, 2005 from James G. Hein, Jr.; and

Exhibit C: September 28, 2005 e-mail from Carl W. Mullis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of October, 2005, at Colchester, Connecticut.

*/s/ Erin Green Comite*
Erin Green Comite

Dated: October 6, 2005

Respectfully submitted,

SCOTT + SCOTT, LLC

*Erin Green Comite* (signature)

David R. Scott (ct16080)
Erin Green Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
drscott@scott-scott.com
ecomite@scott-scott.com


SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Telephone: (440) 247-8200
Facsimile: (440) 247-8275


JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**Co-Lead Counsel**

# EXHIBIT A



September 26, 2005

Via Facsimile and U.S. Mail

William J. Kelleher, III
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904

Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.D. 24th Floor
Atlanta, GA 30308

James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Re:   In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)

Dear Bill, Jim and Carl:

This letter is a follow-up to our conversations earlier this month about the scheduling order. As we discussed during our calls, Plaintiffs believe that certain of the deadlines in the scheduling order should be moved back. This is important given that Plaintiffs still have not received any of the electronic documents that are responsive to Plaintiffs' document requests. When Plaintiffs agreed to the current version of the scheduling order back in October 2004, Plaintiffs contemplated receiving the bulk of the documents in the first part of 2005, which would have given us enough time to review the documents and take fact depositions. Plaintiffs did not anticipate that Defendants would hold back the electronic documents to the end of the discovery cutoff. As things currently stand, we will have only a few months to review all of the electronic documents and take the vast majority of the fact depositions.

Accordingly, we propose moving back the fact discovery cutoff nine months to December 31, 2006; moving back the expert reports and expert discovery nine months so that Plaintiffs' expert reports are due September 30, 2006, depositions of Plaintiffs' experts are completed by October 31, 2006, Defendants' expert reports are due November 1, 2006 and depositions of Defendants' experts are completed by December 1, 2006; moving back the dispositive motions nine months to February 1, 2007; and moving back the joint trial memorandum nine months to March 1, 2007.

ATTORNEYS AT LAW   CONNECTICUT   SCOTT + SCOTT, LLC   440 247-8200 VOICE
                  OHIO          33 RIVER STREET      440 247-8275 FAX
                  CALIFORNIA    CHAGRIN FALLS, OH 44022   SCOTTLAW@SCOTT-SCOTT.COM
                                                      WWW.SCOTT-SCOTT.COM

Case 3:00-cv-01884-AVC    Document 217    Filed 10/06/2005    Page 5 of 12

Sep 26 2005 15:10    P.05

William J. Kelleher, III
James G. Hein, Jr.
Carl Mullis
September 26, 2005
Page 2

      Please let me know your position on the new proposed dates by the close of business on Wednesday, September 28, 2005.

                                    Sincerely yours,

                                    Geoffrey M. Johnson

cc:    David R. Scott (via fax)
        Jacob B. Perkinson (via fax)
        Erin Green Comite (via fax)
        Peter J. McDougall (via fax)

# EXHIBIT B

# CRAVATH, SWAINE & MOORE LLP

GEORGE J. GILLESPIE, III
THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.

JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
W. CLAYTON JOHNSON
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN Y. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LISABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO

SPECIAL COUNSEL
SAMUEL C. BUTLER
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

September 28, 2005

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Geoff:

I write in response to your letter of September 26 regarding the case schedule.

As you know, we were willing to discuss reasonable extensions of the deadlines in the Court's scheduling order on the condition that plaintiffs would be reasonable about the deadline for the completion of Defendants' production of electronic documents. You elected to cut off those discussions by filing your motion to compel production of electronic discovery, in which you request that the Court order Defendants to complete the production of all electronic material by October 15. We are still willing to agree to extend the deadlines on the scheduling order by six months, but only on the condition that you withdraw your request regarding the October 15 deadline and agree to a realistic and reasonable deadline. If you cannot agree to that condition, then we will address the case schedule in our opposition to your motion.

Sincerely,

James G. Hein, Jr.

