UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM INC.<br>SECURITIES LITIGATION | : | MASTER FILE NO.<br>3:00CV01884 (DJS) |
| | : | |
| This Document relates to: | : | |
| ALL ACTIONS | : | October 6, 2005 |

## MOTION ON CONSENT FOR EXTENSION OF TIME
## TO FILE OPPOSITION

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Deloitte & Touche LLP ("D&T") hereby moves this Court for an extension of time of seven (7) days in which to file an opposition to Plaintiffs' Second Motion to Compel Discovery from Deloitte & Touche LLP, dated September 15, 2005 ("Motion"), up to and including October 13, 2005

As good cause for the requested extension of time, D&T respectfully submits that it has made good faith efforts to resolve the outstanding issues raised in the Motion, that it is producing today the documents which are the subject of the Motion, and that it believes that such circumstances may result in the withdrawal of the Motion by Plaintiffs. The requested extension is necessary to preserve D&T's right to file an opposition to the Motion while attempting to resolve the outstanding issues.

This is D&T's first motion for extension of time regarding this matter. Counsel for Plaintiffs have consented to the requested extension of time.

WHEREFORE, Deloitte & Touche LLP respectfully requests that the Court grant its Motion on Consent for Extension of Time to File Opposition, dated October 6, 2005, and extend the deadline for filing an opposition to the Motion to Compel, dated September 15, 2005, up to and including October 13, 2005.

Dated: October 6, 2005

Respectfully submitted,

*/s/ Thomas J. Finn*

Eric W. Wiechmann (CT 04331)
Thomas J. Finn (CT 20929)
McCarter & ENGLISH
CityPlace I
Hartford, Connecticut 06103
Tel: (860) 275-6700

William R. Maguire (CT 23375)
Kenneth M. Katz
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000

Attorneys for Defendant
Deloitte & Touche LLP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

_____
Thomas J. Finn

Joseph L. Clasen, Esq.
William J. Kelleher, III, Esq.
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, Connecticut  06904-2305
(203) 462-7500
(203) 462-7599 (fax)

Evan R. Chesler, Esq.
Daniel Slifkin, Esq.
James G. Hein, Jr., Esq.
CRAVATH, SWAINE & MOORE
825 Fifth Avenue
New York, New York  10019
(212) 474-1000
(212) 474-3700 (fax)

Albert M. Myers, III, Esq.
Carl W. Mullis, III, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308
(404) 815-2400
(404) 815-2424 (fax)

Douglas C. Conroy, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Blvd., 9th Floor
Stamford, Connecticut  06901
(203) 961-7400

**In re: Priceline.com Securities Litigation**
Master File No.: 3:00cv1884(DJS)

## SERVICE LIST

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030
(802) 862-0060 (fax)

David R. Scott, Esq.
James E. Miller, Esq.
SCOTT & SCOTT LLC
108 Norwich Avenue
P.O. Box 192
Colchester, Connecticut 06415
(860) 537-3818
(860) 537-4432 (fax)

Jules Brody, Esq.
Aaron Brody, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017
(212) 687-7230
(212) 490-2022 (fax)

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
SCHATZ & NOBEL
330 Main Street
Hartford, Connecticut 06106
(860) 493-6292
(860) 493-6290 (fax)

David A. Slossberg, Esq.
J. Daniel Sagarin, Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06460
(203) 877-8000
(203) 878-9800 (fax)