UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | :<br>:<br>:<br>:    MASTER FILE NO.<br>:    3:00CV01884(DJS)<br>:<br>:    October 11, 2005<br>:<br>: |
| This document relates to:<br><br>    ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' SECOND MOTION TO COMPEL DISCOVERY FROM DELOITTE & TOUCHE, LLP

PLEASE TAKE NOTICE that Plaintiffs hereby withdraw Plaintiffs' Second Motion to Compel Discovery from Deloitte & Touche, LLP. Third-Party Deloitte & Touche, LLP has produced the documents that were the subject of Plaintiffs' Motion. Therefore, Plaintiffs' Motion is now moot.

Dated: October 11, 2005

Respectfully submitted,

SCOTT + SCOTT, LLC

*/s/ Erin Green Comite*

David R. Scott (ct16080)
Geoffrey M. Johnson
Erin Green Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road

P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**Co-Lead Counsel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 11, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

*Erin Green Comite*

Erin Green Comite

## SERVICE LIST

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Carl Mullis
Summer Joseph
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Blvd., 9th Floor
Stamford, CT 06901

William R. Maguire
Sarah Loomis Cave
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004