IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>------------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS)<br><br><br>October 13, 2005 |

## DECLARATION OF WILLIAM J. KELLEHER III

WILLIAM J. KELLEHER III declares and says:

1.  I am an attorney at the law firm of Robinson & Cole, LLP, counsel to defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively herein, the "Defendants"), in this action. I submit this Declaration in connection with the Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Production of Electronic Discovery, and to place before the Court certain relevant information and documents.

2.  Annexed hereto as Exhibit A is a true and complete copy of the letter from Joseph L. Clasen to David S. Scott, Erin G. Comite and Jacob B. Perkinson, dated July 19, 2005.

3.  Annexed hereto as Exhibit B is a true and complete copy of the letter from Peter J. McDougall to William J. Kelleher, III and James G. Hein, Jr., dated August 8, 2005.

4.  Annexed hereto as Exhibit C is a true and complete copy of the letter from James G. Hein, Jr. to Peter J. McDougall, dated August 11, 2005.

5. Annexed hereto as Exhibit D is a true and complete copy of the letter from Peter J. McDougall to James G. Hein, Jr., dated August 15, 2005.

6. Annexed hereto as Exhibit E is a true and complete copy of the letter from James G. Hein, Jr. to Peter J. McDougall, dated August 17, 2005.

7. Annexed hereto as Exhibit F is a true and complete copy of the letter from Peter J. McDougall to James G. Hein, Jr., dated August 19, 2005.

8. Annexed hereto as Exhibit G is a true and complete copy of the letter from Erin Green Comite to William J. Kelleher, III and James G. Hein, Jr., dated August 30, 2005.

9. Annexed hereto as Exhibit H is a true and complete copy of the letter from Erin Green Comite to William J. Kelleher, III and James G. Hein, Jr., dated September 1, 2005.

10. Annexed hereto as Exhibit I is a true and complete copy of the email from Erin Green Comite to counsel, dated September 12, 2005, and a true and complete copy of the attachment to that email.

11. During the week of September 19, 2005, I had a telephone discussion with Plaintiffs' counsel Geoffrey Johnson in which I stated to him that Defendants were willing to agree to extend the deadlines in the Scheduling Order by six months as long as Plaintiffs agreed to a reasonable time table for Defendants to produce their electronic material, instead of October 15, 2005.

12. Annexed hereto as Exhibit J is a true and complete copy of the letter from James G. Hein, Jr. to Geoffrey M. Johnson, dated September 28, 2005.

13. Annexed hereto as Exhibit K are true and complete copies of the Capital Ventures Orders of April 26, 2005, May 2, 2005 and June 13, 2005.

_____
William J. Kelleher III

3

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the ECF electronic court filing system and by first class mail on this 13th day of October, 2005:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Carl Mullis, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Christine Arena, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

_____
William J. Kelleher, III

5