**EXHIBIT E**

## CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

August 17, 2005

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Peter:

We received your letter of August 15.

Your proposal with respect to the production of material from the snapshot and the departed employee back-up tapes adds certain conditions to the proposal that we made in our letter of August 11. We address those conditions in the numbered paragraphs below.

1. To our list of 50 names, you have added the names of 63 individuals whose email files you would like us to review. We think the addition of that many files at this stage is unreasonable. Nevertheless, we are willing to accommodate your request and will search the email files of individuals on your supplemental list for whom an email file is located. You must understand, however, that reviewing the email files of 113 individuals will be labor-intensive and time-consuming. We expect that you will abandon your unreasonable timetable for the completion of the production of electronic material.

2. Although we are willing to consider reasonable additions to the list of email files and to the list of search terms, we reserve our right to oppose any such request, to seek the protection of the Court, and to seek cost-shifting.

3. We will preserve materials in their native format.

4. We will provide you with a list of all the email files on the snapshot and on the departed employee back-up tapes.

5. In accordance with your request, we will compile the initial list of search terms.

6. You request that we produce "all non-privileged, responsive material". This issue has been dealt with in the past. Subject to the objections that we have already made to your first and second requests for the production of documents, we will produce all non-privileged, responsive material.

7. You ask that, in addition to producing documents in TIFF format, we "also produce a corresponding text file of the material produced from the snapshot". We will discuss this request with our vendor and get back to you.

8. Your proposed timetable for the production of electronic material is completely unrealistic, as you are no doubt aware. We will make a good faith effort to produce the electronic material in a timely manner. In return, we expect that you will be reasonable about the production schedule, especially given the breadth of your requests and the resulting burden on Defendants. Rest assured, the process is already underway, as we have started reviewing the email files.

As you know, with respect to the 42 back-up tapes that we believe may contain the final archives of WebHouse and Perfect Yardsale, we do not agree to your proposal. You want us "to restore these tapes to their native format and then . . . produce the restored tapes in their entirety". As we explained in our August 11 letter, that request is unreasonable because native format documents cannot be redacted for privilege, cannot be Bates numbered, and are incredibly difficult and expensive to review. In addition, as we have told you, our vendor's preliminary efforts to restore those back-up tapes failed, and we have been told that the restoration of the tapes will be very costly and difficult, if even possible at all.

We will send you separately a spreadsheet that shows, in technical terms, the contents of the snapshot and the quantity of electronic material contained on it.

3

You stated that you would like to schedule a meet and confer. Before we do that, please let us know if there is anything else at issue.

Sincerely,

*James G. Hein, Jr.*

James G. Hein, Jr.

Peter McDougall, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

BY FACSIMILE AND FIRST CLASS MAIL

Copies to:

Erin Green Comite, Esq.
Scott + Scott, LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415

William J. Kelleher, III, Esq.
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06904-2305

Carl W. Mullis, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, NE
24th Floor
Atlanta, GA 30308

BY FACSIMILE