**EXHIBIT F**

## JOHNSON & PERKINSON
### ATTORNEYS AT LAW
1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VERMONT 05403
www.jpclasslaw.com

TELEPHONE (802) 862-0030
TELECOPIER (802) 862-0060
E-MAIL email@jpclasslaw.com

DENNIS J. JOHNSON
ALSO ADMITTED TO PA AND DC*

JACOB B. PERKINSON
ALSO ADMITTED TO ME

*INACTIVE

ROBIN A. FREEMAN, JR.
ALSO ADMITTED TO OH*

JAMES F. CONWAY, III
ALSO ADMITTED TO MA

PETER J. MCDOUGALL
ALSO ADMITTED TO MA

August 19, 2005

<u>Via Facsimile and U.S. Mail</u>
James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Re:   <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)</u>

Dear Jim:

    We have received your August 17, 2005 letter. While it seems we will be unable to resolve our differences regarding the 42 WebHouse and Perfect Yardsale back-up tapes in Defendants' possession, it appears that we are close to an agreement regarding the materials on the snapshot and the terminated employee back-up tapes.

    In addition to waiting to hear back from you as to whether you will be producing a text file along with the TIFF file of materials produced from the snapshot, the other outstanding issue is the deadline for the Priceline Defendants to complete the production of materials from the snapshot and the terminated employee back-up tapes. Plaintiffs feel strongly that a deadline in the not too distant future is necessary. My attempt to discuss the deadline with you on our August 4, 2005 meet and confer was unproductive as you were unwilling to provide a date that you thought was reasonable for completing the production. Additionally, in response to the deadlines proposed in my August 15, 2005 letter, you have simply stated that this timeframe is "unreasonable" and "completely unrealistic" and have not provided a timeframe that Defendants feel is reasonable and/or realistic.

    In a final attempt to resolve this issue, Plaintiffs request that on or before Wednesday, August 24, 2005, Defendants provide us with a date Defendants believe is reasonable for completion of the production from the snapshot and the terminated employee back-up tapes.

**JOHNSON & PERKINSON**
ATTORNEYS AT LAW

James G. Hein, Jr.
August 19, 2005
Page 2

Sincerely yours,

*Peter McDougall*
Peter J. McDougall

cc: William J. Kelleher, III Esq.
Jacob B. Perkinson, Esq.
David R. Scott, Esq.
Geoffrey M. Johnson, Esq.
Erin G. Comite, Esq.