**EXHIBIT G**



August 30, 2005

**VIA EMAIL & U.S. MAIL**

William J. Kelleher, III
Robinson & Cole, LLP
695 East Main Street
Stamford, CT 06904-2305

James G. Hein, Jr.
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

        Re:     In re Priceline.com Securities Litigation, 00cv1884 (DJS)

Dear Bill & Jim:

I write to follow up on my conversation with Bill yesterday regarding defendants' request for an extension of time with respect to plaintiffs' third motion to compel discovery as well as my conversation with Jim last week regarding defendants' production of electronic documents.

Plaintiffs will consent to a thirty-day extension for defendants to respond to this motion. As I discussed with Bill, however, we are quite concerned with defendants' repeated delays and the proposed production schedule for electronic documents.

As I understand from my conversation with Jim, defendants will produce the .txt file along with responsive electronic documents produced in native format. Jim also relayed that defendants have potentially one million emails to review, which will take "several months" to produce. Presumably, we can expect a similar time frame for review and production of non-email electronic documents, once terms are selected. Although Jim expressed that this production of electronic documents would occur on a rolling basis, I received no confirmation of when such a rolling production could begin.

At this pace, defendants would not complete their electronic document production until near the end of the year. Realistically, given the current discovery cut-off of March 31, 2006, this would not allow plaintiffs sufficient time to seek supplemental discovery, if any, based on our review of documents and to conduct depositions, if we decide to wait to conduct them until after all discovery is completed, or to reconvene depositions based on subsequently produced documents. Thus, I appreciate Bill's expressed willingness to discuss extending the current discovery schedule.

Most immediately, however, please provide us with non-email electronic document search terms, as you agreed to do, by the end of the week for our comment, so that the review and production of these documents may begin expeditiously.

| ATTORNEYS AT LAW | CONNECTICUT | SCOTT + SCOTT, LLC | 860 537-5537 VOICE |
| | CALIFORNIA | P.O. BOX 192 | 860 537-4432 FAX |
| | | 108 NORWICH AVENUE | SCOTTLAW@SCOTT-SCOTT.COM |
| | | COLCHESTER, CT 06415 | WWW.SCOTT-SCOTT.COM |

August 30, 2005
Page 2 of 2


Sincerely,

*Erin Green Comite*

Erin Green Comite

Cc:   David R. Scott, Esq.
        Jacob B. Perkinson, Esq. & Peter J. McDougall, Esq.
        Geoffrey M. Johnson, Esq.
        Carl Mullis, Esq.