**EXHIBIT H**



September 1, 2005

**VIA EMAIL & U.S. MAIL**

William J. Kelleher, III
Robinson & Cole, LLP
695 East Main Street
Stamford, CT 06904-2305

James G. Hein, Jr.
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

Re:   In re Priceline.com Securities Litigation, 00cv1884 (DJS)

Bill & Jim:

I write to clarify my August 30 letter. I unintentionally stated that defendants would produce electronic documents in "native format." Rather, defendants will produce electronic documents as .tif files along with .txt files. Additionally, I understand that defendants need to review potentially 1 million "pages" of emails, not 1 million "emails," as I referenced. I apologize for any confusion.

Sincerely,

Erin Green Comite

Cc:   Jacob B. Perkinson & Peter McDougall
David R. Scott
Geoffrey M. Johnson
Carl Mullis

ATTORNEYS AT LAW   CONNECTICUT   SCOTT + SCOTT, LLC   860 537-5537 VOICE
                  OHIO          P.O. BOX 192          860 537-4432 FAX
                  CALIFORNIA    108 NORWICH AVENUE    SCOTTLAW@SCOTT-SCOTT.COM
                                COLCHESTER, CT 06415  WWW.SCOTT-SCOTT.COM