**EXHIBIT J**

## CRAVATH, SWAINE & MOORE LLP

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

Date: September 28, 2005

| | Name/Firm | | Fax No. | Phone No. |
|---|---|---|---|---|
| To: | Multiple Addressees | | See Next Page | |
| From: | James G. Hein, Jr./4043 | Room: 4044W | (212) 474-3700 | (212) 474-1186 |

**TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: 4**
IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (212) 474-3115

Message:

**PLEASE DISTRIBUTE ACCORDINGLY.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (212) 474-3115 and return the original message to us by mail. Thank you.

Reference No.     8586-005

- SEE THE NEXT PAGE FOR MULTIPLE ADDRESSEE INFORMATION -

**MULTIPLE ADDRESSEES**

| Name/Firm | Fax No. | Phone No. |
|---|---|---|
| To: | | |
| Geoffrey M. Johnson, Esq.<br>Scott + Scott, LLC<br>33 River Street<br>Chagrin Falls, OH 44022 | (440) 247-8275 | (440) 247-8200 |
| William J. Kelleher, III, Esq.<br>Robinson & Cole LLP<br>695 East Main Street<br>Stamford, CT 06904-2305 | (203) 462-7599 | (203) 462-7514 |
| Erin Green Comite, Esq.<br>Scott + Scott, LLC<br>P.O. Box 192<br>108 Norwich Avenue<br>Colchester, CT 06415 | (860) 537-4432 | (860) 537-5537 or<br>(800) 404-7770 |
| Carl W. Mullis, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, NE, 24th Floor<br>Atlanta, GA 30308 | (404) 815-2424 | (404) 815-2400 |

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

September 28, 2005

<u>In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)</u>

Dear Geoff:

I write in response to your letter of September 26 regarding the case schedule.

As you know, we were willing to discuss reasonable extensions of the deadlines in the Court's scheduling order on the condition that plaintiffs would be reasonable about the deadline for the completion of Defendants' production of electronic documents. You elected to cut off those discussions by filing your motion to compel production of electronic discovery, in which you request that the Court order Defendants to complete the production of all electronic material by October 15. We are still willing to agree to extend the deadlines on the scheduling order by six months, but only on the condition that you withdraw your request regarding the October 15 deadline and agree to a realistic and reasonable deadline. If you cannot agree to that condition, then we will address the case schedule in our opposition to your motion.

Sincerely,

James G. Hein, Jr.

Geoffrey M. Johnson, Esq.
  Scott + Scott, LLC
    33 River Street
      Chagrin Falls, OH  44022

BY FACSIMILE AND FIRST CLASS MAIL

2

Copies to:

Erin Green Comite, Esq.
Scott + Scott, LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415

William J. Kelleher, III, Esq.
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06904-2305

Carl W. Mullis, Esq.
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, NE
24th Floor
Atlanta, GA 30308

BY FACSIMILE