# Exhibit A

### Mullis, Carl W.

| | |
|---|---|
| **From:** | Mullis, Carl W. |
| **Sent:** | Monday, September 19, 2005 4:25 PM |
| **To:** | 'Erin G. Comite'; Joseph, Summer B.; jhein@cravath.com; wkelleher@rc.com |
| **Cc:** | David R. Scott; Geoff Johnson; Peter McDougall; Jake Perkinson |
| **Subject:** | RE: Priceline/Joint Motion on E docs |

Erin, In a conversation I had with Geoff Johnson last week, I informed him that since Plaintiffs had (1) changed the number of back up tapes they wanted produced; (2) substantially revised their draft statement in response to our draft statement; (3) added new arguments to their statement; and (4) taken four weeks to revise their draft in response to our draft it was not reasonable to expect us to revise our draft in just one week. I told him this was especially the case given some expedited work we were having to do on some other matters. I also informed Geoff that we could have a revised draft to him by September 27. Geoff said he doubted Plaintiffs would agree to this but he would get back to me about this. I have not heard from Geoff concerning this. I now believe we can have a revised draft to you by late Friday, September 23rd, or early Monday, September 26th. Please let me know Plaintiffs' position with respect to this.

Because Plaintiffs' vendor allegedly can format the backup tapes into a searchable format at a significantly less cost than our vendor, I requested of Geoff that Plaintiffs allow our in house IT person to have a conversation with your vendor as soon as possible to determine if the vendor could actually do this. I have not heard back from Geoff concerning this. Please let me know if this can be arranged for tomorrow or Wednesday.

Thanks.
Carl

-----Original Message-----
**From:** Erin G. Comite [mailto:ecomite@scott-scott.com]
**Sent:** Monday, September 12, 2005 6:00 PM
**To:** Mullis, Carl W.; Joseph, Summer B.; jhein@cravath.com; wkelleher@rc.com
**Cc:** David R. Scott; Geoff Johnson; Peter McDougall; Jake Perkinson
**Subject:** Priceline/Joint Motion on E docs
**Importance:** High

Counsel:

As you know, the Court has ordered that we file a joint motion to address the production of Defendants' electronic documents. I attach Plaintiffs' position on the production of electronic documents, which has been discussed at various meet & confers with defense counsel. Carl & Summer, you will notice that our position has shifted as a result of our continued legal research and discussions with our expert. Thus, I have not included the prior version of Defendant Walker's position in the .pdf document attached so that you are free to edit Walker's position as you deem necessary. Please be advised that this is a draft in progress.

**Please provide us with your respective positions by the close of business on Monday, Sept. 19, 2005, for filing on the following day.** If we do not receive your positions by then, we are prepared to file our position. We are particularly concerned with the Priceline Defendants' continual delay. Although the snapshot is fully accessible and searchable (and has been since discovery was served on Defendants in November 2004), not a single document from the snapshot has been produced. Although we have agreed on the email accounts to be searched and you suggested a rolling production would follow, not a single email from the snapshot has been produced. Although we agreed that you would provide us with search terms to review in order to search the remainder of the snapshot, not a single search term has been proffered.

Please contact me to discuss any issues. I will be out of the country from Wed. afternoon (9/14) through

Monday (9/19).

Sincerely,
Erin Green Comite, Esq.
Scott + Scott, LLC
108 Norwich Avenue
P. O. Box 192
Colchester, CT  06415
Voice:  860-537-5537
Facsimile:  860-537-4432
e-mail:  ecomite@scott-scott.com
*********************************************

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-800-404-7770, or e-mail at ecomite@scott-scott.com and immediately delete this message and all its attachments.

<<Joint Motion on E Docs.pdf>>