UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00CV01884 (DJS) |
| This Document relates to: | : |
| ALL ACTIONS | : October 18, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned counsel respectfully moves this Court to withdraw her appearance in the above-captioned matter on behalf of Deloitte & Touche, LLP. In support of this motion, the undersigned submits to the Court that she is no longer involved in this matter and that Deloitte & Touche LLP continues to be represented by other counsel at McCarter & English, LLP and Hughes Hubbard & Reed LLP.

Dated: October 18, 2005

Respectfully submitted,

Carla A. Kerr (CT 23376)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000

Attorneys for Deloitte & Touche LLP

NY 993827_1.DOC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 21, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail to:

_____
Thomas J. Finn

**In re: Priceline.com Securities Litigation**
Master File No.: 3:00cv1884(DJS)

**SERVICE LIST**

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030
(802) 862-0060 (fax)

David R. Scott, Esq.
James E. Miller, Esq.
SCOTT & SCOTT LLC
108 Norwich Avenue
P.O. Box 192
Colchester, Connecticut 06415
(860) 537-3818
(860) 537-4432 (fax)

Jules Brody, Esq.
Aaron Brody, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017
(212) 687-7230
(212) 490-2022 (fax)

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
SCHATZ & NOBEL
330 Main Street
Hartford, Connecticut 06106
(860) 493-6292
(860) 493-6290 (fax)

David A. Slossberg, Esq.
J. Daniel Sagarin, Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06460
(203) 877-8000
(203) 878-9800 (fax)

NY 993827_1.DOC

Joseph L. Clasen, Esq.
William J. Kelleher, III, Esq.
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, Connecticut 06904-2305
(203) 462-7500
(203) 462-7599 (fax)

Evan R. Chesler, Esq.
Daniel Slifkin, Esq.
James G. Hein, Jr., Esq.
CRAVATH, SWAINE & MOORE
825 Fifth Avenue
New York, New York 10019
(212) 474-1000
(212) 474-3700 (fax)

Albert M. Myers, III, Esq.
Carl W. Mullis, III, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308
(404) 815-2400
(404) 815-2424 (fax)

Douglas C. Conroy, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Blvd., 9th Floor
Stamford, Connecticut 06901
(203) 961-7400