UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. : | |
| SECURITIES LITIGATION : | |
| _____ : | MASTER FILE NO. |
| : | 3:00CV01884(DJS) |
| This document relates to: : | |
| : | November 2, 2005 |
| ALL ACTIONS : | |
| : | |

**PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS'
MOTION TO MODIFY SCHEDULING ORDER**

The Priceline Defendants and Defendant Jay Walker have filed another set of papers on the electronic discovery issues. The Priceline Defendants and Defendant Walker fashioned their papers as responses to Plaintiffs' Motion to Modify the Scheduling Order. Doc. 237; Doc. 239. However, Defendants' papers are devoted entirely to the electronic discovery issues and are more appropriately captioned as surreplies to Plaintiffs' Motion to Compel Electronic Discovery, which Defendants filed without first seeking leave of the Court. In these papers, Defendants do not address any of the issues Plaintiffs listed on the first page of their reply. Doc. 233, at 1. Nor do Defendants address the Federal Judicial Conference's amendments to the Federal Rules.

Plaintiffs stand by their previously filed papers on the electronic discovery issues and file this reply only to note that: (1) Defendant Walker does not object to the nine month extension that Plaintiffs requested in their motion (Doc. 237, at 1); and (2) the Priceline Defendants propose a six month extension and request that the Court refrain from extending the schedule beyond six months "until determinations as to the production of electronic materials are made."

(Doc. 239, at 2). Based on these statements, it appears that Plaintiffs' Motion to Modify the Scheduling Order is unopposed, with the only disputed issue being whether the dates should be extended by nine months or six months. As stated in Plaintiffs' Motion to Modify the Scheduling Order, Plaintiffs submit that an extension of nine months is necessary so that Plaintiffs will have sufficient time to review documents, take the bulk of the fact depositions once the electronic documents are produced, and incorporate the information obtained from this process into their expert reports.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court modify the November 2, 2004 Scheduling Order and extend certain dates in the Scheduling Order by nine months.

Dated: November 2, 2005                     Respectfully submitted,

                                            SCOTT + SCOTT, LLC

                                            ___/s/ Erin Green Comite_____
                                            David R. Scott (ct16080)
                                            Erin Green Comite (ct24886)
                                            108 Norwich Avenue
                                            P.O. Box 192
                                            Colchester, CT  06415
                                            Telephone: (860) 537-5537
                                            Facsimile: (860) 537-4432
                                            drscott@scott-scott.com
                                            ecomite@scott-scott.com


                                            SCOTT + SCOTT, LLC
                                            Geoffrey M. Johnson
                                            33 River Street
                                            Chagrin Falls, OH 44022
                                            Telephone:  (440) 247-8200
                                            Facsimile:  (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2005, a copy of the foregoing PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Erin Green Comite_____
Erin Green Comite