IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>-------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS)<br><br><br><br><br>November 4, 2005 |

**MOTION BY DEFENDANTS PRICELINE, NICHOLAS,
SCHULMAN AND BRADDOCK FOR PERMISSION TO FILE SURREPLY**

Defendants priceline.com Inc., N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively, "Defendants") respectfully move for permission to submit the concurrently-filed, six-page surreply in opposition to plaintiffs' motion to compel production of electronic discovery.

In their reply brief, plaintiffs significantly changed some of their arguments and added certain new arguments. Defendants wish to file the short surreply to address those changed and new arguments. It is our understanding from this Court's Chamber's Practices that surreply briefs are allowed.

STAM1-801119-1

November 4, 2005

          Respectfully submitted,

          DEFENDANTS PRICELINE.COM INC.,
          N.J. NICHOLAS, DANIEL SCHULMAN
          AND RICHARD S. BRADDOCK

          */s/*

          Joseph L. Clasen (ct04090)
          William J. Kelleher III (ct22140)
          ROBINSON & COLE LLP
          Financial Centre
          695 East Main Street
          P.O. Box 10305
          Stamford, CT 06904-2305
          Tel. (203) 462-7500
          Fax (203) 462-7599
          jclasen@rc.com
          wkelleher@rc.com

          Daniel Slifkin (ct21203)
          CRAVATH, SWAINE & MOORE LLP
          Worldwide Plaza
          825 Eighth Avenue
          New York, NY 10019
          Tel. (212) 474-1000
          Fax (212)-474-3700

          *Attorneys for Defendants priceline.com Inc.,*
          *N.J. Nicholas, Daniel Schulman and*
          *Richard S. Braddock*

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the ECF electronic court filing system on this 4th day of November, 2005:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT  06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br><br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA  30308<br>Tel:  404-815-2400<br>Fax:  404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone:  203-961-7400<br>Fax:  203-359-3031 |
| --- | --- |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

_____
William J. Kelleher, III