# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

IN RE: PRICELINE.COM SECURITIES
LITIGATION

Master File No.:  3:00cv1884(DJS)

This document relates to:

ALL ACTIONS

## DELOITTE & TOUCHE LLP'S MEMORANDUM
## IN RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

Eric W. Wiechmann (CT 04331)
Thomas J. Finn (CT 20929)
MCCARTER & ENGLISH
CityPlace I
Hartford, Connecticut  06103
Tel: (860) 275-6700

William R. Maguire (CT 23375)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York  10004
Tel: (212) 837-6000

Attorneys for Defendant Deloitte & Touche LLP

Non-party Deloitte & Touche LLP ("D&T") respectfully submits this memorandum in response to plaintiffs' motion to compel, filed December 14, 2005.

D&T has no stake in the outcome of this motion. The motion seeks the production of one document withheld at the request of counsel for D&T's client, Priceline.com, Inc. ("Priceline" or the "Company"). As set forth in the accompanying Verification of William R. Maguire in Support of Deloitte & Touche LLP's Response to Plaintiffs' Third Motion to Compel ("Maguire Verification"), Priceline's counsel asked D&T to withhold two documents from D&T's second production of documents to plaintiffs made on October 28, 2005, including the document at issue in this motion. (Maguire Verification ¶ 2.) D&T informed plaintiffs of the Company's request and advised plaintiffs to direct any inquiry regarding the withheld documents directly to Priceline. (Maguire Verification ¶ 3.)

On November 22, 2005, Priceline sent a letter to plaintiffs informing them that Priceline had withdrawn its claim of privilege with regard to one of the two documents and advised plaintiffs that Priceline, not D&T, had asserted a privilege as to the other and that questions or concerns should be directed to Priceline's counsel. (Maguire Verification ¶ 4.) Priceline included a privilege log with the letter listing the document it asserts is privileged and protected from production by D&T to plaintiffs. Also on November 22, 2005, D&T produced the one document no longer subject to Priceline's assertion of privilege and instructed plaintiffs to direct any questions or concerns relating to the other document directly to Priceline's counsel. (Maguire Verification ¶ 5.)

D&T takes no position concerning whether or not the document withheld at the request of Priceline's counsel is protected by privilege. Accordingly, D&T does not address the

merits of the privilege argument and refers the Court to Priceline and the plaintiffs for the

arguments on this motion. D&T is merely a holder of the document and will continue to

withhold, or will produce the document, as directed by the Court.

Dated: January 4, 2006

Respectfully submitted,

Eric W. Wiechmann (CT 04331)
Thomas J. Finn (CT 20929)
MCCARTER & ENGLISH
CityPlace I
Hartford, Connecticut 06103
Tel: (860) 275-6700

William R. Maguire (CT 23375)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000

*Attorneys for Defendant*
*Deloitte & Touche LLP*

2

## CERTIFICATION OF SERVICE

A true copy of Deloitte & Touche LLP's Memorandum in Response to Plaintiffs' Motion to Compel with the accompanying Verification of William Maguire was served on all counsel of record on the attached service list by first class mail, postage prepaid or by electronic mailing.


Dated: January 4, 2006


By: _____
      Thomas J. Finn

## SERVICE LIST

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901

Eric Wiechmann
Thomas Finn
McCarter & English
City Place I
185 Asylum Street
Hartford, CT 06103

William Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

David R. Scott
Geoffrey M Johnson
Erin Green Comite
108 Norwich Ave.
Colchester, CT 06415

Johnson & Perkinson
Dennis Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
South Burlington, VT 05403

Stull, Stull & Brody
Jules Brody
Aaron Brody
6 East 45th Street
New York, NY 10017

**<u>VIA U.S. MAIL</u>**

Michael B. Arnold
Paul, Hastings, Janofsky & Walker - GA
600 Peachtree St., NE
Suite 2400
Atlanta, GA 30308

Kevin J. Kehoe , Jr
Cravath, Swaine & Moore
825 8Th Ave., Worldwide Plaza
New York, NY 10019-7415