## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

IN RE: PRICELINE.COM SECURITIES
LITIGATION

Master File No.: 3:00cv1884(DJS)

**This document relates to:**

**ALL ACTIONS**

## VERIFICATION OF WILLIAM R. MAGUIRE

WILLIAM R. MAGUIRE, an attorney duly admitted to practice in the courts of

this state, verifies the following under penalty of perjury:

1.      I am a partner in the law firm of Hughes Hubbard & Reed LLP, attorneys

for non-party Deloitte & Touche LLP ("D&T"), and I submit this Verification in connection with

D&T's response to plaintiffs' motion, filed December 14, 2005, to compel production of one

document as to which Priceline.com Inc.'s ("Priceline") counsel has asserted privilege.  Except

where otherwise indicated, I make this Verification based on my personal knowledge.

2.      On October 28, 2005, D&T produced seven boxes of documents to

plaintiffs.  From this production, D&T withheld two documents at the request of Priceline's

counsel on the basis of privilege.

3.      Peter McDougall of Johnson & Perkinson, one of plaintiffs' attorneys,

called my colleague, Sarah L. Cave, and asked about the withheld documents.  On November 18,

2005, Ms. Cave informed Mr. McDougall by e-mail (*see* Ex. A, attached hereto) that Priceline's

counsel would be in touch with plaintiffs concerning the withheld documents.

4.    On November 22, 2005, Priceline's counsel, James G. Hein, Jr. of Cravath, Swaine & Moore LLP, faxed to plaintiffs, copying D&T, a letter advising plaintiffs that it had withdrawn its assertion of privilege over one of the two documents.  (*See* Ex. B, attached hereto.)  Mr. Hein also included a privilege log with respect to the one document Priceline continues to assert is privileged and should be withheld from D&T's production of documents to plaintiffs.  (*See id.*)

5.    On November 22, 2005, my office produced the document no longer subject to Priceline's assertion of privilege.  (*See* Ex. C, attached hereto.)  The letter enclosing the document advised plaintiffs to direct questions or concerns relating to the other document that continues to be withheld at Priceline's request to Priceline's counsel.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2005.

William R. Maguire (CT 23375)

# EXHIBIT A

**Peter McDougall**

| | |
|---|---|
| From: | Cave, Sarah L. [cave@hugheshubbard.com] |
| Sent: | Friday, November 18, 2005 8:12 AM |
| To: | Peter McDougall |
| Subject: | Priceline |

Peter,

To follow up on your inquiry regarding the privileged documents, we spoke with the company's counsel this week and we encouraged them to speak to you or provide you with a privilege log, so Deloitte doesn't get stuck in the middle again. Bill Kelleher said that he would be in touch with you, but that you should also feel free to be in touch with him directly.
If you don't hear anything from him by next week, please let us know, and we will follow up with them again so that the issue may be resolved.

Thanks,

Sarah

Sarah Loomis Cave
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6559
(212) 299-6559 or (212) 422-4726 (fax)
cave@hugheshubbard.com

****************************************************************************
****
This email and any files transmitted with it may contain privileged or confidential information.  Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited.  If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
****************************************************************************
****************************************************************************
*****

# EXHIBIT B

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

GEORGE J. GILLESPIE, III
THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA A. GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.

JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH

ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO

SPECIAL COUNSEL
SAMUEL C. BUTLER
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

November 22, 2005

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Erin:

        We requested that Deloitte & Touche initially withhold two documents from their recent production so that we could determine whether priceline was entitled to assert a privilege as to those documents. We have decided not to assert a privilege as to one of those documents, and we understand that Deloitte & Touche will produce that document. We are asserting a privilege as to the other document and have enclosed a privilege log.

        Please be advised that priceline is asserting a privilege as to the withheld document, not Deloitte & Touche. Accordingly, please direct any questions or concerns to us, rather than to counsel for Deloitte & Touche.

Sincerely,

James G. Hein, Jr.

Erin Green Comite, Esq.
   Scott + Scott, LLC
    P.O. Box 192
   108 Norwich Avenue
    Colchester, CT 06415

BY FACSIMILE AND FIRST CLASS MAIL

NOV-22-2005  11:22        CRAVATH SWAINE MOORE LLP              212 765 0657    P.04/05
                                                                                    2

Copies to:

Peter McDougall, Esq.
   Johnson & Perkinson
      1690 Williston Road
        P.O. Box 2305
          South Burlington, VT 05403

William J. Kelleher, III, Esq.
   Robinson & Cole LLP
      695 East Main Street
        Stamford, CT 06904-2305

Carl W. Mullis, Esq.
   Paul, Hastings, Janofsky & Walker LLP
      600 Peachtree Street, NE
        24th Floor
          Atlanta, GA 30308

William R. Maguire, Esq.
   Hughes Hubbard & Reed LLP
      One Battery Park Plaza
        New York, NY 10004

BY FACSIMILE

NOV 22 2005 11:19                              212 765 0657      PAGE.04

NOV-22-2005 11:22    CRAVATH SWAINE MOORE LLP    212 765 0657    P.05/05

In re Priceline.com Securities Litigation, 3:00 CV 1884 (DJS)

| | DOCUMENT | DATE | AUTHOR | RECIPIENT | CC | SUBJECT | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 1 | E-MAILS (with attachments) | 9/12/00 and 9/13/00 | Evan S. Seideman, Esq. [Priceline.com, Inc.] | Robert Bass; Thomas Kealion | | Advice on Staddian's proposed structure re: Priceline mortgage - $1.5mm Receivable | Attorney/Client |

# EXHIBIT C

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

November 22, 2005

BY FEDERAL EXPRESS

Jacob B. Perkinson, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT  05403

Re:    In re:  Priceline.com, Inc. Securities Litigation

Dear Jake:

We have been informed that counsel for Priceline.com, Inc. ("Priceline") has withdrawn the company's assertion of privilege with respect to one of the two documents withheld at their request from the production by Deloitte & Touche LLP ("D&T") on October 28, 2005.  Accordingly, we enclose a document Bates-numbered D&T 0022050.

Please direct questions or concerns related to the other document that continues to be withheld at the request of Priceline to counsel for Priceline.  We understand that Priceline has sent to you a privilege log listing this document.

Pursuant to the Protective Order entered by the Court on January 19, 2005, D&T has designated the enclosed document "Confidential."

Very truly yours,

Kenneth M. Katz

Enclosure

47, Avenue Georges Mandel       1775 I Street, N.W.       350 South Grand Avenue       201 South Biscayne Boulevard       Akasaka Tokyu Building 6F       101 Hudson Street
75116 Paris, France       Washington, D.C.       Los Angeles, California       Miami, Florida       2-14-3 Nagata-cho, Chiyoda-ku       Jersey City, New Jersey
(33) (1) 44.05.80.00       20006-2401       90071-3442       33131-4332       Tokyo 100-0014 Japan       07302-3918
       202-721-4600       213-613-2800       305-358-1666       (81) (3) 3539-2771       201-536-9220

NY 1003873_1.DOC

Hughes Hubbard & Reed LLP

Page 2

cc:

Erin Green Comite, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, Connecticut  06415

Jules Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, New York  10017

James G. Hein, Jr., Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10010-7475

William J. Kelleher III, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597