UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: Priceline.com Inc.     :     Master File No.
Securities Litigation
                              :     3:00cv1884 (DJS)

-----------------------------------------------------------   :

This document relates to: All Pending Actions

                              :

                                    January 3, 2006

                              :

## MOTION TO EXTEND TIME

Defendants priceline.com Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas ("Defendants") hereby move for a thirty (30) day extension of time—from January 4, 2006 to February 3, 2006—to respond to Plaintiffs' Third Motion to Compel Discovery from Deloitte & Touche, LLP ("Deloitte"), which was filed under seal on December 14, 2005 (Docket Entry No. 246).

1.     Plaintiffs' motion seeks to compel production of a single document that was withheld from Deloitte's recent voluminous document production, at the request of the Defendants, on the grounds that the document is covered by the attorney-client privilege. The document was listed on a privilege log provided to the Plaintiffs by the Defendants on November 22, 2005.

STAM1-804230-1

2.  Defendants maintain that the document in question is privileged. We further believe that the document is not relevant to the allegations in this case as set forth in the Consolidated Amended Complaint.

3.  In an effort to resolve this motion without further involvement of the Court, the Defendants offered to have Deloitte produce the document on the condition that the Plaintiffs agree that such production would not waive any applicable privilege as to any other document i.e., that the production of the document would not constitute a subject matter waiver concerning the contents of the document and that the Plaintiffs withdraw their motion to compel. Plaintiffs refused that offer.

4.  Further, the Defendants have sought an extension of time to respond to the motion, but Plaintiffs' counsel has refused to consent to the requested extension of time.

5.  Defendants therefore request 30 days to respond to the motion. Defendants need the additional time to respond to the motion, which was filed shortly before the year-end holidays, because more time is needed to confer with the counsel named on and involved with this document. Defendants submit that in these circumstances, the interests of judicial economy are best served by the above-requested extension of time. There is also no prejudice to any party due to the requested extension.

6.  This is the first request for an extension of time by Defendants with regard to this motion.

For the foregoing reasons, Defendants respectfully request that the Court grant the requested extension of time up to and including February 3, 2006.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK

*/s/*

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com


Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas,*
*Daniel Schulman and Richard S. Braddock*

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the ECF electronic court filing system on this 4th day of January, 2006:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
| --- | --- |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

_____
William J. Kelleher, III