**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : : : : : : : : | MASTER FILE NO. 3:00CV01884(DJS) |
| _____ |  |  |
| This document relates to: |  |  |
| ALL ACTIONS |  |  |

### DEFENDANT JAY S. WALKER'S JANUARY 10, 2006 STATUS REPORT ON THE PRODUCTION OF ELECTRONIC DISCOVERY

In compliance with the Court's April 6, 2005 Order, counsel for Plaintiffs and Defendant Jay S. Walker held numerous conference calls during April, May, June, July, and August, 2005, regarding the possible production of 181 back-up tapes in Mr. Walker's possession. To facilitate discussion, counsel for Mr. Walker grouped the 181 tapes into 16 groups based on their handwritten labels. At Mr. Walker's expense, counsel had 16 of these tapes – one tape from each group – restored to a "native file" format. Although the data on those 16 tapes was too voluminous for a page-by-page search and could not be searched or organized electronically without further processing, counsel performed spot checks of these 16 tapes to get a feel for the kind of files that each contained and to make informed guesses as to the contents of the remaining tapes. Based on the spot checks, counsel formed the belief that at least 173 of the 181 tapes are unlikely to contain any data that is either relevant or responsive to Plaintiffs' document requests.

Mr. Walker provided Plaintiffs with information about how the tapes were maintained when they came into Mr. Walker's possession; produced to Plaintiffs photocopies of the handwritten labels on all of the tapes; and, following the spot-checks, provided Plaintiffs with information about the servers for these 16 tapes.  Mr. Walker's counsel also made their IT advisor available to answer Plaintiffs' questions about the tapes and prepared memoranda for Plaintiffs summarizing counsel's conclusions about the tapes based on the spot-checks.  Counsel for Mr. Walker also informed Plaintiffs' counsel that, based on their spot-checking of the restored sample tapes, they believed that only 8 of the 181 tapes might contain emails.  Mr. Walker's counsel also informed Plaintiffs' counsel about the extraordinary costs and burdensomeness associated with producing data from just these eight tapes, let alone all 181 tapes.

On September 22, 2005, Plaintiffs filed a motion to compel production of all 181 tapes.  On December 9, 2005, this Court issued an order concerning the production of these back-up tapes.  Subsequent to this December 9, 2005 Order, the IT staff for Mr. Walker's counsel printed out a "catalog" for one of the tapes that counsel believed was likely to contain emails ("Tape 15").  On January 3, 2006, counsel for Mr. Walker and counsel for Plaintiffs conducted a telephone conference concerning the back-up tapes.  Counsel for Mr. Walker described the information contained in the catalog for Tape 15.  The catalog shows that Tape 15 contains a number of .pst files (email files) and lists a number of the individuals whose emails it is believed may be contained in each such file.  The parties agreed that Mr. Walker would provide Plaintiffs with such catalogs for each of the 16 tapes that already have been restored.  The catalogs show, for the files contained on each tape: the file names, the folders, the date last modified,  the time

last modified, and the size of the files in bytes.[1] Because Mr. Walker already has paid approximately $6000 to have these 16 tapes restored to a native file format, it was possible to print out these catalogs without incurring any additional vendor costs.

Once Plaintiffs review these catalog pages, they will determine whether they desire to obtain such catalog pages for the remaining 165 tapes that have not yet been restored and whether they are willing to pay the vendor costs for obtaining these additional catalog pages.

As of the date of this filing, counsel for Mr. Walker has forwarded to Plaintiffs' counsel Bates-stamped print outs of the catalogs for each of the 16 tapes that have been restored to date. These catalogs for the 16 tapes totaled 12,922 pages.

Dated: January 10, 2006                               Respectfully submitted,

/s/ Carl W. Mullis, III
J. Allen Maines (phv0013)
Carl W. Mullis (phv0158)
Summer B. Joseph (phv0160)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA  30308-2222
Telephone:  (404) 815-2400
Facsimile:   (404) 815-2424
allenmaines@paulhastings.com
carlmullis@paulhastings.com
summerjoseph@paulhastings.com

*Attorneys for Defendant Jay S. Walker*

---

[1] As the parties discussed, some of the "last modified" dates and times shown on these catalog pages could reflect the date a file was reviewed by counsel for Mr. Walker during their spot-check of the tapes.  This is because the catalogs were created by Mr. Walker's counsel from a copy set of the tapes received from the vendor.  If the parties decide to process any of these files, they can be processed from the files still with the vendor, not the reviewed copy set.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>:   MASTER FILE NO.<br>:   3:00CV01884(DJS)<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of January 2006, I electronically filed DEFENDANT JAY S. WALKER'S JANUARY 10, 2006 STATUS REPORT ON THE PRODUCTION OF ELECTRONIC DISCOVERY with the Clerk of Court using the CM/ECF system which will automatically send email notification to the following attorneys of record:

Daniel Slifkin, Esq.
James G. Hein, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Joseph L. Clasen, Esq.
William J. Kelleher, III, Esq.
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT  06904-2305

Jules Brody, Esq.
Aaron Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY  10017

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
Peter McDougall, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT  05403

David R. Scott, Esq.
Erin Green Comite, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

Geoffrey M. Johnson, Esq.
Scott & Scott, LLC
33 River Street
Chagrin Falls, OH  44022

| | |
|---|---|
| Andrew W. Schatz, Esq.<br>Joel S. Nobel, Esq.<br>Schatz & Nobel<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103 | J. Daniel Sagarin, Esq.<br>Hurwitz Sagarin & Slossberg<br>147 North Broad Street<br>P.O. Box 112<br>Milford, CT  06460-0112 |

I hereby further certify that I have served a true and exact copy of the above-referenced DEFENDANT JAY S. WALKER'S JANUARY 10, 2006 STATUS REPORT ON THE PRODUCTION OF ELECTRONIC DISCOVERY on the following attorneys via U.S. First Class Mail addressed as follows:

| | |
|---|---|
| Daniel Slifkin, Esq.<br>James G. Hein, Esq.<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019 | Joseph L. Clasen, Esq.<br>William J. Kelleher, III, Esq.<br>Robinson & Cole, LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT  06904-2305 |
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY  10017 | Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Peter McDougall, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403 |
| David R. Scott<br>Erin Green Comite<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415 | Geoffrey M. Johnson, Esq.<br>Scott & Scott, LLC<br>33 River Street<br>Chagrin Falls, OH  44022 |

| | |
|---|---|
| Andrew W. Schatz, Esq. | J. Daniel Sagarin, Esq. |
| Joel S. Nobel, Esq. | Hurwitz Sagarin & Slossberg |
| Schatz & Nobel | 147 North Broad Street |
| One Corporate Center | P.O. Box 112 |
| 20 Church Street, Suite 1700 | Milford, CT  06460-0112 |
| Hartford, CT  06103 | |

This 10th day of January, 2006.

By: /s/ Carl W. Mullis, III
  J. Allen Maines (phv0013)
  Carl W. Mullis, III (phv0158)
  Summer B. Joseph (phv0160)
  PAUL, HASTINGS, JANOFSKY &
  WALKER, LLP
  600 Peachtree Street, N.E., Suite 2400
  Atlanta, GA  30308-2222
  Telephone:  (404) 815-2400
  Facsimile:   (404) 815-2424
  allenmaines@paulhastings.com
  carlmullis@paulhastings.com
  summerjoseph@paulhastings.com
  *Attorneys for Defendant Jay S. Walker*