## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re:  Priceline.com Inc.<br>Securities Litigation | : | Master File No. |
| | : | 3:00cv1884 (DJS) |
| -------------------------------------------------------- | : | |
| This document relates to:   All Pending Actions | : | |
| | : | January 10, 2006 |
| | : | |

### STATUS REPORT ON THE PRODUCTION OF ELECTRONIC INFORMATION

Defendants priceline.com Inc., Richard S. Braddock, Daniel H. Schulman and N.J.

Nicholas ("Defendants") submit this Status Report on the Production of Electronic Information,

as directed in the Court's Memorandum of Decision and Order of December 8, 2005 (the

"Order").  Defendants set forth below the four categories of information requested by the Court

in its Order.

    1.    <u>Emails.</u>

To date, the Defendants have produced some 347,695 pages of emails from the snapshot

and the departed employee tapes, which represents approximately 85% of the available and

responsive emails.  Defendants previously produced several thousand pages of emails from the

hard paper files in the Defendants' possession.  Defendants expect to complete the production of

emails by February 15, 2006.

Plaintiffs requested that we produce responsive emails from the email files of 113

individuals.  Email data is not available and does not exist on the snapshot for approximately 33

of those individuals.  We believe that is because those individuals were employees of WebHouse and/or did not have email accounts with priceline.com.

      2.    <u>Non-email electronic material.</u>

While plaintiffs' motion to compel regarding electronic discovery was still pending, we undertook to start an initial review of the non-email data reasonably believed to be responsive to plaintiffs' discovery requests.  By letter dated November 8, 2005, we proposed general search parameters and provided plaintiffs with the results of a preliminary search performed by our electronic document vendor.[1]  We told plaintiffs that our vendor had searched the bulk of the non-email material on the snapshot for the terms "WebHouse" or "Web House" or "WHC".[2] That search yielded approximately 30,000 files, which our vendor estimated would translate to approximately 400,000 pages of documents.  We suggested that our production of non-email electronic material begin with non-privileged, responsive documents contained within those 400,000 pages.  We further suggested that negotiations regarding search terms resume, and asked that plaintiffs propose the next set of search terms.

By letter dated November 16, 2005, plaintiffs effectively rejected our invitation to resume negotiations and our request that they propose the next set of search terms.  Plaintiffs expressed neither approval nor disapproval of the general search parameters and initial set of specific

---

[1] Copies of the relevant correspondence between the plaintiffs and the Defendants are annexed hereto.

[2] We believe that our initial set of search terms captures documents regarding WebHouse, which we understand to be at the core of plaintiffs' allegations, as the Court itself has previously stated in its rulings and decisions of record in this case.

search terms that we proposed. Instead, plaintiffs stated: "We believe it is appropriate for you to continue to produce any materials that you deem responsive to our discovery requests."

Following the Court's Order, on December 12, 2005, we wrote to plaintiffs and again sought their input on the general search parameters and search terms for the non-email electronic material since the parties had received the Court's Order on electronic materials. On December 19, 2005, the plaintiffs wrote a letter to us in which they essentially agreed to our initial search parameter proposals, including the time frame of documents to be searched (documents last modified during the period beginning March 1, 1999 and ending April 1, 2001), and indicated that they wanted certain types of document files to be searched and others to be excluded from the search. The plaintiffs also agreed to our proposal that they provide us with the next list of search terms for the snapshot, subject to being informed of the type of search performed on the snapshot by Defendants' electronic document vendor. On December 20, the parties met and conferred on these matters and will be conferring further to attempt to reach agreement on all search terms and parameters for the non-email data on the snapshot and the departed employee tapes.

    3.    <u>Back up tapes.</u>

On August 11, 2005, Defendants provided the plaintiffs with the available information about the back up tapes, including photocopies of the labels on those tapes, some of which indicated the type and manufacturer of the tape, the dates of the tapes and the server(s) backed up. On December 20, the parties met and conferred on this matter, and will be conferring further

to attempt to reach agreement on what restoration of the back up tapes is sensible.  The parties discussed possible electronic document vendors who might be considered to restore the tapes. The plaintiffs requested that we attempt to provide them with additional information about the tapes.  The Defendants have obtained what little more information is available about the tapes and our electronic document vendor's initial efforts at restoration, and will provide that information to the plaintiffs.  As we informed plaintiffs as early as August, 2005, however, our electronic document vendor's preliminary efforts to restore those back up tapes failed, and we have been told that the restoration of the tapes will likely be very costly and difficult, if even possible at all.  At this time, no back up tapes in the possession of the Defendants have been selected for restoration.

