# Exhibit A



"Erin G. Comite"
<ecomite@scott-scott.com>
01/03/2006 11:57 AM

To  jhein@cravath.com

cc  "David R. Scott" <drscott@scott-scott.com>, "Jake Perkinson" <jperkinson@jpclasslaw.com>, "Geoff Johnson" <gjohnson@scott-scott.com>, "Peter McDougall" <pmcdougall@jpclasslaw.com>, "Erin G. Comite" <ecomite@scott-scott.com>

Subject  Deloitte privileged document

In response to your call to me on Friday, 12/30, and offer to produce the document withheld from the Deloitte production based on privilege if we agree that such production does not waive any privilege as to any other document, we cannot agree to such an arrangement. We are not willing to make concessions to obtain a document that we believe should be produced anyway.

Erin Green Comite
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
860-537-5537
860-537-4432 (fax)