IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | : Master File No.<br>: 3:00cv1884 (DJS)<br>:<br>: DECLARATION OF<br>: EVAN S. SEIDEMAN<br>:<br>: February 3, 2006<br>: |

I, Evan S. Seideman, declare as follows:

1. I am a member in good standing of both the bar of the State of Connecticut and the bar of the State of New York. I was admitted to practice in the State of Connecticut in 1996 and in the State of New York in 1997, and I have been practicing law since 1996. Since 2005, I have been a partner at Edwards Angell Palmer & Dodge LLP, Three Stamford Plaza, 301 Tresser Boulevard, Stamford, CT 06901. All information contained in this declaration is made on the basis of my personal knowledge, unless otherwise stated.

2. From September 30, 1999 to February 23, 2001, I was Vice President and Associate Counsel at priceline.com Incorporated ("priceline").

3. I understand that plaintiffs in the above-captioned securities case against priceline have moved to compel production of a document that includes an email and attachment that I sent to two individuals at Deloitte & Touche, LLP ("D&T") on September 12, 2000 ("the Document"). I also understand that priceline objects to the production of the Document on the grounds that it is protected by the attorney-client privilege. I have reviewed the Document, and I am familiar with its contents.

4.  The attachment to my September 12, 2000 email was prepared for priceline by Steve Daniels, Esq. of Skadden, Arps, Slate, Meagher & Flom LLP, counsel to priceline. That attachment contains legal advice to priceline regarding alternative structures for a loan between priceline and Allprice Holdings, Inc.

5.  In order to advise priceline effectively with respect to the alternative contractual structures proposed by Mr. Daniels, I needed to understand sophisticated accounting concepts implicated by those alternatives that were beyond my expertise. Accordingly, in my September 12, 2000 email, I requested that D&T assist me in understanding Mr. Daniels' legal advice. I intended my email to be a privileged, confidential communication, and I believed that D&T would treat it accordingly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2006.

_____
Evan S. Seideman

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the ECF electronic court filing system on this 3rd day of February, 2006:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr. | Attorneys for Defendant Jay S. Walker |
|---|---|
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>Paul, Hastings, Janofsky & Walker LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |

/s/ William J. Kelleher III
---
William J. Kelleher, III