UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION : : : : | |
| ──────────────────────────────── : : | MASTER FILE NO. 3:00CV01884(DJS) |
| This document relates to: : : | February 17, 2006 |
| ALL ACTIONS : : | |

**NOTICE OF MANUAL FILING**

Please take notice that Plaintiffs have manually filed **Exhibit A** to Reply Memorandum In Further Support Of Plaintiffs' Third Motion To Compel Discovery From Deloitte & Touche, LLP.

This document has not been filed electronically because the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d). The document has been manually served on all parties.

Dated: February 17, 2006

Respectfully submitted,

_____/S/_____
SCOTT + SCOTT, LLC
David R. Scott (CT16080)
drscott@scott-scott.com
Erin Green Comite (CT24886)
ecomite@scott-scott.com
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 537-4432

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**Co-Lead Counsel**

1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 17, 2006, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

                                                                                                 _____/S/_____

                                                                                           Erin Green Comite

**SERVICE LIST**

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Eric W. Wiechmann
Thomas J. Finn
McCarter & English
CityPlace I
185 Asylum
Hartford, CT 06103

Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901

William R. Maguire
Sarah Loomis Cave
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004