## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re:  Priceline.com Inc. | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (DJS) |
| -------------------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| All Pending Actions | : | |
| | : | |
| | : | March 9, 2006 |

### STATUS REPORT ON THE PRODUCTION OF ELECTRONIC INFORMATION

Defendants priceline.com Inc. ("priceline"), Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas (collectively, "Defendants") submit this Status Report on the Production of Electronic Information, as directed in the Court's Memorandum of Decision and Order of December 8, 2005 (the "Order").  This report updates the information provided in Defendants' January 10 and February 10 Status Reports on the Production of Electronic Information, and Defendants incorporate by reference those Reports.

1.     Emails.

To date, Defendants have produced more than 450,000 pages of emails from the snapshot and the departed employee tapes.[1]  Defendants believe that the production of emails from the snapshot and the departed employee tapes is now complete.  On February 24, 2006, Defendants provided plaintiffs with a list of the 33 people (from the list of 113 people) whose emails plaintiffs had requested but who do not have an email account on the snapshot or the departed employee tapes.

---

[1] In our February 10, 2006 Report, we mistakenly stated that we had produced 586,547 pages of emails.  That figure, however, was the total number of pages produced by Defendants as of that date, and so included both our email production and our paper production.

STAM1-808334-1

2.    <u>Non-email electronic material.</u>

We are continuing to review the approximately 400,000 pages of documents yielded by our initial set of search terms, and we will produce responsive, non-privileged documents from that set on a rolling basis.

By letter dated February 15, 2006,[2] plaintiffs provided us with a list of proposed search terms. That list has over 637 terms, including hundreds of generic words and numbers (and even several expletives), that are not related to the case and/or that are so common that they would undoubtedly yield a huge volume of non-responsive material. For example, plaintiffs would have us search the voluminous amount of electronic material for any document in which the terms "125", "Bob", "Sell" or "Ass" appear, as well as for any document in which any of 633 other terms appear. Plaintiffs' list calls for a search that would necessarily generate enormous quantities of irrelevant information, the review of which would be enormously and unduly burdensome for priceline. By letter dated March 1, 2006, we advised plaintiffs that we do not believe the list was sent to us in good faith. It certainly does not provide a starting point for working with plaintiffs to agree on additional appropriate search terms.

In our March 1 letter, we also told plaintiffs that their letter of February 17 did, by contrast, provide an appropriate starting point for generating additional search terms. In that February 17 letter—which was not sent from the same co-lead counsel as the letter with the list of search terms—plaintiffs identified specific types of documents that they are seeking. In response, we told plaintiffs: "[W]e are happy to work with you to develop search terms that will capture those documents. For example, 'intercompany charge review' and 'Adaptive Marketing

---

[2] Copies of the correspondence cited in this report are attached.

2

Daily Performance Reports' appear to us to be reasonable search terms, and we plan to ask our vendor to run a search of the snapshot for documents containing those terms." We further stated: "[W]e think [the February 17] letter will be useful to all of us in devising search terms that will capture relevant documents in an efficient, cost-effective manner. We urge you to coordinate— as you are required to do in your capacity as co-lead counsel—to reconcile the widely divergent approaches to discovery reflected in your [February 15 and 17] letters. Once you have done that, please advise us how you wish to proceed." We are now awaiting plaintiffs' response.

     3.    <u>Back-up tapes.</u>

By letter dated February 28, 2006, we notified plaintiffs that our electronic vendor's attempt to access the data on certain back-up tapes using back-up software located by priceline was not successful. We will have those tapes sent to eMag, an electronic media company proposed by plaintiffs, so that eMag can attempt to generate an index or catalog of their contents. We have asked plaintiffs to provide us with contact information for the persons at eMag who are familiar with this project.

In our February 28 letter, we also asked plaintiffs to respond to our request that they tell us whether they want us to instruct our vendor to attempt to access the data on certain back-up tapes using the tape drive located by priceline. We reminded plaintiffs that such an attempt carries the risk of doing damage to the tapes, given the age of both the tapes and the tape drive. Once we hear from plaintiffs, we will know whether we should have those back-up tapes delivered to eMag as well.

At this time, no back-up tapes in the possession of Defendants have been selected for restoration.

