# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re:  Priceline.com Inc. | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (DJS) |
| ------------------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| All Pending Actions | : | |
| | : | |
| | : | March 9, 2006 |

### STATUS REPORT ON THE PRODUCTION OF ELECTRONIC INFORMATION

Defendants priceline.com Inc. ("priceline"), Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas (collectively, "Defendants") submit this Status Report on the Production of Electronic Information, as directed in the Court's Memorandum of Decision and Order of December 8, 2005 (the "Order"). This report updates the information provided in Defendants' January 10 and February 10 Status Reports on the Production of Electronic Information, and Defendants incorporate by reference those Reports.

1.    Emails.

To date, Defendants have produced more than 450,000 pages of emails from the snapshot and the departed employee tapes.[1] Defendants believe that the production of emails from the snapshot and the departed employee tapes is now complete. On February 24, 2006, Defendants provided plaintiffs with a list of the 33 people (from the list of 113 people) whose emails plaintiffs had requested but who do not have an email account on the snapshot or the departed employee tapes.

---

[1] In our February 10, 2006 Report, we mistakenly stated that we had produced 586,547 pages of emails. That figure, however, was the total number of pages produced by Defendants as of that date, and so included both our email production and our paper production.

STAM1-808334-1

2.    <u>Non-email electronic material.</u>

We are continuing to review the approximately 400,000 pages of documents yielded by our initial set of search terms, and we will produce responsive, non-privileged documents from that set on a rolling basis.

By letter dated February 15, 2006,[2] plaintiffs provided us with a list of proposed search terms. That list has over 637 terms, including hundreds of generic words and numbers (and even several expletives), that are not related to the case and/or that are so common that they would undoubtedly yield a huge volume of non-responsive material. For example, plaintiffs would have us search the voluminous amount of electronic material for any document in which the terms "125", "Bob", "Sell" or "Ass" appear, as well as for any document in which any of 633 other terms appear. Plaintiffs' list calls for a search that would necessarily generate enormous quantities of irrelevant information, the review of which would be enormously and unduly burdensome for priceline. By letter dated March 1, 2006, we advised plaintiffs that we do not believe the list was sent to us in good faith. It certainly does not provide a starting point for working with plaintiffs to agree on additional appropriate search terms.

In our March 1 letter, we also told plaintiffs that their letter of February 17 did, by contrast, provide an appropriate starting point for generating additional search terms. In that February 17 letter—which was not sent from the same co-lead counsel as the letter with the list of search terms—plaintiffs identified specific types of documents that they are seeking. In response, we told plaintiffs: "[W]e are happy to work with you to develop search terms that will capture those documents. For example, 'intercompany charge review' and 'Adaptive Marketing

---

[2] Copies of the correspondence cited in this report are attached.

2

Daily Performance Reports' appear to us to be reasonable search terms, and we plan to ask our vendor to run a search of the snapshot for documents containing those terms." We further stated: "[W]e think [the February 17] letter will be useful to all of us in devising search terms that will capture relevant documents in an efficient, cost-effective manner. We urge you to coordinate—as you are required to do in your capacity as co-lead counsel—to reconcile the widely divergent approaches to discovery reflected in your [February 15 and 17] letters. Once you have done that, please advise us how you wish to proceed." We are now awaiting plaintiffs' response.

3.     Back-up tapes.

By letter dated February 28, 2006, we notified plaintiffs that our electronic vendor's attempt to access the data on certain back-up tapes using back-up software located by priceline was not successful. We will have those tapes sent to eMag, an electronic media company proposed by plaintiffs, so that eMag can attempt to generate an index or catalog of their contents. We have asked plaintiffs to provide us with contact information for the persons at eMag who are familiar with this project.

In our February 28 letter, we also asked plaintiffs to respond to our request that they tell us whether they want us to instruct our vendor to attempt to access the data on certain back-up tapes using the tape drive located by priceline. We reminded plaintiffs that such an attempt carries the risk of doing damage to the tapes, given the age of both the tapes and the tape drive. Once we hear from plaintiffs, we will know whether we should have those back-up tapes delivered to eMag as well.

