UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION : | : <br> : <br> : <br> : MASTER FILE NO.<br> : 3:00CV01884(DJS)<br>This document relates to: : <br> : <br>ALL ACTIONS : March 23, 2006<br> : <br> : <br> : | 

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Justin S. Kudler respectfully moves, pursuant to Local Civil Rule 7(e), for leave to withdraw his appearance for Hyancinth S. Anish, Thomas Atkin, Jack A. Caswell, Marilyn D. Egel, Howard Gunty Profit Sharing Plan, Jerry Krim, Johnny Kwan, Leisinger Pension Fund, Lliana Llieva, Scott Lyon, Monica R. Mazzo, Mark Weiss, Joseph Wilenkin and all plaintiffs in the above-captioned action. Other counsel from Schatz & Nobel with appearances in this case will continue to serve as liaison counsel for the Lead Plaintiffs.

Respectfully submitted,

\_\_/s/ Justin S. Kudler_____
Justin S. Kudler (ct25167)
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
(860) 493-6292

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2006 a copy of foregoing Motion for Leave to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


      /s/ Justin S. Kudler
Justin S. Kudler (ct25167)
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
(860) 493-6292