UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : : : : | |
| _____ | : : | MASTER FILE NO.<br>3:00CV01884(DJS) |
| This document relates to: | : : | |
| ALL ACTIONS | : : : : : | March 28, 2006 |

## NOTICE OF APPEARANCE

Please enter my appearance for Hyancinth S. Anish, Thomas Atkin, Jack A. Caswell, Marilyn D. Egel, Howard Gunty Profit Sharing Plan, Jerry Krim, Johnny Kwan, Leisinger Pension Fund, Lliana Llieva, Scott Lyon, Monica R. Mazzo, Mark Weiss, Joseph Wilenkin and all plaintiffs in the above-captioned action.

Respectfully submitted,

 /s/ Nancy A. Kulesa
Nancy A. Kulesa (ct25384)
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
E-mail:nkulesa@snlaw.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2006 a copy of foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Nancy A. Kulesa
Nancy A. Kulesa (ct25384)
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
E-mail:nkulesa@snlaw.net