# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com Inc. Securities Litigation | Master File No. 3:00cv1884 (DJS) |
| This document relates to: | |
| All Pending Actions | |
| | April 10, 2006 |

## STATUS REPORT ON THE PRODUCTION OF ELECTRONIC INFORMATION

Defendants priceline.com Inc. ("priceline"), Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas (collectively, "Defendants") submit this Status Report on the Production of Electronic Information, as directed in the Court's Memorandum of Decision and Order of December 8, 2005 (the "Order"). This report updates the information provided in Defendants' January 10, February 10 and March 9 Status Reports on the Production of Electronic Information, and Defendants incorporate by reference those Reports.

1.   Emails.

To date, Defendants have produced more than 450,000 pages of emails from the snapshot and the departed employee tapes. Defendants believe that the production of emails from the snapshot and the departed employee tapes is now substantially completed.

2. <u>Non-email electronic material.</u>

By letter dated December 19, 2005, plaintiffs agreed to Defendants' initial set of search terms for the non-email electronic material on the snapshot and the departed employee tapes. Defendants are now producing the results of that search.

By letter dated February 15, 2006, plaintiffs offered a list of proposed search terms. Using that list would have undoubtedly yielded a massive amount of non-responsive documents and would have been enormously and unduly burdensome for Defendants. By letter dated March 1, 2006, Defendants advised plaintiffs that a search would not be done utilizing plaintiffs' February 15th list.

During the last meet and confer, the topic of search terms was discussed productively. Plaintiffs indicated that they would attempt to narrow their list and we reiterated that we would continue to work with them to make progress searching the snapshot. During an April 7, 2006 telephone conference with Defendants' counsel, plaintiffs' counsel, Geoff Johnson, indicated that plaintiffs were working on the best way to narrow their previous list of search terms. Mr. Johnson indicated that plaintiffs would propose a list of 50 terms to be searched. Mr. Johnson further indicated that he believed that the number of documents generated by a shortened proposed list would help inform plaintiffs' decision whether or not to pursue additional search terms or to further narrow the list.

Following that conversation, by letter dated Friday, April 7, 2006, plaintiffs provided a revised list of proposed search terms. Defendants are currently reviewing this most recent list.

2

3.    Back-up tapes.

Defendants have delivered 43 back-up tapes to eMag, the vendor who is attempting to conduct forensic scans of the tapes.[1] If successful, the scans will yield an index cataloguing the contents of each tape. Plaintiffs have agreed to pay for half of the cost of the forensic scans. At this time, none of the back-up tapes have been selected for restoration.

4.    Defendants continue to reserve their right to seek cost-shifting in connection with electronic discovery, as specifically permitted by the Order.

---

[1] Throughout discovery Defendants have made reference to 42 back-up tapes. Upon preparing to send the tapes to eMag it was discovered that there are in fact 43 back-up tapes.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS, DANIEL H. SCHULMAN
AND RICHARD S. BRADDOCK


/s/ William J. Kelleher, III
Joseph L. Clasen (ct04090)
William J. Kelleher, III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com


Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
dslifkin@cravath.com

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the ECF electronic court filing system on this 10th day of April, 2006:

| **Co-Lead Counsel**<br>David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | **Liaison Counsel**<br>Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |
| --- | --- |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY  10019<br>Tel:  212-474-1000<br>Fax:  212-474-3700 | **Attorneys for Defendant Jay S. Walker**<br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA  30308<br>Tel:  404-815-2400<br>Fax:  404-815-2424 |

|  | Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
|---|---|

/s/ William J. Kelleher, III
William J. Kelleher, III