UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com Inc. Securities Litigation | : | Master File No. |
| | : | 3:00cv1884 (DJS) |
| ---------------------------------------------------------------- | : | |
| This document relates to: All Pending Actions | : | |
| | : | April 19, 2006 |
| | : | |

**MOTION FOR EXTENSION OF TIME**

Defendants Priceline.com Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas ("Defendants") hereby move for a seven (7) day extension of time—from April 20, 2006 to April 27, 2006 to respond to Plaintiffs' Fourth Motion to Compel Discovery, which was filed under seal on March 30, 2006 (Docket Entry No. 270).

1. Due to the recent religious holidays and previously scheduled attorney vacations that have spanned the last two weeks, the Defendants need additional time to respond to the Plaintiffs' motion.

2. Defendants' attorneys contacted the Plaintiffs' counsel to determine whether the Plaintiffs would consent to such an extension, however, we were unable to reach the Plaintiffs' counsel.

3. No prejudice will result to any of the parties from the requested extension. Defendants submit that in these circumstances, the parties are best served by the above-requested brief extension of time.

4. This is the first request for an extension of time by the Defendants with regard to this motion.

For the foregoing reasons, Defendants respectfully request that the Court grant the requested extension of time up to and including April 27, 2006.

> Respectfully submitted,
>
> DEFENDANTS PRICELINE.COM INC.,
> N.J. NICHOLAS,
> DANIEL SCHULMAN AND
> RICHARD S. BRADDOCK
>
>
> /s/ William J. Kelleher III
> Joseph L. Clasen (ct04090)
> William J. Kelleher III (ct22140)
> ROBINSON & COLE, LLP
> Financial Centre
> 695 East Main Street
> P.O. Box 10305
> Stamford, CT 06904-2305
> Telephone: (203) 462-7500
> Fax: (203) 462-7599
> jclasen@rc.com
> wkelleher@rc.com
>
>
> Daniel Slifkin (ct21203)
> CRAVATH, SWAINE & MOORE LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, NY 10019
> Telephone: (212) 474-1000
> Fax: (212) 474-3700
>
> *Attorneys for Defendants*
> *priceline.com Inc., N.J. Nicholas,*
> *Daniel Schulman and Richard S. Braddock*

## **CERTIFICATION**

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the ECF electronic court filing system on this 4th day of January, 2006:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin  S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT  06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | **Attorneys for Defendant Jay S. Walker**<br>J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA  30308<br>Tel:  404-815-2400<br>Fax:  404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone:  203-961-7400<br>Fax:  203-359-3031 |
| --- | --- |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 |  |

/s/ William J. Kelleher III
William J. Kelleher III