## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

In Re:  Priceline.com Inc.                              :        Master File No.
Securities Litigation

                                                         :        3:00cv1884 (DJS)

------------------------------------------------------------ :

This document relates to:   All Pending Actions

                                                     :

                                                     :        April 20, 2006

                                                     :

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Defendants Priceline.com Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas ("Defendants") hereby move for entry of the stipulated protective order between Defendants and the third-party, General Atlantic LLC ("General Atlantic").

1.     The Plaintiffs issued a subpoena, dated March 6, 2006, on General Atlantic seeking the production, disclosure and dissemination of certain information, documents and materials.

2.     The Plaintiffs and General Atlantic entered into a Stipulated Protective Order which was filed with the Court on April 10, 2006.

3.     The Defendants and General Atlantic also entered into a Stipulated Protective Order on April 20, 2006.  A copy of the Stipulated Protective Order is attached as Exhibit A.

As such, the Defendants respectfully move for entry of the stipulated protective order between the Defendants and General Atlantic.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK


/s/ Joseph L. Clasen
Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com


Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants
priceline.com Inc., N.J. Nicholas,
Daniel Schulman and Richard S. Braddock*

Dated: April ___, 2006                                    SO ORDERED:


                                                          _____

                                                          U.S.D.J. Dominic J. Squatrito

## **CERTIFICATION**

I hereby certify that the foregoing was filed with the Court and served on all counsel of

record listed below via the ECF electronic court filing system on this 20th day of April, 2006:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq. | Andrew M. Schatz, Esq. |
| Scott & Scott, LLC | Jeffrey S. Nobel, Esq. |
| 108 Norwich Avenue | Justin S. Kudler, Esq. |
| P.O. Box 192 | Schatz & Nobel, PC |
| Colchester, CT 06415 | One Corporate Center |
| Tel: 860-537-3818 | 20 Church Street, Suite 1700 |
| Fax: 860-537-4432 | Hartford, CT 06103-3202 |
| | Tel: 860-493-6292 |
| Jules Brody, Esq. | Fax: 860-493-6290 |
| Aaron Brody, Esq. | |
| Stull Stull & Brody | |
| 6 East 45th Street | |
| New York, NY 10017 | |
| Tel: 212-687-7230 | |
| Fax: 212-490-2022 | |
| | |
| Dennis J. Johnson, Esq. | |
| Jacob B. Perkinson, Esq. | |
| Johnson & Perkinson | |
| 1690 Williston Road | |
| South Burlington, VT 05403 | |
| Tel: 802-862-0030 | |
| Fax: 802-862-0060 | |

| **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols** | **Attorneys for Defendant Jay S. Walker** |
|---|---|
| David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 | J. Allen Maines, Esq.<br>Carl Mullis, III, Esq.<br>Summer B. Joseph, Esq.<br>Laura Berg, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA 30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | |

/s/  Joseph L. Clasen
Joseph L. Clasen