## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: Priceline.com, Inc. Securites Litigation | : Master File No. |
| _____ | : 3:00-CV-01884 (DJS) |
| | : |
| This document relates to: | : |
| | : |
| ALL ACTIONS | : APRIL 27, 2006 |

### ENTRY OF APPEARANCE

TO:   Office of the Clerk
        United States District Court
        District of Connecticut
        450 Main Street
        Hartford, Connecticut 06103

      Please enter the appearance of the undersigned in the above-captioned matter on behalf of defendant, Jay S. Walker.

                                          /s/ Terence J. Gallagher
                                  Terence J. Gallagher (ct22415)
                                  Day, Berry & Howard LLP
                                  One Canterbury Green
                                  Stamford, Connecticut 06901
                                  (203) 977-7300 – Telephone
                                  (203) 977-7301 – Facsimile
                                  tjgallagher@dbh.com – E-mail

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 27, 2006, a copy of an appearance on behalf of Defendant Jay S. Walker was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                           /s/ Terence J. Gallagher
                                                Terence J. Gallagher (ct22415)
                                                Day, Berry & Howard LLP
                                                One Canterbury Green
                                                Stamford, CT 06901
                                                Phone:  (203) 977-7300
                                                Fax:     (203) 977-7301