## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: Priceline.com, Inc. Securites Litigation | : Master File No. |
| _____ | : 3:00-CV-01884 (DJS) |
| | : |
| This document relates to: | : |
| | : |
| ALL ACTIONS | : APRIL 27, 2006 |

### ENTRY OF APPEARANCE

TO:   Office of the Clerk
      United States District Court
      District of Connecticut
      450 Main Street
      Hartford, Connecticut 06103

      Please enter the appearance of the undersigned in the above-captioned matter on behalf of defendant, Jay S. Walker.

      /s/ Thomas D. Goldberg
      Thomas D. Goldberg (ct04386)
      Day, Berry & Howard LLP
      One Canterbury Green
      Stamford, Connecticut 06901
      (203) 977-7300 – Telephone
      (203) 977-7301 – Facsimile
      tdgoldberg@dbh.com – E-mail

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2006, a copy of an appearance on behalf of Defendant Jay S. Walker was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Thomas D. Goldberg
Thomas D. Goldberg (ct04386)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone:  (203) 977-7300
Fax:     (203) 977-7301