# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

In Re: Priceline.com, Inc.       :
Securities Litigation          :    Master File No.
------------------------------------------ :    3:00cv1884 (DJS)
                        :
This document relates to:       :
                        :
    ALL ACTIONS           :
                        :
                        :

## [PROPOSED] ORDER

Plaintiffs have filed a Fourth Motion to Compel Discovery from Defendants priceline.com Inc. ("priceline"), N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively, "Defendants"). Defendants oppose that motion and filed their own Cross-Motion for a Protective Order. The cross-motion is supported by the concurrently filed (1) Defendants' Opposition to Plaintiffs' Fourth Motion to Compel Discovery and Memorandum in Support of Their Cross-Motion for Protective Order, and (2) the Declaration of William J. Kelleher III, Esq. and the exhibits annexed thereto.

Upon review of the aforementioned submissions, the Court orders the following:

1.    Plaintiffs' Fourth Motion to Compel Discovery is denied without prejudice.

2.    If plaintiffs challenge the appropriateness of any document designation on Defendants' privilege log, plaintiffs must first meet and confer with Defendants in good faith. During such meet and confer, plaintiffs must (a) identify the specific documents at issue, and (b) communicate their specific dispute with respect to each such document. Only after this meet and confer fails to resolve the dispute(s) may plaintiffs file a motion to compel.

3.   Should plaintiffs file a motion to compel after complying with the above-listed requirements, plaintiffs must outline their specific concerns with respect to each challenged document. Defendants will not be required to respond to blanket objections covering purported categories of documents.

So ordered this _____ day of _____, 2006.

_____
Dominic J. Squatrito
United States District Judge