UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>:   MASTER FILE NO.<br>:   3:00CV01884(DJS)<br>:<br>:<br>:<br>:<br>: |

## MOTION TO WITHDRAW APPEARANCES

J. Allen Maines, Carl W. Mullis, III, Albert M. Myers, Summer B. Joseph, Laura Berg, Paul R. Dehmel and Douglas C. Conroy ("Movants"), in accordance with Local Rule of Civil Procedure 7(e), hereby move to withdraw their appearances in this action. In support of this Motion, the Movants state as follows:

1.  The Movants are attorneys at the law firm of Paul, Hastings, Janofsky & Walker LLP, former counsel for Defendant Jay S. Walker in this case.

2.  Day Berry & Howard LLP is new counsel for Defendant Jay S. Walker in this case. Terrance J. Gallagher, Esq. (ct 22415) and Thomas D. Goldberg, Esq. (ct 04386) of Day Berry & Howard LLP have recently entered appearances on behalf of Defendant Jay S. Walker.

3.  Hennigan, Bennett & Dorman LLP also will be representing Defendant Jay S. Walker in this case. Bruce Bennett, Esq. and Jeanne E. Irving, Esq. of Hennigan, Bennett & Dorman, LLP will be entering appearances on behalf of Defendant Jay S. Walker in this case.

4.  Allowing the Movants to withdraw as counsel of record for Defendant Jay S. Walker will not cause any prejudice to the parties and will not affect the administration of this case.

5.    Counsel for all parties are receiving notice that the Movants are seeking to withdraw and are being served with a copy of this Motion by U.S. Certified Mail in accordance with Local Rule 7(e).

Wherefore, the undersigned respectfully request that the Court allow the Movants to withdraw their appearances in this action.

Dated:  April 28, 2006                                            Respectfully submitted,

By:  /s/ Carl W. Mullis, III
    J. Allen Maines (phv0013)
    Carl W. Mullis, III (phv0158)
    Albert M. Myers (phv0012)
    Summer B. Joseph (phv0160)
    Laura M. Berg (phv0159)
    PAUL, HASTINGS, JANOFSKY &
    WALKER, LLP
    600 Peachtree Street, N.E., Suite 2400
    Atlanta, GA  30308-2222
    Telephone:  (404) 815-2400
    Facsimile:  (404) 815-2424
    allenmaines@paulhastings.com
    carlmullis@paulhastings.com
    albertmyers@paulhastings.com
    summerjoseph@paulhastings.com
    lauraberg@paulhastings.com

    Douglas C. Conroy (ct11555)
    Paul R. Dehmel (ct23063)
    PAUL, HASTINGS, JANOFSKY &
    WALKER, LLP
    1055 Washington Boulevard
    Stamford, CT  06901
    Telephone:  (203) 961-7400
    Facsimile:  (203) 359-3031

    *Former Attorneys for Defendant Jay S. Walker*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>:       MASTER FILE NO.<br>:       3:00CV01884(DJS)<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of April, 2006, I electronically filed the foregoing **MOTION TO WITHDRAW APPEARANCES** with the Clerk of Court using the CM/ECF system which will automatically send email notification to the following attorneys of record:

Daniel Slifkin, Esq.
James G. Hein, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Joseph L. Clasen, Esq.
William J. Kelleher, III, Esq.
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT  06904-2305

Jules Brody, Esq.
Aaron Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY  10017

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
Peter McDougall, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT  05403

David R. Scott, Esq.
Erin Green Comite, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

Geoffrey M. Johnson, Esq.
Scott & Scott, LLC
33 River Street
Chagrin Falls, OH  44022

| | |
|---|---|
| Andrew W. Schatz, Esq.<br>Joel S. Nobel, Esq.<br>Schatz & Nobel<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103 | J. Daniel Sagarin, Esq.<br>Hurwitz Sagarin & Slossberg<br>147 North Broad Street<br>P.O. Box 112<br>Milford, CT  06460-0112 |
| Terrance J. Gallagher, Esq.<br>Thomas D. Goldberg, Esq.<br>Day Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT  06901 | |

I hereby further certify that I have served a true and exact copy of the above-referenced **MOTION TO WITHDRAW APPEARANCES** on the following attorneys via U.S. Certified Mail addressed as follows:

| | |
|---|---|
| Daniel Slifkin, Esq.<br>James G. Hein, Esq.<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019 | Joseph L. Clasen, Esq.<br>William J. Kelleher, III, Esq.<br>Robinson & Cole, LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT  06904-2305 |
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY  10017 | Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Peter McDougall, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403 |
| David R. Scott, Esq.<br>Erin Green Comite, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415 | Geoffrey M. Johnson, Esq.<br>Scott & Scott, LLC<br>33 River Street<br>Chagrin Falls, OH  44022 |

Andrew W. Schatz, Esq.
Joel S. Nobel, Esq.
Schatz & Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Bruce Bennett, Esq.
Jeanne E. Irving, Esq.
Hennigan, Bennett & Doorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

J. Daniel Sagarin, Esq.
Hurwitz Sagarin & Slossberg
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112

Terrance J. Gallagher, Esq.
Thomas D. Goldberg, Esq.
Day Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

This 28th day of April, 2006.

By: /s/ Carl W. Mullis, III
    J. Allen Maines (phv0013)
    Carl W. Mullis, III (phv0158)
    Albert M. Myers (phv0012)
    Summer B. Joseph (phv0160)
    Laura M. Berg (phv0159)
    PAUL, HASTINGS, JANOFSKY &
    WALKER, LLP
    600 Peachtree Street, N.E., Suite 2400
    Atlanta, GA 30308-2222
    Telephone: (404) 815-2400
    Facsimile: (404) 815-2424
    allenmaines@paulhastings.com
    carlmullis@paulhastings.com
    albertmyers@paulhastings.com
    summerjoseph@paulhastings.com
    lauraberg@paulhastings.com

    *Former Attorneys for*
    *Defendant Jay S. Walker*