UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re:  Priceline.com | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (DJS) |
| ---------------------------------------------------------- | : | |
| This document relates to:  All Pending Actions | : | |
| | : | May 1, 2006 |

### MOTION ON BEHALF OF DEFENDANTS PRICELINE.COM, INC., N.J. NICHOLAS, RICHARD S. BRADDOCK AND DANIEL H. SCHULMAN FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Local Rule 83.1(d)(1) of the United States District Court for the District of Connecticut, the undersigned counsel hereby moves that **Attorney Robert K. Simonds** be permitted to represent Defendants Priceline.com, Inc., N.J. Nicholas, Richard S. Braddock and Daniel H. Schulman in the above-entitled action.  Attorney Simonds is a member of the firm of Cravath, Swaine & Moore with offices at 825 Eighth Avenue, New York, New York 10019.

Attorney Simonds is admitted and in good standing in the bar of the State of New York and the United States District Court – Southern District of New York.

The undersigned has been informed that neither Attorney Slifkin nor any attorney in his firm has been denied admission or disciplined in accordance with Local Rule 83.2 by the Court or been denied admission or disciplined by any other court.

The required admission fee of $25.00 is being submitted with the filing of this motion.

STAM1-811723-1

**WHEREFORE**, the undersigned hereby moves that Attorney Robert K. Simonds be admitted pro hac vice.

DEFENDANTS PRICELINE.COM, INC.,
N.J. NICHOLAS, RICHARD S.
BRADDOCK and DANIEL H.
SCHULMAN

By: /s/

Joseph L. Clasen (ct04090)
William J. Kelleher (ct22140)
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, Connecticut 06904-2305
Tel: (203) 462-7500
Fax: (203) 462-7599
E-mail: jclasen@rc.com
E-mail: wkelleher@rc.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was served on all counsel of record listed below via first class mail, postage prepaid on this 1st day of May, 2006.

| | |
|---|---|
| Co-Lead Counsel<br>David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Liaison Counsel<br>Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

|  | Attorneys for Defendant Jay S. Walker<br><br>J. Allen Maines, Esq.<br>Carl Mullis, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, GA  30308<br>Tel: 404-815-2400<br>Fax: 404-815-2424<br><br>Douglas C. Conroy (ct11555)<br>Paul R. Dehmel (ct23063)<br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901<br>Telephone: 203-961-7400<br>Fax: 203-359-3031 |
| --- | --- |
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Christine Arena, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT  06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

/s/ William J. Kelleher III
William J. Kelleher III