IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS)<br><br><br><br><br>April 28, 2006 |

**AFFIDAVIT OF ROBERT K. SIMONDS**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Robert K. Simonds, being at least 18 years of age, deposes and based on his personal knowledge says as follows:

1. I am an attorney at the law firm of Cravath, Swaine & Moore LLP, and I respectfully submit this affidavit pursuant to D. Conn. L. Civ. R. 83.1(d) in support of the motion for my admission pro hac vice to this Court in the above-captioned action. My office address and contact information is as follows:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel. No.: (212) 474-1814
Fax No.: (212) 474-3700
rsimonds@cravath.com

STAM1-787490-1

2. Since 2003, I have been admitted to practice as an attorney before the state court of New York as well as before the United States District Court for the Southern District of New York.

3. I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Robert K. Simonds
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel. No.: (212) 474-1814
Fax No.: (212) 474-3700
rsimonds@cravath.com

Sworn to before me
This 28th day of April, 2006

_Tracey J. Murtha_
Notary Public

Tracey J. Murtha
Notary Public State of New York
No. 43-4768543
Qualified in Richmond County
Certificate Filed in New York County
Comm. Expires November 30, 2006

2