UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| **IN RE: PRICELINE.COM, INC.** | : | |
| **SECURITIES LITIGATION** | : | |
| _____ | : | **MASTER FILE NO.** |
| | : | **3:00CV01884(DJS)** |
| **This document relates to:** | : | |
| | : | |
| ALL ACTIONS | : | MAY 4, 2006 |
| | : | |
| | : | |
| | : | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 9(b) of the Local Rules for the District of Connecticut, plaintiffs hereby move for an extension of time until May 12, 2006 in which to file plaintiffs' motion to add the Leisinger Pension Fund as a class representative. In support of their motion, plaintiffs state as follows:

1. On April 4, 2006, the Court granted plaintiffs leave to file a motion to add the Leisinger Pension Fund as a class representative on or before May 5, 2006.

2. This application is not made for the purpose of delay but, rather, for purposes of economy and efficiency.

3. Pursuant to Local Rule 7.1, counsel for plaintiffs conferred with counsel for defendants, and defendants have consented to this extension of time.

WHEREFORE, the plaintiffs respectfully request an extension of time through, to and including May 12, 2006, in which to file plaintiffs' motion to add Leisinger Pension Fund as a class representative in this matter.

Dated May 4, 2006                                Respectfully submitted,

SCOTT + SCOTT, LLC


_____/s/ David R. Scott_____
David R. Scott (ct16080)
Erin Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
drscott@scott-scott.com
ecomite@scott-scott.com

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275


JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

SCHATZ & NOBEL
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106
Telephone: (860) 493-6292
Facsimile (860) 493-6290

**Liaison Counsel**

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 4, 2006, a copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

                                                    /s/ David R. Scott
                                                    David R. Scott (ct16080)
                                                    Geoffrey M. Johnson
                                                    Erin Comite (ct24886)
                                                    108 Norwich Avenue
                                                    P.O. Box 192
                                                    Colchester, CT  06415
                                                    Telephone: (860) 537-5537
                                                    Facsimile: (860) 537-4432
                                                    drscott@scott-scott.com
                                                    ecomite@scott-scott.com