UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RANDALL TWARDY, ET AL        :
    Plaintiffs

v.                           : CIVIL NO.: 3:00cv1884(DJS)

PRICELINE.COM, INC., ET AL   :
    Defendant

ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable __Christopher F. Droney__, United States District Judge, who sits in __Hartford__, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in __Hartford__ and bear the docket number 3:00cv1884(__CFD__). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __4th__ day of May, 2006.

                                          /s/DJS
                                          Dominic J. Squatrito
                                          United States District Judge