UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | : MASTER FILE NO.<br>: 3:00-CV-01884 (DJS)<br>:<br>:<br>:<br>:<br>: MAY 4, 2006 |

## MOTION FOR ADMISSION OF VISITING LAWYERS

The undersigned, a member of the bar of this Court, respectfully moves the admission of Attorneys J. Michael Hennigan, Jeanne E. Irving and Shawna Ballard as visiting attorneys pursuant to the provisions of Rule 83.1(d) of the Local Rules of this Court.

Mr. Hennigan is a partner in the law firm of Hennigan, Bennett & Dorman, LLP at 865 South Figueroa Street, Suite 2900, Los Angeles, CA 90017.  He is a member in good standing of the bar of the State of California and is admitted to practice before the United States Supreme Court, the Ninth and Federal Circuits of the United States Court of Appeals and the United States District Courts for the District of Arizona and the Central, Northern, Eastern and Southern Districts of California.  Upon information and belief, Mr. Hennigan has never been denied admission or disciplined by this Court or any other court.  Mr. Hennigan's affidavit in support of this motion is attached hereto as Exhibit A.

Ms. Irving is a partner in the law firm of Hennigan, Bennett & Dorman, LLP at 865 South Figueroa Street, Suite 2900, Los Angeles, CA 90017.  She is a member in good standing of the bar of the State of California and is admitted to practice before the Ninth Circuit of the United States Court of Appeals and the United States District Courts for the Central, Northern,

Eastern and Southern Districts of California. Upon information and belief, Ms. Irving has never been denied admission or disciplined by this Court or any other court. Ms. Irving's affidavit in support of this motion is attached hereto as Exhibit B.

Ms. Ballard is a partner in the law firm of Hennigan, Bennett & Dorman, LLP at 865 South Figueroa Street, Suite 2900, Los Angeles, CA 90017. She is a member in good standing of the bar of the State of California and is admitted to practice before the Seventh Circuit of the United States Court of Appeals and the United States District Courts for the Central and Southern Districts of California and the Central District of Illinois. Upon information and belief, Ms. Ballard has never been denied admission or disciplined by this Court or any other court. Ms. Ballard's affidavit in support of this motion is attached hereto as Exhibit C.

Payment to the Clerk of the fees of $25.00 for each respective visiting lawyer, as required by Local Rule 83.1(d)(2), accompanies this application.

Pursuant to Rule 83.1(c)(1) of the Local Rules of this Court, Mr. Hennigan, Ms. Irving and Ms. Ballard designate the undersigned and his office, Day, Berry & Howard LLP, One Canterbury Green, Stamford, CT 06901-2047, telephone number (203) 977-7300, as the member of the bar of this Court upon whom service of all papers shall also be made.

-3-

WHEREFORE, the undersigned requests that Mr. Hennigan, Ms. Irving and Ms. Ballard be admitted to appear as visiting lawyers to represent defendant Jay S. Walker.

By   /s/ Terence J. Gallagher
Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-3000 – Telephone
(203) 977-7301 – Facsimile
tdgoldberg@dbh.com – E-mail

Attorneys for Jay S. Walker

-4-

## CERTIFICATION

I hereby certify that a copy of the foregoing was served on all counsel of record listed below via first-class mail, postage prepaid on this 4th day of May, 2006.

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P. O. Box 192<br>Colchester, CT 06415<br>Tel:   860-537-3818<br>Fax:  860-537-4432 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel:   860-493-6292<br>Fax:  860-493-6290 |
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel:   212-687-7230<br>Fax:  212-490-2022 | Joseph L. Clasen, Esq.<br>William J. Kelleher, Esq.<br>Robinson & Cole LLP<br>Financial Centre<br>695 East Main Street<br>P. O. Box 10305<br>Stamford, CT 06904-2305<br>Tel:   203-462-7500<br>Fax:  203-462-7599 |
| Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Law Offices of Dennis J. Johnson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel:   802-862-0030<br>Fax:  802-862-0060 | |

| **Attorneys for priceline.com, Inc. Richard S. Braddock, Daniel H. Schulman and N. J. Nicholas, Jr.** | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols** |
|---|---|
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Christine Arena, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:   212-474-1000<br>Fax:  212-474-3700 | David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel:   203-877-8000<br>Fax:  203-878-9800 |
| Joseph L. Clasen, Esq.<br>William J. Kelleher, Esq.<br>Robinson & Cole LLP<br>Financial Centre<br>695 East Main Street<br>P. O. Box 10305<br>Stamford, CT 06904-2305<br>Tel:   203-462-7500<br>Fax:  203-462-7599 | |

                                                /s/ Terence J. Gallagher
                                                   Terence J. Gallagher