UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. | : | |
| SECURITIES LITIGATION | : | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | : | MASTER FILE NO. |
| | : | |
| This document relates to: | : | 3:00CV01884(CFD) |
| | : | |
| ALL ACTIONS | : | May 5, 2006 |
| | : | |

PLAINTIFFS' MOTION FOR ORDER APPROVING PROPOSED
NOTICE OF CLASS CERTIFICATION

On April 4, 2006, the Court granted Plaintiffs' Motion for Class Certification and directed Plaintiffs to submit to the Court a proposed notice and proposed means for providing notice of class certification to the members of the Class. The proposed notice and means for providing notice (the "Notice Plan") are described herein and in the declaration of Paul Mulholland, submitted herewith.

Under the proposed Notice Plan, Plaintiffs will retain Strategic Claims Services ("SCS"), a company devoted to managing, planning, implementing and administering class action litigations, to provide notice to those persons or entities who purchased or otherwise acquired securities of Priceline.com, Inc. ("Priceline"), between January 27, 2000, and October 4, 2000, inclusive (the "Class Period"). The proposed notice is attached as Exhibit A to the Declaration of Peter J. McDougall (the "McDougall Declaration").

The Notice Plan proposes that Priceline will cause its transfer agent to provide SCS records reflecting all individuals and organizations that purchased or otherwise acquired securities of Priceline during the Class Period. The transfer agent's records reflect persons or

entities that purchased Priceline's securities for their own account or for the account(s) of others during the Class Period.

SCS will mail, by first class mail, the notice approved by the Court to all individuals and organizations that purchased Priceline.com, Inc., securities for their own account or for the account(s) of others during the Class Period as identified in the records of Priceline.com, Inc.'s transfer agent. SCS will also mail out the notice to over 630 brokerage companies, banks and trust companies (Nominee Account Holders), as well as over 850 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups") which may have purchased Priceline's securities in their clients' or their own accounts during the Class Period. In addition, SCS will mail out the notice to all Nominee Account Holders and Institutional Groups that filed Form 13F's with the Securities and Exchange Commission during the Class Period. The Nominee Account Holders will be asked to either distribute the notice to beneficial holders directly (the cost for which they will be reimbursed), or provide SCS with lists of the names and addresses of actual or beneficial holders so that SCS can mail the notice directly to them.

Additionally, the notice will be made available to the public at SCS's website and SCS will arrange to publish the summary notice in the National Edition of *The Wall Street Journal*. A copy of the proposed summary notice is attached to the McDougall Declaration as Exhibit B.

## ARGUMENT

When a class is certified under Rule 23(b)(3), notice must be served on all class members who can be identified through reasonable efforts. Fed. R. Civ. P. 23(c)(2)(B). Through this notice, each class member who can be identified through reasonable efforts must be notified that they may request exclusion from the class and thereby preserve their opportunity to pursue a separate claim or that they may remain in the class and be bound by the outcome. *Eisen v.*

2

*Carlisle & Jacquelin*, 417 U.S. 156, 173 (1974); *In re Global Crossing Securities and ERISA Litigation*, 225 F.R.D. 436, 448 (S.D.N.Y. 2004).

The proposed Notice Plan complies with the Federal Rules and the requirements of due process and should be approved by this Court. Both the proposed notice and the summary notice state the details of this action, including the class definition, the rights of Class members to stay in the action or request exclusion, an explanation of how members may elect to be excluded, and a description of the binding effect of a class judgment on member of the Class under Rule 23 (c)(3).

Notice programs nearly identical to the one proposed herein by Plaintiffs have been routinely approved by courts. For example, in *Weinberger v. Kendrick*, 698 F2d 61 (2nd Cir. 1982), the Second Circuit Court of Appeals found the notice program for a settlement in a securities class action adequate where, as here, a list was compiled of holders of securities to whom individual notices were mailed and the notice was published in the *Wall Street Journal*. *Weinberger v. Kendrick*, 698 F2d 61, 70-71 (2nd Cir. 1982), *cert. denied*, 464 U.S. 818, 104 S.Ct. 77, 78 L.Ed.2d 89 (1983); *see also, In re Prudential Securities Inc. Ltd. Partnership, Litig.*, 164 F.R.D. 362, 368-6 (S.D.N.Y. 1996) (Mailing a copy of Class Notice to each Class Member who could be reasonably identified and publishing summary notice in national publications has been given wide spread approval in other class actions).

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order, in substantially the same for as that annexed hereto, approving the proposed notice, the summary notice and the proposed means for providing notice of class certification described herein.

| | |
|---|---|
| Dated: May 5, 2006 | Respectfully submitted, |

                                              SCOTT + SCOTT, LLC

                                              _/s/ David R. Scott_____
David R. Scott (ct16080)
Geoffrey M. Johnson
Erin Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 5, 2006, a true copy of the foregoing was served on all counsel of record through the Court's electronic filing system and by first-class, postage prepaid U.S. mail to Counsel on the attached service list

/s/ Peter J. McDougall
Peter J. McDougall

## SERVICE LIST

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Jeanne E. Irving
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Robert Simonds
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Terrence J. Gallagher, III
Thomas D. Goldberg
Day, Berry & Howard, LLP
One Caterbury Green
Stamford, CT 06901