UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : MASTER FILE NO. |
| This document relates to: ALL ACTIONS | : 3:00CV01884(DJS) : : : |

## DECLARATION OF PAUL MULHOLLAND

I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the mailing of Notice of Pendency of Class Action (the "Notice") and the publication of the Summary Notice (the "Publication Notice"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.  I am the President of Strategic Claims Services ("SCS"). SCS was retained by Counsel for the Class, subject to the approval of the Court, to provide administrative services as part of the class action process in the above referenced matter. I have over 15 years of experience specializing in administration of class actions and I have administered over 100 class actions. SCS was established in April 1999 and has administered over 60 class actions since its inception. Each member of the SCS staff has several years of class action administration experience. I am the person at SCS primarily responsible for administering the mailing of Notice and publication in this litigation. Our services will include supervising the printing of the Notice; providing the Notice to class members; notifying brokerage firms or other nominee accounts of the appropriate manner to provide individual notice to class members; publication of Summary Notice; maintaining a data base of information on class members; recording and handling requests for exclusions; reporting to Counsel for the Class and the Court; and all other services necessary to administer the above captioned litigation.

AFFIDAVIT OF PAUL MULHOLLAND
Master File No. C 02-1486 CW

2. We will provide the Notice to those persons or entities who purchased or otherwise acquired securities of Priceline.com, Inc. from January 27, 2000 to October 4, 2000, inclusive (the "Class Period"). We will mail, by first class mail, the Notice approved by the Court to all individuals and organizations identified on the records of Priceline.com, Inc.'s transfer agent. These records reflect persons or entities that purchased Priceline.com, Inc. securities for their own account or for the account(s) of others during the Class Period. We will also mail out Notice forms to over 630 of the largest brokerage companies, banks and trust companies (Nominee Account Holders) contained on our master mailing list, as well as over 850 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups") which may have purchased Priceline.com, Inc. in their clients' or their accounts during the Class Period. In addition, SCS will mail out Notice to all Nominee Account Holders and Institutional Groups that filed Form 13F's with the Securities and Exchange Commission during the Class Period. Moreover, the Notice will be made available to the public at SCS's website.

3. The Nominee Account Holders will be asked to either distribute the Notice forms to beneficial holders directly (the cost for which they will be reimbursed), or provide SCS with lists of the names and addresses of actual or beneficial holders so that SCS can mail Notice forms directly to them.

4. The Publication Notice will be published in the National Edition of *The Wall Street Journal*. It has been our experience and based on numerous securities class action cases we have administered, that publication in the National Edition of *The Wall Street Journal* is a very efficient and effective way in providing notice to class members in securities litigations. This type of publication is a commonly used practice in the industry. Recently, we have published a summary notice in the National Edition of *The Wall Street Journal* for the following securities class action litigations:

    i. Lamb, et al v. Kinder Morgan, et al – Civil Action No. 00-N-516 (PAC) – March 15, 2005
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

AFFIDAVIT OF PAUL MULHOLLAND
Master File No. C 02-1486 CW

2

ii. Van Wagoner Funds, Inc. Securities Litigation Case No. C-02-03383 JSW - April 22, 2005
IN THE UNITED STATES DISTRICT COURT FOR THE NORTEHRN DISTRICT OF CALIFORNIA

iii. Bank One Securities Litigation - Civil Action No. 00 C 767 – Judge Wayne R. Anderson - April 1, 2005
IN THE UNITED STATES DISTRICT COURT FOR THE NORTEHRN DISTRICT OF ILLINOIS – EASTERN DIVISION

iv. Sunterra Corporation Securities Litigation – Case No. 6:00-cv-79-Orl-28B – February 28, 2005
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF FLORIDA – ORLANDO DIVISION

v. Xchange, Inc. Securities Litigation – Civil Action No. 01-10322-RWZ – March 1, 2006
IN THE UNITED STATES DISTRICT COURT- DISTRICT OF MASSACHUSETTS

5. The notice procedures described in paragraph 2 through 4 above are consistent with the procedures I have used in each of the class action securities litigation cases in which I have been involved with over the past fifteen years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2006

*[signature]*
Paul Mulholland, CPA, CVA