**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| | **:** | |
| **IN RE: PRICELINE.COM, INC.** | **:** | |
| **SECURITIES LITIGATION** | **:** | |
| _____ | **:** | **MASTER FILE NO.** |
| | **:** | **3:00CV01884(CFD)** |
| **This document relates to:** | **:** | |
| | **:** | **May 5, 2006** |
| **ALL ACTIONS** | **:** | |
| | **:** | |

**DECLARATION OF PETER J. MCDOUGALL IN SUPPORT**
**OF PLAINTIFFS' MOTION FOR ORDER APPROVING PROPOSED**
**NOTICE OF CLASS CERTIFICATION**

I, Peter J. McDougall, declare the following based on personal knowledge:

1.      I am an attorney at the law firm of Johnson & Perkinson, one of the firms serving as Co-Lead Counsel in this action.  I have personal knowledge of the facts and events set forth below. I make this declaration in support of Plaintiffs' Motion for Order Approving Proposed Notice of Class Certification.

2.      Attached hereto as Exhibit 1 is the proposed Notice of Pendency of Class Action

3.      Attached hereto as Exhibit 2 is the proposed Summary Notice of Pendency of Class Action.

4.      I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

/s/ Peter J. McDougall_____
Peter J. McDougall

Declared under penalty of perjury on
May 5, 2006 in South Burlington, VT