UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| **IN RE: PRICELINE.COM, INC.** | : | |
| **SECURITIES LITIGATION** | : | |
| _____ | : | **MASTER FILE NO.** |
| | : | **3:00CV01844(CFD)** |
| **This document relates to:** | : | |
| | : | _____ __, 2006 |
| ALL ACTIONS | : | |
| | : | |

**[PROPOSED] ORDER**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court GRANTS Plaintiffs' Motion for Order Approving Proposed Notice of Class Certification and HEREBY ORDERS:

1. Priceline.com, Inc. shall instruct its stock transfer agent to provide to Plaintiffs' Co-lead Counsel or their designee a list of all persons who purchased or otherwise acquired securities of Priceline.com, Inc. during the Class Period. These records shall be provided within 30 days of entry of this Order.

2. Within 60 days of entry of this Order, Plaintiffs' Co-lead Counsel or their designee will mail to security holders of record so identified a copy of the Notice, in substantially the same form as that attached hereto as Exhibit 1.

3. Within 75 days of entry of this Order, Plaintiffs' Co-lead Counsel or their designee will publish in *The Wall Street Journal,* a Summary Notice in substantially the same form as that attached hereto as Exhibit 2.

4. Requests for exclusion from the Class, as set forth in the Notice, shall be made by first class mail postmarked on or before [September 30, 2006].

1

2

Dated: _____ \_\_\_, 2006

SO ORDERED:

_____
U.S.D.J. Christopher F. Droney