UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | MASTER FILE NO.<br>3:00CV01884(CFD)<br><br>May 5, 2006 |

### DECLARATION OF PETER J. MCDOUGALL IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER APPROVING PROPOSED NOTICE OF CLASS CERTIFICATION

I, Peter J. McDougall, declare the following based on personal knowledge:

1. I am an attorney at the law firm of Johnson & Perkinson, one of the firms serving as Co-Lead Counsel in this action. I have personal knowledge of the facts and events set forth below. I make this declaration in support of Plaintiffs' Motion for Order Approving Proposed Notice of Class Certification.

2. Attached hereto as Exhibit 1 is the proposed Notice of Pendency of Class Action

3. Attached hereto as Exhibit 2 is the proposed Summary Notice of Pendency of Class Action.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

/s/ Peter J. McDougall____
Peter J. McDougall

Declared under penalty of perjury on
May 5, 2006 in South Burlington, VT