UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. | : | |
| SECURITIES LITIGATION | : | |
| _____ | : | MASTER FILE NO. |
| | : | |
| This document relates to: | : | 3:00CV01884(CFD) |
| | : | |
| ALL ACTIONS | : | |
| | : | |

**NOTICE OF PENDENCY OF CLASS ACTION**

TO:   ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF PRICELINE.COM, INC. ("PRICELINE" OR THE "COMPANY"), FROM JANUARY 27, 2000, TO OCTOBER 4, 2000, INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action (the "Action") has been certified as a class action. The certified class consists of all persons who purchased or otherwise acquired securities of Priceline.com, Inc., from January 27, 2000, to October 4, 2000, inclusive (the "Class Period").

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED. If you have not yet received the full printed Notice of Pendency of Class Action, you may obtain one by contacting:

Strategic Claims Services
Concord Plaza
2710 Concord Road, Suite 5
Aston, PA 19014

Inquiries, other than requests for the Notice of Pendency of Class Action, may be made to Plaintiffs' Co-Lead Counsel:

| | |
|---|---|
| Jacob B. Perkinson, Esq. | David R. Scott, Esq. |
| Johnson & Perkinson | Scott + Scott, LLC |
| 1690 Williston Road | 108 Norwich Avenue |
| P.O. Box 2305 | P.O. Box 192 |
| South Burlington, VT 05403 | Colchester, CT 06415 |
| 888-459-7855 | 800-404-7770 |

Jules Brody, Esq.
Stull, Stull & Brody
6 East 45th St.
New York, NY 10017
212-687-7230