UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION : : : _____ : This document relates to: : : ALL ACTIONS : : | MASTER FILE NO. 3:00CV01884 (CFD) May 12, 2006 |

**DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE COURT'S APRIL 4, 2006 ORDER RE: APPOINTING THE LEISINGER PENSION FUND AS CLASS REPRESENTATIVE**

| | |
|---|---|
| SCOTT + SCOTT, LLC<br>David R. Scott<br>Geoffrey M. Johnson<br>Erin Green Comite<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br>Facsimile: (860) 537-4432<br><br>**Co-Lead Counsel** | JOHNSON & PERKINSON<br>Dennis J. Johnson<br>Jacob B. Perkinson<br>Peter J. McDougall<br>1690 Williston Road<br>P.O. Box 2305<br>South Burlington, VT 05403<br>Telephone: (802) 862-0030<br>Facsimile: (802) 862-0060<br><br>STULL, STULL & BRODY<br>Jules Brody<br>Aaron Brody<br>6 East 45th St.<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022<br><br>**Co-Lead Counsel** |

I, Erin Green Comite, hereby declare as follows:

1. I am an associate at the law firm of Scott + Scott, LLC, and am one of the counsel of record in the above-captioned action. I make this declaration in support of Plaintiffs' Response to the Court's April 4, 2006 Order Re: Leisinger Pension Fund As Class Representative. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Documents produced to defendants in the above-captioned action with Bates number: LPF00019, 26, 32.

Exhibit B: Documents produced to defendants in the above-captioned action with Bates number: LPF00018, 1172, 1170, 1163, 1134, 1129, 1082, 1089, 1092, 1114, 1126, 1127, 1128.

Exhibit C: Deposition Transcript of Felix Leisinger in the above-captioned action, dated June 21, 2005.

Exhibit D: Certification of Felix Leisinger on behalf of the Leisinger Pension Fund, dated November 8, 2000.

Dated this 12th day of May, 2006, at Colchester, Connecticut.

                                                    /s/
                                          Erin Green Comite

Dated: May 12, 2006	Respectfully submitted,

/s/ Erin Gree Comite
SCOTT + SCOTT, LLC
David R. Scott (ct16080)
Geoffrey M. Johnson
Erin Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

2

## CERTIFICATE OF SERVICE

  I hereby certify that on May 12, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

/s/ Erin Green Comite
SCOTT + SCOTT, LLC
David R. Scott (ct16080)
Geoffrey M. Johnson
Erin Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432