UBS

REDACTED

```
8098 ZUERICH, 28.07.2000                                          19A
TEL. 01/234 11 11
REF. AMFQ-CH6
                                        CQUE
EFFEKTENHAENDLER-NR. 800400             CQVS ZH-PARADEPLATZ
AUFTRAGS-NR GI08876/5
```

B O E R S E N A B R E C H N U N G

IHR  K A U F

DEPOT

PFANDDEPOT

```
ABSCHLUSSDATUM: 27.07.2000
BUCHUNGSDATUM:  01.08.2000        ABSCHLUSSORT: USA/NASDAQ
```

| STUECKZAHL | VALOR     411693 | KURS |  |
|---|---|---|---|
| 20 000 | SHS PRICELINE.COM INC. | USD | 24.6875 |

| | | | |
|---|---|---|---|
| KURSWERT IN HANDELSWAEHRUNG | | USD | 493 750.00 |
| BETRAG IN CHF      816 785.95   USD /CHF ZU     1.65425 | | | |
| COURTAGE | | USD | 1 110.94 |
| EIDGENOESSISCHE STEMPELABGABE | | USD | 740.63 |
| ZULASTEN KONTO          USD          VALUTA 01.08.2000 | | USD | 495 601.57 |

WIR WERDEN DIE TITEL IN OBIGES DEPOT EINBUCHEN.

DIESEN ABSCHLUSS HABEN WIR ALS KOMMISSIONAER GETAETIGT

FORMULAR OHNE UNTERSCHRIFT

LPF00019

9772 ZFL  11.99

UBS SA  UBS AG



**UBS**

2000 06 14
0206/GHGW

8098 ZUERICH, 29.05.2000                                          19A
TEL. 01/234 11 11
REF. AMFQ-CH6
                                          CQUE
EFFEKTENHAENDLER-NR. 800300               CQVS ZH-PARADEPLATZ
AUFTRAGS-NR FP60752/6


B O E R S E N A B R E C H N U N G



IHR  K A U F
                                    DEPOT

                                                        PFANDDEPOT

ABSCHLUSSDATUM: 26.05.2000
BUCHUNGSDATUM:  01.06.2000              ABSCHLUSSORT: USA/NASDAQ

| STUECKZAHL | VALOR     411693 | KURS |
|---|---|---|
| 5 000 | SHS PRICELINE.COM INC. | US$      34.8975 |

| | | |
|---|---|---|
| KURSWERT IN HANDELSWAEHRUNG | | US$     174 487.50 |
| BETRAG IN SFR     295 581.85   US$ /SFR ZU    1.694 | | |
| COURTAGE | | US$        785.19 |
| EIDGENOESSISCHE STEMPELABGABE | | US$        261.73 |
| ZULASTEN KONTO          US$          VALUTA 01.06.2000 | | US$     175 534.42 |


WIR WERDEN DIE TITEL IN OBIGES DEPOT EINBUCHEN.


DIESEN ABSCHLUSS HABEN WIR ALS KOMMISSIONAER GETAETIGT



                                                LPF00026            9772 ZF/L   11.99
FORMULAR OHNE UNTERSCHRIFT

                                            UBS SA   UBS AG



ZQ06-CH1
0206/GRGH

REDACTED

8098 ZUERICH, 11.04.2000                                         19A
Tel. 01/234 11 11
Ref. AMFQ-CH6

                                        CQUE
Auftrags-Nummer      F287267.7          CQVS ZH-PARADEPLATZ


Auftragsbestätigung


Konto                    US$      Depot


Besten Dank für Ihren Auftrag, den wir Ihnen wie folgt bestätigen:

    V e r k a u f e n    USA/NASDAQ
                         gültig ab:      10.04.2000  bis:      30.04.2000

        Stückzahl        Valor      411693
        5'000            SHS PRICELINE.COM INC.


Limite:              US$ 124.00
Approx. Kurs:        US$ 72.875


Teilausführungen werden laufend abgerechnet.


                                        Mit freundlichen Grüssen

Formular ohne Unterschrift

                                        LPF00032

                                        UBS SA  UBS AG