C O N T R A C T   N O T E

YOUR S A L E                                      SAFEKEEPING ACCOUNT

                                                                    PFANDDEPOT

TRADE DATE: 16.11.2000
SETTLEMENT DATE: 21.11.2000           PLACE OF TRANSACTION: USA/NASDAQ

    NUMBER OF UNITS       SECURITY   411693                PRICE

        40 000          SHS PRICELINE.COM INC.      USD        2.75


MARKET PRICE IN TRADING CURRENCY                    USD      110 000.00

AMOUNT IN CHF    196 102.50   USD /CHF AT    1.78275


BROKERAGE                                           USD          660.00-

FEDERAL STAMP DUTY                                  USD          165.00-

IN FAVOUR OF ACCOUNT       USD      VALUE 21.11.2000  USD    109 175.00


WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.


WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT


FORM WITHOUT SIGNATURE

                                                              LPF00018

CONTRACT NOTE

YOUR S A L E                                          SAFEKEEPING ACCOUNT

                                                                              PFANDDEPOT

TRADE DATE: 16.11.2000
SETTLEMENT DATE: 21.11.2000        PLACE OF TRANSACTION: USA/NASDAQ

    NUMBER OF UNITS        SECURITY    A34978                PRICE

         3 400        SHS RAZORFISH INC.                USD        4.75


MARKET PRICE IN TRADING CURRENCY                          USD       16 150.00

AMOUNT IN CHF     28 791.40    USD /CHF AT    1.78275


BROKERAGE                                                 USD          133.24-

FEDERAL STAMP DUTY                                        USD           24.23-

IN FAVOUR OF ACCOUNT           USD    VALUE 21.11.2000    USD       15 992.53


WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.


WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT


FORM WITHOUT SIGNATURE

LPF01172

CONTRACT NOTE

YOUR S A L E                                           SAFEKEEPING ACCOUNT

                                                                                    PFANDDEPOT

TRADE DATE: 16.11.2000
SETTLEMENT DATE: 21.11.2000              PLACE OF TRANSACTION: USA/NASDAQ

NUMBER OF UNITS       SECURITY   .548150                           PRICE

     5 000       SHS PUMA TECHNOLOGY INC.                    USD          13.875


MARKET PRICE IN TRADING CURRENCY                             USD       69 375.00

AMOUNT IN CHF    123 678.30    USD /CHF AT   1.78275


BROKERAGE                                                    USD          416.25-

FEDERAL STAMP DUTY                                           USD          104.06-

IN FAVOUR OF ACCOUNT          USD      VALUE 21.11.2000      USD       68 854.69


WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.


WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT


FORM WITHOUT SIGNATURE

LPF01170

CONTRACT NOTE

YOUR S A L E                                      SAFEKEEPING ACCOUNT

                                                                          PFANDDEPOT

TRADE DATE: 16.11.2000
SETTLEMENT DATE: 21.11.2000        PLACE OF TRANSACTION: USA/NASDAQ

    NUMBER OF UNITS      SECURITY   411693                    PRICE

        40 000           SHS PRICELINE.COM INC.          USD        2.75


MARKET PRICE IN TRADING CURRENCY                         USD     110 000.00

AMOUNT IN CHF      196 102.50   USD /CHF AT   1.78275


BROKERAGE                                                USD         660.00-

FEDERAL STAMP DUTY                                       USD         165.00-

IN FAVOUR OF ACCOUNT           USD      VALUE 21.11.2000 USD     109 175.00


WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.


WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT


FORM WITHOUT SIGNATURE

LPF01163

CONTRACT NOTE

YOUR S A L E                                          SAFEKEEPING ACCOUNT

                                                                          PFANDDEPOT

TRADE DATE: 16.11.2000
SETTLEMENT DATE: 21.11.2000        PLACE OF TRANSACTION: USA/NASDAQ

   NUMBER OF UNITS        SECURITY    1088187                PRICE

        10 000            SHS -A-  GENUITY INC.        USD         5.125


MARKET PRICE IN TRADING CURRENCY                        USD      51 250.00

AMOUNT IN CHF      91 365.95    USD /CHF AT    1.78275


BROKERAGE                                               USD         384.37-

FEDERAL STAMP DUTY                                      USD          76.88-

IN FAVOUR OF ACCOUNT              USD    VALUE 21.11.2000  USD   50 788.75


WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.


WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT


FORM WITHOUT SIGNATURE

LPF01134

CONTRACT NOTE

YOUR S A L E                                    SAFEKEEPING ACCOUNT

                                                                    PFANDDEPOT

TRADE DATE: 16.11.2000
SETTLEMENT DATE: 21.11.2000        PLACE OF TRANSACTION: USA/NASDAQ

| NUMBER OF UNITS | SECURITY   830224                    | PRICE |        |
|-----------------|--------------------------------------|-------|--------|
| 6 000           | SHS GADZOOX NETWORKS INC. USD -.005  | USD   | 4.125  |

MARKET PRICE IN TRADING CURRENCY                       USD    24 750.00

AMOUNT IN CHF    44 123.05   USD /CHF AT   1.78275


BROKERAGE                                              USD       204.18-

FEDERAL STAMP DUTY                                     USD        37.12-

IN FAVOUR OF ACCOUNT        USD       VALUE 21.11.2000 USD    24 508.70


WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.


WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT


FORM WITHOUT SIGNATURE

LPF01129

CONTRACT NOTE

YOUR S A L E

SAFEKEEPING ACCOUNT

PFANDDEPOT

TRADE DATE: 16.11.2000  
SETTLEMENT DATE: 21.11.2000     PLACE OF TRANSACTION: USA/NASDAQ

| NUMBER OF UNITS | SECURITY 854468 | | PRICE | |
|---|---|---|---|---|
| 10 000 | SHS DOUBLECLICK INC. | USD -.001 | USD | 16.25 |

MARKET PRICE IN TRADING CURRENCY                              USD      162 500.00

AMOUNT IN CHF    289 696.90   USD /CHF AT    1.78275

BROKERAGE                                                    USD          731.25-

FEDERAL STAMP DUTY                                           USD          243.75-

IN FAVOUR OF ACCOUNT          USD      VALUE 21.11.2000      USD      161 525.00

WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.

WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT

FORM WITHOUT SIGNATURE

CONTRACT NOTE

YOUR S A L E

SAFEKEEPING ACCOUNT

PFANDDEPOT

TRADE DATE: 16.11.2000
SETTLEMENT DATE: 21.11.2000        PLACE OF TRANSACTION: USA/NASDAQ

| NUMBER OF UNITS | SECURITY 1010754 | PRICE |
|---|---|---|
| 10 000 | SHS DATA RETURN CORP. | USD 8.75 |

MARKET PRICE IN TRADING CURRENCY                                USD        87 500.00

AMOUNT IN CHF    155 990.65   USD /CHF AT    1.78275

BROKERAGE                                                       USD           525.00-

FEDERAL STAMP DUTY                                              USD           131.25-

IN FAVOUR OF ACCOUNT         USD       VALUE 21.11.2000        USD        86 843.75

WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.

WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT

FORM WITHOUT SIGNATURE

------------------------------------------------------------------------------------

LPF01089

CONTRACT NOTE

YOUR SALE

SAFEKEEPING ACCOUNT

PFANDDEPOT

TRADE DATE: 16.11.2000
SETTLEMENT DATE: 21.11.2000          PLACE OF TRANSACTION: USA/NASDAQ

| NUMBER OF UNITS | SECURITY 1021303 | PRICE | |
|---|---|---|---|
| 7 565 | SHS EGGHEAD.COM INC. (NEW) | USD | 1.875 |

MARKET PRICE IN TRADING CURRENCY                              USD      14 184.38

AMOUNT IN CHF     25 287.20    USD /CHF AT    1.78275

BROKERAGE                                                     USD         117.02-

FEDERAL STAMP DUTY                                            USD          21.28-

IN FAVOUR OF ACCOUNT        USD      VALUE 21.11.2000    USD      14 046.08

WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.

WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT

FORM WITHOUT SIGNATURE

CONTRACT NOTE

YOUR S A L E

SAFEKEEPING ACCOUNT

PFANDDEPOT

TRADE DATE: 16.11.2000
SETTLEMENT DATE: 21.11.2000          PLACE OF TRANSACTION: USA/NASDAQ

| NUMBER OF UNITS | SECURITY 1025753 | | PRICE |
|---|---|---|---|
| 5 000 | SHS -A- ESPEED INC. | USD -.01 | USD 19.875 |

MARKET PRICE IN TRADING CURRENCY                           USD        99 375.00

AMOUNT IN CHF     177 160.80    USD /CHF AT    1.78275

BROKERAGE                                                  USD           596.25-

FEDERAL STAMP DUTY                                         USD           149.06-

IN FAVOUR OF ACCOUNT         USD     VALUE 21.11.2000      USD        98 629.69

WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.

WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT

FORM WITHOUT SIGNATURE

LPF01114

CONTRACT NOTE

YOUR S A L E –
CANCELLATION                              SAFEKEEPING ACCOUNT

                                                                          PFANDDEPOT
TRADE DATE: 17.11.2000
SETTLEMENT DATE: 22.11.2000        PLACE OF TRANSACTION: USA/NASDAQ

    NUMBER OF UNITS       SECURITY    830224                    PRICE

        22 000          SHS GADZOOX NETWORKS INC.          USD      3.7674
                              USD –.005


MARKET PRICE IN TRADING CURRENCY                          USD     82 882.80

AMOUNT IN CHF    147 966.50    USD /CHF AT    1.78525


BROKERAGE                                                  USD        497.30–

FEDERAL STAMP DUTY                                         USD        124.32–

TO THE DEBIT OF ACCOUNT         USD    VALUE 22.11.2000   USD     82 261.18

THE BROKERAGE FEE CHARGED PER PARTIAL EXECUTION OF A TRANSACTION IS BASED ON THE ACCUMU-
LATED PRICE STEPS OF ALL PARTIAL EXECUTIONS LESS THE BROKERAGE AMOUNT ALREADY DEBITED.
WE SHALL ENTER THE SECURITIES IN THE ABOVE SAFEKEEPING ACCOUNT.
CORRECTION DUE TO: NUMBER OF UNITS/NOMINAL


WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT


FORM WITHOUT SIGNATURE

LPF01126

CONTRACT NOTE

YOUR S A L E –
CORRECTION                                           SAFEKEEPING ACCOUNT

                                                                                    PFANDDEPOT
TRADE DATE: 17.11.2000
SETTLEMENT DATE: 22.11.2000        PLACE OF TRANSACTION: USA/NASDAQ

   NUMBER OF UNITS        SECURITY    830224                        PRICE

       22 000          SHS GADZOOX NETWORKS INC.              USD         3.7674
                                 USD -.005


MARKET PRICE IN TRADING CURRENCY                              USD       82 882.80

AMOUNT IN CHF     147 966.50    USD /CHF AT     1.78525



BROKERAGE                                                     USD          497.30-

FEDERAL STAMP DUTY                                            USD          124.32-

IN FAVOUR OF ACCOUNT          USD      VALUE 22.11.2000       USD       82 261.18

THE BROKERAGE FEE CHARGED PER PARTIAL EXECUTION OF A TRANSACTION IS BASED ON THE ACCUMU-
LATED PRICE STEPS OF ALL PARTIAL EXECUTIONS LESS THE BROKERAGE AMOUNT ALREADY DEBITED.
WE SHALL TAKE THE SECURITIES OUT OF THE ABOVE SAFEKEEPING ACCOUNT.
CORRECTION DUE TO: PRICE


WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT



FORM WITHOUT SIGNATURE

LPF01127

CONTRACT NOTE

YOUR S A L E -
CANCELLATION                DATED 20.11.2000    SAFEKEEPING ACCOUNT

                                                                          PFANDDEPOT
TRADE DATE: 17.11.2000
SETTLEMENT DATE: 22.11.2000         PLACE OF TRANSACTION: USA/NASDAQ

    NUMBER OF UNITS      SECURITY   830224                    PRICE

        22 000           SHS GADZOOX NETWORKS INC.         USD        3.75
                                      USD -.005


MARKET PRICE IN TRADING CURRENCY                            USD    82 500.00

AMOUNT IN CHF    147 283.15    USD /CHF AT    1.78525



BROKERAGE                                                   USD       495.00-

FEDERAL STAMP DUTY                                          USD       123.75-

TO THE DEBIT OF ACCOUNT          USD   VALUE 22.11.2000     USD    81 881.25

THE BROKERAGE FEE CHARGED PER PARTIAL EXECUTION OF A TRANSACTION IS BASED ON THE ACCUMU-
LATED PRICE STEPS OF ALL PARTIAL EXECUTIONS LESS THE BROKERAGE AMOUNT ALREADY DEBITED.
WE SHALL ENTER THE SECURITIES IN THE ABOVE SAFEKEEPING ACCOUNT.
CORRECTION DUE TO: PRICE


WE HAVE EXECUTED THIS TRANSACTION ACTING AS A COMMISSION AGENT



FORM WITHOUT SIGNATURE


LPF01128