# In The Matter Of:

*IN RE: PRICELINE.COM INC. - SECURITIES LITIGATION v.*

---

*FELIX LEISINGER*

*June 21, 2005*

---

*LEGALINK MANHATTAN*

*420 Lexington Avenue - Suite 2108*

*New York, NY 10170*

*PH: 212-557-7400 / FAX: 212-692-9171*

LEISINGER, FELIX - Vol.



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------------x
IN RE: PRICELINE.COM, INC.
SECURITIES LITIGATION MASTER FILE NO.
3:00CV01884 (DJS)
--------------------------------------------x

June 21, 2005
10:28 a.m.

Videotaped Deposition of FELIX LEISINGER, taken by Defendants, pursuant to Notice, at the offices of Robinson & Cole, LLP, 885 Third Avenue, New York, New York, before ANITA SHEMIN, a Shorthand Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S:

SCOTT & SCOTT LLC
Attorneys for Plaintiffs
108 Norwich Avenue
Colchester, Connecticut 06415
BY: ERIN GREEN COMITE, ESQ.
- and -
GEOFFREY M. JOHNSON, ESQ.

JOHNSON & PERKINSON
Attorneys for Plaintiffs
1690 Williston Road
South Burlington, Vermont 05403
BY: PETER J. McDOUGALL, ESQ.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Attorneys for Defendant JAY WALKER
600 Peachtree Street N NE, Suite 2400
Atlanta, Georgia 30308-2222
BY: CARL W. MULLIS, ESQ.

A P P E A R A N C E S: (Continued)

ROBINSON & COLE LLP
Attorneys for Defendants (Except JAY WALKER)
Financial Centre
695 East Main Street
Stamford, Connecticut 06094-2305
BY: WILLIAM J. KELLEHER, III
-and-
JOSEPH L. CLASEN, ESQ.

CRAVATH, SWAINE & MOORE LLP
Attorneys for Defendants (Except JAY WALKER)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
BY: JAMES G. HEIN, JR., ESQ.

ALSO PRESENT:
TINA LIE
WILLIAM PACE, LegaLink Action Video

VIDEOGRAPHER: This is the videographer, William Pace, of Legalink Action Video, 420 Lexington Avenue, New York.

Today is June 21st, 2005, and the time on the video monitor is 10:28, a.m. We are at the offices of Robinson & Cole, 885 Third Avenue, New York, New York, to take the videotaped deposition of Felix Leisinger in the matter of In Re Priceline.com Securities Litigation, which is in the United States District Court, for the District Of Connecticut, Master File No. 3:00CV1884.

Counsel, will you please identify yourselves and state who you represent.

MR. CLASEN: Joe Clasen, Robinson & Cole, for all of the Defendants except for Jay Walker.

MR. HEIN: James Hein, from Cravath,n Swaine & Moore, for the Defendants except Jay Walker.

MR. MULLIS: Carl Mullis, and I represent Mr. Jay Walker.

MS. GREEN COMITE: Erin Green Comite, for the Plaintiffs.

MR. JOHNSON: Scott & Scott, for the

Plaintiffs.
MR. McDOUGALL: Peter J. McDougall, from Johnson & Perkinson, for the Plaintiffs.
MR. MULLIS: There is one other person in the room that needs to be identified.
MR. HEIN: Tina Lie from Cravath Swaine & Moore, for all the Defendants except Jay Walker.
VIDEOGRAPHER: You may swear the witness.
FELIX LEISINGER,
having been first duly sworn by the Notary Public (Anita Shemin), was examined and testified as follows:
EXAMINATION BY MR. CLASEN:
Q Good morning, Mr. Leisinger.
A Good morning.
Q The first question I have for you is: What is the Leisinger Pension Fund?
A It's a fund to look after the welfare of The Leisinger Family.
Q Under what country's law was it created?
A Switzerland.
Q When was it created?
A It started up in 1966 or thereabouts.

FELIX LEISINGER
Q In 1966, you said?
A Yes.
Q Who started it?
A My parents.
Q Okay.
And what were their names?
A Karl Leisinger and Margaret Leisinger.
Q Now, are you a lawyer?
A No, no.
Q Okay, good. Good, I guess; right?
I am not asking for legal characterizations, but if you know, under Swiss law, is it set up like a trust is?
A I wouldn't know.
Q Who were the beneficiaries of The Fund originally?
A My family, myself, my wife, my three children.
Q So, when your parents set it up, they set it up for your benefit, your wife's and your three children?
A Yes.
Q Okay.
Who runs The Fund?

