Page 137

```
 1
 2                 I N D E X
 3   WITNESS        EXAMINATION BY      PAGE
 4   Felix Leisinger    Mr. Clasen      5
 5                  Mr. Mullis        94
 6
 7              E X H I B I T S
 8   LEISINGER FOR ID    DESCRIPTION      PAGE
 9    1 Document, Bates LPF00037 - LPF00046   24
10    2 Letter              54
11    3 Letter              62
12    4 Plaintiff Leisinger Pension Fund's
13      responses to the first set of
14      interrogatories           65
15    5 Plaintiffs' responses and objections to
16      Defendant's second set of interrogatories
17      and requests for the production of
18      documents              65
19    6 Plaintiff Leisinger Pension Fund's first
20      amended responses to Defendant's first
21      set of interrogatories       66
22    7 Plaintiffs' first amended responses to
23      Defendant's second set of interrogatories 66
24
25
```

Page 138

```
 1
 2        I, ANITA SHEMIN, a Shorthand
 3   (Stenotype) Reporter and Notary Public
 4   of the State of New York, do hereby
 5   certify that the foregoing examination
 6   of the witness, FELIX LEISINGER, taken
 7   at the time and place aforesaid, is a
 8   true and correct transcription of my
 9   shorthand notes.
10        I further certify that I am
11   neither counsel for nor related to
12   any party to said action, nor in any
13   wise interested in the result or
14   outcome thereof.
15        IN WITNESS WHEREOF, I have
16   hereunto set my hand this 29th day
17   of June, 2005.
18
19        _____
20             ANITA SHEMIN
21
22
23
24
25
```

Page 139

```
 1
 2            * * * ERRATA SHEET * * *
 3                 LEGALINK
 4   NAME OF CASE:  PRICELINE.COM, INC. SECURITIES
                    LITIGATION
 5   DATE OF DEPOSITION:  JUNE 21 2005
     NAME OF WITNESS:  FELIX LEISINGER
 6
 7   PAGE  LINE       FROM          TO
     ____|____|_____|_____
 8   ____|____|_____|_____
 9   ____|____|_____|_____
10   ____|____|_____|_____
11   ____|____|_____|_____
12   ____|____|_____|_____
13   ____|____|_____|_____
14   ____|____|_____|_____
15   ____|____|_____|_____
16   ____|____|_____|_____
17
18
19        _____
20             FELIX LEISINGER
21
22   Subscribed and sworn to before me
23   this    day of          , 2005.
24        _____
25    (Notary Public)     My Commission Expires:
```

Page 1

**A**

able 111:6
absolutely 116:23 125:25
131:15 132:9
Abstract 38:13
accent 94:10
accept 23:9 28:21
account 30:13,15,20 56:4,6
57:6 121:11
accounted 10:18
accounts 17:16
accumulate 118:10
accurate 55:20
accuse 60:10
accusing 60:23
act 56:3
action 3:21 4:3 99:19,23
138:12
active 89:18 90:19
actively 90:13,15
actual 25:25 26:10
add 83:9
additional 43:19
address 110:14 123:18
addressed 25:12,12
addresses 112:3,3
advantage 106:7
advertises 48:17
advised 52:8
adviser 49:18
affect 118:11
aforesaid 138:7
age 37:20
Agel 93:8
ago 22:15 34:9 56:18 119:14
120:5,11 129:18,23
agree 114:15,16,24 115:18
116:21,23
agreements 102:24
ahead 45:23 60:17 61:10
96:19 114:5 122:2
air 23:16,17 37:9,12
airplane 21:22
algaecides 130:3
alive 12:21,23
allegations 123:7 124:18
allow 102:24 103:6 116:8
amended 66:4,9,22 67:2
74:17,19 75:2 76:6 77:11
78:4 137:20,22
analysts 24:15,18 71:19
Andersen 93:8
Andres 123:17,22
Anita 1:17 5:13 138:2,20
answer 12:16 19:3 27:18
31:21,22 33:17 44:13,21,23
44:25 46:15 47:16,19,19
48:8 49:4 51:11 56:8 61:16
76:7,9 96:20 97:16,16 100:2
103:11 121:5

answered 27:14 49:11 51:12
96:15 98:3 103:24 105:15
105:20
answering 41:25
answers 76:6
anybody 20:19,25 25:13
43:10 46:9 49:23 72:7 80:14
81:8
anymore 97:7,9
apologize 135:17
apparent 26:22,24
apparently 12:2 27:11 28:14
appear 112:5
appearance 68:18
appearances 90:21 91:2
appearing 95:25 96:12
appears 8:13,14 58:4 63:2
64:10
application 56:4,6
appropriate 106:13 120:10
120:12
approximate 15:10 82:22,23
approximately 71:12 89:4
architect 39:20 41:6
Arnold 54:19
arrange 106:5
arrangement 111:8
articles 95:8
artist 64:13,14 117:8
aside 49:7
asked 43:18,19 84:18 85:7,14
95:13,15 96:14 98:3 103:24
105:14,19 106:21 112:8
115:11 116:2 120:10 131:4
133:9
asking 6:12 42:2 46:9,10
63:11 80:5,5 113:16
assert 46:13 51:6
assets 9:7,9 10:14 27:16 29:10
88:20 98:8 120:23 121:8
associate 94:2
association 110:21
assume 63:13 128:25
assumes 101:18 113:11
assuming 100:16
assumption 130:16
Atlanta 2:10
attempt 85:18 135:20
attention 56:22 62:20 71:8
72:15 74:15
attorney 94:5 135:13,14,15
attorneys 2:4,12,18 3:4,13
20:23,24 46:17 47:13 48:11
49:23 82:11 85:19 86:16
107:22 108:9,15,18,21
124:16 125:11 128:22
132:14,22 133:4,6
attorney-client 41:24 43:21
46:6 47:10 48:9 49:5 84:12
attractive 71:18

August 27:4 55:6 111:18
authenticity 58:2 64:2
authority 59:6 61:19 75:9
98:16 99:13 101:11,12,21
101:24 102:4,5,8,9,16,18,23
103:6,13,14 104:6,12,16
106:3
authorization 99:21
authorize 100:23
authorizes 101:8
Avenue 1:16 2:5 3:15 4:4,7
average 119:22
aware 14:10 98:15
A-G-E-L 93:8
a.m 1:11 4:6

**B**

B 70:8 137:7
back 11:14 32:3,4 44:4,4,14
44:16 50:8,10 67:9,12,20
68:4,11 76:3 77:10 94:8
100:7,9 114:6,9 116:15
119:8 132:16
badly 31:9
balance 25:25
bank 7:2,3,5,14,18,19,20,24
8:6,6,10 10:18 13:21 14:17
17:10,13,16,18,19 18:14,15
28:14,22,23 32:24 48:17
73:11 97:3,5,6,10,23 100:12
100:20 101:14,19 127:15,16
127:20 128:2
Bankers 16:18
banks 7:17 105:22 106:2
117:22 118:9,22
based 47:12
basically 17:9 19:17 47:9
120:23 121:19
basis 15:18 28:22 45:7,20
48:24
Bates 24:6,22 108:2 137:9
bearing 24:5 84:22
beginning 92:23
behalf 33:20 62:23 75:18 91:4
96:22 99:18 100:25 101:3
101:22 102:25 103:7 105:12
105:13 106:19 117:9
beliefs 46:16 119:12
believe 13:17 16:2,9 21:9 29:7
43:7 45:16,25 46:10,11 47:2
48:2,5 54:15,23,25 55:11,22
56:12,18,20 59:10 61:13,23
64:21,24 69:20,22 76:2
82:13 91:12 102:10 108:19
112:16 113:8,24 114:13,20
115:4,13,20 116:25 117:4
118:21 119:7 120:22 123:9
124:25 125:6,7 129:11,16
129:19,22
believed 46:25 56:5 61:11

beneficiaries 6:16 11:25
78:23 98:9 107:5,9 121:8
122:22 123:6
beneficiary 39:19 40:5
benefit 6:21 74:2,8 106:6
best 15:7 34:14 39:6 42:22
55:20
Bexhill-on-Sea 110:13
bit 36:16 70:7 119:14
blame 45:12,15
blew 29:13
booked 88:19
born 78:21
bottom 67:22 71:4
bought 34:6,15 35:24 36:8
70:11 71:24 72:4,8,12
Braddock 89:21
break 52:13 53:24,25 80:6
92:5,8,15 112:21 114:2
119:4 120:8,12,13 134:22
bricks 61:23
brief 54:2 92:21 118:6 120:18
134:22 135:3
bring 103:7
Bromley 37:14
Burlington 2:14
business 37:6,8,13,18 39:14
buy 33:20,24 35:6,11 118:22
buying 22:8
buys 34:10

**C**

C 2:2 3:2 77:11
call 30:18,19 32:10 42:5 43:4
43:6
Calle 110:18
called 30:4
calls 32:21 43:9 61:8
Cantera 110:19
capable 17:15
captioned 65:18,22 66:3,8,15
66:17,21,25
carbon 130:5,6
card 23:2
care 91:23
carefully 112:20
Carl 2:21 4:21 94:2,4 119:3
carry 59:6 61:20
case 19:9 49:24 53:7 58:23
77:8 82:11 84:22 85:20
87:23 88:2,6,13 89:17 91:6
91:14 112:5 139:4
catering 39:17
Catholic 39:11 124:3,4,8,14
cease 97:4 102:2,6
ceased 8:10,11 97:2,24
Center 37:12
Centre 3:5
CEO 54:20
certain 14:12

