UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (CFD)<br>: |
| This document relates to: | : |
| ALL ACTIONS | : MAY 11, 2006 |

### MOTION FOR ADMISSION OF VISITING LAWYER

The undersigned, a member of the bar of this Court, respectfully moves the admission of Attorney Bruce Bennett as a visiting attorney pursuant to the provisions of Rule 83.1(d) of the Local Rules of this Court.

Mr. Bennett is a partner in the law firm of Hennigan, Bennett & Dorman, LLP at 865 South Figueroa Street, Suite 2900, Los Angeles, CA 90017. He is a member in good standing of the bar of the State of California and is admitted to practice before the Central, Northern, Eastern and Southern Districts of California. Upon information and belief, Mr. Bennett has never been denied admission or disciplined by this Court or any other court. Mr. Bennett's affidavit in support of this motion is attached hereto as Exhibit A.

Payment to the Clerk of the fee of $25.00, for each respective visiting lawyer, as required by Local Rule 83.1(d)(2), accompanies this application.

Pursuant to Rule 83.1(c)(1) of the Local Rules of this Court, Mr. Bennett designates the undersigned and his office, Day, Berry & Howard LLP, One Canterbury Green, Stamford, CT 06901-2047, telephone number (203) 977-7300, as the member of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Mr. Bennett be admitted to appear as a visiting lawyer to represent defendant Jay S. Walker.

By _____
Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-3000 – Telephone
(203) 977-7301 – Facsimile
tdgoldberg@dbh.com – E-mail

Attorneys for Jay S. Walker

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was served on all counsel of record listed below via first-class mail, postage prepaid on this 11th day of May, 2006.

**Co-Lead Counsel**

David R. Scott, Esq.
James E. Miller, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P. O. Box 192
Colchester, CT 06415
Tel:   860-537-3818
Fax:   860-537-4432

**Liaison Counsel**

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler, Esq.
Schatz & Nobel, PC
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103-3202
Tel:   860-493-6292
Fax:   860-493-6290

Jules Brody, Esq.
Aaron Brody, Esq.
Stull Stull & Brody
6 East 45th Street
New York, NY 10017
Tel:   212-687-7230
Fax:   212-490-2022

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
Law Offices of Dennis J. Johnson
1690 Williston Road
South Burlington, VT 05403
Tel:   802-862-0030
Fax:   802-862-0060

| | |
|---|---|
| **Attorneys for priceline.com, Inc. Richard S. Braddock, Daniel H. Schulman and N. J. Nicholas, Jr.** | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols** |
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Christine Arena, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:   212-474-1000<br>Fax:  212-474-3700 | David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel:   203-877-8000<br>Fax:  203-878-9800 |
| Joseph L. Clasen, Esq.<br>William J. Kelleher, Esq.<br>Robinson & Cole LLP<br>Financial Centre<br>695 East Main Street<br>P. O. Box 10305<br>Stamford, CT 06904-2305<br>Tel:   203-462-7500<br>Fax:  203-462-7599 | |

*/s/ Terence J. Gallagher*
Terence J. Gallagher

Exhibit A

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. <br> SECURITIES LITIGATION | : MASTER FILE NO. <br> : 3:00-CV-01884 (DJS) <br> : <br> : |
| This document relates to: | : <br> : |
| ALL ACTIONS | : MAY 7, 2006 |

## AFFIDAVIT OF BRUCE BENNETT

I, Bruce Bennett, do affirm under penalty of perjury:

1. I am over 18 years old and believe in the obligations of an oath.

2. I am a partner in the law firm of Hennigan, Bennett & Dorman LLP at 865 South Figueroa Street, Suite 2900, Los Angeles, CA 90017, telephone number (213) 694-1200 and facsimile number (213) 694-1234. My e-mail address is BennettB@hbdlawyers.com.

3. I make this affidavit in support of a motion for admission pro hac vice that is being filed on my behalf by the law firm of Day, Berry & Howard LLP in the above-referenced action.

4. I am a member in good standing of the bar of the State of California and am admitted to practice before the United States District Courts for the Northern, Eastern, Southern and Central Districts of California.

5. I have not been denied admission or disciplined by any court or by the United States District Court for the District of Connecticut.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7. I state that the information provided in this affidavit is true and accurate.

*[signature]*
Bruce Bennett

STATE OF CALIFORNIA    )
                       )  ss:
COUNTY OF LOS ANGELES  )

Sworn before me this 1st day of May, 2006

*[signature]*
Notary Public

O. SASSER
Commission # 1518051
Notary Public - California
Los Angeles County
My Comm. Expires Oct 7, 2008

-8-