UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL TWARDY, et al., : | |
|     Plaintiff, : | |
| : | |
| v. : | 3:00 CV 1884 (CFD) |
| : | |
| PRICELINE.COM, INC., et al., : | |
|     Defendants. : | |

## ORDER OF TRANSFER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Alfred V. Covello, Senior United States District Judge, who sits in Hartford, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford, Connecticut and bear the docket number 3:00 CV 1884 (AVC). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a), (formerly Local Rule 7(a)).

It is **SO ORDERED**.

Dated at Hartford, Connecticut, this  18th  day of May 2006.

    /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**