IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com Securities Litigation | : | Master File No. 3:00cv1884 (AVC) |
| -------------------------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| ALL PENDING ACTIONS | : | |
| | : | May 19, 2006 |

**[PROPOSED] ORDER**

Plaintiffs have filed a Motion for Order Approving Proposed Notice of Class

Certification. Defendants priceline.com Inc. ("priceline"), N.J. Nicholas, Daniel H. Schulman and

Richard Braddock (collectively, "Defendants") filed a response to that motion. Upon review of those

submissions, the Court orders the following:

1.  Priceline shall instruct its stock transfer agent to provide to Plaintiffs' Co-lead Counsel or their designee ("Plaintiffs") a list of all persons who purchased or otherwise acquired securities of priceline during the class period, as defined the in the April 4, 2006, Memorandum of Decision. Those records shall be provided within 30 days of entry of this Order. Plaintiffs will reimburse Defendants for the costs, if any, associated with the transfer agent's efforts.

2.  If the relevant brokerage companies, banks and trust companies ("Nominee Account Holders") choose not to provide Plaintiffs with lists of names and addresses of the actual or beneficial holders so that Plaintiffs can mail Notice directly, Plaintiffs will pay or reimburse any expenses required or incurred by the Nominee Account Holders in connection with the Nominee Account Holders' distribution of the Notice to the beneficial holders.

3.  Within 60 days of entry of this Order, Plaintiffs will mail to all security holders of record identified by the procedures described in (1) and (2) above, a copy of the Notice that is attached hereto as Exhibit A.

4.  Within 75 days of entry of this Order, Plaintiffs will publish twice in consecutive weeks the Summary Notice that is attached hereto as Exhibit B in the national editions of both *The Wall Street Journal* and also *The New York Times*, and/or *USA Today*.

5.      Requests for Exclusion from the Class, as set forth in the Notice, shall be made by first class mail postmarked on or before [September 30, 2006].

Dated: _____ __, 2006

SO ORDERED:

_____
U.S.D.J. Alfred V. Covello

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : <br>: <br>: <br>: | MASTER FILE NO.<br><br>3:00CV01884(AVC) |
| This document relates to:<br><br>ALL ACTIONS | : <br>: <br>: <br>: <br>: <br>: | _____ __, 2006 |

## NOTICE OF PENDENCY OF CLASS ACTION

TO:   ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF PRICELINE.COM, INC. ("PRICELINE" OR THE "COMPANY"), FROM JANUARY 27, 2000, TO OCTOBER 4, 2000, INCLUSIVE.

### Purpose of Notice

This notice is being sent to you to:  (i) inform you that the Court in the above-captioned action has certified this action as a class action and that you may be a member of that Class that has been certified by the Court; (ii) update you on the status of the action; and (iii) inform you of your right to optout of the class.  The Court has appointed class counsel to represent you in this litigation (see below).

THIS NOTICE ONLY CONTAINS A SUMMARY OF THE ACTION AND YOUR RIGHTS AS A MEMBER OF THE CLASS.  PLEASE READ THE NOTICE CAREFULLY AS YOUR RIGHTS MAY BE AFFECTED BY THE LAWSUIT. THIS NOTICE IS NOT TO BE CONSTRUED AS AN EXPRESSION OF ANY OPINION BY THE COURT WITH RESPECT TO THE MERITS OF THE CLAIMS OR DEFENSES IN THE ACTION.

### Summary of the Action

1.    Beginning on or about October 2, 2000, several actions were filed in this Court. These actions were subsequently consolidated into this case with the above caption.

2.    On September 12, 2001, the Court issued a Memorandum Opinion and Order appointing Lead Plaintiffs and approving their selection of Co-Lead Counsel.

3.    The First Consolidated Amended Complaint (the "Complaint") was filed on October 29, 2001.  The Complaint named as Defendants Priceline.com, Inc. ("Priceline" or the "Company"),

4

Jay S. Walker, N.J. Nicholas, Daniel H. Schulman, Richard S. Braddock (the "Individual Defendants") and Deloitte & Touche, LLP. Plaintiffs allege that these Defendants made false and misleading statements about Priceline.com, Inc.'s business model, financial status, and future prospects which inflated the price of Priceline's securities thereby damaging class members. Plaintiffs also alleged that Deloitte & Touche, LLP, was liable based on its role as Priceline.com Inc.'s auditor.

4.      Plaintiffs' allegations have not been proven and are contested by all Defendants. Therefore, there has not yet been any recovery for the class in this action and any such recovery is contingent upon Plaintiffs' ability to substantiate those allegations at trial.

5.      On February 28, 2002, Defendants filed Motions to Dismiss Plaintiffs' First Amended Complaint.

6.      On October 4, 2004, the Court granted in part and denied in part the Motion to Dismiss Plaintiffs' First Amended Complaint filed by Defendants Priceline.com, Inc., Walker, Nicholas, Schulman and Braddock and granted Deloitte & Touche, LLP's Motion to Dismiss. The order allowed the case to proceed against Defendants Priceline.com, Inc., Walker, Nicholas, Schulman and Braddock, however Deloitte & Touche, LLP was dismissed as a Defendant.

7.      On January 7, 2005, Plaintiffs, through Co-lead Counsel, moved for class certification.

8.      In a Memorandum Opinion and Order entered on April 4, 2006, the Court certified the Class. The Class consists of all persons who purchased or otherwise acquired securities of Priceline.com, Inc., from January 27, 2000, to October 4, 2000, inclusive. Excluded from the Class are the Defendants, members of the Individual Defendants' families, any entity in which any Defendant has a controlling interest or which is a parent or subsidiary of or is controlled by the Company, and the officers, directors, employees, affiliates, legal representatives, heirs, predecessors, successors, and assigns of any of the Defendants.

