UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: PRICELINE.COM, INC.            : MASTER FILE NO.
SECURITIES LITIGATION                 : 3:00-CV-01884 (CFD)
                                      :   AVC
──────────────────────────            :
                                      :
This document relates to:             :
                                      :
ALL ACTIONS                           : MAY 11, 2006

## MOTION FOR ADMISSION OF VISITING LAWYER

The undersigned, a member of the bar of this Court, respectfully moves the admission of Attorney Bruce Bennett as a visiting attorney pursuant to the provisions of Rule 83.1(d) of the Local Rules of this Court.

Mr. Bennett is a partner in the law firm of Hennigan, Bennett & Dorman, LLP at 865 South Figueroa Street, Suite 2900, Los Angeles, CA 90017. He is a member in good standing of the bar of the State of California and is admitted to practice before the Central, Northern, Eastern and Southern Districts of California. Upon information and belief, Mr. Bennett has never been denied admission or disciplined by this Court or any other court. Mr. Bennett's affidavit in support of this motion is attached hereto as Exhibit A.

Payment to the Clerk of the fee of $25.00, for each respective visiting lawyer, as required by Local Rule 83.1(d)(2), accompanies this application.

Pursuant to Rule 83.1(c)(1) of the Local Rules of this Court, Mr. Bennett designates the undersigned and his office, Day, Berry & Howard LLP, One Canterbury Green, Stamford, CT 06901-2047, telephone number (203) 977-7300, as the member of the bar of this Court upon whom service of all papers shall also be made.

3:00CV1884(AVC) May __, 2006. The motion is GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.