296

FILED
2006 MAY -4 P 3: 47
U.S. DISTRICT COURT
HARTFORD, CT.

fee pd
$75.00

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: PRICELINE.COM, INC.        : MASTER FILE NO.
SECURITIES LITIGATION             : 3:00-CV-01884 (DJS) AVC
                                  :
―――――――――――――――――――――――           :
                                  :
This document relates to:         :
                                  :
ALL ACTIONS                       : MAY 4, 2006

**MOTION FOR ADMISSION OF VISITING LAWYERS**

The undersigned, a member of the bar of this Court, respectfully moves the admission of Attorneys J. Michael Hennigan, Jeanne E. Irving and Shawna Ballard as visiting attorneys pursuant to the provisions of Rule 83.1(d) of the Local Rules of this Court.

Mr. Hennigan is a partner in the law firm of Hennigan, Bennett & Dorman, LLP at 865 South Figueroa Street, Suite 2900, Los Angeles, CA 90017. He is a member in good standing of the bar of the State of California and is admitted to practice before the United States Supreme Court, the Ninth and Federal Circuits of the United States Court of Appeals and the United States District Courts for the District of Arizona and the Central, Northern, Eastern and Southern Districts of California. Upon information and belief, Mr. Hennigan has never been denied admission or disciplined by this Court or any other court. Mr. Hennigan's affidavit in support of this motion is attached hereto as Exhibit A.

Ms. Irving is a partner in the law firm of Hennigan, Bennett & Dorman, LLP at 865 South Figueroa Street, Suite 2900, Los Angeles, CA 90017. She is a member in good standing of the bar of the State of California and is admitted to practice before the Ninth Circuit of the United States Court of Appeals and the United States District Courts for the Central, Northern,

3:00CV1884(AVC) May 30, 2006. The motion is GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

00CV1884 END 296