UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com Inc.<br>Securities Litigation | Master File No.<br>3:00cv1884 (AVC) |
| This document relates to: | |
| All Pending Actions | |
| | May 31, 2006 |

**DEFENDANTS' SUBMISSION TO ADDRESS PLAINTIFFS' RESPONSE TO THE COURT'S APRIL 4, 2006 ORDER RE: APPOINTING THE LEISINGER PENSION FUND AS A CLASS REPRESENTATIVE**

Defendants priceline.com Inc. ("priceline"), Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas (collectively, "Defendants") offer this submission to address the plaintiffs' response to the Court's April 4, 2006 Order (the "Order"), in which plaintiffs seek to have the Leisinger Pension Fund ("LPF") appointed as an additional class representative.

In the Order, the Court found that it was "unable to endorse the Leisinger Pension Fund's service as a class representative." Order at 27. The Court further noted that it could not "countenance a class representative with questionable standing to bring the claims set forth in the complaint [and that] . . . defendants raise substantial issues regarding the conduct of the LPF's investment manager and the interaction between the LPF's investment manager and the LPF." *Id.* at 28. The Court permitted the plaintiffs to file a motion to add the LPF as a class representative and to address the Court's concerns in sufficient detail. *Id.*

On May 12, 2006, the plaintiffs filed their "Response" to the Order in which they attempt to address to the Court's concerns. See Docket Entry No. 303.

STAM1-813512-1

Rather than burden the Court with additional filings about those matters, the Defendants respectfully refer the Court to the relevant section of Defendants' Memorandum of Law in Opposition to the Proposed Class Representatives' Motion for Class Certification (pp. 7-16 and the Exhibits cited therein), which was filed under seal on August 11, 2005, and we incorporate that section herein by reference. See Docket Entry Nos. 197, 198 & 201.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK

*[signature]*

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com


CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas,*
*Daniel Schulman and Richard S. Braddock*

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via first class mail, postage prepaid on this 31st day of May, 2006.

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Erin G. Comite, Esq.<br>James E. Miller, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Peter McDougall, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| | |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Robert K. Simonds, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Defendant Jay S. Walker**<br>Thomas D. Goldberg, Esq. (ct04386)<br>Terence J. Gallagher, Esq. (ct22415)<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel: 203-977-7300<br>Fax: 203-977-7301<br><br>Jeanne E. Irving, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: 213-694-1200<br>Fax: 213-694-1234 |
| | **Attorneys for Plaintiffs Twardy, Weingarten, Berdakina, Mayer, Mazzo, Fialkov, Licht, Bazag, Breirer, Farzam, Karas and Michols**<br><br>David A. Slossberg, Esq.<br>Margaret E. Haering, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460<br>Tel: 203-877-8000<br>Fax: 203-878-9800 |

*[signature]*
William J. Kelleher III