**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : | |
| | : : | MASTER FILE NO. 3:00-CV-1884(AVC) |
| This document relates to: | : : | |
| ALL ACTIONS | : : | |

**ORDER DENYING THE LEISINGER PENSION FUND**
**STATUS AS A CLASS REPRESENTATIVE**

On April 4, 2006, the court found that the Leisinger Pension Fund ("LPF") "is not an adequate class representative because the court cannot make an informed decision regarding the LPF's standing to sue." The LPF was created under Swiss law in 1966 for the benefit of Felix Leisinger and his family and managed by Swiss Bank Corporation and later UBS. Felix Leisinger testified that the LPF was "destroyed" in 2000 when UBS closed the account and sent him a check for $700,000.

Among the issues preventing the court from appointing the LPF as a class representative was the plaintiffs' failure to make "a sufficient offer of proof regarding the present or former legal status of the LPF." The court gave the plaintiffs an opportunity to file a motion addressing this and other concerns should they wish to add LPF as a class representative.

On May 12, 2006, the plaintiffs filed a response to the court's order in which they attempt to address the court's concerns. Here they purport to offer "documentary evidence that

proves that the LPF was an existing entity at the time of the October 2000 filing of the complaint." The documentary evidence is attached to the filing as Exhibits A and B. Exhibit A consists of what appears to be three purchase orders for Priceline.com stock. Exhibit B consists of ten "Contract Notes" showing a number of currency and security transactions. However, none of the documents appear to contain any identifying information, at least none that the court is able to recognize, and it is therefore impossible for the court to ascertain from the face of these documents that the "LPF was an existing entity at the time of the October 2000 filing of the complaint." The only identifying information the court can find are the letters "LPF" followed by a five-digit number in the lower right corner of each document. These marks have quite clearly been added to the documents at a later time, however, most likely in conjunction with their production.

The court is therefore still unable to make an informed decision regarding the LPF's standing to sue and declines to appoint the LPF as a class representative.


It is so ordered this _____ day of June, 2006, at Hartford, Connecticut.


_____
Alfred V. Covello, U.S.D.J.

2