**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION : : : : This document relates to: : : ALL ACTIONS : : | MASTER FILE NO. 3:00-CV-1884(AVC) |

**ORDER RE: OUTSTANDING DISCOVERY**

The parties are hereby ordered to appear for a hearing to determine the outstanding discovery disputes in this matter. The hearing will be held on August 2, 2006, at 10:00am.

On or before July 26, 2006, the parties are directed to submit to the court the privilege logs along with the underlying documents that are still in dispute for in camera inspection.

It is so ordered this 9th day of June, 2006, at Hartford, Connecticut.

_____/s/_____
Alfred V. Covello, U.S.D.J.