# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

In re: Priceline.com, Inc.  
Securities Litigation

CASE NUMBER: 3:00-CV-01884(AVC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Defendant Jay S. Walker

June 6, 2006  
_____  
Date

phv 01105  
_____  
Connecticut Federal Bar Number

(213) 694-1200  
_____  
Telephone Number

(213) 694-1234  
_____  
Fax Number

bennettb@hbdlawyers.com  
_____  
E-mail address

_[Signature]_  
Signature

Bruce Bennett  
_____  
Print Clearly or Type Name

865 S. Figueroa Street, Ste. 2900  
_____  
Address

Los Angeles, California 90017  
_____

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached List

_[Signature]_  
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

Service List

PLAINTIFFS' COUNSEL:

| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 | Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Peter McDougall, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403 |
|---|---|
| Andrew W. Schatz, Esq.<br>Joel S. Nobel, Esq.<br>Schatz & Nobel<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103 | J. Daniel Sagarin, Esq.<br>Hurwitz Sagarin & Slossberg<br>147 North Broad Street<br>P.O. Box 112<br>Milford, CT 06460-0112 |
| David R. Scott, Esq.<br>Erin Green Comite, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415 | Geoffrey M. Johnson, Esq.<br>Scott & Scott, LLC<br>33 River Street<br>Chagrin Falls, OH 44022 |

COUNSEL FOR DEFENDANTS PRICELINE, BRADDOCK, NICHOLAS AND SCHULMAN:

| Daniel Slifkin, Esq.<br>James G. Hein, Esq.<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | Joseph L. Clasen, Esq.<br>William J. Kelleher, III, Esq.<br>Robinson & Cole, LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06904-2305 |
|---|---|