UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. | : | |
| SECURITIES LITIGATION | : | |
| _____ | : | MASTER FILE NO. |
| | : | 3:00CV01884(AVC) |
| This document relates to: | : | |
| | : | June 13, 2006 |
| ALL ACTIONS | : | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Peter J. McDougall ("Movant") respectfully moves, in accordance with Local Rule of Civil Procedure 7(e), to withdraw his appearance in this action on behalf of Plaintiffs. Other counsel from Johnson & Perkinson will continue to serve as Co-Lead Counsel in this action. Allowing the Movant to withdraw his appearance in this action on behalf of Plaintiffs will not cause prejudice to any party and will not affect the administration of this case. Wherefore, the undersigned respectfully requests the Court allow the Movant to withdraw his appearance in this matter.

Dated:    June 13, 2006                                    Respectfully submitted,

                                                           /s/ Peter J. McDougall
                                                           Peter J. McDougall, Esq. (phv0342)
                                                           Johnson & Perkinson
                                                           1690 Williston Road
                                                           P.O. Box 2305
                                                           South Burlington, VT 05403
                                                           802-862-0030