UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : | |
| _____ | : : | MASTER FILE NO. 3:00CV01884(AVC) |
| This document relates to: | : : | June 14, 2006 |
| ALL ACTIONS | : : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 13, 2006, a true copy of the Motion For Leave To Withdraw Appearance of Peter J. McDougall was filed with the Court and served on all counsel of record through the Court's electronic case filing service. Counsel on the attached service list will also receive a copy *via* first class mail. Parties may access this filing through the Court's CM/ECF System.

/s/ Peter J. McDougall
Peter J. McDougall, Esq. (phv0342)
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
802-862-0030

**SERVICE LIST**

David R. Scott
Geoffrey M. Johnson
Erin Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Bruce Bennett
Jeanne Irving
Shauna Ballard
J. Michael Hennigan
Hennigan, Bennett & Dorman, LLP
865 S. Figueroa St., Suite 2900
Los Angeles, CA 90017

Terence Gallagher, III
Thomas D. Goldberg
Dar, Berry & Howard
One Canterbury Green
Stamford, CT 06901

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Robert Simonds
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019