UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| **IN RE: PRICELINE.COM, INC.** | : | |
| **SECURITIES LITIGATION** | : | |
| _____ | : | **MASTER FILE NO.** |
| | : | **3:00cv01884 (AVC)** |
| **This document relates to:** | : | |
| | : | **JUNE 15, 2006** |
| ALL ACTIONS | : | |
| | : | |

**JOINT MOTION TO DESIGNATE CASE FOR ELECTRONIC FILING**

Pursuant to this District's Electronic Filing Administrative Policies and Procedures Manual Section I.D. and Fed. R. Civ. P. 5(e), the parties, by and through counsel, respectfully move the Court for an order designating the above-captioned case for electronic filing. All counsel consent to having this case designated for electronic filing.

Previously, plaintiffs' unopposed motion to have this case designated for electronic filing was granted on October 12, 2005. Docket No. 221. Upon transfer of the case to the Honorable Alfred V. Covello, however, counsel was verbally notified by chambers that the parties no longer would be allowed to efile pleadings until the instant motion was filed and the Court ruled on this motion.

Accordingly, the parties respectfully request that this case continue to be designated for electronic filing.

Dated: June 15, 2006

Respectfully submitted,

| **Plaintiffs** | **Defendants Priceline.Com Inc., N.J. Nicholas, Daniel Schulman and Richard S. Braddock** |
|---|---|
| By:____/s/_____<br>David R. Scott (ct16080)<br>Erin Green Comite (ct24886)<br>SCOTT + SCOTT, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br>Facsimile: (860) 537-4432<br>drscott@scott-scott.com<br>ecomite@scott-scott.com | By: _____/s/_____<br>Joseph L. Clasen (ct04090)<br>William J. Kelleher III (ct22140)<br>ROBINSON & COLE, LLP<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06904-2305<br>Telephone: (203) 462-7500<br>Fax: (203) 462-7599<br>jclasen@rc.com |
| SCOTT + SCOTT, LLC<br>Geoffrey M. Johnson<br>33 River Street<br>Chagrin Falls, OH 44022<br>Telephone: (440) 247-8200<br>Facsimile: (440) 247-8275 | CRAVATH, SWAINE & MOORE LLP<br>Daniel Slifkin (ct21203)<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Fax: (212) 474-3700<br>dslifkin@cravath.com |
| JOHNSON & PERKINSON<br>Dennis J. Johnson<br>Jacob B. Perkinson<br>Peter J. McDougall<br>1690 Williston Road<br>P.O. Box 2305<br>South Burlington, VT 05403<br>Telephone: (802) 862-0030<br>Facsimile: (802) 862-0060 | **Their Attorneys**<br><br>**Defendant Jay S. Walker**<br><br>By: _____/s/_____ |
| STULL, STULL & BRODY<br>Jules Brody<br>Aaron Brody<br>6 East 45th St.<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022 | Thomas D. Goldberg (ct04386)<br>Terence J. Gallagher (ct22415)<br>DAY, BERRY & HOWARD LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Telephone: (203) 977-7300<br>Fax: (203) 977-7301<br>tdgoldberg@dbh.com |
| **Co-Lead Counsel for Plaintiffs** | - and - |

J. Michael Hennigan (phv01117)
Bruce Bennett (phv01105)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv1119)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Fax:  (213) 694-1234
irvingj@hbdlawyers.com – E-mail

**His Attorneys**

**CERTIFICATION**

  I hereby certify that the foregoing was served on the following counsel of record by first class, prepaid U.S. mail this 14th day of June:

                 /s/
                Erin Green Comite

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

SCHATZ & NOBEL, PC
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103-3202

Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
ROBINSON & COLE LLP
Financial Centre
695 E. Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
Robert K. Simonds
CRAVATH, SWAINE & MOORE
825 8th Ave., Worldwide Plaza
New York, NY 10019-7415

Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT 06901

J. Michael Hennigan (phv01117)
Bruce Bennett (phv01105)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv1119)
HENNIGAN, BENNETT &
DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017