

326

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

IN RE: PRICELINE.COM, INC.  :
SECURITIES LITIGATION       :
                            :    2006 JUN 16  A 10: 47
―――――――――――――――――――         :
                            :    MASTER FILE NO.
                            :    3:00cv01884 (AVC)
This document relates to:   :
                            :    JUNE 15, 2006
    ALL ACTIONS             :
                            :
                            :

## JOINT MOTION TO DESIGNATE CASE FOR ELECTRONIC FILING

Pursuant to this District's Electronic Filing Administrative Policies and Procedures Manual Section I.D. and Fed. R. Civ. P. 5(e), the parties, by and through counsel, respectfully move the Court for an order designating the above-captioned case for electronic filing. All counsel consent to having this case designated for electronic filing.

Previously, plaintiffs' unopposed motion to have this case designated for electronic filing was granted on October 12, 2005. Docket No. 221. Upon transfer of the case to the Honorable Alfred V. Covello, however, counsel was verbally notified by chambers that the parties no longer would be allowed to efile pleadings until the instant motion was filed and the Court ruled on this motion.

Accordingly, the parties respectfully request that this case continue to be designated for electronic filing.

*[Handwritten sideways annotation:]* 3:00CV1884(AVC) June 20, 2006. The motion is GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.