UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------, X
IN RE: PRICELINE.COM, INC.          : MASTER FILE NO.
SECURITIES LITIGATION               : 3:00CV01884 (DJS)
                                    :
                                    :
                                    :
                                    :
This document relates to:           : JUNE 29, 2006
                                    :
ALL ACTIONS                         :
                                    :
                                    :
                                    :
                                    X

## MOTION FOR ADMISSION OF MARK V. JACKSOWSKI TO APPEAR AS A VISITING LAWYER

PURSUANT TO Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of MARK V. JACKOWSKI of Scott + Scott, LLC, 108 Norwich Ave., P.O. Box 192, Colchester, CT 06415, to appear as a visiting lawyer, *pro hac vice*, for Lead Plaintiffs, Leisinger Pension Fund, Iliana Ilieva, Mark Weiss, Marilyn D. Egel and Joseph Wilenkin..

Attorney Jackowski is in good standing of the Bar of New York as well as the United States District Courts for the Southern District of New York and the U.S. Circuit Court of Appeals, Washington, D.C. Attorney Jackowski has not been denied admission to or disciplined by this court or any other court. Please see the attached Affidavit of MARK V. JACKOWSKI.

Dated: June 29, 2006                    PLAINTIFF,

By: *[signature: Erin Green Comite]*
DAVID R. SCOTT (Bar No. CT16080)
ERIN GREEN COMITE (Bar No. CT24886)
108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-5537
860/537-4432 (fax)
Emails: D. Scott: drscott@scott-scott.com
        E. Comite: ecomite@scott-scott.com

**SCOTT + SCOTT, LLC**
Geoffrey M. Johnson
33 River Street
Chargin Falls, OH 44022
Telephone: 440/247-8200
440/247-8275 (fax)
Email: gjohnson@scott-scott.com

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
1690 Williston Road
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

**Plaintiffs' Lead Counsel**

**SCHATZ & NOBEL, P.C.**
Andrew M. Schatz CT00603
Jeffrey S. Nobel CT04855
Patrick A. Klingman CT17813
330 Main Street
Hartford, CT 06106
Tel: (860) 493-6292
Fax: (860) 493-6290

**Plaintiffs' Liaison Counsel**

## CERTIFICATE OF SERVICE

On this the 29th day of June, 2006, the foregoing document was served by First Class Mail on the Counsel of Record listed on the attached Service List.

_____
Erin Green Comite

## SERVICE LIST

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Albert M. Myers
Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901