UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------, X
IN RE: PRICELINE.COM, INC.              : MASTER FILE NO.
SECURITIES LITIGATION                   : 3:00CV01884 (DJS)
                                        :
                                        :
                                        :
                                        :
This document relates to:               : JUNE 29 2006
                                        :
   ALL ACTIONS                          :
                                        :
                                        :
                                        :
                                        X

### AFFIDAVIT OF MARK V. JACKOWSKI IN SUPPORT OF
### MOTON FOR ADMISSION TO APPEAR AS VISITING ATTORNEY

1.   I am an attorney in good standing and have been admitted to the Bar of the State of New York (admitted in Nov. 1980), the U. S. District Courts of Southern District of New York (admitted 9/1/82) as well as the Washington, D.C. Circuit Court of Appeals (admitted in 1998). I have never been reprimanded, suspended from the practice of law, placed on inactive status or disbarred. I have no grievances pending against me, nor have I ever resigned from the practice of law.

EXHIBIT A

2. I received a Bachelor of Arts degree from St. Johns University, and I was awarded a Juris Doctor by the University of Dayton Law School and received an L.L.M. in Corporate Law from New York University.

3. Since June, 2006, I have been employed by the law firm of Scott + Scott, LLC where I concentrate my practice in a variety of complex litigation matters pending in federal and state courts.

My address is as follows:

>Mark V. Jackowski
>SCOTT + SCOTT, LLC
>108 Norwich Avenue
>P.O. Box 192
>Colchester, CT 06415
>Telephone: 860/537-5537
>Facsimile: 860/537-4432
>Email: mvjackowski@scott-scott.com

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5. I hereby consent to be subject to the jurisdiction of the rules of The United States District Court for the District of Connecticut governing professional conduct.

I declare under penalty of perjury that the above statements are true and correct.

Date: June 28, 2006

MARK V. JACKOWSKI

STATE OF __Ohio__ )
) ss. at __Chagrin Falls__   June 28, 2006
COUNTY OF __Cuyahoga__ )

Subscribed and sworn to before me this 28 day of __June__, 2006.

ANN E. SLAUGHTER
Notary Public - State of Ohio
My Commission Expires Aug. 23, 2009

_Ann E. Slaughter_
Notary Public
My Commission Expires: