# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| **IN RE: PRICELINE.COM, INC.** | : | |
| **SECURITIES LITIGATION** | : | |
| _____ | : | **MASTER FILE NO.** |
| | : | **3:00CV01884(AVC)** |
| **This document relates to:** | : | |
| | : | **July 6, 2006** |
| **ALL ACTIONS** | : | |

## PLAINTIFFS' MOTION TO COMPEL THE PRICELINE DEFENDANTS TO PRODUCE EMAILS AND ELECTRONIC DOCUMENTS CONTAINED ON THE "SNAPSHOT" AND "TERMINATED EMPLOYEE TAPES"

**SCOTT + SCOTT, LLC**
David R. Scott
Geoffrey M. Johnson
Erin Green Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**Co-Lead Counsel**

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**Co-Lead Counsel**

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) and Local Civil Rules 7 and 37, Plaintiffs, through their counsel, hereby respectfully move the Court for an order requiring Defendants Priceline, Richard Braddock, Daniel Schulman and N.J. Nichols (collectively, the "Priceline Defendants") to comply with their discovery obligations. For the past year and a half, Plaintiffs have tried without success to obtain highly relevant emails and other electronic documents that the Priceline Defendants currently have in their possession, custody and control. These emails and electronic documents are responsive to Plaintiffs' document requests. Plaintiffs have participated in numerous meet and confers, sent several letters to the Priceline Defendants, have taken a Rule 30(b)(6) deposition on the electronic document issues, moved to compel production of the emails and electronic documents on two separate occasions, and obtained a Court order directing the Priceline Defendants to produce these materials. Despite these efforts, the Priceline Defendants still have not produced relevant emails and electronic documents. Instead, ***the Priceline Defendants have engaged in a massive document dump***. ***They have produced hundreds of thousands of blank and irrelevant emails and electronic documents, but the relevant emails and electronic documents still have not been produced.*** Thus, Plaintiffs are again forced to come before the Court.

Accordingly, Plaintiffs respectfully request that the Court order the Priceline Defendants to do the following by a date certain:

(a)      Comply with Judge Squatrito's December 2005 Order and provide Plaintiffs with a summary of the ***specific*** methodology that they used to search the 80 designated individual email accounts. This summary should state whether the Priceline Defendants searched all emails and electronic documents (including drafts, deleted emails, and attachments) in the 80 individual email accounts on an ***email-by-email basis***;

(b)    Produce all responsive emails and electronic documents (including draft emails, deleted emails, emails sent to the account holder, emails sent by the account holder, and attachments) contained in the 80 key individual email accounts;

(c)    Use search terms to capture those documents that may contain privileged and work-product information on "snapshot" and "terminated employee tapes";

(d)    Review those documents captured by the privilege search term search to ensure that they do in fact contain privileged or work-produce information;

(e)    Place the privileged and work-product documents on a privilege log that fully comports with Rule 26, which they must provide to the Plaintiffs;

(f)    Make a searchable electronic copy of the remaining electronic documents of on "snapshot" and "terminated employee tapes" (*i.e.,* those that are not placed on the privilege log) and produce this copy to the Plaintiffs;

(g)    Provide Plaintiffs with appropriate relief for the failure of the Priceline Defendants to comply with the Court's discovery orders.


Dated: July 6, 2006                                    Respectfully submitted,

                                                       SCOTT + SCOTT, LLC


                                                       __/s/*Erin Green Comite*_____
                                                       David R. Scott (ct16080)
                                                       Erin Green Comite (ct24886)
                                                       108 Norwich Avenue
                                                       P.O. Box 192
                                                       Colchester, CT  06415
                                                       Telephone: (860) 537-5537
                                                       Facsimile: (860) 537-4432
                                                       drscott@scott-scott.com
                                                       ecomite@scott-scott.com

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275


JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2006, a true copy of the foregoing was served on all counsel of record via either hand-deliver or overnight mail or prepaid, first-class U.S. mail, as noted below:

                                          _____/s/*Erin Green Comite*_____
                                               Erin Green Comite

## SERVICE VIA HAND DELIVERY

Joseph L. Clasen
William Kelleher
Alexander Pencu
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
Stamford, CT 06904-2305

Frank F. Coulom, Jr.
Bradford S. Babbitt
ROBINSON & COLE
280 Trumbull Street
Hartford, CT 06103-3597

Terence J. Gallagher, III
Thomas D. Goldberg
DAY, BERRY & HOWARD
One Canterbury Green
Stamford, CT 06901-2047

## SERVICE VIA OVERNIGHT MAIL

Bruce Bennett
Jeanne E. Irving, Esq.
J. Michael Hennigan, Esq.
Shawna Ballard
HENNIGAN, BENNETT & DORMAN
865 S. Figueroa St., Ste. 2900
Los Angeles, CA 90017

Daniel Slifkin
Robert Simonds
CRAVATH, SWAINE & MOORE

825 Eighth Avenue
Worldwide Plaza
New York, NY 10019

**SERVICE VIA U.S. MAIL**

Dennis J. Johnson
Jacob B. Perkinson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
HURWITZ SAGARIN & SLOSSBERG
147 North Broad St., PO Box 112
Milford, CT 06460-0112