# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : |
| | : MASTER FILE NO. |
| | : 3:00CV01884(AVC) |
| This document relates to: | : |
| | : |
| ALL ACTIONS | : |

## DECLARATION OF GEOFFREY M. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRICELINE DEFENDANTS TO PRODUCE EMAILS AND ELECTRONIC DOCUMENTS CONTAINED ON THE "SNAPSHOT" AND "TERMINATED EMPLOYEE TAPES"

| | |
|---|---|
| **SCOTT + SCOTT, LLC** | **JOHNSON & PERKINSON** |
| David R. Scott | Dennis J. Johnson |
| Geoffrey M. Johnson | Jacob B. Perkinson |
| Erin Green Comite | 1690 Williston Road |
| 108 Norwich Avenue | P.O. Box 2305 |
| P.O. Box 192 | South Burlington, VT 05403 |
| Colchester, CT 06415 | |
| | **Co-Lead Counsel** |
| **Co-Lead Counsel** | |

## **DECLARATION**

I, Geoffrey M. Johnson, declare the following based on personal knowledge:

1. I am and an attorney at Scott + Scott, LLC and am one of the attorneys representing the lead plaintiffs and the class representatives in this action. I make this declaration in support of Plaintiffs' Motion to Compel the Priceline Defendants to Produce Emails and Electronic Documents Contained on the "Snapshot" and "Terminated Employee Tapes."

2. In compliance with Local Civil Rule 37(a)(2), Plaintiffs, through their counsel, certify that they have conferred on numerous occasions with counsel for the Priceline Defendants in good faith to resolve by agreement the issues raised in Plaintiffs' Motion to Compel the Priceline Defendants to Produce Emails and Electronic Documents Contained on the "Snapshot" and "Terminated Employee Tapes" without the intervention of the Court. The various meet and confers are described in detail in the correspondence attached as exhibits below. The parties have been unable to reach an agreement on these issues.

3. Attached to this Declaration is a true and correct copy of the following:

Exhibit A:  Plaintiffs' Document Requests.

Exhibit B:  The Priceline Defendants' July 19, 2005 Letter.

Exhibit C:  The Court's April 6, 2005 Order On Plaintiffs' First Motion to Compel.

Exhibit D:  The Court's December 8, 2005 Order On Plaintiffs' Motion to Compel Defendants to Produce Electronic Documents.

Exhibit E:  The Priceline Defendants' March 1, 2005 Letter.

Exhibit F:  The Priceline Defendants' August 11, 2005 Letter.

Exhibit G:  The Priceline Defendants' March 2, 2006 Letter.

Exhibit H:  Richard Braddock's emails (Confidential, filed under seal).

Exhibit I: Sample of Daniel Schulman's emails (Confidential, filed under seal).

Exhibit J: Sample of Jay Walker's emails (Confidential, filed under seal).

Exhibit K: Plaintiffs' February 17, 2006 Letter.

Exhibit L: Email from Richard Braddock to A. Noto (Confidential, filed under seal).

Exhibit M: Excerpts From Anthony Noto Deposition (Confidential, filed under seal).

Exhibit N: Plaintiffs' February 15, 2006 Letter.

Exhibit O: Plaintiffs' February 20, 2006 Letter.

Exhibit P: Plaintiffs' April 7, 2006 Letter.

Exhibit Q: The Priceline Defendants' April 11, 2006 Letter.

Exhibit R: Plaintiffs' April 13, 2006 Letter.

Exhibit S: The Priceline Defendants' April 14, 2006 Letter.

Exhibit T: Plaintiffs' April 20, 2006 Letter.

Exhibit U: The Priceline Defendants' April 26, 2006 Letter.

Exhibit V: Plaintiffs' April 27, 2006 Letter.

Exhibit W: Plaintiffs' May 1, 2006 Letter.

Exhibit X: The Priceline Defendants' May 2, 2006 Letter.

Exhibit Y: Plaintiffs' May 3, 2006 Letter.

Exhibit Z: The Priceline Defendants' May 4, 2006 Letter.

Exhibit AA: Plaintiffs' August 15, 2005 Letter.

4. I declare that the foregoing is true and correct to the best of my knowledge.

                                                  __/s/*Geoffrey M. Johnson*_____
                                                  Geoffrey M. Johnson

                                                  Declared under penalty of perjury
                                                  on July 6, 2006 in Chagrin Falls, OH

Dated: July 6, 2006							Respectfully submitted,

SCOTT + SCOTT, LLC


\_\_\_\_/s/*Erin Green Comite*_____
David R. Scott (ct16080)
Erin Green Comite (ct24886)
108 Norwich Avenue,
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
drscott@scott-scott.com
ecomite@scott-scott.com

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

SCHATZ & NOBEL
Andrew M. Schatz

Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106
Telephone: (860) 493-6292
Facsimile (860) 493-6290

**Liaison Counsel**