# EXHIBIT F

CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

GEORGE J. GILLESPIE, III
THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.

JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
W. CLAYTON JOHNSON
STEPHEN S. MADDEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER

JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO

SPECIAL COUNSEL
SAMUEL C. BUTLER
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

August 11, 2005

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Peter:

We write in response to your letter of August 8, 2005, and in follow-up to our meet and confer conference call on August 4, 2005.

As we explained during the conference call, the snapshot allows us to search for the email files of specific individuals. Attachment A to this letter lists 50 individuals whose email files we will review. That list includes the individuals referenced in the Consolidated Amended Complaint and in our first and second sets of interrogatory responses whose email files have been identified on the snapshot (or on the departed employee backup tapes, which are discussed below), as well as a handful of additional individuals who may have emails that are relevant to this litigation and for whom an email file has been located. We will be happy to consider reasonable additions to our initial list. We have started reviewing the email files and will produce responsive, non-privileged emails from those files on a rolling basis.

With respect to the non-email electronic data contained on the snapshot, we can confirm that it is not possible to identify the files of particular departments or individuals. The snapshot is searchable, however, and we have proposed that you provide us with suggested search terms and that we work together to craft a meaningful and reasonable search.

We do not understand your statement that you "have little understanding of the parameters of the snap-shot" because (1) we sent you a letter, dated July 19, 2005, that described the contents of the snapshot, and (2) you deposed Patrick Brown on July 20, 2005, and questioned him in detail about the contents of the snapshot.

We are willing to provide you with a spreadsheet that shows, in technical terms, the contents of the snapshot and the quantity of electronic material contained on it. However, we will only provide the spreadsheet (which has been referred to as a "decision tree") if you expressly agree in writing that such production will not constitute a waiver of any applicable privilege with respect to any other document or communication or with respect to the subject matter of the spreadsheet itself.

We will produce emails and other documents from the snapshot in TIFF format, the same format in which we have already produced 172,785 pages of documents to you without your objection. We will not seek cost-shifting in connection with materials from the snapshot that are produced in that format and in accordance with the parameters described above.

We will also treat the back-up tapes that contain electronic material for departed employees from 2000-2001 as if those tapes were a part of the snapshot. We will review and produce emails for identified individuals whose files reside on those back-up tapes, and we will search the non-email electronic data on those back-up tapes using agreed-upon search terms. On those conditions, we will not seek cost-shifting in connection with the restoration and review of the departed employee back-up tapes.

Understand, however, that if you continue to insist that we produce electronic material in native format, then we will oppose that request as being unreasonable. That is because native format documents cannot be redacted for privilege, cannot be Bates numbered, and are incredibly difficult and expensive to review. If the Court orders production in some type of native format, we will ask the Court for cost-shifting. Given that we believe that the law is clear that cost-shifting would be appropriate in those circumstances, and given that production in native format would slow down our production, we simply do not understand why you would persist in your current position.

There are 42 back-up tapes that we believe may contain the final archives of WebHouse and Perfect Yardsale. Attachment B to this letter contains copies of the labels on those 42 tapes. As we told you during the conference call, our vendor's preliminary efforts to restore those back-up tapes failed, and we have been told that restoration of the tapes will be very costly and difficult, if even possible at all. Accordingly, if you continue to request production of material from those tapes, we will likely need to seek cost-shifting.

Sincerely,

James G. Hein, Jr.

Peter McDougall, Esq.
   Johnson & Perkinson
      1690 Williston Road
         P.O. Box 2305
           South Burlington, VT 05403

BY FACSIMILE AND FIRST CLASS MAIL

Copies to:

Erin Comite, Esq.
   Scott + Scott, LLC
      P.O. Box 192
         108 Norwich Avenue
           Colchester, CT 06415

William J. Kelleher, III, Esq.
   Robinson & Cole LLP
      695 East Main Street
         Stamford, CT 06904-2305

Carl W. Mullis, Esq.
   Paul, Hastings, Janofsky & Walker LLP
      600 Peachtree Street, NE
         24th Floor
           Atlanta, GA 30308

