# EXHIBIT N

# JOHNSON & PERKINSON

### ATTORNEYS AT LAW

1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VERMONT 05403
www.jpclasslaw.com

TELEPHONE (802) 862-0030
TELECOPIER (802) 862-0060
E-MAIL email@jpclasslaw.com

DENNIS J. JOHNSON
ALSO ADMITTED TO PA AND DC

JACOB B. PERKINSON
ALSO ADMITTED TO ME

*INACTIVE*

JAMES F. CONWAY, III
ALSO ADMITTED TO MA

PETER J. McDOUGALL
ALSO ADMITTED TO MA

STACEY K. PORTER
ADMITTED TO MA & NY ONLY

February 15, 2006

Via Facsimile and U.S. Mail
James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Re:    In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)

Dear Jim:

I hope all is well. Attached as Exhibit A are search terms Plaintiffs have agreed to provide Defendants to assist in your review of materials stored electronically. We will be supplementing this list with additional search terms next week and reserve the right to revise and/or amend the list at anytime. It is our understanding that all derivations of the search terms provided will be searched.

Additionally, with regard to the back-up tapes in your possession, please let us know if your vendor was able to access any data on the back-up tapes in your possession using the software located by Priceline.

Please feel free to call should you have any questions.

Sincerely,

Peter McDougall

cc:    William Kelleher, Esq.
Joseph Clasen, Esq
David Scott, Esq.
Geoffrey Johnson, Esq.
Erin Comite, Esq.

## EXHIBIT A

125
144
188.8
189
$1.1 billion
$40 million
% of customer revenue to POS
% of sponsor revenue to POS
10-K
10-Q
8-K
A&P
Acceleration
accounting
Accounting Research Bulletin (or AARB@)
("number" "no." or "#") 51
acquisition
actual money paid
Adam DaCosta
adjustment
Adverse
Advertiser
advertising revenue
affiliate
AFX
Aggressive
Agreement
Ahold
airlines
Alan Hibbell
Albertson's
Alex Iglesias
Alpha (platform)
Alpha/oracle
alter (ego)
Alwaleed bin Talai
American
American Express
American West
Amit Aggarwal
Amoco
AMR
Analyst
analyst day
Andrew Van Luchene
Angela Alves-Lagarino
Anne Maffei
Annual Report
Antonietta D'Angelo
Aquila Advisors
Art Schulman
Ass

AU
Audit
auditor
Australian JV
Auto Insurance
Banc of America Securities
Barrons
Baruch Ness
Baskets
BBB
Bell Markets
Ben Ness
better business bureau
bids
Bi-Lo
Bill Murphy
billion
BJ Greenspan
Blumenthal
Bob
Bob Mylod
Bound
BP
Brad Burmaster
Brad Freeman
brand
Breakeven
Brett Keller
Brian Eck
Bridge Whalen
Bunk
business model
business plan
Buy rating/recommendation
Bylaws Insolvency
Cala Foods
Cannibaliz(e) (ation)
Capital
capitalize or capitalized
Carol Caruso
Caroline [Mendoza]
cash burn rate
CEO
CFO
charge
Charles Castaneda
Chevron
Chris Rising
Chris Soder
Christine Fitzpatrick
CIO
Citgo

Co-brand
Collapse
combine or combined
common logo
compensation
competitive or competition
competitor
complaints
computer system/s
consensus
consolidate(d)
consolidation
consumer
Continental
Contract
control
controlling
COO
Co-position
core
Corey Vezina
cost paid to retailers
Coupons
Craig Gibson
crash or crashing
Credit Cards
Critical mass
Crossover
Cross-selling
Cruise Packages
CSFB
Cumulative
customer base
customer metrics
customer revenue
D&T
D'Agostino
daily report
Damn
Dan
Dannon
Dan Rubenstein
Daniel Schulman or Dan Schulman
database
David Larimer
Deceive
decline
de-dupe
Defraud
Degradation or degraded or degrade
delay
Deloitte
Delta
Demise
Demographic
Deposits

