UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br>_____<br>This document relates to:<br>ALL ACTIONS | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:    MASTER FILE NO.<br>:    3:00CV01884 (AVC)<br>:<br>: |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT WALKER TO PRODUCE
EMAILS AND ELECTRONIC DOCUMENTS ON THE SEVENTEEN RESTORED
PRICELINE WEBHOUSE CLUB TAPES**

**SCOTT + SCOTT, LLC**
David R. Scott
Geoffrey M. Johnson
Erin Green Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**Co-Lead Counsel**

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**Co-Lead Counsel**

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) and Local Civil Rules 7 and 37, Plaintiffs, through their counsel, hereby respectfully move the Court for an order requiring Defendant Jay Walker to comply with his discovery obligations. Throughout the entire discovery period in this case, Defendant Jay Walker ("Walker") has done everything in his power to keep Plaintiffs from obtaining highly relevant emails and electronic documents that were created by and sent to the top executives and employees at the Priceline WebHouse Club ("WebHouse").[1] The WebHouse emails and electronic documents are located primarily on 17 WebHouse backup tapes that Defendant Walker has in his possession, custody and control. These 17 tapes were restored to their searchable and accessible form months ago. Nevertheless, as of the filing of this motion, Defendant Walker has yet to produce any of the emails or electronic documents located on the 17 WebHouse tapes.

Accordingly, as set forth more fully in the accompanying Memorandum of Law, this Court should order Defendant Walker by a date certain to:

(a) Review those email accounts identified in Plaintiffs' February 17, 2006 letter on an email-by-email basis and produce all emails and electronic documents (including draft emails, deleted emails, emails sent to the account holder, emails sent by the account holder, and attachments) responsive to Plaintiffs' document requests contained in these individual email accounts; alternatively, Defendant Walker can provide Plaintiffs with a searchable electronic

---

[1] Defendant Jay Walker is Priceline's founder and was the CEO of the Priceline WebHouse Club. He is the party who has the WebHouse emails and electronic documents in his possession, custody and control. The "Priceline Defendants" – *i.e.,* Defendants Priceline, Richard Braddock, Daniel Schulman and N.J. Nichols – also have highly relevant emails and electronic documents that they have failed to produce. The Priceline emails and electronic documents are the subject of a separate motion to compel. Docket No. 329 (Motion to Compel).

copy of the email accounts identified in Plaintiffs' February 17, 2006 letter so that Plaintiffs can review the email accounts on their own;

(b) Use search terms to capture those documents that may contain privileged and work-product information on the 17 restored WebHouse tapes;

(c) Review those documents captured by the privileged search term search to ensure that they do in fact contain privileged or work-product information

(d) Place the privileged and work-product documents on a privilege log that fully comports with Rule 26, which they must provide to the Plaintiffs;

(e) Make a searchable electronic copy of the remaining electronic documents on the 17 restored WebHouse tapes (*i.e.,* those that are not placed on the privilege log) and produce this copy to the Plaintiffs;[2]

(f) Provide Plaintiffs with appropriate relief for the failure of Defendant Walker to comply with the Court's discovery orders.

|  |  |
|---|---|
| Dated: July 7, 2006 | Respectfully submitted,<br>SCOTT + SCOTT, LLC<br><br>__/s/*Erin Green Comite* _____<br>David R. Scott (ct16080)<br>Erin Green Comite (ct24886)<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br>Facsimile: (860) 537-4432<br>drscott@scott-scott.com<br>ecomite@scott-scott.com<br><br>SCOTT + SCOTT, LLC<br>Geoffrey M. Johnson<br>33 River Street |

---

[2] As an alternative to steps (b) through (f), Defendant Walker may provide Plaintiffs with searchable copies of the 17 restored WebHouse tapes in their entirety.

Chagrin Falls, OH 44022
Telephone: (440) 247-8200
Facsimile: (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060


STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**Co-Lead Counsel**

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on July 7, 2006, a true copy of the foregoing was served on all counsel of record via either hand-delivery or overnight mail or prepaid, first-class U.S. mail, as noted below:

                                              _____/s/*Erin Green Comite*_____
                                              Erin Green Comite

**SERVICE VIA HAND DELIVERY**

Joseph L. Clasen
William Kelleher
Alexander Pencu
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
Stamford, CT 06904-2305

Frank F. Coulom, Jr.
Bradford S. Babbitt
ROBINSON & COLE
280 Trumbull Street
Hartford, CT 06103-3597

Terence J. Gallagher, III
Thomas D. Goldberg
DAY, BERRY & HOWARD
One Canterbury Green
Stamford, CT 06901-2047

**SERVICE VIA OVERNIGHT MAIL**

Bruce Bennett
Jeanne E. Irving, Esq.
J. Michael Hennigan, Esq.
Shawna Ballard
HENNIGAN, BENNETT & DORMAN
865 S. Figueroa St., Ste. 2900
Los Angeles, CA 90017

Daniel Slifkin
Robert Simonds
CRAVATH, SWAINE & MOORE
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019

**SERVICE VIA U.S. MAIL**

Dennis J. Johnson
Jacob B. Perkinson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
HURWITZ SAGARIN & SLOSSBERG
147 North Broad St., PO Box 112
Milford, CT 06460-0112