# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : : MASTER FILE NO. : 3:00CV01884(AVC) |
| This document relates to: | : : |
| ALL ACTIONS | : |

## DECLARATION OF GEOFFREY M. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT WALKER TO PRODUCE EMAILS AND ELECTRONIC DOCUMENTS ON THE SEVENTEEN RESTORED PRICELINE WEBHOUSE CLUB TAPES

**SCOTT + SCOTT, LLC**
David R. Scott
Geoffrey M. Johnson
Erin Green Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**Co-Lead Counsel**

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**Co-Lead Counsel**

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

## DECLARATION

I, Geoffrey M. Johnson, declare the following based on personal knowledge:

1. I am an attorney at Scott + Scott, LLC and am one of the attorneys representing the lead plaintiffs and the class representatives in this action. I make this declaration in support of Plaintiffs' Motion to Compel Defendant Walker To Produce Emails and Electronic Documents On The Seventeen Restored Priceline WebHouse Club Tapes.

2. Plaintiffs, through their counsel, have conferred on numerous occasions with counsel for Defendant Walker in good faith to resolve by agreement the issues raised in Plaintiffs' Motion to Compel Defendant Walker To Produce Emails and Electronic Documents On The Seventeen Restored Priceline WebHouse Club Tapes. The parties met and conferred numerous times in April, May, June, July and August of 2005 and again in December 2005, January, February, March and April of 2006. The parties have been unable to reach an agreement on these issues.

3. Attached to this Declaration is a true and correct copy of the following:

Exhibit A:   The Court's April 6, 2005 Order On Plaintiffs' First Motion to Compel.

Exhibit B:   The Court's December 8, 2005 Order On Plaintiffs' Motion to Compel Defendants to Produce Electronic Documents.

Exhibit C:   Plaintiffs' Counsel's February 17, 2006 Letter.

Exhibit D:   Defendant Walker's Counsel's April 12, 2006 email.

Exhibit E:   Plaintiffs' Counsel's January 16, 2006 Letter.

Exhibit F:   Plaintiffs' Counsel's February 3, 2006 Letter.

Exhibit G:   Plaintiffs' Counsel's March 3, 2006 Letter.

Exhibit H:   Plaintiffs' Counsel's April 13, 2006 Letter.

Exhibit I:   Plaintiffs' Counsel's April 28, 2006 Letter.

2

<u>Exhibit J</u>:     Defendant Walker's Counsel's May 4, 2006 Letter.

<u>Exhibit K</u>:    Plaintiffs' Counsel's May 5, 2006 Letter.

<u>Exhibit L</u>:    Plaintiffs' Counsel's May 10, 2006 Letter.

<u>Exhibit M</u>:   Defendant Walker's Counsel's May 12, 2006 Letter.

<u>Exhibit N</u>:    Index Pages Identifying Defendant Walker and Richard Braddock emails.

<u>Exhibit O</u>:    Pages From Index Showing Documents That Post-Date The Filing And Service Date Of The Complaint.

4.    I declare that the foregoing is true and correct to the best of my knowledge.

   __/s/*Geoffrey M. Johnson*_____
   Geoffrey M. Johnson

   Declared under penalty of perjury
   on July 7, 2006 in Chagrin Falls, OH

Dated: July 6, 2006					Respectfully submitted,
							SCOTT + SCOTT, LLC

							____/s/*Erin Green Comite*_____
							David R. Scott (ct16080)
							Erin Green Comite (ct24886)
							108 Norwich Avenue,
							P.O. Box 192
							Colchester, CT 06415
							Telephone: (860) 537-5537
							Facsimile: (860) 537-4432
							drscott@scott-scott.com
							ecomite@scott-scott.com

							SCOTT + SCOTT, LLC
							Geoffrey M. Johnson
							33 River Street
							Chagrin Falls, OH 44022
							Telephone: (440) 247-8200
							Facsimile: (440) 247-8275

							JOHNSON & PERKINSON
							Dennis J. Johnson
							Jacob B. Perkinson
							Peter J. McDougall
							1690 Williston Road
							P.O. Box 2305
							South Burlington, VT 05403
							Telephone: (802) 862-0030
							Facsimile: (802) 862-0060

							STULL, STULL & BRODY
							Jules Brody
							Aaron Brody
							6 East 45th St.
							New York, NY 10017
							Telephone: (212) 687-7230
							Facsimile: (212) 490-2022

							**Co-Lead Counsel**

3

>SCHATZ & NOBEL
>Andrew M. Schatz
>Jeffrey S. Nobel
>One Corporate Center
>20 Church Street, Suite 1700
>Hartford, CT 06106
>Telephone: (860) 493-6292
>Facsimile (860) 493-6290
>
>**Liaison Counsel**

4