# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : : | **MASTER FILE NO. 3:00CV01884(AVC)** |
| This document relates to: | : : | **July 7, 2006** |
| **ALL ACTIONS** | : : : | |

## NOTICE OF FILING DOCUMENTS UNDER SEAL

TO:    ALL PARTIES & COUNSEL OF RECORD

Plaintiffs, by and through counsel, hereby notify the Court and the parties and counsel of record that the following documents, which include and refer to material Defendants' have marked as Confidential, are filed pursuant to a protective order entered in the instant case dated January 19, 2005 (Docket No. 139) in accordance with Conn. L. Civ. R. 5(d)(2):

1.    Exhibits N and O to the Declaration of Geoffrey M. Johnson In Support of Plaintiffs' Motion To Compel Defendant Walker to Produce Emails and Electronic Documents on the Seventeen Restored Priceline Webhouse Club Tapes.

Dated: July 7, 2006

Respectfully submitted,

SCOTT + SCOTT, LLC

_/s/Erin Green Comite_____
David R. Scott (ct16080)
Geoffrey M. Johnson
Erin Green Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

Telephone: (860) 537-5537
Facsimile: (860) 537-4432

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

SCHATZ & NOBEL
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106
Telephone:  (860) 493-6292
Facsimile (860) 493-6290

**Liaison Counsel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2006, a true copy of the foregoing was served on all counsel of record via either hand-deliver or overnight mail or prepaid, first-class U.S. mail, as noted below:

_/s/Erin Green Comite_____ _____
Erin Green Comite

## SERVICE VIA HAND DELIVERY

Joseph L. Clasen
William Kelleher
Alexander Pencu
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
Stamford, CT 06904-2305

Frank F. Coulom, Jr.
Bradford S. Babbitt
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Terence J. Gallagher, III
Thomas D. Goldberg
DAY, BERRY & HOWARD
One Canterbury Green
Stamford, CT 06901-2047

## SERVICE VIA OVERNIGHT MAIL

Bruce Bennett
Jeanne E. Irving, Esq.
J. Michael Hennigan, Esq.
Shawna Ballard
HENNIGAN, BENNETT & DORMAN
865 S. Figueroa St., Ste. 2900
Los Angeles, CA 90017

Daniel Slifkin
Robert Simonds
CRAVATH, SWAINE & MOORE

825 Eighth Avenue
Worldwide Plaza
New York, NY 10019

## **SERVICE VIA U.S. MAIL**

Dennis J. Johnson
Jacob B. Perkinson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
HURWITZ SAGARIN & SLOSSBERG
147 North Broad St., PO Box 112
Milford, CT 06460-0112