IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>------------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS)<br><br><br>July 27, 2006 |

## DECLARATION OF WILLIAM J. KELLEHER III

WILLIAM J. KELLEHER III declares and says:

1.  Defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively herein, the "Defendants"), in this action. I submit this Declaration in connection with the Defendants' Opposition to Plaintiffs' Motion to Compel Emails and Electronic Documents Contained on the "Snapshot" and "Terminated Employee Tapes", and to place before the Court certain relevant information and documents.

2.  In addition to the emails of Braddock, Schulman and Walker that were produced from the Defendants' paper and electronic sources, we have been advised by Walker's separate counsel, Jeanne E. Irving of Hennigan, Bennett & Dorman LLP, that 39 emails of these three individuals were produced in paper form by defendant Walker. Specifically, 5 emails for Braddock, 10 emails for Schulman and 24 emails for Walker were produced. We are also advised that there appears to be more email data for Braddock and Walker that was found in electronic format on back up tapes possessed by defendant Walker, although such data has not been limited by the relevant time period and reviewed for responsiveness and privilege by Walker's counsel.

STAM1-816392-1

3. Attached hereto as Exhibit A is a Summary Chart of Emails Produced by Defendants.

4. With respect to Braddock's email, while plaintiffs allege that Braddock's email production is incomplete because they received a single email from non-party Goldman Sachs that was not produced by Defendants as part of Braddock's email account on the snapshot, that email was not in his email account. Defendants have double-checked Braddock's preserved email account on the snapshot and the referenced document is not contained in his email account.

5. Attached hereto as Exhibit B is a true and correct copy of a priceline.com Press Release, dated May 27, 2001.

6. With respect to Schulman's email, Schulman did not join priceline until June 1999, after the start of the designated relevant time period. On May 15, 2000, a few months after the start of the Class Period, Schulman was appointed as priceline's CEO and served in the position of CEO until May 7, 2001. Additionally, as of October 2000, Schulman ceased serving as priceline's Chief Operating Officer and Jeffrey Boyd assumed that position. Attached hereto as Exhibit C is a true and correct copy of a priceline.com Press Release, dated May 15, 2000. Accordingly, Schulman's email activity during a time period in which he was busy with high-level executive duties as both the priceline CEO and Chief Operating Officer, as compared to earlier in 2000, may be entirely expected.

7. Attached hereto as Exhibit D is a true and correct copy of a priceline.com Press Release, dated December 28, 2000.

8. Attached hereto as Exhibit E is a true and correct copy of the letter from J. Hein to P. McDougall, dated August 11, 2005.

9. Attached hereto as Exhibit F is a true and correct copy of the letter from P. McDougall to J. Hein, dated August 15, 2005.

10. Attached hereto as Exhibit G is a true and correct copy of the letter from E. Comite to W. Kelleher and J. Hein, dated September 1, 2005.

11. Attached hereto as Exhibit H is a true and correct copy of the letter from J. Hein to P. McDougall, dated January 13, 2006.

12. Attached hereto as Exhibit I is a true and correct copy of the letter from J. Hein to G. Johnson, dated February 24, 2006.

13. Attached as Exhibit J is a true and correct copy of the letter from G. Johnson to J. Hein, dated February 20, 2006.

14. Attached hereto as Exhibit K is a true and correct copy of the letter from J. Hein to E. Comite, dated November 8, 2005.

15. Attached hereto as Exhibit L is a true and correct copy of the letter from P. McDougall to J. Hein, dated December 19, 2005.

16. Attached hereto as Exhibit M is a true and correct copy of the letter from P. McDougall to J. Hein, dated February 15, 2006.

17. Attached hereto as Exhibit N is a true and correct copy of the letter from J. Hein to E. Comite and P. McDougall, dated March 1, 2006.

18. Attached hereto as Exhibit O is a true and correct copy of the letter from G. Johnson to J. Hein and B. Kelleher, dated April 7, 2006.

19. Attached hereto as Exhibit P is a true and correct copy of the letter from R. Simonds to G. Johnson, dated April 11, 2006.

20. Attached as Exhibit Q is a true and correct copy of the letter from R. Simonds to G. Johnson, dated April 14, 2006.

21. Attached as Exhibit R is a true and correct copy of the letter from W. Kelleher to E. Comite, dated May 23, 2006.

22. Attached as Exhibit S is a true and correct copy of the letter from P. McDougall to W. Kelleher and J. Hein, dated August 8, 2005.

23. Attached hereto as Exhibit T is a true and correct copy of the letter from J. Hein to P. McDougall, dated August 17, 2005.

24. Attached hereto as Exhibit U is a true and correct copy of the letter from R. Simonds to G. Johnson, dated May 2, 2006.

25. Attached hereto as Exhibit V is a Summary Chart of Sample Financial Documents and Reports Produced by Defendants.

26. Attached as Exhibit W is a true and correct copy of the letter from E. Comite to J. Hein, W. Kelleher and C. Mullis, dated February 17, 2006.

27. With respect to Defendants' non-email document production, we have continued to refer plaintiffs to the on-going production of non-email documents from the snapshot, which at this point amounts to more than 1 million pages of documents, for responsive financial documents such as Adaptive Marketing Daily Performance Reports, Daily Airline Flash Reports and Priceline Website Traffic Reports, and other reports.

28. Furthermore, as stated in prior court filings of record, we have been advised throughout this case by Walker's former counsel that his production of more than 350,000 pages consists of mostly WebHouse documents.

Dated: July 27, 2006

                                                        /s/ William J. Kelleher III
                                                           William J. Kelleher III

## **CERTIFICATION**

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the Court's ECF electronic court filing system and by first class mail on this 27th day of July, 2006:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Erin G. Comite, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Robert K. Simonds, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Defendant Jay S. Walker**<br><br>Thomas D. Goldberg, Esq. (ct04386)<br>Terence J. Gallagher, Esq. (ct22415)<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel: 203-977-7300<br>Fax: 203-977-7301<br><br>Jeanne E. Irving, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: 213-694-1200<br>Fax: 213-694-1234 |
|---|---|

/s/ William J. Kelleher III
William J. Kelleher III