**Exhibit A**

## Summary Chart of Emails Produced by Defendants for R. Braddock, D. Schulman and J. Walker from Electronic and Paper Sources

| Party/Custodian | Position at Priceline | Emails Produced (Total) for Designated Relevant Time Period: March 1, 1999-December 31, 2001 | Calendar, Diary, Meeting Status Emails | Message Emails | Message Emails from Class Period: January 27, 2000-October 4, 2000 | Message Emails from January-April 2000 | Message Emails May-October 2000 |
|---|---|---|---|---|---|---|---|
| **Richard Braddock** | Chairman and CEO* | | | | | | |
| *Electronic Production* | | | | | | | |
| Braddock as Custodian | | 266 | 230 | 36 | 20 | 8 | 12 |
| Others as Custodian | | 677 | 176 | 501 | 260 | 172 | 88 |
| *Priceline Paper Production* | | | | | | | |
| Braddock | | 46 | 46 | 46 | 22 | 14 | 8 |
| *Walker Paper Production* | | 5 | 5 | 5 | 2 | | 2 |
| **Total Braddock** | | **994** | **406** | **588** | **304** | **194** | **110** |
| **Daniel Schulman** | COO and CEO* | | | | | | |
| *Electronic Production* | | | | | | | |
| Schulman as Custodian | | 1,756 | 687 | 1,069 | 950 | 929 | 21 |
| Others as Custodian | | 1,324 | 164 | 1,160 | 692 | 417 | 275 |
| *Priceline Paper Production* | | | | | | | |
| Schulman | | 169 | 169 | 169 | 120 | 76 | 44 |
| *Walker Paper Production* | | 10 | 10 | 10 | 4 | 2 | 2 |
| **Total Schulman** | | **3,259** | **851** | **2,408** | **1,766** | **1,424** | **342** |
| **Jay Walker** | Founder and Vice-Chairman* | | | | | | |
| *Electronic Production* | | | | | | | |
| Walker as Custodian | | 1,158 | 826 | 332 | 1 | 1 | 1 |
| Others as Custodian | | 822 | 85 | 737 | 453 | 317 | 136 |
| *Priceline Paper Production* | | | | | | | |
| Walker | | 57 | 57 | 57 | 30 | 5 | 25 |
| *Walker Paper Production* | | 24 | 24 | 24 | 8 | 5 | 3 |
| **Total Walker** | | **2061** | **911** | **1,150** | **492** | **327** | **165** |

\* As set forth in our accompanying Opposition Memorandum, Braddock was priceline's Chairman and CEO at different times. Braddock served as priceline's CEO until May 15, 2000, for only a brief part of the Class Period, and he was later reappointed to that position on May 7, 2001, after the Class Period and after the designated relevant time period governing the production of documents. He was Chairman of priceline's Board of Directors during the Class Period and the designated relevant time period. Schulman joined priceline.com in June 1999 as Chief Operating Officer, after the start of the designated relevant time period. On May 15, 2000, a few months after the start of the Class Period, Schulman was appointed as priceline's CEO and served in the position of CEO until May 7, 2001. As of October 2000, Schulman ceased serving as priceline's Chief Operating Officer and was serving only as CEO thereafter. Walker was the CEO of a separate entity, WebHouse Club. Walker was the founder of priceline and also the Vice-Chairman of its Board of Directors. He stepped down from his position as Vice-Chairman as of December 31, 2000, before the end of the designated relevant time period.