**Exhibit B**

# priceline.com

 

CHECK YOUR REQUESTS

home | sign-in | my profile | customer service

**INVESTOR RELATIONS**

## Press Release Archive

Priceline.com (ticker: pcln, exchange: NASDAQ Stock Exchange (.O)) News Release - 5/7/2001

**Priceline.com names Richard S. Braddock Chief Executive Officer; Jeffery H. Boyd named President; Priceline.com Re-affirms Earnings Guidance**

NORWALK, Conn.--(BUSINESS WIRE)--May 7, 2001--The Board of Directors of priceline.com (Nasdaq: PCLN) announced today that Chairman Richard S. Braddock has been reappointed as Chief Executive Officer, effective immediately. Mr. Braddock replaces Daniel H. Schulman, priceline.com's prior President and Chief Executive Officer. Priceline.com also announced that Chief Operating Officer Jeffery H. Boyd was named President of the Company. Mr. Braddock will continue to serve as the Chairman of priceline.com's Board of Directors. Mr. Braddock previously acted as priceline.com's Chief Executive Officer from July 1998 to May 2000.

The Board concluded, based on the Company's future objectives and the significant progress it already has made in its turnaround plan and drive to profitability, that this management realignment was in the best interests of priceline.com and its shareholders.

Prior to joining priceline.com, Mr. Braddock was non-Executive Chairman of True North Communications Inc., Chief Executive Officer of Medco Containment Services and held a variety of positions at Citicorp and its principal subsidiary, Citibank, N.A., including President and Chief Operating Officer.

"Rick has been instrumental in building priceline.com and has helped define and guide the Company's strategic direction through its turnaround efforts," said N. J. Nicholas, Jr., a priceline.com Director and former Co-CEO of Time Warner Inc. "He spear-headed the recent transactions which strengthened the Company's balance sheet, including the restructuring of the Company's preferred stock and the equity investment by Hutchison-Whampoa and his broad business experience will be invaluable as priceline.com pursues growth and profitability."

Mr. Boyd has served as priceline.com's Chief Operating Officer since October 2000 and previously was Executive Vice President and General Counsel. "Jeff, together with Chief Financial Officer Bob Mylod and the senior management team, shaped and pushed the implementation of priceline.com's turnaround plan," said Mr. Braddock, Chairman and Chief Executive Officer. "I believe the effectiveness of their leadership

Investor Relations
> CORPORATE GOVERNANCE
> MANAGEMENT
> STOCK QUOTE
> STOCK CHART
> PRESS RELEASES
> FINANCIAL REPORTS
> PRESENTATIONS
> SEC FILINGS
> ANALYST COVERAGE
> EARNINGS ESTIMATES
> CALENDAR OF EVENTS
> FAQ
> CONFERENCE CALLS
> EMAIL ALERTS

has been demonstrated by our recent results and I will continue to work closely with the team to achieve our objectives."

Turning to the Company's operations, Mr. Braddock stated, "We remain enthusiastic about the improvements in our business as our turnaround plan continues to unfold. Given the added visibility of our results to date in April and early May, we remain confident that we will accomplish our guidance for revenue and achieve pro forma operating profitability in the 2nd quarter 2001."

About priceline.com

Priceline.com is the Name Your Own Price(sm) Internet pricing system that provides services across four broad product categories: a travel service that offers leisure airline tickets, hotel rooms and rental cars; a personal finance service that offers home mortgages, refinancing and home equity loans through an independent licensee; an automotive service that offers new cars; and a telecommunications service that offers long distance calling services. Priceline.com licenses its business model to independent licensees, including pricelinemortgage and certain international licensees. In these arrangements, priceline.com generally receives royalties for licensing its intellectual property. Priceline.com also holds securities carrying the right to purchase a significant equity stake in the licensees under certain conditions. Unless those rights are exercised, the results of licensee operations will not be included in priceline.com's financial statements.

Information about Forward Looking Statements

This press release may contain forward-looking statements. Expressions of future goals and similar expressions including, without limitation, "may," "will," "should," "could," "expects," "does not currently expect," "plans," "anticipates," "believes," "estimates," "predicts," "potential," or "continue," reflecting something other than historical fact are intended to identify forward-looking statements. The following factors, among others, could cause the Company's actual results to differ materially from those described in the forward-looking statements: inability to successfully expand the Company's business model both horizontally and geographically; adverse changes in the Company's relationships with airlines and other product and service providers; systems-related failures; the Company's ability to protect its intellectual property rights; the effects of increased competition; losses by the Company and its licensees; any adverse impact from negative publicity and negative customer reaction relating to recent announcements concerning the Company; legal and regulatory risks and the ability to attract and retain qualified personnel. For a detailed discussion of these and other factors that could cause the Company's actual results to differ materially from those described in the forward-looking statements, please refer to the Company's most recent Form 10-Q and Form 10-K filings with the Securities and Exchange Commission.

--30--db/ny*

**CONTACT:** priceline.com
Brian Ek, 203-299-8167
brian.ek@priceline.com

◀ PREV

All material herein © 1998-2005 priceline.com Incorporated, all right reserved. PRICELINE.COM, PRICELINE, 1-800-PRICELINE, NAME YOUR OWN PRICE, and NAME YOUR PRICE are registered trademarks of priceline.com Incorporated. (CST 2040530-50)

investor relations : privacy policy : join our affiliate network