**Exhibit G**



September 1, 2005

**VIA EMAIL & U.S. MAIL**

| | |
|---|---|
| William J. Kelleher, III | James G. Hein, Jr. |
| Robinson & Cole, LLP | Cravath, Swaine & Moore, LLP |
| 695 East Main Street | 825 Eighth Avenue |
| Stamford, CT 06904-2305 | New York, NY 10019 |

      Re:    **In re Priceline.com Securities Litigation, 00cv1884 (DJS)**

Bill & Jim:

I write to clarify my August 30 letter. I unintentionally stated that defendants would produce electronic documents in "native format." Rather, defendants will produce electronic documents as .tif files along with .txt files. Additionally, I understand that defendants need to review potentially 1 million "pages" of emails, not 1 million "emails," as I referenced. I apologize for any confusion.

Sincerely,

Erin Green Comite

Cc:    Jacob B. Perkinson & Peter McDougall
        David R. Scott
        Geoffrey M. Johnson
        Carl Mullis

ATTORNEYS AT LAW     CONNECTICUT     SCOTT + SCOTT, LLC     860 537-5537 VOICE
                           OHIO                 P.O. BOX 192             860 537-4432 FAX
                           CALIFORNIA        108 NORWICH AVENUE     SCOTTLAW@SCOTT-SCOTT.COM
                                                COLCHESTER, CT 06415     WWW.SCOTT-SCOTT.COM