**Exhibit I**


# CRAVATH, SWAINE & MOORE LLP

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER

STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ

GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

February 24, 2006

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Geoff:

      I write in response to your two letters of February 20.

      Attached is a list of the 33 people identified by plaintiffs who do not have an email account on the snapshot or the departed employee tapes. As you may have already noticed, our production does include emails that were sent and received by some (and perhaps all) of those 33 people because those emails were contained in the email accounts of other people.

      Your understanding with respect to the production of emails is correct, with one qualification. The privilege log that is due on March 10, 2006 will reflect emails withheld from our production during February 2006. We have already produced privilege logs for the emails withheld from our productions during prior months.

FEB-24-2006 16:37     CRAVATH SWAINE MOORE LLP           212 765 0657      P.04/05
Case 3:00-cv-01884-AVC     Document 338-10     Filed 07/27/2006     Page 3 of 4

2

We expect that we will be able to provide you with the source log at the end of next week.

Sincerely,

*James G. Hein, Jr.*

James G. Hein, Jr.

Geoffrey Johnson, Esq.
   Scott + Scott, LLC
      33 River Street
         Chagrin Falls, OH 44022

BY FACSIMILE AND FIRST CLASS MAIL

Copies to:

Peter McDougall, Esq.
   Johnson & Perkinson
      1690 Williston Road
      P.O. Box 2305
         South Burlington, VT 05403

William J. Kelleher, III, Esq.
   Robinson & Cole LLP
      695 East Main Street
         Stamford, CT 06904-2305

Carl W. Mullis, Esq.
   Paul, Hastings, Janofsky & Walker LLP
      600 Peachtree Street, NE
      24th Floor
         Atlanta, GA 30308

BY FACSIMILE

## The 33 People Identified by Plaintiffs Who Do Not Have an Email Account on the Snapshot or the Departed Employee Tapes:

Hossein Aminian
Kelli Beougher
Lynn Brown
Brad Burmaster
Charles Castaneda
Michael Coleman
Hasan Dewan
Ryan Donohew
Marissa Dore
Tony Free
Tom Gerard
Craig Gibson
BJ Greenspan
Martin Grossfeld
Keith Guibault
Ray Hamilton

Shirley Harris
Francis Hata
Michael Herskovitz
Alan Hibbell
Jonathan LaNasa
David Larimer
Mark McEnroe
Eric Meisner
Gideon Menczel
Bill Murphy
Robert Padgett
Chris Rising
Art Schulman
Mark Scozzafava
Michael Speaker
Andrew Van Luchene
Robert Voss