**Exhibit J**



February 20, 2006

<u>Via Facsimile and U.S. Mail</u>

James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Re:   <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)</u>

Dear Jim:

    We provided you with a list of 113 people whose email accounts Defendants agreed to search on the Priceline snapshot and ex-employee tapes. You later responded that 33 of these people did not have email accounts on the snapshot or ex-employee tapes, leaving 80 email accounts to search. Please provide us with the names of the 33 people who were identified on our list but who did not have email accounts on the snapshot.

    Based on the email you sent to me last Friday, it is our understanding that Plaintiffs have now received all non-privileged, responsive emails (including attachments) from those 80 email accounts. As for any emails or attachments that have been withheld on the basis of a privilege, those emails will be described on the privilege log that is due on March 10, 2006. If my understanding is in any way inaccurate, please let me know as soon as possible.

Sincerely yours,
SCOTT + SCOTT, LLC

Geoffrey M. Johnson

cc:   William J. Kelleher, III (via fax)
      David R. Scott (via fax)
      Jacob B. Perkinson (via fax)
      Peter J. McDougall (via fax)
      Erin Comite (via fax)
      Arthur Shingler (via fax)
      Donald Broggi (via fax)

ATTORNEYS AT LAW    CONNECTICUT    SCOTT + SCOTT, LLC    440 247-8200 VOICE
                                OHIO             33 RIVER STREET      440 247-8276 FAX
                                CALIFORNIA     CHAGRIN FALLS, OH 44022    SCOTTLAW@SCOTT-SCOTT.COM
                                                                                                                            WWW.SCOTT-SCOTT.COM