**Exhibit K**

# CRAVATH, SWAINE & MOORE LLP

GEORGE J. GILLESPIE, III
THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.

JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
W. CLAYTON JOHNSON
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO

SPECIAL COUNSEL
SAMUEL C. BUTLER
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

November 8, 2005

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Erin:

      Our view is that the process of searching and producing non-email material from the snapshot and the departed employee tapes should continue while plaintiffs' motion regarding electronic discovery is pending. However, it does not make sense for us to proceed without your agreement on general search parameters and specific search terms. Accordingly, we suggest that negotiations regarding search terms resume and make several proposals below.

      We propose two general search parameters:

1. We will search documents "last modified" during the period beginning March 1, 1999 and ending April 1, 2001.

2. We will search text files—word processing files, spreadsheets, databases, presentations and PDF files. We will not search program and program support files, such as ".ini", ".dll" and ".exe" files.

      Applying those two search parameters, our vendor searched the bulk of the non-email material on the snapshot for the terms "Webhouse" or "Web House" or "WHC".[1] That search yielded approximately 30,000 files. Our vendor estimates that those 30,000 files translate to approximately 400,000 pages of documents.

---

[1] The search did not include "Jay Walker Mac Data 1", "Jay Walker Mac Data 2" or "Jay Walker Mac Data 3". (See enclosed spreadsheet.) It also did not include the departed employee tapes.

We propose that our production of non-email material from the snapshot and the departed employee tapes begin with non-privileged, responsive documents from that set of 30,000 files.

We think it makes sense for you to suggest the next set of search terms.

Enclosed please find a spreadsheet that shows, in technical terms, the contents of the snapshot and the quantity of electronic material contained on it. The spreadsheet is being provided subject to the agreement memorialized by our August 11 letter and your August 15 letter.

Sincerely,

James G. Hein, Jr.

Erin Comite, Esq.
   Scott + Scott, LLC
      P.O. Box 192
         108 Norwich Avenue
            Colchester, CT 06415

Encl.

BY FACSIMILE AND FIRST CLASS MAIL

Copies w/encl. to:

Peter McDougall, Esq.
   Johnson & Perkinson
      1690 Williston Road
      P.O. Box 2305
         South Burlington, VT 05403

William J. Kelleher, III, Esq.
   Robinson & Cole LLP
      695 East Main Street
         Stamford, CT 06904-2305

Carl W. Mullis, Esq.
   Paul, Hastings, Janofsky & Walker LLP
      600 Peachtree Street, NE
      24th Floor
         Atlanta, GA 30308

BY FACSIMILE

Evidence Exchange
Priceline Class Action Media Received
A/O 3/14/2002

| # | Date Rcvd | Tracking # | Disk Type | S/N | Physical Label | Volume | P/BU | Contents | Earliest FileDate | Latest FileDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/1/2002 | Fedex: 403615945157 | Maxtor 4G120J6 | G603H1VE | Disk1: Priceline | Disk 1B | BU | CORP-FS-04, CORP-FS-05 | 11/18/1997 | 1/7/2002 |
| 2 | 2/1/2002 | Fedex: 403615945168 | Maxtor 4G120J6 | G603H49E | Disk1: Priceline | Disk 1A | P | CORP-FS-04, CORP-FS-05 | 11/18/1997 | 1/7/2002 |
| 3 | 2/11/2002 | Fedex: 403615946948 | Maxtor 4G120J6 | G605BFWE | Disk2: Priceline | Disk 2B | BU | CORP-FS-06 | 1/1/1998 | 1/25/2002 |
| 4 | 2/11/2002 | Fedex: 403615945937 | Maxtor 4G120J6 | G605BH4E | Disk2: Priceline | Disk 2A | P | CORP-FS-06 | 1/1/1998 | 1/25/2002 |
| 5 | 3/4/2002 | Fedex: 403515947377 | Maxtor 4G120J6 | G605BHBE | Disk4: Priceline | Disk 4A | P | Users$, Nortel_MAT | 5/19/1998 | 2/20/2002 |
| 6 | 3/4/2002 | Fedex: 403615947366 | Maxtor 4G120J6 | G603NVTE | Disk4: Priceline | Disk 4B | BU | Users$, Nortel_MAT | 5/19/1998 | 2/20/2002 |
| 7 | 3/7/2002 | Fedex: 403615947723 | Maxtor 4G120J6 | G603H46E | Disk3: Priceline | Disk 3A | P | .PST Files | 10/6/2000 | 2/1/2002 |
| 8 | 3/7/2002 | Fedex: 403615947745 | Maxtor 4G120J6 | G603NWGE | Disk3: Priceline | Disk 3B | BU | .PST Files | 10/6/2000 | 2/1/2002 |
| 9 | 3/8/2002 | Fedex: 403615947837 | CD | N/A | Rock Braddock PST | N/A | N/A | Disk 3A/3B Replacement File | N/A | N/A |

Previously Received

| # | Date Rcvd | Tracking # | Disk Type | S/N | Physical Label | Volume | P/BU | Contents | Earliest FileDate | Latest FileDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7/14/2000 | N/A | Jaz 2GB | N/A | Walker Digital | | P | PST: Alderucci, Brandt, Kessman, Tedesca | 7/10/2000 | 7/10/2000 |
| 2 | 7/28/2000 | N/A | Jaz 2GB (Mac) | N/A | Jay Walker Mac Data | | P | Jay Walker Data (Macintosh OS) 1/3 | 6/18/1995 | 6/11/2000 |
| 3 | 7/28/2000 | N/A | Jaz 2GB (Mac) | N/A | Jay Walker Mac Data | | P | Jay Walker Data (Macintosh OS) 2/3 | 12/31/1995 | 6/11/2000 |
| 4 | 7/28/2000 | N/A | Jaz 2GB (Mac) | N/A | Jay Walker Mac Data | | P | Jay Walker Data (Macintosh OS) 3/3 | 6/16/1995 | 6/12/2000 |

| # | | Contents | # Files | # Bytes | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/1/2002 | CORP-FS-04 | 4,431 | 6,740,523,715 | | | | | | |
| 2 | 2/1/2002 | CORP-FS-05 | 181,984 | 108,274,743,608 | | | | Note: DISK 3A/3B also contains the following folders: | | |
| 3 | 2/11/2002 | CORP-FS-06 | 1,127,369 | 213,194,717,420 | | | | \Departed Q1 2001 | | |
| 4 | 3/3/2002 | Users$ | 414,273 | 90,283,507,208 | | | | \Departed Q2 2001 | | |
| 5 | 3/3/2002 | Nortel_MAT | 534 | 374,834,548 | | | | \Departed Q3 2001 | | |
| 6 | 3/7/2002 | PST Files | 1,035 | 51,995,869,948 | | | | \Departed Q4 2001 | | |
| 7 | 7/14/2000 | Walker Digital PST Files | 4 | 675,483,188 | | | | \Departed Q1 2002 | | |
| 8 | 7/28/2000 | Jay Walker Mac Data 1 | 13,688 | 1,308,973,285 | | | | \Europe Mailboxes | | |
| 9 | 7/28/2000 | Jay Walker Mac Data 2 | 5,631 | 1,197,804,578 | | | | | | |
| 10 | 7/28/2000 | Jay Walker Mac Data 3 | 2,410 | 1,697,746,968 | | | | | | |
| | | TOTALS: | 1,731,319 | 475,744,184,426 | | | | | | |