**Exhibit L**

## JOHNSON & PERKINSON
ATTORNEYS AT LAW
1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VERMONT 05403
www.jpclasslaw.com

TELEPHONE (802) 862-0030
TELECOPIER (802) 862-0060
E-MAIL email@jpclasslaw.com

DENNIS J. JOHNSON
ALSO ADMITTED TO PA AND DC*

JACOB B. PERKINSON
ALSO ADMITTED TO ME

*INACTIVE

JAMES F. CONWAY, III
ALSO ADMITTED TO MA

PETER J. MCDOUGALL
ALSO ADMITTED TO MA

STACEY K. PORTER
ADMITTED TO MA & NY ONLY

December 19, 2005

**_VIA_ FACSIMILE AND U.S. MAIL**
James G. Hein, Jr.
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eight Avenue
New York, NY 10019

RE:    *In re: Priceline.com Securities Litigation*, 3:00CV1884 (DJS) (D.Conn.)

Dear Jim:

In anticipation of our meet and confer scheduled for Tuesday, December 20, 2005 at 11 a.m., I write regarding the production of materials from the snapshot, departed employee tapes and the 42 back-up tapes in the Priceline Defendants possession.

In your November 8, 2005 letter regarding the snapshot and departed employee tapes you proposed two general search parameters:

1. that you will search documents "last modified" during the period beginning March 1, 1999 and ending April 1, 2001; and

2. that you will search text files-word processing files, spreadsheets, databases, presentations and PDF files and that you will not search program and program support files, such as ".ini", ".dll" and ".exe" files.

We agree to your proposal to search materials "last modified" during the relevant time period as established by the Court's April 8, 2005, Order. Plaintiffs reserve their right to expand the time period to be searched if it appears this period does not capture all responsive materials. With regard to the types of files that are to be searched, we agree that program and program support files need not be searched at this time. However, instead of choosing certain types of files to be searched, we propose certain types of

## JOHNSON & PERKINSON
### ATTORNEYS AT LAW

files (*i.e.* program files) be eliminated from the search. It is our understanding that vendors typically have software that allows the vendor to eliminate program files from the files searched. This allows for a more complete search of files that are likely to contain responsive information. Please confirm your vendor is able to eliminate program files from the files to be searched on the snapshot and please provide a list of the file types and/or extensions that your vendor will eliminate.

Additionally, Plaintiffs agree to provide search terms for your search of the snapshot and departed employee back-up tapes. In doing so, Plaintiffs reserve the right to revise any previously submitted search terms and add additional search terms. To assist Plaintiffs in developing a search term list, please advise us as to how you intend to search the materials and what search program is being used. For example, it is necessary to know whether you are conducting a Boolean search, a keyword search and/or a proximity search.

Furthermore, in light of the Court's December 8, 2005 Order, we would like to discuss how to proceed in determining which of the 42 back-up tapes in the Priceline Defendants' possession should be restored and searched for responsive information. In order to begin that process, additional information is required. Please inform us what types of tapes Defendants have in their possession, the size of those tapes, what software program was used to create the back-up tapes and please provide us with photocopies of any labels that are on the tapes. Additionally, we are interested in whether Priceline is capable of determining what is on any of the back-up tapes, particularly any back-up tapes that were created after the mid-2000 change from a manual back-up system to an automated back-up system. Finally, please provide any information that you obtained in attempting to restore any of the back-up tapes in your possession.

Sincerely,

Peter McDougall
Peter J. McDougall

cc: William J. Kelleher, III, Esq.
David Scott, Esq.
Geoffrey Johnston, Esq.
Jacob B. Perkinson, Esq.
Erin Comite, Esq.