# Exhibit M

JOHNSON & PERKINSON
ATTORNEYS AT LAW
1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VERMONT 05403
www.jpclasslaw.com

TELEPHONE (802) 862-0030
TELECOPIER (802) 862-0060
E-MAIL email@jpclasslaw.com

DENNIS J. JOHNSON
ALSO ADMITTED TO PA AND DC*

JACOB B. PERKINSON
ALSO ADMITTED TO ME

*INACTIVE

JAMES F. CONWAY, III
ALSO ADMITTED TO MA

PETER J. MCDOUGALL
ALSO ADMITTED TO MA

STACEY K. PORTER
ADMITTED TO MA & NY ONLY

February 15, 2006

Via Facsimile and U.S. Mail
James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Re: In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)

Dear Jim:

I hope all is well. Attached as Exhibit A are search terms Plaintiffs have agreed to provide Defendants to assist in your review of materials stored electronically. We will be supplementing this list with additional search terms next week and reserve the right to revise and/or amend the list at anytime. It is our understanding that all derivations of the search terms provided will be searched.

Additionally, with regard to the back-up tapes in your possession, please let us know if your vendor was able to access any data on the back-up tapes in your possession using the software located by Priceline.

Please feel free to call should you have any questions.

Sincerely,

Peter McDougall

cc: William Kelleher, Esq.
Joseph Clasen, Esq
David Scott, Esq.
Geoffrey Johnson, Esq.
Erin Comite, Esq.

**EXHIBIT A**

125
144
188.8
189
$1.1 billion
$40 million
% of customer revenue to POS
% of sponsor revenue to POS
10-K
10-Q
8-K
A&P
Acceleration
accounting
Accounting Research Bulletin (or AARB@) ("number" "no." or "#") 51
acquisition
actual money paid
Adam DaCosta
adjustment
Adverse
Advertiser
advertising revenue
affiliate
AFX
Aggressive
Agreement
Ahold
airlines
Alan Hibbell
Albertson's
Alex Iglesias
Alpha (platform)
Alpha/oracle
alter (ego)
Alwaleed bin Talal
American
American Express
American West
Amit Aggarwai
Amoco
AMR
Analyst
analyst day
Andrew Van Luchene
Angela Alves-Lagarino
Anne Maffei
Annual Report
Antonietta D'Angelo
Aquila Advisors
Art Schulman
Ass
AU
Audit
auditor
Australian JV
Auto Insurance
Banc of America Securities
Barrons
Baruch Ness
Baskets
BBB
Bell Markets
Ben Ness
better business bureau
bids
Bi-Lo
Bill Murphy
billion
BJ Greenspan
Blumenthal
Bob
Bob Mylod
Bound
BP
Brad Burmaster
Brad Freeman
brand
Breakeven
Brett Keller
Brian Eck
Bridge Whalen
Bunk
business model
business plan
Buy rating/recommendation
Bylaws insolvency
Cala Foods
Cannibaliz(e) (ation)
Capital
capitalize or capitalized
Carol Caruso
Caroline [Mendoza]
cash burn rate
CEO
CFO
charge
Charles Castaneda
Chevron
Chris Rising
Chris Soder
Christine Fitzpatrick
CIO
Citgo

