**Exhibit N**

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1186

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER

STEPHEN L. GORDON
DANIEL L. MOBLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. OREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM

STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ

GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

March 1, 2006

<u>In re Priceline.com Securities Litigation</u>
<u>Master File No. 3:00cv1884 (DJS)</u>

Dear Erin and Peter:

        I write in response to Peter's letter of February 15 and Erin's letter of February 17.

        With respect Erin's letter, I can assure you that we have not withheld relevant documents from our production. We have given you all of the non-privileged, responsive documents that we have found so far. But as you know, we have only produced paper documents and email documents. The process of producing non-email electronic documents is ongoing, and accordingly, any discussion of the completeness of our production is premature.

        Further, the alleged deficiencies that you itemize are not deficiencies at all. <u>First</u>, for some of the items, there is no basis for thinking that the allegedly missing documents exist. For example, just because a document says that a meeting took place does not mean that there were any notes, presentations or other documents associated with that meeting. <u>Second</u>, for other items, we know that we have in fact produced the types of documents that you claim have not been produced, including Adaptive Marketing Daily Performance Reports, Daily Airline Flash Reports, and Priceline Website Traffic Reports. Before you send us "additional letters highlighting deficiencies in our production", we urge you to take a closer look at the approximately 700,000 pages of documents that you already have from us, the majority of which are accompanied by searchable text files, and the approximately 325,000 pages of documents that you have from defendant Walker.

        As I noted above, the production of non-email electronic documents is not complete. If you do not already have certain types of documents, then they may be contained on the snapshot. As you are well aware, the Court has directed us to try to

MAR-01-2006 10:28    CRAVATH SWAINE MOORE LLP    212 765 0657    P.04/05
Case 3:00-cv-01884-AVC    Document 338-15    Filed 07/27/2006    Page 3 of 4

2

work together to agree on search terms for the non-email electronic material. In your February 17 letter, you identify specific types of documents that you are seeking, and we are happy to work with you to develop search terms that will capture those documents. For example, "intercompany charge review" and "Adaptive Marketing Daily Performance Reports" appear to us to be reasonable search terms, and we plan to ask our vendor to run a search of the snapshot for documents containing those terms. In that regard, we think Erin's letter provides an appropriate starting point for generating additional search terms.

By contrast, Peter's letter contains a list of search terms that is simply absurd. The list has over 637 terms, including hundreds of generic terms that are not related to the case and that are so common that they will undoubtedly yield an enormous volume of non-responsive material. By way of example, you would have us search the voluminous amount of electronic material for any document in which the terms "125", "Bob" or "Sell" appear. Overly broad and unduly burdensome does not even begin to describe a search including those terms. Nor is the inclusion of several expletives part of a reasonable search. Quite frankly, we believe that the list of search terms was not sent to us in good faith. It certainly is not a starting point for working together to agree on additional appropriate search terms.

As I said, we think Erin's letter will be useful to all of us in devising search terms that will capture relevant documents in an efficient, cost-effective manner. We urge you to coordinate—as you are required to do in your capacity as co-lead counsel—to reconcile the widely divergent approaches to discovery reflected in your respective letters. Once you have done that, please advise us how you wish to proceed.

Sincerely,

James G. Hein, Jr.

Erin Green Comite, Esq.
   Scott + Scott, LLC
     P.O. Box 192
      108 Norwich Avenue
       Colchester, CT 06415

Peter McDougall, Esq.
   Johnson & Perkinson
    1690 Williston Road
     P.O. Box 2305
      South Burlington, VT 05403

BY FAX AND FIRST CLASS MAIL

Copies to:

William J. Kelleher, III, Esq.
   Robinson & Cole LLP
      695 East Main Street
         Stamford, CT 06904-2305

Carl W. Mullis, Esq.
   Paul, Hastings, Janofsky & Walker LLP
      600 Peachtree Street, NE
      24th Floor
         Atlanta, GA 30308

BY FAX