**Exhibit O**



April 7, 2006

<u>Via Facsimile and U.S. Mail</u>

James G. Hein, Jr.  
Cravath, Swaine & Moore LLP  
Worldwide Plaza  
825 Eighth Avenue  
New York, NY 10019-7475

William J. Kelleher, III  
Robinson & Cole, LLP  
Financial Centre  
695 East Main Street  
P.O. Box 10305  
Stamford, CT 06904

Re:   In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)

Dear Jim and Bill:

    We have enclosed a revised list of the search terms that you should use to search the Priceline snapshot. The list contains several Boolean search terms. Based on your prior representations, it is our understanding that you have the ability to do a Boolean search of the snapshot. It is also our understanding that the Boolean search is not case sensitive. If our understanding is in any way incorrect, please let us know immediately. Also, please confirm that our terms are compatible with the Boolean search (e.g., that the asterisk is an appropriate wild-card for the search, etc).

    Plaintiffs have agreed to give you this revised list in order to get the search term process started. We expect that you will run these search terms and produce all responsive documents from the search in a timely fashion. Also, we fully anticipate providing you with additional terms in the future once we have reviewed the documents that you produce from this search.

Sincerely yours,

Geoffrey M. Johnson

cc:   David R. Scott (via fax)  
      Denise Zamore (via fax)  
      Erin Comite (via fax)  
      Arthur Shingler (via fax)  
      Donald Broggi (via fax)  
      Jacob B. Perkinson (via fax)  
      Peter J. McDougall (via fax)  
      Stacey Porter (via fax)

ATTORNEYS AT LAW   CONNECTICUT   SCOTT + SCOTT, LLC   440 247-8200 VOICE  
                OHIO   33 RIVER STREET   440 247-8275 FAX  
                CALIFORNIA   CHAGRIN FALLS, OH 44022   SCOTTLAW@SCOTT-SCOTT.COM  
                                                                           WWW.SCOTT-SCOTT.COM

**Search Terms**
**April 7, 2006**

analyst*
attorney* w/2 general
AG*
audit*
BBB*
better w/1 business w/1 bureau*
board*
business w/s model*
business w/s plan*
braddock*
capitaliz*
cash w/s burn
combin*
complaint*
crash
d&t* or deloitt* or dt*
dilut*
d*angelo*
director*
expand*
financ*
francis*
forecast*
gas*
grocer*
gross w/s profit*
hotwire
impair*
independent
investor*
jay*
licens*
manufacturer
margin*
miller*
mott*
mylod*
murray devine* or mdc* or md&c*
myprice* or my w/1 price*
new w/3 customer*
nichol*
option*
otto*

participat*
perfect w/1 yardsale*
priceline w/2 europe*
recogni*
repeat* w/3 customer*
restat*
revalu*
scal*
schulman*
skadden*
separate w/3 entit*
sponsor*
subsid*
travelocity*
valu*
walker
warrant*
webhouse* or whc* or wh*
warrant*
wind* w/3 down*
write* w/3 off*