**Exhibit P**

# CRAVATH, SWAINE & MOORE LLP

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON

DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1814

KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS

DARIN P. McATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DeMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

April 11, 2006

<u>In re Priceline.com Securities Litigation</u>
<u>Master File No. 3:00cv1884 (DJS)</u>

Dear Geoffrey:

      I write in response to your April 7, 2006 letter to Jim Hein and Bill Kelleher that attached plaintiffs' revised proposed search term list for Priceline's "snapshot". I want to (i) reiterate defendants' intentions with respect to your proposed search term list, (ii) confirm plaintiffs' rationale for proposing the list and (iii) communicate our initial concerns -- even before a search is run -- with certain obviously inappropriate proposed terms.

      <u>First</u>, in your letter you state that you expect defendants to "run these search terms and produce all responsive documents". This is not the plan that you discussed with Jim last week. Defendants have agreed to utilize an appropriately shortened list to run a search against Priceline's "snapshot". Once we determine how many hits and pages the agreed-upon list produces, we will communicate those results to you and we can then discuss next steps. Obviously, we would not -- and did not -- blindly agree to produce documents retrieved by a proposed search term list that we had not yet seen. In any event, we only plan to produce non-privileged documents responsive to underlying document requests as modified by objection, agreement and/or court order.

      <u>Second</u>, you state that you "fully anticipate providing [us] with additional terms in the future". Again, this was not the understanding reached last week. We are proceeding under the assumption that the proposed list you sent to us on April 7th was a good faith attempt by plaintiffs to reach <u>all</u> the documents you wanted to retrieve from the "snapshot". Depending on the resultant number of hits and pages, we can then discuss any need to expand the list.

2

Third, putting aside for a moment the fact that the list as a whole appears to us to remain overly broad, there are a few glaring examples of words that must be removed at the outset:

1. The terms AG*, WH* and Scal* need to be eliminated as they will target a large number of generic words that begin with the stated letters. For example, running a search for WH* (a search that is unable to distinguish between capital and lowercase letters) will retrieve all the documents containing such common words as "who", "what", "where", "why" etc.[1]

2. We will not include the term skadden* in our search. As you have recognized (Pls.' Fourth Mot. to Compel, 7 n.3), Skadden, Arps, Slate, Meagher & Flom LLP is counsel to Priceline. This term inappropriately will target clearly privileged documents.

Please let me know if you have any questions.

Sincerely,

Robert K. Simonds

Geoffrey M. Johnson Esq.
Scott + Scott, LLC
33 River Street
Chagrin Falls, OH 44022

BY EMAIL AND FIRST CLASS MAIL

---

[1] Furthermore, to the extent that your proposed search term "WH*" was targeted at retrieving WebHouse documents, such documents have already been retrieved using Defendants' proposed search terms "Webhouse", "Web House" and "WHC", and production of such non-privileged responsive documents has begun.

Copies to:

Peter McDougall, Esq.
   Johnson & Perkinson
      1690 Williston Road
         P.O. Box 2305
            South Burlington, VT 05403

William J. Kelleher, III, Esq.
   Robinson & Cole LLP
      695 East Main Street
         Stamford, CT 06904-2305

Carl W. Mullis, Esq.
   Paul, Hastings, Janofsky & Walker LLP
      600 Peachtree Street, NE, 24th Floor
         Atlanta, GA 30308

BY EMAIL AND FIRST CLASS MAIL