**Exhibit Q**

# CRAVATH, SWAINE & MOORE LLP

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
NEIL P. WESTREICH
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON

DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1814

KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS

DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

April 14, 2006

In re Priceline.com Securities Litigation
Master File No. 3:00cv1884 (DJS)

Dear Geoffrey:

        I write in response to your letter of yesterday.

        Notwithstanding your attempt to change your position with respect to your April 7, 2006 revised search term list, my letter of April 11, 2006 represents (i) defendants' position on the issue and (ii) a summary of the understandings reached between you and Jim Hein last week. In fact, defendants' position as set forth in my letter specifically was communicated to me by Jim and Bill Kelleher -- the very individuals you helpfully suggested I consult for clarification -- prior to my drafting of the letter. Our position is clear, and it has not changed since last week. The "back-and-forth" that you reference in your letter should therefore end here.

        As stated, defendants will search the "snapshot" using the list you provided to us on April 7th (minus the terms skadden*, AG*, WH* and Scal*). We then will communicate to you the resultant number of hits and pages that would be retrieved from that search. After we both have those figures, we then can discuss the need, if any, to narrow or expand your April 7th list before any review for responsiveness and privilege begins.

        In addition, in response to your position that defendants "start rolling out the production" from the "snapshot", I remind you that it was defendants who initiated the commencement of the "snapshot" search using the terms "Webhouse", "Web House" and "WHC" way back on November 8, 2005 as plaintiffs were dragging their feet on preparing a realistic search term list. (Letter from J. Hein to E. Comite, dated November 8, 2005.) That production began on April 10, 2006 (Letter from W. Kelleher to E. Comite and D. Scott, dated April 10, 2006) and thus far Bates Nos. PCLN000648704 through PCLN000681303 have been produced.

2

Any delay that you perceive in expanding the search of the "snapshot" is entirely of plaintiffs' own doing. It is our position that your initial proposal that consisted of 637 terms, including hundreds of generic words and assorted expletives, was absurd and hardly a "good faith attempt to move this process forward" as you allege. (Letter from P. McDougall to J. Hein, dated February 15, 2006; Letter from J. Hein to E. Comite and P. McDougall, dated March 1, 2006)

Sincerely,

Robert K. Simonds

Geoffrey M. Johnson, Esq.
Scott + Scott LLC
33 River Street
Chagrin Falls, OH 44022

BY EMAIL AND FIRST CLASS MAIL

Copies to:

Peter McDougall, Esq.
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

William J. Kelleher, III, Esq.
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06904-2305

Carl W. Mullis, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, NE, 24th Floor
Atlanta, GA 30308

BY EMAIL AND FIRST CLASS MAIL