**Exhibit R**

# ROBINSON & COLE LLP

WILLIAM J. KELLEHER, III

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
wkelleher@rc.com
Direct (203) 462-7514

Also admitted in New York

<u>*Via Facsimile and First Class Mail*</u>

May 23, 2006

David R. Scott, Esq.
Erin Green Comite, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Re:   <u>**In Re: Priceline.com Securities Litigation**</u>
      **3:00CV01884 (AVC)**

Dear David and Erin:

As discussed in our recent meet and confer and Bob Simonds' letter of May 2, 2006, set forth below are the relevant terms that we have selected from your April 7th search term list. We will use those terms to continue the document production from the non-email electronic material and to keep the electronic discovery moving forward.

As you know, it is our view that the process of searching, reviewing and producing non-email material from the "snapshot" should continue in the absence of your willingness to compromise on appropriate search terms. We will produce responsive, non-privileged documents retrieved using the following search terms on a rolling basis as we have done previously with the WebHouse related non-email material.



*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

*www.rc.com*

braddock*
murray devine* (or mdc*, md&c*)
schulman*
warrant*
perfect w/1 yardsale
grocer*
priceline w/2 europe

licens*
nichol*
walker
wind* w/3 down*
gas*
miller*
myprice*

STAM1-813159-1
05/23/06 1:49 PM

# ROBINSON & COLE LLP

David R. Scott, Esq.
Erin Green Comite, Esq.
May 23, 2006
Page 2

my w/1 price*
AG*
better w/1 business w/1 bureau*

attorney* w/2 general
BBB*
d&t or deloitt* or dt

Very truly yours,

William J. Kelleher, III

WJK/ta

cc:     Joseph L. Clasen, Esq.

    Daniel Slifkin, Esq.
    Robert K. Simonds, Esq.
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019

    Peter McDougall, Esq.
    Dennis Johnson, Esq.
    Johnson & Perkinson
    1690 Williston Road
    P.O. Box 2305
    South Burlington, VT 05403

