**<u>Exhibit V</u>**

## SUMMARY CHART OF SAMPLE FINANCIAL DOCUMENTS
## AND REPORTS PRODUCED BY DEFENDANTS
### (by Bates No. Range or Start Bates No.)

1.    <u>Paper Document Production</u>

**DAILY REPORTS**

<u>Airline</u>
PCLN000012191
PCLN000012198
PCLN000012201
PCLN000014010-14012
PCLN000026172
PCLN000029074-29075
PCLN000029076
PCLN000029084-29085
PCLN000029087
PCLN000030191
PCLN000079143-79146
PCLN000127224
PCLN000155283-155285
PCLN000155295
PCLN000159726
PCLN000159727
PCLN000159728
PCLN000159729
PCLN000159730
PCLN000159731
PCLN000159732
PCLN000159733
PCLN000168492
PCLN000168493
PCLN000168494
PCLN000168495
PCLN000168496
PCLN000168498
PCLN000168633
PCLN000168634
PCLN000168636
PCLN000168639
PCLN000168640
PCLN000168641

<u>Rental Cars</u>
PCLN000012192

STAM1-816991-2

PCLN000012195
PCLN000012199
PCLN000023370
PCLN000079563
PCLN000079577
PCLN000079578

<u>Hotel</u>
PCLN000012193
PCLN000012200
PCLN000029871
PCLN000090895-90916
PCLN000092005-92011
PCLN000092012-92019
PCLN000092020-92045

<u>Financial Product</u>
PCLN000007650
PCLN000014005
PCLN000014006-14007
PCLN000014008
PCLN000014013
PCLN000014132
PCLN000014133
PCLN000014134
PCLN000014135
PCLN000168944
PCLN000168945-168947
PCLN000168948
PCLN000168950
PCLN000168951
PCLN000168952-168953
PCLN000168955
PCLN000168956
PCLN000168957
PCLN000168958
PCLN000168959-168960
PCLN000168961-168962
PCLN000168964
PCLN000169337
PCLN000169338
PCLN000169339
PCLN000169340
PCLN000169341
PCLN000169342
PCLN000169343

PCLN000169344
PCLN000169345
PCLN000169346
PCLN000169347
PCLN000169348-169349

Website Traffic Reports
PCLN000066374
PCLN000079138
PCLN000079139
PCLN000079140
PCLN000079141
PCLN000079142

**WEEKLY UPDATES**

Weekly Update
PCLN000088442-88560
PCLN000091204-91335

Hotel
PCLN000012035-12037
PCLN000012197
PCLN000029872
PCLN000048236-48237
PCLN000153219

Rental Car
PCLN000012056
PCLN000048238-48239
PCLN000080354-80355
PCLN000158768
PCLN000158787
PCLN000158844
PCLN000159718

Rental Car Monthly
PCLN000049808
PCLN000051066
PCLN000053034

Airline
PCLN000012196
PCLN000024095

PCLN000024137
PCLN000025951-25953
PCLN000025954-25955
PCLN000026045
PCLN000026064
PCLN000026174
PCLN000048234-48235
PCLN000067088
PCLN000102639
PCLN000152070
PCLN000152108-152110
PCLN000157984-157986
PCLN000157987-157989
PCLN000157990-157992
PCLN000157993-157995
PCLN000157996-157998
PCLN000157000-158001
PCLN000158002-158004
PCLN000158005-158007
PCLN000158008-158010
PCLN000158011
PCLN000158012
PCLN000158013
PCLN000158014
PCLN000158015
PCLN000158016
PCLN000158017
PCLN000158018
PCLN000158019
PCLN000158020
PCLN000158021
PCLN000158022
PCLN000158023
PCLN000158024
PCLN000158025
PCLN000158026
PCLN000158027
PCLN000158028
PCLN000158029
PCLN000158030
PCLN000158031
PCLN000158032
PCLN000158033
PCLN000158034
PCLN000158035
PCLN000158036

PCLN000158037
PCLN000158038
PCLN000158039
PCLN000158040
PCLN000158041
PCLN000158042
PCLN000158043
PCLN000158044
PCLN000158045
PCLN000158046
PCLN000158047
PCLN000158048
PCLN000158049
PCLN000158050

**OTHER/MISCELLANEOUS REPORTS**

Financial Product
PCLN000088620
PCLN000168944
PCLN000168945-168947
PCLN000168948
PCLN000168950
PCLN000168951
PCLN000168952-168953
PCLN000168955
PCLN000168956
PCLN000168957
PCLN000168958
PCLN000168959-168960
PCLN000168961-168962
PCLN000168964
PCLN000169337
PCLN000169338
PCLN000169339
PCLN000169340
PCLN000169341
PCLN000169342
PCLN000169343
PCLN000169344
PCLN000169345
PCLN000169346
PCLN000169347
PCLN000169348-169349

