**Exhibit W**



February 17, 2006

<u>VIA FACSIMILE AND</u>
<u>REGULAR MAIL</u>

James G. Hein, Jr.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-3700

Carl W. Mullis, III
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street
Twenty-Fourth Floor
Atlanta, GA 30308
(203) 359-3031

William J. Kelleher, III
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904
(203) 462-7599

Re:    <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (DJS)</u>

Dear Jim, Bill and Carl:

Having reviewed the vast majority of the documents you have produced to date, Plaintiffs believe additional responsive documents exist that have not been produced. For instance, it is clear from our review that there are numerous financial and operational reports that both Priceline and Webhouse maintained and updated on an ongoing basis that have not been produced. These materials are unquestionably discoverable and highly relevant to the allegations at issue in this litigation. Moreover, these requested documents squarely fall within the purview and scope of Plaintiffs' previously served document requests. Please review and produce the following documents:

1.    All notes, minutes, agendas and presentations for all "intercompany charge review" or similar meetings referenced in PCLN 0178356-57;

2.    All "Adaptive Marketing Daily Performance Reports," as referenced in PCLN 0176726-27;

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 2

3.    All documents concerning the "mandatory" or similar meetings referenced in PCLN 0176736-37, including but not limited to all notes, minutes, agendas and presentations;

4.    All documents concerning the "taking over" and "restabilization of the infrastructure" by Priceline referenced in PCLN 0178495-505;

5.    All documents, including agendas, minutes, notes and presentations of all "Shared Services or similar Meetings," referenced in PCLN 204234-235;

6.    All "Daily Airline Flash Reports" as referenced in PCLN 0203872-3,  as well as all documents that concern the technical glitch/event discussed therein that "cost [Priceline] at least one million in revenue and tens of thousands in unforecasted expenses.....";

7.    All "Priceline Website Traffic" or similar reports, referenced in PCLN 0182329-339;

8.    All documents concerning the "PCLN Capital Approval Process" referenced in PCLN 0181275-76; including but not limited to all notes, agendas, minutes and presentations for all related meetings;

9.    All documents concerning the "Wind Down Issues List" referenced in PCLN 0191884-888 including but not limited to the distribution list for this document and all notes, agendas, minutes and presentations for all such or similar meetings;

10.    All iterations of the "Operational Autonomy Plan,"  referenced in PCLN 0200755-758, and all documents concerning all meetings referenced in this email, including but not limited to all meeting notes, minutes, agendas and presentations;

11.    All documents concerning "Rationale for Licensed Affiliate Structure," referenced in PCLN 0175145-147 including but not limited to all iterations, distribution lists and all related meeting minutes, notes, agendas and presentations;

12.    All revenue projection or similar sheets for WHC referenced in PCLN 400512-526;

13.    All "Partner Revenue Write Offs" or similar reports, as referenced in PCLN 400315-322;

14.    All iterations of the reports enumerated in PCLN 399981-984;

15.    All "Priceline.com Inc. Weekly Update" or similar reports as referenced in PCLN 000091204- 91335;

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 3

16.    All iterations of the "Priceline Webhouse Club, Inc.-Webhouse Summary Statistics" or similar daily summary reports, referenced in JWALK 00320098-103;

17.    A distribution list for the document entitled "Priceline/Webhouse Club Shared Costs Discussion" referenced in JWALK 00155611-616, as well as the referenced exhibits and any minutes, notes and agendas and communications concerning this meeting;

18.    All iterations of "Proposed Structure of Priceline Web House Club, Inc.," referenced in JWALK 00283234-240, and all documents concerning this report, including but not limited to the distribution list and all notes, agendas, minutes and presentations for all meetings concerning the subject of this document;

19.    All documents concerning the "Webhouse Club-Wind Down" referenced in PCLN 0084724-33, including but not limited to all distribution lists for this document as well as all meeting minutes, emails, agendas, notes and presentations concerning the subject of this document;

20.    A distribution list for PCLN 00087631, and the binder referenced in this document and all documents concerning "the Retailers [having] expressed concern over their declining sales;"

21.    All WHC or weekly similar reports as referenced in PCLN 400512-526;

22.    All documents concerning the altering of accounting terminology "in order to avoid having to disclose large balance sheets amounts due from related parties" as referenced in PCLN 368758-760;

23.    The attachment to PCLN 391-851-852;

24.    All documents concerning PCLN's computer problems referenced in PCLN 444882-884;

25.    All documents concerning the subject matter of PCLN 521258-67; entitled, "Webhouse Gasoline Project-Architecture Systems Review and Analysis;"

26.    All documents concerning the subject matter of PCLN 414004-007;

27.    All documents concerning the layoffs of personnel, as referenced in PCLN 414897-898; and

28.    All documents concerning the subject matter of PCLN414878.

James G. Hein, Jr.
William J. Kelleher, III
Carl W. Mullis, III
February 17, 2006
Page 4


Your prompt attention to these matters is appreciated. We hope that we can resolve these issues without having to involve the Court. We are, however, prepared to bring these issues to the Court's attention, if necessary. We also reserve our right to send you additional letters highlighting deficiencies in the production.

Sincerely yours,
SCOTT+SCOTT, LLC

Erin Green Comite

EGC:lla

cc:     David R. Scott (via facsimile 860-537-4432)
        Jacob B. Perkinson (via facsimile (802) 862-0060)
        Geoffrey M. Johnson (via facsimile 440-247-8275)
        Peter J. McDougall (via facsimile (803) 862-0060)