# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E. • Twenty-Fourth Floor • Atlanta, GA 30308
telephone 404 815 2400 • facsimile 404 815 2424 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
New York
Orange County
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, D.C.

(404) 815-2308
candaceboudreau@paulhastings.com

March 10, 2006

58066.00002

VIA UPS OVERNIGHT DELIVERY

Peter McDougall
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

RE: *In Re: Priceline.com Securities Litigation*
In the United States District Court – District of Connecticut
Case No. 3:00cv 1884(DJS)

Dear Mr. McDougall:

As agreed, enclosed please find a production consisting of catalogs for the 6 additional back-up tapes that have been restored to native-file format. One tape, labeled Exch Offline Seq #2 from group 15, of the six backup tapes restored did not contain any data. The Bates range for this production is JWALK00338121– JWALK00358817.

The CD has been designated as Highly Confidential pursuant to the Protective Order dated January 19, 2005, and the documents therein should be treated the same.

Additionally, we have enclosed an index showing the Bates range of each tape catalog produced.

As we have agreed, this production does not constitute a waiver of the attorney-client privilege, the work product privilege, or any other applicable privileges with regard to these documents, the documents contained in the listed files, or any other documents in Mr. Walker's production.

Please feel free to contact me or Mr. Mullis with any questions.

Sincerely,

Candace Boudreau
Paralegal

Enclosures

LEGAL_US_E # 70617554.1

**Paul Hastings**
ATTORNEYS

Peter McDougall
March 10, 2006
Page 2


cc: Erin Comite, Esq. (w/o enclosures)
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Jules Brody (w/o enclosures)
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Daniel Slifkin (w/o enclosures)
James G. Hein, Jr.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Joseph L. Clasen (w/o enclosures)
William J. Kelleher, III
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

LEGAL_US_E # 70617554.1

**Paul**Hastings
ATTORNEYS

Peter McDougall
March 10, 2006
Page 3

bcc:   Carl Mullis
       Summer Joseph

## INDEX TO BACK-UP TAPE CATALOGS PRODUCED MARCH 10, 2006

| TAPE | BATES NO. BEGINNING | BATES NO. END |
|---|---|---|
| GROUP 15-TAPE 1 | THIS TAPE DID NOT CONTAIN ANY DATA | |
| GROUP 15-TAPE 2 | JWALK00338121 | JWALK00339538 |
| GROUP 15-TAPE 3 | JWALK00339539 | JWALK00339688 |
| GROUP 15-TAPE 4 | JWALK00339689 | JWALK00339988 |
| GROUP 5-TAPE 5 & 6 | JWALK00339989 | JWALK00358817 |