## Jeanne E. Irving

**From:** Jeanne E. Irving
**Sent:** Monday, July 10, 2006 1:59 PM
**To:** Geoff Johnson; Erin Green Comite (ecomite@scott-scott.com)
**Subject:** 17 Restored Tapes

Geoff and Erin,

Would you please identify for us by TOG numbers the tapes that are the subject of your motion to compel production by Jay Walker?

Thanks.

Jeanne