

July 21, 2006

<u>Via Facsimile and U.S. Mail</u>

Jeanne E. Irving
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

    Re:   <u>In re Priceline.com Securities Litig., Case No. 3:00cv1884 (AVC)</u>

Dear Jeanne:

    I write to follow up on the questions you had about: (1) the 17 fully restored WebHouse tapes that are the subject of Plaintiffs' most recent motion to compel; and (2) the "TOG" numbers for the WebHouse tapes. I also wanted to let you know that Plaintiffs need additional information about the indexes for the remaining, unrestored WebHouse tapes in order to determine whether the unrestored tapes contain responsive emails and electronic documents. The additional information we need is described below.

**1.    The 17 WebHouse Tapes That Are The Subject Of Plaintiffs' Motion To Compel.**

    You asked us to identify the 17 restored WebHouse tapes that are the subject of Plaintiffs' most recent motion to compel. We believe that we made it clear which tapes we are seeking in the motion to compel. This is also something Plaintiffs discussed in detail with Defendant Walker's prior counsel. However, we will cover this ground again in this letter in order to eliminate any confusion on this point.

    The 17 restored tapes that are the subject of Plaintiffs' motion to compel are identified on the list that Defendant Walker's prior counsel provided to the Plaintiffs on April 29, 2005. I have attached a copy of that list to this letter for your review. Plaintiffs are seeking: (1) the <u>six</u> tapes from category <u>four</u>; (2) the <u>three</u> tapes from category <u>five</u>; (3) <u>four</u> of the tapes from category <u>six</u>;[1] and (4) <u>four</u> of the tapes from category <u>fifteen</u>.[2]

---

[1] There are six tapes in category six. Although not reflected on the list, one of the tapes is blank. Of the remaining five tapes, one of these tapes does not contain responsive documents. This tape is labeled TOG 18 Starscream. It should not be confused with the TOG 18 Megatron tape in category six, which contains responsive Microsoft Word documents. Plaintiffs are moving to compel production of the TOG 18 Megatron tape – along with the remaining three tapes in category six (*i.e.*, all tapes except for the blank tape and the TOG 18 Starscream tape).

[2] There are five tapes in category fifteen. Although not reflected on the list, one of those tapes is blank. Plaintiffs are not moving to compel the production of the blank tape in category

ATTORNEYS AT LAW    CONNECTICUT    SCOTT + SCOTT, LLC    800 537-5537 VOICE
                              OHIO             108 NORWICH AVENUE    860 537-4432 FAX
                              CALIFORNIA     P.O. BOX 192            SCOTTLAW@SCOTT-SCOTT.COM
                                                          COLCHESTER, CT 06415   WWW.SCOTT-SCOTT.COM

The tapes in categories four and six contain highly responsive Microsoft Word documents and Excel spreadsheets and the tapes in categories five and fifteen contain the WebHouse emails – including emails belonging to Defendants Jay Walker and Richard Braddock and approximately 300 WebHouse employees. Defendant Walker's prior counsel acknowledged that the tapes in categories five and fifteen appear to contain responsive information when sending the April 29, 2005 list and, more importantly, all 17 of the targeted tapes in categories four, five, six and fifteen have been fully restored.

2. **The "TOG" Numbers For The WebHouse Tapes.**

You also asked us to identify the WebHouse tapes using "TOG" numbers. We have not been able to do so for the following reasons: (1) The "TOG" system lacks reliability due to duplicate numbers being assigned to many of the tapes; (2) Thirty-three tape catalogs have never been received; and (3) we have never received a list reconciling the "TOG" system with the tapes identified on the April 29, 2005 list. For these reasons, Plaintiffs have used the April 29 list when identifying the 17 restored tapes during our various meet and confers and in correspondence with you and your client's prior counsel.

3. **The Indexes For The Remaining Unrestored WebHouse Tapes.**

As for the remaining indexes, Plaintiffs are currently focusing on three tapes from category three and seven tapes from category sixteen identified on Defendant Walker's April 29, 2005 list. These tapes appear to contain emails and other responsive electronic documents. However, Plaintiffs cannot know for sure until Defendant Walker provides us with a list reconciling the electronic indexes with the tapes identified in the April 29, 2005 letter. Accordingly, we expect that you will provide us with a list identifying which of the electronic indexes correspond with the tapes listed in Defendant Walker's April 29 letter. We expect to receive this list at least one week in advance of the August 2, 2006 hearing on the motions to compel. This will allow us to specifically identify and address at the August 2 hearing those remaining WebHouse tapes that need to be restored. As before, Plaintiffs will split the cost to restore any such tapes.

