## Jeanne E. Irving

**From:** Mullis, Carl W. [carlmullis@paulhastings.com]
**Sent:** Thursday, July 27, 2006 8:12 AM
**To:** gjohnson@scott-scott.com
**Cc:** Jeanne E. Irving; Maines, J. Allen
**Subject:** Webhouse backup tapes---Priceline securities litigation

Geoff, As you requested, this is to confirm that I informed you and Jeanne Irving yesterday that I had just determined that we inadvertently had backup tapes from Groups 3 and 16 restored to a native file format instead of having backup tapes from Groups 4 and 6 restored to native file format. We sent ten tapes from Groups 3 and 16 to ADI to be restored, and they were able to restore eight of the tapes. An electronic version of the catalogues for these eight restored tapes were forwarded to Peter McDougall on May 8. 2006. Although nine tapes in Groups 4 and 6 have not been restored to native file format, catalogues of these nine tapes have been created and forwarded to you. The catalogues for these nine tapes in Groups 4 and 6 are numbered as follows:

TOG 0021
TOG 0022
TOG 0023
TOG 0024
TOG 0025
TOG 0026
TOG 0027
TOG 0028
TOG 0029

I apologize for any inconvenience that our error may have caused you.

Carl

---

**Carl W. Mullis, III, Attorney** | Paul, Hastings, Janofsky & Walker LLP | 600 Peachtree Street, N.E., Suite 2400, Atlanta, GA 30308 | direct: 404 815 2225 | main: 404 815 2400| carlmullis@paulhastings.com| www.paulhastings.com

****************************************************************
IRS Circular 230 Disclosure:    As required by U.S. Treasury Regulations governing t
****************************************************************

This message is sent by a law firm and may contain information that is privileged or

For additional information, please visit our website at www.paulhastings.com.

7/27/2006