## Shawna L. Ballard

| | |
|---|---|
| **From:** | Jeanne E. Irving |
| **Sent:** | Wednesday, July 26, 2006 6:20 PM |
| **To:** | Geoff Johnson |
| **Cc:** | Shawna L. Ballard |
| **Subject:** | Subject of Motion to Compel |

Geoff,

This email will confirm that, on the telephone today, you told us that plaintiffs maintain that the 17 tapes that are the subject of plaintiffs' motion to compel are those in groups 5, 15, 4 and 6.

Jeanne Irving

1