UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | :<br>:<br>: |
| This document relates to: | :    MASTER FILE NO.<br>:    3:00cv01884 (AVC) |
| ALL ACTIONS | :<br>:    July 25, 2006<br>:<br>: |

## MOTION FOR ADMISSION OF EBEN F. DUVAL TO APPEAR AS A VISITING LAWYER

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of EBEN F. DUVAL of Johnson & Perkinson, 1690 Williston Road, P.O. Box 2305, South Burlington, VT 05403, to appear as a visiting lawyer, *pro hac* vice, on behalf of Lead Plaintiffs, Illiana Ilieva, Mark Weiss, Marilyn D. Egel and Joseph Wilenkin and practice before this Court in the above-entitled and numbered action.

Attorney Duval is in good standing of the Bar of Vermont. Attorney Duval has not been denied admission to or disciplined by this court or any other court. Please see the attached Affidavit of EBEN F. DUVAL.

Dated: July 27, 2006

Respectfully submitted,

*Erin Green Comite*

SCOTT + SCOTT, LLC
David R. Scott ct16080
Erin Comite ct24886
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Telephone: (440) 247-8200
Facsimile: (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**Co-Lead Counsel**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 27, 2006 a true copy of the foregoing was served by First Class Mail on the Counsel of Record on the attached Service List

*Erin Green Comite*
Erin Green Comite

## SERVICE LIST

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Jeanne E. Irving
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Joseph L. Clasen
William Kelleher
Robinson and Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Robert Simonds
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Terrence J. Gallagher, III
Thomas D. Goldberg
Day, Berry & Howard, LLP
One Caterbury Green
Stamford, CT 06901