UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | :<br>:<br>: |
| This document relates to:<br><br>ALL ACTIONS | : MASTER FILE NO.<br>: 3:00cv01884 (AVC)<br>:<br>: July 25, 2006 |

## AFFIDAVIT OF EBEN F. DUVAL IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR AS A VISITING LAWYER

1. I am an attorney in good standing and have been admitted to the Bar of the State of Vermont (admitted on November 8, 2005). I have never been reprimanded, suspended from the practice of law, placed on inactive status or disbarred. I have no grievances pending against me, nor have I ever resigned from the practice of law.

2. In 1995, I received a Bachelor of Science degree from Siena College in Loudonville, New York. In 2005, I received a Juris Doctor degree from Vermont Law School in South Royalton, Vermont.

3. Since June 2, 2006, I have been an associate at the law firm of Johnson & Perkinson where my practice focuses on the litigation of class action matters prosecuted under the federal securities laws and consumer protection laws, as well as litigation of individual actions alleging violations of state securities and consumer fraud laws.

1

My address is as follows:

EBEN F. DUVAL
Johnson & Perkinson
1690 Williston Road
P.O. Box 2307
South Burlington, VT 05407
Telephone: 802-862-0030
Facsimile: 802-862-0060
Email: eduval@jpclasslaw.com

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5. I hereby consent to be subject to the jurisdiction of the rules of the United States District Court for the District of Connecticut governing professional conduct.

I declare under penalty of perjury that the above statements are true and correct.

Date: 7/25/06

EBEN F. DUVAL

Subscribed and sworn to before me
this 25th day of July, 2006

James F. Conway, III
Notary Public

My Commission Expires
February 10, 2007