# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

IN RE: PRICELINE.COM, INC.
SECURITIES LITIGATION

CASE NUMBER: 3:00CV01884 (AVC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Lead Plaintiffs, Leisinger Pension Fund, Iliana Ilieva, Mark Weiss, Marilyn D. Egel and Joseph Wilenkin

_____8/2/06_____
Date

_____phv01190_____
Connecticut Federal Bar Number

_____(860) 537-5537_____
Telephone Number

_____(860) 537-4432_____
Fax Number

_____mvjackowski@scott-scott.com_____
E-mail address

_____[signature]_____
Signature

_____Mark V. Jackowski_____
Print Clearly or Type Name

_____108 Norwich Ave., P.O. Box 192_____
Address

_____Colchester, CT 06415_____

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached

_____[signature]_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## Certificate of Service

I hereby certify that on August 4, 2006, a copy of the foregoing Appearance of Mark V. Jackowski, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Mark V. Jackowski (phv 01190)
David R. Scott (CT 16080)
Erin Green Comite (CT 24886)
Scott + Scott LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415
P: (860) 537-5537
F: (860) 537-4432
drscott@scott-scott.com
ecomite@scott-scott.com