UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION : : : : _____ : : This document relates to: : : ALL ACTIONS : | MASTER FILE NO. 3:00CV01884(AVC) August 7, 2006 |

DECLARATION OF ERIN GREEN COMITE IN
SUPPORT OF PLAINTIFFS' SURREPLY

| | |
|---|---|
| **SCOTT + SCOTT, LLC**<br>David R. Scott<br>Geoffrey M. Johnson<br>Erin Green Comite<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br><br>**Co-Lead Counsel** | **JOHNSON & PERKINSON**<br>Dennis J. Johnson<br>Jacob B. Perkinson<br>1690 Williston Road<br>P.O. Box 2305<br>South Burlington, VT 05403<br><br>**Co-Lead Counsel** |

## **DECLARATION**

I, Erin Green Comite, declare the following based on personal knowledge:

1. I am an attorney at Scott + Scott, LLC and am one of the attorneys representing the lead plaintiffs and the class representatives in this action. I make this declaration in support of Plaintiffs' Surreply In Opposition To The Priceline Defendants' Cross-Motion For A Protective Order And In Further Support Of Plaintiffs' Fourth Motion To Compel.

2. Attached to this Declaration is a true and correct copy of the following:

Exhibit A:    The Priceline Defendants' July 26, 2006 Letter To The Court.

Exhibit B:    The Priceline Defendants' August 3, 2006 Letter To The Court.

Exhibit C:    Plaintiffs' August 11, 2005 Motion to Compel.

Exhibit D:    The Court's December 8, 2005 Order On The Privilege Log.

Exhibit E:    Plaintiffs' March 30, 2006 Motion to Compel.

Exhibit F:    The Court's April 6, 2005 Order.

Exhibit G:    The Court's June 7, 2005 Order.

Exhibit H:    The Court's November 23, 2005 Order.

Exhibit I:    The Court's December 8, 2005 Order On Electronic Discovery.

Exhibit J:    The Court's June 9, 2006 Order.

Exhibit K:    The Court's November 2, 2004 Scheduling Order.

3. I declare that the foregoing is true and correct to the best of my knowledge.

                                                                                 */s/ Erin Green Comite*  
                                                                                 Erin Green Comite

                                                                                 Declared under penalty of perjury on  
                                                                                 August 3, 2006 in Colchester, Connecticut.

## CERTIFICATE OF SERVICE

    I hereby certify that on August 7, 2006, a copy of the foregoing DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' SURREPLY was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

                                                */s/ Erin Green Comite*
                                                David R. Scott (ct16080)
                                                Geoffrey M. Johnson
                                                Erin Green Comite (ct24886)
                                                108 Norwich Avenue
                                                P.O. Box 192
                                                Colchester, CT  06415
                                                Telephone: (860) 537-5537
                                                Facsimile: (860) 537-4432
                                                drscott@scott-scott.com
                                                ecomite@scott-scott.com