# EXHIBIT A

# ROBINSON & COLE LLP

WILLIAM J. KELLEHER, III

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
wkelleher@rc.com
Direct (203) 462-7514

Also admitted in New York

*Via Hand Delivery*

July 26, 2006

Honorable Alfred V. Covello
United States District Court
 for the District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re: **In Re: Priceline.com Securities Litigation**
 **3:00 CV 1884 (AVC)**

Dear Judge Covello:

We represent defendants priceline.com Inc., N. J. Nicholas, Daniel H. Schulman and Richard S. Braddock in the above-referenced case.

In accordance with the Court's June 9, 2006 Order, we are herewith delivering to Your Honor's Chambers the privilege logs and the underlying documents that are still in dispute with respect to the outstanding discovery motions in this case. In addition, for the Court's convenience and ease of reference, we have included a list of the documents still in dispute (by volume of privilege log) and a list of some documents that we have decided to produce to the plaintiffs such that they are no longer in dispute (also by volume of privilege log). The lists also contain a few clarifications on the log entries and on any documents we have decided to produce, as needed.

We thank the Court for its attention to this matter. Please contact me if there are any questions about this case.

Respectfully submitted,

William J. Kelleher, III

Enclosures (2 Boxes)
WJK/ta

STAM1-816838-1

*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA
www.rc.com

# ROBINSON & COLE LLP

Honorable Alfred V. Covello
July 26, 2006
Page 2

cc: (w/o enclosed logs and documents; w/ enclosed lists)

    Joseph L. Clasen, Esq.

    David R. Scott, Esq. (via Federal Express)
    Erin Green Comite, Esq.
    Scott & Scott, LLC
    108 Norwich Avenue
    P.O. Box 192
    Colchester, CT 06415

    Daniel Slifkin, Esq. (via Federal Express)
    Robert K. Simonds, Esq.
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019

    Thomas D. Goldberg, Esq. (via Federal Express)
    Terence J. Gallagher, Esq.
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT 06901

    Jeanne E. Irving, Esq. (via Federal Express)
    J. Michael Hennigan, Esq.
    Bruce Bennett, Esq.
    Shawna L. Ballard, Esq.
    Hennigan, Bennett & Dorman LLP
    865 South Figueroa Street, Suite 2900
    Los Angeles, CA 90017

    Andrew M. Schatz, Esq. (via Federal Express)
    Jeffrey Nobel, Esq.
    Schatz & Nobel, PC
    One Corporate Center
    20 Church Street, Suite 1700
    Hartford, CT 06103



# ROBINSON & COLE LLP

Honorable Alfred V. Covello
July 26, 2006
Page 3

        Dennis Johnson, Esq. (via Federal Express)
        Jake Perkinson, Esq.
        Johnson & Perkinson
        1690 Williston Road
        P.O. Box 2305
        South Burlington, VT 05403

        Jules Brody, Esq. (via Federal Express)
        Aaron Brody, Esq.
        Stull Stull & Brody
        6 East 45th Street
        New York, NY 10017



<u>In re: Priceline.com Securities Litigation</u>, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 1 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 8 | 10 |
| 11 | 27 |
| 13 | 34 |
| 14 | 49 |
| 15 | 77 |
| 16 | 78 |
| 17 | 87 |
| 18 | 100 |
| 22 | 102 |
| 33 | 105 |
| 51 | 106 |
| 58 | 108 |
| 75 | 120 |
| 76 | 123 |
| 89 | 125 |
| 91 | 126 |
| 92 | 134 |
| 98 | 135 |
| 99 | 136 |
| 104 | 137 |
| 107 | 138 |
| 111 | 139 |
| 114 | 148 |
| 118 | 158 |
| 129 | 167 |
| 130 | 174 |
| 133 | 175 |
| 142 | 177 |
| 143 | 178 |
| 144 | 185 |
| 147 | 186 |
| 155 | 208 |
| 163 | 256 |
| 166 | 320 |
| 168 | |
| 171 | |
| 172 | |
| 173 | |
| 179 | |
| 180 | |

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 2 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 2 | 7 |
| 10 | 29 |
| 11 | 67 |
| 12 | 69 |
| 13 | 93 |
| 15 | 99 |
| 16 | 101 |
| 26 | 105 |
| 27 | 123 |
| 31 | 129 |
| 44 | 137 |
| 46 | 157 |
| 60 | 215 |
| 66 | 218 |
| 79 | 219 |
| 91 | 227 |
| 95 | 235 |
| 108 | 246 |
| 109 | 254 |
| 110 | 256 |
| 112 | 266 |
| 113 | 271 |
| 114 | 273 |
| 115 | 275 |
| 116 | 277 |
| 117 | 278 |
| 118 | 297 |
| 120 | 298 |
| 126 | 316 |
| 128 | 318 |
| 136 | 350 |
| 139 | 351 |
| 146 | 352 |
| 160 | 361 |
| 169 | 368 |
| 170 | 370 |
| 171 | 373 |
| 173 | 381 |
| 174 | 382 |
| 177 | 384 |

