<u>In re: Priceline.com Securities Litigation</u>, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 4 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 95 | |
| 96 | |
| 98 | |
| 99 | |
| 102 | |
| 103 | |
| 104 | |
| 105 | |
| 109 | |
| 110 | |
| 114 | |
| 115 | |
| 121 | |
| 122 | |
| 123 | |
| 124 | |
| 125 | |
| 126 – The attachment has been produced. | |
| 127 | |
| 129 | |
| 130 | |
| 131 | |
| 132 | |
| 133 | |
| 135 | |
| 136 | |

<u>In re: Priceline.com Securities Litigation</u>, 3:00 CV 1884 (AVC)

## PRIVILEGE LOG – VOLUME 5

| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
|---|---|
| 2 | 1 |
| 3 | 4 |
| 6 | 5 |
| 7 | 17 |
| 8 | 18 |
| 9 | 19 |
| 10 | 22 |
| 11 | 26 |
| 12 | 27 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 23 | |
| 24 – Emails with attachment dated 12/7/00 from Seideman, Evan, Esq. to Fogel, Glenn; Dale, Phil; Lutz, Lisa; Abowitz, Andy; Rose, Ron re: revised term sheet with Jeffrey Boyd's comments. | |
| 25 | |

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 6 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 1 | 3 |
| 2 | 7 |
| 4 | 9 |
| 5 | 10 |
| 6 | 11 |
| 8 | 12 |
| 13 | 22 |
| 14 | 26 |
| 15 | 32 |
| 16 | 37 |
| 17 | 66 |
| 18 | 69 |
| 19 | 73 |
| 20 | 80 |
| 21 | 81 |
| 23 | 82 |
| 24 | 85 |
| 25 | 86 |
| 27 | 87 |
| 28 | 99 |
| 29 | 101 |
| 30 | 106 |
| 31 | 107 |
| 33 | 112 |
| 34 | 116 |
| 35 | 117 |
| 36 | 119 |
| 38 | 122 |
| 39 | 129 |
| 40 | 140 |
| 41 | 152 |
| 42 | 155 |
| 43 | 157 |
| 44 | 170 |
| 45 | 181 |
| 46 | 183 |
| 47 | 187 |
| 48 | 190 |
| 49 | 192 |
| 50 | 194 |

STAM1-816771-1

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

## PRIVILEGE LOG – VOLUME 6

| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
|---|---|
| 51 | 200 |
| 52 | 204 |
| 53 | 205 |
| 54 | 206 |
| 55 | 207 |
| 56 | 208 |
| 57 | 212 |
| 58 | 215 |
| 59 | 221 |
| 60 | 227 |
| 61 | 236 |
| 62 | 237 |
| 63 | 238 |
| 64 | 239 |
| 65 | 240 |
| 67 | 242 |
| 68 | 244 |
| 70 | 245 |
| 71 | 246 |
| 72 | |
| 74 | |
| 75 | |
| 76 | |
| 77 | |
| 78 | |
| 79 | |
| 83 | |
| 84 | |
| 88 | |
| 89 | |
| 90 | |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | |
| 97 | |
| 98 | |
| 100 | |

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 6 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 102 | |
| 103 | |
| 104 | |
| 105 | |
| 108 | |
| 109 | |
| 110 | |
| 111 | |
| 113 | |
| 114 | |
| 115 | |
| 118 | |
| 120 | |
| 121 | |
| 123 | |
| 124 | |
| 125 | |
| 126 | |
| 127 | |
| 128 | |
| 130 | |
| 131 | |
| 132 | |
| 133 | |
| 134 | |
| 135 | |
| 136 | |
| 137 | |
| 138 | |
| 139 | |
| 141 | |
| 142 | |
| 143 | |
| 144 | |
| 145 | |
| 146 | |
| 147 | |
| 148 | |
| 149 | |
| 150 | |

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 6 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 151 | |
| 153 | |
| 154 | |
| 156 | |
| 158 | |
| 159 | |
| 160 | |
| 161 | |
| 162 | |
| 163 | |
| 164 | |
| 165 | |
| 166 | |
| 167 | |
| 168 | |
| 169 | |
| 171 | |
| 172 | |
| 173 | |
| 174 | |
| 175 | |
| 176 | |
| 177 | |
| 178 | |
| 179 | |
| 180 | |
| 182 | |
| 184 | |
| 185 | |
| 186 | |
| 188 | |
| 189 | |
| 191 | |
| 193 | |
| 195 | |
| 196 | |
| 197 | |
| 198 | |
| 199 | |
| 201 | |

<u>In re: Priceline.com Securities Litigation</u>, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 6 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 202 | |
| 203 | |
| 209 | |
| 210 | |
| 211 | |
| 213 | |
| 214 | |
| 216 | |
| 217 | |
| 218 | |
| 219 | |
| 220 | |
| 222 | |
| 223 | |
| 224 | |
| 225 | |
| 226 | |
| 228 | |
| 229 | |
| 230 | |
| 231 | |
| 232 | |
| 233 | |
| 234 | |
| 235 | |
| 241 | |
| 243 | |
| 247 | |
| 248 | |

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (DJS)

| PRIVILEGE LOG – VOLUME 7 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 1 | 5 |
| 2 | 6 |
| 3 | 12 |
| 7 | 14 |
| 8 | 17 |
| 9 | 19 |
| 10 | 20 |
| 11 | 22 |
| 13 | 23 |
| 15 | 30 |
| 16 | 37 |
| 18 | 41 |
| 21 | 42 |
| 24 | 43 |
| 25 | 44 |
| 26 | 49 |
| 27 | 52 |
| 31 | 53 |
| 34 | 54 |
| 36 | 60 |
| 38 | 63 |
| 39 | 65 |
| 40 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 50 | |
| 51 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 61 | |
| 62 | |
| 64 | |
| 66 | |
| 67 | |
| 68 | |

STAM1-816767-1

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 8 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 2 | 4 |
| 3 | 5 |
| 6 | 11 |
| 7 | 14 |
| 8 | |
| 9 | |
| 10 | |

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 9 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 9 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |
| 74 | |
| 75 | |
| 76 | |
| 78 | |
| 79 | |
| 80 | |
| 81 | |
| 82 | |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | |
| 88 | |
| 89 | |

In re: Priceline.com Securities Litigation, 3:00 CV 1884 (AVC)

| PRIVILEGE LOG – VOLUME 9 ||
|---|---|
| DOCUMENTS IN DISPUTE | DOCUMENTS NO LONGER IN DISPUTE |
| 90 | |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | |
| 97 | |