# **EXHIBIT B**

# ROBINSON & COLE LLP

WILLIAM J. KELLEHER, III

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
wkelleher@rc.com
Direct (203) 462-7514

Also admitted in New York

**VIA FEDERAL EXPRESS**

August 3, 2006

Honorable Alfred V. Covello
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Re:  **In Re: Priceline.com Securities Litigation**
     **3:00CV01884 (DJS)**

Dear Judge Covello:

We represent defendants priceline.com Inc., N. J. Nicholas, Daniel H. Schulman and Richard S. Braddock in the above-referenced case.

With respect to our July 26th submission to the Court, enclosed please find a Revised List of Documents in Dispute and Documents No Longer in Dispute for Privilege Log, Volume 2. The Revised List simply notes some clarifications with respect to Document Nos. 643, 660, 664 and 676 on Privilege Log, Volume 2. We have already provided this Revised List to plaintiffs' counsel and are copying them on this correspondence as well.

Please discard the prior version of the List for Privilege Log, Volume 2 that we delivered to Your Honor on July 26th with the other materials concerning the privileged documents and use this Revised List.

Kindly feel free to contact me if there are any questions about this matter.

Respectfully submitted,

William J. Kelleher, III

*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

STAM1-817454-1

*www.rc.com*

# ROBINSON & COLE LLP

Honorable Alfred V. Covello
August 3, 2006
Page 2

Enclosure
WJK/ta

cc:     (without enclosure, unless otherwise noted)

    David R. Scott, Esq. (via Federal Express)
    Erin Green Comite, Esq.
    Scott & Scott, LLC
    108 Norwich Avenue
    P.O. Box 192
    Colchester, CT  06415

    Daniel Slifkin, Esq. (via Federal Express w/enclosure)
    Robert K. Simonds, Esq.
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019

    Thomas D. Goldberg, Esq. (via Federal Express)
    Terence J. Gallagher, Esq.
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT 06901

    Jeanne E. Irving, Esq. (via Federal Express)
    J. Michael Hennigan, Esq.
    Bruce Bennett, Esq.
    Shawna L. Ballard, Esq.
    Hennigan, Bennett & Dorman LLP
    865 South Figueroa Street, Suite 2900
    Los Angeles, CA 90017

