# **EXHIBIT C**

DOCUMENT FILED UNDER SEAL

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>:   **MASTER FILE NO.**<br>:   **3:00CV01844(DJS)**<br>:<br>:   **August 11, 2005**<br>:<br>:<br>: |

## PLAINTIFFS' THIRD MOTION TO COMPEL DISCOVERY FROM PRICELINE DEFENDANTS

**SCOTT + SCOTT, LLC**
David R. Scott
Geoffrey M. Johnson
Erin Green Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

**ORAL ARGUMENT REQUESTED**

**DOCUMENT FILED UNDER SEAL**

Plaintiffs, pursuant to Rule 37(a) and (b) of the Federal Rules of Civil Procedure and Local Rules 7 and 37, by and through their counsel, hereby respectfully move this Court for an order:

1. Requiring Defendants Priceline.com, Inc., N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (the "Priceline Defendants") to produce documents responsive to Plaintiffs' First and Second sets of Discovery Requests that have been improperly withheld as attorney-client privileged or attorney work product, as listed below; and

2. Awarding any additional relief that the Court believes is just and proper.

In support of this motion, Plaintiffs submit the accompanying Memorandum of Law in Support of Plaintiffs' Third Motion to Compel Discovery from Priceline Defendants and Declaration of Peter J. McDougall in Support of Plaintiffs' Third Motion to Compel Discovery from Defendants ("McDougall Declaration"). As set forth in the McDougall Declaration, Plaintiffs have conferred in good faith with the Priceline Defendants in an effort to obtain the requested discovery without this Court's intervention, but have been unable to resolve all of the issues.

For all the reasons iterated in Plaintiffs' motion and the accompanying memorandum in support of that motion, Plaintiffs respectfully request that this Court enter an order pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37(a) compelling the Priceline Defendants to produce the following documents that were inappropriately withheld based on attorney-client privilege and/or protection under the work-product doctrine:

1. Documents for which Defendants provided insufficient information on their privilege log, including:

**DOCUMENT FILED UNDER SEAL**

  a. <u>Vol. 1, Docs</u>. 2, 3, 5, 6, 8-26, 28, 29, 31, 32, 48-52, 55, 57, 58, 64, 66, 70, 74, 75, 76, 79, 87, 89, 90-93, 95-100, 101-115, 118, 125-130, 134-137, 138-140, 142-144, 147, 148, 155-162, 163, 165-168, 174, 175, 185, 206, 208, 212, 219, 223, 231, 255, 256, 258, 268, 284, 286, 326-27, 342, 337, 342; and

  b. <u>Vol. 2, Docs.</u> 2, 3, 4, 6, 7, 9, 10, 11, 12, 13, 15, 16, 18, 21, 22, 25, 31, 33, 34, 35, 37, 38, 40, 42, 44, 46, 59, 60, 64, 66, 67-69, 79, 82, 95, 100, 101, 105, 106, 115, 116, 119, 123, 128-132, 138, 139, 140, 144-145, 159, 160, 169, 170, 174, 179-182, 186, 195, 197, 198, 200, 209, 216, 218, 219, 220, 223, 225, 226, 229, 230, 231, 232, 238, 246, 255, 275, 282, 284, 292, 299, 303, 305, 307-313, 317, 318, 320, 321-326, 329, 331, 332, 335-338, 342, 345, 347- 351, 353, 358, 370, 371, 373, 374, 378, 379, 382, 383, 385, 388, 389, 393, 394, 407, 408, 409, 410, 414, 416, 418, 422, 423, 426, 430, 433, 437-444, 446-449, 451, 452-460, 466-467, 474, 477-481, 484-486, 489, 490, 492-502, 506, 507, 509, 510, 548, 550, 553, 560, 562, 563, 576, 579, 580, 584, 588, 590, 591, 593, 594, 596, 604, 616, 617, 618, 626, 638, 643, 648, 652, 655-657, 660, 661, 664-666, 669, 670, 673-675, 685, 692, 703, 704, 708, 709, 714, 716, and 717.

2. Documents sent to or received from third-parties including:

  a. <u>Vol. 1, Docs.</u> 175, 182, 184, 192, 217-220, 233, 237-38, 246, 248, 259, 301, 303, 320, 322, 324, 341, 343-45, 347, 351-52, 354, and 369;

  b. <u>Vol. 2, Docs</u>. 8, 17, 24, 27, 28, 29, 32, 53-56, 61, 70, 71, 74, 83, 84, 85, 86, 87, 88-90, 92-94, 96, 98, 99, 102, 103, 107- 110, 112-114, 117-118,

