# **EXHIBIT E**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br>_____<br><br>This document relates to:<br><br>    ALL ACTIONS | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     MASTER FILE NO.<br>    3:00CV01884(DJS)<br><br>    March 30, 2006 |

**PLAINTIFFS' FOURTH MOTION TO COMPEL DISCOVERY
FROM DEFENDANTS**

 

**SCOTT + SCOTT, LLC**
David R. Scott
Geoffrey M. Johnson
Erin Green Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

1

NOWCOME Plaintiffs, pursuant to Rule 37(a) and (b) of the Federal Rules of Civil Procedure and Local Rules 7 and 37, by and through they counsel, hereby respectfully move this Court for an order requiring Defendants Priceline.com, Inc., N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock (the "Priceline Defendants") providing that:

1. The Priceline Defendants to produce documents responsive to Plaintiffs' First and Second sets of Discovery Requests that have been improperly withheld as attorney-client privileged or attorney work product, as listed below; and

2. Awarding any additional relief that the Court believes is just and proper.

In support of this motion, Plaintiffs submit the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Compel Discovery from Defendants and Declaration of Peter J. McDougall in Support of Plaintiffs' Fourth Motion to Compel Discovery from Defendants. As set forth in the McDougall Declaration, Plaintiffs have conferred in good faith with Defendants in an effort to obtain the requested discovery without this Court's intervention, but have been unable to resolve all of the issues.

For all the reasons iterated in Plaintiffs' Motion and the accompanying Memorandum in Support of that Motion, Plaintiffs respectfully request that this Court enter an order pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37(a) compelling Defendants to produce the following documents that were inappropriately withheld based on attorney-client privilege and/or protection under the work-product doctrine:

1. Documents for which Defendants provided insufficient information on their privilege log, including:

    a. <u>Vol. 1, Docs.</u>- 8, 10, 11, 13, 14, 15, 16, 17, 18, 22, 27, 33, 34, 49, 51, 58, 75, 76, 77, 78, 87, 89, 91, 92, 98, 99, 100, 102, 104, 105, 106, 107, 108, 111, 114, 118, 120, 123, 125, 126, 129, 130, 133, 134, 135, 136, 137, 138, 139, 142, 143, 144, 147, 148, 155, 158, 163, 166, 167, 168, 171, 172, 173, 174, 175, 177, 178, 179, 180, 185, 186, 206, 208, 212, 220, 221, 222, 223, 231, 233, 237, 240, 240, 255, 256, 259, 266, 303, 320, 338, 340, 347, 352, 354;

    b. <u>Vol. 2, Docs.</u>- 2, 7, 10, 11, 12, 13, 14, 15, 16, 26, 27, 29, 31, 44, 60, 66, 67, 69, 79, 91, 93, 95, 99, 101, 105, 108, 109, 110, 112, 113, 114, 115, 116, 117, 118, 120, 123, 126, 128, 129, 136, 137, 139, 146, 157, 169, 170, 171, 174, 177, 178, 179, 180, 181, 188, 208, 213, 215, 216, 218, 219, 227, 229, 230, 231, 235, 239, 240, 241 243, 246, 247, 251, 252, 253, 254, 255, 256, 266, 269, 270, 271, 273, 275, 277, 278, 279, 282, 283, 285, 293, 294, 295, 296, 297, 298, 299, 304, 305, 316, 318, 321, 322, 324, 335, 349, 350, 351, 352, 353, 359, 361, 367, 368, 370, 373, 374, 378, 379, 380, 381, 382, 383, 384, 385, 386, 387, 388, 389, 390, 392, 396, 394, 395, 396, 399, 400, 401, 403, 407, 409, 410, 411, 412, 413, 414, 416, 417, 418, 420, 421, 422, 423, 426, 427, 428, 429, 430, 431, 432, 433, 434, 435, 437, 438, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 452, 453, 454, 455, 456, 457, 458, 459,

        460, 461, 462, 463, 464, 465, 466, 467, 468, 469, 470, 471, 474, 475, 476, 477, 478,479, 480, 483, 484, 485, 486, 489, 490, 491, 492, 493, 494, 495, 496, 497, 498, 499, 500, 501, 502, 503, 505, 506, 507, 508, 509, 510, 511, 517, 518, 519, 523, 524, 525, 530, 537, 538, 539, 541, 556, 560, 565, 567, 571, 573, 574, 580, 581, 583, 588, 589, 590, 596, 597, 598, 601, 603, 605, 606, 607, 608, 610, 611, 615, 616, 617, 618, 619, 624, 626, 631, 639, 642, 643, 644, 645, 648, 649, 650, 652, 655, 656, 660, 661, 666, 669, 672, 673, 674, 675, 676, 677, 678, 679, 680, 681, 682, 683, 685, 692, 694, 706, 710, 711, 712, 713, 715, 716, 717;

   c. <u>Vol. 3, Docs.-</u>1, 2, 3, 4,  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 22, 23;

