# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
                               :
IN RE: PRICELINE.COM, INC.     :
SECURITIES LITIGATION          :
                               :    MASTER FILE NO.
                               :    3:00-CV-1884(AVC)
This document relates to:      :
                               :
     ALL ACTIONS               :
                               :
```

## ORDER RE: OUTSTANDING DISCOVERY

The parties are hereby ordered to appear for a hearing to determine the outstanding discovery disputes in this matter. The hearing will be held on August 2, 2006, at 10:00am.

On or before July 26, 2006, the parties are directed to submit to the court the privilege logs along with the underlying documents that are still in dispute for in camera inspection.

It is so ordered this 9th day of June, 2006, at Hartford, Connecticut.

```
            _____/s/_____
            Alfred V. Covello, U.S.D.J.
```