## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br><br>This document relates to:<br><br>    ALL ACTIONS | :<br>:<br>:<br>:   MASTER FILE NO.<br>:   3:00CV01884(AVC)<br>:<br>:   August 10, 2006<br>:<br>:<br>: |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiffs, by and through their counsel, hereby move this Court for a seven (7) day extension of time to reply to the Priceline Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel Emails and Electronic Documents Contained on the "Snapshot" and "Terminated Employee Tapes". In support of this motion, Plaintiffs state as follows:

1.    Plaintiffs filed a motion to compel discovery from the Priceline Defendants on July 6, 2006, and a motion to compel discovery from Defendant Walker on July 7, 2006.

2.    The Priceline Defendants' filed their opposition to Plaintiffs' motion to compel on July 27, 2006, and Defendant Walker filed his opposition to Plaintiffs' motion to compel on July 28, 2006.

3.    Plaintiffs' reply briefs to both the Priceline Defendants' opposition as well as Defendant Walker's opposition currently are due August 14, 2006.

4.    Good cause is shown for an extension of seven (7) days for Plaintiffs to reply to the Priceline Defendants' opposition, until August 21, 2006, as numerous, contentious discovery issues have been raised and additional time is necessary to adequately address these issues.

Importantly, this brief extension will have no bearing on any other deadlines set by the Court in this action.

    5.    The Priceline Defendants do not oppose this motion.

    6.    This is Plaintiffs' first request for extension of time to reply to the Priceline Defendants' opposition.

WHEREFORE, Plaintiffs respectfully request that the Court grant an extension of time to reply to the Priceline Defendants' opposition until August 21, 2006.

Dated: August 10, 2006

Respectfully submitted,

SCOTT + SCOTT, LLC

 /s/*Erin Green Comite*
David R. Scott (ct16080)
Mark V. Jackowski
Erin Green Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH
Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

3

        STULL, STULL & BRODY
        Jules Brody
        Aaron Brody
        6 East 45th St.
        New York, NY 10017
        Telephone: (212) 687-7230
        Facsimile: (212) 490-2022

        **Co-Lead Counsel**

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 10, 2006, a copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

               ___/s/*Erin Green Comite*_____
               Erin Green Comite