UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. | : | |
| SECURITIES LITIGATION | : | |
| _____ | : | MASTER FILE NO. |
| | : | 3:00CV01884(AVC) |
| This document relates to: | : | |
| | : | August 14, 2006 |
| ALL ACTIONS | : | |
| | : | |

# MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

Plaintiffs, by and through their counsel, hereby move this Court for leave to file an overlength reply brief of 22 total pages in response to the Defendant Walker's Memorandum in Opposition to Plaintiffs' Motion to Compel Emails and Electronic Documents Contained on the "Snapshot" and "Terminated Employee Tapes" ("Defendant Walker's Opposition"). In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed a motion to compel discovery from Defendant Walker on July 7, 2006.

2. Defendant Walker filed his opposition to Plaintiffs' motion to compel on July 28, 2006.

3. Good cause is shown for leave to file an overlength brief as Defendant Walker's Opposition blatantly mischaracterizes the circumstances surrounding the motion to compel. Plaintiffs wish to ensure that the record is clear. Namely, Defendant Walker reveals for the first time in his Opposition that he *never restored 9 of the 17 WebHouse tapes that Plaintiffs target in their Motion to Compel – tapes that he previously agreed to restore and tapes that Defendant Walker told the Court in his June 12, 2006 status report he had successfully*

1

*restored*. *See* Docket No. 322 (June 12, 2006 status report, at 4).  Accordingly, Plaintiffs must spend the first half of their reply brief reciting the accurate facts regarding the restoration of backup tapes in the possession, custody and control of Defendant Walker.  Importantly, these backup tapes have been identified as containing highly probative, responsive documents that are vital to Plaintiffs' case.  The reply brief is attached hereto.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' motion for leave to file an overlength reply brief of 22 total pages.

Dated: August 14, 2006

Respectfully submitted,

SCOTT + SCOTT, LLC

 /s/*Erin Green Comite*
David R. Scott (ct16080)
Mark V. Jackowski
Erin Green Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH
Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

2

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 14, 2006, a copy of the foregoing Motion for Leave to File Overlength Brief was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                 ___/s/*Erin Green Comite*_____
                 Erin Green Comite