## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE:  PRICELINE.COM, INC. | : | MASTER FILE NO. |
| SECURITIES LITIGATION | : | 3:00-CV-01884 (AVC) |
| _____ | : | |
| | : | |
| This document relates to: | : | |
| | : | |
| ALL ACTIONS | : | AUGUST 17, 2006 |

## JAY S. WALKER'S MOTION FOR PROTECTIVE ORDER REGARDING THE SUBPOENA ISSUED TO GOLDMAN SACHS & CO. SEEKING PERSONAL FINANCIAL INFORMATION

Pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, defendant Jay S. Walker, by his undersigned counsel, hereby moves this Court for a protective order limiting the scope of production pursuant plaintiffs' subpoena served on Goldman Sachs & Co. dated July 25, 2006 (the "Subpoena"), by (i) limiting the production of any information relating to any holdings or transactions to only that information evidencing holdings, purchases, sales or pledges of Priceline securities and requiring the redaction of information relating to any holdings or transactions other than holdings, purchases, sales or pledges of Priceline securities, (ii) limiting the relevant time period for Requests 2 through 6 set forth in Schedule A to the Subpoena to the Class Period, (iii) limiting the relevant time period for Requests 1, 7 and 8 set forth in Schedule A to the period from March 1, 1999 through April 1, 2001, but requiring the redaction of any information in these documents relating to any holdings or transactions outside the Class Period, (iv) requiring the redaction of personal identifying and similar information, and (v) granting such other and further relief as the Court deems appropriate, as more fully described and the grounds

**ORAL ARGUMENT REQUESTED**

set forth in Defendant Jay S. Walker's Memorandum of Law in support of this motion and the

Declaration of Terence Gallagher with exhibits that accompany this motion.

DEFENDANT, JAY S. WALKER

By:     /s/ Terence J. Gallagher
        Thomas D. Goldberg (ct04386)
        Terence J. Gallagher (ct22415)
        Day, Berry & Howard LLP
        One Canterbury Green
        Stamford, CT 06901
        Phone:  (203) 977-7300
        Fax:     (203) 977-7301
        tdgoldberg@dbh.com – E-mail

        - and -

        J. Michael Hennigan (phv01119)
        Bruce Bennett (phv01115)
        Jeanne E. Irving (phv01118)
        Shawna Ballard (phv01117)
        Hennigan, Bennett & Dorman LLP
        865 South Figueroa Street, Suite 2900
        Los Angeles, California 90017
        Telephone:  (213) 694-1200
        Fax:  (213) 694-1234
        irvingj@hbdlawyers.com – E-mail

His Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, a copy of Defendant Jay S. Walker's Motion for Protective Order Regarding the Subpoena Issued to Goldman Sachs & Co. Seeking Personal Financial Information was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Terence J. Gallagher
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone:  (203) 977-7300
Fax:     (203) 977-7301