UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : <br> : MASTER FILE NO.<br> : 3:00CV01884(AVC)<br> : |
| This document relates to: | : <br> : |
| ALL ACTIONS | : AUGUST 17, 2006 |

**DECLARATION OF TERENCE J. GALLAGHER IN SUPPORT OF DEFENDANT
JAY S. WALKER'S MOTION FOR PROTECTIVE ORDER REGARDING
THE SUBPOENA ISSUED TO GOLDMAN SACHS & CO.
SEEKING PERSONAL FINANCIAL INFORMATION**

I, Terence J. Gallagher, under penalty of perjury declare as follows:

1. I am counsel to the firm Day, Berry & Howard LLP, attorneys for defendant Jay S. Walker ("Walker") in this action. I submit this declaration in support of defendant Walker's Motion for a Protective Order (the "Motion").

2. On August 15 and 17, 2006, counsel for Walker contacted plaintiffs' counsel in an effort to resolve in good faith the issues raised by this motion, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37(a)(2) of the Local Civil Rules of the United States District Court for the District of Connecticut. The parties were unable to reach agreement on the issues that are the subject of the Motion.

3. Attached hereto as Exhibit A is a copy of the Notice of Non-Party Subpoena dated August 4, 2006 served by plaintiffs and attaching plaintiffs' subpoena served on Goldman Sachs & Co. dated July 25, 2006.

4. Attached hereto as Exhibit B is a copy of the Memorandum of Decision and Order dated November 23, 2005 [Docket No. 243] in In re Priceline.com, Inc. Securities Litigation, No. 3:00-cv-1884 (AVC) (District of Connecticut).

5. Attached hereto as Exhibit C is a copy of the Order dated April 6, 2005 [Docket No. 164] in In re Priceline.com, Inc. Securities Litigation, No. 3:00-cv-1884 (AVC) (District of Connecticut).

6. Attached hereto as Exhibit D is a copy of the Memorandum of Decision and Order dated June 14, 2005 [Docket No. 184] in In re Priceline.com, Inc. Securities Litigation, No. 3:00-cv-1884 (AVC) (District of Connecticut).

7. Attached hereto as Exhibit E are copies of unreported cases cited in the Memorandum of Law in Support of Jay S. Walker's Motion for a Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2006.

_____
Terence J. Gallagher

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2006, a copy of the Declaration of Terence J. Gallagher in Support of Defendant Jay S. Walker's Motion for Protective Order Regarding the Subpoena Issued to Goldman Sachs & Co. Seeking Personal Financial Information was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone:  (203) 977-7300
Fax:    (203) 977-7301

3