Westlaw.

Not Reported in F.Supp.2d                                                                                                   Page 1

Not Reported in F.Supp.2d, 2002 WL 31012165 (S.D.N.Y.)
**(Cite as: Not Reported in F.Supp.2d)**

H
Briefs and Other Related Documents
Only the Westlaw citation is currently available.
United States District Court, S.D. New York.
INNOMED LABS, LLC, Plaintiff,
v.
ALZA CORPORATION, Defendant.
No. 01 CIV. 8095(HB)(RLE.

Sept. 6, 2002.

OPINION AND ORDER

ELLIS, Magistrate J.

I. INTRODUCTION

*1 Before this Court is a motion by plaintiff Innomed Labs, LLC ("Innomed") seeking to compel production by non-party Wyeth of documents regarding Wyeth's sales of non-24 hour cold remedies. For the following reasons, Innomed's motion to compel is DENIED.

II. BACKGROUND

The facts of this case have been summarized in my opinion dated September 6, 2002, regarding Innomed's motion to compel documents from defendant Alza Corporation ("Alza") pertaining to its business relationship with non-parties Ciba Consumer Pharmaceuticals and Novartis Consumer Health Care, and need not be discussed at length here. Of importance to this decision, Innomed alleges an oral agreement with Wyeth to assign Innomed's Alza contract to Wyeth. However, before the assignment could go forward, Alza terminated its distribution contract with Innomed. Innomed brings this motion to compel production of certain documents and research from non-party Wyeth concerning its market shares of Dimetapp cold remedy products, none of which are 24-hour cold remedies.

III. DISCUSSION

While the scope of discovery is traditionally quite broad, it is by no means limitless. *See Wertheim Schroder & Co. Incorporated v. Avon Products, Inc.,* 1995 WL 6259*2 (S.D.N.Y.1995); *Alpex Computer Corp. v. Nintendo Co., Ltd.,* 1991 WL 195939*2 (S.D.N.Y.1991). Rule 26(b) of the Federal Rules of Civil Procedure permits parties to obtain discovery which is "relevant to the claim or defense of any party." This standard is applied to discovery obtained from both parties and non-parties alike. *See Bulkmatic Transp. Co. v. Pappas,* 2001 U.S. Dist. LEXIS 6062*7 (S.D.N.Y.2001). However, Innomed has failed to demonstrate the relevancy of the disputed documents in Interrogatories 2, 3 and 4. Despite the Declaration by J. Douglas Zona, I fail to see how research conducted by Wyeth concerning the non-24 hour cold remedies will have any weight or bearing on Wyeth's possible "willingness to pay" for Innomed's 24-hour cold remedy contract with Alza. The market and sales for Wyeth's nine different non-24 hour cold remedies is irrelevant to Innomed's claims of lost business opportunity against Alza concerning its 24-cold remedy. The information Wyeth has agreed to turn over in regard to Interrogatory number one seems more than sufficient for Innomed to calculate its lost business opportunity based on Zona's formula.

IV. CONCLUSION

For the foregoing reasons, Innomed's motion is DENIED.

S.D.N.Y.,2002.
Innomed Labs, LLC, v. Alza Corp.
Not Reported in F.Supp.2d, 2002 WL 31012165 (S.D.N.Y.)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.2d                                                                 Page 2
Not Reported in F.Supp.2d, 2002 WL 31012165 (S.D.N.Y.)
**(Cite as: Not Reported in F.Supp.2d)**

Briefs and Other Related Documents (Back to top)

• 2002 WL 32924357 () (Transcript) (Nov. 19, 2002) Original Image of this Document (PDF)
• 2002 WL 32926409 (Trial Motion, Memorandum and Affidavit) Memorandum of Law in Support of Plaintiff's Motion in Limine to Exclude Testimony of Defendant's Expert, Dr. Darrell Williams (Oct. 29, 2002) Original Image of this Document (PDF)
• 2002 WL 32933663 () (Report or Affidavit) (Aug. 28, 2002) Original Image of this Document (PDF)
• 2002 WL 32933628 () (Report or Affidavit) (Aug. 20, 2002) Original Image of this Document (PDF)
• 2002 WL 32933662 () (Report or Affidavit) (Aug. 13, 2002) Original Image of this Document (PDF)
• 2002 WL 32926407 (Trial Pleading) Second Amended and Supplemental Complaint & Demand for Jury Trial (Jun. 20, 2002)
• 1:01cv08095 (Docket) (Aug. 29, 2001)
• 2001 WL 34936767 () (Transcript) (2001) Original Image of this Document (PDF)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.