UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | :<br>:<br>:<br>: MASTER FILE NO.<br>: 3:00CV01884(AVC) |
| This document relates to:<br><br>ALL ACTIONS | :<br>: August 21, 2006<br>:<br>: |

## MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

Plaintiffs, by and through their counsel, hereby move this Court for leave to file an overlength reply brief of 16 total pages in response to the Priceline Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel Emails and Electronic Documents Contained on the "Snapshot" and "Terminated Employee Tapes" ("Priceline Defendants' Opposition"). In support of this motion, Plaintiffs state as follows:

1.  Plaintiffs filed a motion to compel discovery from the Priceline Defendants on July 6, 2006.

2.  The Priceline Defendants filed their opposition to Plaintiffs' motion to compel on July 27, 2006.

3.  Good cause is shown for leave to file an overlength brief as the Priceline Defendants raise several new issues that must be addressed and provide skewed facts that must be clarified. Moreover, Plaintiffs must address the Priceline Defendants' argument seeking sanctions. The reply brief with the Supplemental Declaration of Geoffrey M. Johnson is attached hereto.

1

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' motion for leave to file an overlength reply brief of 16 total pages.

Dated: August 21, 2006 					Respectfully submitted,

SCOTT + SCOTT, LLC

 /s/*Erin Green Comite*
David R. Scott (ct16080)
Mark V. Jackowski
Erin Green Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT, LLC
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH
Chagrin Falls, OH 44022
Telephone:  (440) 247-8200
Facsimile:  (440) 247-8275

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 21, 2006, a copy of the foregoing Motion for Leave to File Overlength Brief was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              ___/s/*Erin Green Comite*_____
                                              Erin Green Comite