# EXHIBIT A
# Filed Under Seal

# EXHIBIT B

# ROBINSON & COLE LLP

WILLIAM J. KELLEHER, III

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
wkelleher@rc.com
Direct (203) 462-7514

Also admitted in New York

*Via Facsimile and First Class Mail*

August 8, 2006

David R. Scott, Esq.
Erin Green Comite, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Re: **In Re: Priceline.com Securities Litigation**
    **3:00CV01884 (AVC)**

Dear David and Erin:

Set forth below are additional relevant terms that we have selected from your April 7th search term list. We are using those terms to continue the document production from the non-email electronic material from the "snapshot" and to keep the electronic discovery moving forward in the absence of your willingness to compromise on appropriate search terms.

We will produce responsive, non-privileged documents retrieved using the following search terms on a rolling basis, as we have done previously with the other non-email material.

cash w/s burn
complaint*
crash
dilute*
jay*
mott*
mylod*

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

WHITE PLAINS

NEW YORK CITY

SARASOTA

*www.rc.com*

STAM1-817690-1

# ROBINSON & COLE LLP

David R. Scott, Esq.
Erin Green Comite, Esq.
August 8, 2006
Page 2


        otto*
        separate w/3 entit*
        sponsor*


Very truly yours,

William J. Kelleher, III

WJK/ta

cc:    Joseph L. Clasen, Esq.

        Daniel Slifkin, Esq.
        Robert K. Simonds, Esq.
        Cravath, Swaine & Moore LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019

        Jacob Parkinson, Esq.
        Dennis Johnson, Esq.
        Johnson & Perkinson
        1690 Williston Road
        P.O. Box 2305
        South Burlington, VT 05403

