UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : |
| | : MASTER FILE NO. |
| | : 3:00CV01884(AVC) |
| This document relates to: | : |
| | : |
| ALL ACTIONS | : |

SUPPLEMENTAL DECLARATION OF GEOFFREY M. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRICELINE DEFENDANTS TO PRODUCE EMAILS AND ELECTRONIC DOCUMENTS CONTAINED ON THE "SNAPSHOT" AND "TERMINATED EMPLOYEE TAPES"

**SCOTT + SCOTT, LLC**
David R. Scott
Geoffrey M. Johnson
Erin Green Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**Co-Lead Counsel**

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**Co-Lead Counsel**

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

# **DECLARATION**

I, Geoffrey M. Johnson, declare the following based on personal knowledge:

1. I am an attorney at Scott + Scott, LLC, and am one of the attorneys representing the lead plaintiffs and the class representatives in this action. I make this declaration in support of Plaintiffs' Reply In Further Support Of Plaintiffs' Motion To Compel The Priceline Defendants To Produce Emails And Electronic Documents Contained On The "Snapshot" And "Terminated Employee Tapes."

2. Attached to this Declaration is a true and correct copy of the following:

Exhibit A:   Emails that Plaintiffs obtained from third-parties (filed under seal).

Exhibit B:   The Priceline Defendants' August 8, 2006 Letter.

3. I declare that the foregoing is true and correct to the best of my knowledge.

    /s/*Geoffrey M. Johnson*
Geoffrey M. Johnson

Declared under penalty of perjury
on August 21, 2006 in Chagrin Falls, OH

1