**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| | : | |
| **IN RE: PRICELINE.COM, INC.** | : | |
| **SECURITIES LITIGATION** | : | |
| _____ | : | **MASTER FILE NO.** |
| | : | **3:00-CV-01884 (AVC)** |
| **This document relates to:** | : | |
| | : | **September 1, 2006** |
| **ALL ACTIONS** | : | |
| | : | |

**DECLARATION OF EBEN F. DUVAL IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANT WALKER'S MOTION FOR PROTECTIVE**
**ORDER REGARDING THE SUBPOENA ISSUED TO GOLDMAN SACHS & CO.**
**SEEKING FINANCIAL INFORMATION**

I, Eben F. Duval, declare the following based on personal knowledge:

1.  I am an attorney at Johnson & Perkinson and am one of the attorneys representing the

    lead plaintiffs and the class representatives in this action.  I make this declaration in

    support of Plaintiffs' Opposition to Defendant Walker's Motion for Protective Order

    Regarding the Subpoena Issued to Goldman Sachs & Co. Seeking Financial Information.

2.  On August 17, 2006 counsel for Plaintiffs contacted counsel from Goldman Sachs & Co.,

    Ms. Jeannie S. Kang, Esq., to discuss the status of Goldman's discovery production.  Ms.

    Kang stated that 1) Goldman would not seek a protective order, 2) Goldman's objections

    to the subpoena were documented in the letter to Plaintiffs on August 8, 2006.

3.  Attached hereto as Appendix A is a copy of the August 8, 2006 letter to Plaintiffs from

    Matthew Garcia of Goldman Sachs & Co. stating their objections to the subpoena.

4.  I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

*__/s/ Eben F. Duval*_____

Eben F. Duval

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, a copy of the Declaration of Eben F. Duval in Support of Plaintiffs Opposition to Defendant Jay S. Walker's Motion for Protective Order Regarding the Subpoena Issued to Goldman Sachs & Co. Seeking Personal Financial Information was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/ Eben F. Duval_____

Eben F. Duval (phv01237)
Johnson & Perkinson
P.O. Box 2305
1690 Williston Road
South Burlington, VT  05403
(802) 862-0030
(802) 862-0060 (fax)