UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : | |
| _____ | : : | MASTER FILE NO. 3:00CV01884(AVC) |
| This document relates to: | : : : | September 8, 2006 |
| ALL ACTIONS | : | |

## MOTION AND INCORPORATED MEMORANDUM TO MODIFY THE AUGUST 23, 2006 SCHEDULING ORDER

**SCOTT + SCOTT, LLC**
David R. Scott
Geoffrey M. Johnson
Mark V. Jackowski
Erin Green Comite
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

**Co-Lead Counsel**

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Eben F. Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

**Co-Lead Counsel**

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017

**Co-Lead Counsel**

NOW COME Plaintiffs, by and through their undersigned counsel, and hereby move the Court for an Order modifying the current scheduling deadlines set forth in the Court's August 23, 2006 Order to reflect those set forth below. The reasons in support of this are as follows.

On October 6, 2005 Plaintiffs filed their Motion to Modify Scheduling Order before the Honorable Dominic Sqautrito. On August 23, 2006, this Court granted Plaintiffs' Motion and ordered the adoption of the schedule advocated by Plaintiffs in their October 2005 Motion. Unfortunately, one of the dates set forth in Plaintiffs' Motion has passed (December 30, 2005, set as the deadline for completion of Defendants' document production) and the failure of Defendants to complete document production (which has been described to the Court in detail already – *see, e.g.*, Docket Nos. 329 and 330, Plaintiffs' Motions to Compel Discovery from Defendants) has prevented Plaintiffs from making substantive advances in discovery in this case and makes it impossible for Plaintiffs to comply with the September 30, 2005 date set for the disclosure of Plaintiffs' expert witnesses.

Plaintiffs believe that the form of the Order entered on August 23, 2006 is wholly appropriate in light of the delays experienced in discovery to date and that document discovery should be drawn to a close as quickly as possible. However, the date originally suggested by Plaintiffs for the completion of Defendant's document production is no longer workable because it is eight months prior to the entry of the Court's August 23, 2006 Order and Defendants are still delinquent in their production. Consequently, Plaintiffs respectfully request that the Court enter the following schedule which moves each date originally suggested in Plaintiffs' October 2005 Motion back by one year:

December 29, 2006    -    Deadline for producing all documents responsive to the parties' outstanding document requests.

September 28, 2007    -    Date when Plaintiffs shall designate all experts and serve

1

|  |  |  |
|---|---|---|
|  |  | all expert reports, including damage analyses |
| October 31, 2007 | - | Deadline for completing depositions of Plaintiffs' experts. |
| November 1, 2007 | - | Date when Defendants shall designate all experts and serve all expert reports, including damage analyses. |
| December 3, 2006 | - | Deadline for completing depositions of Defendants' experts. |
| December 31, 2007 | - | Date when discovery shall end. |
| February 1, 2008 | - | Date by which dispositive Motions shall be filed. Any opposition thereto shall be filed thirty (30) days from the date the motion was filed. Any reply thereto shall be filed twenty (20) days from the date the opposition was filed. |
| March 3, 2008 (or within thirty (30) days of any decision on dispositive motions) | - | Date when joint trial memorandum is due. |

On September 7, 2006 Plaintiffs discussed with all Defendants' counsel the possibility of submitting a joint proposal as an alternative to the schedule currently set by the Court's August 23, 2006 Order, but were unable to reach agreement.

## CONCLUSION

WHEREFORE, Plaintiffs respectfully request that this Court order entry of a schedule comporting with the dates and events set forth above.

Dated: September 8, 2006                    Respectfully submitted,

                                                              JOHNSON & PERKINSON

                                                              ___/s/ Eben F. Duval_____
                                                              Jacob B. Perkinson
                                                              Eben F. Duval (phv01237)
                                                              1690 Williston Road
                                                              P.O. Box 2305
                                                              South Burlington, VT 05403
                                                              Telephone: (802) 862-0030
                                                              Facsimile: (802) 862-0060

2

SCOTT + SCOTT, LLC
David R. Scott (ct16080)
Geoffrey M. Johnson
Mark V. Jackowski
Erin Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432


STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

**Co-Lead Counsel**

SCHATZ & NOBEL
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106
Telephone:  (860) 493-6292
Facsimile (860) 493-6290

**Liaison Counsel**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2006, a true copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/ Eben F. Duval_____

Eben F. Duval (phv01237)
Johnson & Perkinson
P.O. Box 2305
1690 Williston Road
South Burlington, VT  05403
(802) 862-0030
(802) 862-0060 (fax)