# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: Priceline.com, Inc. Securities Litigation | : Master File No.<br>: 3:00-CV-01884 (AVC) |
| This document relates to: | : |
| ALL ACTIONS | : SEPTEMBER 11, 2006 |

## ENTRY OF APPEARANCE

TO:   Office of the Clerk
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Please enter the appearance of the undersigned in the above-captioned matter on behalf of non-party Walker Digital LLC.

/s/ Terence J. Gallagher
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300 – Telephone
(203) 977-7301 – Facsimile
tjgallagher@dbh.com – E-mail

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, a copy of an appearance on behalf of non-party Walker Digital LLC was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Terence J. Gallagher
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Fax:    (203) 977-7301