# EXHIBIT D



RECEIVED
AUG 3 1 2006
HENNIGAN, BENNETT & DORMAN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : : | MASTER FILE NO. 3:00CV01884(AVC) |
| This document relates to: | : : : | |
| ALL ACTIONS | : : : : : : | August 30, 2006 |

### NOTICE OF SUBPOENA TO NON-PARTY

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Rules 26, 34(c) and 45 of the Federal Rules of Civil Procedure, Lead Plaintiffs will inspect and copy documents that are in the possession, custody or control of the non-party receiving the Subpoena In A Civil Case ("Subpoena") attached hereto, on September 5, 2006, at 10:00 a.m. The documents to be produced by the non-party are listed in the corresponding Schedule A attached hereto.

The production of documents will take place at the location listed on the corresponding Subpoena, or such other location as is mutually acceptable to the non-party and Lead Plaintiffs' counsel. You may contact Lead Plaintiffs' counsel to obtain, at your expense, copies of the documents produced. The production of documents is pursuant to subpoenas *duces tecum* issued by Lead Plaintiffs' counsel on behalf of the United States District Court requesting a "document only production" (no testimony is required by the Subpoena and no one need appear for any non-party or for any of the parties in the action).

PLEASE TAKE FURTHER NOTICE that the non-party receiving the attached Subpoena may be held in contempt of court pursuant to Rule 45(e) of the Federal Rules of Civil Procedure

if it fails without adequate excuse to obey the Subpoena served upon it and that the non-party has

certain legal rights in response to Lead Plaintiffs' Subpoena served upon it as provided in Rules

45(c) and (d) of the Federal Rules of Civil Procedure.


Dated: August 30, 2006                    Respectfully submitted,

                                          SCOTT + SCOTT, LLC
                                          David R. Scott (CT16080)
                                          Mark V. Jackowski
                                          Geoffrey M. Johnson
                                          Erin Green Comite (CT24886)
                                          108 Norwich Avenue
                                          P.O. Box 192
                                          Colchester, CT  06415
                                          Telephone: (860) 537-5537
                                          Facsimile: (860) 537-4432

                                          JOHNSON & PERKINSON
                                          Dennis J. Johnson
                                          Jacob B. Perkinson
                                          Eben Duval
                                          1690 Williston Road
                                          P.O. Box 2305
                                          South Burlington, VT 05403
                                          Telephone: (802) 862-0030
                                          Facsimile: (802) 537-4432

                                          STULL, STULL & BRODY
                                          Jules Brody
                                          Aaron Brody
                                          6 East 45th St.
                                          New York, NY 10017
                                          Telephone: (212) 687-7230
                                          Facsimile:  (212) 490-2022

                                          **Co-Lead Counsel**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was sent to counsel of record on the attached service list on August 30, 2006.

Erin Green Comite

## SERVICE LIST

**VIA OVERNIGHT MAIL**

Joseph L. Clasen
William Kelleher
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
Stamford, CT 06904-2305

Terence J. Gallagher, III
Thomas D. Goldberg
DAY, BERRY & HOWARD
One Canterbury Green
Stamford, CT 06901-2047

Bruce Bennett
Jeanne E. Irving
J. Michael Hennigan
Shawna Ballard
HENNIGAN, BENNETT & DORMAN
865 S. Figueroa St., Ste. 2900
Los Angeles, CA 90017

Daniel Slifkin
Robert Simonds
CRAVATH, SWAINE & MOORE
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019

**VIA U.S.POSTAL MAIL**

Dennis J. Johnson
Jacob B. Perkinson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
HURWITZ SAGARIN & SLOSSBERG
147 North Broad St., PO Box 112
Milford, CT 06460-0112