# EXHIBIT E

**Christina A. Cubbage**
Assistant Vice President
Discovery And Regulatory
Response Group (DARRT)

Office of General Counsel

222 Broadway
14th Floor
New York, New York 10038
Phone: 212-670-2790
Fax: 212-670-2787

 **Merrill Lynch**

September 6, 2006

**VIA FACSIMILE**

Erin Green Comite
Scott and Scott, LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415
(860) 537-5537

**Re:    In re Priceline.com Securities Litigation, 00cv1884 (D. Conn.) Non-Party
Subpoena To Merrill Lynch**

Dear Ms. Comite:

This letter will serve as Merrill Lynch's objections to the subpoena served in the above referenced action.

Merrill Lynch objects generally to each and every document requested by the subpoena on the following grounds.

1.      Merrill Lynch objects to the subpoena to the extent it seeks documents protected from discovery by the attorney-client privilege, the attorney work product doctrine, or any other such privilege or protection. Merrill Lynch will not produce any such privileged or protected documents. Merrill Lynch reserves its rights to retrieve and prevent the use of any privileged or protected document inadvertently produced.

2.      Merrill Lynch objects to the subpoena to the extent that it seeks the production of confidential, sensitive or proprietary Merrill Lynch business or client information. Merrill Lynch will consult with you regarding an appropriate confidentiality stipulation.

3.     Merrill Lynch objects to the instructions and definitions in the subpoena to the extent they seek to impose requirements beyond those provided for in the applicable rules of civil procedure and any local rules of court.

4.     Merrill Lynch objects to the instructions and definitions in the subpoena to the extent they seek to require Merrill Lynch to produce documents not within its possession, custody, or control.

5.     Merrill Lynch objects to the subpoena on the grounds that it is oppressive and burdensome to the extent it seeks the production of documents that are in the possession of parties or that are available from other public sources

6.     Merrill Lynch objects to the subpoena on the ground that is oppressive and burdensome to the extent that it is overly broad, vague and ambiguous. Such requests are objectionable to the extent they seek the production of documents including, but not limited to email that is stored on computer hard drives and back up tapes.

7.     Merrill Lynch objects to the subpoena to the extent it seeks the production of documents that are neither relevant to this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

8.     Merrill Lynch reserves the right to amend or supplement these responses at a later date, and, to the extent permitted by law, to use other documents not identified or produced herein, including but not limited to subsequently discovered documents and documents previously known to Merrill Lynch but whose specific relevancy, significance or applicability to the subject matter of the lawsuit has not yet been ascertained.

Subject to and without waiving the foregoing objections, please call me at (212) 670-2790 if you wish to discuss this matter.

Very truly yours,

Christina A. Cubbage