**EXHIBIT H**

**REDACTED**

PN, May 29, 2001

## Morgan Stanley

Account Numbers

**REDACTED**

You may opt-out by checking the box below. *If you do so, you may forego the opportunity to receive information about financial products and services offered by Morgan Stanley's affiliates.*

This Opt-Out request will apply only to those accounts listed above and any account that is listed below (complete as necessary):

___ ___ ___ ___     ___ ___ ___ ___ ___
___ ___ ___ ___     ___ ___ ___ ___ ___
___ ___ ___ ___     ___ ___ ___ ___ ___

**Offers for Products and Services of Our Affiliates**

[✓] Please do not share my personal information with other companies within the Morgan Stanley family except where permitted by law, to process transactions and to service my account.

If you elect to opt out, your preference will remain in effect until you inform us that you are changing your selection.

Please return this form to:

Private Wealth Management
Morgan Stanley
1221 Avenue of the Americas
New York, New York 10020
Attn: GLBA

Completed By,

Name: *Jay S. Walker*

Signature: *[signature]*

Date:

Form: PN (5/01)

Page 1 of 1