# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation | : Master File No.<br>: 3:00cv1884(DJS) |
| This document relates to:<br><br>ALL ACTIONS | |

## CONSOLIDATED AMENDED COMPLAINT.

SCOTT & SCOTT, LLC
David R. Scott  CT16080
James E. Miller  CT21560
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-3818
Fax: (860) 537-4432

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
1690 Williston Road
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

SCHATZ & NOBEL
Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
330 Main Street
Hartford, CT 06106
Tel: (860) 493-6292
Fax: (860) 493-6290

JAY S. WALKER, DIRECTOR, FOUNDER,
AND VICE CHAIRMAN OF THE BOARD

| DATE | SHARES | PRICE | PROCEEDS |
|---|---|---|---|
| 9/11/00 | 2,000,000 | $25.00 | $50,000,000 |
| 8/1/00 | 8,000,000 | $23.75 | $190,000,000 |
| TOTAL | 10,000,000 | $23.75-$25.00 | $240,000,000 |

WALKER DIGITAL, LLC[6]

| DATE | SHARES | PRICE | PROCEEDS |
|---|---|---|---|
| 6/8/00 | 25,000 | $45.62 | $1,140,500 |
| 6/6/00 | 25,000 | $47.06 | $1,176,500 |
| 6/5/00 | 50,000 | $49.46 | $2,473,000 |
| 6/2/00 | 50,000 | $45.00 | $2,250,000 |
| 6/1/00 | 75,000 | $40.55 | $3,041,250 |
| 5/31/00 | 25,000 | $38.15 | $953,750 |
| 5/30/00 | 50,000 | $37.16 | $1,858,000 |
| 5/25/00 | 50,000 | $39.20 | $1,960,000 |
| 5/24/00 | 50,000 | $34.45 | $1,722,500 |
| 5/18/00 | 325,000 | $48.12 | $15,639,000 |
| 5/16/00 | 250,000 | $54.35 | $13,587,500 |
| TOTAL: | 975,000 | $54.35-34.45 | $45,802,000 |

---

[6] During the Class Period, Walker owned 34.1% of the stock of Walker Digital, rendering him a controlling shareholder of Walker Digital, according to Priceline's 2000 Form 14A. As revealed in this Complaint, Walker was the founder of Walker Digital and servers as its Chairman of the Board and is the Corporation's controlling shareholder. Priceline's 2000 Form 14A also reveals that Walker Digital controls Walker Digital LLC, a Delaware limited liability company. Walker is founder, chairman and the controlling shareholder of Walker Digital, LLC.

WALKER DIGITAL CORPORATION

| DATE | SHARES | PRICE | PROCEEDS |
|---|---|---|---|
| 5/16/00 | 1,000,000 | (Proposed) | Estimated $52,000,000 |
| TOTAL | 1,000,000 | | $52,000,000 |

COMBINED TOTAL FOR WALKER AND CONTROLLED ENTITIES

| ENTITIES | SHARES | PROCEEDS |
|---|---|---|
| WALKER, WALKER DIGITAL CORPORATION, WALKER DIGITAL, LLC | 11,975,000 | $337,802,000 |

Thus, in total, the Individual Defendants, directly or indirectly, sold 12,719,650 shares of Priceline stock at prices inflated by the alleged course of conduct for proceeds of $378,616,032.

    45.    Insider selling by Walker individually and through Walker Digital and Walker Digital, LLC was suspicious in timing and amount. The sales by Walker Digital and/or Walker Digital, LLC began the day after affirmative pronouncements by the Company confirming its continuing move toward profitability, and on the same day, Defendants touted the addition of nine adaptive marketing partners and the diversification of its revenues. Walker sold $190,000,000 (8 million shares) of Priceline stock, or 12.4% of his holdings, on August 1, 2000, just days after the senior executives of Priceline reiterated that Priceline would be profitable in the third or fourth quarter of 2000. Similarly, just as with Walker Digital or Walker Digital, LLC, Braddock's May 17 and 18, 2000 sales closely followed Priceline's May 15 and 16, 2000 affirmative pronouncements regarding the Company's continuing progress toward profitability and expanding Business Model. Nichols' March 6, 2000 sales were on the same day Schulman