IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC)<br>:<br>: |
| This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>: September 11, 2006 |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, a copy of the following documents:

1. Defendant Jay S. Walker's Motion to Quash and for Protective Order Regarding the Subpoenas Issued to Chase Manhattan Bank, Merrill Lynch and Morgan Stanley Seeking Production of Private Financial Information;

2. Memorandum of Law in Support of Defendant Jay S. Walker's Motion to Quash and for Protective Order Regarding the Subpoenas Issued to Merrill Lynch, Morgan Stanley and Chase Manhattan Bank Seeking Production of Private Financial Information;

3. Declaration of Jeanne E. Irving in Support of Defendant Jay S. Walker's Motion to Quash and for Protective Order Regarding Subpoenas to Merrill Lynch, Morgan Stanley and Chase Manhattan Bank Seeking Private Financial Information;

were filed electronically and served by mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

DATED: September 11, 2006

Defendant, Jay S. Walker

By: /s/ Jeanne E. Irving
Jeanne E. Irving
J. Michael Hennigan (phv01119)
Bruce Bennett (phv01115)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv01117)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
irvingj@hbdlawyers.com – E-mail

His Attorneys