UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC)<br>:<br>: |
| This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>: September 11, 2006 |

### JOINDER OF NONPARTY WALKER DIGITAL LLC IN DEFENDANT JAY S. WALKER'S MOTION TO QUASH AND MOTIONS FOR PROTECTIVE ORDER REGARDING SUBPOENAS ISSUED TO GOLDMAN SACHS & CO., MERRILL LYNCH, MORGAN STANLEY AND CHASE MANHATTAN BANK SEEKING PRODUCTION OF PRIVATE FINANCIAL INFORMATION

Nonparty Walker Digital LLC hereby joins in defendant Jay S. Walker's (1) Motion to Quash and for Protective Order Regarding Subpoenas Issued to Merrill Lynch, Morgan Stanley and Chase Manhattan Bank Seeking Production of Private Financial Information; and (2) Motion for Protective Order Regarding the Subpoena Issued to Goldman Sachs & Co. Seeking Personal Financial Information.

Walker Digital LLC joins in these motions on its own behalf and on behalf of the other person and entities whose account documentation is sought by the subpoenas addressed in the above-referenced motions (the "Subpoenas"), including:

> any [of Walker Digital's] subsidiaries, affiliates, segments or divisions . . ., any present and former members of the Board of Directors of Walker Digital, or its subsidiaries, affiliates, segments or divisions and any present or former officers, employees, attorneys, agents, representatives or other persons [as defined in the

Subpoenas] acting or purporting to act on behalf of Walker Digital or its subsidiaries, affiliates, segments or divisions.

¶ 3 of Schedule A of the Subpoenas (copies of which are attached as Exhibits A, B and C to the Declaration of Jeanne E. Irving, filed September 11, 2006, and Exhibit A to the Declaration of Terence J. Gallagher, filed August 17, 2006, respectively supporting the above-referenced motions).

DATED: September 11, 2006                Nonparty, Walker Digital LLC


By:   /s/ Terence J. Gallagher
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone:  (203) 977-7300
Fax:    (203) 977-7301
tjgallagher@dbh.com – E-mail

Its Attorneys

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, a copy of the above Joinder of Nonparty Walker Digital LLC in Defendant Jay S. Walker's Motion to Quash and Motions for Protective Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/ Terence J. Gallagher  
                                  Terence J. Gallagher (ct22415)  
                                  Day, Berry & Howard LLP  
                                  One Canterbury Green  
                                  Stamford, CT 06901  
                                  Phone: (203) 977-7300  
                                  Fax:   (203) 977-7301