UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC)<br>:<br>:<br>:<br>:<br>:<br>: SEPTEMBER 13, 2006 |

### MOTION ON CONSENT TO SET BRIEFING SCHEDULE

Defendant Jay S. Walker, by his undersigned counsel, hereby moves on consent to set a schedule for the briefing of Walker's Motion to Quash and for Protective Order Regarding the Subpoenas Issued to Chase Manhattan Bank, Merrill Lynch and Morgan Stanley Seeking Production of Private Financial Information [Docket #367] (the "Bank Motion"). In support of this motion Walker represents as follows:

1. Walker's counsel received notice of subpoenas issued by plaintiffs to Chase Manhattan Bank, Merrill Lynch and Morgan Stanley on August 31, 2006. Walker filed the Bank Motion on September 11, 2006.

2. The Court has scheduled a conference on outstanding discovery disputes for October 11, 2006.

3. The purpose of this motion is to set a briefing schedule for the Bank Motion to complete the briefing in advance of the October 11 conference. The parties have agreed that plaintiffs opposition to the Bank Motion should be filed and served on or before September 29, 2006, and that Walker's reply be filed and served on or before October 6, 2006.

**ORAL ARGUMENT NOT REQUESTED**

4. Pursuant to D. Conn. Local Rule of Civil Procedure 7(b), counsel for Walker has inquired of counsel for plaintiffs, who consent to the relief requested herein.

**Relief Requested**

Wherefore, Walker respectfully requests an order:

1. Setting a due date of September 29, 2006 for plaintiffs' opposition to the Bank Motion.

2. Setting a due date of October 6, 2006 for Walker's reply to plaintiffs' opposition to the Bank Motion.

DEFENDANT, JAY S. WALKER


By:   /s/ Terence J. Gallagher
    Thomas D. Goldberg (ct04386)
    Terence J. Gallagher (ct22415)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT 06901
    Phone: (203) 977-7300
    Fax:     (203) 977-7301
    tdgoldberg@dbh.com – E-mail

  - and -

J. Michael Hennigan (phv01119)
Bruce Bennett (phv01115)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv01117)
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
irvingj@hbdlawyers.com – E-mail

His Attorneys

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 13, 2006, a copy of Defendant Jay S. Walker's Motion on Consent to Set Briefing Schedule was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                    /s/ Terence J. Gallagher
                                                     Terence J. Gallagher (ct22415)
                                                     Day, Berry & Howard LLP
                                                     One Canterbury Green
                                                     Stamford, CT 06901
                                                     Phone:  (203) 977-7300
                                                     Fax:     (203) 977-7301