## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC)<br>:<br>:<br>:<br>:<br>: SEPTEMBER 13, 2006 |

### MOTION ON CONSENT FOR EXTENSION OF TIME

Defendant Jay S. Walker, by his undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 6(b) for an extension of time to reply to plaintiffs' opposition to defendant Walkers' Motion for a Protective Order Regarding the Subpoena Issued to Goldman Sachs & Co. Seeking Personal Financial Information ( the "Goldman Motion") to October 6, 2006. In support of this motion Walker represents as follows:

1.  Walker filed the Goldman Motion [Docket # 354] on August 17, 2006. Plaintiffs filed their opposition to the Goldman Motion [Docket # 362] on September 1, 2006. At present, Walker's reply is due on September 18, 2006.

2.  On September 11, 2006, Walker filed his Motion to Quash and for Protective Order Regarding the Subpoenas Issued to Chase Manhattan Bank, Merrill Lynch and Morgan Stanley Seeking Production of Private Financial Information (the "Bank Motion") [Docket # 367].

3.  The Court has scheduled a conference on outstanding discovery disputes for

**ORAL ARGUMENT NOT REQUESTED**

October 11, 2006. In anticipation of that conference, the parties have agreed to expedite the briefing of the Bank Motion.

4.  The purpose of this motion is to coordinate the remaining briefing of the Goldman Motion with the briefing for the Bank Motion. Because the two motions for protective orders are primarily addressed to the same issues, Walker believes that coordinated briefing would be appropriate.

5.  Pursuant to D. Conn. Local Rule of Civil Procedure 7(b), counsel for Walker has inquired of counsel for plaintiffs, who consent to the relief requested herein.

6.  This is Walker's first request for extension of time to reply with respect to the Goldman Motion.

**Relief Requested**

Wherefore, Walker respectfully requests an order extending his time, through and including October 6, 2006, to reply to plaintiffs' opposition to the Goldman Motion.

DEFENDANT, JAY S. WALKER


By:   <u>/s/ Terence J. Gallagher</u>
     Thomas D. Goldberg (ct04386)
     Terence J. Gallagher (ct22415)
     Day, Berry & Howard LLP
     One Canterbury Green
     Stamford, CT 06901
     Phone: (203) 977-7300
     Fax:   (203) 977-7301
     tdgoldberg@dbh.com – E-mail

     - and -

     J. Michael Hennigan (phv01119)
     Bruce Bennett (phv01115)
     Jeanne E. Irving (phv01118)
     Shawna Ballard (phv01117)
     Hennigan, Bennett & Dorman LLP
     865 South Figueroa Street, Suite 2900
     Los Angeles, California 90017
     Telephone: (213) 694-1200
     Fax: (213) 694-1234
     irvingj@hbdlawyers.com – E-mail

His Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, a copy of Defendant Jay S. Walker's Motion on Consent for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Terence J. Gallagher
      Terence J. Gallagher (ct22415)
      Day, Berry & Howard LLP
      One Canterbury Green
      Stamford, CT 06901
      Phone:  (203) 977-7300
      Fax:      (203) 977-7301