**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|                             |   |                       |
|-----------------------------|---|-----------------------|
|                             | : |                       |
| IN RE: PRICELINE.COM, INC.  | : |                       |
| SECURITIES LITIGATION       | : |                       |
|                             | : | MASTER FILE NO.       |
|                             | : | 3:00-CV-1884(AVC)     |
| This document relates to:   | : |                       |
|                             | : |                       |
|     ALL ACTIONS | : |             |
|                             | : |                       |

**<u>RULING AND ORDER RE: PLAINTIFFS' MOTION TO COMPEL AND DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER</u>**

The plaintiffs have filed the within motion to compel
discovery of documents listed on the defendants' privilege logs.
The plaintiffs' motion (**document number 270**) is denied without
prejudice.  In addition, the defendants' motion for a protective
order (**document no. 282**) is denied.

Despite attempts to confer pursuant to Federal Rule of Civil
Procedure 37(a)(2)(A) and Local Rule 37(a)(2), it does not appear
that the parties have conferred with respect to the specific
documents at issue.  Instead, the plaintiff's motion refers to
areas of dispute without specific reference to each document in
dispute.  Without such specificity, however, the court can not
rule on the within motion.

In addition, since the filing of the within motion, the
defendants have produced several documents that are the subject
of the motion.

The parties to this discovery dispute shall meet on or

before October 3, 2006, in order to address the concerns raised

by the within motion to compel.  Before that conference, the

defendants shall, to the extent they have not already done so,

review the documents in their logs with respect to which they

have asserted privilege and confirm applicability of the

privilege.  At the time of their conference, the parties shall

discuss each document at issue in an attempt to resolve their

disputes and narrow the issues, if any, for the court to resolve.

If any issues remain, any motion filed shall include a detailed

listing of the documents at issue and the arguments applicable to

those documents.  The court will, at that time, make an in camera

review of any documents that remain at issue.

For the foregoing reasons, the plaintiff's motion to compel

(**document no. 270**) is denied without prejudice.  The defendant's

motion for a protective order (**document no. 282**) is denied.

It is so ordered this 22nd day of September, 2006, at

Hartford, Connecticut.

/s/

_____
Alfred V. Covello, U.S.D.J.