IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>------------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (AVC)<br><br><br><br><br>September 29, 2006 |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO MODIFY THE
AUGUST 23, 2006 SCHEDULING ORDER**

Joseph L. Clasen (ct04090)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com

Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
dslifkin@cravath.com

*Attorneys for Defendants
priceline.com Inc., N.J. Nicholas,
Daniel Schulman and Richard S. Braddock*

Defendants priceline.com Inc. ("priceline"), N. J. Nicholas, Daniel H. Schulman and Richard S. Braddock (collectively, "Defendants") respectfully submit this memorandum in response to plaintiffs' Motion to Modify the August 23, 2006 Scheduling Order.

On October 21, 2005, plaintiffs' motion to Modify Scheduling Order was fully briefed before the Honorable Dominic Squatrito. Judge Squatrito never specifically ruled upon that motion, and instead issued an Order on December 8, 2005, which stated, *inter alia*, that:

- "Unfortunately, due to the nature of this case, the production of material stored in electronic form is going to be time consuming and expensive". 12/8/05 Order at 5.)

- "Beginning in January of 2006, defendants shall file a status report on the production of electronic information on or before the tenth day of each month, or the first business day thereafter". (Id. at 10.)

- "The court will revise the current scheduling order, but only after the parties have provided more details about the amount of information stored electronically that will be produced". (Id. at 11.)

It is clear that Judge Squatrito did not order or expect Defendants to be completed with their document production before the end of December 2005 as plaintiffs suggest (Opening Br. at 1) -- otherwise ordering the filing of Status Reports beginning in January 2006 would have been pointless.

Since that December 8, 2005 Order, Defendants diligently have reviewed several million pages of documents and have produced about 2 million pages. And as the Court and plaintiffs are now aware, it is Defendants' position that the production of documents -- both hard copy and electronic -- is substantially complete. (See, e.g., Monthly Status Report, filed September 11, 2006.)

Notwithstanding Defendants' discovery efforts, plaintiffs, on the other hand, admit in their Opening Brief that they have failed to "mak[e] substantive advances in discovery". (Pls.' Opening Br. at 1.) Specifically, plaintiffs have not taken the deposition of any priceline witness since July 20, 2005. Therefore, it is not surprising that plaintiffs now have moved to modify the Court's August 23, 2006 Order, which imposes on plaintiffs a September 30, 2006 deadline to serve expert reports.

That being said, at this time Defendants take no issue with the schedule plaintiffs set forth in their motion, which would "move each date originally suggested in Plaintiffs' October 2005 Motion back by one year". (Id.)  Defendants have substantially completed their production, so Defendants will have no problem meeting the proposed deadline for the production of documents of December 29, 2006.

However, rather than adopting plaintiffs' proposal in their Opening Brief, Defendants suggest that the Court reserve its decision on scheduling until the October 11, 2006 hearing. That is because, as the Court is aware, plaintiffs have filed a motion to compel additional email and electronic materials. That motion seeks to expand the scope of discovery and undo previous discovery agreements between the parties. (See Docket No. 377.) The Court's ruling on that motion may affect the parties' ability to meet certain deadlines proposed in plaintiffs' Opening Brief.

## Conclusion

For the reasons stated above, Defendants represent that they do not now oppose the schedule set forth in plaintiffs' Opening Brief; however, Defendants respectfully recommend that the Court wait until the October 11, 2006 hearing before formalizing any schedule as the Court will be addressing outstanding discovery issues at that hearing that may affect the feasibility of any proposed schedule.

September 29, 2006

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK

/s/ Joseph L. Clasen
Joseph L. Clasen (ct04090)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com

Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
dslifkin@cravath.com

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the ECF electronic court filing system on this 29th day of September 2006:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | Attorneys for Defendant Jay S. Walker<br><br>Thomas D. Goldberg, Esq. (ct04386)<br>Terence J. Gallagher, Esq. (ct22415)<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel: 203-977-7300<br>Fax: 203-977-7301<br><br>Jeanne E. Irving, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: 213-694-1200<br>Fax: 213-694-1234 |
|---|---|

      /s/ William J. Kelleher III
William J. Kelleher, III