**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2006, a copy of Plaintiffs' Opposition to Defendant Jay S. Walker's Motion to Quash and for Protective Order Regarding the Subpoena Issued to Merrill Lynch, Morgan Stanley, and Chase Manhattan Bank was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/ Eben F. Duval_____

Eben F. Duval (phv01237)
Johnson & Perkinson
P.O. Box 2305
1690 Williston Road
South Burlington, VT  05403
(802) 862-0030
(802) 862-0060 (fax)