# EXHIBIT C

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
865 SOUTH FIGUEROA STREET
SUITE 2900
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 694-1200
FACSIMILE (213) 694-1234


DIRECT PHONE (213) 694-1015
IRVINGJ@HBDLAWYERS.COM

May 12, 2006


**Via Email and Mail**

Geoffrey M. Johnson
Scott + Scott, LLC
33 River Street
Chagrin Falls, Ohio 44022

    Re:    **In re Priceline.com Securities Litigation, Case No. 3:00cv1884 (DJS)**

Dear Geoff:

    I write in response to the portion of your May 10, 2006 letter that addressed email that has been restored from the 181 back-up tapes.

    We have spent a considerable amount of time analyzing the catalogs in an attempt to assess the volume of the data that relates to email as well as other types of documents. That assessment is ongoing. However, as you may have already determined for yourself, the volume of the data that relates to email of the 121 individuals on the list that you sent us on May 5, 2006, as well as the size of the email files, is enormous. An email-by-email search of the email files of the 121 individuals you have identified would impose unwarranted expense and burden. We believe that the most efficient and cost-effective approach to culling from this population relevant material is to both (1) to commit to review the email of only reasonable list of identified individuals, and (2) to run a reasonable list of search terms against the email of those identified individuals.

    We have been engaged in an ongoing discussion with the vendor who handled the cataloging and restoration of the back-up tapes concerning how best to deal with the review and production process. We believe the vendor's charges for staging the data, loading it for review and producing a production set are appropriately born by the plaintiffs. While we can address this in more detail, in considering search parameters, you should be aware that the vendor charges $900 per gigabyte for documents that are subjected to any filtering or de-duping, and $3,000 per gigabyte for allowing review of the resulting population of filtered and de-duped data. While we are endeavoring to get a more precise estimate of the size of the email population, you should know that we currently estimate the size of the email files on the restored back-up tapes

HENNIGAN, BENNETT & DORMAN LLP

Geoffrey M. Johnson
May 12, 2006
Page 2

to exceed 200 gigabytes. In addition, the vendor will charge $0.04 per page to release the non-privileged, responsive documents in a production set. There are other associated charges as well, but these are the items we thought would be of most interest to you. Because the vendor charges various set-up fees, additional charges are incurred if production is handled piecemeal.

We look forward to hearing your thoughts on these issues.

Sincerely yours,

Jeanne E. Irving

JEI/yb

Cc: Shawna Ballard
Peter McDougall

545993\v1