UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : <br> : MASTER FILE NO.<br> : 3:00CV01884(AVC)<br> : |
| This document relates to: | : September 29, 2006<br> : |
| ALL ACTIONS | : <br> : |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2006, a copy of the following documents:

1. Defendant Jay S. Walker's Memorandum of Law in Response to Plaintiffs' Motion to Modify the August 23, 2006 Scheduling Order;

2. Declaration of Jeanne E. Irving in Support of Defendant Jay S. Walker's Response to Plaintiffs' Motion to Modify the August 23, 2006 Scheduling Order; and

3. Declaration of Shawna L. Ballard in Support of Defendant Jay S. Walker's Response to Plaintiffs' Motion to Modify the August 23, 2006 Scheduling Order.

were filed electronically and served by mail on anyone unable to accept electrical filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: September 29, 2006             Defendant, Jay S. Walker

/s/ Shawna L. Ballard
Shawna Ballard (phv01117)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
BallardS@hbdlawyers.com – E-mail

His Attorneys