UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: Priceline.com Inc. Securities Litigation | : Master File No.<br>: 3:00-CV-01884 (DJS) |
| This document relates to: | : |
| ALL ACTIONS | : OCTOBER 6, 2006 |

## MOTION FOR LEAVE TO FILE OVERLENGTH CONSOLIDATED REPLY BRIEF

Defendant Jay S. Walker, by and through his counsel hereby moves this Court for leave to file an overlength Consoldidated Reply Brief of 22 total pages in further support of his (1) Motion for Protective Order Regarding the Subpoena issued to Goldman Sachs & Co. seeking Personal Financial Information (the "Goldman Protective Order Motion"); and (2) Motion to Quash and for Protective Order Regarding the Subpoenas Issued to Merrill Lynch, Morgan Stanley and Chase Manhattan Bank Seeking Production of Private Financial Information (the "Merrill/Morgan/Chase Protective Order Motion"). In support of this motion, Defendant Walker states as follows:

1. Defendant Walker filed the Goldman Protective Order Motion on August 17, 2006 [Docket #354].

2. On September 1, 2006, Plaintiffs filed their opposition to the Goldman Protective Order Motion [Docket #362].

3. Defendant Walker filed the Merrill/Morgan/Chase Protective Order Motion September 11, 2006 [Docket #367].

4. On September 29, 2006, Plaintiffs filed their opposition to the Merrill/Morgan/Chase Protective Order Motion [Docket #379].

5. By order dated September 15, 2006 [Docket #376], the Court permitted Defendant Walker to consolidate the reply briefing in connection with the Goldman Protective and Merrill/Morgan/Chase Protective Order Motions.

6. Good cause is shown for leave to file an overlength brief due to the substantial privacy issues that must be addressed. Further, Defendant Walker must address both of Plaintiffs' opposition briefs, which total 26 pages. The reply is attached hereto as Exhibit A.

WHEREFORE, Defendant Walker respectfully requests that the Court grant his motion for leave to file an overlength consolidated reply brief of 22 total pages.

DEFENDANT, JAY S. WALKER


By:  /s/ *Jeanne E. Irving*

Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Fax: (203) 977-7301
tdgoldberg@dbh.com – E-mail

- and -

J. Michael Hennigan (phv01119)
Bruce Bennett (phv01115)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv01117)
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
irvingj@hbdlawyers.com – E-mail

His Attorneys