# EXHIBIT 1

Goldman, Sachs & Co. | One New York Plaza | New York, New York 10004
Tel: 212-902-1000

Goldman
Sachs

August 8, 2006

**VIA UPS NEXT DAY**

Mark V. Jackowski, Esq.
Scott & Scott, LLC
108 Norwich Avenue, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

Re:   Priceline.com, Inc. Securities Litigation (Master Civil File No. 3:00-CV-01884 (AVC)) / Subpoena to Goldman, Sachs & Co.

Dear Mr. Jackowski:

In response to the subpoena addressed to Goldman, Sachs & Co. ("Goldman Sachs") dated July 25, 2006 and received in the offices of Goldman Sachs on August 1, 2006, please be advised that Goldman Sachs objects to the subpoena on the grounds and to the extent that: (i) it is overbroad and burdensome, vague and ambiguous; (ii) it seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence; (iii) it purports to require production of documents protected by applicable privileges or immunities from discovery; and (iv) it seeks documents that are proprietary and confidential to Goldman Sachs and/or its clients.

Subject to and without waiver of these objections, we are prepared to discuss this subpoena with you in an effort to resolve these objections.

If you have any questions, please contact me at (212) 357-3981.

Very truly yours,

Matthew Garcia

cc:   Jeannie S. Kang, Esq.