# EXHIBIT 2

Goldman, Sachs & Co. | One New York Plaza | New York, New York 10004
Tel: 212-902-1000

Goldman
Sachs

August 18, 2006

**VIA UPS NEXT DAY**

Mark V. Jackowski, Esq.
Scott & Scott, LLC
108 Norwich Avenue, P.O. Box 192
Colchester, CT 06415
(860) 537-5537

Re:  Priceline.com, Inc. Securities Litigation (Master Civil File No. 3:00-CV-01884 (AVC)) / Subpoena to Goldman, Sachs & Co.

Dear Mr. Jackowski:

In further response to the subpoena addressed to Goldman, Sachs & Co. ("Goldman Sachs") dated July 25, 2006, please be advised that Goldman Sachs continues to assert the objections as set forth in our letter of August 8, 2006. We are in receipt of Jay Walker's Motion for Protective Order dated August 17, 2006.

In light of this, Goldman Sachs hereby asserts an additional objection to the subpoena on the ground that a party has asserted objections to the subpoena and has moved for a protective order regarding the subpoena. Goldman Sachs will not respond any further to the subpoena pending the resolution of the motion. In the interim, Goldman Sachs will continue to gather documents responsive to the subpoena.

If you have any questions, please contact me at (212) 357-3981 or Jeannie Kang at (212) 902-1590.

Very truly yours,

Matthew Garcia

cc:  Jeannie S. Kang, Esq.