IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (DJS)<br>:<br>: |
| This document relates to:<br><br>ALL ACTIONS | :<br>: October 6, 2006<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, a copy of the foregoing:

1. Motion to File Overlength Consolidated Reply Brief, attaching as Exhibit A:

    Defendant Jay S. Walker's Consolidated Reply Memorandum Of Law In Further Support Of His: (1) Motion For Protective Order Regarding The Subpoena Issued To Goldman Sachs & Co. Seeking Personal Financial Information; And (2) Motion To Quash And For Protective Order Regarding The Subpoenas Issued To Merrill Lynch, Morgan Stanley And Chase Manhattan Bank Seeking Production Of Private Financial Information; and

2. Reply Declaration Of Jeanne E. Irving In Support Of Defendant Jay S. Walker's: (1) Motion For Protective Order Regarding The Subpoena Issued To Goldman Sachs & Co. Seeking Personal Financial Information; And (2) Motion To Quash And For Protective Order Regarding The Subpoenas Issued To Merrill Lynch, Morgan Stanley And Chase Manhattan Bank Seeking Production Of Private Financial Information.

were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

1

system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

DATED: October 6, 2006

By: ___/s/ *Jeanne E. Irving*___
      Jeanne E. Irving (ph01118)

HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
irvingj@hbdlawyers.com

571667\v1