UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: Priceline.com Inc. Securities Litigation | : Master File No.<br>: 3:00-CV-01884 (DJS) |
| This document relates to: | : |
| ALL ACTIONS | : OCTOBER 11, 2006 |

## DEFENDANT JAY S. WALKER'S MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Defendant Jay S. Walker respectfully seeks leave of the Court to file the accompanying surreply memorandum of law in further opposition to plaintiffs' Motion to Compel Defendant Walker to Produce Emails and Electronic Documents on the Seventeen Restored Priceline WebHouse Club Tapes (the "Motion"). Defendant seeks leave of the Court because, as discussed in the accompanying memorandum of law, plaintiffs' reply brief distorts the factual record and makes unsupported allegations about the progress of discovery to date. Further, there have been several developments pertinent to the Motion since Defendant Walker filed his opposition, which are described in the proposed surreply. Defendant Walker believes that the attached surreply is necessary to correct and update the record relevant to the Motion.

Counsel for Defendant Walker have inquired of counsel for Lead Plaintiffs if they would consent to this motion for leave to file the surreply and they have not yet provided a response to that request.

Defendant Walker respectfully requests that this Court grant Defendant his motion for leave to file the surreply brief, attached as Exhibit A hereto.

DEFENDANT, JAY S. WALKER

By: /s/ Jeanne E. Irving
Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Fax:   (203) 977-7301
tdgoldberg@dbh.com – E-mail

- and -

J. Michael Hennigan (phv01119)
Bruce Bennett (phv01115)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv01117)
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
irvingj@hbdlawyers.com – E-mail

His Attorneys