# EXHIBIT 2

## Jeanne E. Irving

**From:** Peter McDougall [pmcdougall@jpclasslaw.com]
**Sent:** Thursday, July 28, 2005 3:23 PM
**To:** Joseph, Summer B.; Erin G. Comite; Geoff Johnson
**Cc:** Mullis, Carl W.; Boudreau, Candace E.; jhein@cravath.com; wkelleher@rc.com
**Subject:** RE: Priceline -- documents produced by third parties

Summer:

We have sent subpoenas to numerous third parties and have received documents in response to many of those subpoenas. I believe counsel for the priceline defendants have received (directly from the third parties) copies of most, if not all of the documents we have received in response to these subpoenas. Please contact your co-defendants to obtain copies of these subpoenaed documents. If there are documents that your co-defendants do not have that have been produced pursuant to a third-party subpoena, then we would be happy to discuss with you the possibility of a reasonable arrangement.

Thanks,

Peter

---

**From:** Joseph, Summer B. [mailto:summerjoseph@paulhastings.com]
**Sent:** Wednesday, July 27, 2005 9:08 AM
**To:** 'Erin G. Comite'; Peter McDougall
**Cc:** Mullis, Carl W.; Boudreau, Candace E.; jhein@cravath.com; wkelleher@rc.com
**Subject:** Priceline -- documents produced by third parties

Erin and Peter,

Plaintiffs have subpoenaed documents from several third parties. To date, we have received documents from Murray Devine, but not from any other third party. What is the status of these subpoenas? From which third parties have you received documents? I understand that The Gillette Company has responded that it does not have any responsive documents at this time. Have you received any other responses from any other third parties? If you would provide us with copies of the documents and correspondence that you have received to date in response to your third-party subpoenas (as well as copies of any documents that you may have inspected and copied) by the middle of next week, we would appreciate it.

Thanks,

Summer

---

Summer B. Joseph, Attorney at Law | Paul, Hastings, Janofsky & Walker LLP | 600 Peachtree Street, N.E., Suite 2400, Atlanta, GA 30308 | direct: 404 815 2127 | main: 404 815 2400 | direct fax: 404 685 5127 | summerjoseph@paulhastings.com | www.paulhastings.com

*********************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are