# EXHIBIT 3

# Melissa Ziady

**From:** Mullis, Carl W.
**Sent:** Tuesday, February 07, 2006 2:12 PM
**To:** 'Peter McDougall Esq. (pmcdougall@jpclasslaw.com)'
**Cc:** Maines, J. Allen; Joseph, Summer B.; Farley, Mike F.; Boudreau, Candace E.
**Subject:** In re: Priceline.com Securities litigation

Peter, Hope you are doing well. We have sent off to be restored to native file format the six backup tapes that we discussed and agreed to during our conference call. As soon as we receive these tapes from ADI, we will forward the catalogs for these six tapes to you. As agreed, we will both equally share the costs of restoring these six tapes to a native file format. As we discussed during our conference call, the fact that we are sharing the costs does not mean that we are agreeing to produce the native file format tapes to plaintiffs.

I have received your February 3, 2006 fax. We are determining whether we will agree to pay 1/2 the cost ( approximately $200 to $800 per tape--for tapes with emails on them the cost will probably be around $750 per tape) of restoring nine tapes from Groups 4 and 6 to native file format and whether we will agree to pay 1/2 the costs of creating a catalog ( at a cost of approximately $125 per tape) for each of the remaining 150 back up tapes.

We are waiting to receive your suggestions on how the native file format tapes can be filtered to reduce the data that will need to be searched for responsive documents. We would appreciate your reviewing the catalogs you have already received and limiting your requests, inter alia, by the following:
   (1) File type--I believe you have agreed that we can filter out (i.e., exclude) system files and program files. If we can filter out any additional files that would be helpful.
   (2) Date range--The court has limited any production to the period of March 1, 1999 to April 1, 2001. Please let me know if we can limit the dates any further.
   (3) Custodian (for email/pst files)--The catalogs that we have provided, and will be providing, show the custodians of the various pst files. Please let us know which custodian files you want searched so that other custodian files can be filtered out.
   (4) Key words--Please let us know what key words the we can use to filter the data.

The cost for filtering(or staging) the data is based on the amount of data that remains after the filtering has taken place. Thus, the more data that can be filtered out, the less cost for filtering.( Also the less data that remains after filtering, the less cost for loading that data into a review tool.) I look forward to discussing with you the estimated costs for filtering data.

I will be happy to discuss these matters with you later this week or the first part of next week.
Thanks.
Carl

**Carl W. Mullis, III, Attorney** | Paul, Hastings, Janofsky & Walker LLP | 600 Peachtree Street, N.E., Suite 2400, Atlanta, GA 30308 | direct: 404 815 2225 | main: 404 815 2400| carlmullis@paulhastings.com| www.paulhastings.com

5/5/2006