# EXHIBIT 4

## Jeanne E. Irving

| | |
|---|---|
| From: | Jeanne E. Irving |
| Sent: | Friday, May 05, 2006 5:09 PM |
| To: | Peter McDougall; Geoff Johnson |
| Cc: | Shawna L. Ballard |
| Subject: | Catalogs for 9 Restored Tapes |

After learning this morning that you did not have the catalogs for the group of 9 restored tapes, we contacted Paul Hastings. They advised us that their vendor had not been able to create a catalog for one of the group of 9 tapes, but that they would send you the catalogs for the other 8 on Monday.

1