# EXHIBIT 5

# PaulHastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E. • Twenty-Fourth Floor • Atlanta, GA 30308
telephone 404 815 2400 • facsimile 404 815 2424 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
New York
Orange County
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, D.C.

(404) 815-2308
candaceboudreau@paulhastings.com

May 8, 2006

58066.00002

VIA UPS OVERNIGHT DELIVERY

Peter McDougall
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

RE: *In Re: Priceline.com Securities Litigation*
In the United States District Court – District of Connecticut
Case No. 3:00cv 1884(DJS)

Dear Mr. McDougall:

As agreed, enclosed please find a CD, Bates labeled JWALK00358821, containing searchable, electronic versions of the catalogs generated for 8 of the restored back-up tapes.

This CD has been designated Confidential pursuant to the Protective Order dated January 19, 2005, and the contents should be treated the same.

Additionally, this electronic production of the catalogs is in no way an agreement to produce any restored files from the tapes in their native file format or in any other format.

As we have agreed, this production does not constitute a waiver of the attorney-client privilege, the work product privilege, or any other applicable privileges with regard to these documents, the documents contained in the listed files, or any other documents in Mr. Walker's production.

Please feel free to contact me or Mr. Mullis with any questions.

Sincerely,

Candace Boudreau
Paralegal

Enclosures

LEGAL_US_E # 70856392.1

**Paul**Hastings
ATTORNEYS

Peter McDougall
May 8, 2006
Page 2

cc:  Jeanne Irving, Esq. (w/enclosures)
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

Erin Comite, Esq. (w/o enclosures)
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Jules Brody (w/o enclosures)
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Daniel Slifkin (w/o enclosures)
James G. Hein, Jr.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Joseph L. Clasen (w/o enclosures)
William J. Kelleher, III
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

**Paul**Hastings
ATTORNEYS

Peter McDougall
May 8, 2006
Page 3

bcc:  Carl Mullis
      Summer Joseph

LEGAL_US_E # 70856392.1