UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00CV01884(AVC)<br>:<br>: October 11, 2006 |
| This document relates to:<br><br>ALL ACTIONS | :<br>:<br>: |

### DECLARATION OF CELESTINO SANTOS IN SUPPORT OF DEFENDANT JAY S. WALKER'S SURREPLY MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT WALKER TO PRODUCE EMAILS AND ELECTRONIC DOCUMENTS ON THE SEVENTEEN RESTORED PRICELINE WEBHOUSE CLUB TAPES

I, Celestino Santos, do hereby declare, swear and affirm as follows:

1. I am over 21 years of age and fully competent to make this Declaration. Except to the extent stated otherwise herein, I make this declaration based on my own personal knowledge and experience and based on my knowledge of the file in this matter and any uses allowed by law.

2. For approximately the last 7 years, I have been employed by Hennigan, Bennett & Dorman LLP. My current position is Litigation Support Administrator. I have held this position for approximately 3 years. In this position, I oversee HBD's litigation document and data management. In this capacity, I regularly analyze and consult with HBD's attorneys regarding the most efficient means of using various technologies available at HBD and through third party vendors to handle large document productions and reviews, including the review and production of electronic data.

3. I have analyzed electronic versions of catalogs and detail reports generated by Mr. Walker's electronic vendor with respect to the back-up tapes that have been identified to me as

1

belonging to what Mr. Walker's prior counsel referred to as Groups 5 and 15 and Groups 4 and 6. As part of that analysis, I have analyzed those detail reports generated for those tapes in Groups 4 and 6 that I understand to have been recently been restored. Based on this analysis, I estimate that there is in excess of 480 gigabytes of data on the restored tapes in Groups 5 and 15 and 4 and 6 that are the subject of plaintiffs' motion to compel.

4. Further, I have also analyzed information received from Mr. Walker's electronic vendor regarding the volume of data uploaded thus far for filtering and compilations of .pst email files contained on the recently restored back-up tapes from Groups 4 and 6 with respect to those 59 individuals that persons at this firm have identified as mostly likely to have responsive information in their mailboxes. Based on these analyses, I estimate that approximately 15 gigabytes of data will be uploaded onto Mr. Walker's electronic vendor's system for filtering in accord with the methodologies described in Mr. Walker's October 10 status report.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2006.

                                           _/s/ Celestino Santos_
                                           Celestino Santos