## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

IN RE:  PRICELINE.COM, INC.        **:**  MASTER FILE NO.
SECURITIES LITIGATION             **:**  3:00-CV-01884 (DJS)

                                               **:**

                                               **:**

This document relates to:              **:**

                                               **:**  October 6, 2006

    ALL ACTIONS                    **:**

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, a copy of the foregoing:

1.      Defendant Jay S. Walker's Motion for Leave to File Surreply in Further Opposition to Plaintiffs' Motion to Compel, attaching as Exhibit A:

         Defendant Jay S. Walker's Surreply Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Defendant Walker to Produce Emails and Electronic Documents on the Seventeen Restored Priceline Webhouse Club Tapes;

2.      Surreply Declaration of Jeanne E. Irving in Opposition to Plaintiffs' Motion to Compel Defendant Walker to Produce Emails and Electronic Documents on the Seventeen Restored Priceline Webhouse Club Tapes; and

3.      Surreply Declaration of Celestino Santos in Opposition to Plaintiffs' Motion to Compel Defendant Walker to Produce Emails and Electronic Documents on the Seventeen Restored Priceline Webhouse Club Tapes.

were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice

of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

1

system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


DATED:  October 11, 2006


By:  ____/s/ *Jeanne E. Irving*_____
                    Jeanne E. Irving (ph01118)

HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Fax:  (213) 694-1234
irvingj@hbdlawyers.com

572842\v1