# Exhibit A

| | |
|---|---|
| Disclosed to "Walker Digital", either Walker Digital LLC or Walker Digital Corp. | Volume 1: 237;<br>Volume 2: 12, 239, 251, 252, 255, 279, 293, 294, 295, 296, 359, 503, 541, 565, 603, 615, 619;<br>Volume 9: 16. |
| Disclosed to Webhouse Chief Financial Officer Bob Mylod | Volume 2: 251, 252, 255, 410, 411, 430, 434, 435, 436, 461, 462, 463, 468, 469, 475, 476, 477, 491, 509, 517, 523, 541, 565, 573, 576, 582;<br>Volume 3: 23;<br>Volume 4: 80, 81, 86, 87, 94, 95;<br>Volume 5: 23;<br>Volume 6: 4, 19, 21, 25, 31, 36, 67, 203, 209, 229, 230, 241, 243,<br>Volume 7: 38, 45, 46<br>Volume 9: 61, 62, 63; |
| Disclosed to Webhouse President Scott Case | Volume 2: 462, 469, 489;<br>Volume 4: 80, 81, 87, 94, 95, |
| Disclosed to Webhouse Senior Vice President, General Counsel, Secretary and Assistant Treasurer Mark McEnroe | Volume 2: 403, 475, 476, 477, 503, 505, 680, 681,<br>Volume 4: 94, 95, 96, 122, 123, 124,<br>Volume 5: 6,<br>Volume 6: 47<br>Volume 7: 50 |
| Disclosed to Webhouse Vice President, Controller, Treasurer, and Assistant Secretary Ernie Scheidemann | Volume 2: 390, 461, 463,<br>Volume 4: 80, 81, 94, 95, |
| Disclosed to Webhouse Chief Operating Officer Paul Francis | Volume 2: 251, 252, 255, 390, 461, 462, 489, 503, 523, 541, 573, 681, 692;<br>Volume 3: 14,<br>Volume 4: 30, 80, 81, 122;<br>Volume 5: 7<br>Volume 6: 19, 25, 218, 219, 226, 230,<br>Volume 7: 15, 16, 47, 48,<br>Volume 8: 8<br>Volume 9: 73, 91; |
| Disclosed to "Webhouse Club" | Volume 2: 390, 412, 631, 680,<br>Volume 9: 16, |
| Disclosed to Deloitte and Touche | Volume 3: 23, |
| Disclosed to ChaseMellon Shareholder Services | Volume 2: 400 |
| Disclosed to unidentified consultants | Volume 6: 199 |

Within the ninety-eight documents disclosed to third parties above, Defendants claim a common interest privilege in the following subset of thirteen documents:

| | |
|---|---|
| Disclosed to "Walker Digital", either Walker Digital LLC or Walker Digital Corp. | Volume 2: 12, 239, 251, 252, 255, 279, 293, 294, 295, 296, |
| Disclosed to Webhouse Chief Financial Officer Bob Mylod | Volume 2: 251, 252, 255 |
| Disclosed to Webhouse Senior Vice President, General Counsel, Secretary and Assistant Treasurer Mark McEnroe | Volume 2: 403 |
| Disclosed to Webhouse Vice President, Controller, Treasurer, and Assistant Secretary Ernie Scheidemann | Volume 2: 390 |
| Disclosed to Webhouse Chief Operating Officer Paul Francis | Volume 2: 251, 252, 255, 390, |
| Disclosed to "Webhouse Club" | Volume 2: 390, 412. |