**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2006, a copy of Plaintiffs' Motion for In Camera Review of Disputed Documents on the Defendants' Privilege Log was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

                          _____/s/ Eben F. Duval_____

                          Eben F. Duval (phv01237)
                          Johnson & Perkinson
                          P.O. Box 2305
                          1690 Williston Road
                          South Burlington, VT  05403
                          (802) 862-0030
                          (802) 862-0060 (fax)