IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (DJS)<br>:<br>: |
| This document relates to:<br><br>ALL ACTIONS | :<br>:<br>: October 17, 2006<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2006, a copy of the foregoing:

1. Defendant Jay S. Walker's Consolidated Reply Memorandum of Law in Further Support of His: (1) Motion for Protective Order Regarding the Subpoena Issued to Goldman Sachs & Co. Seeking Personal Financial Information; and (2) Motion to Quash and for Protective Order Regarding the Subpoenas Issued to Merrill Lynch, Morgan Stanley and Chase Manhattan Bank Seeking Production of Private Financial Information; and

2. Defendant Jay S. Walker's Surreply Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Defendant Walker to Produce Emails and Electronic Documents on the Seventeen Restored Priceline Webhouse Club Tapes

were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

DATED: October 17, 2006

By: ___/s/ Shawna Ballard___
Shawna Ballard (phv01119)

HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
ballards@hbdlawyers.com

1