UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC._<br>SECURITIES LITIGATION_<br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC)<br>:<br>:<br>:<br>:<br>: OCTOBER 23, 2006 |

## MOTION TO SCHEDULE PRETRIAL CONFERENCE

Defendant Jay S. Walker ("Walker"), by his undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. Rule 16(a) for an order scheduling a pretrial conference to address pending discovery matters, the schedule for discovery and other pretrial matters, and other trial management issues that may come before the Court. In support of this motion, Walker represents as follows:

Plaintiffs brought this securities class action on behalf of all persons who purchased securities of priceline.com, Inc. ("Priceline") between January 27, 2000 and October 4, 2000. The complaint alleges, among other things, that defendants made misrepresentations concerning Priceline's interest in Priceline WebHouse Club, Inc. ("WebHouse"). The defendants are Priceline and four former officers and directors of Priceline including Mr. Walker. Webhouse is not a party to this case.

There are matters pending before this Court that are of critical importance to both the timely progression of this case to trial and the containment of the mushrooming cost of this litigation. A vast amount of document discovery has already been undertaken in this case. The defendants combined, including Walker, have already produced approximately 3.2 million pages

of documents. In addition, plaintiffs have subpoenaed documents from more than 75 non-parties.

Walker himself has already produced more than 400,000 pages of documents (360,000 pages of hard copy documents and 40,000 pages of email and attached electronic documents). Walker's electronic production is in its early stages, however. Walker has custody of a voluminous amount of electronic material stored on 181 back-up tapes, a large number of which had been the property of non-party WebHouse before that company was liquidated. As described in detail in Walker's monthly status reports, the most recent of which was filed on October 10, 2006, Walker's professionals have begun the process of reviewing and producing information from the WebHouse electronic files pursuant to a detailed methodology designed to efficiently identify potentially responsive material.

Walker's counsel's review methodology focuses on the email boxes of 59 custodians who were identified in the discovery responses and disclosures of defendants as persons with knowledge relevant to this matter. Through continual consultation with the electronic discovery vendor, Walker's counsel now has a better idea of the volume and scope of the data on certain of the tapes. The volume of data from the mailboxes of these 59 custodians alone is approximately 15 gigabytes. Even applying search terms and other electronic filters to further refine this data population in an effort to segregate potentially responsive material for review, we have estimated that the review and production from this data on the scope that we have been pursuing is likely to take through the summer of 2007.

If the desire is to get the document production in this case concluded earlier than this, then Walker's counsel will have to reduce the scope of the production of these non-party documents. This can be accomplished by further limiting or filtering the population of data that

71367405.1

-2-

is reviewed and produced. In light of the fact that the defendants to this case have already produced approximately 3.2 million pages of documents to the plaintiffs, every effort should be made to minimize the enormous burden associated with the production of non-party WebHouse documents.

Plaintiffs currently have pending before this Court two motions that seek to affect the document production schedule in diametrically conflicting ways. Plaintiffs seek to require that all productions be completed by December 31, 2006,[1] and also seek to compel Walker to expand exponentially the electronic production that Walker has already undertaken. The volume of data plaintiffs' motion to compel seeks – without regard to its lack of relevance – exceeds 480 gigabytes, or 32 times the amount of data that Walker anticipates will take through next summer to review.[2]

As explained in Walker's opposition to the motion to compel and in a surreply that was submitted to the Court on October 11, 2006, the resolution of these disputes is of considerable significance to the discovery schedule and to the costs to the parties going forward.

Walker respectfully submits that both the parties and the Court would benefit from an in-person pretrial conference at which counsel could discuss the pending issues and an appropriate schedule for discovery and other pretrial deadlines.

---

[1] *See*, Plaintiffs' Motion and Incorporated Memorandum to Modify the August 23, 2006 Scheduling Order [Docket No. 364], and Defendant Jay S. Walker's Memorandum of Law in Response to Plaintiffs' Motion to Modify the August 23, 2006 Scheduling Order [Docket No. 381].

[2] *See*, Jay S. Walker's Opposition to Plaintiffs' Motion to Compel [Docket No. 339] and Surreply regarding that same motion [Docket No. 391, Exhibit A].

71367405.1

**Relief Requested**

Wherefore, Walker respectfully requests that the Court enter an order scheduling a pretrial conference in this matter.

                DEFENDANT, JAY S. WALKER

            By:    /s/ Terence J. Gallagher
                    Thomas D. Goldberg (ct04386)
                    Terence J. Gallagher (ct22415)
                    Day, Berry & Howard LLP
                    One Canterbury Green
                    Stamford, CT 06901
                    Phone: (203) 977-7300
                    Fax:    (203) 977-7301
                    tdgoldberg@dbh.com – E-mail

                    - and -

                    J. Michael Hennigan (phv01119)
                    Bruce Bennett (phv01115)
                    Jeanne E. Irving (phv01118)
                    Shawna Ballard (phv01117)
                    Hennigan, Bennett & Dorman LLP
                    865 South Figueroa Street, Suite 2900
                    Los Angeles, California 90017
                    Telephone: (213) 694-1200
                    Fax: (213) 694-1234
                    irvingj@hbdlawyers.com – E-mail

His Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2006, a copy of Defendant Jay S. Walker's Motion to Schedule Pretrial Conference was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Terence J. Gallagher
                                          Terence J. Gallagher (ct22415)
                                          Day, Berry & Howard LLP
                                          One Canterbury Green
                                          Stamford, CT 06901
                                          Phone: (203) 977-7300
                                          Fax: (203) 977-7301