UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com Inc. Securities Litigation | : : : | Master File No. 3:00cv1884 (AVC) |
| This document relates to: | : : | |
| All Pending Actions | : : : | |
| | : : | November 10, 2006 |

## STATUS REPORT ON THE PRODUCTION OF ELECTRONIC INFORMATION

On December 8, 2005, the Court directed Defendants to, beginning in January 2006, file a monthly status report on the production of electronic information. (Decision and Order, dated December 8, 2005 ("December 8th Order").) Pursuant to that Order, Defendants priceline.com Inc. ("priceline"), Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas (collectively, "Defendants") submit this November 10, 2006 Status Report on the Production of Electronic Information. This November 10 Status Report updates the information provided in Defendants' previous January 10, February 10, March 9, April 10, May 10, June 12, July 10, August 10, September 11, and October 10, 2006 Status Reports, and Defendants incorporate those Reports by reference.

On October 30, 2006, the Court granted in part and denied in part plaintiffs' motion to compel emails and electronic discovery contained on the snapshot and the departed employee tapes. The Court directed Defendants to provide a sworn statement of the methods they have used in performing their email by email review of individual e-mail accounts for the 80 agreed upon custodians. (Ruling and Order, dated October 30, 2006 ("October 30 Order") at 3.). The Court's October 30 Order also directed Defendants to provide a statement of how they

STAM1-824746-1

have conducted their review of non-email documents using search terms provided by the plaintiffs. Id. at 4-5. Defendants will provide the required descriptions of their review and search methods in a separate submission. The October 30 Order allows plaintiffs to provide the Defendants with a list "of 10 additional terms to be searched" against the non-email data on the snapshot and departed employee tapes. October 30 Order at 4. Further, the Order granted in part plaintiffs' motion to compel and directed Defendants to use the search terms "for emails other than those subject to" the 80 custodians. Id. at 4-5.

1. Emails.

To date, Defendants have produced more than 450,000 pages of emails from the snapshot and the departed employee tapes that were retrieved from the email files of the agreed-upon list of 80 custodians. Defendants have requested that plaintiffs identify any proposed additional terms by which to search the balance of the email data. Once Defendants receive plaintiffs' response, Defendants will be in a position to discuss those search terms with plaintiffs if necessary. The volume of additional emails to be produced, if any, cannot be known at this time.

2. Non-email electronic material.

Defendants have produced more than 2.2 million total pages from the non-email data. Thirty-three (33) search terms have now have been used, 30 of which were proposed by plaintiffs.

As detailed above, Defendants have requested that plaintiffs identify any proposed additional search terms. Once Defendants receive plaintiffs' response, Defendants will then be in a position to discuss those search terms with plaintiffs if necessary. The volume of additional non-email documents to be produced, if any, cannot be known at this time. It is Defendants'

position that our electronic discovery concerning non-email will be completed after the production yielded by any additional search terms.

3. <u>Back-up tapes.</u>

Based on Defendants' preliminary review of the logs of the back-up tapes with our electronic document consultant, it appears that the 40 tapes that were able to be indexed contain irrelevant priceline database material. At this time, none of the back-up tapes have been selected for restoration and it is Defendants' position that, based on the preliminary results of the forensic scans and the Court's December 8th Order, it is not necessary to restore and review the back up tapes at this time.

4. <u>Cost-shifting.</u>

If the additional search terms and expanded scope of electronic discovery require the review and production of significant additional material, Defendants may well make the application for electronic discovery cost-shifting contemplated by the Court's December 8, 2005 Order.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK


<u>/s/ William J. Kelleher III</u>
Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
Alexander D. Pencu (ct26759)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com
apencu@rc.com


Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas,*
*Daniel Schulman and Richard S. Braddock*

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the Court's ECF system on this 10th day of November, 2006:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Erin G. Comite, Esq.<br>Mark V. Jackowski, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Robert K. Simonds, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Defendant Jay S. Walker**<br><br>Thomas D. Goldberg, Esq. (ct04386)<br>Terence J. Gallagher, Esq. (ct22415)<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel: 203-977-7300<br>Fax: 203-977-7301<br><br>Jeanne E. Irving, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: 213-694-1200<br>Fax: 213-694-1234 |
|---|---|

/s/ William J. Kelleher III
William J. Kelleher III