**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE:  PRICELINE.COM, INC. | : | MASTER FILE NO. |
| SECURITIES LITIGATION | : | 3:00-CV-01884 (AVC) |
| | : | |
| | : | |
| This document relates to: | : | |
| | : | |
| ALL ACTIONS | : | November 10, 2006 |

**DEFENDANT JAY S. WALKER'S NOVEMBER 10, 2006 STATUS REPORT
REGARDING THE PRODUCTION OF ELECTRONIC INFORMATION**

Defendant Jay S. Walker ("Walker") submits this Status Report Regarding the

Production of Electronic Information pursuant to the December 8, 2005 directive of the Court

that the defendants file a monthly status report on the production of electronic information.

As reflected in Mr. Walker's last several status reports, there are 181 back-up tapes.

The volume of electronic data contained on the back-up tapes is enormous, and the types of

files are varied, with email being just one example.  In prior reports, Mr. Walker has described

the substantial efforts that Mr. Walker's counsel has taken to make informed decisions about

which of the tapes might contain data whose value could justify the expense of restoring them

and to develop an appropriate methodology for reviewing electronic data from restored tapes.

In prior reports, Mr. Walker has also described the methodologies that Mr. Walker's counsel

has employed in the review of electronic data.  This report is intended to update those detailed

prior reports.

Since the filing of last month's status report, Mr. Walker's counsel have continued to

review and analyze electronic documents in accord with the methodologies previously

described, and Mr. Walker's counsel have continued to develop and employ methodologies for

the review that are reasonable under the circumstances. In the context of this ongoing review, on October 13, 2006, Mr. Walker's counsel produced to plaintiffs over 40,000 pages of electronic documents.

On October 30, 2006, this Court issued a ruling with respect to, among other things, plaintiffs' motion to compel the production of electronic documents from 17 of the 181 back-up tapes. Mr. Walker's counsel is adjusting the methodologies in the ongoing review to conform with that ruling. Mr. Walker's counsel and plaintiffs' counsel will need to meet and confer with respect to some aspects of the Court's ruling. In this regard, Mr. Walker's counsel and plaintiffs' counsel are scheduled to meet and confer on November 16, 2006, regarding the methodologies that will be employed in the ongoing review of electronic documents in light of this Court's October 30, 2006 order.

DATED:  November 10, 2006

Defendant, Jay S. Walker

By: _____

Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone:  (203) 977-7300
Fax:     (203) 977-7301
tdgoldberg@dbh.com – E-mail

- and -

J. Michael Hennigan (phv01117)
Bruce Bennett (phv01115)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv01119)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Fax:  (213) 694-1234
irvingj@hbdlawyers.com – E-mail

His Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2006, a copy of defendant Jay S. Walker's November 10, 2006 Status Report Regarding the Production of Electronic Information was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____
                Shawna L. Ballard