## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : <br> : <br> : <br> : | MASTER FILE NO.<br>3:00-CV-01884 (AVC) |
| This document relates to:<br><br>ALL ACTIONS | : <br> : <br> : <br> : <br> : | NOVEMBER 14, 2006 |

## MOTION FOR ADMISSION OF BETH KASWAN TO
## APPEAR AS A VISITING LAWYER

PURSUANT TO Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of BETH A. KASWAN of Scott + Scott, LLP, 75 Rockefeller Plaza, Suite 1915, New York, NY  10019, to appear as a visiting lawyer, *pro hac vice*, for Lead Plaintiffs, Leisinger Pension Fund, Iliana Ilieva, Mark Weiss, Marilyn D. Egel and Joseph Wilenkin..

Attorney Kaswan is in good standing of the Bars of the State of New York and the State of Massachusetts, the United States District Court for the Southern District of New York and the United States Court of Appeals for the Second Circuit.  Attorney Kaswan has not been denied admission to or disciplined by this court or any other court.  Please see the attached Declaration of BETH KASWAN.

Dated: November 14, 2006

          By:___/s/ Erin Green Comite_____
        DAVID R. SCOTT (Bar No. CT16080)
        ERIN GREEN COMITE (Bar No. CT24886)
        108 Norwich Avenue
        Colchester, CT  06415
        Telephone:  860/537-5537
        860/537-4432 (fax)
        Emails:  D. Scott:  drscott@scott-scott.com
                E. Comite:  ecomite@scott-scott.com

        **SCOTT + SCOTT, LLC**
        Geoffrey M. Johnson
        33 River Street
        Chargin Falls, OH  44022
        Telephone:  440/247-8200
        440/247-8275 (fax)
        Email:  gjohnson@scott-scott.com

        **JOHNSON & PERKINSON**
        Dennis J. Johnson
        Jacob B. Perkinson
        1690 Williston Road
        South Burlington, VT 05403
        Tel: (802) 862-0030
        Fax: (802) 862-0060

        **STULL, STULL & BRODY**
        Jules  Brody
        Aaron Brody
        6 East 45th Street
        New York, NY 10017
        Tel: (212) 687-7230
        Fax: (212) 490-2022

        **Plaintiffs' Lead Counsel**

**SCHATZ & NOBEL, P.C.**
Andrew M. Schatz CT00603
Jeffrey S. Nobel CT04855
Patrick A. Klingman CT17813
330 Main Street
Hartford, CT 06106
Tel: (860) 493-6292
Fax: (860) 493-6290

**Plaintiffs' Liaison Counsel**

**CERTIFICATE OF SERVICE**

On this the 14th day of November, 2006, the foregoing document was served by First Class Mail on the Counsel of Record listed on the attached Service List.

          */s/ Erin Green Comite*
              Erin Green Comite

**SERVICE LIST**

Joseph L. Clasen
William Kelleher
Alexander Pencu
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
Stamford, CT 06904-2305

Frank F. Coulom, Jr.
Bradford S. Babbitt
ROBINSON & COLE
280 Trumbull Street
Hartford, CT 06103-3597

Terence J. Gallagher, III
Thomas D. Goldberg
DAY, BERRY & HOWARD
One Canterbury Green
Stamford, CT 06901-2047

Bruce Bennett
Jeanne E. Irving, Esq.
J. Michael Hennigan, Esq.
Shawna Ballard
HENNIGAN, BENNETT & DORMAN
865 S. Figueroa St., Ste. 2900
Los Angeles, CA 90017

Daniel Slifkin
Robert Simonds
CRAVATH, SWAINE & MOORE
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019

Dennis J. Johnson
Jacob B. Perkinson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
HURWITZ SAGARIN & SLOSSBERG
147 North Broad St., PO Box 112
Milford, CT 06460-0112