UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : | MASTER FILE NO. 3:00-CV-01884 (AVC) |
| This document relates to:<br><br>ALL ACTIONS | : : : : : : | NOVEMBER 10, 2006 |

**DECLARATION OF BETH A. KASWAN IN SUPPORT OF
MOTON FOR ADMISSION TO APPEAR AS VISITING ATTORNEY**

Pursuant to 28 U.S.C. Section 1746, Beth A. Kaswan declares the following:

1. I am an attorney in good standing and have been admitted to the Bar of the State of New York (admitted in 1984), the Bar of the State of Massachusetts (admitted in 1977), the U.S. District Court for the Southern District of New York (admitted 1984) as well as the United States Court of Appeals for the Second Circuit (admitted in 1986). I have never been reprimanded, suspended from the practice of law, placed on inactive status or disbarred. I have no grievances pending against me, nor have I ever resigned from the practice of law.

2. I received a Bachelor of Arts degree from University of Miami, and I was awarded a Juris Doctorate by the Boston College Law School.

3. Since October 2006, I have been employed by the law firm of Scott + Scott, LLC where I concentrate my practice in a variety of complex litigation matters pending in federal courts.

My address is as follows:

> Beth Kaswan
> SCOTT + SCOTT, LLP
> 75 Rockefeller Plaza, Suite 1915
> New York, NY 10019
> Telephone: (212) 710-1040
> Facsimile: (212) 710-1041
> Email: bkaswan@scott-scott.com

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5. I hereby consent to be subject to the jurisdiction of the rules of The United States District Court for the District of Connecticut governing professional conduct.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.


Date:_11/10/06_____                _____/s/ Beth Kaswan_____
                                   BETH A. KASWAN