**Exhibit A**

| | |
|---|---|
| Marlene Beeler | Mona Kucelek |
| Jeff Boyd | Anne Maffei |
| Richard Braddock | William McCadden |
| Tim Brier | James McGill |
| Paul Brietenbach | Heidi Miller |
| Peter Burgess | Steve Mott |
| T. Scott Case | Bob Mylod |
| Antonietta D'Angelo | Baruch Ness |
| Tom D'Angelo | Jonathan Otto |
| Patty D'Angelo | Jill Pfefferbaum |
| Adam DaCosta | William Pike |
| Mike Diliberto | Terry Rizzi |
| Brian Eck | Thomas Ronan |
| Glenn Fogel | Ron Rose |
| Paul Francis | Dan Rubenstein |
| Tom Gerhardt | Ernest Scheideman |
| Lisa Gillingham | Dan Schulman |
| Jill Gleeson | Jules Seiburgh |
| Kevin Goldman | Jose Suarez |
| Tom Gordon | Mitch Truwit |
| Maria Gotch | Trey Urbahn |
| Ken Jones | Jay Walker |
| Brett Keller | Don Whitman |
| Maryann Keller | Jeanne Wisniewski |
| Don King | Igor Zhuk |
| | |
| Amit Aggarwai | Kevin Kells |
| Angela Alves-Lagarino | Jean Kim |
| Frances Antollno | Kristin Knous |
| Susan Brett | Julianna Kopa |
| Jacqueline Brini | Stella Lin |
| Carol Caruso | Patrick Nee |
| Peggy Cheyne | Ben Ness |
| Michael D'Antonio | John Redcay |
| Lisa Edwards | Chris Soder |
| Roberta Farrell | Corey Vezina |
| Christine Fitzpatrick | Bridge Whalen |
| Gary Goldberg | Robert Wisse |
| Alex Iglesias | John Work |
| Deborah Iorio | Jonathan Yee |
| Jean Japinga | |
| John Kaufman | |

Exhibit A

**Exhibit B**

braddock*
murray devine* (or mdc*, md&c*)
schulman*
Warrant*
perfect w/1 yardsale
grocer*
priceline w/2 europe
my w/1 price*
AG*
better w/1 business w/1 bureau*
cash w/s burn
complaint*
crash
dilut*
jay*
mott*
mylod*
otto*
separate w/3 entit*
sponsor*

licens*
nichol*

walker
wind* w/3 down*
gas*
miller*
myprice*
attorney* w/2 general
BBB*
d&t or deloitt* or dt
Webhouse
Web House
WHC

Exhibit B