UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : | |
| _____ | : : | MASTER FILE NO. 3:00CV01884(DJS) |
| This document relates to: | : : | |
| ALL ACTIONS | : : : : : | |

## MOTION TO WITHDRAW APPEARANCES

Robert D. Zebro and Michael B. Arnold ("Movants"), in accordance with Local Rule of Civil Procedure 7(e), hereby move to withdraw their appearances in this action. In support of this Motion, the Movants state as follows:

1. The Movants are attorneys, Robert D. Zebro (phv0010) at the law firm of Paul, Hastings, Janofsky & Walker LLP, and Michael B. Arnold (phv0011) former attorney at the law firm of Paul, Hastings, Janofsky & Walker LLP, and former counsel for Defendant Jay S. Walker in this case.

2. Day Berry & Howard LLP is new counsel for Defendant Jay S. Walker in this case. Terrance J. Gallagher, Esq. (ct 22415) and Thomas D. Goldberg, Esq. (ct 04386) of Day Berry & Howard LLP have entered appearances on behalf of Defendant Jay S. Walker.

3. Hennigan, Bennett & Dorman LLP are also representing Defendant Jay S. Walker in this case. Bruce Bennett, Esq. and Jeanne E. Irving, Esq. of Hennigan, Bennett & Dorman, LLP have entered appearances on behalf of Defendant Jay S. Walker in this case.

4. Allowing the Movants to withdraw as counsel of record for Defendant Jay S. Walker will not cause any prejudice to the parties and will not affect the administration of this case.

5. Counsel for all parties are receiving notice that the Movants are seeking to withdraw and are being served with a copy of this Motion by U.S. Certified Mail in accordance with Local Rule 7(e).

Wherefore, the undersigned respectfully request that the Court allow the Movants to withdraw their appearances in this action.

Dated: December 6, 2006     Respectfully submitted,

By: /s/ Robert D. Zebro
Robert D. Zebro (phv0010)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308-2222
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
robertzebro@paulhastings.com

*Former Attorneys for Defendant Jay S. Walker*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     MASTER FILE NO.<br>:     3:00CV01884(DJS) |

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of December, 2006, I electronically filed the foregoing **MOTION TO WITHDRAW APPEARANCES** with the Clerk of Court using the CM/ECF system which will automatically send email notification to the following attorneys of record:

Daniel Slifkin, Esq.
James G. Hein, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Joseph L. Clasen, Esq.
William J. Kelleher, III, Esq.
Robinson & Cole, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT  06904-2305

Jules Brody, Esq.
Aaron Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY  10017

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
Peter McDougall, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT  05403

David R. Scott, Esq.
Erin Green Comite, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

Geoffrey M. Johnson, Esq.
Scott & Scott, LLC
33 River Street
Chagrin Falls, OH  44022

LEGAL_US_E # 73633255.2

| | |
|---|---|
| Andrew W. Schatz, Esq.<br>Joel S. Nobel, Esq.<br>Schatz & Nobel<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103 | J. Daniel Sagarin, Esq.<br>Hurwitz Sagarin & Slossberg<br>147 North Broad Street<br>P.O. Box 112<br>Milford, CT  06460-0112 |
| Terrance J. Gallagher, Esq.<br>Thomas D. Goldberg, Esq.<br>Day Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT  06901 | Bruce Bennett, Esq.<br>J. Michael Hennigan, Esq.<br>Jeanne E. Irving, Esq.<br>Shawna Ballard, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, CA 90017 |