IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>----------------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS)<br><br><br><br><br>December 7, 2006 |

### AFFIDAVIT OF ROBERT J. MYLOD, JR.

| | | |
|---|---|---|
| STATE OF CONNECTICUT | ) | |
| | ) | ss: Norwalk, Connecticut |
| COUNTY OF FAIRFIELD | ) | |

I, Robert Mylod, hereby declare as follows under penalty of perjury:

1. I joined priceline.com, Inc. ("priceline") in January 1999 as the Vice President of Financial Planning and Analysis and subsequently became priceline's Senior Vice President of Finance. In early May 2000, I left priceline and I served as acting Chief Financial Officer of WebHouse Club ("WebHouse") through October 2000. On or about November 1, 2000, I returned to priceline as its Chief Financial Officer, and have since continually served in that role as an employee of priceline.

2. I base this Affidavit on my personal knowledge and belief of the relevant facts, circumstances and events, except as otherwise stated.

Priceline's relationship with Walker Digital:

3. Walker Digital is a company founded principally by Jay Walker. Walker Digital is a leading business invention and research and development company. Under a Purchase and Intercompany Services Agreement in about April, 1998, (before this litigation and priceline's IPO in March, 1999), Walker Digital invested in priceline and in return sold, transferred, licensed and

assigned to priceline certain rights in its patent, trademarks, servicemarks, and related intellectual property and applications. These intellectual property rights were primarily in the area of conditional purchase offers (*i.e.*, buyer-driven commerce or priceline's "Name Your Own Price" business).

4. Walker Digital and priceline were jointly involved in several litigations or potential litigations during their relationship. Those litigations or potential litigations included patent and intellectual property disputes, such as jointly pursuing infringement claims against Microsoft Corporation and its subsidiary Expedia.com and joint evaluation and consideration of potential claims against Hotwire.com.

Priceline's relationship with WebHouse:

5. WebHouse was a company founded and financed by Jay Walker and others in 1999. WebHouse was formed to apply priceline's "Name Your Own Price" business model (for traveled related goods and services) to the sale of groceries and gasoline. WebHouse was not a corporate entity under priceline, but was a separate company that licensed priceline's name and intellectual property and sub-licensed Walker Digital's intellectual property from priceline.

6. The relationship between priceline and WebHouse was contractual and based on a series of agreements. Under an Intellectual Property License Agreement between priceline and WebHouse in October, 1999, priceline licensed its patented "Name Your Own Price" business model, and affiliated patents and trademarks to WebHouse for use and application to its grocery and gasoline business. In that agreement, among other things, priceline agreed to sublicense to WebHouse certain patent and intellectual property rights that Walker Digital had licensed to priceline. Furthermore, in that agreement, the parties agreed to keep and maintain as confidential all confidential business information exchanged between the parties including various proprietary

2

information and intellectual property whether protectable by patent, copyright or other laws, relating to their businesses. In addition, the agreement provided that priceline had the right and, if not exercised, WebHouse had the option to take enforcement or other action against infringement or misuse of the licensed intellectual property. Priceline and WebHouse also each had the right to participate in any enforcement action or suit by the other company.

7.  Under a Services Agreement between priceline and WebHouse also in October, 1999, priceline agreed to provide certain professional services including legal, IT and accounting services to WebHouse. In that agreement, the parties again agreed to keep and maintain as confidential all confidential business information exchanged between the parties including various proprietary information and intellectual property whether protectable by patent, copyright or other laws, relating to their businesses.

8.  In 2000, the Federal Trade Commission and the Connecticut Attorney General's Office started investigations into the advertising practices of priceline and WebHouse. Those investigations were jointly defended by priceline and WebHouse.

9.  Mark McEnroe was the General Counsel at WebHouse. McEnroe was the point person and chief contact with priceline concerning legal matters and issues that were common to priceline and WebHouse.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

*Robert J. Mylod, Jr.*

Subscribed and sworn to
before me this 7th day
of December, 2006

*Eduardo N.T. Andrade*
~~Commissioner/Notary Public~~
~~My Commission Expires:~~
Admitted to practice
in Connecticut

## CERTIFICATION

I hereby certify that the foregoing was served on all counsel of record listed below via the Court's ECF system and by first class mail, postage prepaid, on any party not able to receive email, on this 7th day of December, 2006:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>Erin G. Comite, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Robert K. Simonds, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | Attorneys for Defendant Jay S. Walker<br><br>Thomas D. Goldberg, Esq. (ct04386)<br>Terence J. Gallagher, Esq. (ct22415)<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel: 203-977-7300<br>Fax: 203-977-7301<br><br>Jeanne E. Irving, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: 213-694-1200<br>Fax: 213-694-1234 |
|---|---|

/s/ William J. Kelleher III
William J. Kelleher III