IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>-------------------------------------------------------<br><br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS)<br><br><br><br><br><br>December 7, 2006 |

### AFFIDAVIT OF JILL SAVERINE

STATE OF CONNECTICUT    )
                                            )    ss: Norwalk, Connecticut
COUNTY OF FAIRFIELD   )

I, Jill Saverine, hereby declare as follows under penalty of perjury:

1. I am the Director of Human Resources for priceline.com Inc. ("priceline"), one of the Defendants in this action. I respectfully submit this Affidavit in connection with what I understand to be the Defendants' opposition to "Plaintiff's Motion for In Camera Review of Disputed Documents on the Defendants' Privilege Log," dated October 17, 2006.

2. In order to attest to the facts stated below, I have personally reviewed the employment records created and maintained by priceline in the regular and ordinary course of its business with respect to Paul Francis.

3. Paul Francis joined priceline pursuant to a consulting agreement on or about June 30, 1997. On October 19, 1997, Mr. Francis joined priceline as a full time employee. Mr. Francis left priceline on or about March 15, 2000, and became affiliated with WebHouse Club and Walker Digital.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

personal knowledge and belief.

                                                                      /s/ Jill Saverin
                                                                      Jill Saverine

Subscribed and sworn to before me
this 7th day of December, 2006

_[signature]_
Notary Public
~~My Commission Expires:~~
Admitted to practice
in Connecticut

## **CERTIFICATION**

I hereby certify that the foregoing was served on all counsel of record listed below via the Court's ECF system and by first class mail, postage prepaid, on any party not able to receive email, on this 7th day of December, 2006:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Erin G. Comite, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| | |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Robert K. Simonds, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | **Attorneys for Defendant Jay S. Walker**<br><br>Thomas D. Goldberg, Esq. (ct04386)<br>Terence J. Gallagher, Esq. (ct22415)<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel: 203-977-7300<br>Fax: 203-977-7301<br><br>Jeanne E. Irving, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: 213-694-1200<br>Fax: 213-694-1234 |

/s/ William J. Kelleher III
William J. Kelleher III