## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com Inc. | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (AVC) |
| ------------------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| All Pending Actions | : | |
| | : | |
| | : | December 11, 2006 |
| | : | |

### STATUS REPORT ON THE PRODUCTION OF ELECTRONIC INFORMATION

On December 8, 2005, the Court directed Defendants to file a monthly status report on the production of electronic information, beginning in January 2006. (Decision and Order, dated December 8, 2005 ("December 8th Order").) Pursuant to that Order, Defendants priceline.com Inc. ("priceline"), Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas (collectively, "Defendants") submit this December 11, 2006 Status Report on the Production of Electronic Information. This December 11 Status Report updates the information provided in Defendants' previous January 10, February 10, March 9, April 10, May 10, June 12, July 10, August 10, September 11, October 10, and November 10, 2006 Status Reports, and Defendants incorporate those Reports by reference.

On October 30, 2006, the Court granted in part and denied in part plaintiffs' motion to compel emails and electronic discovery contained on the snapshot and the departed employee tapes. The Court directed Defendants to provide a sworn statement of the methods they have used in performing their email-by-email review of individual e-mail accounts for the 80 agreed-upon custodians. (Ruling and Order, dated October 30, 2006 ("October 30th Order")

STAM1-826431-1

at 3.)  The Court also directed Defendants to provide a statement of how they have conducted

their review of non-email documents using the 33 agreed-upon search terms.  (<u>Id.</u> at 4-5.)

Defendants provided that information in a submission on November 22, 2006.

(<u>See</u> Docket Entry No. 411.)

1.    <u>Emails.</u>

Excluding the email accounts of the 80 custodians whose email has already been

searched, the October 30th Order directed Defendants to use the 33 agreed-upon search terms to

search the remaining email on the snapshot and departed employee tapes (together, the

"snapshot").  (October 30th Order at 4-5.)  Defendants are in the process of performing that

search for responsive, non-privileged materials, if any.

In addition, the October 30th Order allowed plaintiffs to provide the Defendants

with a list "of 10 additional terms to be searched" against the snapshot — both the email

accounts of those individuals not included among 80 custodians and the non-email data.

(October 30th Order at 4.)

On November 30, 2006, plaintiffs provided 10 additional terms.  Defendants have

forwarded the 10 terms to our electronic document vendor for processing.  The volume of email

material retrieved by those terms is not yet known.

To date, Defendants have produced more than 450,000 pages of emails.

2.    <u>Non-email electronic material.</u>

As explained above, plaintiffs provided Defendants with 10 additional search

terms to be used against the non-email data and Defendants have forwarded those terms to our

electronic document vendor for processing.  The volume of non-email material retrieved by those

terms is not yet known.

To date, Defendants have produced more than 2.2 million pages of non-email data.

3.     <u>Back-up tapes.</u>

There is currently no dispute with respect to the back-up tapes.  None of the back-up tapes have been selected for restoration and it is Defendants' position that, based on the results of the forensic scans and the Court's December 8th Order, it is not necessary to restore and review the back up tapes.

4.     <u>Cost-shifting.</u>

With respect to the additional discovery that is currently taking place as outlined above, once Defendants have an understanding of the volume of material involved, Defendants may well file a motion for electronic discovery cost-shifting as contemplated by the Court's December 8, 2005 Order.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK


/s/ William J. Kelleher III
Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
Alexander D. Pencu (ct26759)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone:  (203) 462-7500
Fax:  (203) 462-7599
jclasen@rc.com
wkelleher@rc.com
apencu@rc.com


Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Fax:  (212) 474-3700

*Attorneys for Defendants
priceline.com Inc., N.J. Nicholas,
Daniel Schulman and Richard S. Braddock*

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of

record listed below via the Court's ECF system on this 11th day of December, 2006:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq. | Andrew M. Schatz, Esq. |
| Erin G. Comite, Esq. | Jeffrey S. Nobel, Esq. |
| Mark V. Jackowski, Esq. | Schatz & Nobel, PC |
| Scott & Scott, LLC | One Corporate Center |
| 108 Norwich Avenue | 20 Church Street, Suite 1700 |
| P.O. Box 192 | Hartford, CT  06103-3202 |
| Colchester, CT  06415 | Tel:  860-493-6292 |
| Tel:  860-537-3818 | Fax:  860-493-6290 |
| Fax:  860-537-4432 | |
| | |
| Jules Brody, Esq. | |
| Aaron Brody, Esq. | |
| Stull Stull & Brody | |
| 6 East 45th Street | |
| New York, NY  10017 | |
| Tel:  212-687-7230 | |
| Fax:  212-490-2022 | |
| | |
| Dennis J. Johnson, Esq. | |
| Jacob B. Perkinson, Esq. | |
| Johnson & Perkinson | |
| 1690 Williston Road | |
| South Burlington, VT  05403 | |
| Tel:  802-862-0030 | |
| Fax:  802-862-0060 | |

| | |
|---|---|
| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Robert K. Simonds, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:  212-474-1000<br>Fax:  212-474-3700 | **Attorneys for Defendant Jay S. Walker**<br><br>Thomas D. Goldberg, Esq. (ct04386)<br>Terence J. Gallagher, Esq. (ct22415)<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel:  203-977-7300<br>Fax:  203-977-7301<br><br>Jeanne E. Irving, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone:  213-694-1200<br>Fax:  213-694-1234 |

/s/ William J. Kelleher III
William J. Kelleher III

6