# Exhibit A

# JOHNSON & PERKINSON
## ATTORNEYS AT LAW
1690 WILLISTON ROAD
P.O. BOX 2305
SOUTH BURLINGTON, VERMONT 05403
www.jpclasslaw.com

DENNIS J. JOHNSON
ALSO ADMITTED TO PA AND DC*

JACOB B. PERKINSON
ALSO ADMITTED TO ME

*INACTIVE

TELEPHONE (802) 862-0030
TELECOPIER (802) 862-0060
E-MAIL email@jpclasslaw.com

JAMES F. CONWAY, III
ALSO ADMITTED TO MA

EBEN F. DUVAL

REBECCA K. FAY

November 14, 2006

## *VIA U.S. MAIL & FACSIMILE*
Jeanne E. Irving
Hennigan Bennett & Dorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017
irvingj@hbdlawyers.com

> Re:    *In Re: Priceline.com Securities Litigation*
>         **3:00CV01884 (AVC)**

Dear Jeanne,

Following are lists of potential search terms submitted to Walker for discussion purposes only. While the lists are broken into categories, this has been done solely to facilitate a cogent and productive discussion between counsel and these categories are not meant to delimit or circumscribe either the overall search conducted by Walker or the ultimate production made to Plaintiffs in any way.

The first list contains search terms to be discussed at the meet and confer for use in identifying responsive documents. The second list identifies the key employees Plaintiffs would like Walker to utilize to identify email accounts for the email by email search for responsive documents ordered by the Court. Any key individuals without email accounts should be placed on the search terms list.

In submitting these lists Plaintiffs make the following assumptions: 1) Walker will search all email accounts for each individual 2) any search terms that contain, or are followed by a "*" symbol will be treated as referring to any variation of characters, numbers or punctuation after the symbol, and will be counted as one search term, 3) all terms and names will be searched without regard to capitalization, that is, they will be searched in a non-case specific manner.

Cordially,

Eben F. Duval

JOHNSON & PERKINSON

ATTORNEYS AT LAW

Jeanne E. Irving, Esq.
November 9, 2006
Page 2 of 3

cc:     Shawna Ballard, Esq. *(Via fax only)*
        865 South Figueroa Street
        Suite 2900
        Los Angeles, CA 90017

        David R. Scott, Esq. *(Via fax only)*
        Erin Green Comite, Esq. *(Via fax only)*
        Mark V. Jackowski, Esq. *(Via fax only)*
        Scott & Scott, LLC
        108 Norwich Avenue
        Colchester, CT 06415

        Geoffrey M. Johnson, Esq. *(Via fax only)*
        Scott & Scott LLC
        33 River Street
        Chagrin Falls, OH 44022

        Beth Kaswan, Esq. *(Via fax only)*
        Scott & Scott, LLC
        75 Rockefeller Center,
        New York, N.Y. 10019.

# List #1, Search Terms

| General | Priceline - People | Third Party - People | Third Party-Entity |
|---|---|---|---|
| "*house" | Abowitz | "Elena Matthews" | "D&T" |
| "10K" | Anand | "Stephen N. David" | "RB Investment Partners" |
| "10Q" | Attina | "Bill Ford" | "Appraisal Economics" |
| "144" | Benerofe | "Norb" | "mlpfs" |
| "8K" | Berger | "Paul Allen" | "Ramsey Beirne" |
| "Audit Committee" | Bleakley | "William E. Ford" | "Allen & Co." |
| "co*investor*" | Braddock | Acampora | "General Atlantic" |
| "consolidated income statement" | Breitenbach | Alaweed | "Gore Creek" |
| "financial snapshot" | Brennan | Anand | "gs" |
| "Grocery hourly reports" | Brier | Bang | "H. Mines" |
| "Member economics" | Brown | Bass | "mdc" |
| "pass*through" | Case | Daggatt | "P&G" |
| "Pro*forma" | Clifford | Denning | "WIT Capital" |
| "Weekly financial reports" | D'Angelo | Devine | Deloitte |
| "*189" | Delorenzo | Dzialga | GAP |
| "2.0" | Dilibarto | Frisch | Goldman |
| "2X" | Donalds | Hanssens | Kellogg |
| "Annual Report*" | Eck | Hatzis | Liberty |
| "Balance Sheet*" | Effron | Loeb | Lynch |
| "brand prefer*" | Fink | Meeker | Morgan |
| "Cash Flow*" | Francis | Murray | Proctor |
| "Critical Mass" | Goldberg | N'Chonon | Skadden |
| "customer acqusition*" | Gotch | Nichols | Vulcan |
| "Double Count*" | Jankowski | Noto | |
| "due diligence" | Madson | Pashley | |
| "Fair*" | McDonald | Restivo | |
| "Financial Statement*" | Mclaughlin | Sair | |
| "hedge fund*" | Miller | Sommers | |
| "information summary" | Mylod | Sykes | |
| "Mark* to market" | Nichols | WEF | |
| "Market share" | O'Brien | Zeikel | |
| "private placement*" | Perkins | Savoy | |
| "Quarterly Report*" | Pike | | |
| "Repeat customer*" | Pirro | | |
| "Third*part*" | Rubenstein | | |
| Account* | Schulman | | |
| actual* | Taub | | |
| Analys* | Walker | | |
| Audit* | | | |
| Base | | | |
| Basket* | | | |
| bind | | | |
| Board | | | |

