# Exhibit B

| | Third Party - People | "Hits" - Pages |
|---|---|---|
| 1 | "Elena Matthews" | 8 |
| 2 | "Stephen N. David" | 3 |
| 3 | "Bill Ford" | 743 |
| 4 | "Norb" | 976 |
| 5 | "Paul Allen" | 2,257 |
| 6 | "William E. Ford" | 1,620 |
| 7 | Acampora | 3,250 |
| 8 | Alaweed | 0 |
| 9 | Anand | 36,163 |
| 10 | Bang | 6,201 |
| 11 | Bass | 25,252 |
| 12 | Daggatt | 1,336 |
| 13 | Denning | 3,308 |
| 14 | Devine | 41,658 |
| 15 | Dzialga | 2,359 |
| 16 | Frisch | 21,914 |
| 17 | Hanssens | 350 |
| 18 | Hatzis | 703 |
| 19 | Loeb | 27,086 |
| 20 | Meeker | 10,968 |
| 21 | Murray | 62,097 |
| 22 | N'Chonon | 0 |
| 23 | Nichols | 52,617 |
| 24 | Noto | 3,279 |
| 25 | Pashley | 715 |
| 26 | Restivo | 7,803 |
| 27 | Sair | 3 |
| 28 | Sommers | 8,095 |
| 29 | Sykes | 25,423 |
| 30 | WEF | 20 |
| 31 | Zeikel | 0 |
| 32 | Savoy | 13,336 |
| | | 359,543 |

|    | Third Party-Entity | Hits - Pages |
|----|--------------------|--------------|
| 1  | "D&T" | 5,032 |
| 2  | "RB Investment Partners" | 334 |
| 3  | "Appraisal Economics" | 98 |
| 4  | "mlpfs" | 0 |
| 5  | "Ramsey Beirne" | 1,175 |
| 6  | "Allen & Co." | 2,879 |
| 7  | "General Atlantic" | 4,151 |
| 8  | "Gore Creek" | 594 |
| 9  | "gs" | 44,402 |
| 10 | "H. Mines" | 1 |
| 11 | "mdc" | 730 |
| 12 | "P&G" | 8,568 |
| 13 | "WIT Capital" | 2,133 |
| 14 | Deloitte | 6,591 |
| 15 | GAP | 37,697 |
| 16 | Goldman | 75,650 |
| 17 | Kellogg | 30,747 |
| 18 | Liberty | 37,061 |
| 19 | Lynch | 59,176 |
| 20 | Morgan | 74,018 |
| 21 | Proctor | 34,758 |
| 22 | Skadden | 12,693 |
| 23 | Vulcan | 10,056 |
|    |         | 448,544 |