# Exhibit C

|    | General Search Terms    | Hits-Pages | Comments |
|----|-------------------------|------------|----------|
| 1  | "10K"                   | 4,550      |          |
| 2  | "10Q"                   | 638        |          |
| 3  | "Audit Committee"       | 2,823      |          |
| 4  | "co*investor*"          | 2,524      |          |
| 5  | "financial snapshot"    | 32         |          |
| 6  | "Member economics"      | 1,818      |          |
| 7  | "pass*through"          | 6,070      |          |
| 8  | "Pro*forma"             | 12,660     |          |
| 9  | "Annual Report*"        | 1,455      |          |
| 10 | "Balance Sheet*"        | 10,926     |          |
| 11 | "Cash Flow*"            | 20,900     |          |
| 12 | "customer acqusition*"  | 22,088     | Corrected spelling of acquisition when performing search |
| 13 | "Double Count*"         | 387        |          |
| 14 | "due diligence"         | 7,179      |          |
| 15 | "Fair*"                 | 115,383    |          |
| 16 | "information summary"   | 318        |          |
| 17 | "Mark* to market"       | 1,040      |          |
| 18 | "private placement*"    | 3,653      |          |
| 19 | "Quarterly Report*"     | 902        |          |
| 20 | "Repeat customer*"      | 20,439     |          |
| 21 | "Third*part*"           | 38,973     |          |
| 22 | Account*                | 149,615    |          |
| 23 | Analys*                 | 130,228    |          |
| 24 | Audit*                  | 34,636     |          |
| 25 | bind                    | 68,425     |          |
| 26 | Board                   | 56,496     |          |
| 27 | BOD                     | 4,837      |          |
| 28 | burn                    | 7,484      |          |
| 29 | charg*                  | 93,990     |          |
| 30 | Deteriorat*             | 1,994      |          |
| 31 | director*               | 91,483     |          |
| 32 | discount*               | 100,184    |          |
| 33 | forecast*               | 33,258     |          |
| 34 | GAAP                    | 3,947      |          |
| 35 | GAAS                    | 27         |          |
| 36 | Impair*                 | 10,127     |          |
| 37 | invest*                 | 97,974     |          |
| 38 | Jay                     | 118,845    |          |
| 39 | Marketability           | 800        |          |
| 40 | minutes                 | 39,325     |          |
| 41 | Operat*                 | 149,658    |          |
| 42 | opinion*                | 31,024     |          |
| 43 | Outage*                 | 13,896     |          |
| 44 | outlook*                | 18,380     |          |
| 45 | partner*                | 147,754    |          |
| 46 | Perform*                | 112,297    |          |

| | | |
|---|---|---|
| 47 | Profit* | 59,804 |
| 48 | Projection* | 25,878 |
| 49 | round* | 86,697 |
| 50 | Shared | 20,002 |
| 51 | sponsor* | 55,671 |
| 52 | subsid* | 57,901 |
| 53 | tax | 95,535 |
| 54 | updat* | 123,298 |
| 55 | Valu* | 163,711 |
| 56 | varian* | 17,316 |
| 57 | Warrant* | 46,191 |
| 58 | Write* | 68,925 |
| | | **2,612,371** |