UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : : | |
| | : | MASTER FILE NO. 3:00CV01844(DJS) |
| This document relates to: | : : | |
| ALL ACTIONS | : : : : | DECEMBER 15, 2006 |

**PROPOSED ORDER**

Plaintiffs having filed a fourth motion to compel the search and production of documents, contained in back-up tapes in the custody of the Defendant Jay Walker, that are responsive to Plaintiffs' first request for production of documents, and having reviewed the submissions by Plaintiffs and Defendant Walker, it is hereby Ordered:

(1) Defendant Walker shall restore tapes #17 from Group #2, and tapes #160 and #161 from the miscellaneous group appearing on Defendant Walker's catalogues produced to Plaintiffs.

(2) Defendant Walker shall conduct an e-mail by e-mail electronic review for production of documents responsive to Plaintiffs' first request for production of the 89 e-mail accounts identified on the list attached as Exhibit A.

(3) Defendant Walker shall conduct a search and review for production of the remainder of his restored back-up tapes based upon the search terms on the list attached as Exhibit B.

(4) Documents that are identified from the searches described above as being responsive to Plaintiffs' first request for documents, and for which no claim of privilege is raised, shall be produced to Plaintiffs in accordance with this Court's Order dated October 30, 2006.

(5) Absent good cause shown before March 1, 2007, any back-up tape which has not been searched, and responsive non-privileged documents produced by March 1, 2007, shall be turned over to Plaintiffs to permit Plaintiffs to conduct the search and to obtain documents responsive to their document requests. Any such tapes may be first electronically screened to remove, on a preliminary basis, documents containing the names of Defendants' or Webhouse's counsel.

Ordered this ___ day of _____, 200_.

_____
U.S. District Judge