# Exhibit A

# List #2 Individuals for Email by Email Search

| Individual | Likely Email Account User Name |
|---|---|
| Aroian, Jennifer | JENNIFERAROIAN |
| Ashford, Elizabeth | ELIZABETH ASHFORD |
| Baldwin, Nancy | NANCYBALDWIN |
| Braddock, Richard | BRADDOCK- RICHARD |
| Breitenbach, Paul | PBREITENBACH |
| Brennan, Corinne | CORINNEBRENNAN |
| Brown, Jeffery | JEFF BROWN |
| Brown, Lynn | LYNNB |
| Burgess, Peter | PETER BURGESS |
| Burke, Betsy | BETSYB |
| Burnmaster, Brad | BRADBURNMASTER |
| Cantin, Donald | DONALDC |
| Case, T. Scott | SCASE |
| Castenada, Charles | CHARLESCASTENADA |
| Cisinelli, Kathy | KATHYC |
| Dacosta, Adam | ADAM DACOSTA |
| Donohew, Ryan | RYAN DONOHEW |
| Dore, Marissa | MARISSA DORE |
| Francis, Paul | PFRANCIS |
| Ghosh, Raj | RAJ GHOSH |
| Gibson, Craig | CRAIG GIBSON |
| Goldman, Kevin | KEVIN GOLDMAN |
| Greenspan, BJ | BJ GREENSPAN |
| Guise, Kimberly | KIMBERLY GUISE |
| Hamilton, Ray | RAY HAMILTON |
| Hata, Francis | FRANCISH |
| Herskovitz, Michael | MICHAEL HERSKOVITZ |
| Homer, Lance | LANCE HOMER |
| Kells, Kevin | KEVINKELLS |
| Knuff, John | JOHN KNUFF |
| Kolakowski, Julia | JULIA KOLAKOWSKI |
| Krasonsky, Don (or Kranosky) | DON KRASONSKY |
| Lai, Vivian | VIVIAN LAI |
| Lehaney, Michelle | MICHELLELEHANEY |
| Marsan, Tom | TOM MARSAN |
| McEnroe, Mark | MCENROE-MARK |
| McGill, James | JAMESMCGILL |
| Meisner, Eric | EMEISNER |
| Morelli, Vickie | VICKIEMORELLI |
| Mylod, Robert | ROBERTM |
| Otto, John | JOHN OTTO |
| Padgett, Robert | ROBERT PADGETT |
| Romero, Anna | AROMERO |
| Ronan, Tom | TOM RONAN |
| Scheidemann, Ernie | ESCHEIDEMAN |
| Schulitz, Rick | RICKS |
| Shulman, Art (or Schulman, Art) | ASHULMAN |
| Suarez, Jose | JOSE SUAREZ |
| Walker, Jay | JWALKER |
| Whalen, Jasmin | JASMINWHALEN |
| Wilheen, Susan | SUSANW |

## List #2 Individuals for Email by Email Search

| Individual | Likely Email Account User Name |
|---|---|
| Bahna, Ralph | Per Exhibit A to Walker's 9/11/06 Status Report |
| Beeler, Marlene | Per Exhibit A to Walker's 9/11/06 Status Report |
| Boss, Robert | Per Exhibit A to Walker's 9/11/06 Status Report |
| Boyd, Jeffery | Per Exhibit A to Walker's 9/11/06 Status Report |
| Brier, Tim (or Briar, Tim) | Per Exhibit A to Walker's 9/11/06 Status Report |
| D'Angelo, Thomas | Per Exhibit A to Walker's 9/11/06 Status Report |
| Daniel Schulman | Per Exhibit A to Walker's 9/11/06 Status Report |
| Dilberto, Mike | Per Exhibit A to Walker's 9/11/06 Status Report |
| Eck, Brian (or Ek, Brian) | Per Exhibit A to Walker's 9/11/06 Status Report |
| Fogel, Glenn | Per Exhibit A to Walker's 9/11/06 Status Report |
| Freeman, Brad | Per Exhibit A to Walker's 9/11/06 Status Report |
| Gerhardt, Tom | Per Exhibit A to Walker's 9/11/06 Status Report |
| Gillingham, Lisa | Per Exhibit A to Walker's 9/11/06 Status Report |
| Gleeson, Jill | Per Exhibit A to Walker's 9/11/06 Status Report |
| Gordon, Tom | Per Exhibit A to Walker's 9/11/06 Status Report |
| Gotch, Maria | Per Exhibit A to Walker's 9/11/06 Status Report |
| Keller, Brett | Per Exhibit A to Walker's 9/11/06 Status Report |
| Keller, Maryanne | Per Exhibit A to Walker's 9/11/06 Status Report |
| King, Don | Per Exhibit A to Walker's 9/11/06 Status Report |
| Kucelek, Mona (or Kulceluk, Mona) | Per Exhibit A to Walker's 9/11/06 Status Report |
| Maccadden, William | Per Exhibit A to Walker's 9/11/06 Status Report |
| Maffai, Anne | Per Exhibit A to Walker's 9/11/06 Status Report |
| McGory, Patricia | Per Exhibit A to Walker's 9/11/06 Status Report |
| Ness, Baruch | Per Exhibit A to Walker's 9/11/06 Status Report |
| Nicholas, N.J. | Per Exhibit A to Walker's 9/11/06 Status Report |
| Pfefferbaum, Jill | Per Exhibit A to Walker's 9/11/06 Status Report |
| Pike, William | Per Exhibit A to Walker's 9/11/06 Status Report |
| Rizzi, Terry | Per Exhibit A to Walker's 9/11/06 Status Report |
| Rose, Ron | Per Exhibit A to Walker's 9/11/06 Status Report |
| Rubenstein, Dan | Per Exhibit A to Walker's 9/11/06 Status Report |
| Seiburgh, Jules | Per Exhibit A to Walker's 9/11/06 Status Report |
| Truwit, Mitch | Per Exhibit A to Walker's 9/11/06 Status Report |
| Urbahn, Trey | Per Exhibit A to Walker's 9/11/06 Status Report |
| Whitman, Don | Per Exhibit A to Walker's 9/11/06 Status Report |
| Wisniewski, Jeanne | Per Exhibit A to Walker's 9/11/06 Status Report |
| Zhuk, Igor | Per Exhibit A to Walker's 9/11/06 Status Report |