UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC)<br>:<br>:<br>:<br>:<br>:<br>: DECEMBER 18, 2006 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Defendant Jay S. Walker, by his undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 6(b) for an extension of time to respond to plaintiffs' Motion to Compel Defendant Walker to Produce Responsive Documents on the Restored WebHouse Tapes and to Restore Additional WebHouse Tapes (the "Motion to Compel") to January 12, 2007.  In support of this motion Defendant Walker represents as follows:

1.   Plaintiffs filed the Motion to Compel on December 15, 2000.  At present, Defendant Walker's response is due on January 5, 2007.

2.   The requested extension of one week is necessitated by both the vacation schedules and other personal issues regarding counsel for Defendant Walker.

3.   Pursuant to D. Conn. Local Rule of Civil Procedure 7(b), counsel for Defendant Walker has inquired of counsel for plaintiffs, who consent to the relief requested herein.

4.   This is Defendant Walker's first request for extension of time to respond to the Motion to Compel.

**ORAL ARGUMENT NOT REQUESTED**

**Relief Requested**

Wherefore, Defendant Walker respectfully requests an order extending his time through and including January 12, 2007 to respond to Plaintiffs' Motion to Compel.

DEFENDANT, JAY S. WALKER

By:   /s/ Terence J. Gallagher
Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Fax: (203) 977-7301
tdgoldberg@dbh.com – E-mail

- and -

J. Michael Hennigan (phv01119)
Bruce Bennett (phv01115)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv01117)
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
irvingj@hbdlawyers.com – E-mail

His Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, a copy of Defendant Jay S. Walker's Motion on Consent for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Terence J. Gallagher
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Fax:  (203) 977-7301