# EXHIBIT A

**Email Custodians Searched Email-by-Email**

1. Braddock, Richard
2. Breitenbach, Paul
3. Brown, Lynn
4. Burgess, Peter
5. Burmaster, Brad
6. Case, T. Scott
7. Castenda, Charles
8. DaCosta, Adam
9. DAngelo, Tom
10. Donohew, Ryan
11. Dore, Marissa
12. Fogel, Glenn
13. Francis, Paul
14. Gerhard, Tom
15. Gerard, Tommasio
16. Gibson, Craig
17. Goldman, Kevin
18. Greenspan, BJ
19. Hamilton, Ray
20. Hata, Francis
21. Herskovitz, Michael
22. Kells, Kevin
23. King, Don
24. McGill, James
25. Meisner, Eric
26. Mott, Steve
27. Mylod, Robert
28. Otto, Jonathan
29. Padgett, Robert
30. Ronan, Thomas
31. Scheideman, Ernest
32. Suarez, Jose
33. Voss, Robert
34. Walker, Jay S.