# EXHIBIT B

**Search Terms For Data In Review Tool**

1. **10K**
2. **10Q**
3. **Allen & Co.**
4. **Annual Report***
5. **Appraisal Economics**
6. **Bass**
7. **BOD**
8. **burn**
9. **cash flow***
10. **co*investor***
11. **customer acquisition***
12. **D&T**
13. **Deloitte**
14. **Deteriorat***
15. **Devine**
16. **Double Count***
17. **financial snapshot**
18. **GAAS**
19. **GAP**
20. **General Atlantic**
21. **Goldman and WebHouse or WHC**
22. **Gore Creek**
23. **H. Mines**
24. **information summary**
25. **Liberty**
26. **Loeb**
27. **Lynch**
28. **Mark* to market**
29. **Marketability**
30. **mdc**
31. **Member economics**
32. **minutes and WebHouse or WHC**
33. **mlpfs**
34. **Morgan**
35. **Murray**
36. **Nichols**
37. **outage***
38. **outlook***
39. **pass*through**
40. **Projection***
41. **Quarterly Report***
42. **Ramsey Beirne**
43. **RB Investment Partners**
44. **Repeat customer***
45. **Sykes**
46. **Vulcan**
47. **WIT Capital**