# EXHIBIT C

**Email Custodians Against Whom Search Terms Are Run**

1. McEnroe, Mark
2. Aggarwai, Amit
3. Alves-Lagarino
4. Anminian, Hossein
5. Antolino, Frances
6. Aroian, Jennifer
7. Ashford, Elizabeth
8. Bahna, Ralph
9. Baldwin, Nancy
10. Beougher, Kelli
11. Brennan, Corinne
12. Brett, Susan
13. Brini, Jacqueline
14. Brown, Jeffery
15. Burke, Betsy
16. Cantin, Donald
17. Caruso, Caruso
18. Cheyne, Peggy
19. Cisinelli, Kathy
20. Coleman, Michael
21. D'Angelo, Antonietta
22. D'Angelo, Patty
23. D'Antonio, Michael
24. Dewan, Hasan
25. Edwards, Lisa
26. Farrell, Roberta
27. Fink, Jesse
28. Fitzpatrick, Christine
29. Free, Tony
30. Ghosh, Raj
31. Goldberg, Gary
32. Grossfeld, Martin
33. Guibault, Keith
34. Guise, Kimberly
35. Harris, Shirley
36. Homer, Lance
37. Hubbell, Alan
38. Iglesias, Alex
39. Iorio, Doborah
40. Iventosch-James, Lori
41. Japinga, Jean
42. Jones, Ken
43. Kaufman, John
44. Kim, Jean
45. Knous, Kristin
46. Knuff, John
47. Kolakowski, Julia
48. Kopa, Julianna
49. Krasonsky, Don (or Kranosky)
50. Lai, Vivian
51. LaNasa, Jonathan
52. Larimer, David
53. Lehaney, Michelle
54. Lin, Stella
55. Marsan, Tom

**Email Custodians Against Whom Search Terms Are Run**

56  McGory, Patricia
57  Meeker, Mary
58  Menczel, Gideon
59  Mendoza, Caroline
60  Morelli, Vickie
61  Murphy, Bill
62  Nathan, Giri
63  Nee, Patrick
64  Ness, Ben
65  Redcay, John
66  Rising, Chris
67  Romero, Anna
68  Scheidemann, Eric or Ernest
69  Schulitz, Rick
70  Scozzafava, Mark
71  Soder, Soder
72  Speaker, Michael
73  Van Luchene, Andrew
74  Vezina, Corey
75  Whalen, Bridge
76  Whalen, Jasmin
77  Wilheen, Susan
78  Wisse, Robert
79  Work, John
80  Yee, Jonathan