# EXHIBIT D

# HENNIGAN, BENNETT & DORMAN LLP

LAWYERS

865 SOUTH FIGUEROA STREET
SUITE 2900
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 694-1200
FACSIMILE (213) 694-1234

DIRECT PHONE (213) 694-1029
BALLARDS@HBDLAWYERS.COM

October 16, 2006

**Via Federal Express**

David R. Scott
Mark V. Jackowski
Erin Green Comite
SCOTT & SCOTT, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Re: **In re Priceline.com Securities Litigation, Case No. 3:00cv1884 (DJS)**

Dear David, Mark and Erin:

Enclosed please find a CD bearing Bates No. JWALK00358822 containing a copy of the detail reports with respect to the back-up tapes belonging to Group 6. As reflected in our recent filings, all tapes in this Group 6 have now been restored.

The contents of this CD have been designated as **Confidential** under the protective order in this matter. Please treat the data accordingly.

Sincerely,

Shawna L. Ballard

Enclosure
SLB/ms

cc: **Distribution** (via mail w/o enc.)

HENNIGAN, BENNETT & DORMAN LLP

October 16, 2006
Page 2

**DISTRIBUTION**

Joseph Clasen
William James Kelleher, III
Robinson & Cole LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, Connecticut 06904-2305

Daniel Slifkin
Robert K. Simonds
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475

Thomas D. Goldberg
Terence J. Gallgher
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901

Andrew M. Shatz
Jeffrey Nobel
Schatz & Nobel, PC
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103

HENNIGAN, BENN & DORMAN LLP

October 16, 2006
Page 3


Dennis Johnson
Jake Perkinson
Eben Duval
Johnson & Perkinson
1690 Williston Rd.
P.O. Box 2305
South Burlington, VT 05403

Geoffrey M. Johnson
Scott + Scott, LLC
33 River Street
Chagrin Falls, Ohio 44022

Jules Brody
Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Jeanne E. Irving

573207v1

