# EXHIBIT F, PART 1

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, D.C.

(404) 815-2308
candaceboudreau@paulhastings.com

April 18, 2005

58066.00002

Mr. Peter McDougall
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Re: ***In Re: Priceline.com Securities Litigation***
**In the United States District Court – District of Connecticut**
**Case No. 3:00cv 1884(DJS)**

Dear Mr. McDougall:

Enclosed please find the requested photocopies of the labels on the DLT tapes in Mr. Walker's possession. The tapes were found in two (2) boxes.

Box 1 is labeled IT DLT TAPES. The pages of photocopied labels of the tapes found in this box are Bates numbered JWALK00182273–JWALK00182290.

Box 2 is labeled WEB HOUSE ARCHIVE DLT Tapes and WHC IT. The pages photocopied labels of the tapes found in this box are Bates numbered JWALK00182291–JWALK00182298.

These documents have been designated Confidential pursuant to the Protective Order dated January 19, 2005.

Please feel free to contact me or Mr. Mullis with any questions.

Sincerely,

Candace E. Boudreau
Paralegal

CEB:klp

Enclosures

cc: Erin Comite

maxell AS-01 54
8/18/00
1:28AM
DLT TAPE

maxell AS-01 55
8/18/00
8.13 PM
DLT TAPE

DLTtape™
ALPHA_SERVER_01
DUMP LOGS 11/3/99



maxell
TUE - AS-02
SET 1
DLT TAPE
maxell
WED - AS-02
SET 1
DLT TAPE
maxell
THU - AS-02
SET 1
DLT TAPE

JWALK00182274
CONFIDENTIAL



maxell
FRIDAY
SN: 100100
(7)
DLT
TAPE

maxell ARSRV-02
FRIDAY
SN: 1000006
DLT
TAPE

JWALK00182275
CONFIDENTIAL



maxell
AS-02-1
THU-CFG-02
DLT TAPE
AS-02-2
MON-CFG-02
THU-CFG-02

JWALK00182276
CONFIDENTIAL



maxell AS-02-1
FRI-GAL-02
DLT TAPE
maxell AS-02-01
FRI-GAL-02
DLT TAPE

JWALK00182277
CONFIDENTIAL

DLT TAPE
AS-02
MEG
9-15
maxell
DLT TAPE
AS-02
MEG
9-15
maxell
maxell
AS-02
MEG
9-15
DLT TAPE
AS-02
MEG
9-15


Megatron TØ Tape 1

DLTtape™ Megatron TØ
~~13B04BU~~ Tape 2
~~121399~~

JWALK00182279
CONFIDENTIAL



DLTtape™ WKSBU
12/6/99
DLT™ WKSBU
12·15·99
DLTtape™
WKSBU 12/14/99
DLT™
12·8·99

JWALK00182280
CONFIDENTIAL



DLTtape™IV
Reorder part number: 26112088
NovusLog Files 12/9/99
DLTtape™IV
Reorder part number: 26112088
NOVUS LOG FILES
12/10/99
DLT 12/11/99
Novus Log Files
DLTtape™
WKSTN NOVUS LOG FILES
12/12/99
DLT 12/13/99
WKSTN NOVUSLOG FILES

JWALK00182281
CONFIDENTIAL

DLT DB SKLVITR04
12·20·99

JWALK00182282
CONFIDENTIAL

DLTtape™IV Reorder part number: 261120OB
DB SERVER 17
12\10/99

DLT TAPE DB 07
12.23.99

DLTtape™
12.9.99
DB1760.6XT

DLTtape™IV DLT TAPE
DB 07
12.22.99

DLT TAPE DB 17
12.8.99

DLT TAPE 12/19/99
DB Server 17

DLTtape™IV DLT TAPE
~~9.4.99~~ 11.21.99
DBSERVER - 17

DLT TAPE 12/18/99
DB SERVER 17

DLTtape™ 11/9/99
DB Server 17

DLTtape™ ~~[illegible]~~
12.16.99
DB SERVER 17

DLT TAPE
DB 07 BU
12.13.99

DLT TAPE 12/[illegible]/99
DB SERVER 17

DLT TAPE 12/11/99
DB SERVER 17

DLTtape™ MGMT01
TD2
12.15.99

DLT MGMT01
TD2 12.8.99

DLTtape™ TD2
MNGT 01 11.28.99

MGMT-1 11/15/99
MON_TD2
DLTtape™

DLTtape™ MGMT01
TD 2
11.14.99

DLTtape™ MGMT01
TD2
11/9/99

DLTtape™ MGMT01
TD2 MON-TD2
11-8-99

DLT MGMT 01
TD2
11.7.99