# EXHIBIT F, PART 2

DLTtape™ ~~td~~ td 2 tues tue ~~8~~ 11/16/99

DLTtape™ 9:5:99 SUN TD2 ~~Mon~~ td2 11/22/99

DLTtape™ Tues - TD2 11/23/99

Cleaning Tape III ~~WED~~ ~~TD2~~ 11/24/99 ~~WED~~ ~~TD2~~
使用法：四角に印をつけてください。
20回使用したまたはクリーニング・カートリッジを捨ててください。

DLTtape™ ~~SAT~~ TD2 11/26/99 ~~td 7/99~~

~~___~~ - TD2 11/27/99 ~~___~~

DLTtape™ 11/29/99 MON - TD2

DLTtape™ 11/30/99 Tues - TD2

JWALK00182285
CONFIDENTIAL



DLTtape™ _TD3_
_MNITO2   11·23·99_

DLTtape™   _11/15/99_
_MGMT-2   MON ID3_

DLTtape™ _M GMT O2_
_TD 3_
_11·14·99_

DLTtape™ _MGMT O2_
_TD 3_
_11·09·99_

JWALK00182286
CONFIDENTIAL

DLTtape™ 11-8-99
MON - TD3

DLTtape™ 11/16/99

DLTtape™ 9-4-99
MON-TD3    11/22/99
Mon-Td3

DLTtape™ TUES - TD3
11/23/99

Cleaning Tape III  11/24/99
WED - TD3
Kreuzen Sie nach jedem Reinigungslauf das
entsprechende Kästchen an. Entsorgen Sie die
Reinigungskassette nach dem letzten Durchlauf.

DLTtape™ TD3
11-27-99

DLTtape™ 11/29/99
MON - TD3

DLTtape™ 11/30/99
TUES - TD3

JWALK00182287
CONFIDENTIAL



JWALK00182288
CONFIDENTIAL

CleaningTape III
■ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐
☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐
Check box after each use.
Discard cleaning cartridge after final use

maxell    08-28 00    DLT TAPE

maxell    TUE    DLT TAPE

maxell    FRIDAY    DLT TAPE

DLT TAPE    S&Z    T/USERS    OLDMED    maxell

JWALK00182289
CONFIDENTIAL



JWALK00182290
CONFIDENTIAL

DLTtape™
ALPHA-SERVER O1 dump
Files
11·21·99

DLTtape™
ALPHA SERVER O1
DUMP FILES

DLT tape ALPHA-SERVER O1
dump Files
11/13/99

maxell ALPHA SERVER
O1 DUMP FILES
11·12·99    DLT tape

DLTtape™ 11/11/99
DB SE ALPHA SERVER O1
DUMP LOGS

JWALK00182291
CONFIDENTIAL

(DLT™)  12/26/99
WKSTN
NOVUS LOG FILE

(DLT™)  WORKSTATION
Novus Files
C & T 8
11/7/99

DLTtape™  11/3/99
WORKSTATION
NOVUS LOB FILES

JWALK00182292
CONFIDENTIAL

DLTtape™ 9-4-99 12/31/99
WKSBU .bak

DLTtape™ 6-7-44 12/30/99
WKSBU

DLT WKSBU
12.29.99

DLT TAPE WKSBU
12·28·99

DLT TAPE 12.17.99
Workstation

DLTtape™ IV    Reorder part number: 26112009
WKSBU 12.5.99

DLT TAPE WKSTNBU
12.4.99    maxell

DLTtape™ 197 WKSBV
11.19.99

JWALK00182293
CONFIDENTIAL



JWALK00182294
CONFIDENTIAL

JWALK00182295
CONFIDENTIAL

DLTtape™ ~~HEAR~~ – td2
~~FRI~~
~~11/31/99~~ 12/3/99

DLTtape™ 12/12/99
SUN TD2

DLTtape™ 12/11/99
SAT- TD2

DLTtape™ 12/1/99
Wed TD2

DLTtape™ 12/10-99
Fri TD2

JWALK00182296
CONFIDENTIAL

DLTtape™ MGMT 02.
TD 3
11-6-99

DLT TD3 MGMT 02 11-7-99

DLT TAPE

maxell MGMT 02 11-13-99

DLTtape MGMT 02 Weal—TD3 11/1/99

DLTtape MGMT 02 TD3 12-4-99

DLT TAPE MGMT 02 TD3 SAT_03

DLT MGMT 02 TD3 12-18-99 12-27-99

DLT MGMT 02 MGMT 02 SUN-TD3 12/19/99

DLT MGMT 02 TD 3 mon 12/20/99

maxell MGMT 02 TD 3 12-01-99

DLTtape IV MGMT 02 TD3 12-22-99

DLTtape IV MGMT 02 TD3 12-23-99

DLTtape MGMT 02 FRI-TD3 12/24/99

MGMT 02 SAT-TD3 FRI-TD3

DLT MGMT 02 SUN-TD3 12/25/99

DLT MGMT 02 TD3 12-25-99

JWALK00182297
CONFIDENTIAL



JWALK00182298
CONFIDENTIAL