IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC)<br>: |
| This document relates to: | : <br>: |
| ALL ACTIONS | : January 17, 2007 |

**DECLARATION OF JAY S. WALKER IN OPPOSITION TO PLAINTIFFS'
MOTION TO COMPEL DEFENDANT WALKER TO PRODUCE RESPONSIVE
DOCUMENTS ON THE RESTORED WEBHOUSE TAPES AND TO RESTORE
ADDITIONAL WEBHOUSE TAPES**

Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Fax: (203) 977-7301
tgoldberg@daypitney.com – E-mail

- and -

J. Michael Hennigan (phv01117)
Bruce Bennett (phv01105)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv01119)
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
irvingj@hbdlawyers.com – E-mail

Attorneys for Defendant, Jay S. Walker

I, Jay S. Walker, under penalty of perjury declare as follows:

1.  I submit this reply declaration in Opposition to Plaintiffs' Motion to Compel Defendant Walker to Produce Responsive Documents on the Restored WebHouse Tapes and to Restore Additional WebHouse Tapes.

2.  I did not make any of the back-up tapes that are the subject of this motion, nor did I move any documents onto these tapes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2007.

_____
Jay S. Walker

2