IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (DJS)<br>:<br>: |
| This document relates to:<br><br>ALL ACTIONS | :<br>: January 17, 2007<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, a copy of the foregoing:

1. Defendant Jay S. Walker's Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Defendant Walker to Produce Responsive Documents on the Restored Webhouse Tapes and to Restore Additional Webhouse Tapes;

2. Declaration of Shawna L. Ballard in Support of Defendant Jay S. Walker's Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Defendant Walker to Produce Responsive Documents on the Restored Webhouse Tapes and to Restore Additional Webhouse Tapes; and

3. Declaration of Jay S. Walker in Opposition to Plaintiffs' Motion to Compel Defendant Walker to Produce Responsive Documents on the Restored Webhouse Tapes and to Restore Additional Webhouse Tapes.

were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

1

system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

DATED: January 17, 2007

By:  /s/ Jeanne E. Irving
     Jeanne E. Irving (phv01118)

HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
irvingj@hbdlawyers.com