UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC)<br>:<br>: |
| This document relates to: | :<br>: |
| ALL ACTIONS | : OCTOBER 23, 2006 |

### MOTION TO SCHEDULE PRETRIAL CONFERENCE

Defendant Jay S. Walker ("Walker"), by his undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. Rule 16(a) for an order scheduling a pretrial conference to address pending discovery matters, the schedule for discovery and other pretrial matters, and other trial management issues that may come before the Court. In support of this motion, Walker represents as follows:

Plaintiffs brought this securities class action on behalf of all persons who purchased securities of priceline.com, Inc. ("Priceline") between January 27, 2000 and October 4, 2000. The complaint alleges, among other things, that defendants made misrepresentations concerning Priceline's interest in Priceline WebHouse Club, Inc. ("WebHouse"). The defendants are Priceline and four former officers and directors of Priceline including Mr. Walker. Webhouse is not a party to this case.

There are matters pending before this Court that are of critical importance to both the timely progression of this case to trial and the containment of the mushrooming cost of this

01/ 26/07. DENIED as moot, the court having ruled on the discovery disputes pending at the time of the filing of the motion and having set a schedule for the completion of pretrial discovery.

Alfred V. Covello, U.S.D.J.