# **EXHIBIT A**

## Examples of Responsive Files Contained in Tape 17

T$\Users\lbrown
..                          <DIR>  8/25/00  1:05 PM  ---DA
lbrown.pst                  98,304  8/08/00  6:31 PM  ----A

PRICELINE WEBHOUSE CLUB STAFFI     19,456  5/08/00  3:01 PM  ----A

T$\Users\MDore\Word
..                          <DIR>  8/28/00  3:13 PM  ---DA
gas station letter 7.11.00.doc    22,528  7/11/00  6:23 PM  ----A
Notes 6.23.00 web.doc       19,968  7/03/00  9:09 AM  ----A
Notes from Gas Meeting7.doc   21,504  7/11/00  7:55 AM  ----A
offense - top 9 7.7.00.doc    22,016  7/07/00  8:17 AM  ----A

T$\Users\PBurgess\My Documents
..                          <DIR>  8/17/00  3:09 PM  ---DA
jay meetng.doc              19,456  9/01/99  8:14 PM  ----A
Jay.doc                     19,456  1/07/00  6:48 PM  ----A
WebHouse Partner Marketing.doc    22,528  1/28/00  1:32 PM  ----A

## Examples of Responsive Files Contained in Tape 161

```
daily reports (10).msg                           100864     7/26/2000      1:28 PM
daily reports (5).msg                             83968     7/26/2000      1:28 PM
daily reports (9).msg                             87552     7/26/2000      1:28 PM
Daily reports .msg                                82944     7/26/2000      1:28 PM
Daily Reports attached.msg                       323072     7/26/2000      1:25 PM
Daily reports for 6 28 00 (1).msg                 81920     7/26/2000      1:27 PM
Daily reports for 6 28 00.msg                     92160     7/26/2000      1:27 PM
Daily reports for 6-27-00.msg                     71680     7/26/2000      1:27 PM
Daily Reports for July 16 2000 for your review .msg
                                                 271872     7/26/2000      1:25 PM
daily reports summaries for 6 17-6 19.msg
                                                 236544     7/26/2000      1:28 PM
Back Office Daily Reports for 7 15 00.msg
                                               26072064     7/26/2000      1:25 PM
Back Office Daily Reports for 7 17 2000.msg
                                                 357888     7/26/2000      1:25 PM
Directory \BackOffice\Reports\Gas Billing
Gas Billing 080800.xls                            16896     8/8/2000       6:43 AM
Gas Billing 080900.xls                            17408     8/9/2000       6:34 AM
Gas Billing 081000.xls                            16896     8/10/2000      6:46 AM
Gas Billing 081100.xls                            17408     8/11/2000      6:22 AM
Gas Billing 081200.xls                            16896     8/7/2000      11:44 AM
Gas Billing 081300.xls                            16896     8/7/2000      11:44 AM
Gas Billing 081400.xls                            16896     8/7/2000      11:45 AM
```