**SERVICE LIST**

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
Eben F. Duval, Esq.
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403

David R. Scott, Esq.
Geoffrey M. Johnson, Esq.
Mark V. Jackowski, Esq.
Erin Green Comite, Esq.
SCOTT & SCOTT, LLP
108 Norwich Avenue
Colchester, CT  06415

Beth A. Kaswan, Esq.
SCOTT + SCOTT, LLP
19th Floor, Suite 1915
75 Rockefeller Plaza
New York City, NY  10019

Joseph L. Clasen, Esq.
William Kelleher, Esq.
ROBINSON & COLE
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Daniel Slifkin, Esq.
Robert K. Simonds, Esq.
CRAVATH, SWAINE & MOORE
825 Eight Avenue
New York, NY 10019

Jeanne E. Irving, Esq.
Shawna Ballard, Esq.
HENNIGAN BENNETT & DORMAN
865 South Figueroa Street,
Suite 2900
Los Angeles, CA 90017

Terence J. Gallagher, Esq.
Thomas D. Goldberg, Esq.
DAY BERRY & HOWARD
One Canterbury Green
Stamford, CT 06901