UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>------------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (DJS)<br><br><br><br>February 1, 2007 |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned, Bradford S. Babbitt, in accordance with Local Rule of Civil Procedure 7(e), hereby moves to withdraw his appearance in this action. In support of this Motion, the undersigned states as follows:

1. The undersigned is an attorney at the law firm of Robinson & Cole LLP, counsel for defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock in this case.

2. William J. Kelleher III and Joseph L. Clasen of Robinson & Cole LLP have appearances in the case for defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock, as do counsel at Cravath, Swaine & Moore LLP.

3. Allowing the undersigned to withdraw as counsel of record for defendants priceline.com Incorporated, N.J. Nicholas, Daniel H. Schulman and Richard S. Braddock will not cause any prejudice to the parties and will not affect the administration of this case.

4.  Counsel for all parties are receiving notice that the undersigned attorney is seeking to withdraw and are being served with a copy of this Motion by certified mail in accordance with Rule 7(e).

Wherefore, the undersigned respectfully requests that the Court allow him to withdraw his appearance in this action.

>                Respectfully submitted,
>
>                DEFENDANTS PRICELINE.COM
>                INCORPORATED, N.J. NICHOLAS, DANIEL
>                H. SCHULMAN AND RICHARD S.
>                BRADDOCK
>
>                    /s/ Bradford S. Babbitt
>                Bradford S. Babbitt (ct13938)
>                Robinson & Cole LLP
>                280 Trumbull Street
>                Hartford, CT  06103-3597
>                (860) 275-8200
>                email: bbabbitt@rc.com

## **CERTIFICATION**

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the ECF electronic court filing system and by certified mail on this 1st day of February, 2007:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>Erin G. Comite, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.**<br><br>Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Robert K. Simonds, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | Attorneys for Defendant Jay S. Walker<br><br>Thomas D. Goldberg, Esq. (ct04386)<br>Terence J. Gallagher, Esq. (ct22415)<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel: 203-977-7300<br>Fax: 203-977-7301<br><br>Jeanne E. Irving, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: 213-694-1200<br>Fax: 213-694-1234 |
|---|---|

                                                                     /s/ William J. Kelleher III
                                                                     William J. Kelleher III