UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com Inc.<br>Securities Litigation | : | Master File No.<br>3:00cv1884 (AVC) |
| ------------------------------------------------- | : | |
| This document relates to: | : | |
| All Pending Actions | : | |
| | : | February 12, 2007 |

### STATUS REPORT ON THE PRODUCTION OF ELECTRONIC INFORMATION

On December 8, 2005, the Court directed Defendants to file a monthly status report on the production of electronic information, beginning in January 2006. (Decision and Order, dated December 8, 2005 ("December 8th Order").) Pursuant to that Order, Defendants priceline.com Inc. ("priceline"), Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas (collectively, "Defendants") submit this February 12, 2007 Status Report on the Production of Electronic Information. This February 12 Status Report updates the information provided in Defendants' previous January 10, February 10, March 9, April 10, May 10, June 12, July 10, August 10, September 11, October 10, November 10, December 11, 2006 and January 10, 2007 Status Reports, and Defendants incorporate those Reports by reference.

On October 30, 2006, the Court granted in part and denied in part plaintiffs' motion to compel emails and electronic discovery contained on the snapshot and the departed employee tapes. The Court directed Defendants to provide a sworn statement of the methods they have used in performing their email-by-email review of individual e-mail accounts for the 80 agreed-upon custodians. (Ruling and Order, dated October 30, 2006 ("October 30th Order") at 3.) The

STAM1-831318-1

Court also directed Defendants to provide a statement of how they have conducted their review of non-email documents using the 33 agreed-upon search terms. (Id. at 4-5.)

Defendants provided that information in a submission on November 22, 2006. (See Docket Entry No. 411.)

1. Emails.

Excluding the email accounts of the 80 custodians whose email has already been searched, the October 30th Order directed Defendants to use the 33 agreed-upon search terms to search the remaining email on the snapshot and departed employee tapes (together, the "snapshot"). (October 30th Order at 4-5.) Defendants are in the process of performing that search for responsive, non-privileged materials.

In addition, the October 30th Order allowed plaintiffs to provide the Defendants with a list "of 10 additional terms to be searched" against the snapshot — including both the email accounts not previously retrieved and reviewed and the non-email data. (October 30th Order at 4.)

On November 30, 2006, plaintiffs provided 10 additional terms. Defendants have forwarded the 10 terms to our electronic document vendor for processing and are in the process of performing that search and review for responsive, non-privileged materials.

To date, Defendants have produced more than 450,000 pages of emails.

2. Non-email electronic material.

As explained above, plaintiffs provided Defendants with 10 additional search terms to be used against the non-email data. Defendants forwarded those terms to our electronic document vendor for processing and are reviewing the retrieved documents for responsive, non-privileged

2

materials. Production of responsive, non-privileged documents from this group of data is almost complete.

To date, Defendants have produced more than 2.3 million pages of non-email data, including a production on February 2, 2007.

3. <u>Back-up tapes</u>.

There is currently no dispute with respect to the back-up tapes. None of the back-up tapes have been selected for restoration and it is Defendants' position that, based on the results of the forensic scans and the Court's December 8th Order, it is not necessary to restore and review the back up tapes.

4. <u>Cost-shifting.</u>

With respect to the additional discovery that is currently taking place as outlined above, Defendants may well file a motion for electronic discovery cost-shifting as contemplated by the Court's December 8, 2005 Order.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK


/s/ William J. Kelleher III
Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
Alexander D. Pencu (ct26759)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com
apencu@rc.com


Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants
priceline.com Inc., N.J. Nicholas,
Daniel Schulman and Richard S. Braddock*

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the Court's ECF system on this 12th day of February, 2007:

| **Co-Lead Counsel** | **Liaison Counsel** |
| --- | --- |
| David R. Scott, Esq.<br>Erin G. Comite, Esq.<br>Mark V. Jackowski, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  860-537-3818<br>Fax:  860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY  10017<br>Tel:  212-687-7230<br>Fax:  212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT  05403<br>Tel:  802-862-0030<br>Fax:  802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103-3202<br>Tel:  860-493-6292<br>Fax:  860-493-6290 |

| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.** | **Attorneys for Defendant Jay S. Walker** |
|---|---|
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Robert K. Simonds, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:  212-474-1000<br>Fax:  212-474-3700 | Thomas D. Goldberg, Esq. (ct04386)<br>Terence J. Gallagher, Esq. (ct22415)<br>Day Pitney LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel:  203-977-7300<br>Fax:  203-977-7301<br><br>Jeanne E. Irving, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone:  213-694-1200<br>Fax:  213-694-1234 |

/s/ William J. Kelleher III
William J. Kelleher III