**EXHIBIT B**

**Search Terms**

1. 10K
2. 10Q
3. Allen & Co.
4. Annual Report*
5. Appraisal Economics
6. Bass
7. BOD
8. burn
9. cash flow*
10. co*investor*
11. customer acquisition*
12. D&T
13. Deloitte
14. Deteriorat*
15. Devine
16. Double Count*
17. financial snapshot
18. GAAS
19. GAP
20. General Atlantic
21. Goldman and WebHouse or WHC
22. Gore Creek
23. H. Mines
24. information summary
25. Liberty
26. Loeb
27. Lynch
28. Mark* to market
29. Marketability
30. mdc
31. Member economics
32. minutes and WebHouse or WHC
33. mlpfs
34. Morgan
35. Murray
36. Nichols
37. outage*
38. outlook*
39. pass*through
40. Projection*
41. Quarterly Report*
42. Ramsey Beirne
43. RB Investment Partners
44. Repeat customer*
45. Sykes
46. Vulcan
47. WIT Capital