UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM INC. SECURITIES LITIGATION | : Master File No.<br>: 3:00-CV-01884 (AVC)<br>:<br>: |
| This document relates to:<br><br>ALL ACTIONS | :<br>: February 28, 2007<br>: |

**DEFENDANT JAY S. WALKER'S MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

Defendant Jay S. Walker respectfully seeks leave of the Court to file the accompanying sur-reply memorandum of law in further opposition to plaintiffs' Motion to Compel Defendant Walker to Produce Responsive Documents on the Restored WebHouse Tapes and to Restore Additional WebHouse Tapes (the "Motion"). Mr. Walker seeks leave of the Court because, as discussed in the accompanying memorandum of law, (i) in their reply memorandum plaintiffs revised their request for relief and (ii) this revised request contains what appears to be an inadvertent, but substantial ambiguity with respect to that request. Further, as Mr. Walker's document review pursuant the Court's October 30, 2006 order is on-going, there have been several developments pertinent to the Motion since Mr. Walker filed his opposition, which are described in the proposed sur-reply. Thus, Mr. Walker believes that the attached sur-reply is necessary to address new issues raised by plaintiffs' reply and to clarify and update the record relevant to the Motion.

Mr. Walker respectfully requests that this Court grant Defendant his motion for leave to file the sur-reply brief submitted herewith.

71382973.1

-2-

DATED: February 28, 2007  DEFENDANT, JAY S. WALKER

By: /s/      Terence J. Gallagher
    Thomas D. Goldberg (ct04386)
    Terence J. Gallagher (ct22415)
    Day Pitney LLP
    One Canterbury Green
    Stamford, CT 06901
    Phone:  (203) 977-7300
    Fax:     (203) 977-7301
    tdgoldberg@daypitney.com – E-mail

    - and -

    J. Michael Hennigan (phv01119)
    Bruce Bennett (phv01115)
    Jeanne E. Irving (phv01118)
    Shawna Ballard (phv01117)
    Hennigan, Bennett & Dorman LLP
    865 South Figueroa Street, Suite 2900
    Los Angeles, California 90017
    Telephone:  (213) 694-1200
    Fax:  (213) 694-1234
    irvingj@hbdlawyers.com – E-mail

His Attorneys

## CERTIFICATE OF SERVICE

    I hereby certify that on February 28, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 /s/ Shawna L. Ballard
                                                   Shawna L. Ballard