UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Priceline.com Inc.<br>Securities Litigation | : | Master File No. |
| | : | 3:00cv1884 (AVC) |
| ------------------------------------------------------- | : | |
| This document relates to:  All Pending Actions | : | |
| | : | March 1, 2007 |
| | : | |

**MOTION FOR EXTENSION OF TIME**

Defendants priceline.com Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas ("Defendants") hereby move for a sixty (60) day extension of time, from March 1, 2007 until May 1, 2007, to complete document discovery per this Court's Ruling and Order Re: Remaining Discovery Disputes and Scheduling Order dated October 30, 2006 (the "October 30 Order") (Docket Entry No. 404). In support of this Motion, Defendants state as follows:

1. On October 30, 2006, the Court granted in part and denied in part plaintiffs' motion to compel additional emails and electronic discovery contained on the snapshot and the departed employee tapes.

2. Excluding the email accounts of the 80 individual email custodians whose email has already been searched and reviewed, the October 30th Order directed Defendants to use 33 agreed-upon search terms to search the remaining email on the snapshot and departed employee tapes (together, the "snapshot"). In addition, the October 30th Order allowed plaintiffs to provide the Defendants with a list of 10 additional terms to be searched against the snapshot —

STAM1-832417-1

both the email accounts of those individuals not included among the previous 80 custodians and the non-email data.

3. On November 30, 2006, the plaintiffs' counsel provided us with their additional 10 search terms pursuant to the Court's October 30 Order.

4. Following our receipt of plaintiffs' additional 10 search terms, we promptly forwarded those terms to our electronic document vendor for processing. Given the March 1, 2007 deadline, we requested that the data be provided to us as quickly as possible for review. Our vendor originally expected to provide all of the data to us for review in time for the March 1, 2007 deadline. However, the document vendor's processing has taken longer than anticipated because of the enormous volume of document "hits" captured by the 33 original search terms and the additional 10 search terms, which amount to approximately 8 million pages. In particular, two (2) of the additional 10 search terms provided by plaintiffs ("valu*" and "*Case"), by themselves, retrieve thousands of pages of "hits" because of the generic and common nature of those terms.

5. To date, Defendants have produced approximately 3.2 million pages of documents to the plaintiffs. Moreover, Defendants have been diligent in moving forward with our continued document production after the Court's October 30 Order. Since the Court's October 30 Order, the Defendants have produced more than 360,000 pages of email and non-email documents to the plaintiffs, and as stated above, we did not receive plaintiffs' additional 10 search terms until November 30, 2006, one month after the Court's October 30 Order.

Defendants expect to continue to produce documents on a weekly or bi-weekly basis. While we are trying to complete the document production before May 1, 2007, a 60 day extension from March 1, 2007 is necessary.

6. Furthermore, as our monthly Status Reports on the Production of Electronic Information detail, the Defendants previously produced more than 450,000 pages of emails from the email accounts of 80 agreed-upon individual email custodians who were believed to be the primary people involved in the subject events. The email data that Defendants are presently reviewing and producing is from all other email accounts and custodians generated from "hits" using the combined 43 search terms provided by plaintiffs and selected by Defendants.

7. The undersigned counsel has spoken with plaintiffs' counsel, Geoff Johnson at Scott + Scott, about the requested extension of time, but has not been able to ascertain plaintiffs' position on the requested extension before filing this Motion.

8. This is the first request for an extension of time by Defendants with regard to this deadline.

9. Defendants submit that in these circumstances, the interests of judicial economy and the parties and the Court are best served by the above-requested extension of time. There is also no prejudice to any party due to the requested extension because the next deadline under the Court's October 30 Order is not until September 28, 2007, when plaintiffs are to designate experts.

For the foregoing reasons, Defendants respectfully request that the Court grant the requested extension of time from March 1, 2007 up to and including May 1, 2007.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK


/s/ William J. Kelleher III
Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
Alexander D. Pencu (ct26759)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599
jclasen@rc.com
wkelleher@rc.com
apencu@rc.com

Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants
priceline.com Inc., N.J. Nicholas,
Daniel Schulman and Richard S. Braddock*

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the Court's ECF system on this 1st day of March, 2007:

| **Co-Lead Counsel** | **Liaison Counsel** |
|---|---|
| David R. Scott, Esq.<br>Erin G. Comite, Esq.<br>Mark V. Jackowski, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

| Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr. | Attorneys for Defendant Jay S. Walker |
|---|---|
| Evan R. Chesler, Esq.<br>Daniel Slifkin, Esq.<br>Robert K. Simonds, Esq.<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212-474-1000<br>Fax: 212-474-3700 | Thomas D. Goldberg, Esq. (ct04386)<br>Terence J. Gallagher, Esq. (ct22415)<br>Day Pitney LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>Tel: 203-977-7300<br>Fax: 203-977-7301<br><br>Jeanne E. Irving, Esq.<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: 213-694-1200<br>Fax: 213-694-1234 |

   /s/ William J. Kelleher III_____
William J. Kelleher III