**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: Priceline.com Inc. | : | Master File No. |
| Securities Litigation | : | 3:00cv1884 (AVC) |
| ------------------------------------------------------- | : | |
| This document relates to: | : | |
| | : | |
| All Pending Actions | : | |
| | : | |
| | : | March 12, 2007 |
| | : | |

## STATUS REPORT ON THE PRODUCTION OF ELECTRONIC INFORMATION

On December 8, 2005, the Court directed Defendants to file a monthly status report on the production of electronic information, beginning in January 2006. (Decision and Order, dated December 8, 2005.) Pursuant to that Order, Defendants priceline.com Inc. ("priceline"), Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas (collectively, "Defendants") submit this March 12, 2007 Status Report on the Production of Electronic Information. This Status Report updates the information provided in Defendants' previous January 10, February 10, March 9, April 10, May 10, June 12, July 10, August 10, September 11, October 10, November 10, December 11, 2006, January 10, and February 12, 2007 Status Reports, and Defendants incorporate those Reports by reference.

In a Ruling and Order dated October 30, 2006 ("October 30th Order"), the Court granted in part and denied in part plaintiffs' motion to compel emails and electronic discovery contained on the snapshot and the departed employee tapes.

In response to the October 30th Order, Defendants must retrieve and review a significant amount of additional electronic data. Therefore, on March 1, 2007, Defendants moved this Court to extend the document discovery deadline from March 1, 2007 to May 1, 2007. Defendants

STAM1-833162-1

sought the extension because, despite its best efforts, Defendants' document vendor's processing of the additional electronic data has taken longer than anticipated because of the enormous volume of "hits" captured by plaintiffs' search terms—hits which amount to approximately 8 million pages of additional data.

To date, Defendants have produced approximately 3.2 million pages of documents to plaintiffs. Since the Court's October 30 Order, Defendants have produced more than 360,000 pages of email and non-email documents.

1.    Emails.

Defendants previously produced more than 450,000 pages of emails from an original set of 80 agreed upon custodians.

Excluding the email accounts of those 80 custodians whose email has already been searched, the October 30th Order directed Defendants to use the 33 previously agreed-upon search terms to search the remaining email on the snapshot and departed employee tapes (together, the "snapshot"). (October 30th Order at 4-5.) Defendants are in the process of completing the review of that material.

In addition, the October 30th Order allowed plaintiffs to provide the Defendants with a list "of 10 additional terms to be searched" against the snapshot—including both the email accounts not previously retrieved and reviewed and the non-email data. (October 30th Order at 4.) On November 30, 2006, plaintiffs provided 10 additional terms. Defendants forwarded the 10 terms to our electronic document vendor for processing and are in the process of completing the review of those materials.

2

2.   Non-email electronic material.

As explained above, plaintiffs provided Defendants with 10 additional search terms to be used against the non-email data. Defendants forwarded those terms to our electronic document vendor for processing and we have reviewed the retrieved documents for responsive, non-privileged materials. Production of responsive, non-privileged documents from this group of data is substantially complete.

To date, Defendants have produced more than 2.5 million pages of non-email data, including several productions in February, 2007.

3.   Back-up tapes.

There is currently no dispute with respect to the back-up tapes. None of the back-up tapes have been selected for restoration and it is Defendants' position that, based on the results of the forensic scans and the Court's December 8, 2005 Order, it is not necessary to restore and review the back up tapes.

4.   Cost-shifting.

With respect to the additional discovery that is currently taking place as outlined above, Defendants may well file a motion for electronic discovery cost-shifting as contemplated by the Court's December 8, 2005 Order.

Respectfully submitted,

DEFENDANTS PRICELINE.COM INC.,
N.J. NICHOLAS,
DANIEL SCHULMAN AND
RICHARD S. BRADDOCK


/s/ William J. Kelleher III
Joseph L. Clasen (ct04090)
William J. Kelleher III (ct22140)
Alexander D. Pencu (ct26759)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone:  (203) 462-7500
Fax:  (203) 462-7599
jclasen@rc.com
wkelleher@rc.com
apencu@rc.com


Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Fax:  (212) 474-3700

*Attorneys for Defendants*
*priceline.com Inc., N.J. Nicholas,*
*Daniel Schulman and Richard S. Braddock*

4

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court and served on all counsel of record listed below via the Court's ECF system on this 12th day of March, 2007:

| Co-Lead Counsel | Liaison Counsel |
|---|---|
| David R. Scott, Esq.<br>Erin G. Comite, Esq.<br>Mark V. Jackowski, Esq.<br>Scott & Scott, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860-537-3818<br>Fax: 860-537-4432<br><br>Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212-687-7230<br>Fax: 212-490-2022<br><br>Dennis J. Johnson, Esq.<br>Jacob B. Perkinson, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Tel: 802-862-0030<br>Fax: 802-862-0060 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Schatz & Nobel, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202<br>Tel: 860-493-6292<br>Fax: 860-493-6290 |

5

| **Attorneys for priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman and N.J. Nicholas, Jr.** | **Attorneys for Defendant Jay S. Walker** |
|---|---|
| Evan R. Chesler, Esq. <br> Daniel Slifkin, Esq. <br> Robert K. Simonds, Esq. <br> Cravath, Swaine & Moore LLP <br> 825 Eighth Avenue <br> New York, NY 10019 <br> Tel: 212-474-1000 <br> Fax: 212-474-3700 | Thomas D. Goldberg, Esq. (ct04386) <br> Terence J. Gallagher, Esq. (ct22415) <br> Day Pitney LLP <br> One Canterbury Green <br> Stamford, CT 06901 <br> Tel: 203-977-7300 <br> Fax: 203-977-7301 <br><br> Jeanne E. Irving, Esq. <br> Hennigan, Bennett & Dorman LLP <br> 865 South Figueroa Street, Suite 2900 <br> Los Angeles, CA 90017 <br> Telephone: 213-694-1200 <br> Fax: 213-694-1234 |

/s/ William J. Kelleher III
William J. Kelleher III