IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC) |
| This document relates to: | : |
| ALL ACTIONS | : March 12, 2007 |

**DEFENDANT JAY S. WALKER'S MARCH 12, 2007 STATUS REPORT
REGARDING THE PRODUCTION OF ELECTRONIC INFORMATION**

Defendant Jay S. Walker ("Walker") submits this Status Report Regarding the Production of Electronic Information pursuant to the December 8, 2005 directive of the Court. This report updates Mr. Walker's prior status reports.

Mr. Walker has completed the production of non-privileged electronic documents from the restored back-up tapes pursuant to the methodologies described in prior status reports and court filings. In this regard, for file types other than access database files, Mr. Walker's counsel produced in excess of 2 million pages of data from the back-up tapes on or before the March 1, 2007 production deadline. As for access database files, Mr. Walker's vendor estimated that the responsive access database tables contained approximately 20 million pages of data. Mr. Walker's counsel has made these responsive access database tables available for plaintiffs' review.[1]

---

[1] These tables have been available for plaintiffs' review since February 27, 2007

1

DATED: March 12, 2007

Defendant, Jay S. Walker

By: _____

Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Fax:   (203) 977-7301
tgoldberg@daypitney.com – Email

- and -

J. Michael Hennigan (phv01117)
Bruce Bennett (phv01115)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv01119)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
irvingj@hbdlawyers.com – Email

His Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2007, a copy of defendant Jay S. Walker's March 12, 2007 Status Report Regarding the Production of Electronic Information was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____
Shawna L. Ballard