<u>Certificate of Service</u>

       I hereby certify that on March 15, 2007, a copy of Plaintiffs' Objection to Defendants' Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                       */s/ Eben F. Duval*
                                           Eben F. Duval (phv01237)
                                           1690 Williston Rd.
                                           South Burlington, Vermont 05403
                                           (802) 862-0030
                                           (802) 862-0060 (fax)