IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC)<br>:<br>: |
| This document relates to: | :<br>: |
| ALL ACTIONS | : April 10, 2007 |

**DEFENDANT JAY S. WALKER'S APRIL 10, 2007 STATUS REPORT**
**REGARDING THE PRODUCTION OF ELECTRONIC INFORMATION**

Defendant Jay S. Walker ("Walker") submits this Status Report Regarding the Production of Electronic Information pursuant to the December 8, 2005 directive of the Court. This report updates Mr. Walker's prior status reports.

As reported in the March Status Report, Mr. Walker has completed the production of non-privileged electronic documents from the restored back-up tapes pursuant to the methodologies described in prior status reports and court filings. In this regard, for file types other than access database files, Mr. Walker's counsel produced in excess of 2 million pages of data from the back-up tapes on or before the March 1, 2007 production deadline. As for access database files, Mr. Walker's vendor estimated that the responsive access database tables contained approximately 20 million pages of data. Mr. Walker's counsel has made these responsive access database tables available for plaintiffs' review.[1]

---

[1] These tables have been available for plaintiffs' review since February 27, 2007

2

DATED: April 10, 2007　　　　　　　　　　Defendant, Jay S. Walker


　　　　　　　　　　　　　　　　　　　　　By:　_____/s/_____

　　　　　　　　　　　　　　　　　　　　　Thomas D. Goldberg (ct04386)
　　　　　　　　　　　　　　　　　　　　　Terence J. Gallagher (ct22415)
　　　　　　　　　　　　　　　　　　　　　Day Pitney LLP
　　　　　　　　　　　　　　　　　　　　　One Canterbury Green
　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06901
　　　　　　　　　　　　　　　　　　　　　Phone: (203) 977-7300
　　　　　　　　　　　　　　　　　　　　　Fax: (203) 977-7301
　　　　　　　　　　　　　　　　　　　　　tgoldberg@daypitney.com – Email

　　　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　　J. Michael Hennigan (phv01117)
　　　　　　　　　　　　　　　　　　　　　Bruce Bennett (phv01115)
　　　　　　　　　　　　　　　　　　　　　Jeanne E. Irving (phv01118)
　　　　　　　　　　　　　　　　　　　　　Shawna Ballard (phv01119)
　　　　　　　　　　　　　　　　　　　　　HENNIGAN, BENNETT & DORMAN LLP
　　　　　　　　　　　　　　　　　　　　　865 South Figueroa Street, Suite 2900
　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017
　　　　　　　　　　　　　　　　　　　　　Telephone: (213) 694-1200
　　　　　　　　　　　　　　　　　　　　　Fax: (213) 694-1234
　　　　　　　　　　　　　　　　　　　　　irvingj@hbdlawyers.com – Email

　　　　　　　　　　　　　　　　　　　　　His Attorneys

## CERTIFICATE OF SERVICE

     I hereby certify that on April 10, 2007, a copy of defendant Jay S. Walker's April 10, 2007 Status Report Regarding the Production of Electronic Information was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                            By:        /s/       
                                   Shawna L. Ballard