UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. | : | |
| SECURITIES LITIGATION | : | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | : | MASTER FILE NO. |
| | : | 3:00CV01884(AVC) |
| This document relates to: | : | |
| | : | |
| ALL ACTIONS | : | |
| | : | |
| | : | |

**PLAINTIFFS' MOTION FOR LEAVE TO
SERVE AND FILE A SECOND AMENDED COMPLAINT**

Plaintiffs respectfully move under Rule 15(a) of the Federal Rules of Civil Procedure for leave to amend the First Amended Consolidated Class Action Complaint. Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall all be freely given when justice so requires." *Foman v. Davis,* 371 U.S. 178, 181-82 (1962). In interpreting this language, the Supreme Court and the Second Circuit have repeatedly held that Rule 15(a) expresses a strong presumption in favor of allowing parties to amend a complaint. "Although the decision of whether to allow plaintiffs to amend their complaint is left to the sound discretion of the district court, there must be good reason to deny the motion." *Acito v. IMCERA Group, Inc.*, 47 F.3d 47 (2d Cir. 1995). In fact, in fraud cases, the Second Circuit has consistently allowed multiple amendments at the pleading stage: "In cases where such leave was not granted, the plaintiff had already been afforded at least one opportunity to plead fraud with greater specificity." *Yoder v. OrthomolecularNutrition Institute, Inc.*, 751 F.2d 555, 562 n.6 (2d Cir. 1985) (holding the plaintiff should be afforded the opportunity to amend her complaint to plead fraud with greater specificity). Thus, "[i]n general, district courts should not deny leave unless there is a substantial

reason to do so, such as excessive delay, prejudice to the opposing party, or futility." *Friedl v. City of New York*, 210 F. 3d. 79, 87 (2d Cir. 2000).

Here, the justification for the amendment is set forth in the accompanying Memorandum In Support of Plaintiffs' Motion To File And Serve A Second Amended Complaint. Accordingly, for the reasons set forth in the accompanying Memorandum In Support, Plaintiffs respectfully request that they be given leave to file a Second Amended Complaint.

Dated:  May 14, 2007

Respectfully submitted,

*/s/  David R. Scott*
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue, P.O. Box 192
Colchester, CT  06415
Tel:  (860) 537-5537
Fax:  (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan (CT21415)
19th Floor, Suite 1915
75 Rockefeller Plaza
New York, NY  10019
Tel:  (212) 710-1040
Fax:  (212) 710-1041

**SCOTT + SCOTT, LLP**
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH  44022
Tel:  (440) 247-8200
Fax:  (440) 247-8275

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road, P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060
**Co-Lead Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2007, a copy of the foregoing Plaintiffs' Motion For Leave To Serve And File A Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

> */s/ David R. Scott*
> **SCOTT + SCOTT, LLP**
> David R. Scott (CT16080)
> 108 Norwich Avenue
> P.O. Box 192
> Colchester, CT  06415
> Tel:  (860) 537-5537
> Fax:  (860) 537-4432
>
> **Co-Lead Counsel for Plaintiffs**