**SECOND CONSOLIDATED AMENDED COMPLAINT**

**DOCUMENT FILED UNDER SEAL**