UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM<br>SECURITIES LITIGATION | MASTER FILE NO.<br>3:00-CV-01884(AVC) |
| This document relates to:<br><br>ALL ACTIONS | May 30, 2007 |

**UNOPPOSED MOTION OF
DELOITTE & TOUCHE LLP FOR EXTENSION OF TIME
TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR
LEAVE TO SERVE AND FILE A SECOND AMENDED COMPLAINT**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, Deloitte & Touche LLP ("D&T") respectfully moves this Court for an extension of time of nine (9) days in which to file an opposition to plaintiffs' motion for leave to serve and file a second amended complaint, dated May 14, 2007 (the "Motion"), up to and including June 13, 2007. In support of its motion, D&T states as follows:

1.  On or about May 14, 2007, Plaintiffs filed their Motion, and pursuant to Local Rule 7(a), D&T's opposition is due by June 4, 2007.

2.  Despite its diligent efforts, D&T cannot meet this deadline due to the length of the proposed second consolidated amended complaint – 264 pages – and the number and complexity of legal issues raised by the proposed amendment. D&T's opposition will address the futility of the proposed amendment under the time bar of each of the statute of limitations and the statute of repose and in light of other deficiencies in the proposed amended complaint.

3.  The lengthy procedural background to this case and the number of issues raised by plaintiffs' motion may require D&T to submit an opposition memorandum of up to fifty

ME1 6450517v.1

pages in length. D&T is submitting simultaneously with this motion a motion to file an oversized opposition.

4. Pursuant to Local Rule 7(b)(3), D&T has conferred with counsel for plaintiffs regarding this motion. Counsel for plaintiffs does not object to this motion and has consented to the extension of time that D&T requests to and including June 13, 2007, on the understanding that the date for plaintiffs to file their reply papers in support of their Motion shall be extended to and including June 27, 2007.

5. This is the first motion for an extension of time that D&T has filed with respect to plaintiffs' motion for leave to serve and file a second amended complaint.

WHEREFORE, D&T respectfully requests that this Court grant this motion and extend the time for D&T to file its opposition to plaintiffs' motion for leave to serve and file a second amended complaint, up to and including June 13, 2007.

Dated: May 30, 2007

                                                  Respectfully submitted

                                                  /s/ Thomas J. Finn
Eric W. Wiechmann (CT 04331)
Thomas J. Finn (CT 20929)
McCARTER & ENGLISH
CityPlace I
Hartford, Connecticut 06103
Tel: (860) 275-6700

William R. Maguire (CT 23375)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000

*Attorneys for Deloitte & Touche LLP*

## **CERTIFICATION**

I hereby certify that on this 30th day of May 2007 a copy of the foregoing Unopposed Motion Of Deloitte & Touche LLP for Extension of Time to File an Opposition to Plaintiffs' Motion for Leave to Serve and File a Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                       /s/ Thomas J. Finn
                                                       Thomas J. Finn

ME1 6450517v.1