UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: PRICELINE.COM
SECURITIES LITIGATION

MASTER FILE NO.
3:00-CV-01884(AVC)

This document relates to:

May 30, 2007

ALL ACTIONS

**UNOPPOSED MOTION OF DELOITTE & TOUCHE LLP TO FILE
OVERSIZED OPPOSITION TO PLAINTIFFS' MOTION FOR
LEAVE TO SERVE AND FILE A SECOND AMENDED COMPLAINT**

Pursuant to Rule 7(a) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, Deloitte & Touche LLP ("D&T") respectfully moves this Court for an order permitting D&T to file an oversized opposition memorandum to plaintiffs' motion for leave to serve and file a second amended complaint, dated May 14, 2007 (the "Motion"), up to and including fifty (50) pages in length. In support of its motion, D&T states as follows:

1.  On or about May 14, 2007, Plaintiffs filed their Motion, and pursuant to Local Rule 7(a), D&T's opposition memorandum is limited to forty (40) pages.

2.  D&T submits that the additional ten pages may be necessary to address fully and properly all of the legal issues raised by plaintiffs' Motion. D&T expects to exceed the page limit due to the length of the proposed second consolidated amended complaint (264 pages), the lengthy procedural background (seven years), and the number and complexity of legal issues raised by the proposed amendment. D&T's Opposition will address the futility of the proposed amendment under the time bar of each of the statute of limitations and the statute of repose and in light of the other deficiencies in the proposed amended complaint.

ME1 6450669v.1

3. D&T has conferred with plaintiffs' counsel who do not object to D&T's request for relief from the Court's page limit.

WHEREFORE, D&T respectfully requests that the Court grant its motion and enter an order permitting D&T to file an Opposition Memorandum to plaintiffs' Motion with an additional ten (10) pages.

Dated: May 30, 2007

Respectfully submitted

\_\_/s/ Thomas J. Finn_____
Eric W. Wiechmann (CT 04331)
Thomas J. Finn (CT 20929)
McCARTER & ENGLISH
CityPlace I
Hartford, Connecticut 06103
Tel: (860) 275-6700

William R. Maguire (CT 23375)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000

*Attorneys for Deloitte & Touche LLP*

## **CERTIFICATION**

I hereby certify that on this 30th day of May 2007 a copy of the foregoing Unopposed Motion ff Deloitte & Touche LLP to File Oversized Opposition to Plaintiffs' Motion for Leave to Serve and File a Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            /s/ Thomas J. Finn
                                                            Thomas J. Finn

ME1 6450669v.1