UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM<br>SECURITIES LITIGATION | MASTER FILE NO.<br>3:00-CV-01884(AVC) |
| This document relates to:<br><br>ALL ACTIONS | June 11, 2007 |

**EMERGENCY MOTION
OF DELOITTE & TOUCHE LLP FOR EXTENSION OF
TIME TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR
LEAVE TO SERVE AND FILE A SECOND AMENDED COMPLAINT**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, Deloitte & Touche LLP ("D&T") respectfully moves this Court for an extension of time of fourteen (14) days in which to file an opposition to plaintiffs' motion (the "Motion") for leave to serve and file a second amended complaint, dated May 14, 2007, up to and including June 27, 2007. In support of its motion, D&T states as follows:

1. Plaintiffs filed their Motion on or about May 14, 2007. Plaintiffs seek leave to file another amended complaint in order to assert a claim against D&T, which was dismissed out of this case nearly three years ago. *See In re Priceline.com Inc. Sec. Litig.*, 342 F. Supp. 2d 33 (D. Conn. 2004).

2. Pursuant to Local Rule 7(a), D&T's opposition was due by June 4, 2007. On or about May 29 and 30, D&T requested that plaintiffs consent to an extension of time. Plaintiffs stated that they would only agree to extend D&T's time to June 13, 2007, and no later. D&T informed plaintiffs of the difficulty that D&T would have in completing its briefing by June 13, and requested that plaintiffs consent to a longer extension. Counsel for plaintiffs expressed an

interest in having the motion fully briefed in advance of the hearing on July 2, 2007, scheduled by the Court for approval of the settlement between plaintiffs and defendants Priceline, Jay Walker, Dan Schulman, Richard Braddock, and N.J. Nicholas. On May 30, 2007, D&T filed an unopposed motion for extension of time to June 13, 2007 to file its opposition to plaintiffs' Motion.

3. The July 2 hearing is totally unrelated to plaintiffs' motion for leave to file a second amended complaint, and the hearing should have no effect on the briefing schedule for that Motion. Indeed, the Court scheduled the July 2 hearing before plaintiffs filed their Motion. D&T – a non-party in this litigation – is not a party to the settlement. Accordingly, the July 2 settlement hearing is not a reason to deny D&T the time it has requested to prepare its papers in opposition to plaintiffs' Motion.

4. Since May 14, 2007, when D&T received the Motion, D&T has been diligently working to prepare its opposition memorandum and continues to do so. Despite its diligent efforts, D&T is requesting more time to complete its analysis and to provide the Court with a clear and concise statement of its opposition. As stated in the May 30 unopposed motion, the proposed second consolidated amended complaint is 264 pages in length and presents D&T with numerous issues to review and research in advance of its submission. D&T's Opposition will address the futility of the proposed amendment.

5. Due to the lengthy procedural background to this case and the number of issues raised by plaintiffs' Motion, D&T requested and was granted permission by the Court to submit an opposition memorandum of up to fifty (50) pages in length. (*See* Order granting D&T's Motion to file brief in excess of page limitation, entered June 8, 2007.)

6. Pursuant to Local Rule 7(b)(3), D&T has conferred with counsel for plaintiffs regarding this motion. Counsel for plaintiffs has objected to this motion and refused to consent to any extension of time beyond the aforementioned extension to June 13, 2007.

7. The extension of time will not affect a trial date or other scheduling set by the Court.

WHEREFORE, D&T respectfully requests that this Court grant this motion and extend the time for D&T to file its opposition to plaintiffs' motion for leave to serve and file a second amended complaint, to and including June 27, 2007.

Dated: June 11, 2007

    Respectfully submitted

    /s/ Thomas J. Finn
    Eric W. Wiechmann (CT 04331)
    Thomas J. Finn (CT 20929)
    McCARTER & ENGLISH
    CityPlace I
    Hartford, Connecticut 06103
    Tel:  (860) 275-6700

    William R. Maguire (CT 23375)
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York  10004
    Tel: (212) 837-6000

    *Attorneys for Deloitte & Touche LLP*

**CERTIFICATION**

     I hereby certify that on this 11th day of June 2007 a copy of the foregoing Emergency Motion of Deloitte & Touche LLP For Extension of Time to File an Opposition to Plaintiffs' Motion for Leave to Serve and File a Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/ Thomas J. Finn
                                                    Thomas J. Finn (CT 20929)
                                                    McCARTER & ENGLISH
                                                    CityPlace I
                                                    Hartford, Connecticut 06103
                                                    Tel: (860) 275-6700