

# COMMONWEALTH OF PENNSYLVANIA
## PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM
Office of Chief Counsel
Facsimile: (717) 783-8010

Direct Dial: (717) 720-4912

June 6, 2007

Clerk of the Court
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street
Hartford, CT 06103

      Re:   In re: Priceline.com, Inc. Securities Litigation
              Master File No. 3:00CV01884(AVC)

Dear Sir or Madame:

I am writing on behalf of the Pennsylvania Public School Employees' Retirement System (PSERS). PSERS provides retirement and death benefits for approximately 519,000 active, retired and vested public school employees in Pennsylvania. PSERS is a member of the class in the above case.

PSERS is in receipt of the Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "Notice"). While PSERS does not object to the adequacy of the settlement of this action as set forth in the Notice, PSERS does conditionally object to the proposed attorneys' fee request of up to 33-1/3% of that settlement amount. PSERS respectfully submits that this is a substantial fee that should be awarded only in extraordinary circumstances.

By letter dated May 29, 2007, PSERS requested Plaintiff's counsel provide us with copies of any filings made to the Court regarding the settlement and attorneys' fees, as well as documents relating to the time and expenses all participating firms invested in this case, including the lodestar calculation and multiple. Counsel has advised us that it

Clerk of the Court
Page 2
June 6, 2007

is not presently in a position to provide us the requested information, which is necessary for PSERS to make a determination whether a fee at such a percentage is appropriate in this case. Consequently, we conditionally object and request the right to make a supplemental submission to the Court if and when the information is provided.

Sincerely,

Gerald Gornish
Chief Counsel
Public School Employees' Retirement System

cc:  David R. Scott
     Jacob B. Perkinson
     Jeanne E. Irving
     Daniel Slifkin