# EXHIBIT J

2 of 3 DOCUMENTS

Copyright 2000 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



factiva

(Copyright (c) 2000, Dow Jones & Company, Inc.)

# THE WALL STREET JOURNAL

The Wall Street Journal

October 16, 2000 Monday

**SECTION:** Pg. A1

**LENGTH:** 3381 words

**HEADLINE:** Discounted Out: How Jay Walker Built WebHouse on a Theory That He Couldn't Prove --- Priceline Offshoot Ended Up Eating Millions in Costs To Subsidize Customers --- Savvy Schemes at the Pumps

**BYLINE:** By Julia Angwin and Nick Wingfield, Staff Reporters of The Wall Street Journal

**BODY:**

On Wednesday, Sept. 27, Priceline.com Inc. founder Jay S. Walker stopped being a billionaire. In his glass-walled office overlooking a pond and a willow tree in Greenwich, Conn., he watched on a tiny television screen as Priceline stock plummeted 42% and his paper fortune fell along with it to $580 million.

One of Mr. Walker's first thoughts: "Suddenly I'm on the high wire, but I don't have a safety net." Initially, he hoped for a rebound. But after a few days, he realized, "Someone had taken the net, rolled it up and put it away."

His biggest anxiety was that one-year-old Priceline WebHouse Club Inc., an ambitious attempt to extend Priceline's name-your-own-price online service to cover groceries and gasoline, was losing more than $5 million a week. Once-enthusiastic private investors were shunning it. Mr. Walker, who had poured $179 million of his own wealth into the business, couldn't keep funding the venture by continuing to sell his own Priceline stock, which was plummeting because of the company's announcement that it expected to report a third-quarter loss.

So on Oct. 5, he gathered together WebHouse employees to give them the news. "We're going to run out of fuel in four or five months," a choked-up Mr. Walker told staffers. "Instead of waiting to run out of fuel, I'm going to land the plane safely right now."

It was a chastening blow for a man who only last year was being hailed as a latter-day Thomas Edison and a visionary of the Internet economy. The 44-year-old Mr. Walker created and patented Priceline's system of letting customers bid for airline tickets on the Web and masterfully promoted it using pitchman William Shatner of "Star Trek" fame. After lining up $100 million in venture capital for it, he oversaw an initial public offering last year in which the stock, priced at $16, soared to as high as $85 on its first day of trading.

With WebHouse, Mr. Walker set out to prove that the Priceline model could be used to sell all kinds of products and services. Instead, he unwittingly proved that an aggressive growth strategy -- $363 million invested in a year -- isn't enough to turn a hot Internet idea into a successful reality. Continually hobbled by technological glitches and the reluctance of manufacturers to cooperate in selling their goods through the site, WebHouse now seems to have been doomed from the start. Some former employees also fault Mr. Walker for lacking the managerial prowess to see his vision through.

Discounted Out: How Jay Walker Built WebHouse on a Theory That He Couldn't Prove --- Priceline Offshoot Ended Up Eating Millions in Costs To Subsidize Customers --- Savvy Schemes at the Pumps The

Priceline is paying the price. With WebHouse a washout, investors are treating Priceline as any other Internet travel agency and valuing it as such. On Oct. 5, the day WebHouse announced that it was shutting down, Priceline shares fell 38% to $5.81 on the Nasdaq Stock Market. That came after the Sept. 27 debacle, when Priceline announced the expected loss, after earlier estimates of breaking even. The shares still languish just above $6.

"For Priceline, this is a growth opportunity that won't be realized," says Anthony Noto, an analyst at Goldman Sachs.

Mr. Walker himself recognized WebHouse's outsize ambitions in an internal memo he wrote last month. The WebHouse project, he wrote, was like "deciding to build a rocket to go to the Moon and then designing, building and flying it in just one year -- for just $600 million."

And it was pure Jay Walker, a self-proclaimed "serial entrepreneur" who grew up in Yonkers, N.Y., and has started nearly a dozen businesses over the past two decades. The first was a community newspaper that he launched in Ithaca, N.Y., after dropping out of Cornell University. It failed, and he returned to Cornell to complete his degree in industrial and labor relations in 1977.

After a brief stint working in magazine publishing, he started Visual Technologies Corp. to manufacture spherical glass sculptures that responded to human touch with flashes of electromagnetic light pulses. The sculptures, sold in the Sharper Image catalog, proved too expensive to manufacture profitably, and in 1986, the company filed for bankruptcy protection, with $5.3 million in debts.

He next attempted a revolution in the catalog business with Catalog Media Corp. The plan was to sell ad space in catalogs and also to sell catalogs in bookstores. Neither idea caught on, and the company ran into trouble when Mr. Walker agreed to market Trans World Airlines coupons redeemable for a 25% discount on an airfare.

