# EXHIBIT L

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : : | MASTER FILE NO. 3:00CV01884(AVC) |
|---|---|---|
| This document relates to: ALL ACTIONS | : : : : : : | January 22, 2007 |

NOTICE OF DEPOSITION AND SUBPOENA TO NON-PARTY

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

NOTICE is hereby given, pursuant to Rule 30 of the Federal Rules of Civil Procedure, that Plaintiffs in the above action shall take the deposition of Deloitte & Touche, LLP by the following persons, on the following days beginning at 9:00 a.m., and continuing thereafter from day to day until completed:

| Thomas Acampora | February 8, 2007 |
| David Aragura | February 13, 2007 |
| Robert Bass | February 20, 2007 |

The depositions shall take place at the law offices of Scott + Scott, LLP at 108 Norwich Avenue, Colchester, Connecticut, and will be conducted before a notary public or other officer duly authorized to administer oaths and will be recorded stenographically and by videotape.

JAN-22-2007  15:22        SCOTT + SCOTT, LLC                    860 537 4432    P.04

Dated: January 22, 2007                Respectfully submitted,

*/s/ B. Kaswan (bd)*

SCOTT + SCOTT, LLP
Beth A. Kaswan
19th Floor, Suite 1915
75 Rockefeller Plaza
New York City, NY 10019
Telephone: (212) 710-1040
Facsimile: (212) 710-1041

SCOTT + SCOTT, LLP
David R. Scott (CT16080)
Mark V. Jackowski (phv01190)
Geoffrey M. Johnson
Erin Green Comite (CT24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 537-4432

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th St.
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

**Co-Lead Counsel**

2

PAGE 4/6 * RCVD AT 1/22/2007 3:13:11 PM [Eastern Standard Time] * SVR:HHRFAX/15 * DNIS:6879 * CSID:860 537 4432 * DURATION (mm-ss):01-26

JAN-22-2007  15:22       SCOTT + SCOTT, LLC                    860 537 4432    P.05

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was sent to counsel of record on the attached service list on January 22, 2007 via email and first-class, postage prepaid U.S. mail.

*Beth Kaswan (JHS)*
Beth A. Kaswan

3

PAGE 5/6 * RCVD AT 1/22/2007 3:13:11 PM [Eastern Standard Time] * SVR:HHRFAX/15 * DNIS:6879 * CSID:860 537 4432 * DURATION (mm-ss):01-26

## SERVICE LIST

Joseph L. Clasen
William Kelleher
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
Stamford, CT 06904-2305

Terence J. Gallagher, III
Thomas D. Goldberg
DAY, BERRY & HOWARD
One Canterbury Green
Stamford, CT 06901-2047

Bruce Bennett
Jeanne E. Irving
J. Michael Hennigan
Shawna Ballard
HENNIGAN, BENNETT & DORMAN
865 S. Figueroa St., Ste. 2900
Los Angeles, CA 90017

Daniel Slifkin
Robert Simonds
CRAVATH, SWAINE & MOORE
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019

Dennis J. Johnson
Jacob B. Perkinson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
HURWITZ SAGARIN & SLOSSBERG
147 North Broad St., PO Box 112
Milford, CT 06460-0112

William Maqiure
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, NY 10004

4