# PRICELINE COM INC

FORM 10-K
(Annual Report)

Filed 3/30/2001 For Period Ending 12/31/2000

| | |
|---|---|
| Address | 800 CONNECTICUT AVE |
| | NORWALK, Connecticut 06854 |
| Telephone | 203-705-3000 |
| CIK | 0001075531 |
| Industry | Computer Services |
| Sector | Technology |
| Fiscal Year | 12/31 |



Generated by EDGAR Online Pro
http://pro.edgar-online.com

EDGAR Online

Contact EDGAR Online
Customer Service: 203-852-5666
Corporate Sales: 212-457-8200

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

---

## FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

---

For the year ended: December 31, 2000    Commission File No.: 0-25581

## priceline.com Incorporated

(Exact name of Registrant as specified in its charter)

| Delaware | 0-25581 | 06-1528493 |
|---|---|---|
| (State or other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |
| 800 Connecticut Avenue, Norwalk, Connecticut | | 06584 |
| (Address of Principal Office) | | (Zip Code) |

Registrant's telephone number, including area code: (203) 299-8000

---

Securities Registered Pursuant to Section 12(b) of the Act
None

Securities Registered Pursuant to Section 12(g) of the Act:
Common Stock, par value $0.008 per share

---

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes |X| No |_|

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. |_|

The aggregate market value of common stock held by non-affiliates of priceline.com as of March 10, 2001 was approximately $264,900,743 based upon the closing price reported on March 9, 2001 on the Nasdaq National Market. For purposes of this disclosure, shares of common stock held by persons who are known by priceline.com to own more than 5% of the outstanding shares of common stock and shares held by current executive officers and directors of priceline.com have been excluded because such persons may be deemed to be affiliates of priceline.com. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

|                                  | 2000      | 1999      | 1998   |
|----------------------------------|-----------|-----------|--------|
| Balance, beginning of year       | $ 1,961   | $   291   |   --   |
| Provision charged to expense     |   7,354   |   3,127   |  581   |
| Charge-offs                      | (6,943)   | (1,457)   | (290)  |
| Balance, end of year             | $ 2,372   | $ 1,961   | $ 291  |

## 7. PROPERTY AND EQUIPMENT

Property and equipment at December 31, 2000 and 1999 consists of the following (in thousands):

|                                                                 | Estimated Useful Lives (years) | 2000      | 1999      |
|-----------------------------------------------------------------|--------------------------------|-----------|-----------|
| Computer equipment and software                                 | 3                              | $ 46,647  | $ 33,242  |
| Office equipment, furniture & fixtures and leasehold improvements | 3 to 7                        |   5,523   |   2,173   |
| Total                                                           |                                |  52,170   |  35,415   |
| Less accumulated depreciation and amortization                  |                                | (15,087)  | (7,409)   |
| Property and equipment, net                                     |                                | $ 37,083  | $ 28,006  |

Fixed asset depreciation and amortization expense was approximately $15,825, $5,337 and $1,860 for the years ended December 31, 2000, 1999 and 1998.

## 8. OTHER ASSETS AND WARRANTS TO PURCHASE COMMON STOCK OF LICENSEES

Other assets at December 31, 2000 and 1999 consists of the following (in thousands):

|                                                                          | 2000      | 1999    |
|--------------------------------------------------------------------------|-----------|---------|
| Lending Tree common stock                                                | (a)       | $2,000  |
| Convertible loans and other advances-priceline Asia                      | $11,110   |         |
| Convertible loans and other advances-Alliance Partner Capital/MyPrice    |   6,456   |   284   |
| Other                                                                    |   2,453   | 2,019   |
|                                                                          | $20,019   | $4,303  |

(a) The Company intends to sell this instrument in 2001 and accordingly has included it in short-term investments as of December 31, 2000 (Note 5).

"Convertible loans and other advances-priceline Asia" represents a convertible note and receivables for reimbursable expenses from a licensee. "Convertible loans and other advances-Alliance Partner Capital/MyPrice" represents convertible notes, receivables for reimburseable expenses incurred by the Company and billed to Alliance and the estimated net realizable value of the amounts due to the Company from its Australian licensee.

64

At December 31, 2000, the warrants to purchase shares of priceline.com Europe Ltd are carried at cost, $3.2 million, which the Company believes approximates the fair value. The Company purchased these warrants for cash in 2000. The underlying shares are not publicly traded.

During 1999, the Company received warrants to purchase shares of its licensee, Priceline Webhouse Club, Inc. in exchange for services rendered. The warrants were non-forfeitable, fully vested upon grant, excercisable in 2004 or earlier upon the occurrence of certain events, and did not require the performance of any additional services by the Company. Upon receipt of the warrant, the Company recognized approximately $189 million of income representing the estimated fair value of the warrants, based on an independent valuation. During the third quarter of 2000, when WebHouse Club ceased operations, the Company recorded a non-cash charge of approximately $189 million to write off the full carrying value of these warrants.

## 9. STOCKHOLDERS' EQUITY

In April 1998, priceline.com issued warrants to purchase 125,000 shares of Common Stock, at a zero exercise price, to a non-employee in exchange for services rendered to the Company. The estimated fair value of the warrants at the date of grant of $100,000 was based on the value of the equivalent shares as of the grant date, and has been reflected as sales and marketing expense and additional paid-in-capital.

In July 1998, priceline.com issued 8,125,000 shares of Common Stock, to the Chairman and Chief Executive Officer that resulted in the recognition of a charge of $6,500,000 with respect to these shares. The shares were issued as compensation for agreeing to accept the position.

In April 1999, the Company completed an initial public offering in which it sold 10,000,000 shares of its Common Stock, $0.008 par value. Offering proceeds to the Company, net of underwriter discounts and commissions and other related expenses, were approximately $144.3 million. At the time of the offering, shares of the Series A and Series B Preferred Stock were automatically converted into an equal number of shares of Common Stock.

In August 1999, the Company completed a public offering in which it sold 1,000,000 shares of its Common Stock and certain stockholders of the Company sold 3,500,000 shares of Common Stock at a price of $67.00 per share. Offering proceeds to priceline.com, net of underwriters discounts and commissions and related expenses, were approximately $62.5 million.

As part of an employee retention program, the Company issued approximately 7.5 million shares of restricted stock and recorded a charge of approximately $1.7 million during the fourth quarter of 2000. This non-cash charge is included in General and Administrative expense on the Statement of Operations. The accrual for the shares issued was recorded at the market value on the date of grant with a corresponding contra to Stockholders' Equity (Deferred Compensation). The shares vest and are earned, over various periods through December 2002. Approximately $9.8 million of the remaining deferred compensation of approximately $13.1 million on the balance sheet at December 31, 2000 is expected to be a 2001 expense.

## 10. PREFERRED STOCK

In February 2000, the Board of Directors authorized an amendment to the Company's certificate of incorporation to allow the Company to issue a new series of preferred stock designated as Series A Convertible Redeemable PIK Preferred Stock ("Series A Preferred Stock"). The total number of Series A Preferred Stock which the Company is authorized to issue is six million shares, par value $.01 per share.

The Series A Preferred Stock has special voting powers and preferences. Specifically, the Series A Preferred Stock has a liquidation preference of $59.93 per share plus an amount equal to any dividends accrued or accumulated but not paid. The Series A Preferred Stock accrues dividends payable in shares of the Company's Common Stock at a rate of 8% per annum commencing April 1, 2000. Dividends on the Series A