# EXHIBIT EE

# IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION

# ROBERT MORRIS

# PRICELINE WEBHOUSE CLUB

**CONFIDENTIAL**

D&T 0020356