Geoffrey M. Johnson, Esq.
   Scott + Scott, LLC
      33 River Street
         Chagrin Falls, OH 44022

BY FACSIMILE AND FIRST CLASS MAIL

Copies to:

Erin Green Comite, Esq.
   Scott + Scott, LLC
      P.O. Box 192
         108 Norwich Avenue
            Colchester, CT 06415

William J. Kelleher, III, Esq.
   Robinson & Cole LLP
      695 East Main Street
         Stamford, CT 06904-2305

Carl W. Mullis, Esq.
   Paul, Hastings, Janofsky & Walker, LLP
      600 Peachtree Street, NE
      24th Floor
      Atlanta, GA 30308

BY FACSIMILE

# CRAVATH, SWAINE & MOORE LLP

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

Date: September 28, 2005

| | Name/Firm | | Fax No. | Phone No. |
|---|---|---|---|---|
| To: | Multiple Addressees | | See Next Page | |
| From: | James G. Hein, Jr./4043 | Room: 4044W | (212) 474-3700 | (212) 474-1186 |

## TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: 4

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (212) 474-3115

Message:

**PLEASE DISTRIBUTE ACCORDINGLY.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (212) 474-3115 and return the original message to us by mail. Thank you.

Reference No. 8586-005

- SEE THE NEXT PAGE FOR MULTIPLE ADDRESSEE INFORMATION -

**MULTIPLE ADDRESSEES**

| Name/Firm | Fax No | Phone No. |
|---|---|---|
| To: | | |
| Geoffrey M. Johnson, Esq.<br>Scott + Scott, LLC<br>33 River Street<br>Chagrin Falls, OH 44022 | (440) 247-8275 | (440) 247-8200 |
| William J. Kelleher, III, Esq.<br>Robinson & Cole LLP<br>695 East Main Street<br>Stamford, CT 06904-2305 | (203) 462-7599 | (203) 462-7514 |
| Erin Green Comite, Esq.<br>Scott + Scott, LLC<br>P.O. Box 192<br>108 Norwich Avenue<br>Colchester, CT 06415 | (860) 537-4432 | (860) 537-5537 or<br>(800) 404-7770 |
| Carl W. Mullis, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, NE, 24th Floor<br>Atlanta, GA 30308 | (404) 815-2424 | (404) 815-2400 |

# EXHIBIT C

## Erin G. Comite

**From:** Geoff Johnson
**Sent:** Wednesday, September 28, 2005 4:41 PM
**To:** Mullis, Carl W.; 'jhein@cravath.com'; 'wkelleher@rc.com'; Boudreau, Candace E.; Cherico, Joseph J.
**Cc:** David R. Scott; jperkinson@jpclasslaw.com; pmcdougall@jpclasslaw.com; Erin G. Comite
**Subject:** RE: Priceline

Carl and Jim, We don't see any reason to continue to delay production of the electronic documents. Defendants' delay in producing these materials is the reason why we need to move back the fact discovery cutoff in the first place, something Plaintiffs would have preferred not to do. Defendants' delay is also the reason we've moved to compel production of the electronic documents. Moreover, Defendants should be able to produce the backup tapes in their native format well in advance of the October 15, 2005 deadline. In light of all of this, we think that the October 15, 2005 deadline for producing the backup tapes in their native format and producing the snapshot and ex-employee tapes in their searchable and accessible format is reasonable.

Geoffrey M. Johnson

---

**From:** Mullis, Carl W. [mailto:carlmullis@paulhastings.com]
**Sent:** Wed 9/28/2005 8:35 AM
**To:** Geoff Johnson; 'jhein@cravath.com'; 'wkelleher@rc.com'; Boudreau, Candace E.; Cherico, Joseph J.; Erin G. Comite
**Subject:** Priceline

We are willing to agree to a 6 to 9 month extension of the discovery period if plaintiffs change their demand that we produce data from the backup tapes from October 15 to a more reasonable date. Carl

Carl Mullis

Sent by Wireless Device

****************************************************
IRS Circular 230 Disclosure:    As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
****************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

10/6/2005