4.     The Defendants reserve their right to seek cost-shifting in connection with the restoration of electronic material, as specifically permitted by the Order.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone:  (203) 462-7500
Fax:  (203) 462-7599
jclasen@rc.com
wkelleher@rc.com


Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Fax:  (212) 474-3700
dslifkin@cravath.com

*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas,*
*Daniel Schulman and Richard S. Braddock*

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of

record listed below via the ECF electronic court filing system on this 10th day of January, 2006:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq. | Andrew M. Schatz, Esq. |
| Scott & Scott, LLC | Jeffrey S. Nobel, Esq. |
| 108 Norwich Avenue | Justin S. Kudler, Esq. |
| P.O. Box 192 | Schatz & Nobel, PC |
| Colchester, CT  06415 | One Corporate Center |
| Tel:  860-537-3818 | 20 Church Street, Suite 1700 |
| Fax:  860-537-4432 | Hartford, CT  06103-3202 |
|  | Tel:  860-493-6292 |
| Jules Brody, Esq. | Fax:  860-493-6290 |
| Aaron Brody, Esq. |  |
| Stull Stull & Brody |  |
| 6 East 45th Street |  |
| New York, NY  10017 |  |
| Tel:  212-687-7230 |  |
| Fax:  212-490-2022 |  |
|  |  |
| Dennis J. Johnson, Esq. |  |
| Jacob B. Perkinson, Esq. |  |
| Johnson & Perkinson |  |
| 1690 Williston Road |  |
| South Burlington, VT  05403 |  |
| Tel:  802-862-0030 |  |
| Fax:  802-862-0060 |  |

| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

William J. Kelleher, III

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

GEORGE J. GILLESPIE, III
THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.

JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
W. CLAYTON JOHNSON
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER

JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO

SPECIAL COUNSEL
SAMUEL C. BUTLER
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

November 8, 2005

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Erin:

Our view is that the process of searching and producing non-email material from the snapshot and the departed employee tapes should continue while plaintiffs' motion regarding electronic discovery is pending. However, it does not make sense for us to proceed without your agreement on general search parameters and specific search terms. Accordingly, we suggest that negotiations regarding search terms resume and make several proposals below.

We propose two general search parameters:

1. We will search documents "last modified" during the period beginning March 1, 1999 and ending April 1, 2001.

2. We will search text files—word processing files, spreadsheets, databases, presentations and PDF files. We will not search program and program support files, such as ".ini", ".dll" and ".exe" files.

Applying those two search parameters, our vendor searched the bulk of the non-email material on the snapshot for the terms "Webhouse" or "Web House" or "WHC".[1] That search yielded approximately 30,000 files. Our vendor estimates that those 30,000 files translate to approximately 400,000 pages of documents.

---

[1] The search did not include "Jay Walker Mac Data 1", "Jay Walker Mac Data 2" or "Jay Walker Mac Data 3". (See enclosed spreadsheet.) It also did not include the departed employee tapes.

We propose that our production of non-email material from the snapshot and the departed employee tapes begin with non-privileged, responsive documents from that set of 30,000 files.

We think it makes sense for you to suggest the next set of search terms.

Enclosed please find a spreadsheet that shows, in technical terms, the contents of the snapshot and the quantity of electronic material contained on it. The spreadsheet is being provided subject to the agreement memorialized by our August 11 letter and your August 15 letter.

Sincerely,

James G. Hein, Jr.

Erin Comite, Esq.
Scott + Scott, LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415

Encl.

BY FACSIMILE AND FIRST CLASS MAIL

Copies w/encl. to:

Peter McDougall, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

William J. Kelleher, III, Esq.
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06904-2305

Carl W. Mullis, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, NE
24th Floor
Atlanta, GA 30308

BY FACSIMILE



November 16, 2005

**VIA OVERNIGHT MAIL**

James G. Hein, Jr., Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-4475

Re:  **In re Priceline.com Securities Litigation, Civil Action No. 00cv1884**

Dear Jim:

We have received your letter dated November 8, 2005 regarding the snapshot and departed employee back-up tapes in Defendants' possession.  As Defendants are well aware, Plaintiffs attempted, in good faith over a six month period, to reach an agreement with Defendants regarding the production of materials stored in electronic from.  However, these attempts failed and Plaintiffs were forced to file a motion to compel the production of electronically stored materials.

Plaintiffs are entitled to the production of all the materials stored electronically in their native file format and have moved the Court accordingly. We believe it is appropriate for you to continue to produce any materials that you deem responsive to our discovery requests.  Once you complete your production and we have an opportunity to review the same, we will consider whether a withdrawal of our motion is appropriate.

Sincerely,

Erin Green Comite

Cc:    David R. Scott, Esq.
       Geoffrey M. Johnson, Esq.
       Jacob B. Perkinson, Esq. & Peter J. McDougall, Esq. (via U.S. mail)

       William J. Kelleher, III, Esq. (via overnight mail)
       Robinson & Cole, LLP
       695 East Main Street
       Stamford, CT 06904-2305

James G. Hein, Jr.
November 16, 2005
Page 2 of 2


Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

GEORGE J. GILLESPIE, III
THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.

JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH

ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO

SPECIAL COUNSEL
SAMUEL C. BUTLER
THOMAS D. BARR

———

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

December 12, 2005

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Erin:

In light of the Court's December 8, 2005 Order regarding electronic discovery, we refer you to our letter of November 8, 2005, in which we sought your input on general search parameters and specific search terms for the non-email material on the snapshot and the departed employee tapes. Once again, we are seeking your input. We look forward to hearing from you and are available to discuss the search at your convenience.

Sincerely,

James G. Hein, Jr.

Erin Comite, Esq.
   Scott + Scott, LLC
     P.O. Box 192
      108 Norwich Avenue
       Colchester, CT 06415

BY FACSIMILE AND FIRST CLASS MAIL

Copies to:

Peter McDougall, Esq.
    Johnson & Perkinson
        1690 Williston Road
        P.O. Box 2305
            South Burlington, VT 05403

William J. Kelleher, III, Esq.
    Robinson & Cole LLP
        695 East Main Street
            Stamford, CT 06904-2305

Carl W. Mullis, Esq.
    Paul, Hastings, Janofsky & Walker LLP
        600 Peachtree Street, NE
        24th Floor
            Atlanta, GA 30308

BY FACSIMILE

# JOHNSON & PERKINSON

### ATTORNEYS AT LAW
1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VERMONT 05403
www.jpclasslaw.com

DENNIS J. JOHNSON
ALSO ADMITTED TO PA AND DC*

JACOB B. PERKINSON
ALSO ADMITTED TO ME

*INACTIVE

JAMES F. CONWAY, III
ALSO ADMITTED TO MA

PETER J. McDOUGALL
ALSO ADMITTED TO MA

STACEY K. PORTER
ADMITTED TO MA & NY ONLY

TELEPHONE (802) 862-0030
TELECOPIER (802) 862-0060
E-MAIL email@jpclasslaw.com

December 19, 2005

*VIA* FACSIMILE AND U.S. MAIL
James G. Hein, Jr.
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eight Avenue
New York, NY 10019

RE:   *In re: Priceline.com Securities Litigation,* 3:00CV1884 (DJS) (D.Conn.)

Dear Jim:

In anticipation of our meet and confer scheduled for Tuesday, December 20, 2005 at 11 a.m., I write regarding the production of materials from the snapshot, departed employee tapes and the 42 back-up tapes in the Priceline Defendants possession.

In your November 8, 2005 letter regarding the snapshot and departed employee tapes you proposed two general search parameters:

1.   that you will search documents "last modified" during the period beginning March 1, 1999 and ending April 1, 2001; and

2.   that you will search text files-word processing files, spreadsheets, databases, presentations and PDF files and that you will not search program and program support files, such as ".ini", ".dll" and ".exe" files.

We agree to your proposal to search materials "last modified" during the relevant time period as established by the Court's April 8, 2005, Order. Plaintiffs reserve their right to expand the time period to be searched if it appears this period does not capture all responsive materials. With regard to the types of files that are to be searched, we agree that program and program support files need not be searched at this time. However, instead of choosing certain types of files to be searched, we propose certain types of

### JOHNSON & PERKINSON
#### ATTORNEYS AT LAW

files (*i.e.* program files) be eliminated from the search. It is our understanding that vendors typically have software that allows the vendor to eliminate program files from the files searched. This allows for a more complete search of files that are likely to contain responsive information. Please confirm your vendor is able to eliminate program files from the files to be searched on the snapshot and please provide a list of the file types and/or extensions that your vendor will eliminate.

Additionally, Plaintiffs agree to provide search terms for your search of the snapshot and departed employee back-up tapes. In doing so, Plaintiffs reserve the right to revise any previously submitted search terms and add additional search terms. To assist Plaintiffs in developing a search term list, please advise us as to how you intend to search the materials and what search program is being used. For example, it is necessary to know whether you are conducting a Boolean search, a keyword search and/or a proximity search.

Furthermore, in light of the Court's December 8, 2005 Order, we would like to discuss how to proceed in determining which of the 42 back-up tapes in the Priceline Defendants' possession should be restored and searched for responsive information. In order to begin that process, additional information is required. Please inform us what types of tapes Defendants have in their possession, the size of those tapes, what software program was used to create the back-up tapes and please provide us with photocopies of any labels that are on the tapes. Additionally, we are interested in whether Priceline is capable of determining what is on any of the back-up tapes, particularly any back-up tapes that were created after the mid-2000 change from a manual back-up system to an automated back-up system. Finally, please provide any information that you obtained in attempting to restore any of the back-up tapes in your possession.

Sincerely,

Peter J. McDougall

cc:     William J. Kelleher, III, Esq.
        David Scott, Esq.
        Geoffrey Johnston, Esq.
        Jacob B. Perkinson, Esq.
        Erin Comite, Esq.