4.    Defendants continue to reserve their right to seek cost-shifting in connection with electronic discovery, as specifically permitted by the Order.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS, DANIEL H. SCHULMAN
AND RICHARD S. BRADDOCK

/s/ William J. Kelleher, III
Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone:  (203) 462-7500
Fax:  (203) 462-7599
jclasen@rc.com
wkelleher@rc.com

Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Fax:  (212) 474-3700
dslifkin@cravath.com

## **CERTIFICATION**

I hereby certify that the foregoing was filed with the Court and served on all counsel of

record listed below via the ECF electronic court filing system on this 9th day of March, 2006:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq. | Andrew M. Schatz, Esq. |
| Scott & Scott, LLC | Jeffrey S. Nobel, Esq. |
| 108 Norwich Avenue | Justin S. Kudler, Esq. |
| P.O. Box 192 | Schatz & Nobel, PC |
| Colchester, CT 06415 | One Corporate Center |
| Tel: 860-537-3818 | 20 Church Street, Suite 1700 |
| Fax: 860-537-4432 | Hartford, CT 06103-3202 |
| | Tel: 860-493-6292 |
| Jules Brody, Esq. | Fax: 860-493-6290 |
| Aaron Brody, Esq. | |
| Stull Stull & Brody | |
| 6 East 45th Street | |
| New York, NY 10017 | |
| Tel: 212-687-7230 | |
| Fax: 212-490-2022 | |
| | |
| Dennis J. Johnson, Esq. | |
| Jacob B. Perkinson, Esq. | |
| Johnson & Perkinson | |
| 1690 Williston Road | |
| South Burlington, VT 05403 | |
| Tel: 802-862-0030 | |
| Fax: 802-862-0060 | |

| **Attorneys for priceline.com, Inc.,** **Richard S. Braddock, Daniel H.** **Schulman and N.J. Nicholas, Jr.** | **Attorneys for Defendant Jay S. Walker** |
| --- | --- |
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |

/s/ William J. Kelleher, III
William J. Kelleher, III

# JOHNSON & PERKINSON

## ATTORNEYS AT LAW

1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VERMONT 05403
www.jpclasslaw.com

DENNIS J. JOHNSON
ALSO ADMITTED TO PA AND DC*

JACOB B. PERKINSON
ALSO ADMITTED TO ME

*INACTIVE

JAMES F. CONWAY, III
ALSO ADMITTED TO MA

PETER J. MCDOUGALL
ALSO ADMITTED TO MA

STACEY K. PORTER
ADMITTED TO MA & NY ONLY

TELEPHONE (802) 862-0030
TELECOPIER (802) 862-0060
E-MAIL email@jpclasslaw.com

February 15, 2006

Via Facsimile and U.S. Mail
James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Re:    In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)

Dear Jim:

I hope all is well. Attached as Exhibit A are search terms Plaintiffs have agreed to provide Defendants to assist in your review of materials stored electronically. We will be supplementing this list with additional search terms next week and reserve the right to revise and/or amend the list at anytime. It is our understanding that all derivations of the search terms provided will be searched.

Additionally, with regard to the back-up tapes in your possession, please let us know if your vendor was able to access any data on the back-up tapes in your possession using the software located by Priceline.

Please feel free to call should you have any questions.

Sincerely,

Peter McDougall

cc:    William Kelleher, Esq.
       Joseph Clasen, Esq.
       David Scott, Esq.
       Geoffrey Johnson, Esq.
       Erin Comite, Esq.



VIA FACSIMILE AND                              February 17, 2006
REGULAR MAIL

James G. Hein, Jr.                                    Carl W. Mullis, III
Cravath, Swaine & Moore LLP                           Paul Hastings Janofsky & Walker LLP
Worldwide Plaza                                       600 Peachtree Street
825 Eighth Avenue                                     Twenty-Fourth Floor
New York, NY 10019-7475                               Atlanta, GA 30308
(212) 474-3700                                        (203) 359-3031

William J. Kelleher, III
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904
(203) 462-7599

        Re:     In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)

Dear Jim, Bill and Carl:

        Having reviewed the vast majority of the documents you have produced to date, Plaintiffs
believe additional responsive documents exist that have not been produced. For instance, it is
clear from our review that there are numerous financial and operational reports that both
Priceline and Webhouse maintained and updated on an ongoing basis that have not been
produced. These materials are unquestionably discoverable and highly relevant to the allegations
at issue in this litigation. Moreover, these requested documents squarely fall within the purview
and scope of Plaintiffs' previously served document requests. Please review and produce the
following documents:

        1.      All notes, minutes, agendas and presentations for all "intercompany charge
review" or similar meetings referenced in PCLN 0178356-57;

        2.      All "Adaptive Marketing Daily Performance Reports," as referenced in PCLN
0176726-27;

ATTORNEYS AT LAW        CONNECTICUT        SCOTT + SCOTT          619 233-4565 VOICE
                        OHIO               600 B STREET          619 233-0508 FAX
                        CALIFORNIA         SUITE 1500            SCOTTLAW@SCOTT-SCOTT.COM
                                           SAN DIEGO, CA 92101    WWW.SCOTT-SCOTT.COM