At this time, no back-up tapes in the possession of Defendants have been selected for restoration.

4.     Defendants continue to reserve their right to seek cost-shifting in connection with electronic discovery, as specifically permitted by the Order.


Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS, DANIEL H. SCHULMAN
AND RICHARD S. BRADDOCK


/s/ William J. Kelleher, III
Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone:  (203) 462-7500
Fax:  (203) 462-7599
jclasen@rc.com
wkelleher@rc.com


Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Fax:  (212) 474-3700
dslifkin@cravath.com

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the ECF electronic court filing system on this 9th day of March, 2006:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq. | Andrew M. Schatz, Esq. |
| Scott & Scott, LLC | Jeffrey S. Nobel, Esq. |
| 108 Norwich Avenue | Justin S. Kudler, Esq. |
| P.O. Box 192 | Schatz & Nobel, PC |
| Colchester, CT 06415 | One Corporate Center |
| Tel: 860-537-3818 | 20 Church Street, Suite 1700 |
| Fax: 860-537-4432 | Hartford, CT 06103-3202 |
| | Tel: 860-493-6292 |
| Jules Brody, Esq. | Fax: 860-493-6290 |
| Aaron Brody, Esq. | |
| Stull Stull & Brody | |
| 6 East 45th Street | |
| New York, NY 10017 | |
| Tel: 212-687-7230 | |
| Fax: 212-490-2022 | |
| | |
| Dennis J. Johnson, Esq. | |
| Jacob B. Perkinson, Esq. | |
| Johnson & Perkinson | |
| 1690 Williston Road | |
| South Burlington, VT 05403 | |
| Tel: 802-862-0030 | |
| Fax: 802-862-0060 | |

| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.** | **Attorneys for Defendant Jay S. Walker** |
|---|---|
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA  30308<br>Tel:  404-815-2400<br>Fax:  404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone:  203-961-7400<br>Fax:  203-359-3031 |

/s/ William J. Kelleher, III
William J. Kelleher, III

# JOHNSON & PERKINSON
## ATTORNEYS AT LAW
1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VERMONT 05403
www.jpclasslaw.com

DENNIS J. JOHNSON
ALSO ADMITTED TO PA AND DC·

JACOB B. PERKINSON
ALSO ADMITTED TO ME

·INACTIVE

JAMES F. CONWAY, III
ALSO ADMITTED TO MA

PETER J. MCDOUGALL
ALSO ADMITTED TO MA

STACEY K. PORTER
ADMITTED TO MA & NY ONLY

TELEPHONE (802) 862-0030
TELECOPIER (802) 862-0060
E-MAIL email@jpclasslaw.com

February 15, 2006

<u>Via Facsimile and U.S. Mail</u>
James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Re:    <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)</u>

Dear Jim:

I hope all is well. Attached as Exhibit A are search terms Plaintiffs have agreed to provide Defendants to assist in your review of materials stored electronically. We will be supplementing this list with additional search terms next week and reserve the right to revise and/or amend the list at anytime. It is our understanding that all derivations of the search terms provided will be searched.

Additionally, with regard to the back-up tapes in your possession, please let us know if your vendor was able to access any data on the back-up tapes in your possession using the software located by Priceline.

Please feel free to call should you have any questions.

Sincerely,

Peter McDougall

cc:    William Kelleher, Esq.
Joseph Clasen, Esq
David Scott, Esq.
Geoffrey Johnson, Esq.
Erin Comite, Esq.