FELIX LEISINGER
A The bank.
Q A bank?
A Yes.
Q Who does the bank report to?
A I don't know.
Q Do you have a title at The Fund?
A No.
Q Like trustee?
A No.
Q Executor, anything like that?
A No, no.
Q All right, okay.
So, the bank reports to you as to what has been happening?
A Well, there isn't a system of reporting with Swiss banks.
Q The bank we were just referring to, which bank was that?
A At the time, it was Swiss Bank Corporation.
Q When you say "at the time," are you talking about when it was started?
A Swiss Bank Corporation does not exist any longer.

FELIX LEISINGER
Q It is now?
A UBS.
Q UBS?
A Yes.
Q Was it was Swiss Bank until Swiss Bank became UBS?
A I don't know what happened, whether one took over the other or the way it was, but I know that Swiss Bank Corporation just ceased to exist.
Q When it ceased to exist, the one running The Fund then became UBS?
A It appears so, yes.
Q It appears so.
Do you know, or you are just --
A I only know it in the sense, yes, UBS were involved.
Q Who is running The Fund today?
A I don't remember.
Q Who is running The Fund today?
A Today?
Q Today.
A There is no Fund today.
Q When did The Fund get dissolved?
A It wasn't dissolved, it was destroyed.

Page 9

FELIX LEISINGER

Q When was it destroyed?
A In the year 2000.
Q Okay.
When you say destroyed, what do you mean?
A The assets of The Fund were -- were -- disappeared.
Q All of the assets disappeared?
A 99 percent or thereabouts.
Q Does The Fund still exist today?
A No.
Q Is there any money in The Fund?
A No.
Q What happened to the last 1 percent or so of the money that was in The Fund?
A It was put into property for the children, into their houses where they live with their families.
Q The children is your children you are talking about?
A Yes, yes.
Q When did that occur? When did the money come out of The Fund, the last money go out of The Fund and go to the children?

Page 10

FELIX LEISINGER

A In the year 2000.
Q How much money actually was left in The Fund in 2000?
A About $700,000.
Q That represented just a small fraction of what used to be in The Fund?
A Yes.
Q Do you know what was in The Fund in 1999?
A Yes.
Q How much was in The Fund in 1999?
A Gross, about 16 million and -- and net assets, about 12 million.
Q I am a little confused. You say gross of 16, net of 12. There were some expenses, I take it?
A This is how the Swiss Bank accounted for it. I cannot really explain it myself, but now there is a figure there of 16 million, and there is a net figure of 12 million.
Q By the end of the next year, by the end of 2000, there was no money left except --
A (No Response)
Q She can't get -- this is your first

Page 11

FELIX LEISINGER

deposition?
A Yes, yes.
Q Okay.
A couple of things you cannot do. Although we get nods and stuff, she cannot get nods.
A I understand.
Q You have to verbally say things. If you point and say this, that, no one will know. We will know, but she won't know.
A I get it.
Q That is easy. Okay.
Who -- who -- let me go back. You said that UBS did not report periodically to you; is that correct?
A Yes.
Q Did they report periodically to your wife or children?
A I do not know.
Q But you don't know?
A (No Response)
Q Other than your wife, and your children and yourself, were there ever any other beneficiaries of The Fund at any time?

Page 12

FELIX LEISINGER

A Apparently not.
Q You don't know that for a fact?
A No, I don't know that for a fact, no, because I don't know.
Q Okay.
How often did you get reports from UBS as to what was happening?
A I got -- I got -- I really couldn't say, I can't remember. It was eradicate.
Q In 2000, did you get any reports from UBS as to what was happening?
A Some, yes.
Q Do you remember how long -- was it every month, every couple of months?
A It is difficult to say, I cannot answer.
Q Do you know if in 2000, you -- is your wife still around and getting reports and stuff?
A No. No, nobody is getting anything.
Q Okay.
What I meant, is your wife still alive?
A Sorry?
Q Is your wife still alive?
A Yes.
Q Good, good.

FELIX LEISINGER

And your children, they are still around?
A Yes.
Q Okay, good.
Did you ever have any conversations with them where they told you what information they were getting from UBS in 2000?
A Yes.
Q What did they tell you? Let's start with your wife.
A They have received nothing from UBS since 2000.
Q In 2005?
A Specifically, I do not know.
Q Generally, do you know?
A I believe they received nothing.
Q Okay.
And in 2000, do you remember the type of things you did receive in 2000 from UBS?
A It would be just usual secret bank papers.
Q Do you remember what the statements showed that you were getting in 2000?
A No, no.