Page 2

certainly 55:8
certify 138:5,10
cetera 118:23
change 55:21,23 118:19 119:8
changed 68:16,18 76:7 131:14
changes 130:23 131:5
characterizations 6:13
charge 39:16
chart 70:9 71:15
check 27:22 28:3,4,12 29:7,8
  29:11 30:13
Chicago 109:24
children 6:19,22 9:18,20,20
  9:25 11:19,23 13:2 38:20,21
  39:10 41:3,9 74:3 78:15,24
  79:3,3 104:22
Christmastime 27:3
claims 90:6
Clasen 3:10 4:15,15 5:15 24:2
  24:8 31:16,20 32:3,5 42:2
  43:22 44:3,20,22 45:9,22
  46:8,18,20 47:14,18,23,25
  48:14 49:6 50:11 51:9,13,15
  52:14,17 53:23 54:5,9 55:17
  59:18,23,24 60:16 61:9
  62:13,17 64:4 65:4,16 66:12
  67:10 69:3 84:13,17,24
  85:10,17 92:6,9,14,25 93:22
  93:25 113:19 116:13 135:21
  136:4,7 137:4
class 41:16,22 42:7 75:6 90:10
  91:23 93:3,5,12,20 95:23
  96:6,8,10,13,23,23 98:22
  99:19,23 100:13 104:15
  109:10
clear 57:4,14,17 59:25 80:3
  113:15 114:7
client 106:7 116:10
clients 48:18
climate 118:19
close 30:13,14 135:9
closing 30:19
coach 47:24
Colchester 2:6
Cole 1:15 3:3 4:7,16
collapsed 121:12
come 9:24 28:7 40:14,22
  41:15 42:21 52:6 64:16
  91:24 95:18
coming 28:25 90:16
Comite 2:7 4:23,23 59:22
  61:16 68:25 100:2 114:5
  116:9 126:19 136:2,6
commencing 121:13
commensurate 118:18
comments 119:11
Commission 139:25
communicate 29:24 115:24
communication 20:12 28:11
  29:6,11 43:21 43:17

communications 41:24 46:17
  47:12 48:11,13 77:3 84:16
  93:11,15 133:3
company 19:11 21:6,11 37:11
compare 68:19,19
Complaint 87:20,24 88:24
  89:2,11,13
Complaints 87:22
complete 43:25 96:19 130:12
completely 57:20
complies 71:7,11 72:19 74:23
concerned 97:3,10,11,20
concerning 95:6,10 98:17
  119:11,12 123:7 124:17
concerns 31:3
conclusion 47:3 61:8
conditioning 37:9
conduct 44:10 45:4
confidential 84:21
confirm 63:17,22
confused 10:15
confusing 114:8
connected 118:5,7,20
Connecticut 1:3 2:6 3:7 4:12
connection 45:17 46:12 48:3
  49:25 50:2,6,14,19 51:3
  52:4 127:18
consider 127:21 128:3
constituted 61:6
constitutes 90:18
construction 118:17
contact 47:9 52:3,9 79:13
  84:5
contained 129:6
content 133:3
contention 45:3 61:4
contents 43:20
context 101:2 128:2,2
continue 101:15
continued 3:2 37:18
continues 99:13
continuing 99:10
contract 28:23
contracts 59:5
conversations 13:6 80:7
  124:17
copies 108:10,13,14
copy 58:9,11 65:5,9,11 87:20
Corporation 7:21,24 8:10
  18:14
correct 11:16 28:16 33:6,10
  34:8 35:3 36:9 37:23 39:7
  56:7 83:24 86:23,25 95:4
  97:2,8,14 98:10,24 100:21
  101:22 102:19,22 103:21
  105:6 106:10 107:12 108:11
  109:12 115:5 117:5 120:24
  121:3 125:3,8,12,14,16
  126:10,11 127:10 128:11,23
  129:7 130:15 131:18,19,25

132:2,6,19,21 136:6 138:8
corrected 76:21,23 77:5
  128:19
correction 128:15 135:12
corrections 131:5
correspondence 29:21,22
costs 91:9,12,16,21
counsel 4:13 97:16 103:10
  121:5 138:11
country 99:9 110:5 134:12,14
country's 5:22
couple 11:5 12:15 52:14 66:13
  81:17,19 93:9
course 32:17 45:24 64:23
  118:25 126:15 128:12,12
court 1:2 4:11 88:7 90:20
  91:2,3
cover 121:9
Cravath 3:12 5:7
Cravath,n 4:18
created 5:22,24
creating 120:3
credit 23:2
Crescent 110:12
current 54:18 123:11
cut 36:11

**D**

D 137:2
date 15:3,4,5 24:7 54:8 55:4,5
  55:6 62:16 65:21 66:2,7,11
  70:11 82:23 111:20 126:6
  126:10,18 135:10 139:5
dated 126:2,17
dates 70:15
daughter 39:15
David 81:6,23 82:11
day 106:5 136:13 138:16
  139:23
days 29:12 73:22 81:17,19
dealt 20:24
debt 118:15
debts 118:15
December 126:3,11 132:16,17
decentralization 130:8
decide 87:15 92:15
decided 32:25 35:11 41:15
decision 33:20,23 34:19 35:2
decisions 14:3 35:6,9
Defendant 2:18
Defendants 1:14 3:4,13 4:16
  4:19 5:8 89:19,20
Defendant's 65:24 66:5,10,18
  66:23 67:3 85:20 137:16,20
  137:23
Del 115:14
delivery 28:10 29:23
Deloitte 88:14
dental 73:24
deposition 1:13 4:8 11:2

14:24 90:17 95:14,15 96:22
  135:10,20 136:3 139:5
desalination 130:9
described 59:10 133:18
DESCRIPTION 137:8
designate 128:10
destroy 60:19 129:20,24
destroyed 8:25 9:2,5 14:7
  16:8,11 45:10 59:7 97:6
  120:7
destruction 45:17 46:12 48:3
  118:19 130:10,13
determine 70:15
determined 70:16
development 118:16
differences 133:10
different 25:16 39:25 57:10
  85:16 133:15
difficult 12:16 19:20 114:22
dioxide 130:5,6
direct 56:22 62:20 71:8 72:15
  74:14 91:23
directly 118:20
disappeared 9:8,9
discovered 132:24 133:8
discuss 17:2,5,8,18
discussed 41:12
discussion 18:18
discussions 123:6,10,12
dismissal 88:8,15
dismissed 88:8
dispersed 14:8
dispute 50:2,12,20 51:4
disputes 50:7
dissolve 106:13
dissolved 8:24,25 101:14
  106:25
distributed 98:9
District 1:2,3 4:11,11
divorce 53:18,19
divulge 133:3
DJS 1:7
document 24:5,22 25:9,16,17
  54:11 56:23 58:3,20 62:21
  64:3 65:18,22 66:3,8,14,21
  84:9 85:20 112:8,9,15,21
  113:6,16 121:17 126:7,17
  126:21,25 128:10 132:13,18
  132:18 137:9
documentation 104:2,5,8,11
  105:17 107:8
documents 61:17 65:25 66:20
  70:18,24 82:10,14,16 83:8
  83:18,22,25 84:8,14 85:2,18
  85:24 86:2,5,15 87:2,7
  108:17,20 109:5,8,11
  126:14 135:9,23 137:18
doing 18:3 26:6 31:8 32:11,14
  32:19 38:7 39:9 48:19 60:10
  103:20 129:21

dollar 121:10,11
doubt 15:4
dozen 80:19
Dr 51:19
drafts 87:6
duly 5:12
duties 91:3

**E**

E 2:2,2 3:2,2 137:2,7
earlier 96:24 112:8 115:12
  124:25 133:9
early 79:17 82:6 84:5
Easier 38:3
East 3:6 110:13
easy 11:13
ecology 118:2,3,11
economics 118:2
editor 124:11
education 73:23 78:11,14,16
Eighth 3:15
either 92:15
emergencies 73:23
employed 123:23,25
enacted 119:2
endorse 116:24
ends 135:21
engineer 39:14
England 37:14 110:13 123:20
enormous 42:18
entire 57:5 58:2 112:21
entirely 127:7
entity 90:7
envelopes 83:10,11 86:6
environment 117:24 118:3,12
eradicate 12:10
Erin 2:7 4:23 80:12,17,24
  134:2
ERRATA 139:2
error 128:8,11,18 132:24
errors 125:14 129:6,8 132:24
escape 93:9
ESQ 2:7,9,15,21 3:10,17
established 47:7 74:2,8
  113:12
et 118:23
Europe 23:23,24
eventually 79:2
everybody 129:21
evidence 59:5 101:18 113:11
Evidently 131:23
evolve 42:20
evolved 42:19
exactly 31:5 113:22 120:5
examination 5:15 94:3 137:3
  138:5
examined 5:13
example 15:11 55:25 56:2
  117:14 131:9
excellent 114:25 116:19