## Rights and Options of Class Members

Except for persons excluded from the Class, if you purchased or acquired securities of Priceline during the Class Period and were injured as a result, you are a Class Member. If you are a Class Member, you have the right to decide whether to remain a member of the Class.

<u>IF YOU CHOOSE TO REMAIN A CLASS MEMBER YOU DO NOT NEED TO DO ANYTHING AT THIS TIME. IF YOU DO NOTHING, YOU WILL AUTOMATICALLY BE INCLUDED IN THE CLASS.</u>

<u>If you choose to remain in the Class</u>, you will be entitled to your share of any money awarded to the Class either through a settlement with the Defendants, or through a trial or judgment of the Court. If the Court dismisses one or more of the claims against any Defendant, or if the Defendants prevail at trial, you will be bound by that decision and all prior decisions of the Court. In other words, you will not be allowed to sue for your individual damages. The final judgment entered in this case, whether favorable or not, will be binding on all members of the Class who do not request exclusion.

<u>If you do not wish to be a member of the Class</u>, you may be excluded only if you mail, by first class mail, a written request for exclusion postmarked no later than [September 30, 2006], addressed to each of the Co-Lead Counsel at the addresses listed below.

Your request for exclusion must set forth: (a) your name, address and telephone number; (b) the number and type of all Priceline securities you purchased or acquired between January 27, 2000, and October 4, 2000, inclusive, and the dates of purchase and sale, if any, of all of those securities; (c) the name(s) in which your Priceline securities were registered; and (d) a signed statement that "the undersigned hereby requests to be excluded from the class."

If your exclusion request is timely submitted, you will be excluded from the Class, you will not be allowed to share in any recovery, if any, in this action, you will not be bound by any judgment entered in this action, and you will not be precluded by this action from prosecuting your own claim.

## Class Counsel

The Court appointed the following counsel as Co-lead Counsel for the Class in this action. These attorneys will represent the Class in this action and will prosecute the claims on behalf of the Class:

Jacob B. Perkinson, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
888-459-7855  800-404-7770

David R. Scott, Esq.
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Jules Brody, Esq.
Stull, Stull & Brody
6 East 45th St.
New York, NY 10017
212-687-7230

If you do not request exclusion from the Class, you may seek to enter an appearance in the action through counsel of your own choice, but you have no obligation to do so. If you seek to appear through your own counsel, you will bear the cost of such counsel's fees.

## Attorneys' Fees and Expenses

The attorneys' fees for counsel to the Class are contingent on success. If you remain a member of the Class you will have no personal liability for attorneys' fees and expenses in the event that plaintiffs do not prevail. If plaintiffs do prevail, Co-lead Counsel intend to ask the Court to award them fees and reimbursement of expenses out of the recovery obtained by or for the Class or its members in the action.

## Change of Address

If you move or change your address before this action is concluded, or if you received this notice other than by direct mail (i.e., from your broker or in a newspaper), you should promptly provide us with your new address so that we can contact you concerning this action and so that you

can receive your share of any money recovered for the Class.  Please provide change of address information to:

Strategic Claims Services<br>
Concord Plaza<br>
2710 Concord Road, Suite 5<br>
Aston, PA 19014

### **Examination of Papers**

All of the information concerning this action set forth above is only a summary and does not include all of the important information relating to the action.  The pleadings and papers filed in the action are public records and, to the extent not ordered sealed by the Court, are available for public inspection at the Office of the Clerk for the United States District Court for the District of Connecticut, Abraham Ribicoff Federal Building, 450 Main Street. Hartford, Connecticut 06103.

If you have any questions concerning the action, you may contact Co-Lead Counsel for the Class listed above. PLEASE DO NOT CONTACT THE COURT REGARDING SUCH QUESTIONS.

**THIS NOTICE IS BEING SENT BY ORDER OF THE COURT.**

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

IN RE: PRICELINE.COM, INC.    :
SECURITIES LITIGATION       :      **MASTER FILE NO.**
————————————————— :
                           :      **3:00CV01884(AVC)**
This document relates to:    :
                           :      _____ __, 2006
ALL ACTIONS               :
                           :

## NOTICE OF PENDENCY OF CLASS ACTION

TO:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF
PRICELINE.COM, INC. ("PRICELINE" OR THE "COMPANY"), FROM JANUARY 27,
2000, TO OCTOBER 4, 2000, INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an
Order of the Court, that the above-captioned action has been certified as a class action. The
certified class consists of all persons who purchased or otherwise acquired securities of
Priceline.com. Inc., from January 27, 2000, to October 4, 2000, inclusive.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE
AFFECTED. If you have not yet received the full printed Notice of Pendency of Class Action, you
may obtain one by contacting:

Strategic Claims Services<br>
Concord Plaza<br>
2710 Concord Road, Suite 5<br>
Aston, PA 19014

Inquiries, other than requests for the Notice of Pendency of Class Action, may be made to Plaintiffs'
Co-Lead Counsel:

Jacob B. Perkinson, Esq.            David R. Scott, Esq.
Johnson & Perkinson               Scott + Scott, LLC
1690 Williston Road                 108 Norwich Avenue
P.O. Box 2305                      P.O. Box 192
South Burlington, VT 05403       Colchester, CT 06415
888-459-7855 800-404-7770

Jules Brody, Esq.
Stull, Stull & Brody
6 East 45th St.
New York, NY 10017
212-687-7230

[[NYLIT:2375122v1:4004D:05/19/06~12:06 p]]