BY FACSIMILE

Attachment A

Marlene Beeler
Jeff Boyd
Richard Braddock
Tim Brier
Paul Brietenbach
Peter Burgess
T. Scott Case
Antonietta D'Angelo
Tom D'Angelo
Patty D'Angelo
Adam DaCosta
Mike Diliberto
Brian Eck
Glenn Fogel
Paul Francis
Tom Gerhardt
Lisa Gillingham
Jill Gleeson
Kevin Goldman
Tom Gordon
Maria Gotch
Ken Jones
Brett Keller
Maryann Keller
Don King

Mona Kucelek
Anne Maffei
William McCadden
James McGill
Heidi Miller
Steve Mott
Bob Mylod
Baruch Ness
Jonathan Otto
Jill Pfefferbaum
William Pike
Terry Rizzi
Thomas Ronan
Ron Rose
Dan Rubenstein
Ernest Scheideman
Dan Schulman
Jules Seiburgh
Jose Suarez
Mitch Truwit
Trey Urbahn
Jay Walker
Don Whitman
Jeanne Wisniewski
Igor Zhuk





TOTAL P.10

# EXHIBIT G

# ROBINSON & COLE LLP

WILLIAM J. KELLEHER, III

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
wkelleher@rc.com
Direct (203) 462-7514

Also admitted in New York

March 2, 2006

*Via First Class Mail and Facsimile*

David R. Scott, Esq.
Erin Green Comite, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

Re:    **In Re: Priceline.com Securities Litigation**
       **3:00CV01884 (DJS)**

Dear David and Erin:

Enclosed is the Defendants' source log for our document production to date.

Very truly yours,

William J. Kelleher, III

Enclosure
WJK/ta

Law Offices

BOSTON

HARTFORD

NEW LONDON

STAMFORD

WHITE PLAINS

NEW YORK CITY

SARASOTA

*www.rc.com*

STAM1-807797-1

# ROBINSON & COLE LLP

David R. Scott, Esq.
Erin Green Comite, Esq.
March 1, 2006
Page 2


cc:  (w/o enclosures)

Daniel Slifkin, Esq.
James G. Hein, Jr., Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Peter McDougall, Esq.
Dennis Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403



Priceline.com Securities Litigation, 3:00 CV 1884 (DJS)     CONFIDENTIAL
Production Log