Detrimental
Diane Daggatt
Dilution
dilution
Director
Disaster
disclosure
discontinue
discount
Dissolution
Deborah Iorio
Don King
Don Whitman
double counting
down time
Downgrade
DT
duplicate or duplication
Dynamic pricing
E*Offering
earnings
Electronics
entity
EPS
Eric Meisner
Eric Scheidemann
Ernest Scheideman
e-saver
Europe
European JV
exercise
expand or expanding or expansion
Expedia
Expense
Exxon
Fair market value
fair value
fairness opinion
FALSE
Falsehood
Fram Fresh
FASB #115
FASB Statement of Concepts #5 (or abbr. or alts.)
fees
Financial [statements] or financials
financing
Fire
First Call
First Union Securities
Flexible
Foods co.
forecast
Forgive
Form 3
Form 4

2

Form 5
Foodlown
Fortune
forward contract
Frances Antolino
Francis Hata
Fraud
Friendly
Frisch
Fuck
future
GAAP
GAAS
gallon
gamble
gamp
Gary Goldberg
Gas
Gasoline
General Atlantic
General Mills
General Standard No. 1
General Standard No. 2
General Standard No. 3
Getty
Giant
Gideon Menczel
Gillette
Girl Nathan
Glenn Fogel
Goldman Sachs
Grand Union
Great Atlantic & Pacific
Gristede's
Groceries
Grocery
grocery or groceries
gross margin positive
Gross profits
gross revenues
growing or growth
Gulf
Hambrecht & Quist
Hard Goods
Hanssens
Hasan Dewan
Heidi Milier
Herbert Mines
Hershey
Hess
H.J. Hwinz
Hold rating/recommendation
Horizontal
horizontal model
Hossein Aminian
Hotwire

Igor Zhuk
Impair
Inadequate or inadequacies
income
inconvenient or inconvenience
Incorrect
Incremental
independent company (or independent corporation)
inflated
inside or insider
instability
Integrate or integrated
Intercompany
International Travel
InternetFundManager.com
Intracompany
inventory
Investor
irregularity or irregularities
Jacqueline Brini
James McGill
Janney Montgomery Scott
Japan JV
Jay
Jay S. Walker
Jean Japinga
Jean Kim
Jeanne Wisniewski
Jeff Boyd
Jefferies & Company
jeopardy or jeopardize
Jesse Fink
Jewel-Osco
Jill Gleeson
Jill Pfefferbaum
John Kaufman
John Redcay
John Work
Jonathan LaNasa
Jonathan Otto
Jonathan Yee
Jose Suarez
journal (wall street)
Julos Seiburgh
Julianna Kopa
Jupiter Communications
Jupiter Media Matrix
Keith Guibault
Kelli Booughor
Kellog
Ken Jones
Kevin Goldman
Kevin Kells
Key Food
Kim Guise

Kindred
King Kullen
Kristin Knous
Kroger
Latin America JV
launch
Lawsuit
Lay off
Lehman Brothers
Lever Brothers
Liability
liberty media
License or licensee or licensor
Lio
Lisa Edwards
Lisa Gillingham
logo
Long-term Buy
Lori Iventosch-James
loss or losses
loyalty
Lynn Brown
Malfunction
Manage
Management
manufacturer
margin
Maria Gotch
Marissa Dore
Mark McEnroe
Mark Scozzafava
Market perform
Market share
Marketable
Marketing
markets
Marlene Beeler
Martin Grossfeld
Mary Meeker
Maryann Keller
Material
Media
Meijer
members
membership fees
memorandum
Mendoza (pr)
Merrill Lynch
metics
metrix
Michael Coleman
Michael D'Antonio
Michael Herskovitz
Michael Speaker
Mike Diliberto
Mind-share

Minutes
Misguided
Mislead
Mitch Truwit
Mobil
momentum
Mona Kuceluk
Morgan Stanley
multiple industries
Murray Devine
MD&C or MDC
MyPrice or My Price
N.J. Nichols
NASD
Nasdaq
NASDR
Nestle
Network operations
Neutral
new customers
Niche
Nick
non-integrated or nonintegrated
Northwest
Novus
off-balance sheet
Offers
office space
Officer
off-line
Offset
Off-the-books
opinion
options
oracle
outages
Outperform
overstate or overstatement
ownership
Pacific Crest
PaineWebber
Pathmark
participating manufacturers
participation
partner
Patrick Nee
Patty D'Angelo
Paul Breitenbach
Paul Francis
payments
Peggy Choyne
Pepsi
Pepsico
perception
Perfect Yardsale
performance