Co-brand
Collapse
combine or combined
common logo
compensation
competitive or competition
competitor
complaints
computer system/s
consensus
consolidate(d)
consolidation
consumer
Continental
Contract
control
controlling
COO
Co-position
core
Corey Vezina
cost paid to retailers
Coupons
Craig Gibson
crash or crashing
Credit Cards
Critical mass
Crossover
Cross-selling
Cruise Packages
CSFB
Cumulative
customer base
customer metrics
customer revenue
D&T
D'Agostino
daily report
Damn
Dan
Dannon
Dan Rubenstein
Daniel Schulman or Dan Schulman
database
David Larimer
Deceive
decline
de-dupe
Defraud
Degradation or degraded or degrade
delay
Deloitte
Delta
Demise
Demographic
Deposits
Detrimental
Diane Daggatt
Dilution
dilution
Director
Disaster
disclosure
discontinue
discount
Dissolution
Doborah Iorio
Don King
Don Whitman
double counting
down time
Downgrade
DT
duplicate or duplication
Dynamic pricing
E*Offering
earnings
Electronics
entity
EPS
Eric Meisner
Eric Scheidemann
Ernest Scheideman
e-saver
Europe
European JV
exercise
expand or expanding or expansion
Expedia
Expense
Exxon
Fair market value
fair value
fairness opinion
FALSE
Falsehood
Fram Fresh
FASB #115
FASB Statement of Concepts #5 (or abbr. or alts.)
fees
Financial [statements] or financials
financing
Fire
First Call
First Union Securities
Flexible
Foods co.
forecast
Forgive
Form 3
Form 4

Form 5
Foodtown
Fortune
forward contract
Frances Antollno
Francis Hata
Fraud
Friendly
Frisch
Fuck
future
GAAP
GAAS
gallon
gamble
gamp
Gary Goldberg
Gas
Gasoline
General Atlantic
General Mills
General Standard No. 1
General Standard No. 2
General Standard No. 3
Getty
Giant
Gideon Menczel
Gillette
Giri Nathan
Glenn Fogel
Goldman Sachs
Grand Union
Great Atlantic & Pacific
Gristede's
Groceries
Grocery
grocery or groceries
gross margin positive
Gross profits
gross revenues
growing or growth
Gulf
Hambrecht & Quist
Hard Goods
Hanssens
Hasan Dewan
Heidi Miller
Herbert Mines
Hershey
Hess
H.J. Hwinz
Hold rating/recommendation
Horizontal
horizontal model
Hossein Aminian
Hotwire
Igor Zhuk
Impair
inadequate or inadequacies
Income
inconvenient or inconvenience
Incorrect
Incremental
independent company (or independent corporation)
inflated
inside or insider
instability
integrate or integrated
Intercompany
International Travel
InternetFundManager.com
Intracompany
Inventory
investor
irregularity or irregularities
Jacqueline Brini
James McGill
Janney Montgomery Scott
Japan JV
Jay
Jay S. Walker
Jean Japinga
Jean Kim
Jeanne Wisniewski
Jeff Boyd
Jefferies & Company
jeopardy or jeopardize
Jesse Fink
Jewel-Osco
Jill Gleeson
Jill Pfefferbaum
John Kaufman
John Redcay
John Work
Jonathan LaNasa
Jonathan Otto
Jonathan Yee
Jose Suarez
journal (wall street)
Jules Seiburgh
Julianna Kopa
Jupiter Communications
Jupiter Media Matrix
Keith Guibault
Kelli Beougher
Kellog
Ken Jones
Kevin Goldman
Kevin Kells
Key Food
Kim Guise

Kindred
King Kullen
Kristin Knous
Kroger
Latin America JV
launch
Lawsuit
Lay off
Lehman Brothers
Lever Brothers
Liability
liberty media
License or licensee or licensor
Lie
Lisa Edwards
Lisa Gillingham
logo
Long-term Buy
Lori Iventosch-James
loss or losses
loyalty
Lynn Brown
Malfunction
Manage
Management
manufacturer
margin
Maria Gotch
Marissa Dore
Mark McEnroe
Mark Scozzafava
Market perform
Market share
Marketable
Marketing
markets
Marlene Beeler
Martin Grossfeld
Mary Meeker
Maryann Keller
Material
Media
Meijer
members
membership fees
memorandum
Mendoza (pr)
Merrill Lynch
metics
metrix
Michael Coleman
Michael D'Antonio
Michael Herskovitz
Michael Speaker
Mike Diliberto
Mind-share
Minutes
Misguided
Mislead
Mitch Truwit
Mobil
momentum
Mona Kuceluk
Morgan Stanley
multiple industries
Murray Devine
MD&C 0r MDC
MyPrice or My Price
N.J. Nichols
NASD
Nasdaq
NASDR
Nestle
Network operations
Neutral
new customers
Niche
Nick
non-integrated or nonintegrated
Northwest
Novus
off-balance sheet
Offers
office space
Officer
off-line
Offset
Off-the-books
opinion
options
oracle
outages
Outperform
overstate or overstatement
ownership
Pacific Crest
PaineWebber
Pathmark
participating manufacturers
participation
partner
Patrick Nee
Patty D'Angelo
Paul Breitenbach
Paul Francis
payments
Peggy Cheyne
Pepsi
Pepsico
perception
Perfect Yardsale
performance