Financial Product Monthly
PCLN000014005
PCLN000014013
PCLN000014132
PCLN000014133
PCLN000014134
PCLN000014135

Webhouse Weekly Reports
PCLN000086107
PCLN000086266
PCLN000086269
PCLN000087081
PCLN000087083
PCLN000087093
PCLN000087095
PCLN000087370
PCLN000087371-87376
PCLN000087389
PCLN000087398
PCLN000087399-87404
PCLN000087405
PCLN000087406-87411
PCLN000088000
PCLN000088001-88006
PCLN000088007
PCLN000088008-88013
PCLN000088014-88015
PCLN000088207-88214
PCLN000195837

Adaptive Marketing Revenues Quarterly
PCLN000040663
PCLN000040750
PCLN000043614
PCLN000043833
PCLN000044515
PCLN000045531
PCLN000046201
PCLN000050136
PCLN000137914
PCLN000163277

2.    <u>Electronic Document Production</u>

**DAILY REPORTS**

<u>Airline Daily Sales Summary</u>
PCLN000174501-509
PCLN000423314
PCLN000423323
PCLN000423500
PCLN000424126
PCLN000424150
PCLN000424178
PCLN000424206
PCLN000424985
PCLN000425014
PCLN000425023
PCLN000425032
PCLN000424271
PCLN000424355
PCLN000424381
PCLN000424436
PCLN000425041
PCLN000425050
PCLN000425091
PCLN000423277
PCLN000174734-742
PCLN000175040-048
PCLN000423810
PCLN000423886
PCLN000423915
PCLN000423925
PCLN000424056
PCLN000424047
PCLN000424005
PCLN000423996
PCLN000423631
PCLN999423640
PCLN000423649
PCLN000423700
PCLN000423515
PCLN000423524
PCLN000423691
PCLN000423747
PCLN000425100
PCLN000424503
PCLN000424549

PCLN000424575
PCLN000424584
PCLN000425109
PCLN000425133
PCLN000425142
PCLN000425163
PCLN000424907
PCLN000424916
PCLN000424925
PCLN000424940
PCLN000425173
PCLN000426659
PCLN000426666
PCLN000426673
PCLN000424949
PCLN000424958
PCLN000424967
PCLN000424976
PCLN000426917
PCLN000427238
PCLN000427260
PCLN000427457
PCLN000430440
PCLN000430646
PCLN000431570
PCLN000431874
PCLN000431997
PCLN000432121
PCLN000432206
PCLN000432383
PCLN000432482
PCLN000432798
PCLN000432874
PCLN000433087
PCLN000433529
PCLN000433555
PCLN000434661
PCLN000435591
PCLN000440304
PCLN000444419
PCLN000444855
PCLN000445007
PCLN000644099

Hotel Daily Sales Analysis
PCLN000644051
PCLN000644006
PCLN000643960
PCLN000643910
PCLN000643865
PCLN000643820
PCLN000643775
PCLN000643731
PCLN000643708
PCLN000643693
PCLN000643649
PCLN000643606
PCLN000643563
PCLN000643520
PCLN000643477
PCLN000643434
PCLN000643387
PCLN000643344
PCLN000643301
PCLN000643258
PCLN000643216
PCLN000643173
PCLN000643131
PCLN000643089
PCLN000643047
PCLN000643005
PCLN000642963
PCLN000642917
PCLN000642875
PCLN000642833
PCLN000642791
PCLN000174238-256
PCLN000174354
PCLN000174533-552
PCLN000426593
PCLN000427021
PCLN000427168
PCLN000427246
PCLN000431901
PCLN000431916
PCLN000432013
PCLN000432159
PCLN000427421
PCLN000430293
PCLN000430308

PCLN000431622
PCLN000432250
PCLN000432393
PCLN000432491
PCLN000432699
PCLN000432717
PCLN000432771
PCLN000433196
PCLN000433510
PCLN000434644
PCLN000435545
PCLN000440962
PCLN000441684
PCLN000444400
PCLN000445030
PCLN000423680
PCLN000423729
PCLN000423776
PCLN000423823
PCLN000423899
PCLN000423947
PCLN000423958
PCLN000423977
PCLN000424028
PCLN000424093
PCLN000424110
PCLN000424135
PCLN000424631
PCLN000424187
PCLN000424235
PCLN000424410
PCLN000424447
PCLN000424513
PCLN000424558
PCLN000424764
PCLN000423582
PCLN000423595
PCLN000423658
PCLN000423669
PCLN000423567
PCLN000423556
PCLN000423540
PCLN000423257
PCLN000423286
PCLN000423417
PCLN000304683