Sincerely yours,

Geoffrey M. Johnson

cc: David R. Scott
    Jacob B. Perkinson
    Mark V. Jackowski
    Erin G. Comite
    Eben F. Duval

# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E. • Twenty-Fourth Floor • Atlanta, GA 30308
telephone 404 815 2400 • facsimile 404 815 2424 • www.paulhastings.com

## FACSIMILE TRANSMISSION

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Jacob Perkinson | Johnson & Perkinson | 802-862-0060 | 802-862-0030 |
| Erin Comite | Scott & Scott, LLC | 860-537-4432 | 860-537-3818 |
| Peter McDougal | Johnson & Perkinson | 802-862-0060 | 802-862-0030 |

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Candace E. Boudreau | (404) 815-2424 | (404) 815-2308 | CEB |

| client name: | Priceline | client matter number: | 58466.00002 |
|---|---|---|---|
| date: | April 29, 2005 | pages (with cover): | 6 |

comments:

If you do not receive all pages, please call immediately Facsimile Center: (404) 815-2444

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E. · Twenty-Fourth Floor · Atlanta, GA 30308
telephone 404 815 2400 · facsimile 404 815 2424 · www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, D.C.

(404) 815-2308
candaceboudreau@paulhastings.com

April 29, 2005

58066.00002

VIA FACSIMILE AND OVERNIGHT MAIL

Jacob B. Perkinson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Re:   *In Re: Priceline.com Securities Litigation*
      In the United States District Court – District of Connecticut
      Case No. 3:00cv 1884(DJS)

Dear Mr. Perkinson:

Enclosed please find the Sample Survey of Backup Tapes which you requested during the conference call with Carl Mullis of April 21, 2005.

Information in the attached document is a sampling of files contained in the 18 tapes of 16 identified groups processed by Applied Discovery and does not represent every file contained in those tapes.

This document has been designated "Highly Confidential".

Please feel free to contact Mr. Mullis with any questions.

Sincerely,

Candace E. Boudreau
Paralegal

CEB:klp

Enclosures

cc:   Erin Comite, Esq.
      Peter McDougal, Esq.

ATL/1105984.1

## SAMPLE SURVEY OF BACKUP TAPES

CONFIDENTIAL- Stipulated between the parties that (1) this is for discussion purposes only and not for use in litigation; (2) this is to be treated similar to settlement negotiation materials; (3) this does not constitute a waiver of any Work Product Privilege; and (4) this document and information contained therein will be treated as Highly Confidential.

| Tape/Group | Label | Server | Data Size | File Info |
|---|---|---|---|---|
| 1 (9 tapes) | PL-EDD00001 GRP:AS01 8/22/00 AS-01 | Megatron | 4.06 MB | 1 file (819 folders) |
| | All Folders empty with the exception of one non-responsive word document | | | |
| 2 (4 tapes -2 out of the 4 processed as tape 2 and 17) | PL-EDD00002 GRP:AS02 (MAYBE) FRIDAY SN: 10000008 | No Items to Display | | |
| | Empty | | | |
| 3 (4 tapes) | PL-EDD00003 GRP:AS02 FRI- AS-02 SET 1 | STARSCREAM | 1,768 MB | 19,664 files |
| | .dll, .exe, .hlp, .DAT, ISU, TXP, .txt, .log, .ini, CNT, GID, XV2, TRN, .GIF, HTML, BTR, LCK, CLASS, EDB, ASP, DIR, .bmp, TRN, DL_File, MS_File, MVA, HCC | | | |
| 4 (6 tapes) | PL-EDD00004 GRP: AS-02-CFG AS-02-1 FRI-CFG-02 | PWC-20-CVSS01 | 5,851 MB | 129,971 files |
| | .ini, .log, .dll, .CNT, .log, .HLP, .DAT, .ERR, .sys, .CFG, .CLI, .fon, .ttf, .DIR, .frm, .java, .sql, .bqy, .bas, .scc, .cls, .vbp, .vsd, .mpp, .vbg, .cpp, .cfm, .doc, .exe Appears it may contain responsive documents. | | | |
| 5 (3 tapes) | PL-EDD00005 GRP:MEGATRAN TAPE B MEGATRAN T3 | Unknown | 33,328 MB | 122,578 files |
| | .and, .exe, .vsd, .CAB, .hlp, .tlb, .js, .fon, .pfm, .ini, .ttf, .gif, .CHM, WMF, .XLS, .DCT, .BMP, .PCT, .PNG, .JPG, .htm, .log, .doc, .xls, .pdf, .DPM, .zip, .mdb, .txt, .gif, .pst, empty folders; Appears it may contain responsive documents. | | | |
| 6 (6 tapes- 2 out of 6 processed as | PL-EDD00006 GRP: AS-02-MEG AS-02 MEG SQ6 9-15 | No Items to Display | | |