STAM1-816760-1

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 2 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 178 – Draft agreement dated 7/16/99, authorized by Priceline Legal Department to Priceline.com, Inc. re: Draft participation Warranty Agreements with attorney comments/analysis. | 394 |
| 179 | 395 |
| 180 | 401 |
| 181 | 409 |
| 188 | 413 |
| 208 | 414 |
| 213 | 417 |
| 216 | 427 |
| 229 | 429 |
| 230 | 431 |
| 231 | 432 |
| 238 | 438 |
| 239 | 443 |
| 240 | 444 |
| 241 | 445 |
| 242 | 446 |
| 243 | 447 |
| 247 | 448 |
| 251 | 449 |
| 252 | 450 |
| 253 | 451 |
| 255 | 452 |
| 269 | 453 |
| 270 | 457 |
| 279 | 464 |
| 282 | 465 |
| 283 | 466 |
| 285 | 467 |
| 293 | 470 |
| 294 | 471 |
| 295 | 474 |
| 296 | 478 |
| 299 | 480 |
| 303 | 481 |
| 304 | 496 |
| 305 | 499 |
| 321 | 500 |

<u>In re: Priceline.com Securities Litigation</u>, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 2 ||
|---|---|
| **DOCUMENTS IN DISPUTE** | **DOCUMENTS NO LONGER IN DISPUTE** |
| 322 | 508 |
| 324 | 518 |
| 335 | 519 |
| 349 | 524 |
| 353 | 525 |
| 359 | 527 |
| 367 | 530 |
| 374 | 537 |
| 378 | 538 |
| 379 | 550 |
| 380 | 560 |
| 383 | 564 |
| 385 | 567 |
| 386 | 574 |
| 387 | 575 |
| 388 | 581 |
| 389 | 584 |
| 390 | 589 |
| 392 | 597 |
| 396 | 624 |
| 399 | 640 |
| 400 | 642 |
| 403 | 643 |
| 407 | 644 |
| 410 | 655 |
| 411 | 660 |
| 412 | 664 |
| 416 | 666 |
| 418 | 676 |
| 420 | 685 |
| 421 | 694 |
| 422 | 706 |
| 423 | 713 |
| 426 | 715 |
| 428 | |
| 430 | |
| 433 | |
| 434 | |
| 435 | |
| 436 | |
| 437 | |

<u>In re: Priceline.com Securities Litigation</u>, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 2 ||
|---|---|
| **DOCUMENTS IN DISPUTE** | **DOCUMENTS NO LONGER IN DISPUTE** |
| 440 | |
| 441 | |
| 442 | |
| 454 | |
| 455 | |
| 456 | |
| 458 | |
| 459 | |
| 460 | |
| 461 | |
| 462 | |
| 463 | |
| 468 | |
| 469 | |
| 475 | |
| 476 | |
| 477 | |
| 479 | |
| 483 | |
| 484 | |
| 485 | |
| 486 | |
| 489 | |
| 490 | |
| 491 | |
| 492 | |
| 493 | |
| 494 | |
| 495 | |
| 497 | |
| 498 | |
| 501 | |
| 502 | |
| 503 | |
| 505 | |
| 506 | |
| 507 | |
| 509 | |
| 510 | |
| 511 | |
| 517 | |

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 2 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 523 | |
| 539 | |
| 541 | |
| 556 | |
| 565 | |
| 571 | |
| 573 | |
| 576 | |
| 580 | |
| 582 | |
| 583 | |
| 588 | |
| 590 | |
| 596 – Inadvertently logged: outside the relevant date | |
| 598 | |
| 601 | |
| 603 | |
| 604 | |
| 605 | |
| 606 | |
| 607 | |
| 608 | |
| 610 | |
| 611 | |
| 615 | |
| 616 | |
| 617 | |
| 618 | |
| 619 | |
| 626 | |
| 631 | |
| 638 | |
| 639 | |
| 645 | |
| 647 | |
| 648 | |
| 649 | |
| 650 | |
| 652 | |
| 656 | |

<u>In re: Priceline.com Securities Litigation</u>, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 2 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 657 | |
| 661 | |
| 665 | |
| 669 | |
| 671 | |
| 672 | |
| 673 – The attached document has been produced. | |
| 674 | |
| 675 | |
| 677 | |
| 678 | |
| 679 | |
| 680 | |
| 681 | |
| 682 | |
| 683 | |
| 692 | |
| 710 | |
| 711 | |
| 712 | |
| 716 | |
| 717 | |

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 3 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 2 | 1 |
| 5 | 3 |
| 6 | 15 |
| 7 | 22 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 – This document is an email. | |
| 23 | |

<u>In re: Priceline.com Securities Litigation</u>, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 3 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 2 | 1 |
| 5 | 3 |
| 6 | 15 |
| 7 | 22 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 – This document is an email. | |
| 23 | |

<u>In re: Priceline.com Securities Litigation</u>, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 4 | |
|---|---|
| **Documents In Dispute** | **Documents No Longer In Dispute** |
| 1 | 3 |
| 2 | 4 |
| 10 | 5 |
| 12 | 8 |
| 17 | 11 |
| 18 | 28 |
| 19 | 33 |
| 20 | 37 |
| 21 | 43 |
| 22 | 50 |
| 23 | 52 |
| 29 | 53 |
| 30 | 54 |
| 31 | 55 |
| 32 | 56 |
| 34 | 57 |
| 36 | 58 |
| 38 | 60 |
| 40 | 62 |
| 41 | 63 |
| 42 | 68 |
| 44 | 69 |
| 45 | 70 |
| 46 | 71 |
| 47 | 72 |
| 51 | 73 |
| 59 | 74 |
| 61 | 85 |
| 65 | 93 |
| 66 | 97 |
| 67 | 100 |
| 75 | 101 |
| 76 | 108 |
| 77 | 113 |
| 78 | 116 |
| 80 | 117 |
| 81 | 128 |
| 86 | 134 |
| 87 | |
| 94 | |