    120- 122, 125-127, 133-137, 141, 147, 148, 149-158, 161-168, 171-173, 175-178, 187, 188, 203, 208, 210-215, 217, 224, 228, 233-235, 236, 237, 243-245, 247, 249, 250, 251, 252, 253, 254, 256, 257, 258, 260-274, 276-278, 286-288, 291, 300, 302, 304, 306, 315, 319, 327, 330, 333, 339, 341, 343, 344, 346, 352, 357, 359-364, 380, 381, 384, 386, 387, 392, 397-402, 419, 420, 424, 425, 427, 429, 432, 434, 436, 450, 472, 473, 483, 487, 488, 513, 532, 537, 546, 551, 552, 554-557, 559, 564, 571, 573, 577, 578, 581, 583, 592, 598, 599, 601, 602, 605-608, 610, 611, 620, 624, 625, 632, 633, 637, 639, 642, 644-647, 649-651, 653, 654, 658, 659, 662, 663, 667, 668, 671, 672, 678, 678, 682-684, 686-691, 693-702, 705-707, and 715.

3. Documents sent to or received from Priceline "licensees" and/or subsidiaries including:

    a. <u>Vol. 1, Docs</u>. 13, 14, 16-18, 78, 120, 127,133, 134, 156-159, 224, 283, 289, 324, 326-327 and 334-335

    b. <u>Vol. 2, Docs.</u> , 6, 11, 12, 14, 16, 18, 23, 26, 42, 62, 63, 87, 183, 199, 227, 239, 252, 255, 279, 283, 285, 293-298, 316, 354-357, 366, 367, 368, 372, 375-377, 390, 403-405, 411, 413, 417, 428, 431, 435, 461-465, 468-471, 475, 476, 491, 503, 504, 505, 508, 511, 512, 514-518, 521-531, 534, 536, 538, 539, 541, 542, 544, 565, 567, 572, 582, 586, 597, 603, 615, 619, 627, 631, 640, 641, 642, 680, 681, 711, and 713.;

4. Documents drafted and received by non-lawyers including:

    a. <u>Vol., 1 Docs</u>. 2, 12, 27, 33-34, 77-78, 102-103, 120, 134, 167, 177, 223, 266, 329, 350, 355, and;

    b. <u>Vol. 2, Docs</u>, 232, 233, 234, 235, 239, 366, 370, 409, 445, 494, 495, 496, 498, 499, 500, 519, 574, 575, 589, 600, 614, 710 and 712; and

5. Documents withheld as protected under the work-product doctrine for which Plaintiffs have a substantial need including:

    a. <u>Vol. 1, Docs</u>. 4, 14, 16-18, 52, 98, 113, 120, 123-125, 141, 147, 154, 170-173, 177-180, 186, 188, 191-193, 197-198, 204-206, 212, 221-222, 237, 240-241, 255, 312, 333, 335, 338-340, 359; and

    b. <u>Vol. 2, Docs.</u> 13, 16, 26, 27, 46, 47-56, 88-94, 96-99, 101-104, 110. 121-122,136, 141-142, 146-147, 159-60, 166-173, 175-183, 211-213, 217, 231, 238-242, 282, 313-314, 329, 336, 357, 396, 613-615, 619, 634, 637-644, 647-651, 653-656, 658-682 and 714-717.

Dated: August 11, 2005                        Respectfully submitted,

                                                        SCOTT + SCOTT, LLC

                                                        _____
                                                        David R. Scott (ct16080)
                                                        Geoffrey M. Johnson
                                                        Erin Green Comite (ct24886)
                                                        108 Norwich Avenue
                                                        P.O. Box 192
                                                        Colchester, CT 06415
                                                        Telephone: (860) 537-5537
                                                        Facsimile: (860) 537-4432

                                                        JOHNSON & PERKINSON
                                                        Dennis J. Johnson
                                                        Jacob B. Perkinson
                                                        Peter J. McDougall
                                                        1690 Williston Road
                                                        P.O. Box 2305
                                                        South Burlington, VT 05403
                                                        Telephone: (802) 862-0030

**DOCUMENT FILED UNDER SEAL**

    Facsimile: (802) 862-0060

    STULL, STULL & BRODY
    Jules Brody
    Aaron Brody
    6 East 45th St.
    New York, NY 10017
    Telephone: (212) 687-7230
    Facsimile:  (212) 490-2022

    **Co-Lead Counsel**

    SCHATZ & NOBEL
    Andrew M. Schatz
    Jeffrey S. Nobel
    One Corporate Center
    20 Church Street, Suite 1700
    Hartford, CT 06106
    Telephone:  (860) 493-6292
    Facsimile (860) 493-6290

    **Liaison Counsel**

**DOCUMENT FILED UNDER SEAL**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on August 11, 2005, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

							  _____
							           Erin Green Comite

**DOCUMENT FILED UNDER SEAL**

**SERVICE LIST**

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901