   d. <u>Vol. 4, Docs.-</u>1, 2, 3, 4, 5, 8, 10, 11, 12, 17, 18, 19, 20, 21, 22, 23, 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, 40, 41, 42-47,50, 51, 52-63, 65-78, 80, 81, 85-87, 93-105, 108-110, 113-117,121-136;

   e. <u>Vol 5, Docs.-</u>1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22, 23, 24, 25, 26, 27, 28;

   f. <u>Vol 6, Docs.-</u>1-248;

   g. <u>Vol. 7 Docs.-</u>1-3, 5-27,30-31, 34, 36-68;

   h. <u>Vol. 8 Docs.-</u>2-11, 14; and

   i. <u>Vol. 9 Docs.-</u>1-8, 15-21, 23-43, 45-76, 78-97.

2. Documents in which non-legal or business advice is provided:

   a. <u>Vol. 1, Docs.-</u> 8, 10, 11, 13, 22, 27, 33, 34, 49, 51, 75, 76, 77, 78, 87, 89, 91, 100, 102, 104, 105, 105, 107, 108, 111, 114, 118, 120,

4

      123, 125, 1216, 129, 130, 133, 134, 135, 136, 137, 138, 139, 142, 143, 144, 148, 155, 158, 163, 166, 167, 168, 171, 172, 173, 174, 175, 177, 178, 179, 180, 185, 206, 208, 212, 221, 231, 233, 237, 256, 303, 352, 354;

b. <u>Vol. 2, Docs.-</u> 2, 7, 10, 11, 12, 13, 14, 16, 26, 27, 29, 31, 44, 60, 66, 67, 69, 79, 91, 93, 95, 99, 101, 105, 108, 109, 110, 113, 115, 116, 117, 118, 120, 123, 126, 128, 136, 139, 146, 157, 169, 170, 171, 173, 174, 177, 178, 188, 208, 213, 215, 216, 218, 219, 227, 229, 230, 231, 235, 238, 241, 242, 243, 246, 251, 252, 254, 255, 256, 266, 269, 270, 271, 273, 275, 277, 278, 279, 282, 283, 285, 293, 294, 295, 296, 297, 298, 299, 303, 304, 305, 316, 318, 321, 322, 324, 335, 349, 350, 351, 352, 353, 359, 361, 367, 368, 370, 373, 374, 380, 381, 382, 383, 384, 385, 386, 387, 388, 389, 390, 392, 396, 394, 395, 399, 400, 401, 403, 407, 410, 411, 412, 413, 414, 416, 417, 418, 420, 421, 422, 423, 426, 427, 428, 429, 430, 431, 432, 433, 435, 436, 437, 438, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 455, 456, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 467, 468, 469, 470, 471, 474, 475, 476, 477, 478, 480, 481, 483, 484, 485, 489, 490, 491, 492, 493, 494, 495, 496, 497, 498, 499, 500, 501, 502, 503, 505, 506, 507, 508, 509, 510, 511, 517, 518, 519, 523, 524, 525, 527, 530, 537, 538, 539, 541, 550, 556, 560, 564, 565, 567, 571, 573, 574, 576, 580, 581, 582, 583, 584, 588, 589, 590, 596, 597, 598, 603, 604, 605,

        606, 607, 608, 610,611, 615, 616, 617, 618, 619, 624, 631, 638, 639, 642, 643, 645, 648, 649, 650, 652, 655, 656, 657, 660, 661, 664, 665, 666, 669, 672, 680, 681, 710, 711, 713, 717.673, 674, 675, 676, 677, 678, 679, 680, 681, 682, 683, 685, 692, 694, 706, 710, 711, 712, 713, 715, 716, 717;

   c. <u>Vol. 3, Docs.-</u> 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 22, 23;

   d. <u>Vol. 4, Docs.-</u> 1, 2, 3, 4, 5, 8, 10, 11, 12, 17, 18, 19, 20, 21, 22, 23, 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, 40, 41, 42-47,50, 51, 52-63, 65-78, 80, 81, 85-87, 93-105, 108-110, 113-117,121-136;

   e. <u>Vol 5, Docs.-</u>1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22, 23, 24, 25, 26, 27, 28;

   f. <u>Vol 6, Docs.-</u>1-67, 69-135, 137-248;

   g. <u>Vol. 7 Docs.-</u>1-3, 5-27,30-31, 34, 36-68;

   h. <u>Vol. 8 Docs-</u>2-11, 14; and

   i. <u>Vol. 9 Docs.-</u>1-8, 15-20, 23-43, 45-76, 78-97.