| General | Priceline - People | Third Party - People | Third Party-Entity |
|---|---|---|---|
| BOD | | | |
| Bound | | | |
| budget | | | |
| burn | | | |
| charg* | | | |
| cost* | | | |
| Coupon | | | |
| Deteriorat* | | | |
| director* | | | |
| discount* | | | |
| financ* | | | |
| forecast* | | | |
| Forgive* | | | |
| GAAP | | | |
| GAAS | | | |
| General | | | |
| goal | | | |
| Gross | | | |
| Horizont* | | | |
| Impair* | | | |
| Inside* | | | |
| interchange | | | |
| Intercompany | | | |
| Interim | | | |
| invest* | | | |
| Jay | | | |
| lateral* | | | |
| Loan | | | |
| Manufact* | | | |
| margin* | | | |
| Marketability | | | |
| Metrics | | | |
| minutes | | | |
| net | | | |
| Operat* | | | |
| opinion* | | | |
| option* | | | |
| Outage* | | | |
| outlook* | | | |
| partner* | | | |
| Perform* | | | |
| plan | | | |
| Profit* | | | |
| Projection* | | | |

| General | Priceline - People | Third Party - People | Third Party-Entity |
|---|---|---|---|
| Report* | | | |
| Restrict* | | | |
| Retail* | | | |
| Revenue* | | | |
| round* | | | |
| Separate | | | |
| Shared | | | |
| short* | | | |
| sponsor* | | | |
| subsid* | | | |
| tax | | | |
| updat* | | | |
| Valu* | | | |
| varian* | | | |
| Vendor | | | |
| vertical* | | | |
| Voucher | | | |
| Walker | | | |
| Warrant* | | | |
| Write* | | | |

| Individual | Likely Email Account User Name |
|---|---|
| Aroian, Jennifer | JENNIFERAROIAN |
| Ashford, Elizabeth | ELIZABETH ASHFORD |
| Baldwin, Nancy | NANCYBALDWIN |
| Braddock, Richard | BRADDOCK- RICHARD |
| Breitenbach, Paul | PBREITENBACH |
| Brennan, Corinne | CORINNEBRENNAN |
| Brown, Jeffery | JEFF BROWN |
| Brown, Lynn | LYNNB |
| Burgess, Peter | PETER BURGESS |
| Burke, Betsy | BETSYB |
| Burnmaster, Brad | BRADBURNMASTER |
| Cantin, Donald | DONALDC |
| Case, T. Scott | SCASE |
| Castenada, Charles | CHARLESCASTENADA |
| Cisinelli, Kathy | KATHYC |
| Dacosta, Adam | ADAM DACOSTA |
| Donohew, Ryan | RYAN DONOHEW |
| Dore, Marissa | MARISSA DORE |
| Francis, Paul | PFRANCIS |
| Ghosh, Raj | RAJ GHOSH |
| Gibson, Craig | CRAIG GIBSON |
| Goldman, Kevin | KEVIN GOLDMAN |
| Greenspan, BJ | BJ GREENSPAN |
| Guise, Kimberly | KIMBERLY GUISE |
| Hamilton, Ray | RAY HAMILTON |
| Hata, Francis | FRANCISH |
| Herskovitz, Michael | MICHAEL HERSKOVITZ |
| Homer, Lance | LANCE HOMER |
| Kells, Kevin | KEVINKELLS |
| Knuff, John | JOHN KNUFF |
| Kolakowski, Julia | JULIA KOLAKOWSKI |
| Krasonsky, Don (or Kranosky) | DON KRASONSKY |
| Lai, Vivian | VIVIAN LAI |
| Lehaney, Michelle | MICHELLELEHANEY |
| Marsan, Tom | TOM MARSAN |
| McEnroe, Mark | MCENROE-MARK |
| McGill, James | JAMESMCGILL |
| Meisner, Eric | EMEISNER |
| Morelli, Vickie | VICKIEMORELLI |
| Mylod, Robert | ROBERTM |
| Otto, John | JOHN OTTO |
| Padgett, Robert | ROBERT PADGETT |
| Romero, Anna | AROMERO |
| Ronan, Tom | TOM RONAN |
| Scheidemann, Ernie | ESCHEIDEMAN |
| Schulitz, Rick | RICKS |
| Shulman, Art (or Schulman, Art) | ASHULMAN |
| Suarez, Jose | JOSE SUAREZ |
| Walker, Jay | JWALKER |
| Whalen, Jasmin | JASMINWHALEN |
| Wilheen, Susan | SUSANW |