Under the deal, Catalog Media would persuade catalog companies to offer the coupons to customers who spent a certain amount of money on merchandise. But in a lawsuit filed in 1988, TWA alleged that Catalog Media was selling coupons in bulk to travel agents, in violation of the terms of the contract. The case was settled out of court. Late in 1988, Mr. Walker closed down Catalog Media.

Mr. Walker says his marketing efforts helped TWA's business immensely. But the experience gave financier Carl Icahn, who headed TWA at the time, an aversion for Mr. Walker that he maintains to this day. (He has been an aggressive short-seller of Priceline stock.)

More lasting success came with the ventures that followed Catalog Media. In 1991, Mr. Walker teamed up with Michael Loeb, son of former Fortune magazine editor Marshall Loeb, to form NewSub Services, a company that packages magazine-subscription pitches with credit-card billing statements. The company, now called Synapse Group, has filed for an initial public offering. (Mr. Walker is a director, with an 11% stake.)

In 1995, Mr. Walker founded Walker Digital Corp., a think tank, modeled after Thomas Edison's famous laboratory, that dreams up and patents business ideas. Among the handful of projects in the works at Walker Digital is a software-driven method for adding incremental sales of french fries, shakes and the like at fast-food restaurants.

It was Walker Digital that spawned the name-your-price method that soon turned into the success of Priceline's Web-based airline-ticket business. Conceived in 1997, its stellar debut on the stock market only two years later gave Mr. Walker a fortune at times valued as high as $10 billion. Inspired by that success, Mr. Walker took some of his top lieutenants off to start WebHouse. They hoped that WebHouse could bring in more-frequent customers than Priceline. "Once you achieve critical mass, you can build a very large and profitable company," Mr. Walker says.

The idea rested on the premise that manufacturers would subsidize WebHouse's discounts to sway customers to choose their brands. Customers would access WebHouse on the existing Priceline Web site, bidding for groceries and, eventually, gasoline just as they did for airline tickets. They would be required to hand over their credit-card numbers before bidding on an airline ticket or jar of peanut butter and to purchase the products on which their bids were accepted. There was no official minimum bid, but the site suggested certain prices that were likely to be accepted. The customers would pay WebHouse for their discounted purchases, WebHouse would in turn pay participating retailers at nondiscounted prices, and manufacturers would pay marketing fees that would cover the difference, plus a tiny margin for WebHouse profit.

Discounted Out: How Jay Walker Built WebHouse on a Theory That He Couldn't Prove --- Priceline Offshoot Ended Up Eating Millions in Costs To Subsidize Customers --- Savvy Schemes at the Pumps The

Investors seemed to like the idea. Mr. Walker also raised $69 million in first-round financing from Goldman Sachs, Wit Capital and Microsoft Corp. co-founder Paul Allen's Vulcan Ventures. However, longtime backers General Atlantic Partners and Allen & Co., decided not to jump in.

WebHouse was launched in November last year in New York City with a splashy $25 million TV-advertising campaign starring Priceline's established spokesman, Mr. Shatner. Consumers liked what they saw. In the first week, more than 15,000 customers logged onto the Priceline Web site to check out the new WebHouse service, and word quickly spread about the amazing deals shoppers were getting on bananas, rice and ketchup.

But WebHouse had signed up only a handful of manufacturers, with brand names like Nestle, Heinz, Kellogg and Hershey. "We wanted to gain as much market share as possible," says a spokesman for a large packaged-goods company that signed on.

Many others were leery of the idea because they didn't see how it would attract new customers. Some also feared that WebHouse could erode their brand by associating it with discount items. "Frankly we don't understand how this system could ever make sense for manufacturers like us, or for our retail partners," PepsiCo Inc. President and Chief Operating Officer Steve Reinemund wrote in an internal memo dated July 21. "For manufacturers, Priceline essentially amounts to a permanent promotion. ... Simply put, Priceline's approach will inevitably lower margins for both manufacturers and retailers."

The upshot was that on goods sold without manufacturer participation, WebHouse ended up eating the customer discounts at rates of $4 to $5 per grocery order and, later, 15 cents to 16 cents a gallon on gasoline. Almost from the start, these subsidies were costing WebHouse $1 million a week or more.

Technology problems hurt, too. Due to a technical glitch that wasn't fixed until June, consumers in downtown Manhattan were paying the same price on milk at their local grocer as a customer in suburban Long Island, where retail prices of milk are much lower. The computer system could handle only one pricing system per region, and WebHouse ended up paying the difference. Also, because shoppers paid with credit cards, WebHouse lost 2.5% on each sale to processing fees. Mr. Walker now says that he should have teamed up with a credit-card issuer early on to avoid those fees.