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 2

3.    All documents concerning the "mandatory" or similar meetings referenced in PCLN 0176736-37, including but not limited to all notes, minutes, agendas and presentations;

4.    All documents concerning the "taking over" and "restabilization of the infrastructure" by Priceline referenced in PCLN 0178495-505;

5.    All documents, including agendas, minutes, notes and presentations of all "Shared Services or similar Meetings," referenced in PCLN 204234-235;

6.    All "Daily Airline Flash Reports" as referenced in PCLN 0203872-3, as well as all documents that concern the technical glitch/event discussed therein that "cost [Priceline] at least one million in revenue and tens of thousands in unforecasted expenses.....";

7.    All "Priceline Website Traffic" or similar reports, referenced in PCLN 0182329-339;

8.    All documents concerning the "PCLN Capital Approval Process" referenced in PCLN 0181275-76; including but not limited to all notes, agendas, minutes and presentations for all related meetings;

9.    All documents concerning the "Wind Down Issues List" referenced in PCLN 0191884-888 including but not limited to the distribution list for this document and all notes, agendas, minutes and presentations for all such or similar meetings;

10.    All iterations of the "Operational Autonomy Plan," referenced in PCLN 0200755-758, and all documents concerning all meetings referenced in this email, including but not limited to all meeting notes, minutes, agendas and presentations;

11.    All documents concerning "Rationale for Licensed Affiliate Structure," referenced in PCLN 0175145-147 including but not limited to all iterations, distribution lists and all related meeting minutes, notes, agendas and presentations;

12.    All revenue projection or similar sheets for WHC referenced in PCLN 400512-526;

13.    All "Partner Revenue Write Offs" or similar reports, as referenced in PCLN 400315-322;

14.    All iterations of the reports enumerated in PCLN 399981-984;

15.    All "Priceline.com Inc. Weekly Update" or similar reports as referenced in PCLN 000091204- 91335;

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 3

16.   All iterations of the "Priceline Webhouse Club, Inc.-Webhouse Summary Statistics" or similar daily summary reports, referenced in JWALK 00320098-103;

17.   A distribution list for the document entitled "Priceline/Webhouse Club Shared Costs Discussion" referenced in JWALK 00155611-616, as well as the referenced exhibits and any minutes, notes and agendas and communications concerning this meeting;

18.   All iterations of "Proposed Structure of Priceline Web House Club, Inc.," referenced in JWALK 00283234-240, and all documents concerning this report, including but not limited to the distribution list and all notes, agendas, minutes and presentations for all meetings concerning the subject of this document;

19.   All documents concerning the "Webhouse Club-Wind Down" referenced in PCLN 0084724-33, including but not limited to all distribution lists for this document as well as all meeting minutes, emails, agendas, notes and presentations concerning the subject of this document;

20.   A distribution list for PCLN 00087631, and the binder referenced in this document and all documents concerning "the Retailers [having] expressed concern over their declining sales;"

21.   All WHC or weekly similar reports as referenced in PCLN 400512-526;

22.   All documents concerning the altering of accounting terminology "in order to avoid having to disclose large balance sheets amounts due from related parties" as referenced in PCLN 368758-760;

23.   The attachment to PCLN 391-851-852;

24.   All documents concerning PCLN's computer problems referenced in PCLN 444882-884;

25.   All documents concerning the subject matter of PCLN 521258-67; entitled, "Webhouse Gasoline Project-Architecture Systems Review and Analysis;"

26.   All documents concerning the subject matter of PCLN 414004-007;

27.   All documents concerning the layoffs of personnel, as referenced in PCLN 414897-898; and

28.   All documents concerning the subject matter of PCLN414878.

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 4


    Your prompt attention to these matters is appreciated. We hope that we can resolve these issues without having to involve the Court. We are, however, prepared to bring these issues to the Court's attention, if necessary. We also reserve our right to send you additional letters highlighting deficiencies in the production.

                        Sincerely yours,
                        SCOTT+SCOTT, LLC


                        Erin Green Comite

EGC:lla

cc:    David R. Scott (via facsimile 860-537-4432)
       Jacob B. Perkinson (via facsimile (802) 862-0060)
       Geoffrey M. Johnson (via facsimile 440-247-8275)
       Peter J. McDougall (via facsimile (803) 862-0060)

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

February 28, 2006

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Peter:

I write to follow up on my letter of February 8. In that letter, I explained that our electronic vendor would make another attempt to access the data on certain back-up tapes using back-up software located at priceline. That attempt was unsuccessful. Accordingly, we will have those tapes sent to eMag on the conditions described in my February 8 letter. Please let us know the person(s) at eMag with whom you spoke who will be familiar with this project.