**EXHIBIT A**

125
144
188.8
189
$1.1 billion
$40 million
% of customer revenue to POS
% of sponsor revenue to POS
10-K
10-Q
8-K
A&P
Acceleration
accounting
Accounting Research Bulletin (or AARB@)
("number" "no." or "#")  51
acquisition
actual money paid
Adam DaCosta
adjustment
Adverse
Advertiser
advertising revenue
affiliate
AFX
Aggressive
Agreement
Ahold
airlines
Alan Hibbell
Albertson's
Alex Iglesias
Alpha (platform)
Alpha/oracle
alter (ego)
Alwaleed bin Talal
American
American Express
American West
Amit Aggarwai
Amoco
AMR
Analyst
analyst day
Andrew Van Luchene
Angela Alves-Lagarino
Anne Maffei
Annual Report
Antonietta D'Angelo
Aquila Advisors
Art Schulman
Ass

AU
Audit
auditor
Australian JV
Auto Insurance
Banc of America Securities
Barrons
Baruch Ness
Baskets
BBB
Bell Markets
Ben Ness
better business bureau
bids
Bi-Lo
Bill Murphy
billion
BJ Greenspan
Blumenthal
Bob
Bob Mylod
Bound
BP
Brad Burmaster
Brad Freeman
brand
Breakeven
Brett Keller
Brian Eck
Bridge Whalen
Bunk
business model
business plan
Buy rating/recommendation
Bylaws insolvency
Cala Foods
Cannibaliz(e) (ation)
Capital
capitalize or capitalized
Carol Caruso
Caroline [Mendoza]
cash burn rate
CEO
CFO
charge
Charles Castaneda
Chevron
Chris Rising
Chris Soder
Christine Fitzpatrick
CIO
Citgo

Co-brand
Collapse
combine or combined
common logo
compensation
competitive or competition
competitor
complaints
computer system/s
consensus
consolidate(d)
consolidation
consumer
Continental
Contract
control
controlling
COO
Co-position
core
Corey Vezina
cost paid to retailers
Coupons
Craig Gibson
crash or crashing
Credit Cards
Critical mass
Crossover
Cross-selling
Cruise Packages
CSFB
Cumulative
customer base
customer metrics
customer revenue
D&T
D'Agostino
daily report
Damn
Dan
Dannon
Dan Rubenstein
Daniel Schulman or Dan Schulman
database
David Larimer
Deceive
decline
de-dupe
Defraud
Degradation or degraded or degrade
delay
Deloitte
Delta
Demise
Demographic
Deposits

Detrimental
Diane Daggatt
Dilution
dilution
Director
Disaster
disclosure
discontinue
discount
Dissolution
Doborah Iorio
Don King
Don Whitman
double counting
down time
Downgrade
DT
duplicate or duplication
Dynamic pricing
E*Offering
earnings
Electronics
entity
EPS
Eric Meisner
Eric Scheidemann
Ernest Scheideman
e-saver
Europe
European JV
exercise
expand or expanding or expansion
Expedia
Expense
Exxon
Fair market value
fair value
fairness opinion
FALSE
Falsehood
Fram Fresh
FASB #115
FASB Statement of Concepts #5 (or abbr. or alts.)
fees
Financial [statements] or financials
financing
Fire
First Call
First Union Securities
Flexible
Foods co.
forecast
Forgive
Form 3
Form 4

Form 5
Foodtown
Fortune
forward contract
Frances Antollno
Francis Hata
Fraud
Friendly
Frisch
Fuck
future
GAAP
GAAS
gallon
gamble
gamp
Gary Goldberg
Gas
Gasoline
General Atlantic
General Mills
General Standard No. 1
General Standard No. 2
General Standard No. 3
Getty
Giant
Gideon Menczel
Gillette
Giri Nathan
Glenn Fogel
Goldman Sachs
Grand Union
Great Atlantic & Pacific
Gristede's
Groceries
Grocery
grocery or groceries
gross margin positive
Gross profits
gross revenues
growing or growth
Gulf
Hambrecht & Quist
Hard Goods
Hanssens
Hasan Dewan
Heidi Miller
Herbert Mines
Hershey
Hess
H.J. Hwinz
Hold rating/recommendation
Horizontal
horizontal model
Hossein Aminian
Hotwire