FELIX LEISINGER

Q Okay.
Did you ever make investment decisions for The Fund?
A No.
Q I mean, ever? I am talking in 1966 until it was destroyed and all of the funds were dispersed?
A No.
Q Were you aware of the type of investments that were being made?
A To a certain extent, yes.
Q Okay.
And how did you learn of the investments that were being made through these reports that you were getting?
A I -- I met with the bank a few times, about six times over the 20 years.
Q Okay.
Do you remember when these six visits occurred, generally?
A No.
Q When I -- when I -- this is another deposition rule, okay. I am going to ask you things like I just said, do you remember when

FELIX LEISINGER

these six visits occurred. If you remember the precise date in which these occurred, which I doubt you would, you can tell us the precise date. If you don't remember the precise date, you say one was in March, one was in February, one was in whatever of a particular year, you do the best you can.
If you cannot do that, to the extent you can approximate these six visits, tell us when. For example, one was in the '60's, one was in the '70's, one was in '80's, one was in the '90's.
If you cannot remember at all when any of them occurred, in other words, I know I had six, but they could have been in 1999, they could have been in 1967, then you say that, too.
A I know -- I can tell you they would have been spread out over those 20 years on the basis on perhaps a visit every other year or so. There would not be six visits in one year and none in the others, it would be something like that.
Q Do you remember having any visits in 2000?
A No.
Q How about in 1999?

FELIX LEISINGER

A I believe there was a meeting, yes.
Q Do you remember when in 1999?
A No.
Q Excuse me, one second.
In the visit that occurred in 1999, was that the last visit with UBS before The Fund got destroyed?
A I believe so.
Q Was there another visit after The Fund got destroyed with them?
A No.
Q The last visit you had with UBS, do you remember who you saw?
A Not precisely, no.
Q Do you remember what his or her title was?
A Bankers.
Q Do you remember where that visit occurred?
A Zurich.
Q What happened in that visit?
A We had lunch.
Q Okay.
Did you -- I am not going to ask what

FELIX LEISINGER

you had. Did you discuss the investments for The Fund at that point in time?

A No.

Q Did you discuss how much was in The Fund money wise?

A No.

Q Did you discuss anything about The Fund?

A I think it was basically about making me feel good about the bank and everything, and that everything was in safe and in good hands.

Q It was more of a social visit?

A It always was, in that the bank just -- just reassured me that -- that they -- that everything was in capable hands, and the money was in safe Swiss bank accounts.

Q In any of the visits that you had with the bank, did you ever discuss the type of investments the bank was investing in for The Fund?

A I queried once or twice, yes.

Q Do you remember, was that before 1999 that you queried them?

A Yes.

Q How did they respond to these queries?

FELIX LEISINGER

A They would say they knew what they were doing in that they specialized in this.

Q Did you ever talk to them about -- at any time about specific investments that they were investing for The Fund?

A Once, yes.

Q When was that?

A I cannot remember.

Q What was the investment?

A Their own shares.

Q Okay.

Shares in?

A Then Swiss Bank Corporation.

Q Swiss Bank at the time?

A (No Response)

Q Do you remember when that was, that discussion?

A No.

Q Did you -- when you were getting these statements, and I am having some photocopied, did you look at them every time you got them?

A No.

Q Did you ever really look at them?

A Not really, no.

FELIX LEISINGER

Q Okay.

Did you -- I guess the answer is no to this, but I want to ask: Did you ever question them about any of the investments that you saw in the list that you were getting what was invested in The Fund?

A I don't think so.

Q This case involves Priceline; right?

A Yes.

Q Have you heard of that company?

A Yes.

Q Did you ever talk to UBS about Priceline?

A No.

Q Up until the moment that the -- that the -- that you learned that The Fund basically lost all of the money, did you even know that they invested in Priceline?

A It is difficult to say, I may have done.

Q You may have seen it on the list, you mean?

A Yes.

Q Other than seeing it on the list, is there any other way you would have known that they

FELIX LEISINGER

invested in Priceline?

A I don't think so.

Q You never talked to them about Priceline; right?

A No.

Q Do you have any idea why they invested in Priceline?

A No.

Q Okay.

Did they ever give you any written communication to tell you why they invested in Priceline?

A No.

Q Do you know what portion of the portfolio, the total portfolio, was represented by the Priceline investment?

A No.

Q Since 2000, have you spoken to anybody from UBS about Priceline?

A No.

Q Okay.