118:24
exchange 29:21
exchanges 60:4
excuse 16:5 26:5 62:11 122:25
execute 60:2 121:13
executed 60:18
Executor 7:11
Exhibit 24:5 54:7 62:15 65:18
  65:22 66:3,8,14 67:7 68:3
  68:10,19,19,20 69:2,2,4,6
  69:24 70:4 72:14 74:12,18
  76:3,5,6 78:3,4 107:12,19
  107:23,25 110:11 123:8
  129:7 130:19,21,25,25
  131:6,6,9,24 132:8
exhibits 66:13
exist 7:24 8:10,11 9:11 97:2,4
  97:7,9,13,21 99:14
existence 75:25 97:24 98:17
  99:10 104:3
existing 97:11
exists 97:19 98:23
expense 78:14
expenses 10:16 78:12 91:22
Expires 139:25
explain 10:19
explanation 68:21
explosion 119:25
expressed 30:20 31:3
expression 42:11 129:9
extends 100:12
extent 14:12 15:9 46:15 48:9
  48:10 49:4 119:20
ex-wife 39:22 40:8

**F**

face-to-face 79:24 81:10
fact 12:3,4 39:5 48:13 61:19
  63:22 95:2 119:13
facts 48:16 101:18 113:11
  127:8
false 126:7
familiar 112:9
families 9:19
family 5:21 6:18 35:6 36:7,13
  40:22 41:2 53:4 62:23 73:15
  73:15,19,21 78:9,10 79:2
  117:9 120:24 121:9
family's 36:2
far 40:25 97:3,9,10,20 116:6
fare 23:16,17
fast 89:9
father 37:7
fax 43:13,21 133:21
faxed 43:12,19 77:2 83:4
February 15:6 132:4,17 134:9
fed 22:12,21
feel 17:10
Felix 1:13 4:9 5:11 6:1 7:1 8:1
  9:1 10:1 11:1 12:1 13:1 14:1

15:1 16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1 44:1
  45:1 46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1 59:1
  60:1 61:1 62:1,22 63:1 64:1
  64:15 65:1 66:1 67:1,23
  68:1,6 69:1,16 70:1 71:1
  72:1 73:1,3 74:1,2 75:1,3,4
  76:1,10 77:1 78:1 79:1 80:1
  81:1 82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1 90:1
  91:1 92:1 93:1 94:1 95:1
  96:1 97:1 98:1 99:1 100:1
  101:1 102:1 103:1 104:1
  105:1 106:1 107:1 108:1
  109:1 110:1 111:1 112:1
  113:1 114:1 115:1 116:1
  117:1,7,8 118:1 119:1 120:1
  121:1 122:1 123:1 124:1
  125:1 126:1 127:1 128:1
  129:1 130:1 131:1 132:1
  133:1 134:1 135:1 136:1,11
  137:4 138:6 139:5,20
fifth 67:21
figure 10:20,21 43:22 60:11
file 1:6 4:12 65:6 87:11,14,18
  98:12
filed 122:6,9,13
filing 98:15
finally 128:10
financial 3:5 38:14 49:18
financing 118:16
find 32:11 47:11
fine 92:11,18
finish 92:10
firm 42:25 43:19 51:22,23
  79:14 134:6 135:15,16
firms 20:25 80:2
first 5:12,18 10:25 21:8 25:8
  26:14 27:24 31:2 32:24
  36:17 41:21 42:3,14 52:3
  63:14 65:20 66:4,5,9,16,22
  66:23 67:2,11 74:15,17,18
  75:4 76:14 79:13 89:10
  108:2 109:18 121:9 137:13
  137:19,20,22
five 79:6 120:11
flight 23:3 134:20
fly 23:19
followed 69:10
following 24:9
follows 5:14
foregoing 138:5
forest 118:23
Forget 53:18

form 31:12 32:15,20 44:17
  45:13,21 47:20,23 48:24
  50:21 51:7 54:13,14,18,18
  59:5,16 60:7,13 61:7 65:3
  71:25 79:3 98:3,25 99:6,24
  101:17 102:20 103:2,8,23
  104:18 105:3,10 106:4,21
  111:13 112:17 113:10,20
  116:11 119:16 121:2,23
  124:20 126:9 127:11,24
  128:13 129:13 133:23
former 37:18 40:2
formulated 97:5
forth 123:7
found 29:16 82:15
foundation 45:7,8,20 47:7
  49:2,10 59:17 60:8,14 72:2
four 65:17 75:3 87:6
fourth 25:15 56:23 67:13,20
  68:4,11
fraction 10:6
frequent 110:25
front 67:4,5 68:23 69:5
  133:16,24 134:2
full 133:22
fully 34:15
fund 5:19,20 6:16,25 7:7 8:12
  8:18,20,23,24 9:7,11,13,16
  9:24,25 10:4,7,9,12 11:25
  14:4 16:7,10 17:3,5,8,20
  18:6 19:7,17 26:15 27:8,15
  27:25 28:5 29:3,9 30:22
  31:4,8 32:11,13,19 33:2,21
  35:15,25 36:6 39:3,19 40:5
  45:10,18 46:12 48:3 50:25
  51:3 53:4 59:7 60:19 61:5
  61:21,22 62:24 73:5,8,14,25
  75:5,7,11,19,22,24,25 76:12
  76:15,20 78:7,10,20 90:10
  96:9,22,25 97:21 98:5,8,9
  98:12,15,19,23 99:3,10,13
  99:16,19,22,22 100:11,15
  100:25 101:2,3,8,12,15,16
  101:22,25 102:2,5,6,25
  103:7,14,20 104:3,6,9,13,15
  104:21 105:12,13 106:9,13
  106:25 107:5,9 109:12
  117:10 120:24 121:9 122:12
  122:16,19,23 123:2,5
  127:17,19,22 131:12,18
funds 14:7 77:9 78:12,14
  118:21
Fund's 65:19 66:4,15,22
  98:22 99:18 137:12,19
further 93:23 94:8 135:7,10
  138:10

**G**

G 3:17
gathered 109:5

Page 4

GDP 119:23
generally 13:16 14:21 21:19
  24:10 31:6,7
generic 80:6
gentlemen 89:22 116:17
genuinely 63:15
GEOFFREY 2:9
Georgia 2:20
German 25:6
getting 12:18,19 13:8,24
  14:16 18:20 19:6 26:9 34:10
  109:11
gigantic 119:24
give 20:11 23:2 25:25 102:5,9
  108:24 118:6 130:18
given 63:9 83:18 108:17,20
gives 102:19
glance 115:17
global 117:17 118:18
go 9:24,25 11:14 32:10 44:4
  45:23 55:16 60:17 61:10
  64:12 69:17 70:6 74:15 76:3
  77:10 87:19 92:16 96:19
  110:23,24 111:6 114:5
  116:15 119:8 122:2 126:24
goes 63:3,3 73:6,25
going 14:24 16:25 21:24 23:3
  28:21 30:12,14 44:20 46:5
  46:21 52:12 58:2 62:20
  84:15 85:10 92:4,7,9,19
  113:6 120:16 133:2 134:25
  135:7,9
good 5:16,17 6:11,11 12:25
  12:25 13:5 17:10,11 21:13
  38:5 84:19 114:10,18
  117:14 130:16
governmental 98:16 99:12
grandchildren 78:17,19 79:4
  107:4,9
granted 88:14
great 116:20
greater 118:14
Green 2:7 4:23,23 59:22
  61:16 68:25 100:2 114:5
  116:9 136:2,6
gross 10:13,15
guess 6:11 19:3

**H**

H 137:7
habit 126:13
hand 138:16
hands 17:11,15
happen 42:6
happened 8:9 15 16:22
  31:11,14 32:7 37:16 88:5,12
  89:16 120:4 130:14
happening 7:15 12:8,12
  119:20
happy 114:17

hard 65:9,11
Hastings 2:17 135:14
head 55:16
hear 21:8,15 34:2 41:21 42:14
  42:16 94:9 116:6
heard 19:11 21:9,10,14 42:3
  47:4 65:14
heating 39:14
heating/engineering 39:13
Hein 3:17 4:18,18 5:7
help 42:18 118:22
helps 63:14
Herald 39:12 124:3,4,9,15
herbicides 130:3
hereunto 138:16
high 121:14
highly 71:20
holiday 110:20,22
Holocaust 117:20,22
home 124:8
honestly 75:21
hope 114:11
hotel 23:4,16 39:15
hotels 21:7 22:9
hour 52:13 92:4
hours 114:4
house 83:14
houses 9:18
Hungria 110:18
Hunziter 51:19

**I**

ID 137:8
idea 20:7 21:13,13 30:9 32:18
  33:12,23 57:23 62:5 65:15
  82:22 89:24 90:2,6 118:24
  125:23,25 126:23 128:20
identifiable 133:20
identification 24:7 54:8 62:16
  65:21 66:2,6,11
identified 5:6
identify 4:13 24:21 66:14
III 3:8
illegal 60:2,5 61:6,13 121:10
illegalities 57:4,5,15,18
illegible 68:24
immediately 76:21,23 128:7
  132:24
importance 76:17 117:17
important 127:3 128:3,9
Improvement 37:12
inappropriate 121:14
includes 100:15
including 33:16 82:11
income 119:22
incorporated 98:20,24 99:4
incurred 44:9 91:11 121:10
independent 47:8
indicated 107:11 125:10
indicates 108:8

industrialization 118:17'
  120:2
information 13:7 39:5,6 46:6
  48:10 49:5 70:25 71:18
  77:21,25
informed 29:16 46:16
infringes 84:12
infringing 47:10
inhabited 119:13
inkling 32:13
inquired 85:14
inquiry 31:7 85:6,11
instruct 41:23 44:21 46:5,14
  47:18,19 48:8 49:3 133:2
instructing 116:9
instructions 46:14
interested 100:4 138:13
internally 56:3
Internet 42:6,23 43:3 62:4,6
  62:10,12 65:10,13 79:9
interrogatories 65:20,24 66:6
  66:10,16,19,24 67:3 137:14
  137:16,21,23
Interrogatory 69:25 71:5
  72:16,17,25 74:16,19,20
  76:7 77:11 130:24 131:7,10
interrupt 92:3
intuition 32:23
invalid 56:3,4,6,7
invalidity 57:5
invest 32:25
invested 19:6,19 20:2,7,12
  26:15,16 61:22
investing 17:19 18:6 33:5,9
investment 14:3 18:10 20:17
  33:9,13 49:14,20 73:15,16
  73:19 77:16
investments 14:11,14 17:2,19
  18:5 19:5 27:10 33:4,16
  35:14 39:2 106:9
involved 8:17 37:6 38:14 39:2
  52:19 53:10,12,16,20 90:13
  90:15
involvement 90:19 109:11
involves 19:9
issue 85:9
issues 117:15,15