| Source | Bates No. Range | |
| --- | --- | --- |
| Insurance Policies (per 11/18/04 Letter) | PCLN000000001 | PCLN000000173 |
| Brian Ek | PCLN000000174 | PCLN000016285 |
| Glenn Fogel | PCLN000016286 | PCLN000021563 |
| Tom Gerhardt | PCLN000021564 | PCLN000022366 |
| Tim Gordon | PCLN000022367 | PCLN000034563 |
| Mona Kucalek | PCLN000034564 | PCLN000037334 |
| Peter Millones | PCLN000037335 | PCLN000037788 |
| Patricia D'Angelo | PCLN000037789 | PCLN000038636 |
| Karen Skelly | PCLN000038637 | PCLN000039232 |
| Gerry Wegener | PCLN000039233 | PCLN000039233 |
| Igor Shuk | PCLN000039234 | PCLN000039603 |
| Maria Gotch | PCLN000039604 | PCLN000053846 |
| Ken Jones | PCLN000053847 | PCLN000056734 |
| Netta D'Angelo | PCLN000056735 | PCLN000065216 |
| Jeff Boyd | PCLN000065217 | PCLN000065940 |
| Jeff Boyd/Peter Millones | PCLN000065941 | PCLN000065953 |
| Karen Contegni | PCLN000065954 | PCLN000081492 |
| Geri Jackson | PCLN000081493 | PCLN000085580 |
| Bob Mylod | PCLN000085581 | PCLN000092791 |
| Tom D'Angelo | PCLN000092792 | PCLN000097418 |
| Priceline.com General Files | PCLN000097419 | PCLN000125497 |
| Jeff Boyd | PCLN000125498 | PCLN000125636 |
| Jeff Boyd/Peter Millones | PCLN000125637 | PCLN000125864 |
| Karen Contegni | PCLN000125865 | PCLN000127391 |
| Brian Ek | PCLN000127392 | PCLN000128271 |
| Glenn Fogel | PCLN000128272 | PCLN000128424 |
| Tom Gerhardt | PCLN000128425 | PCLN000128434 |
| Tim Gordon | PCLN000128435 | PCLN000131128 |
| Maria Gotch | PCLN000131129 | PCLN000131696 |
| Geri Jackson | PCLN000131697 | PCLN000132382 |
| Ken Jones | PCLN000132383 | PCLN000132478 |
| Mona Kucalek | PCLN000132479 | PCLN000132480 |
| Peter Millones | PCLN000132481 | PCLN000132677 |
| Bob Mylod | PCLN000132678 | PCLN000133051 |
| Netta D'Angelo | PCLN000133052 | PCLN000133079 |
| Patricia D'Angelo | PCLN000133080 | PCLN000133235 |
| Jill Pfefferbaum | PCLN000133236 | PCLN000133271 |
| Priceline.com General Files | PCLN000133272 | PCLN000137303 |
| Karen Skelly | PCLN000137304 | PCLN000137355 |
| Tom D'Angelo | PCLN000137356 | PCLN000139257 |
| Igor Zhuk | PCLN000139258 | PCLN000139283 |
| Tim Gordon | PCLN000139284 | PCLN000141950 |
| Customer Complaints | PCLN000141951 | PCLN000143188 |
| Priceline.com General Files | PCLN000143189 | PCLN000145090 |
| Customer Complaints | PCLN000145091 | PCLN000147313 |
| Karen Contegni | PCLN000147314 | PCLN000147894 |
| Brian Ek | PCLN000147895 | PCLN000150176 |
| Maria Gotch | PCLN000150177 | PCLN000151711 |
| Priceline.com General Files | PCLN000151712 | PCLN000151790 |
| Geri Jackson | PCLN000151791 | PCLN000152068 |

Priceline.com Securities Litigation, 3:00 CV 1884 (DJS)    CONFIDENTIAL
Production Log

| | | |
|---|---|---|
| Tim Gordon | PCLN000152069 | PCLN000153092 |
| Tom D'Angelo | PCLN000153093 | PCLN000153844 |
| Netta D'Angelo | PCLN000153845 | PCLN000154325 |
| Glenn Fogel | PCLN000154326 | PCLN000154796 |
| Bob Mylod | PCLN000154797 | PCLN000154862 |
| Ken Jones | PCLN000154863 | PCLN000155095 |
| Igor Zhuk | PCLN000155096 | PCLN000155336 |
| Jeff Boyd/Peter Millones | PCLN000155337 | PCLN000155356 |
| Patricia D'Angelo | PCLN000155357 | PCLN000155464 |
| Rick Braddock | PCLN000155465 | PCLN000155929 |
| Customer Complaints | PCLN000155930 | PCLN000156291 |
| Karen Contegni | PCLN000156292 | PCLN000159825 |
| Brian Ek | PCLN000159826 | PCLN000161157 |
| Maria Gotch | PCLN000161158 | PCLN000161705 |
| Geri Jackson | PCLN000161706 | PCLN000162050 |
| Tim Gordon | PCLN000162051 | PCLN000162741 |
| Tom D'Angelo | PCLN000162742 | PCLN000164857 |
| Ken Jones | PCLN000164858 | PCLN000164965 |
| Bob Miller | PCLN000164966 | PCLN000165055 |
| Igor Zhuk | PCLN000165056 | PCLN000165061 |
| Tom Gerhardt | PCLN000165062 | PCLN000165234 |
| Priceline.com General Files | PCLN000165235 | PCLN000170119 |
| Customer Complaints | PCLN000170120 | PCLN000170130 |
| Karen Contegni | PCLN000170131 | PCLN000170137 |
| Maria Gotch | PCLN000170138 | PCLN000170155 |
| Geri Jackson | PCLN000170156 | PCLN000170192 |
| Tom D'Angelo | PCLN000170193 | PCLN000170196 |
| Netta D'Angelo | PCLN000170197 | PCLN000170198 |
| Glenn Fogel | PCLN000170199 | PCLN000170207 |
| Patricia D'Angelo | PCLN000170208 | PCLN000170208 |
| Karen Contegni | PCLN000170209 | PCLN000170278 |
| Maria Gotch | PCLN000170279 | PCLN000170287 |
| Geri Jackson | PCLN000170288 | PCLN000170302 |
| Tom D'Angelo | PCLN000170303 | PCLN000170328 |
| Karen Contegni | PCLN000170329 | PCLN000171078 |
| Brian Ek | PCLN000171079 | PCLN000171080 |
| Ken Jones | PCLN000171081 | PCLN000171101 |
| Tom Gerhardt | PCLN000171102 | PCLN000171171 |
| Karen Contegni | PCLN000171172 | PCLN000171185 |
| Brian Ek | PCLN000171186 | PCLN000171187 |
| Maria Gotch | PCLN000171188 | PCLN000171344 |
| Tim Gordon | PCLN000171345 | PCLN000171346 |
| Karen Contegni | PCLN000171347 | PCLN000171398 |
| Brian Ek | PCLN000171399 | PCLN000171401 |
| Geri Jackson | PCLN000171402 | PCLN000171476 |
| Ken Jones | PCLN000171477 | PCLN000171489 |
| Karen Contegni | PCLN000171490 | PCLN000171542 |
| Maria Gotch | PCLN000171543 | PCLN000171545 |
| Geri Jackson | PCLN000171546 | PCLN000171546 |
| Tim Gordon | PCLN000171547 | PCLN000171699 |
| Bob Mylod | PCLN000171700 | PCLN000171721 |
| Jeff Boyd | PCLN000171722 | PCLN000171722 |