4

| | |
|---|---|
| Personnel | Robert Voss |
| Peter Burgess | Robert Wisso |
| poll | Roberta Farrell |
| Ponzi | Robertson Stephens |
| positive margins | Ron Rose |
| positive gross margins | royalty or royalties |
| postpone | Rubenstein |
| Press | Ryan Donohew |
| pressure | Saber |
| Preview Travel | Sack |
| Pricing reports | Salomon |
| Priceline Europe | Sands Brothers |
| Private Investors | Sanford C. Bernstein & Co |
| Privately funded | Satisfy or satisfaction |
| privately held | Saudi |
| Problem | scale or scalability |
| Procter & Gamble | Scam |
| Profit | Scott Case |
| profitability | SE Asian JV |
| projections | SEC |
| promotion | Section 10(b) |
| Promotional reconciliation | Section 20(a) |
| prospects or prospective | Securities & Exchange |
| Prospectus | Sell |
| Proxy | Sell rating/recommendation |
| Prudential | separate entity |
| Quarter | server(s) |
| Ralph's | service payments |
| Rating | Shared |
| Ray Hamilton | shared Infrastructure |
| readjustment | shared management |
| recognize or recognition | shares |
| reconciliation | Shatner |
| Reduce | Shell |
| reduction | Shirley Harris |
| Registration | Shit |
| repeat customers | Short-term Buy |
| Repeat traffic | ShopRite |
| Repeat users | Small Business |
| repricing | Smith Barney |
| restate or restatement | Softbank |
| Restivo | SOP or Statement of Position 94-6 |
| restricted shares | Soundview |
| Results | Spokesman |
| retailers | Spokesperson |
| Return | Spokeswoman |
| revaluation | sponsor |
| Revalue | Standard Of Field Work No. 2 |
| revenue | Standard Of Field Work No.1 |
| Richard | Standard Of Field Work No1 3 |
| Richard Blumenthal | Standard Of Reporting No. 1 |
| Richard Braddock | Standard Of Reporting No. 3 |
| risk | Statement Of Financial Accounting |
| rival | Concepts No, 2 |
| Rob Voss | Stella Lin |
| Robert Padgett | Steve Mott |

Stock
Stop & Shop
StreetAdvisor
strike
Subsidize
subsidy or subsidiz(e,ing,ed)
sued
suit
summary
Super Fresh
suppliers
Susan Brett
T. Scott Case
tail
Target
Tech 2000
Telecom
termination
Term-Life Insurance
Terry Rizzi
Texaco
Thomas Ronan
Thomas Weisel
Threat
Thriftway
ticket
Tim Briar
Tim Brier
Timetable
Token
Tom D'Angelo
Tom Gerard
Tom Gerhardi
Tom Gordon
Tony Free
Tops
track
tracking
Trans World
Transferability
Travelocity
Trey Urbahn
trillion
Trim
Truthful
Unaudited
Uncertainty
Undervalued
underwrite
Unique
United
Unix
Untruthful
Upgrade
US Airways
US Bancorp Piper Jaffray

Users
Utz
valuation
Venture
vertical
viable or viability
Virtual Travel Packages
Visits
volume
Vulcan
W.R. Berkley
Waldbaums
Walker
Walker Digital
Wall street
warrant
Warrants
WebHouse
weekly report
Weis Supermarkets
Wegmans
WHC
William McCadden
William Pike
Wind or wind-down
Winn-Dixie
Wit
write-off
Wrong

# **EXHIBIT O**



February 20, 2006

<u>Via Facsimile and U.S. Mail</u>

James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

  Re: <u>In re Priceline.com Securities Litig.</u>, Case No. 3:00cv1884 (DJS)

Dear Jim:

  We provided you with a list of 113 people whose email accounts Defendants agreed to search on the Priceline snapshot and ex-employee tapes. You later responded that 33 of these people did not have email accounts on the snapshot or ex-employee tapes, leaving 80 email accounts to search. Please provide us with the names of the 33 people who were identified on our list but who did not have email accounts on the snapshot.