Personnel
Peter Burgess
poll
Ponzi
positive margins
positive gross margins
postpone
Press
pressure
Preview Travel
Pricing reports
Priceline Europe
Private investors
Privately funded
privately held
Problem
Procter & Gamble
Profit
profitability
projections
promotion
Promotional reconciliation
prospects or prospective
Prospectus
Proxy
Prudential
Quarter
Ralph's
Rating
Ray Hamilton
readjustment
recognize or recognition
reconciliation
Reduce
reduction
Registration
repeat customers
Repeat traffic
Repeat users
repricing
restate or restatement
Restivo
restricted shares
Results
retailers
Return
revaluation
Revalue
revenue
Richard
Richard Blumenthal
Richard Braddock
risk
rival
Rob Voss
Robert Padgett
Robert Voss
Robert Wisse
Roberta Farrell
Robertson Stephens
Ron Rose
royalty or royalties
Rubenstein
Ryan Donohew
Saber
Sack
Salomon
Sands Brothers
Sanford C. Bernstein & Co
Satisfy or satisfaction
Saudi
scale or scalability
Scam
Scott Case
SE Asian JV
SEC
Section 10(b)
Section 20(a)
Securities & Exchange
Sell
Sell rating/recommendation
separate entity
server(s)
service payments
Shared
shared infrastructure
shared management
shares
Shatner
Shell
Shirley Harris
Shit
Short-term Buy
ShopRite
Small Business
Smith Barney
Softbank
SOP or Statement of Position 94-6
Soundview
Spokesman
Spokesperson
Spokeswoman
sponsor
Standard Of Field Work No. 2
Standard Of Field Work No.1
Standard Of Field Work No1 3
Standard Of Reporting No. 1
Standard Of Reporting No. 3
Statement Of Financial Accounting Concepts No. 2
Stella Lin
Steve Mott

Stock
Stop & Shop
StreetAdvisor
strike
Subsidize
subsidy or subsidiz(e,ing,ed)
sued
suit
summary
Super Fresh
suppliers
Susan Brett
T. Scott Case
tail
Target
Tech 2000
Telecom
termination
Term-Life Insurance
Terry Rizzi
Texaco
Thomas Ronan
Thomas Weisel
Threat
Thriftway
ticket
Tim Briar
Tim Brier
Timetable
Token
Tom D'Angelo
Tom Gerard
Tom Gerhardt
Tom Gordon
Tony Free
Tops
track
tracking
Trans World
Transferability
Travelocity
Trey Urbahn
trillion
Trim
Truthful
Unaudited
Uncertainty
Undervalued
underwrite
Unique
United
Unix
Untruthful
Upgrade
US Airways
US Bancorp Piper Jaffray
Users
Utz
valuation
Venture
vertical
viable or viability
Virtual Travel Packages
Visits
volume
Vulcan
W.R. Berkley
Waldbaums
Walker
Walker Digital
Wall street
warrant
Warrants
WebHouse
weekly report
Weis Supermarkets
Wegmans
WHC
William McCadden
William Pike
Wind or wind-down
Winn-Dixie
Wit
write-off
Wrong