PCLN000174035-174057
PCLN000174368

<u>Rental Car</u>
PCLN000174511
PCLN000174952
PCLN000174728
PCLN000370540
PCLN000370616
PCLN000375589
PCLN000403530
PCLN000403861
PCLN000403887
PCLN000403882
PCLN000403933
PCLN000403960
PCLN000403964
PCLN000403968
PCLN000412867
PCLN000413593
PCLN000416341
PCLN000416417
PCLN000416459
PCLN000416479
PCLN000417522
PCLN000419243
PCLN000419272
PCLN000419364
PCLN000419405
PCLN000419408
PCLN000419417
PCLN000419420
PCLN000419429
PCLN000419432
PCLN000419576
PCLN000419579
PCLN000420268
PCLN000420411
PCLN000422275
PCLN000422296
PCLN000422341
PCLN000422363
PCLN000422366
PCLN000422373
PCLN000422376
PCLN000422413

PCLN000422416
PCLN000423096
PCLN000423150
PCLN000630933
PCLN000631096
PCLN000631112
PCLN000631132
PCLN000631156
PCLN000631182
PCLN000631208
PCLN000631219
PCLN000631229
PCLN000631241
PCLN000631257
PCLN000631277
PCLN000631288
PCLN000631298
PCLN000631309
PCLN000631332
PCLN000631342
PCLN000631353
PCLN000631364
PCLN000631378
PCLN000631388
PCLN000631399
PCLN000631409
PCLN000631423
PCLN000403530
PCLN000403861
PCLN000403887

Adaptive Marketing Daily Performance Report
PCLN000174805
PCLN000174596
PCLN000176308
PCLN000176527
PCLN000176528
PCLN000176533
PCLN000176538
PCLN000176726
PCLN000174805
PCLN000393321
PCLN000174596
PCLN000202027
PCLN000406056
PCLN000406057

PCLN000406058
PCLN000406065
PCLN000406072
PCLN000410221
PCLN000407972
PCLN000407982
PCLN000407985
PCLN000407995
PCLN000408034
PCLN000408036
PCLN000408129
PCLN000408139
PCLN000408168
PCLN000408170
PCLN000408200
PCLN000408215
PCLN000408281

**FLASH REPORTS**

Rental Cars
PCLN000403530
PCLN000403861
PCLN000403887

Hotel
PCLN000174063
PCLN000403848
PCLN000403862
PCLN000403881
PCLN000403885
PCLN000403888
PCLN000403931
PCLN000403959
PCLN000403963
PCLN000403967
PCLN000403982
PCLN000403990
PCLN000404002
PCLN000404010
PCLN000404036
PCLN000404041
PCLN000404047
PCLN000404079
PCLN000404086
PCLN000404094

PCLN000404099
PCLN000404115
PCLN000404122
PCLN000404123
PCLN000404140
PCLN000404141
PCLN000404147
PCLN000536764
PCLN000630947

<u>Airline</u>
PCLN000180072
PCLN000203873
PCLN000403846
PCLN000403530
PCLN000403861
PCLN000403863
PCLN000403879
PCLN000403883
PCLN000403885
PCLN000403887
PCLN000403929
PCLN000403957
PCLN000403961
PCLN000403965
PCLN000403981
PCLN000403989
PCLN000404001
PCLN000404009
PCLN000404035
PCLN000404040
PCLN000404046
PCLN000404078
PCLN000404085
PCLN000404093
PCLN000404098
PCLN000404113
PCLN000535886
PCLN000404120
PCLN000403520
PCLN000403515
PCLN000404142
PCLN000403513
PCLN000630945
PCLN000631034

Website Traffic Reports
PCLN000174344
PCLN000174399
PCLN000174432
PCLN000174808
PCLN000174870
PCLN000175230
PCLN000175763
PCLN000176605
PCLN000178471
PCLN000178623
PCLN000181479
PCLN000182331
PCLN000183492
PCLN000186263
PCLN000186440
PCLN000186579
PCLN000187255
PCLN000187299
PCLN000187333
PCLN000187348
PCLN000187400
PCLN000187502
PCLN000187553
PCLN000187567
PCLN000188775
PCLN000189191
PCLN000189282
PCLN000189408
PCLN000189422
PCLN000189461
PCLN000189518
PCLN000189562
PCLN000189607
PCLN000189770
PCLN000189903
PCLN000191267
PCLN000191426
PCLN000193785
PCLN000193933
PCLN000194011
PCLN000194307
PCLN000199068
PCLN000199814
PCLN000200200