ATL/1105073.3

Highly Confidential

| Tape/Group | Label | Server | Data Size | File Info |
|---|---|---|---|---|
| tape 6 and 18) | Empty | | | |
| 7 (13 tapes) | PL-EDD00007 GRP: WKSBU 12-20-99 | Unknown | 472 MB | 19,933 files |
| | .OUT, .log, .pl, .class, .5500, .AlPHA2, .old, .ptr, .awk, .perl, .java, .html, .bat, .back, .exe, .zip | | | |
| 8 (9 tapes) | PL-EDD00008 GRP: NOVUS LOG FILES 12/14/99 WKSTN NOVUSLOG | Unknown | 463 MB | 19,542 files |
| | .OUT, .log, .pl, .class, .5500, .AlPHA2, .old, .ptr, .awk, .perl, .java, .html, .bat, .back, .exe, .zip, empty folders | | | |
| 9 (3 tapes) | PL-EDD00009 GRP: DB SERVER 04 DB04 12/27/99 | Unknown | 940 MB | 5,658 files |
| | .ini, .bat, .tmp, .dll, .exe, .sys, .cpl, .mdb, .dir, .idf, .log | | | |
| 10 (25 tapes) | PL-EDD 00010 GRP: DB SERVER 17 DB 17 00 12.27.99 | Unknown | 311 MB | 1 file |
| | .DMP, .PAR, .logs, .bat, empty folders | | | |
| 11 (26 tapes) | PL-EDD00011 GRP: TD2 (MGMT01) 12/26/99 MGMT-01 SUN-TD2 | Unknown | 12,104 MB | 34,373 files |
| | .exe, .BAT, .DAT, .log, .OUT, .SR, .PAT, .FLAG, .AWK | | | |
| 12 (14 tapes) | PL-EDD00012 GRP: TD2 12.3.99 FRI-TD2 | Unknown | 13,441 MB | 37,685 files |
| | .exe, .bat, .cmd, .pat, .sr, .flag, .dat, .ids, .out, .log, .txt, .awk, .bak, .perl, .cpy, .tmp, .ini, .com, .sys, .hlp, .tsf, .isu, .dll, .ctl, .dir, .cnv, .reg, .TLB, .gif, .htm, .asp, .scc, .swt, .dob, .vbp, .vbd, .frm, .ptf, .sql, .sun, .nls, .ttf, .inf, .cur, .dyn, .class, .java, empty folders | | | |

ATL/1105073.3 Highly Confidential

| Tape/Group | Label | Server | Data Size | File Info |
|---|---|---|---|---|
| 13 (22 tapes) | PL-EDD00013 GRP: TD3 (MGMT02) MGMT02 TD-3 12.5.99 | Unknown | 10,340 MB | 31,928 files |
| | .exe, .BAT, .DAT, .log, .OUT, .SR , .PAT, .FLAG, .AWK | | | |
| 14 (16 tapes) | PL-EDD00014 GRP: TD3 12.3.99 FRI-TD3 | Unknown | 3,755 MB | 834 files |
| | .exe, .BAT, .DAT, .log, .OUT, .SR, .PAT, .FLAG, .AWK | | | |
| 15 (5 tapes) | PL-EDD00015 GRP: XCH AS-05-1 MON-XCH | Blaster Scream And Starscream | 52,575 MB | 824 files |
| | .PST- emails; Appears it may contain responsive documents. | | | |
| 16 (8 tapes) | PL-EDD00016 GRP:XCH XC | PWC-FLSRV-01 | 963 MB | 1,892 files |
| | .BAT, .INI, .exe, .dll, .bmp, .cfg, .sys, .log, .BAT, .com, .sav, .CHS, .PTB, .VSC, .LST, .ISU, .DIZ, .txt, .HLP, .AVI, .cab, .hdr, .lid, .prf, .SD2, .INF, .MSI, .SS, .dll, .CHM, .GIF, .OCX, .LEX, .REG, .tlb, .INC, .AW, .MPT, .ASP, .htm, .bmp, empty folders | | | |
| (1 tape) | AS-03 | | | |
| | Only 1 tape did not process this group | | | |
| (7 tapes) | Miscellaneous | | | |
| | 4 w/ labels  3 w/out labels did not process this group | | | |

*Tape 17 and Tape 18 are additional samples from group 2 and group 6 sent to vendor for processing after the initial tapes selected from the two groups were processed and found to contain no data.

| Tape 17 group 2 (same group as above) | PL-EDD00002 GRP:AS02 (MAYBE) FRIDAY SN: 10000008 | | .62 MB | 21 files |
|---|---|---|---|---|
| | .exe, .dll, .log | | | |
| Tape 18 group 6 (same as above) | PL-EDD00006 GRP: AS-02-MEG AS-02 MEG SQ6 9-15 | | 34.7 MB | 233,540 files |

ATL/1105073.3

Highly Confidential

|  | .dll, .bak, .olf, .exe, .dat, .err, .lrm, .cnt, .isp, .frm, .icn, .gng, .tt, .bin, .edx, .dbf, .isu, .dun, .iss, .hlp, .evt, .GID, .ini, .sys, .cfg, .cli, .inf, .ocx, .tlr, .gif, .jpg, .htm, .bmp, .REG, .inc, .tlb, .DSK, .cab, .PPD, .cpt, .nml, .ip, .SPX, .mva, .DL_, .LST, .EMU, .NL_, PDF, .exl, .doc; Appears it may contain responsive documents. |

ATL/1105073.3

Highly Confidential