3. Documents sent to or received from third-parties including:

   a. <u>Vol. 1, Docs.-</u>11, 13, 14, 15, 16, 17, 18, 22, 75, 76, 77, 78, 87, 89, 91, 92, 98, 99, 100, 102, 104, 106, 107, 108, 111, 114, 118, 120, 123, 125, 126, 133, 134, 135, 136, 137, 138, 139, 142, 143, 144, 148, 155, 158, 166, 167, 168, 174, 175, 177, 178, 185, 186, 206, 208, 212, 220, 221, 222, 223, 231, 233, 237, 255, 256, 259, 266, 303, 320, 338, 340, 347;

b. <u>Vol. 2, Docs.</u>- 10, 11, 12, 13, 14, 15, 16, 27, 29, 31, 44, 46, 60, 66, 69, 91, 93, 95, 101, 105, 108, 109, 110, 112, 113, 114, 115, 116, 117, 118, 120, 123, 126, 128, 136, 137, 139, 146, 157, 171, 173, 177, 178, 188, 208, 213, 215, 216, 218, 219, 227, 235, 239, 243, 246, 247, 251, 252, 253, 254, 255, 256, 266, 269, 270, 271, 273, 275, 277, 278, 279, 282, 283, 285, 293, 294, 295, 296, 297, 298, 299, 303, 304, 305, 316, 318, 321, 322, 324, 335, 3349, 350, 351, 352, 353, 359, 361, 367, 368, 370, 373, 374, 378, 379, 380, 381, 383, 384, 385, 386, 387, 390, 392, 396, 394, 395, 396, 399, 400, 401, 403, 409, 410, 413, 420, 421, 422, 423, 426, 427, 428, 429, 431, 432, 433, 445, 446, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 467, 468, 469, 470, 471, 474, 475, 476, 477, 478, 483, 484, 489, 490, 491, 492, 493, 494, 495, 496, 497, 498, 499, 500, 501, 503, 505, 5007, 508, 509, 510, 511, 517, 518, 523, 524, 525, 530, 537, 538, 539, 541, 556, 565, 567, 571, 573, 574, 575, 580, 581, 583, 590, 596, 598, 603, 604, 605, 606, 607, 608, 610, 611, 615, 616, 617, 618, 619, 624, 626, 631, 639, 642, 643, 648, 649, 650, 652, 660, 661, 664, 665, 666, 669, 672, 673, 674, 675, 676, 677, 678, 679, 680, 681, 682, 683, 685, 692, 694, 706, 710, 711, 712, 713, 715, 716, 717;

c. <u>Vol. 3, Docs.</u>- 10, 14, 15, 22, 23;

d. <u>Vol. 4, Docs.</u>- 2, 8, 17-20, 23, 41-47, 50, 51-60, 62, 65-78,81, 85, 86-87, 94-105, 108-110, 113-117,121-126, 130, 135, 136;

7

e. <u>Vol 6, Docs.-</u> 86, 111, 118, 190, 199, 208;

f. <u>Vol. 7 Docs.-</u> 20;

g. <u>Vol. 8 Docs.-</u> 20; and

h. <u>Vol. 9 Docs.-</u> 1-3, 15-16, 19, 57-59, 85, 94-95.

4. Documents improperly withheld as protected under the work-product doctrine to which Plaintiffs have a substantial need for including:

   a. <u>Vol. 1, Docs.-</u> 14, 16, 17, 18, 98, 120, 123, 125, 163, 177, 178, 186, 188, 206, 212, 221, 237, 240, 241, 255, 338, 340, 359;

   b. <u>Vol. 2, Docs.-</u> 13, 16, 26, 27, 91, 93, 99, 101, 110, 146, 160, 169, 170, 171, 173, 179, 180, 181, 213, 231, 238, 239, 240, 241, 242, 282, 396, 638, 639, 640, 642, 644, 647, 648, 649, 655, 656, 660, 661, 664, 665, 666, 669, 671, 672, 673, 674, 675, 676, 677, 678, 680, 681, 682;

   c. <u>Vol. 3, Docs.-</u> 2;

   d. <u>Vol. 4, Docs.-</u> 40, 57, 93-96, 133;

   e. <u>Vol 5, Docs.-</u> 6;

   f. <u>Vol 6, Docs.-</u> 19, 47-51, 90-92, 113-116, 185, 241;

   g. <u>Vol. 7 Docs.-</u> 19, 38; and

   h. <u>Vol. 9 Docs.-</u> 4.

8

Dated: March 30, 2006                           Respectfully submitted,

SCOTT + SCOTT, LLC

   /s/ Erin Green Comite
David R. Scott (ct16080)
Geoffrey M. Johnson
Erin Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

SCHATZ & NOBEL
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106
Telephone:  (860) 493-6292
Facsimile (860) 493-6290

**Liaison Counsel**

9

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 30, 2006, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

                                                                                                                                                           _____/s/ Erin Green Comite_____

                                                                                                                                                           Erin Green Comite

**SERVICE LIST**

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
Hurwitz Sagarin & Slossberg
147 North Broad St., PO Box 112
Milford, CT 06460-0112

Albert M. Myers
Carl Mullis
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E. 24th Floor
Atlanta, GA 30308

Joseph L. Clasen
William Kelleher
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin
James Hein
Cravath, Swaine & Moore
825 Eight Avenue
New York, NY 10019

Douglas C. Conroy
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9th Floor
Stamford, CT 06901