| Individual | Likely Email Account User Name |
|---|---|
| Bahna, Ralph | Per Exhibit A to Walker's 9/11/06 Status Report |
| Beeler, Marlene | Per Exhibit A to Walker's 9/11/06 Status Report |
| Boss, Robert | Per Exhibit A to Walker's 9/11/06 Status Report |
| Boyd, Jeffery | Per Exhibit A to Walker's 9/11/06 Status Report |
| Brier, Tim (or Briar, Tim) | Per Exhibit A to Walker's 9/11/06 Status Report |
| D'Angelo, Thomas | Per Exhibit A to Walker's 9/11/06 Status Report |
| Daniel Schulman | Per Exhibit A to Walker's 9/11/06 Status Report |
| Dilberto, Mike | Per Exhibit A to Walker's 9/11/06 Status Report |
| Eck, Brian (or Ek, Brian) | Per Exhibit A to Walker's 9/11/06 Status Report |
| Fogel, Glenn | Per Exhibit A to Walker's 9/11/06 Status Report |
| Freeman, Brad | Per Exhibit A to Walker's 9/11/06 Status Report |
| Gerhardt, Tom | Per Exhibit A to Walker's 9/11/06 Status Report |
| Gillingham, Lisa | Per Exhibit A to Walker's 9/11/06 Status Report |
| Gleeson, Jill | Per Exhibit A to Walker's 9/11/06 Status Report |
| Gordon, Tom | Per Exhibit A to Walker's 9/11/06 Status Report |
| Gotch, Maria | Per Exhibit A to Walker's 9/11/06 Status Report |
| Keller, Brett | Per Exhibit A to Walker's 9/11/06 Status Report |
| Keller, Maryanne | Per Exhibit A to Walker's 9/11/06 Status Report |
| King, Don | Per Exhibit A to Walker's 9/11/06 Status Report |
| Kucelek, Mona (or Kulceluk, Mona) | Per Exhibit A to Walker's 9/11/06 Status Report |
| Maccadden, William | Per Exhibit A to Walker's 9/11/06 Status Report |
| Maffai, Anne | Per Exhibit A to Walker's 9/11/06 Status Report |
| McGory, Patricia | Per Exhibit A to Walker's 9/11/06 Status Report |
| Ness, Baruch | Per Exhibit A to Walker's 9/11/06 Status Report |
| Nicholas, N.J. | Per Exhibit A to Walker's 9/11/06 Status Report |
| Pfefferbaum, Jill | Per Exhibit A to Walker's 9/11/06 Status Report |
| Pike, William | Per Exhibit A to Walker's 9/11/06 Status Report |
| Rizzi, Terry | Per Exhibit A to Walker's 9/11/06 Status Report |
| Rose, Ron | Per Exhibit A to Walker's 9/11/06 Status Report |
| Rubenstein, Dan | Per Exhibit A to Walker's 9/11/06 Status Report |
| Seiburgh, Jules | Per Exhibit A to Walker's 9/11/06 Status Report |
| Truwit, Mitch | Per Exhibit A to Walker's 9/11/06 Status Report |
| Urbahn, Trey | Per Exhibit A to Walker's 9/11/06 Status Report |
| Whitman, Don | Per Exhibit A to Walker's 9/11/06 Status Report |
| Wisniewski, Jeanne | Per Exhibit A to Walker's 9/11/06 Status Report |
| Zhuk, Igor | Per Exhibit A to Walker's 9/11/06 Status Report |

11/14/2006