By January, even with teams of programmers working round the clock -- they slept on cots strewn around the office -- the site was having serious trouble handling the legions of shoppers streaming into it. Mr. Walker dispatched his top technical lieutenant, Scott Case, to build a new system. In the meantime, WebHouse canceled plans to launch a drugstore service in January.

But Mr. Walker continued to push for a national rollout of grocery retailers. Without a nationwide network, he figured, manufacturers would remain reluctant to participate. So WebHouse added a new regional grocery chain to the site every month on average, though technology shortcomings meant that it didn't always go smoothly. Winn-Dixie Stores Inc., a grocery chain serving 14 states in the South and Southwest, had to join the program a few states at a time over a six-week period starting in March. "We would like to have rolled it out at one time," says Winn-Dixie spokesman Mickey Clerc.

As the technical difficulties were mounting, Mr. Walker in February advanced another leg of the business plan: persuading marketers to kick in some of the subsidy for customers' groceries in exchange for a chance to pitch their wares to consumers. One of his first clients was his own company, Synapse Group, which agreed to pay WebHouse $5 for each new customer lead generated by the site. Customers received tokens for additional discounts on groceries by signing up for three-month trial subscriptions to magazines marketed by Synapse. Synapse would then get a cut of each trial that turned into a paid subscription.

Some former WebHouse employees say Mr. Walker steered business to Synapse at the expense of other potential sponsors. Mr. Walker denies that, and points to a list of other sponsors of WebHouse discount tokens, including Amazon.com and The Wall Street Journal.

Customers complained that Synapse didn't always give them a chance to cancel their trial subscriptions before billing their credit cards. People familiar with the situation say that on one particularly bad day, WebHouse Club had to refund 7,000 customers for wrongly billed magazine subscriptions. Mr. Walker says he doesn't recall the incident, but adds that it probably happened. "If we in error charged someone, we would just reverse it," he says.

Discounted Out: How Jay Walker Built WebHouse on a Theory That He Couldn't Prove --- Priceline Offshoot Ended Up Eating Millions in Costs To Subsidize Customers --- Savvy Schemes at the Pumps The

In April, Mr. Walker also started raising his next round of funding, even as the market for Internet stocks was crashing. He ended up collecting $138 million from investors such as cable TV magnate John Malone's Liberty Media Corp., which, like Vulcan, took a 7% stake.

By this time, the computer system was crashing as often as once a day under the strain of heavy traffic. Mr. Walker was also redesigning the Web site at the request of manufacturers who wouldn't participate if they had to compete with rivals in discount categories. For example, he says, he agreed to let Kellogg offer all the cereals on the site, and in exchange, Kellogg agreed to pick up the difference between customers' WebHouse prices and retailers'. Kellogg Co. declines to comment on the arrangement.

By spring this year, Mr. Walker realized he needed to stabilize the increasingly fragile Web site and create a transaction "super-system" that could handle WebHouse's huge volume of traffic. In April, he hired James McGill, the former director of information technology at Morgan Stanley Dean Witter, giving him a stake in WebHouse and license to spend $200 million in the first year on the new system.

Several months into Mr. McGill's computer build-out, dubbed Project 2X, Mr. Walker again changed the recipe. Manufacturers had been asking him to conceal the size of their discounts from consumers, so during the summer, Mr. Walker ordered a redesign that would have customers name their price not for specific items, but for a basket of groceries. Customers would also receive a rebate after paying full price at the store, rather than prepaying the discounted price through the Web site. The new program was to be in place by December.

In July, WebHouse launched its gasoline service, promising customers savings of 10 cents to 20 cents per gallon. Soon, some customers found a way to eke out even better deals by exploiting technical glitches that let them win bids below suggested minimums and to bid on gasoline prices in another state, where prices could be cheaper, but fuel up at their neighborhood pumps.

"I was getting prices of $1.20 and $1.30 per gallon" using these tricks, says Bill Rubin, a resident of Yorktown Heights, N.Y.

By now, money was running low again. But investors weren't as plentiful as before. In August, Mr. Walker sold eight million shares of his Priceline stock to established backers Liberty Media and Vulcan Ventures at $23.75 a share. (Under the deal, Mr. Walker retained ownership of the shares for one year, but gave the investors warrants in Walker Digital.) Mr. Walker invested the after-tax proceeds of about $125 million into WebHouse. Many WebHouse managers, including tech man Mr. Case and longtime Walker sidekick Jon Otto, put in a total $6 million of their own money. Other investors put in $23 million.

WebHouse was growing fast. Its grocery network extended from New York to California. The company moved out of the cramped offices it shared with Walker Digital in Stamford, Conn., to a leafy campus in Greenwich. Mr. Walker, an avid collector of space paraphernalia, decorated the new office with flags that been been flown on moon landings, along with a lifesize statue of "Star Wars" character Boba Fett. He also brought with him the framed resignation letter that President Nixon sent to Henry Kissinger, to hang on the wall.