We have not heard back from you regarding our request that you tell us whether you want us to instruct our vendor to attempt to access the data on certain back-up tapes using the tape drive located by priceline. As I pointed out in my February 8 letter, we have been told that any attempt to access the data on those tapes using the tape drive carries the risk of doing damage to the tapes. Accordingly, we will not tell our vendor to make such an attempt unless you specifically request that we do so. Please let us know.

Sincerely,

James G. Hein, Jr.

Peter McDougall, Esq.
    Johnson & Perkinson
      1690 Williston Road
        P.O. Box 2305
          South Burlington, VT 05403

BY FAX AND FIRST CLASS MAIL

Copies to:

Erin Green Comite, Esq.
    Scott + Scott, LLC
        P.O. Box 192
            108 Norwich Avenue
                Colchester, CT 06415

William J. Kelleher, III, Esq.
    Robinson & Cole LLP
        695 East Main Street
            Stamford, CT 06904-2305

Carl W. Mullis, Esq.
    Paul, Hastings, Janofsky & Walker LLP
        600 Peachtree Street, NE
            24th Floor
                Atlanta, GA 30308

BY FAX

# CRAVATH, SWAINE & MOORE LLP

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER

STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM

STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ

GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

March 1, 2006

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Erin and Peter:

I write in response to Peter's letter of February 15 and Erin's letter of February 17.

With respect Erin's letter, I can assure you that we have not withheld relevant documents from our production. We have given you all of the non-privileged, responsive documents that we have found so far. But as you know, we have only produced paper documents and email documents. The process of producing non-email electronic documents is ongoing, and accordingly, any discussion of the completeness of our production is premature.

Further, the alleged deficiencies that you itemize are not deficiencies at all. First, for some of the items, there is no basis for thinking that the allegedly missing documents exist. For example, just because a document says that a meeting took place does not mean that there were any notes, presentations or other documents associated with that meeting. Second, for other items, we know that we have in fact produced the types of documents that you claim have not been produced, including Adaptive Marketing Daily Performance Reports, Daily Airline Flash Reports, and Priceline Website Traffic Reports. Before you send us "additional letters highlighting deficiencies in our production", we urge you to take a closer look at the approximately 700,000 pages of documents that you already have from us, the majority of which are accompanied by searchable text files, and the approximately 325,000 pages of documents that you have from defendant Walker.

As I noted above, the production of non-email electronic documents is not complete. If you do not already have certain types of documents, then they may be contained on the snapshot. As you are well aware, the Court has directed us to try to

work together to agree on search terms for the non-email electronic material. In your February 17 letter, you identify specific types of documents that you are seeking, and we are happy to work with you to develop search terms that will capture those documents. For example, "intercompany charge review" and "Adaptive Marketing Daily Performance Reports" appear to us to be reasonable search terms, and we plan to ask our vendor to run a search of the snapshot for documents containing those terms. In that regard, we think Erin's letter provides an appropriate starting point for generating additional search terms.

By contrast, Peter's letter contains a list of search terms that is simply absurd. The list has over 637 terms, including hundreds of generic terms that are not related to the case and that are so common that they will undoubtedly yield an enormous volume of non-responsive material. By way of example, you would have us search the voluminous amount of electronic material for any document in which the terms "125", "Bob" or "Sell" appear. Overly broad and unduly burdensome does not even begin to describe a search including those terms. Nor is the inclusion of several expletives part of a reasonable search. Quite frankly, we believe that the list of search terms was not sent to us in good faith. It certainly is not a starting point for working together to agree on additional appropriate search terms.

As I said, we think Erin's letter will be useful to all of us in devising search terms that will capture relevant documents in an efficient, cost-effective manner. We urge you to coordinate—as you are required to do in your capacity as co-lead counsel—to reconcile the widely divergent approaches to discovery reflected in your respective letters. Once you have done that, please advise us how you wish to proceed.

Sincerely,

James G. Hein, Jr.

Erin Green Comite, Esq.
Scott + Scott, LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415

Peter McDougall, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

BY FAX AND FIRST CLASS MAIL

Copies to:

William J. Kelleher, III, Esq.
        Robinson & Cole LLP
            695 East Main Street
                Stamford, CT 06904-2305

Carl W. Mullis, Esq.
        Paul, Hastings, Janofsky & Walker LLP
            600 Peachtree Street, NE
                24th Floor
                    Atlanta, GA 30308

BY FAX