Igor Zhuk
Impair
inadequate or inadequacies
Income
inconvenient or inconvenience
Incorrect
Incremental
independent company (or independent corporation)
inflated
inside or insider
instability
integrate or integrated
Intercompany
International Travel
InternetFundManager.com
Intracompany
Inventory
investor
irregularity or irregularities
Jacqueline Brini
James McGill
Janney Montgomery Scott
Japan JV
Jay
Jay S. Walker
Jean Japinga
Jean Kim
Jeanne Wisniewski
Jeff Boyd
Jefferies & Company
jeopardy or jeopardize
Jesse Fink
Jewel-Osco
Jill Gleeson
Jill Pfefferbaum
John Kaufman
John Redcay
John Work
Jonathan LaNasa
Jonathan Otto
Jonathan Yee
Jose Suarez
journal (wall street)
Jules Seiburgh
Julianna Kopa
Jupiter Communications
Jupiter Media Matrix
Keith Guibault
Kelli Beougher
Kellog
Ken Jones
Kevin Goldman
Kevin Kells
Key Food
Kim Guise

Kindred
King Kullen
Kristin Knous
Kroger
Latin America JV
launch
Lawsuit
Lay off
Lehman Brothers
Lever Brothers
Liability
liberty media
License or licensee or licensor
Lie
Lisa Edwards
Lisa Gillingham
logo
Long-term Buy
Lori Iventosch-James
loss or losses
loyalty
Lynn Brown
Malfunction
Manage
Management
manufacturer
margin
Maria Gotch
Marissa Dore
Mark McEnroe
Mark Scozzafava
Market perform
Market share
Marketable
Marketing
markets
Marlene Beeler
Martin Grossfeld
Mary Meeker
Maryann Keller
Material
Media
Meijer
members
membership fees
memorandum
Mendoza (pr)
Merrill Lynch
metics
metrix
Michael Coleman
Michael D'Antonio
Michael Herskovitz
Michael Speaker
Mike Diliberto
Mind-share

Minutes
Misguided
Mislead
Mitch Truwit
Mobil
momentum
Mona Kuceluk
Morgan Stanley
multiple industries
Murray Devine
MD&C 0r MDC
MyPrice or My Price
N.J. Nichols
NASD
Nasdaq
NASDR
Nestle
Network operations
Neutral
new customers
Niche
Nick
non-integrated or nonintegrated
Northwest
Novus
off-balance sheet
Offers
office space
Officer
off-line
Offset
Off-the-books
opinion
options
oracle
outages
Outperform
overstate or overstatement
ownership
Pacific Crest
PaineWebber
Pathmark
participating manufacturers
participation
partner
Patrick Nee
Patty D'Angelo
Paul Breitenbach
Paul Francis
payments
Peggy Cheyne
Pepsi
Pepsico
perception
Perfect Yardsale
performance

Personnel
Peter Burgess
poll
Ponzi
positive margins
positive gross margins
postpone
Press
pressure
Preview Travel
Pricing reports
Priceline Europe
Private investors
Privately funded
privately held
Problem
Procter & Gamble
Profit
profitability
projections
promotion
Promotional reconciliation
prospects or prospective
Prospectus
Proxy
Prudential
Quarter
Ralph's
Rating
Ray Hamilton
readjustment
recognize or recognition
reconciliation
Reduce
reduction
Registration
repeat customers
Repeat traffic
Repeat users
repricing
restate or restatement
Restivo
restricted shares
Results
retailers
Return
revaluation
Revalue
revenue
Richard
Richard Blumenthal
Richard Braddock
risk
rival
Rob Voss
Robert Padgett

Robert Voss
Robert Wisse
Roberta Farrell
Robertson Stephens
Ron Rose
royalty or royalties
Rubenstein
Ryan Donohew
Saber
Sack
Salomon
Sands Brothers
Sanford C. Bernstein & Co
Satisfy or satisfaction
Saudi
scale or scalability
Scam
Scott Case
SE Asian JV
SEC
Section 10(b)
Section 20(a)
Securities & Exchange
Sell
Sell rating/recommendation
separate entity
server(s)
service payments
Shared
shared infrastructure
shared management
shares
Shatner
Shell
Shirley Harris
Shit
Short-term Buy
ShopRite
Small Business
Smith Barney
Softbank
SOP or Statement of Position 94-6
Soundview
Spokesman
Spokesperson
Spokeswoman
sponsor
Standard Of Field Work No. 2
Standard Of Field Work No.1
Standard Of Field Work No1 3
Standard Of Reporting No. 1
Standard Of Reporting No. 3
Statement Of Financial Accounting
Concepts No. 2
Stella Lin
Steve Mott