Other than the attorneys here and other attorneys that you may have dealt with at the firms they are with, have you spoken with anybody

Page 21

FELIX LEISINGER

else about Priceline?
A No.
Q Okay.
What do you know about Priceline?
A It's a company which offers travel and hotels at their own price, so to speak.
Q When did you first hear about Priceline?
A I believe I -- I heard at the time, but I couldn't say which year that was. I heard it was in the news that -- that a company which -- which I now know was -- must have been Priceline offered this new idea, which seemed a good idea.
Q When you heard about it, how did you hear about it, on TV?
A I don't think so. Not TV probably, but a newspaper, maybe.
Q What -- from 1999 to 2000, what newspapers did you generally read?
A I don't read newspapers, but from time to time, you see one in a waiting room, or on an airplane or so, but I don't subscribe to any newspapers or magazines.
Q I was going to ask magazines, too. If you saw something about Priceline, it was possibly

Page 22

FELIX LEISINGER

in some newspaper that you saw while you were in a waiting room somewhere?
A Yes.
Q Do you remember anything about what it might have said if you read it in some newspaper?
A Not specifically, no. Just that this was a new way of -- of buying travel or -- or hotels.
Q Okay.
Have you ever used Priceline?
A I did try once, and I got fed up.
Q When was that that you tried?
A I couldn't tell, but it is a long time ago.
Q Was it before 2000 or after 2000?
A I couldn't say, but -- but it could have been in 2000, it could have been after, I don't know, but I don't think it was before.
Q Okay.
When you say you fed up, what do you mean?
A In the sense that I don't like to pay for something before I know what I get, and it -- from what I remember, you had to -- you had to

Page 23

FELIX LEISINGER

give your payment, your credit card before you knew whether you were going to get a flight or -- or a hotel at the price that you offered to pay. So it seemed to me --
Q That wasn't the thing that you wanted to do?
A It seemed to me what if they don't accept your price, and you have to start all over again, it could take you a long time to get what you want.
Q So, you ultimately didn't even use it; right?
A No, no.
Q Do you remember what was it that you were trying to use it for, a hotel, air fare?
A Probably an air fare.
Q Do you remember where you were trying to fly?
A No.
Q Was it in the United States, or was it --
A No. No, in Europe.
Q In Europe?
A Yes.

Page 24

FELIX LEISINGER

MR. CLASEN: Okay.
Could you mark this for me, please. Would you mark this Leisinger 1.
(Leisinger Exhibit 1, document bearing Bates Nos. LPF00037 through LPF00046, marked for identification, as of this date.)
BY MR. CLASEN:
Q Before I show you this, just following up on it, generally you do not subscribe to newspapers; right?
A No.
Q You don't subscribe to magazines?
A No.
Q Do you read stock analysts' reports?
A No.
Q Prior to 2001, did you read any stock analysts' reports about Priceline?
A Not to my knowledge, no.
Q Let me show you what we have marked as Leisinger 1. I will just identify it. It is a -- it is a ten-page document, Bates Stamped LPF00037, 38, 39, 40, 41, 42, 43, 44, 45, 46. You don't have to worry about that part, that is just for us.

Page 25

FELIX LEISINGER

Take a look at this. Have you seen these before?
A I don't think so.
Q Okay.
Do you speak German?
A Yes.
Q The first three pages look pretty much like the same type of document. You don't think you have ever seen these before?
A No, I don't see to whom they are addressed. They don't seem to be addressed to anybody.
Q Okay.
How about the fourth page, it is a different type of document, have you seen this document before?
A I don't think so, no.
Q Have you seen something like this before from UBS?
A I probably have, but I couldn't be sure.
Q Does --
A It seems very, very -- normally, I never saw anything like this because normally they just give you the actual balance.

Page 26

FELIX LEISINGER

Q Did they show you the trades that were occurring?
A Not normally, no.
Q Excuse me?
A I mean, here they seem to be doing this, but this is not -- this is not a normal -- this is a statement which I would receive.
Q The statements you were getting in '99 and 2000, did they show the actual trades that were occurring?
A Not to my knowledge, no.
Q Okay.
When did you first learn that you had invested in the -- The Fund, pardon me, had invested in Priceline?
A That, I couldn't say, but too late, obviously.
Q Was it in 1999, or 2000 or after that?
A It must have been at -- towards the end of 2000, yes, when the whole thing became apparent.
Q Do you remember when it was at the end of 2000 that the whole thing became apparent?
A When?