**J**

J 2:15 3:8 5:3
James 3:17 4:18
JANOFSKY 2:17
January 109:19,20 126:18,22
Jay 2:18 3:4,13 4:16,19,22 5:8
  94:6,14
Jewish 117:20,21
Jim 81:6,23
Joe 4:15
Johnson 2:9,11 4:25 5:4
  27:13 31:12,15 32:8,15,20

41:23 43:18,25 44:11,14,17
  45:6,13,19 46:2,4,13 47:6
  47:21 48:7,23 49:9,16,21
  50:8,21 51:6,12 52:12 53:25
  55:14 57:25 59:16 60:7,13
  61:7,14 63:11,21,25 65:3
  71:25 84:11,15,21 85:8,12
  92:3,7,12 96:14 98:2,25
  99:6,24 100:10 101:17
  102:20 103:2,8,23 104:18
  105:3,10,14,19 106:4,20
  107:2 109:13 111:13 112:11
  112:17,24 113:10,25 114:6
  114:14 116:11,15 119:3,16
  120:8,13 121:2,23 124:20
  125:4 126:8 127:11,24
  128:13 129:13 131:3 133:2
  135:19
JOSEPH 3:10
Journal 115:3
JR 3:17
June 1:10 4:5 128:16,23
  129:4 134:9 138:17 139:5

**K**

Karl 6:8
keep 36:24 87:11 92:9
KELLEHER 3:8
kept 83:11
kidding 69:13
kind 73:24 98:16 100:12
  101:20 102:24 106:17
  109:22 117:19 127:13 130:3
knew 18:2 23:3 43:12 129:3
know 6:13,15 7:6 8:8,9,15,16
  10:9 11:10,11,11,20,21 12:3
  12:4,5,17 13:15,16 15:14,17
  19:18 20:15 21:3,22 22:19
  22:24 27:19,22 30:14,17
  34:5,22 35:10 40:25 41:8,11
  42:12 43:6 45:15 46:23 47:2
  48:20 51:24 54:22,25 55:3
  56:8,16 60:20,25 62:12
  63:13 64:18,20 65:12 69:7
  70:20 72:4,5,11 75:14,21
  76:5,16 77:7,17,18 82:21
  83:3,7,17 85:22,24 86:2,10
  86:15,18 87:10,17,23,25
  88:6,12,18 89:16,19 93:2,5
  93:19 94:14 96:18,21
  101:13 102:14,18 103:11,16
  104:24 105:7,8 107:19,22
  108:6,10,12,13,14,16,22
  113:13,22 116:5 120:6
  121:3 123:4,14 124:19
  126:23 128:20 132:25 133:6
  133:19,22,23
knowledge 24:19 26:12 34:14
  39:6 47:8 55:20 59:15
  122:24

known 19:25 29:8,9 71:18
   117:8
knows 68:22 69:5 133:17

**L**

L 3:10
La 110:18
lack 98:4
lands 118:23
Lane 123:19
Largely 118:5
late 26:17
law 5:22 6:14 42:25 43:19
   51:22,23 61:23 79:14 134:6
   135:16
lawsuit 42:15,16 52:24 53:3,8
   53:10,13 79:10 103:7
   108:18 122:6,10,13
lawsuits 53:15,20
lawyer 6:9 52:7
lawyers 42:18,21 49:25 50:6
   50:13,18 51:2,5,14,16,17,20
   52:19 70:16,19 72:6 77:24
   79:20 80:8,25 81:4,11,12,15
   81:20,22 83:15,18,23 84:2,8
   85:15 87:3,3 88:11,17 89:23
   90:3,14 91:11 93:21 95:16
   95:18 127:7 128:4
layer 118:20 130:8
lead 90:20 130:10,12
learn 14:14 26:14 27:15 29:14
   88:9,16,23
learned 19:17 27:21,24 47:12
led 28:11
left 10:3,23 28:4
legal 6:12 49:12 61:8 76:17
   97:15 98:12 102:10,24
   103:10 121:5,11
LegaLink 3:21 4:3 139:3
legally 56:4,6
legible 69:7 133:22
Leisinger 1:14 4:9 5:11,16,19
   5:21 6:1,8,8 7:1 8:1 9:1 10:1
   11:1 12:1 13:1 14:1 15:1
   16:1 17:1 18:1 19:1 20:1
   21:1 22:1 23:1 24:1,4,5,21
   25:1 26:1 27:1 28:1 29:1
   30:1 31:1 32:1 33:1 34:1
   35:1 36:1 37:1 38:1 39:1
   40:1 41:1 42:1 43:1 44:1
   45:1 46:1 47:1 48:1 49:1
   50:1 51:1 52:1,10 53:1 54:1
   54:6,7,11 55:1 56:1 57:1
   58:1 59:1 60:1 61:1 62:1,13
   62:15,19,22,23 63:1 64:1
   65:1,18,19,22 66:1,3,4,8,15
   66:17,21,22,25 67:1,23 68:1
   68:6 69:1,16 70:1 71:1 72:1
   73:1,4,5,8,14 74:1 75:1,3,4
   75:5 76:1,11,12 77:1 78:1,7

78:10 79:1 80:1 81:1 82:1
   83:1 84:1 85:1 86:1 87:1
   88:1 89:1 90:1 91:1 92:1
   93:1,2 94:1 95:1 96:1,25
   97:1 98:1 99:1 100:1 101:1
   102:1 103:1 104:1 105:1
   106:1 107:1,11,17,19,23,25
   108:1 109:1,11 110:1,10
   111:1 112:1,15 113:1 114:1
   115:1,7 116:1 117:1,7,9
   118:1 119:1 120:1,22,24
   121:1,6,8 122:1,12,16,19,23
   123:1,2,5,8 124:1,23 125:1
   125:2,16 126:1,2 127:1,22
   128:1,16 129:1,7 130:1,19
   130:21,24,25 131:1,5,6,9,12
   131:17,24 132:1,8 133:1,24
   134:1 135:1,6 136:1,11
   137:4,8,12,19 138:6 139:5
   139:20
Leisinger's 74:2
letter 28:9,10,16,25 29:19,20
   29:23 54:7,19,22 56:17 58:9
   59:11 61:24 62:15 63:2,8,13
   63:22 64:5,17 65:5,7 114:10
   114:12,20,24,25 115:5,11
   115:14,16 116:10,18,19,20
   116:22 117:2 137:10,11
letters 93:16
let's 13:10 44:4 47:24 53:25
   65:17 67:5,6,11 69:17,24
   74:12 78:3 92:9,14 133:12
   134:22
Lexington 4:4
liability 91:21
liable 91:5
Lie 3:20 5:7
life 120:7
light 71:18
line 67:14,22 68:5,12 116:10
   116:10 139:6
list 19:6,21,24
listed 71:14
listen 102:3
litigation 1:6 4:10 94:6 96:8
   110:2 127:5 128:3 139:4
little 10:16 56:19 57:9 70:7,9
   94:10 119:14
live 9:18 36:17,19
lived 36:22 40:11
living 36:24 129:12,17
LLC 2:3
LLP 1:15 2:17 3:3,12
loans 121:10
located 37:13 51:25 58:16
   124:4
locations 111:19
London 36:20,21,22 37:15
   39:12 58:17 77:3 82:8 124:5
   124:6

long 12:14 22:14 23:10 36:22
   56:18 63:19 112:10 128:21
   128:23 129:3 134:20
longer 7:25
look 5:20 18:22,24 25:2,8
   58:19 59:20 64:8 67:12,19
   68:3,10 69:24 70:24 71:3
   72:14 74:12 76:4 78:3 82:16
   82:17,19 87:14 89:2 109:7
   110:10 112:8,10 115:7,8
   116:16 121:6 124:23 130:19
   132:10
looked 42:22,23 71:15 83:7
   83:17 86:18,20 88:24 89:13
   112:8
looking 42:17 55:4
looks 115:17
losses 42:19 44:7,9 45:4 91:14
lost 19:18 27:15 29:10 41:18
   96:10
lot 93:23
lots 27:10,10 43:24
LPF00037 24:6,22 108:2
   137:9
LPF00046 24:6 108:3 137:9
lunch 16:23 92:8,13,16
Luqman 54:19