Priceline.com Securities Litigation, 3:00 CV 1884 (DJS)     CONFIDENTIAL
Production Log

| | | |
|---|---|---|
| Priceline.com General Files | PCLN000171723 | PCLN000171759 |
| Mona Kucalek | PCLN000171760 | PCLN000171763 |
| Patricia D'Angelo | PCLN000171764 | PCLN000171828 |
| Tim Gordon | PCLN000171829 | PCLN000171833 |
| Tom D'Angelo | PCLN000171834 | PCLN000171904 |
| Netta D'Angelo | PCLN000171905 | PCLN000171915 |
| Glenn Fogel | PCLN000171916 | PCLN000171924 |
| Netta D'Angelo | PCLN000171925 | PCLN000171926 |
| Glenn Fogel | PCLN000171927 | PCLN000172106 |
| Priceline.com General Files | PCLN000172107 | PCLN000172409 |
| Maria Gotch | PCLN000172410 | PCLN000172412 |
| Netta D'Angelo | PCLN000172413 | PCLN000172420 |
| Jeff Boyd | PCLN000172421 | PCLN000172445 |
| Netta D'Angelo | PCLN000172446 | PCLN000172462 |
| Priceline.com General Files | PCLN000172463 | PCLN000172470 |
| Tim Gordon | PCLN000172471 | PCLN000172493 |
| Priceline.com General Files | PCLN000172494 | PCLN000172497 |
| Glenn Fogel | PCLN000172498 | PCLN000172680 |
| Priceline.com General Files | PCLN000172681 | PCLN000172702 |
| Geri Jackson | PCLN000172703 | PCLN000172706 |
| Bob Mylod | PCLN000172707 | PCLN000172771 |
| Priceline.com General Files | PCLN000172772 | PCLN000172775 |
| Geri Jackson | PCLN000172776 | PCLN000172785 |
| Richard Braddock | PCLN000172786 | PCLN000173186 |
| Dan Schulman | PCLN000173187 | PCLN000176878 |
| Ron Rose | PCLN000176879 | PCLN000191936 |
| Terry Rizzi | PCLN000191937 | PCLN000195329 |
| Brian Ek | PCLN000195330 | PCLN000195354 |
| Glenn Fogel | PCLN000195355 | PCLN000195597 |
| Mike Diliberto | PCLN000195598 | PCLN000196848 |
| Tom D'Angelo | PCLN000196849 | PCLN000196849 |
| Tom Gerhardt | PCLN000196850 | PCLN000198871 |
| Brett Keller | PCLN000198872 | PCLN000199090 |
| Ken Jones | PCLN000199091 | PCLN000201683 |
| Lisa Gillingham | PCLN000201684 | PCLN000201944 |
| Mona Kucelek | PCLN000201945 | PCLN000202496 |
| Documents from Vols. 1 & 2 of Privilege Logs (per 11/2/05 Letter) | PCLN000202497 | PCLN000203853 |
| Mona Kucalek | PCLN000203854 | PCLN000206873 |
| Robert Miller | PCLN000206874 | PCLN000206879 |
| Tom Gordon | PCLN000206880 | PCLN000206983 |
| Terry Rizzi | PCLN000206984 | PCLN000304651 |
| Tom Gordon | PCLN000304652 | PCLN000304703 |
| Terry Rizzi | PCLN000304704 | PCLN000364962 |
| Igor Zhuk | PCLN000364963 | PCLN000367959 |
| Robert Mylod | PCLN000367960 | PCLN000368406 |
| Jeff Boyd | PCLN000368407 | PCLN000368407 |
| Maria Gotch | PCLN000368408 | PCLN000380840 |
| Mona Kucalek | PCLN000380841 | PCLN000394916 |
| Paul Francis | PCLN000394917 | PCLN000395128 |
| Jay Walker | PCLN000395129 | PCLN000396732 |
| Ernest Scheidemann | PCLN000396733 | PCLN000402798 |
| Paul Francis | PCLN000402799 | PCLN000402800 |