  Based on the email you sent to me last Friday, it is our understanding that Plaintiffs have now received all non-privileged, responsive emails (including attachments) from those 80 email accounts. As for any emails or attachments that have been withheld on the basis of a privilege, those emails will be described on the privilege log that is due on March 10, 2006. If my understanding is in any way inaccurate, please let me know as soon as possible.

        Sincerely yours,
        SCOTT + SCOTT, LLC

        Geoffrey M. Johnson

cc: William J. Kelleher, III (via fax)
  David R. Scott (via fax)
  Jacob B. Perkinson (via fax)
  Peter J. McDougall (via fax)
  Erin Comite (via fax)
  Arthur Shingler (via fax)
  Donald Broggi (via fax)

ATTORNEYS AT LAW CONNECTICUT SCOTT + SCOTT, LLC 440 247-8200 VOICE
      OHIO 33 RIVER STREET 440 247-8275 FAX
      CALIFORNIA CHAGRIN FALLS, OH 44022 SCOTTLAW@SCOTT-SCOTT.COM
            WWW.SCOTT-SCOTT.COM

# EXHIBIT P



April 7, 2006

<u>Via Facsimile and U.S. Mail</u>

James G. Hein, Jr.                           William J. Kelleher, III
Cravath, Swaine & Moore LLP                  Robinson & Cole, LLP
Worldwide Plaza                              Financial Centre
825 Eighth Avenue                            695 East Main Street
New York, NY 10019-7475                      P.O. Box 10305
                                             Stamford, CT 06904

Re:   <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)</u>

Dear Jim and Bill:

We have enclosed a revised list of the search terms that you should use to search the
Priceline snapshot. The list contains several Boolean search terms. Based on your prior
representations, it is our understanding that you have the ability to do a Boolean search of the
snapshot. It is also our understanding that the Boolean search is not case sensitive. If our
understanding is in any way incorrect, please let us know immediately. Also, please confirm that
our terms are compatible with the Boolean search (e.g., that the asterisk is an appropriate wild-
card for the search, etc).

Plaintiffs have agreed to give you this revised list in order to get the search term process
started. We expect that you will run these search terms and produce all responsive documents
from the search in a timely fashion. Also, we fully anticipate providing you with additional
terms in the future once we have reviewed the documents that you produce from this search .

Sincerely yours,

Geoffrey M. Johnson

cc:   David R. Scott (via fax)
      Denise Zamore (via fax)
      Erin Comite (via fax)
      Arthur Shingler (via fax)
      Donald Broggi (via fax)
      Jacob B. Perkinson (via fax)
      Peter J. McDougall (via fax)
      Stacey Porter (via fax)



## Search Terms
### April 7, 2006

analyst*
attorney* w/2 general
AG*
audit*
BBB*
better w/1 business w/1 bureau*
board*
business w/s model*
business w/s plan*
braddock*
capitaliz*
cash w/s burn
combin*
complaint*
crash
d&t* or deloitt* or dt*
dilut*
d*angelo*
director*
expand*
financ*
francis*
forecast*
gas*
grocer*
gross w/s profit*
hotwire
impair*
independent
investor*
jay*
licens*
manufacturer
margin*
miller*
mott*
mylod*
murray devine* or mdc* or md&c*
myprice* or my w/1 price*
new w/3 customer*
nichol*
option*
otto*

participat*
perfect w/1 yardsale*
priceline w/2 europe*
recogni*
repeat* w/3 customer*
restat*
revalu*
scal*
schulman*
skadden*
separate w/3 entit*
sponsor*
subsid*
travelocity*
valu*
walker
warrant*
webhouse* or whc* or wh*
warrant*
wind* w/3 down*
write* w/3 off*

# EXHIBIT Q



# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON

DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1814

KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS

DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

April 11, 2006

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Geoffrey:

I write in response to your April 7, 2006 letter to Jim Hein and Bill
Kelleher that attached plaintiffs' revised proposed search term list for Priceline's
"snapshot". I want to (i) reiterate defendants' intentions with respect to your proposed
search term list, (ii) confirm plaintiffs' rationale for proposing the list and (iii)
communicate our initial concerns -- even before a search is run -- with certain obviously
inappropriate proposed terms.