PCLN000200377
PCLN000201169
PCLN000204202
PCLN000204326
PCLN000204847
PCLN000206599
PCLN000206642
PCLN000206686
PCLN000206732
PCLN000206777
PCLN000206825
PCLN000206986
PCLN000245108
PCLN000256268
PCLN000256634
PCLN000267392
PCLN000267400
PCLN000267409
PCLN000267433
PCLN000267468
PCLN000272016
PCLN000272241
PCLN000272245
PCLN000272261
PCLN000272290
PCLN000272293
PCLN000272305
PCLN000279899
PCLN000279960
PCLN000282183
PCLN000285836
PCLN000288958
PCLN000303749
PCLN000304404
PCLN000304647
PCLN000307981
PCLN000355449
PCLN000358204
PCLN000365262
PCLN000368045
PCLN000375673
PCLN000380864
PCLN000380896
PCLN000380928
PCLN000380962
PCLN000380995

PCLN000381030
PCLN000381127
PCLN000381465
PCLN000381475
PCLN000382556
PCLN000382590
PCLN000384086
PCLN000384165
PCLN000384306
PCLN000384326
PCLN000384725
PCLN000385278
PCLN000385332
PCLN000385436
PCLN000385496
PCLN000385790
PCLN000385801
PCLN000385896
PCLN000388666
PCLN000390887
PCLN000390930
PCLN000391897
PCLN000393512
PCLN000393838
PCLN000398837
PCLN000398908
PCLN000399043
PCLN000399097
PCLN000399147
PCLN000399190
PCLN000399516
PCLN000400026
PCLN000402220
PCLN000403643
PCLN000404235
PCLN000404371
PCLN000404448
PCLN000411542
PCLN000412453
PCLN000412976
PCLN000413457
PCLN000413670
PCLN000415024
PCLN000416343
PCLN000417453
PCLN000417585

PCLN000417840
PCLN000418209
PCLN000418217
PCLN000418349
PCLN000418355
PCLN000418406
PCLN000418766
PCLN000418922
PCLN000422001
PCLN000423187
PCLN000423273
PCLN000423481
PCLN000424330
PCLN000424432
PCLN000424710
PCLN000424748
PCLN000424755
PCLN000425060
PCLN000425159
PCLN000425232
PCLN000426696
PCLN000428657
PCLN000429803
PCLN000431560
PCLN000440403
PCLN000440593
PCLN000447922
PCLN000450935
PCLN000450948
PCLN000452944
PCLN000453071
PCLN000453076
PCLN000454772
PCLN000454830
PCLN000455238
PCLN000456058
PCLN000456477
PCLN000471359
PCLN000477713
PCLN000494534
PCLN000496102
PCLN000497483
PCLN000498858
PCLN000514980
PCLN000515008
PCLN000515306

PCLN000516576
PCLN000517904
PCLN000521819
PCLN000528118
PCLN000535495
PCLN000535530
PCLN000535570
PCLN000535581
PCLN000535721
PCLN000536121
PCLN000536458
PCLN000536465
PCLN000536564
PCLN000536978
PCLN000537805
PCLN000538559
PCLN000538570
PCLN000538750
PCLN000624226
PCLN000624277
PCLN000624495
PCLN000630736
PCLN000631320
PCLN000631509
PCLN000632153
PCLN000637741
PCLN000637771
PCLN000637808
PCLN000637867
PCLN000637945
PCLN000637989
PCLN000638085
PCLN000638176
PCLN000638199
PCLN000638796
PCLN000644668
PCLN000645328
PCLN000645431
PCLN000645466
PCLN000646771
PCLN000646867
PCLN000646889
PCLN000647158
PCLN000647188
PCLN000647221
PCLN000647576

PCLN000647609
PCLN000647622
PCLN000648068
PCLN000648535
PCLN000648536


**WEEKLY UPDATES**

<u>Airlines Weekly Update Memorandum</u>
PCLN000173161
PCLN000174344
PCLN000174808
PCLN000179398
PCLN000180041
PCLN000180998
PCLN000424010
PCLN000174564


<u>Rental Car Weekly Update Memorandum</u>
PCLN000174057
PCLN000174058
PCLN000174491-92
PCLN000174864-865
PCLN000445631
PCLN000174864


<u>Hotel Weekly Update Memorandum</u>
PCLN000174416-174419
PCLN000423491
PCLN000423472

**OTHER/MISCELLANEOUS REPORTS**

<u>Financial Products Monthly</u>
PCLN000174528
PCLN000426685
PCLN000432948
PCLN000433191
PCLN000433615
PCLN000432374
PCLN000432230
PCLN000432475
PCLN000432767
PCLN000432899
PCLN000435540

PCLN000444395
PCLN000444940
PCLN000430289
PCLN000427180
PCLN000427224
PCLN000427433
PCLN000430286
PCLN000431070
PCLN000431865
PCLN000431869
PCLN000432712