A few weeks later, Mr. Walker sold two million shares of Priceline stock -- at $25 a share -- to Saudi Arabian Prince Alwaleed bin Talal under terms like those with Vulcan and Liberty Media. Mr. Walker says he also poured the after-tax proceeds of that sale into WebHouse Club.

But WebHouse was burning through cash faster than Mr. Walker could raise it. At one point, he considered spinning off the company's gasoline service and repackaging it for wireless transactions in an attempt to snag some of the venture capital flooding into that sector. He considered shutting down the grocery business until December, when a major part of the new computer system would be completed, but his lieutenants convinced him that he would lose credibility with customers if he did so. Instead, in early September, he decided to scale back the system he had hired Mr. McGill to build.

That came as a blow to the 25-year veteran of technology management, who had left Morgan Stanley for the chance to build a huge transaction system from scratch. "It was a huge disappointment," Mr. McGill says. He left the WebHouse job in September, five months after he was hired. He hasn't taken a new job yet.

Some former employees say Mr. Walker's flip-flops and lunges at solutions show that he wasn't cut out to manage a high-cost, high-technology start-up. Former WebHouse President Stephen Mott says, "If I had to write his epitaph, it

Discounted Out: How Jay Walker Built WebHouse on a Theory That He Couldn't Prove --- Priceline Offshoot Ended Up Eating Millions in Costs To Subsidize Customers --- Savvy Schemes at the Pumps The

would be: `Brilliant, Creative, Spinmeister Par Excellence But Doesn't Always Know The Right Time To Let Managers Take Over.'"

Mr. Walker himself concedes that running a company isn't his strongest suit. At Priceline, he brought in early an array of seasoned executives from traditional businesses, including Richard S. Braddock, a former president of Citicorp who joined as chairman and chief executive officer.

As acting CEO at WebHouse, Mr. Walker says he had planned to bring in a seasoned chief executive and chief operating officer by the middle of next year. "I'm a very hands-on entrepreneur during the start-up phase and very hands off when its time for senior executives to step in," he says.

Despite growing unease within the ranks, Mr. Walker remained hopeful. "We're still going to the moon, but it's going to be a year or so later," he wrote in an internal memo to inform WebHouse executives of Mr. McGill's departure.

But when Priceline announced it would miss Wall Street's third-quarter earnings estimates on Sept. 27, blaming the impact of fare wars and high fuel costs on airline-ticket pricing, the stock sank, and Mr. Walker ran out of financing options. He spent the weekend considering ways to cut spending, but finally decided on Monday that he couldn't afford to keep the company open.

He called his advisers into his office one by one and told them the bad news. Then he started planning the shutdown. He beefed up security in case any upset employees planned sabotage, and he called an all-hands meeting for 8 a.m. Thursday morning.

At the meeting, Mr. Walker stood on a desk amid a sea of cubicles and told an audience of more than 300 people they were out of work and to try to pack up their belongings by the end of the day.

Mr. Walker looked "drawn and spent," one employee recalls, and his voice cracked as he explained that WebHouse would use its remaining cash to honor recent customer purchases on the Web site and to pay employees severance packages. "When you fail with a business, people won't always remember that," Mr. Walker told the crowd. "If you cheat people, that will stay with you for a lifetime."

The employees, most of them in their 20s and early 30s, were shocked. Only a few weeks earlier, the move to new, expensive offices had signaled permanence. They applauded Mr. Walker, and a few asked him to autograph WebHouse memorabilia.

Mr. Mott, the former president, says he plans to begin pitching a book to literary agents on Mr. Walker. One employee has suggested the title, "Death of a Salesman: The Priceline and WebHouse Club Story."

Priceline executives are doing their best to distance themselves from the company. Although Priceline customers perceived no difference between the grocery, gasoline and airline-ticket buttons on the Web site, Priceline and WebHouse executives insist that the two companies were entirely separate. Priceline did hold warrants that it hoped to convert into a controlling interest in WebHouse once the new company was successful.

Mr. Walker, who remains Priceline's largest shareholder, says concern for Priceline's brand name was the primary reason he decided to close WebHouse while he still had cash on hand to satisfy outstanding requests from customers and vendors. WebHouse had $75 million in the bank when it shut down. Priceline has $125 million in cash and says it is on the path to profitability.

As for Mr. Walker, he expects to return his attention soon to Walker Digital, his think tank and onetime owner of 6% of WebHouse. There, he hopes to hit upon another business idea worth nurturing. "I plan to persevere," Mr. Walker says.

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004