Stock
Stop & Shop
StreetAdvisor
strike
Subsidize
subsidy or subsidiz(e,ing,ed)
sued
suit
summary
Super Fresh
suppliers
Susan Brett
T. Scott Case
tail
Target
Tech 2000
Telecom
termination
Term-Life Insurance
Terry Rizzi
Texaco
Thomas Ronan
Thomas Weisel
Threat
Thriftway
ticket
Tim Briar
Tim Brier
Timetable
Token
Tom D'Angelo
Tom Gerard
Tom Gerhardt
Tom Gordon
Tony Free
Tops
track
tracking
Trans World
Transferability
Travelocity
Trey Urbahn
trillion
Trim
Truthful
Unaudited
Uncertainty
Undervalued
underwrite
Unique
United
Unix
Untruthful
Upgrade
US Airways
US Bancorp Piper Jaffray

Users
Utz
valuation
Venture
vertical
viable or viability
Virtual Travel Packages
Visits
volume
Vulcan
W.R. Berkley
Waldbaums
Walker
Walker Digital
Wall street
warrant
Warrants
WebHouse
weekly report
Weis Supermarkets
Wegmans
WHC
William McCadden
William Pike
Wind or wind-down
Winn-Dixie
Wit
write-off
Wrong



February 17, 2006

James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-3700

Carl W. Mullis, III
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street
Twenty-Fourth Floor
Atlanta, GA 30308
(203) 359-3031

William J. Kelleher, III
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904
(203) 462-7599

Re:    In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)

Dear Jim, Bill and Carl:

     Having reviewed the vast majority of the documents you have produced to date, Plaintiffs believe additional responsive documents exist that have not been produced. For instance, it is clear from our review that there are numerous financial and operational reports that both Priceline and Webhouse maintained and updated on an ongoing basis that have not been produced. These materials are unquestionably discoverable and highly relevant to the allegations at issue in this litigation. Moreover, these requested documents squarely fall within the purview and scope of Plaintiffs' previously served document requests. Please review and produce the following documents:

     1.    All notes, minutes, agendas and presentations for all "intercompany charge review" or similar meetings referenced in PCLN 0178356-57;

     2.    All "Adaptive Marketing Daily Performance Reports," as referenced in PCLN 0176726-27;

ATTORNEYS AT LAW    CONNECTICUT
OHIO
CALIFORNIA

SCOTT + SCOTT
600 B STREET
SUITE 1500
SAN DIEGO, CA 92101

619 233-4565 VOICE
619 233-0508 FAX
SCOTTLAW@SCOTT-SCOTT.COM
WWW.SCOTT-SCOTT.COM

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 2

3.    All documents concerning the "mandatory" or similar meetings referenced in PCLN 0176736-37, including but not limited to all notes, minutes, agendas and presentations;

4.    All documents concerning the "taking over" and "restabilization of the infrastructure" by Priceline referenced in PCLN 0178495-505;

5.    All documents, including agendas, minutes, notes and presentations of all "Shared Services or similar Meetings," referenced in PCLN 204234-235;

6.    All "Daily Airline Flash Reports" as referenced in PCLN 0203872-3, as well as all documents that concern the technical glitch/event discussed therein that "cost [Priceline] at least one million in revenue and tens of thousands in unforecasted expenses....";

7.    All "Priceline Website Traffic" or similar reports, referenced in PCLN 0182329-339;

8.    All documents concerning the "PCLN Capital Approval Process" referenced in PCLN 0181275-76; including but not limited to all notes, agendas, minutes and presentations for all related meetings;

9.    All documents concerning the "Wind Down Issues List" referenced in PCLN 0191884-888 including but not limited to the distribution list for this document and all notes, agendas, minutes and presentations for all such or similar meetings;

10.    All iterations of the "Operational Autonomy Plan," referenced in PCLN 0200755-758, and all documents concerning all meetings referenced in this email, including but not limited to all meeting notes, minutes, agendas and presentations;