Page 27

FELIX LEISINGER

Q When, what time? When, was it Christmastime, was it --
A I thought it was August, but I -- but I now understand it was November. But it was towards the latter part of 2000.
Q When you are talking about the end, you are talking about the end of The Fund?
A Yes.
Q Which had lots and lots of investments which apparently all went south; is that right?
A Yes.
MR. JOHNSON: Objection.
Q You answered the question.
How did you learn that The Fund had lost most of its assets?
A By -- by -- I -- I don't think I can answer this question precisely because I don't know --
Q Yes?
A -- how I precisely learned about it. All I know is that -- that I -- I received a check in the post which I refused.
Q Was that the first time you learned there was a problem with The Fund?

Page 28

FELIX LEISINGER

A I think so.
Q And do you remember, was this check -- is this check for the 700,000 or whatever was left in The Fund?
A Yes.
Q Did it come with any note saying this is it?
A I never opened the letter, I refused it. It was a recorded delivery letter, and that then led to some communication that they couldn't understand why I would refuse a check for so much money.
Q So, you got some -- the bank apparently tried to send you something, and it required you to sign for the letter; is that correct?
A Y6es.
Q And you refused to sign for it?
A Yes.
Q Why was that?
A Because I wasn't going to accept anything from the bank on that basis. I had no contract with the bank.
Q Okay.
But when that letter was coming to you

FELIX LEISINGER

that you had to sign for, at points in time, you thought all of the money was still in The Fund; right?

A No, there must have been some communication beforehand because I rechecked it. I -- I believe it was a check which I must have known was a check.

Q So, you must have known that The Fund had lost most of the assets before that -- before that communication came with the check; right?

A Yes. Within -- within a very few days, everything blew up, yes.

Q How did you learn that?

A As I said, I cannot remember how -- how I -- how I precisely found out or was informed.

Q Okay.

Do you think it was orally, or do you think it was another letter somewhere?

A It can't be a letter because there is no correspondence. There was no exchange of correspondence other than that particular recorded delivery letter. UBS do not use the post.

Q What do they use to communicate with you?

FELIX LEISINGER

A The phone.

Q Okay.

So, you think someone might have called you, then?

A Yes, that is possible. That is likely.

Q Do you remember what they said to you?

A No.

Q Do you have any idea, any recollection whatsoever what they said?

A Well, it -- it -- the quintessence of it must have been that they said we are going to send me a check and close the account.

Q Do you know why they were going to close the account?

A No. I have my own suspicions, but I don't know.

Q Prior to that call, you may have got a call where they told you that they are closing the account, had you expressed any problems with UBS before that time period about how they were running The Fund?

A I think that is possible, yes.

Q Yes?

A That is likely.

FELIX LEISINGER

Q Do you remember when the first time it was that you expressed concerns with how UBS was running The Fund?

A No. Not exactly, no.

Q Generally, the time period?

A Generally, I might have made an inquiry about how The Fund was doing, and -- and I might have been told that -- that it had done badly.

Q Do you remember when that might have happened?

MR. JOHNSON: Objection to the form of the question.

Q Do you remember when that happened?

MR. JOHNSON: Same objection.

BY MR. CLASEN:

Q I will ask a question, he has to object to protect the record later on for other things, okay. Unless he tells you --

MR. CLASEN: You will tell him if you don't want him to answer; right?

Q Otherwise you should answer the question; okay?

A Okay.

Could you ask it again, then?

FELIX LEISINGER

Q Sure.

MR. CLASEN: Please read it back.

(Requested portion read back)

BY MR. CLASEN:

Q Do you remember when it might have happened?

MR. JOHNSON: Same objection.

A In the year 2000.

Q What spurred you to go and call them to find out how The Fund was doing?

A I couldn't say.

Q Did you have some inkling that The Fund wasn't doing well at the time?

MR. JOHNSON: I object to the form of the question.

A I must have had, of course.

Q Do you remember when you got the idea that The Fund wasn't doing well?

MR. JOHNSON: Objection to the form of the question, it calls for speculation.

A Not really, no. No. Somehow I must have had intuition, maybe.