**M**

M 2:9
machinations 59:7,8
magazines 21:23,24 24:13
Main 3:6
making 17:9 90:16 96:21
managed 78:6
management 39:16 73:5,8
   131:11,17
manager 39:12 124:13,14
Marbella 110:19,20
March 15:6
Margaret 6:8
mark 24:3,4 54:5 62:13 92:23
marked 24:6,20 54:7,11
   62:15,18 65:20,25 66:6,10
market 60:2,5 61:6,20 71:16
   121:12,15,21
married 53:17
Mars 119:12,13 120:3 129:12
   129:17,20,24 130:15
Martians 129:23
Master 1:6 4:12
material 47:11
math 38:6
mathematics 119:21
matter 4:9 127:23,25 128:9
   133:4
McDOUGALL 2:15 5:3,3
mean 9:6 14:6 19:22 22:22
   26:6 35:18 50:25 75:6 81:13

84:3 90:15 93:15 101:25
   105:11 134:9
means 42:12 76:16,18 96:17
   97:13 101:12 104:12 105:7
   105:9 118:17
meant 12:21 60:11
mechanisms 130:10
medical 73:24
meeting 16:2 82:5,8
meetings 81:10 82:4
member 35:5
members 79:2,25 95:23,23
   96:6,10
mentioned 39:22 42:24 43:23
   44:6 79:8
met 14:17 81:20,24 82:2
   94:16
middle 62:22
Miller 81:6,23
million 10:13,14,20,21 47:16
   48:17 88:20 130:6
millions 119:13 120:4,4
   129:18,23 130:4
minor 127:13,23,25 128:18
minutes 34:9 92:5,15 120:11
   120:11 130:18
misappropriate 121:7
misappropriated 120:23
mischaracterization 44:2
mischaracterizes 14:2,18
   50:22 51:8 60:15 109:14
   125:5
mischaracterizing 47:22
misheard 109:17
misunderstanding 127:14
moment 19:16
money 9:13,16,23,24 10:3,23
   17:6,15 19:18 28:13 29:3
   36:10,14 41:18 91:6 96:11
   97:22 98:4,5 100:3 118:9,14
   119:25
monitor 4:6
month 12:15
months 12:15 125:24 126:24
   128:18,25
Moore 3:12 4:19 5:8
morning 5:16,17
mortar 61:23
move 52:15
Mullis 2:21 4:21,21 5:5 34:2
   67:7 85:4 94:3,4 99:7 100:7
   103:25 105:5 106:23 112:12
   112:22 113:2,4,14 114:3
   115:22 116:4,17 119:5,6
   120:9,15,21 121:25 124:22
   128:14 131:4 133:5 134:22
   135:6 137:5

**N**

N 2:2,19 3:2 137:2

Page 6

name 37:11 51:23 63:10,16
  64:12,13,14 67:15,23 68:6
  94:4 123:16 133:22 139:4,5
named 102:12
names 6:7 51:18 93:9
natural 104:22
naturally 100:15
NE 2:19
necessarily 136:5
need 52:10 55:23 63:22
needs 5:6 97:16
negotiations 123:3
neither 35:5 138:11
net 10:13,16,21
never 20:4 25:23 28:9 35:8,21
  35:22,23 36:8 38:19 39:2
  40:24 65:14 77:7 79:23 85:3
  86:6,20 93:15 94:16,19,22
  95:2 107:14
new 1:16,16,19 3:16,16 4:4,7
  4:8 21:13 22:8 41:7 79:2
  84:19 115:2 120:3 134:6
  138:4
news 21:11
newspaper 21:17 22:2,6
  124:5
newspapers 21:19,20,23
  24:11
nods 11:6,7
nonexistent 101:16
normal 26:7
normally 25:23,24 26:4
Norwich 2:5
Nos 24:6
notary 1:18 5:12 136:4,16
  138:3 139:25
note 28:7
noted 136:8
notes 138:9
notice 1:15 68:15
noticed 56:14 77:6 128:6
notified 128:7
November 27:5
No,I 134:14
number 70:10
numbered 57:10 115:9
Numbers 108:3

**O**

object 31:17 32:15 44:17 45:6
  45:13,19,20 47:20,21 48:23
  48:24 51:7 55:14 58:2 64:2
  65:3 98:2 103:23 106:20
  107:2 135:20
objection 27:13 31:12,15 32:8
  32:20 43:18 44:11 45:19
  47:23 48:7 50:21 59:16 60:7
  60:13 61:7 71:25 84:11 85:5
  85:12 96:14 98:2,25 99:6,24
  100:10 101:17 102:20 103:2

103:8 104:18 105:3,10,14
  105:19 106:4 109:13 111:13
  112:11,17 113:10 116:11
  119:16 120:15 121:2,23
  124:20 125:4 126:8,8
  127:11,24 128:13,21,22
  129:13
objections 46:2,4,14 48:8
  49:9,16,21 51:7 61:14 65:23
  66:18 70:8 71:13 73:3
  113:15,25 114:14 137:15
obligation 90:9
obtain 85:18 87:2
obtained 83:10
obvious 57:4,15,17
obviously 26:18 61:11 86:9
  101:2 118:13
occasions 69:11
occupy 36:25
occur 9:23
occurred 14:21 15:2,3,14
  16:6,20
occurring 26:3,11
offered 21:13 23:4
offers 21:6
office 124:8
offices 1:15 4:7
officially 56:2
Oh 127:6
okay 6:6,11,24 7:13 9:4 11:4
  11:13 12:6,20 13:5,18 14:2
  14:13,19,24 16:24 18:12
  19:2 20:10,22 21:4 22:10,20
  24:2 25:5,14 26:13 28:24
  29:17 30:3 31:19,23,24 34:6
  34:17,25 35:17 36:15,21
  37:3,10,19 38:6 39:21 40:7
  40:10,10 43:2 44:5 45:2
  50:17 53:18 54:16 55:2,8
  58:13,18,25 59:12,19 61:3
  61:12 62:8 63:18 65:16 67:4
  68:2,9 70:14,22 72:10 73:18
  74:25 78:18 79:7,22 80:10
  80:16,20,23 81:3,7,16,18
  82:9 83:12,16,18 86:13 92:2
  93:14,22 94:7 95:17,24
  100:18 110:10 122:5 126:16
  136:7
old 38:3,18
older 38:4
oldest 39:11
once 17:21 18:7 22:12 77:4
ones 32:25 80:11
open 86:9
opened 28:9 86:7
opening 57:20
operating 102:2
opinions 46:16,19
orally 29:18
order 83:18

original 76:9
originally 6:17 37:14
outcome 138:14
outside 35:14
overbroad 55:15
Overindustrialization 129:25
overpoisoning 130:2
overurbanization 129:25
owned 35:20
ozone 118:19 130:8

**P**

P 2:2,2 3:2,2
Pace 3:21 4:3
page 25:15 56:23,24,25 57:2,7
  57:7,11,12 62:21,22 64:8,9
  67:13,20,21,21 68:5,12
  69:25 70:3,4 71:3,4,8 72:15
  74:15,17,18 75:4 76:4 77:12
  108:2 115:8,9 132:7 137:3,8
  139:6
pages 25:8 63:4
pagination 57:9
paid 91:24
Paint 38:9,10
painter 117:8
painting 38:12,13
paper 82:25 83:2 101:7
papers 13:22 58:15,16,19
  59:2
Paragraph 57:3,10 59:20
  60:24 121:6
paragraphs 58:5,6 113:7,17
pardon 26:15 56:16 67:21
  74:17
parents 6:5,20 110:15,16
part 24:24 27:6 60:23 61:2
  114:4 127:14
participate 33:19 34:19
participated 35:6,8
particular 15:7 29:22 33:9,13
  35:12 112:15
particularly 100:4 118:15
parties 85:6,14
party 53:7,10 111:9 138:12
Paul 2:17 94:5 135:13,15
pay 22:23 23:4 91:9,16
payment 23:2
payments 122:16,18,22
Peachtree 2:19
pending 115:23 116:7
pension 5:19 61:21 62:23
  65:19 66:4,15,22 73:5,8,14
  75:5,7 76:12 78:7,10 96:9
  96:22,25 109:12 117:9
  120:24 121:9 122:12,16,19
  122:23 123:2,5 127:18,18
  127:22 131:12,18 137:12,19
people 41:18 43:8 49:12 52:9
  69:7,13 74:7 79:25 81:24