3

Priceline.com Securities Litigation, 3:00 CV 1884 (DJS)                    CONFIDENTIAL
Production Log

| | | |
|---|---|---|
| Jay Walker | PCLN000402801 | PCLN000403512 |
| Jodi Dottori | PCLN000403513 | PCLN000404326 |
| Peter Burgess | PCLN000404327 | PCLN000404349 |
| Kevin Goldman | PCLN000404350 | PCLN000404350 |
| Jodi Dottori | PCLN000404351 | PCLN000404534 |
| Jose Suarez | PCLN000404535 | PCLN000404640 |
| Jeanne Wisniewski | PCLN000404641 | PCLN000404647 |
| Jonathan Otto | PCLN000404648 | PCLN000404673 |
| Scott Case | PCLN000404674 | PCLN000404687 |
| Ernest Scheidemann | PCLN000404688 | PCLN000404889 |
| Scott Case | PCLN000404890 | PCLN000404953 |
| Timothy Brier | PCLN000404954 | PCLN000404981 |
| Ben Ness | PCLN000404982 | PCLN000405925 |
| Dan Rubenstein | PCLN000405926 | PCLN000408943 |
| Marlene Beeler | PCLN000408944 | PCLN000410193 |
| Jonathan Otto | PCLN000410194 | PCLN000410194 |
| Scott Case | PCLN000410195 | PCLN000410201 |
| Ernest Scheidemann | PCLN000410202 | PCLN000410218 |
| Timothy Brier | PCLN000410219 | PCLN000410223 |
| Igor Zhuk | PCLN000410224 | PCLN000412525 |
| Jill Pfefferbaum | PCLN000412526 | PCLN000412564 |
| Robert Mylod | PCLN000412565 | PCLN000416124 |
| William Michael McCadden | PCLN000416125 | PCLN000423175 |
| Jeff Boyd | PCLN000423176 | PCLN000425234 |
| Mike Diliberto | PCLN000425235 | PCLN000528690 |
| Adam DaCosta | PCLN000528691 | PCLN000535239 |
| Jeanne Wisniewski | PCLN000535240 | PCLN000539435 |
| Amit Aggarwal | PCLN000539436 | PCLN000540356 |
| Angela Alves-Lagarino | PCLN000540357 | PCLN000541183 |
| Frances Antolino | PCLN000541184 | PCLN000541187 |
| Kristin Knous | PCLN000541188 | PCLN000542133 |
| Susan Brett | PCLN000542134 | PCLN000542136 |
| Amit Aggarwal | PCLN000542137 | PCLN000543537 |
| Angela Alves-Lagarino | PCLN000543538 | PCLN000544298 |
| Frances Antolino | PCLN000544299 | PCLN000544315 |
| Susan Brett | PCLN000544316 | PCLN000545553 |
| Jacqueline Brini | PCLN000545554 | PCLN000552463 |
| Carol Caruso | PCLN000552464 | PCLN000555567 |
| Perry Salat | PCLN000555568 | PCLN000555883 |
| Corcy Vezina | PCLN000555884 | PCLN000560736 |
| John Redcay | PCLN000560737 | PCLN000563957 |
| Stella Lin | PCLN000563958 | PCLN000572644 |
| Bridget Whalen | PCLN000572645 | PCLN000573227 |
| Jonathan Yee | PCLN000573228 | PCLN000575814 |
| Julianna Kopa | PCLN000575815 | PCLN000576528 |
| John Redcay | PCLN000576529 | PCLN000577611 |
| John Work | PCLN000577612 | PCLN000583712 |
| Deborah Iorio | PCLN000583713 | PCLN000584483 |
| Jean Japinga | PCLN000584484 | PCLN000584487 |
| Julianna Kopa | PCLN000584488 | PCLN000585442 |
| Peggy Cheyne | PCLN000585443 | PCLN000585648 |
| Roberta Farrell | PCLN000585649 | PCLN000586547 |