First, in your letter you state that you expect defendants to "run these
search terms and produce all responsive documents". This is not the plan that you
discussed with Jim last week. Defendants have agreed to utilize an appropriately
shortened list to run a search against Priceline's "snapshot". Once we determine how
many hits and pages the agreed-upon list produces, we will communicate those results to
you and we can then discuss next steps. Obviously, we would not -- and did not --
blindly agree to produce documents retrieved by a proposed search term list that we had
not yet seen. In any event, we only plan to produce non-privileged documents responsive
to underlying document requests as modified by objection, agreement and/or court order.

Second, you state that you "fully anticipate providing [us] with additional
terms in the future". Again, this was not the understanding reached last week. We are
proceeding under the assumption that the proposed list you sent to us on April 7th was a
good faith attempt by plaintiffs to reach all the documents you wanted to retrieve from
the "snapshot". Depending on the resultant number of hits and pages, we can then
discuss any need to expand the list.

        <u>Third</u>, putting aside for a moment the fact that the list as a whole appears to us to remain overly broad, there are a few glaring examples of words that must be removed at the outset:

       1.      The terms AG*, WH* and Scal* need to be eliminated as they will target a large number of generic words that begin with the stated letters. For example, running a search for WH* (a search that is unable to distinguish between capital and lowercase letters) will retrieve all the documents containing such common words as "who", "what", "where", "why" etc.[1]

       2.      We will not include the term skadden* in our search. As you have recognized (Pls.' Fourth Mot. to Compel, 7 n.3), Skadden, Arps, Slate, Meagher & Flom LLP is counsel to Priceline. This term inappropriately will target clearly privileged documents.

        Please let me know if you have any questions.

                      Sincerely,

                      Robert K. Simonds

Geoffrey M. Johnson Esq.
  Scott + Scott, LLC
    33 River Street
      Chagrin Falls, OH 44022

BY EMAIL AND FIRST CLASS MAIL

---

[1] Furthermore, to the extent that your proposed search term "WH*" was targeted at retrieving WebHouse documents, such documents have already been retrieved using Defendants' proposed search terms "Webhouse", "Web House" and "WHC", and production of such non-privileged responsive documents has begun.

Copies to:

Peter McDougall, Esq.
    Johnson & Perkinson
        1690 Williston Road
            P.O. Box 2305
                South Burlington, VT 05403

William J. Kelleher, III, Esq.
    Robinson & Cole LLP
        695 East Main Street
            Stamford, CT 06904-2305

Carl W. Mullis, Esq.
    Paul, Hastings, Janofsky & Walker LLP
        600 Peachtree Street, NE, 24th Floor
            Atlanta, GA 30308

BY EMAIL AND FIRST CLASS MAIL

# EXHIBIT R



April 13, 2006

<u>Via Facsimile and U.S. Mail</u>

Robert K. Simonds
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

      Re:    <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)</u>

Dear Robert:

      I write to clarify several of the statements you made in your April 11, 2006 letter about the reasons why Plaintiffs provided the Priceline Defendants with the shortened search terms list for the Priceline "snapshot" and ex-employee tapes. Your letter reflects a general misunderstanding about the purpose of the shortened search term list and the meet and confers and conversations that we have had with Jim Hein and Bill Kelleher over the past several months. To the best of my knowledge, you did not participate in any of the phone calls you reference in your letter and were not even involved in the case when we conducted the meet and confers. We would like to bring you up to speed on where the parties are with respect to the Priceline snapshot and the search term list.

      During the parties' most recent meet and confer, and again during my conversation with Jim Hein on April 7, Plaintiffs pointed out that the Priceline Defendants have spent the past four months engaging in endless back-and-forth about the search term list, rather than searching for and producing responsive documents on the Priceline snapshot. We noted that the whole reason for the search term list is to facilitate the production of responsive documents from the snapshot, yet the vast majority of the responsive documents from the snapshot still have not been produced. To get the production started, we offered to provide you with a shortened list containing some of the core terms we expect you to search. We were prepared to listen to any concerns you had with the revised list. However, the whole point of the exercise was to come up with a list that would allow you to get the document production started.