11.    All documents concerning "Rationale for Licensed Affiliate Structure," referenced in PCLN 0175145-147 including but not limited to all iterations, distribution lists and all related meeting minutes, notes, agendas and presentations;

12.    All revenue projection or similar sheets for WHC referenced in PCLN 400512-526;

13.    All "Partner Revenue Write Offs" or similar reports, as referenced in PCLN 400315-322;

14.    All iterations of the reports enumerated in PCLN 399981-984;

15.    All "Priceline.com Inc. Weekly Update" or similar reports as referenced in PCLN 000091204- 91335;

02/17/06   16:42 FAX 818 233 0808          SCOTS & SCOTT LLC                    ☑003/004

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 3

16.    All iterations of the "Priceline Webhouse Club, Inc.-Webhouse Summary Statistics" or similar daily summary reports, referenced in JWALK 00320098-103;

17.    A distribution list for the document entitled "Priceline/Webhouse Club Shared Costs Discussion" referenced in JWALK 00155611-616, as well as the referenced exhibits and any minutes, notes and agendas and communications concerning this meeting;

18.    All iterations of "Proposed Structure of Priceline Web House Club, Inc.," referenced in JWALK 00283234-240, and all documents concerning this report, including but not limited to the distribution list and all notes, agendas, minutes and presentations for all meetings concerning the subject of this document;

19.    All documents concerning the "Webhouse Club-Wind Down" referenced in PCLN 0084724-33, including but not limited to all distribution lists for this document as well as all meeting minutes, emails, agendas, notes and presentations concerning the subject of this document;

20.    A distribution list for PCLN 00087631, and the binder referenced in this document and all documents concerning "the Retailers [having] expressed concern over their declining sales;"

21.    All WHC or weekly similar reports as referenced in PCLN 400512-526;

22.    All documents concerning the altering of accounting terminology "in order to avoid having to disclose large balance sheets amounts due from related parties" as referenced in PCLN 368758-760;

23.    The attachment to PCLN 391-851-852;

24.    All documents concerning PCLN's computer problems referenced in PCLN 444882-884;

25.    All documents concerning the subject matter of PCLN 521258-67; entitled, "Webhouse Gasoline Project-Architecture Systems Review and Analysis;"

26.    All documents concerning the subject matter of PCLN 414004-007;

27.    All documents concerning the layoffs of personnel, as referenced in PCLN 414897-898; and

28.    All documents concerning the subject matter of PCLN414878.

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 4

Your prompt attention to these matters is appreciated. We hope that we can resolve these issues without having to involve the Court. We are, however, prepared to bring these issues to the Court's attention, if necessary. We also reserve our right to send you additional letters highlighting deficiencies in the production.

Sincerely yours,
SCOTT+SCOTT, LLC

Erin Green Comite

EGC:lla

cc:     David R. Scott (via facsimile 860-537-4432)
        Jacob B. Perkinson (via facsimile (802) 862-0060)
        Geoffrey M. Johnson (via facsimile 440-247-8275)
        Peter J. McDougall (via facsimile (803) 862-0060)

## CRAVATH, SWAINE & MOORE LLP

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER

STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ

GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

February 28, 2006

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Peter:

I write to follow up on my letter of February 8. In that letter, I explained that our electronic vendor would make another attempt to access the data on certain back-up tapes using back-up software located by priceline. That attempt was unsuccessful. Accordingly, we will have those tapes sent to eMag on the conditions described in my February 8 letter. Please let us know the person(s) at eMag with whom you spoke who will be familiar with this project.

We have not heard back from you regarding our request that you tell us whether you want us to instruct our vendor to attempt to access the data on certain back-up tapes using the tape drive located by priceline. As I pointed out in my February 8 letter, we have been told that any attempt to access the data on those tapes using the tape drive carries the risk of doing damage to the tapes. Accordingly, we will not tell our vendor to make such an attempt unless you specifically request that we do so. Please let us know.

Sincerely,

James G. Hein, Jr.