Q First, it was Swiss Bank, then UBS, they are the ones that decided what to invest in for

Page 33

FELIX LEISINGER

The Fund?
A Yes.
Q Before they made the investments, they didn't tell you what they were investing in; is that correct?
A Yes.
Q And -- and they didn't tell you why they were investing in any particular investment; correct?
A Yes.
Q And you -- and you have no idea today why they made any particular investment; right?
A No.
Q And that is true -- we are talking about all of the investments here including Priceline? That's your answer as to all of these; right?
A Yes.
Q Indeed, you didn't participate in the decision to buy the Priceline stock on behalf of The Fund; right?
A No.
Q You have no idea why the decision was made to buy the Priceline; right?
A (No Response)

Page 34

FELIX LEISINGER

MR. MULLIS: I didn't hear that, I am sorry.
A No, no.
Q You didn't even know that it was being bought at that time, okay, other than you might have seen something, you think; right?
A That is correct.
Q Indeed, you said a few minutes ago, you were not getting statements showing buys and sells; right?
A Right.
Q You didn't get a statement showing actually, to the best of your knowledge, whether the Priceline stock was fully bought?
A Yes.
Q Okay.
Ultimately, the Priceline stock was sold. Did you participate in the decision to sell the Priceline stock?
A No.
Q Do you know why? Did UBS tell you why they were selling it?
A No.
Q Okay.

Page 35

FELIX LEISINGER

It was their decision to sell it; correct?
A Yes.
Q Neither you, nor any member of your family participated in any of the decisions to buy or sell the Priceline stock?
A Never participated in any of these decisions.
Q And you don't even know why UBS actually decided to buy or sell any of the Priceline stock at any particular points in time; right?
A Yes.
Q Do you have investments outside of The Fund?
A No.
Q Okay.
I mean, do you own any stock?
A No.
Q Have you owned stock?
A Never.
Q Never?
A Never.
Q So, other than what was bought and sold through The Fund, you yourself --

Page 36

FELIX LEISINGER

A This is our family's savings of 30 years.
Q I understand, sir.
Other than the -- other than the stock that was purchased through The Fund, you and your family -- strike that.
You never bought or sold any stocks; is that correct?
A No, we wouldn't have had the money.
Q I cut you off. You started to say this was the 30 year --
A 30 year savings of our family. This is all of the money we have ever had.
Q Okay.
Tell me a little bit about yourself, sir. First of all, you live today where?
A Sorry?
Q Where do you live today?
A In London.
Q London, you do. Okay.
How long have you lived in London?
A On and off for 30 years.
Q What do you do for a living to keep -- to occupy your time?

Page 37

FELIX LEISINGER

A I retired when I was 27.

Q Okay.

What did you retire from when you were 27?

A From business which I was involved in with my father.

Q What business was that?

A Air conditioning.

Q Okay.

What was the name of the company?

A Air Improvement Center.

Q Where was that business located?

A Originally in -- in Bromley, England, which is a suburb of London.

Q What happened to it after that?

A It was -- afterwards, after I retired, my -- my former wife continued the business.

Q Okay.

Now, you retired when you were at age 27?

A Yes.

Q Is that correct?

A (No Response)

Q Which was when?

Page 38

FELIX LEISINGER

A (No Response)

Q Easier question. How old are you, sir?

A 35 years older.

Q That is good. That makes you -- we all can't do the math. You are 35ish, okay.

What have you been doing since you retired?

A Paint.

Q Paint?

A Yes.

Q What type of painting do you do?

A Abstract painting.

Q Are you involved at all in the financial world?

A No.

Q Have you ever been, at least since you were 27 years old?

A No, never.

Q How about your children, how many children do you have?

A Three.

Q Three?

A (No Response)

Q I think you testified before they were

Page 39

FELIX LEISINGER

never involved in any of the investments of The Fund; right?

A No.

Q In fact, they got no information, to the best of your knowledge, only you got information; correct?

A Yes.

Q What are they doing right now, your children?

A My oldest son works for the Catholic Herald in London. He -- he is publishing manager. My younger son has his own heating/engineering business. He is a heating engineer.

And my -- my daughter studied hotel management, and she now is in charge of the catering of a school.

Q And how about your wife, she is also a beneficiary of The Fund; right?

A Yes. My wife is an architect.

Q Okay.

You mentioned an ex-wife before?

A Yes.

Q Is that this wife, or is that a different wife?

Page 40

FELIX LEISINGER

A That is my former wife, yes. That is not my present wife.

Q The present wife is the one who is the beneficiary of The Fund?

A Yes.

Q Okay.

Not the ex-wife?

A No.

Q Okay. Got it, okay.

Have you ever lived in the United States?

A No.

Q How often do you come to the United States?

A I have not been in the United States for over 20 years, except for this year.

Q How often have you been here this year?

A Twice.

Q Twice?

A (No Response)

Q How about your family, do they come to the United States often?

A They have never been to the United States, as far as I know.