82:12 89:24 90:7 93:9 94:8
  109:23 129:11,16 133:18,22
percent 9:10,15 91:19
period 30:21 31:6 75:6 129:3
periodically 11:15,18
Perkinson 2:11 5:4 126:19
person 5:5 73:4,7 79:19,24
  119:22 131:11,16
personal 96:8
personally 95:2 96:2,13
  108:24
pesticides 130:2
Peter 2:15 5:3
Peters 110:12
phone 30:2 43:9 80:18
photocopied 18:21
phraseology 121:4
phrasing 85:13
place 130:10 138:7
Plaintiff 65:19 66:4,15,22
  70:9 71:13 73:3 91:14
  137:12,19
Plaintiffs 2:4,12 4:24 5:2,4
  64:2 65:23 66:9,17 67:2
  137:15,22
planet 120:3 130:2,7,13
Plaza 3:14
please 4:13 24:3 32:3 54:6
  62:14 74:21 100:8 110:11
  113:5,14 115:7,21,25
  116:10,18 119:15 124:24
  130:18
pleasure 119:9
point 11:10 17:3 97:21 119:4
pointing 69:2
points 29:2 35:12
pollution 118:18
Ponte 115:14,14
pool 73:21
portfolio 20:16,16
portion 20:15 32:4 44:16
  50:10 67:9 100:9 114:9
position 85:5 95:21 124:12
possible 30:6,23 97:12 112:3
  115:15
possibly 21:25 82:5 132:23
post 27:23 29:23
potential 41:21 91:21
power 75:16
precise 15:3,4,5
precisely 16:15 27:18,21
  29:16
predictably 121:11
prefer 92:12
presence 68:22
present 3:19 40:3,4 100:12
presented 108:8
presume 55:7 72:3 76:17
  126:12
pretty 25:8 112:9

previous 58:4
price 21:7 23:4,9 70:11 71:16
Priceline 19:9,14,19 20:2,5,8
  20:13,17,20 21:2,5,8,12,25
  22:11 24:18 26:16 33:16,20
  33:24 34:15,18,20 35:7,11
  41:9,12 49:7,15,19,20 50:5
  50:12 59:14 60:22 61:5
  71:23 77:14 88:4,19 89:21
  94:23 95:3,6,10
Priceline.com 1:5 4:10 71:17
  71:19 139:4
principle 102:22
prior 24:17 30:18 44:19 79:18
  79:23 80:8 81:11,19 126:21
  129:4
private 109:21,22
privilege 46:6 84:12,14
privileged 47:5,11 49:5 84:18
  84:20
probably 21:16 23:17 25:21
  58:7,8 65:2 77:4 79:16
  92:12 117:3 120:4
problem 27:25 45:8 47:15
  49:2,10 97:22
problems 30:20 43:24 49:13
  49:20
Procedurally 88:5,7
process 56:3
produce 87:15
produced 82:21,24 108:9,15
  108:18 109:12 128:16
  135:22
producing 82:19
production 65:25 66:19
  137:17
professor 119:21
property 9:17
proposed 42:11 93:3,5,12,19
protect 31:18 48:18
provide 73:22
provided 61:18 82:10
providing 78:11
proxy 75:5,7,16,22,24 100:11
  100:12,20,23 101:8,11,12
  101:15,24 102:4,8,12,19,23
  103:6,13,14,20 104:6,9,12
  104:23,24
public 1:18 5:13 136:4,16
  138:3 139:25
published 115:2
publishing 39:12 124:13,14
pull 52:11
pumped 130:7
pumping 130:4
purchase 59:14 94:23
purchased 36:6 61:5 70:10
  71:16 77:14,19 95:3
purchasing 121:20
purported 57:6

purpose 78:11 102:17
purposes 77:16
pursuant 1:14
put 9:17 62:6 67:4,5
putting 49:7
p.m 136:8

## Q

queried 17:21,23
queries 17:25
query 105:22,24
question 5:18 19:4 27:14,18
  31:13,17,23 32:16,21 38:3
  41:25 42:13 44:5,13,15,18
  44:23 45:14,21 48:25 49:11
  50:9,22 51:7 55:14,18 59:17
  59:25 60:8,14 61:8 78:5
  80:4,6 85:13 94:12 96:17
  97:15 98:3 99:25 100:6,8,19
  101:18 102:21 103:3,9,10
  103:24 104:19 105:4 106:21
  106:22 107:2 111:14 112:18
  112:22,25 113:11,15 114:17
  114:8,19 115:23 116:7,12
  119:8,17 121:5,24 124:21
  126:9 127:12 129:15 131:3
questioning 92:4
questionnaire 111:12 122:4
questions 43:20 52:15 55:22
  55:24 85:16 93:23 114:15
  134:24 135:7,11
quintessence 30:11
quite 96:16 100:5 114:17
  119:18
quoted 95:9

## R

R 2:2 3:2
rainy 73:22
reach 112:3
reached 135:16
read 21:19,20 22:6 24:15,17
  32:3,4 44:14,16 47:4 50:8
  50:10 55:12,13,16 63:14,17
  63:19 64:6 67:9 69:12,13,18
  71:4,5,9 72:16,17,20 74:20
  77:4,5 95:5,8 100:7,9
  112:13,20 113:5,16 114:5,6
  114:9 115:19 116:2,10,18
  125:2,7,10,18,20 126:14,21
  126:24 128:10 131:21 136:2
reading 55:19 72:24 119:9
  131:25 132:14,19
reads 57:3,14 59:25
realization 106:17
really 10:19 12:9 18:24,25
  32:22 89:8 91:17 96:16
  97:16 125:21
reason 77:8 128:17
reassured 17:14

recall 103:18 108:23 115:16
receive 13:20 26:8
received 13:12,17 27:22 87:9
Recess 54:2 92:21 120:18
  135:3
rechecked 29:6
recognizes 99:10,13
recollection 30:9 42:23
reconvene 135:20
record 31:18 54:3 57:25
  63:25 68:25 92:19,22
  101:10,21 120:16,19 134:25
  135:4
recorded 28:10 29:22
recover 42:18
recycled 118:10
refer 59:2
referred 78:9
referring 7:18 57:18,24 58:4
  58:6 59:9 60:6 77:13 123:21
refers 56:9,10 73:14
refuse 28:12
refused 27:23 28:9,18
regarding 50:15 83:22
reimbursed 91:13
related 138:11
relation 91:23
relationship 127:15,16,19
relatives 111:3 122:9
relied 94:22 127:6 128:4
remember 8:19 12:10,14
  13:19,23 14:20,25 15:2,5,13
  15:22 16:3,14,16,19 17:22
  18:9,17 22:5,25 23:15,18
  26:23 28:3 29:15 30:7 31:2
  31:10,14 32:6,18 42:4 43:7
  44:24 52:18 69:22 72:22
  76:10 79:9 80:21 89:4 93:7
  103:15 111:25 125:21 133:7
rep 91:3 98:22 104:15 109:10
repay 121:9
repeat 94:11
rephrase 42:13 100:19 126:20
report 7:5 11:15,18
reporter 1:17 92:18 124:11
  138:3
reporting 7:16
reports 7:14 12:7,11,18 14:15
  24:15,18 71:20 95:8 98:12
  98:16
represent 4:14,22 41:19 50:6
  50:14,19 90:11 94:5 95:22
  99:19 100:14 101:2
representative 41:16,22 42:8
  93:6 96:2,8,13 99:22 100:14
  104:21
representatives 93:3,12,20
  96:23
represented 10:6 20:16 49:25
  127:4,7,8

representing 49:24 51:2
  79:15,20 81:22 87:3
reps 90:10
request 84:9 85:20 90:14
requested 32:4 44:16 50:10
  59:4 67:9 100:9 114:9
requests 58:20 65:25 66:19
  137:17
require 112:19
required 28:15 102:16
requirement 102:10
reread 55:8
reserve 135:8,19,23,24
respect 46:15 127:14 130:24
  131:6
respond 17:25 122:2
responds 70:9 71:14
response 10:24 11:22 18:16
  33:25 37:24 38:2,24 40:21
  61:24 62:2 69:25 70:6 71:9
  71:22 72:17,21,24 74:16,17
  74:20 75:2 76:6 77:11 78:5
  95:20 123:24
responses 65:19,23 66:5,9,16
  66:18,23 67:2 137:13,15,20
  137:22
responsible 73:4,7 131:11,17
  131:19
responsive 58:20 84:9 85:19
  100:6
restaurant 84:19
restroom 120:14
result 138:13
resurrected 97:12
rethinking 57:21
retire 37:4
retired 37:2,17,20 38:8
retirement 61:21 73:22 78:11
return 118:25
Returning 54:3 92:22 120:19
  135:4
reveal 41:24 46:5
revealing 48:10
reveals 48:9 49:4
right 6:11 7:13 19:9 20:5
  23:13 24:11 27:11 29:4,11
  31:21 33:13,17,21,24 34:7
  34:11,12 35:12 39:3,9,19
  45:10 47:10 56:11 67:13
  69:16 72:12,13 74:5,8 75:15
  77:19,22 78:7,12 80:13 82:7
  86:3,7,11,12,16,18,25 87:7
  88:22 89:14 94:12 98:5 99:8
  103:5,18 106:3,15 108:16
  112:6,14,23 113:6,6 114:3
  117:12 124:16 128:25
  129:10 132:5 133:13 134:19
  135:8,19
rights 135:24,24
risk 121:14

Page 8

Road 2:13
Robinson 1:15 3:3 4:7,15
room 5:6 21:21 22:3 87:4
rule 14:24
run 48:16 99:16
running 8:11,18,20 30:22
  31:4 48:6
runs 6:25