Priceline.com Securities Litigation, 3:00 CV 1884 (DJS)                    CONFIDENTIAL
Production Log

| | | |
|---|---|---|
| Kristin Knous | PCLN000586548 | PCLN000586550 |
| Susan Brett | PCLN000586551 | PCLN000586552 |
| Jacqueline Brini | PCLN000586553 | PCLN000586557 |
| Carol Caruso | PCLN000586558 | PCLN000586566 |
| Corcy Vezina | PCLN000586567 | PCLN000586571 |
| Jonathan Yee | PCLN000586572 | PCLN000586591 |
| Julianna Kopa | PCLN000586592 | PCLN000586592 |
| John Work | PCLN000586593 | PCLN000586616 |
| Jean Japinga | PCLN000586617 | PCLN000586621 |
| Julianna Kopa | PCLN000586622 | PCLN000586651 |
| Roberta Farrell | PCLN000586652 | PCLN000587429 |
| Gary Goldberg | PCLN000587430 | PCLN000588778 |
| Patrick Nee | PCLN000588779 | PCLN000594048 |
| Alex Iglesias | PCLN000594049 | PCLN000596794 |
| Lisa Edwards | PCLN000596795 | PCLN000600617 |
| Kevin Kells | PCLN000600618 | PCLN000601573 |
| Jean Kim | PCLN000601574 | PCLN000606019 |
| Roberta Farrell | PCLN000606020 | PCLN000612694 |
| Christine Fitzpatrick | PCLN000612695 | PCLN000613936 |
| Alex Iglesias | PCLN000613937 | PCLN000613945 |
| John Kaufman | PCLN000613946 | PCLN000619251 |
| Kristin Knous | PCLN000619252 | PCLN000621213 |
| Julianna Kopa | PCLN000621214 | PCLN000622506 |
| Robert Mylod | PCLN000622507 | PCLN000628750 |
| Kenneth Jones | PCLN000628751 | PCLN000629492 |
| Ron Rose | PCLN000629493 | PCLN000630919 |
| Ernest Scheidemann | PCLN000630920 | PCLN000630924 |
| Heidi Miller | PCLN000630925 | PCLN000632224 |
| Jules Sieburgh | PCLN000632225 | PCLN000636968 |
| Mary Ann Keller | PCLN000636969 | PCLN000636976 |
| William Pike | PCLN000636977 | PCLN000641262 |
| Jules Sieburgh | PCLN000641263 | PCLN000644108 |
| Don King | PCLN000644109 | PCLN000644110 |
| Steve Mott | PCLN000644111 | PCLN000644121 |
| Thomas Ronan | PCLN000644122 | PCLN000644173 |
| Anne Maffei | PCLN000644174 | PCLN000647259 |
| Donald Wittman | PCLN000647260 | PCLN000647424 |
| Richard Braddock | PCLN000647425 | PCLN000647429 |
| Dan Schulman | PCLN000647430 | PCLN000647448 |
| Ron Rose | PCLN000647449 | PCLN000647546 |
| Mona Kucelek | PCLN000647547 | PCLN000648011 |
| Peter Millones | PCLN000648012 | PCLN000648176 |
| Tom Gordon | PCLN000648177 | PCLN000648181 |
| Terry Rizzi | PCLN000648182 | PCLN000648252 |
| Tom Gordon | PCLN000648253 | PCLN000648254 |
| Igor Zhuk | PCLN000648255 | PCLN000648269 |
| Robert Mylod | PCLN000648270 | PCLN000648285 |
| Maria Attina-Gotch | PCLN000648286 | PCLN000648372 |
| Mona Kucelek | PCLN000648373 | PCLN000648394 |
| Paul Francis | PCLN000648395 | PCLN000648399 |
| Ernest Scheidemann | PCLN000648400 | PCLN000648400 |
| Jay Walker | PCLN000648401 | PCLN000648401 |