      This understanding is consistent with the representations that the Priceline Defendants made to the Court in their April 10, 2006 e-discovery report. There, you stated:

      During the last meet and confer, the topic of search terms was discussed
      productively. Plaintiffs indicated that they would attempt to narrow their list and
      we reiterated that we would continue to work with them to make progress
      searching the snapshot. During an April 7, 2006 telephone conference with
      Defendants' counsel, plaintiffs' counsel, Geoff Johnson, indicated that plaintiffs

ATTORNEYS AT LAW    CONNECTICUT    SCOTT + SCOTT, LLC    440 247-8200 VOICE
                   OHIO         33 RIVER STREET       440 247-8276 FAX
               CALIFORNIA    CHAGRIN FALLS, OH 44022    SCOTTLAW@SCOTT-SCOTT.COM
                                          WWW.SCOTT-SCOTT.COM




Robert Simonds
April 13, 2006
Page 2

were working on the best way to narrow their previous list of search terms. Mr. Johnson indicated that plaintiffs would propose a list of 50 terms to be searched. Mr. Johnson further indicated that the number of documents generated by a shortened proposed list would help inform plaintiffs' decision whether or not to pursue additional search terms or to further narrow the list.[1]

The plan all along was to come up with a shortened search term list so we could get the production rolling. It now appears that you are trying to draw a distinction between searching the snapshot and actually producing the documents. This is the type of endless back-and-forth that accomplishes nothing other than further delay. We have requested that you: (1) search the snapshot using the revised search term list; (2) review those documents for privilege; and (3) start rolling out the production. You have rejected our good faith attempt to move this process forward.

Moreover, as you may or may not know, the Court placed the burden on the Defendants to conduct an inclusive search of the snapshot and ex-employee tapes. The Court provided:

> [D]efendants, as custodians of the computer files, shall be responsible for . . . sifting through the data for responsive information, and reviewing responsive documents for privilege in the most efficient manner possible. Defendants shall record and produce a summary of their methodology so that plaintiffs can argue for the inclusion of more data if appropriate. Defendants shall also seek input from Plaintiffs regarding proposed search terms. Plaintiffs may seek a court order directing a more inclusive search.

The Court's directive makes it clear that Defendants bear the burden of ensuring that responsive documents are produced from the snapshot and ex-employee tapes. The Court also compelled Defendants to record and produce a summary of your methodology for conducting the search. You have done neither. Instead, you have spent the past four months going back and forth on the search term list. We have provided you with input on two separate occasions. It is now time for Defendants to roll out the production.

---

[1]    The report that the Priceline Defendants filed with the Court is inaccurate in three respects. First, I told Jim during our conversation on April 7 that Plaintiffs' shortened list would contain approximately 50 terms, but I in no way agreed to lock Plaintiffs into a 50 term list. Second, the statement omits the portion of the call where I told Jim Hein that Plaintiffs' plan was to start with the shortened search term list and then, after reviewing the responsive documents that were produced using those terms, propose additional terms to search. Finally, I never told Jim that we would use the shortened search term list to further refine the shortened list.

Robert Simonds
April 13, 2006
Page 3


   Finally, you make several misstatements in your letter that are designed to lock us into the shortened search term list. Plaintiffs have made it very clear throughout this entire process that we were reserving our rights with respect to the additional terms we proposed on our first search term list. We also made it clear that we were reserving our right to come back to you with additional terms. You should talk to Jim Hein and Bill Kelleher on this point. They were on the calls and meet and confers that you reference in your letter, as well as the numerous other meet and confers that we have held over the past four months addressing the search terms and the snapshot.

                                        Sincerely yours,

                                        Geoffrey M. Johnson

cc:     David R. Scott (via fax)
        Arthur Shingler III (via fax)
        Jacob B. Perkinson (via fax)
        Peter J. McDougall (via fax)
        Erin G. Comite (via fax)
        Stacey K. Porter (via fax)
        Donald A. Broggi (via fax)

# **EXHIBIT S**

# CRAVATH, SWAINE & MOORE LLP

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON

DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS

KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS

DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

WORLDWIDE PLAZA
825 EIGHTH AVENUE
New York, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1814

April 14, 2006

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Geoffrey:

 I write in response to your letter of yesterday.