Peter McDougall, Esq.
    Johnson & Perkinson
        1690 Williston Road
        P.O. Box 2305
        South Burlington, VT 05403

BY FAX AND FIRST CLASS MAIL

Copies to:

Erin Green Comite, Esq.
   Scott + Scott, LLC
     P.O. Box 192
       108 Norwich Avenue
         Colchester, CT 06415

William J. Kelleher, III, Esq.
   Robinson & Cole LLP
     695 East Main Street
       Stamford, CT 06904-2305

Carl W. Mullis, Esq.
   Paul, Hastings, Janofsky & Walker LLP
     600 Peachtree Street, NE
      24th Floor
       Atlanta, GA 30308

BY FAX

# CRAVATH, SWAINE & MOORE LLP

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER

STEPHEN L. GORDON
DANIEL L. MOBLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM

STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ

GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

March 1, 2006

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Erin and Peter:

I write in response to Peter's letter of February 15 and Erin's letter of February 17.

With respect Erin's letter, I can assure you that we have not withheld relevant documents from our production. We have given you all of the non-privileged, responsive documents that we have found so far. But as you know, we have only produced paper documents and email documents. The process of producing non-email electronic documents is ongoing, and accordingly, any discussion of the completeness of our production is premature.

Further, the alleged deficiencies that you itemize are not deficiencies at all. First, for some of the items, there is no basis for thinking that the allegedly missing documents exist. For example, just because a document says that a meeting took place does not mean that there were any notes, presentations or other documents associated with that meeting. Second, for other items, we know that we have in fact produced the types of documents that you claim have not been produced, including Adaptive Marketing Daily Performance Reports, Daily Airline Flash Reports, and Priceline Website Traffic Reports. Before you send us "additional letters highlighting deficiencies in our production", we urge you to take a closer look at the approximately 700,000 pages of documents that you already have from us, the majority of which are accompanied by searchable text files, and the approximately 325,000 pages of documents that you have from defendant Walker.

As I noted above, the production of non-email electronic documents is not complete. If you do not already have certain types of documents, then they may be contained on the snapshot. As you are well aware, the Court has directed us to try to

work together to agree on search terms for the non-email electronic material. In your February 17 letter, you identify specific types of documents that you are seeking, and we are happy to work with you to develop search terms that will capture those documents. For example, "intercompany charge review" and "Adaptive Marketing Daily Performance Reports" appear to us to be reasonable search terms, and we plan to ask our vendor to run a search of the snapshot for documents containing those terms. In that regard, we think Erin's letter provides an appropriate starting point for generating additional search terms.

By contrast, Peter's letter contains a list of search terms that is simply absurd. The list has over 637 terms, including hundreds of generic terms that are not related to the case and that are so common that they will undoubtedly yield an enormous volume of non-responsive material. By way of example, you would have us search the voluminous amount of electronic material for any document in which the terms "125", "Bob" or "Sell" appear. Overly broad and unduly burdensome does not even begin to describe a search including those terms. Nor is the inclusion of several expletives part of a reasonable search. Quite frankly, we believe that the list of search terms was not sent to us in good faith. It certainly is not a starting point for working together to agree on additional appropriate search terms.

As I said, we think Erin's letter will be useful to all of us in devising search terms that will capture relevant documents in an efficient, cost-effective manner. We urge you to coordinate—as you are required to do in your capacity as co-lead counsel—to reconcile the widely divergent approaches to discovery reflected in your respective letters. Once you have done that, please advise us how you wish to proceed.

Sincerely,

James G. Hein, Jr.

Erin Green Comite, Esq.
    Scott + Scott, LLC
        P.O. Box 192
            108 Norwich Avenue
                Colchester, CT 06415

Peter McDougall, Esq.
    Johnson & Perkinson
        1690 Williston Road
            P.O. Box 2305
                South Burlington, VT 05403

BY FAX AND FIRST CLASS MAIL

Copies to:

William J. Kelleher, III, Esq.
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06904-2305

Carl W. Mullis, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, NE
24th Floor
Atlanta, GA 30308

BY FAX