## S

S 2:2 3:2 137:7
safe 17:11,16 61:22
savings 36:2,13 73:21
saw 16:14 19:5 21:25 22:2
  25:24 42:24 43:3,14 54:18
  76:21 79:8 89:10
saying 28:7 135:13
says 68:5 70:7 71:12 73:2,25
  75:2 108:2 121:7,17
school 39:17
Scott 2:3,3 4:25,25 42:24,24
  43:4,4,8,8,10,10,12,12
  79:10,10 81:6,23 84:5,6
  91:25,25 92:2,2
scribble 133:18
searched 84:23
second 16:5 46:18 62:21
  65:24 66:10,18 67:3 72:25
  77:10 110:4 115:8 119:8
  132:17 137:16,23
secret 13:21
securities 1:6 4:10 71:14,17
  77:13,14 139:4
see 21:21 25:11 42:5 43:16
  56:12,15 57:7 62:24 63:6,14
  69:9 70:11 71:21 74:3 76:12
  107:25 108:3 109:23 113:21
  113:23 121:16 134:23
seeing 19:24
seen 19:21 25:2,10,16,19 34:7
  54:12,14 65:7 87:6,8,18
  107:11,14
sell 34:19 35:2,7,11
selling 34:23
sells 34:11
send 28:15 30:12
senior 43:8
sense 8:16 22:23 41:17 109:15
sent 86:15 133:21
sentence 73:2
serious 44:6,9 45:4 48:25
served 58:21
services 41:9
set 6:14,20,21 65:20,24 66:5
  66:10,16,18,23 67:3 123:7
  137:13,16,21,23 138:16
settlement 122:15,18,21
  123:3
settler 76:11,14,16,18
seven 63:4 114:4 128:18

share 70:11
shares 18:11,13 70:10
SHEET 139:2
Shemin 1:17 5:13 138:2,20
short 48:19
shorthand 1:17 138:2,9
show 24:9,20 26:2,10 54:10
  62:18 66:13 109:7
showed 13:24
showing 34:10,13 90:25 91:2
shows 70:10 101:11,21 104:2
  104:5,8,11 107:8 132:3
sic 119:23 130:9
side 81:14
sign 28:16,18 29:2 68:22,23
  69:11 75:13,15,18,20
  100:25 101:3 103:13 105:11
  105:13 133:16,17,20,22
  134:5 136:3
signature 56:13,15 67:17,24
  68:7,7,13,20,23 69:1,2,6
  69:14 75:8,9 102:11,13
  105:7,9 126:3,18 132:7
signatures 68:16 133:10
signed 64:10 69:4,8,18,21
  76:10,24 77:4 87:7 103:16
  117:7 125:2 126:4,6,11
  131:22,25 132:3,4,14,18
  133:23,25
signing 126:13 133:19,25
Silver 123:19
simple 47:16 68:21 119:19
  133:16
simply 94:11
sir 36:4,17 38:3 54:10 94:6,17
  94:20 95:3 96:20 97:8 100:5
  100:16 101:5 102:9,13,25
  103:14 104:17 105:9,23
  106:25 107:12 108:4,15
  109:12 110:11 114:13 115:5
  115:7 117:5,13,18 120:25
  121:16 125:18 126:4,14
  128:23 129:7,22 131:2,12
  131:14 135:18
sit 114:3
sitting 63:12 94:7
situation 42:25 43:15,17,23
  100:13
six 14:18,20 15:2,10,15,20
  128:18
skipping 72:25
small 10:6
social 17:12
sold 34:19 35:24 36:8
somebody 42:5 69:5 102:15
son 39:11,13 52:8,8,18 123:15
  123:21 124:16
son's 123:16,18
soon 97:12 128:6 133:7
sorry 12:22 34:3 36:18 44:8

45:5 53:9,19 56:24 57:12
  67:8 80:3 85:4 96:19 99:2
  100:5 101:5 102:3 105:23
  117:25 122:17
sort 52:24 101:7 117:13
  122:15,18,21 123:2
sorts 83:4
source 77:21,24
south 2:14 27:11
Southern 94:10
Spain 110:19,20
speak 21:7 25:6 81:4 88:8
speaking 94:9 113:15
specialists 42:25
specialized 18:3
specialty 105:21
specific 18:5 81:13 112:23,24
  113:3
specifically 13:15 22:7 42:7
  42:20 48:20 60:21
speculation 32:21
spoke 85:3 93:16
spoken 20:19,25 79:19,23
  80:17,24
spread 15:18
spurred 32:10
St 110:12
stacks 82:25 83:2,10
stage 57:19 69:23
Stamford 3:7
Stamped 24:22
start 13:10 23:9 67:6,11 69:25
started 5:25 6:4 7:23 36:11
starting 75:3 81:14
starts 57:15 62:22
state 1:18 4:14 55:25 77:12
  138:4
stated 47:14 76:10
statement 26:8 34:13 112:14
statements 13:23 18:21 26:9
  34:10 94:22 95:5,9 113:8
states 1:2 4:11 23:21 40:12,15
  40:16,23,25 60:3 73:3 77:3
  119:22,24 131:10
status 123:11 135:16
Stenotype 138:3
stock 24:15,17 33:20 34:15,18
  34:20 35:7,11,18,20 36:5
  59:14 60:2,3,5 61:5,6,20
  71:20,23 72:7,12 94:24 95:3
  95:6,10 121:12,14
stocks 36:8 121:20
stopping 119:4
Street 2:19 3:6 115:2
strike 36:7
student 41:6,6
studied 39:15
stuff 11:6 12:18 53:18 83:4
  87:12
Subject 70:6,7 71:12 73:2

subscribe 21:22 24:10,13
Subscribed 136:12 139:22
suburb 37:15
suffered 45:3
Suite 2:19
supply 118:14 119:25
supposed 44:24 51:11
sure 25:21 32:2 56:21 69:16
  92:6 114:11 119:5 132:11
suspicions 30:16
Sussex 110:13
Swaine 3:12 4:19 5:7
swear 5:9
Swiss 6:13 7:17,20,24 8:6,6
  8:10 10:18 17:16 18:14,15
  32:24 51:17 61:22 105:21
  106:2 117:22 118:9,22
Switzerland 5:23 52:25 77:9
  98:17
sworn 5:12 136:12 139:22
synopsis 118:7
system 7:16

## T

T 137:7
take 4:8 10:17 23:10 25:2
  52:13 53:23,25 57:22 59:20
  63:19,21 67:12,19 68:3,10
  69:24 71:3 72:14 74:12 76:4
  77:15 85:5 92:5,13 108:13
  112:10,13,21 114:2 119:4
  120:8,12,13 134:22
taken 1:14 91:23 138:6
talk 18:4 19:13 84:7 85:15
  92:14 109:4 119:14
talked 20:4 94:19 119:12
talking 7:23 9:21 14:6 27:7,8
  33:15 41:2,3
Tape 92:23
telephone 79:19,24 80:7,25
  81:5
tell 13:10 15:4,10,17 20:12
  22:14 31:20 33:5,8 34:22
  36:16 46:11,21,22 48:15
  54:17 72:7 74:22 97:18
  98:19,22 99:3,9,12 101:25
  102:5 104:16 112:14 113:7
  113:16 115:19
tells 31:19
ten-page 24:22
term 76:17
testified 5:14 38:25 72:11
  116:13 124:25
testify 113:19
testimony 44:2,12,19 47:8,22
  50:23 51:8 60:15 96:25
  109:14,17 125:5 127:4
thank 93:24 94:13 135:18
  136:7
Thanks 93:23

thereabouts 5:25 9:10
thereof 138:14
thing 23:6 26:21,24 48:19
  73:24 79:11 88:22 117:19
  129:9 130:3,14 135:22
things 11:5,9 13:20 14:25
  31:18 68:15 75:16 106:6
think 17:9 19:8 20:3 21:16
  22:19 25:4,9,18 27:17 28:2
  29:18,19 30:4,23 34:7 38:25
  41:5 43:25 44:18 45:7 47:6
  48:25 50:22 51:8,12 53:2,6
  55:23 60:14 64:7 71:2 77:2
  83:6 84:11 85:8,13 87:24
  89:13,15,22 90:18,24 91:2
  92:10 97:15 103:16 105:21
  113:12,19 114:7,10,24
  115:9 116:20 118:7 119:19
  121:20 126:6 127:3 130:14
  130:16 133:9 135:8,22,23
third 1:16 4:7 85:6,14
thought 27:4 29:3 103:4
  122:2
thousands 130:4,12
three 6:18,22 25:8 38:22,23
  41:3,9 53:17 74:3 78:23
  81:14,20 134:13
time 4:5 7:20,22 11:25 17:3
  18:5,15,22 21:9,20,21 22:14
  23:10 27:2,24 29:2 30:21
  31:2,6 32:14 34:6 35:12
  36:25 41:20 48:19 53:21
  54:21 56:4,18 57:22 59:4
  63:19,21 64:22 71:17,19
  75:25 78:22 88:25 93:23
  94:7 102:16 105:22 106:13
  109:18 111:11,22 112:2
  120:10,12 121:21 129:3
  136:8 138:7
times 14:17,18 53:17 79:18
  80:17,19 82:2 110:6,8,9
  115:2 134:13,13,15
Tina 3:20 5:7
title 7:7 16:16
TN40 110:13
today 4:5 8:18,20,21,22,23
  9:11 33:12 36:17,19 58:22
  63:12 79:18,23 80:8 81:11
  90:25 91:24 95:12,19,21,25
  96:12 97:13,18 98:13,23
  99:3,9,16 104:16 107:14
  135:7,11
told 13:7 30:19 31:9 46:9,23
  46:23,24 70:19 72:6 86:14
  89:23 90:3 93:21 95:18
  125:11 135:12
tons 130:4,6
top 64:9 67:13 115:9
topic 46:7
total 26:16 119:23

totally 121:13
touted 71:20
trades 26:2,10
traditional 135:25
transact 60:2 121:13
transaction 61:6
transactions 60:3,5,18,20,23
  61:20 121:15
transcript 116:16
transcription 138:8
translates 119:25
transpired 87:25
travel 21:6 22:8
tried 22:13 28:15
true 33:15 55:11,11 64:21,25
  69:21 70:20 74:5 138:8
trust 6:14 77:9 105:24 106:5
  106:17,24
trusted 106:8,12
trustee 7:9 76:11,19,19,24
  77:6 102:6 127:22 128:6
try 22:12 43:20 118:8
trying 23:16,18 43:22 47:11
  60:11
Tunbridge 123:19
turn 93:25
turns 127:9
TV 21:15,16
twice 17:21 40:19,20 82:3
  109:16
two 52:21 110:6,8,9 111:19
  120:10 121:12 125:22
  134:13,15
type 13:19 14:10 17:18 25:9
  25:16 38:12 42:25
typed 67:14
typo 77:15