**Priceline.com Securities Litigation, 3:00 CV 1884 (DJS)**      CONFIDENTIAL
Production Log

| | | |
|---|---|---|
| Jodi Dottori | PCLN000648402 | PCLN000648406 |
| Jonathan Otto | PCLN000648407 | PCLN000648407 |
| Dan Rubenstein | PCLN000648408 | PCLN000648506 |
| Jonathan Otto | PCLN000648507 | PCLN000648507 |
| Robert Mylod | PCLN000648508 | PCLN000648519 |
| William Michael McCadden | PCLN000648520 | PCLN000648520 |
| Mike Diliberto | PCLN000648521 | PCLN000648681 |
| Jeanne Wisniewski | PCLN000648682 | PCLN000648703 |
| Priceline.com Legal Department | PCLN900000001 | PCLN900000799 |
| N. J. Nicholas | PCLN900000800 | PCLN900003492 |
| Dan Schulman | PCLN900003493 | PCLN900003754 |
| Richard Braddock | PCLN900003755 | PCLN900004203 |

6

# EXHIBIT H

Exhibit H
## Filed Under Seal

# EXHIBIT I

Exhibit I
**<u>Filed Under Seal</u>**

# EXHIBIT J

**Exhibit J**
## Filed Under Seal

# EXHIBIT K



February 17, 2006

<u>VIA FACSIMILE AND</u>
<u>REGULAR MAIL</u>

James G. Hein, Jr.                          Carl W. Mullis, III
Cravath, Swaine & Moore LLP                 Paul Hastings Janofsky & Walker LLP
Worldwide Plaza                             600 Peachtree Street
825 Eighth Avenue                           Twenty-Fourth Floor
New York, NY 10019-7475                     Atlanta, GA 30308
(212) 474-3700                              (203) 359-3031

William J. Kelleher, III
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904
(203) 462-7599

Re:    <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)</u>

Dear Jim, Bill and Carl:

Having reviewed the vast majority of the documents you have produced to date, Plaintiffs believe additional responsive documents exist that have not been produced. For instance, it is clear from our review that there are numerous financial and operational reports that both Priceline and Webhouse maintained and updated on an ongoing basis that have not been produced. These materials are unquestionably discoverable and highly relevant to the allegations at issue in this litigation. Moreover, these requested documents squarely fall within the purview and scope of Plaintiffs' previously served document requests. Please review and produce the following documents:

1.    All notes, minutes, agendas and presentations for all "intercompany charge review" or similar meetings referenced in PCLN 0178356-57;

2.    All "Adaptive Marketing Daily Performance Reports," as referenced in PCLN 0176726-27;

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 2

3.    All documents concerning the "mandatory" or similar meetings referenced in PCLN 0176736-37, including but not limited to all notes, minutes, agendas and presentations;

4.    All documents concerning the "taking over" and "restabilization of the infrastructure" by Priceline referenced in PCLN 0178495-505;