 Notwithstanding your attempt to change your position with respect to your April 7, 2006 revised search term list, my letter of April 11, 2006 represents (i) defendants' position on the issue and (ii) a summary of the understandings reached between you and Jim Hein last week. In fact, defendants' position as set forth in my letter specifically was communicated to me by Jim and Bill Kelleher -- the very individuals you helpfully suggested I consult for clarification -- prior to my drafting of the letter. Our position is clear, and it has not changed since last week. The "back-and-forth" that you reference in your letter should therefore end here.

 As stated, defendants will search the "snapshot" using the list you provided to us on April 7th (minus the terms skadden*, AG*, WH* and Scal*). We then will communicate to you the resultant number of hits and pages that would be retrieved from that search. After we both have those figures, we then can discuss the need, if any, to narrow or expand your April 7th list before any review for responsiveness and privilege begins.

 In addition, in response to your position that defendants "start rolling out the production" from the "snapshot", I remind you that it was defendants who initiated the commencement of the "snapshot" search using the terms "Webhouse", "Web House" and "WHC" way back on November 8, 2005 as plaintiffs were dragging their feet on preparing a realistic search term list. (Letter from J. Hein to E. Comite, dated November 8, 2005.) That production began on April 10, 2006 (Letter from W. Kelleher to E. Comite and D. Scott, dated April 10, 2006) and thus far Bates Nos. PCLN000648704 through PCLN000681303 have been produced.

2

Any delay that you perceive in expanding the search of the "snapshot" is entirely of plaintiffs' own doing. It is our position that your initial proposal that consisted of 637 terms, including hundreds of generic words and assorted expletives, was absurd and hardly a "good faith attempt to move this process forward" as you allege. (Letter from P. McDougall to J. Hein, dated February 15, 2006; Letter from J. Hein to E. Comite and P. McDougall, dated March 1, 2006)

Sincerely,

Robert K. Simonds

Geoffrey M. Johnson, Esq.
    Scott + Scott LLC
        33 River Street
            Chagrin Falls, OH 44022

BY EMAIL AND FIRST CLASS MAIL

Copies to:

Peter McDougall, Esq.
    Johnson & Perkinson
        1690 Williston Road
            P.O. Box 2305
                South Burlington, VT 05403

William J. Kelleher, III, Esq.
    Robinson & Cole LLP
        695 East Main Street
            Stamford, CT 06904-2305

Carl W. Mullis, Esq.
    Paul, Hastings, Janofsky & Walker LLP
        600 Peachtree Street, NE, 24th Floor
            Atlanta, GA 30308

BY EMAIL AND FIRST CLASS MAIL

# EXHIBIT T



April 20, 2006

<u>Via Facsimile and U.S. Mail</u>

Robert K. Simonds
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Re:    <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)</u>

Dear Robert:

In Judge Squatrito's December 2005 order addressing the electronic discovery issues, the Court directed that: "[D]efendants, as custodians of the computer files, shall be responsible for excising duplicate files, sifting through the data for responsive information, and reviewing responsive documents for privilege in the most efficient manner possible. Defendants shall record and produce a summary of their methodology so that plaintiffs can argue for the inclusion of more data if appropriate. Defendants may also seek input from plaintiffs regarding proposed search terms. Plaintiffs may seek a court order directing a more inclusive search." The Court made it clear that this directive applied to the Priceline snapshot, the departed employee tapes and the backup tapes.

Four months have now passed since the Court issued its directives. To date, Plaintiffs still do not know how you plan to search the departed employee tapes for responsive information or how you plan to search the backup tapes for responsive information. We also are still waiting on a summary that describes the methodology that you plan to use to search the electronic materials; we are still waiting for the index that was taken of the backup tapes, which Jim Hein promised to us over a month ago; and we are still waiting for Jim to confirm that the tapes can be restored to their native format.

Plaintiffs are also still waiting for you to confirm that the shortened search term list we provided to you is compatible with the system's capabilities (e.g., an asterisk is a appropriate wild-card for the search, it is not case sensitive, etc.). These are all issues that demand your immediate attention – particularly in light of the Court's order on the motion to compel. The burden is on the Priceline Defendants to sift through the data on the snapshot, departed employee tapes and backup tapes in the most efficient manner possible.