U

UBS 8:3,4,7,12,16 11:15 12:7
  12:12 13:8,12,20 16:7,13
  19:13 20:20 25:20 29:23
  30:20 31:3 32:24 34:22
  35:10 43:24 44:7,10 45:4,12
  45:16 46:10,11 47:14 48:2
  49:8,14 50:3,7,15,20 52:25
  53:5 54:20 59:4 60:9 61:4
  61:18 73:12 78:6 83:4,10,23
  86:6 101:25 102:5 120:22
  121:20 122:7,10,13,15,21
  123:3,6 124:18
ultimately 23:12 34:18 90:20
  91:12 130:11
unaltered 63:15
uncovered 57:4,15
underneath 67:14,23
understand 11:8 27:5 28:12
  36:4 41:17 55:18 73:9 90:9
  90:22 91:5 96:7,16 111:23
  116:5 129:14 134:21

understanding 91:8,15,18,20
  91:22 96:24 97:23
understood 61:17 73:20
  78:25
unforeseen 73:23
United 1:2 4:11 23:21 40:11
  40:14,16,23,24 60:3 119:22
  119:24
unopened 83:11
unraveled 79:12
unsuitable 121:14
Urb 110:18
urbanization 120:2
USAJewish.com 65:14
use 23:12,16 29:23,24 114:4
  120:14
usual 13:21
U.S 109:17 121:10,11,14,21

V

Van 64:15 117:8
various 59:6,8
vast 118:15
vehicle 73:15,16,19
verbally 11:9
verify 70:24
Vermont 2:14
versus 130:25
victims 90:11 96:23 100:14
video 3:21 4:3,6
videographer 4:2,2 5:9 52:10
  54:3 92:19,22 120:16,19
  134:25 135:4
videotaped 1:13 4:8
viewpoint 43:14
villa 110:20,22,24
visit 15:19 16:6,7,10,13,19,22
  17:12 109:21,22 110:4
visits 14:20 15:2,10,20,22
  17:17

W

W 2:21
Wait 46:18
waiting 21:21 22:3
waiving 70:8 71:13 73:2
Walker 2:17,18 3:4,13 4:17
  4:20,22 5:8 89:21 94:6,14
  94:16,19,23 95:6,9
Wall 115:2
want 19:4 23:11 31:21 46:23
  47:2,18,20 53:23 55:21 92:3
  110:23 111:7 112:7,20
  113:5,23 114:2,3 115:19
  116:15 130:10
wanted 23:6
warming 118:19
wasn't 8:25 23:6 28:21 32:14
  32:19 88:21,21 100:5
  112:24 117:21 127:3 128:15

132:16
water 120:6
way 8:9 19:25 22:8 77:2 79:5
  91:18 108:3 131:20
WebHouse 88:20
week 125:20
weeks 121:12 125:22
Weiss 93:7
welfare 5:20
Wells 123:19
went 27:11 109:23
weren't 78:21 130:25 131:16
whatsoever 30:10 61:19 62:2
WHEREOF 138:15
widely 114:25
wife 6:18 11:19,23 12:18,21
  12:23 13:11 37:18 39:18,20
  39:24,25 40:2,3,4 41:4,5,10
  43:5 74:10 78:24 79:14
  82:15,17,18 83:7,17 85:22
  86:15 87:14 108:25 109:4
wife's 6:21 110:15,16
William 3:8,21 4:3
Williams 94:5 135:15
Williston 2:13
wiping 130:7
wise 17:6 138:13
witness 5:10 48:12 51:11 71:7
  71:11 72:19 74:23 90:21
  92:11 93:24 112:19,20
  115:23,24 116:2 136:2
  137:3 138:6,15 139:5
word 42:10 64:7 76:24 114:23
  114:23 128:6 129:9
words 15:14 75:4
work 92:17 123:25 124:6
working 67:12,19 68:4,10
works 39:11
world 38:15 50:19 51:3 53:4
  118:14
worldwide 3:14 48:18
worry 24:24
wouldn't 6:15 36:10 77:7
  103:4,11
write 56:14 58:10,11 64:16,19
  112:16 113:9,13,18,20,24
  114:11,13,16,18,21 115:4
  115:21 117:15,16,23 118:4
  128:5
writer 117:9,13
writing 107:7
writings 119:10,11
written 20:11 65:8 101:10
  111:15
wrong 45:17,25 46:10,11 47:2
  47:3,15 48:2,5,19,21 49:8
  88:4 90:3 113:22 121:20
wrote 54:22,24 55:3 56:5,11
  56:16 63:8 64:22 65:9 77:6
  93:16 111:12 113:21 115:13

Page 10

116:14,25 117:4
W-E-I-S-S 93:8

### X
x 1:4,8 85:15 137:2,7
Xilef 64:15 117:8

### Y
Y 85:15
year 9:3 10:2,22 15:7,19,20
  21:10 32:9 36:12,13 40:17
  40:18 52:21 80:22 89:7,8,10
  110:5 119:20 130:7
years 14:18 15:18 36:3,23
  38:4,18 40:17 114:23
  119:13 120:4 129:18,23
  130:11,12
York 1:16,16,19 3:16,16 4:4,8
  4:8 41:7 84:19 115:2 134:6
  138:4
younger 39:13
Y6es 28:17

### Z
Z 85:15
Zurich 16:21 52:2 82:5 83:11
  83:23 84:7 85:19

### $
$700,000 10:5 48:17

### 0
05403 2:14
06094-2305 3:7
06415 2:6

### 1
1 9:15 24:4,5,21 107:12,17,20
  107:23,25 137:9
1C 55:25
1:06 120:20
1:25 135:2
1:28 135:5
1:29 136:8
10 67:21 132:7
10th 126:18,22
10:28 1:11 4:6
100 91:19
10019-7475 3:16
101 123:19
108 2:5
11:23 54:4
12 10:14,16,21 47:16 48:17
12:10 92:20
12:23 92:23
12:57 120:17
13 115:9
13th 126:3,10
15 92:5
16 10:13,16,20 59:20,22,23

60:24
16th 132:4
1690 2:13
17th 128:16,23 129:4 134:9
  134:15,17
188 88:20
19 64:9
1960 119:24
1966 5:25 6:2 14:6
1967 15:16
1999 10:10,12 15:15,25 16:3,6
  17:22 21:18 26:19

### 2
2 54:6,7,11 74:16,19,20 75:2
  76:8 77:12 92:24 110:11
  112:16 121:6 123:8 137:10
2EJ 110:13
20 14:18 15:18 40:17 121:7
2000 9:3 10:2,4,23 12:11,17
  13:8,13,19,20,24 15:23
  20:19 21:18 22:16,16,18
  26:10,19,21,24 27:6 32:9
  42:17 79:16 82:5
2001 24:17 55:6 79:17 82:6
  97:2 111:18
2004 126:3
2005 1:10 4:5 13:14 126:18,22
  128:17,23 129:4 132:4
  136:13 138:17 139:5,23
2050 119:21
21 1:10 139:5
21st 4:5
22 64:9
24 110:18 137:9
2400 2:19
27 37:2,5,21 38:18
28 55:6
28th 111:18
29th 138:16
29600 110:19

### 3
3 57:11,12 58:7 62:13,15,19
  70:2 77:11 115:7 137:11
3A 71:14
3:00CV01884 1:7
3:00CV1884 4:12
30 36:2,12,13,23
30308-2222 2:20
35 38:4
35ish 38:6
38 24:23
39 24:23

### 4
4 56:25 57:2,3,7,7,10 65:18
  66:14 67:5,6,11 68:19,19
  69:6,17,18,20,24 70:4 71:5
  71:9 76:3,6 124:23 125:2,16

126:2 129:7 137:12
40 24:23
41 24:23
42 24:23
420 4:3
43 24:23
44 24:23
45 24:23
46 24:23 110:12

### 5
5 65:22 66:17 67:19 72:14,16
  72:17,25 76:4 78:5 130:19
  130:24,25 131:6,7,9,10,21
  131:24 132:8 133:12 137:4
  137:15
54 137:10

### 6
6 66:3,21 68:3 69:25 70:3,4
  71:4 74:12,18 76:5 77:10
  124:24 128:16 137:19
60's 15:11
600 2:19
62 137:11
65 137:14,18
66 137:21,23
695 3:6

### 7
7 66:8,25 67:5,7 68:10,20 69:2
  69:2,4,14 71:8 78:3,4
  130:21,25 131:6 133:13,25
  137:22
7,000 130:6
70's 15:12
700,000 28:4

### 8
8 72:15
80's 15:12
825 3:15
87-page 54:11
885 1:16 4:7

### 9
90's 15:12
94 137:5
99 9:10 26:9