5.    All documents, including agendas, minutes, notes and presentations of all "Shared Services or similar Meetings," referenced in PCLN 204234-235;

6.    All "Daily Airline Flash Reports" as referenced in PCLN 0203872-3, as well as all documents that concern the technical glitch/event discussed therein that "cost [Priceline] at least one million in revenue and tens of thousands in unforecasted expenses.....";

7.    All "Priceline Website Traffic" or similar reports, referenced in PCLN 0182329-339;

8.    All documents concerning the "PCLN Capital Approval Process" referenced in PCLN 0181275-76; including but not limited to all notes, agendas, minutes and presentations for all related meetings;

9.    All documents concerning the "Wind Down Issues List" referenced in PCLN 0191884-888 including but not limited to the distribution list for this document and all notes, agendas, minutes and presentations for all such or similar meetings;

10.    All iterations of the "Operational Autonomy Plan," referenced in PCLN 0200755-758, and all documents concerning all meetings referenced in this email, including but not limited to all meeting notes, minutes, agendas and presentations;

11.    All documents concerning "Rationale for Licensed Affiliate Structure," referenced in PCLN 0175145-147 including but not limited to all iterations, distribution lists and all related meeting minutes, notes, agendas and presentations;

12.    All revenue projection or similar sheets for WHC referenced in PCLN 400512-526;

13.    All "Partner Revenue Write Offs" or similar reports, as referenced in PCLN 400315-322;

14.    All iterations of the reports enumerated in PCLN 399981-984;

15.    All "Priceline.com Inc. Weekly Update" or similar reports as referenced in PCLN 000091204- 91335;

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 3

16.   All iterations of the "Priceline Webhouse Club, Inc.-Webhouse Summary Statistics" or similar daily summary reports, referenced in JWALK 00320098-103;

17.   A distribution list for the document entitled "Priceline/Webhouse Club Shared Costs Discussion" referenced in JWALK 00155611-616, as well as the referenced exhibits and any minutes, notes and agendas and communications concerning this meeting;

18.   All iterations of "Proposed Structure of Priceline Web House Club, Inc.," referenced in JWALK 00283234-240, and all documents concerning this report, including but not limited to the distribution list and all notes, agendas, minutes and presentations for all meetings concerning the subject of this document;

19.   All documents concerning the "Webhouse Club-Wind Down" referenced in PCLN 0084724-33, including but not limited to all distribution lists for this document as well as all meeting minutes, emails, agendas, notes and presentations concerning the subject of this document;

20.   A distribution list for PCLN 00087631, and the binder referenced in this document and all documents concerning "the Retailers [having] expressed concern over their declining sales;"

21.   All WHC or weekly similar reports as referenced in PCLN 400512-526;

22.   All documents concerning the altering of accounting terminology "in order to avoid having to disclose large balance sheets amounts due from related parties" as referenced in PCLN 368758-760;

23.   The attachment to PCLN 391-851-852;

24.   All documents concerning PCLN's computer problems referenced in PCLN 444882-884;

25.   All documents concerning the subject matter of PCLN 521258-67; entitled, "Webhouse Gasoline Project-Architecture Systems Review and Analysis;"

26.   All documents concerning the subject matter of PCLN 414004-007;

27.   All documents concerning the layoffs of personnel, as referenced in PCLN 414897-898; and

28.   All documents concerning the subject matter of PCLN414878.

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 4

Your prompt attention to these matters is appreciated. We hope that we can resolve these issues without having to involve the Court. We are, however, prepared to bring these issues to the Court's attention, if necessary. We also reserve our right to send you additional letters highlighting deficiencies in the production.

Sincerely yours,
SCOTT+SCOTT, LLC

Erin Green Comite

EGC:lla

cc:    David R. Scott (via facsimile 860-537-4432)
       Jacob B. Perkinson (via facsimile (802) 862-0060)
       Geoffrey M. Johnson (via facsimile 440-247-8275)
       Peter J. McDougall (via facsimile (803) 862-0060)

# EXHIBIT L

## Exhibit L
## **Filed Under Seal**

# EXHIBIT M

## Exhibit M
## **Filed Under Seal**