ATTORNEYS AT LAW          CONNECTICUT          SCOTT + SCOTT, LLC          440 247-8200 VOICE
                          OHIO                 33 RIVER STREET            440 247-8275 FAX
                          CALIFORNIA           CHAGRIN FALLS, OH 44022    SCOTTLAW@SCOTT-SCOTT.COM
                                                                          WWW.SCOTT-SCOTT.COM



Robert Simonds
April 20, 2006
Page 2

We also have questions about a November 8, 2005 letter that Jim Hein sent to Erin Comite. In that letter, Jim stated in a footnote that three different sets of "Jay Walker Mag Data" files on the snapshot were not being searched. Why were these files excluded from the search? These appear to be the types of files that are highly likely to contain responsive information.

In addition, it has now been nearly two weeks since we provided you with the shortened search term list. In your letters on April 11 and 14, you indicated that the Priceline Defendants would run a search using our shortened search term list (minus the terms skadden*, AG*, WH* and Scal*) and would communicate the results of that search to us. We know of no reason why this computerized search should take two weeks – particularly since you are simply going to run the search and communicate the number of "hits". This type of search can be done in a few days.

We expect that the Priceline Defendants will address all of these issues and provide us with all necessary information no later than the close of business on Wednesday, April 26. If you fail to address the issues and provide the information, or if we do not hear back from you, we will be forced to bring these issues to the attention of the Court.

Sincerely yours,

Geoffrey M. Johnson

cc:    David R. Scott (via fax)
       Arthur Shingler III (via fax)
       Jacob B. Perkinson (via fax)
       Peter J. McDougall (via fax)
       Erin G. Comite (via fax)
       Stacey K. Porter (via fax)
       Donald A. Broggi (via fax)

# EXHIBIT U

# ROBINSON & COLE LLP

WILLIAM J. KELLEHER, III

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
wkelleher@rc.com
Direct (203) 462-7514

Also admitted in New York

*Via Federal Express*

April 26, 2006

David R. Scott, Esq.
Erin Green Comite, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Re:   **In Re: Priceline.com Securities Litigation**
      **3:00CV01884 (DJS)**

Dear David and Erin:

In connection with, and subject to, the responses and objections of defendants priceline.com Inc., N. J. Nicholas, Daniel H. Schulman and Richard S. Braddock to plaintiffs' Requests for Production of Documents, enclosed are four (4) CDs containing responsive, non-privileged documents bearing Bates Nos. "PCLN000681304– PCLN000769606. **Please be advised that documents on these CDs contain material designated as Confidential and/or Highly Confidential under the Court's Protective Order and should be treated accordingly.**

With this production, we are continuing to produce to you, on a rolling basis, the non-email data and documents in TIF format with the corresponding text files.

Very truly yours,

*William J. Kelleher, III*

William J. Kelleher, III

Enclosures
WJK/ta

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

WHITE PLAINS

NEW YORK CITY

SARASOTA

*www.rc.com*       STAM1-810744-1

# ROBINSON & COLE LLP

David R. Scott, Esq.
Erin Green Comite, Esq.
April 26, 2006
Page 2


cc:    Daniel Slifkin, Esq.
       James G. Hein, Jr., Esq.
       Robert K. Simonds, Esq.
       Cravath, Swaine & Moore LLP
       Worldwide Plaza
       825 Eighth Avenue
       New York, NY 10019

       Carl W. Mullis, Esq.
       Paul, Hastings, Janofsky & Walker LLP
       600 Peachtree Street, NE
       24th Floor
       Atlanta, GA 30308

       Andrew M. Schatz, Esq.
       Jeffrey Nobel, Esq.
       Schatz & Nobel, PC
       One Corporate Center
       20 Church Street, Suite 1700
       Hartford, CT 06103

       Peter McDougall, Esq.
       Dennis Johnson, Esq.
       Johnson & Perkinson
       1690 Williston Road
       P.O. Box 2305
       South Burlington, VT 05403

       Jules Brody, Esq.
       Aaron Brody, Esq.
       Stull Stull & Brody
       6 East 45th Street
       New York, NY 10017

