# EXHIBIT GG

# Deloitte & Touche

Deloitte & Touche LLP
Stamford Harbor Park
333 Ludlow Street
P.O. Box 10098
Stamford, Connecticut 06904

Telephone: (203) 708-4000
Facsimile: (203) 708-4797

November 2, 1999

Priceline Webhouse Club, Inc.
1 High Ridge Park
Stamford, CT 06905

Attention: Mr. Ernie Scheidemann

Dear Mr. Scheidemann:

We are pleased to serve as independent accountants and auditors for Priceline Webhouse Club, Inc. (the "Company"). Mr. Andrew L. Wallace will be responsible for the services that we perform for the Company.

It will be the responsibility of Mr. Wallace to ensure that the Company receives quality services. Mr. Wallace will, as he considers necessary, call on other individuals with specialized knowledge, either in this office or elsewhere in our firm, to assist in the performance of our services.

While auditing and reporting on the Company's annual financial statements for the year ending December 31, 1999 is the service that we are to provide under this engagement letter, we would also be pleased to assist the Company on issues as they arise throughout the year. Hence, we hope that the Company will call Mr. Wallace whenever management believes he can be of assistance.

We will perform this engagement subject to the terms and conditions set forth herein.

## *Audit of Financial Statements*

Our audit of the Company's financial statements for the year ending December 31, 1999 will be conducted in accordance with generally accepted auditing standards.

We will plan and perform our audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether caused by error or fraud. However, because of the characteristics of fraud, particularly those involving concealment and falsified documentation (including forgery), a properly planned and performed audit may not detect a material misstatement. Therefore, an audit conducted in accordance with generally accepted auditing standards is designed to obtain reasonable, rather than absolute, assurance that the

Deloitte Touche
Tohmatsu

CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0001127

November 2, 1999
Priceline Webhouse Club, Inc.
Page 2

---

financial statements are free of material misstatement. An audit is not designed to detect error or fraud that is immaterial to the financial statements.

An audit includes obtaining an understanding of internal control sufficient to plan the audit and to determine the nature, timing, and extent of audit procedures to be performed. An audit is not designed to provide assurance on internal control or to identify reportable conditions.

An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

The objective of our audit is the expression of an opinion on the fairness of the presentation of the Company's financial statements in conformity with generally accepted accounting principles, in all material respects. Our ability to express an opinion, and the working of our opinion, will, of course, be dependent on the facts and circumstances at the date of our report. If, for any reason, we are unable to complete the audit or are unable to form or have not form an opinion, we may decline to express an opinion or decline to issue a report as a result of this engagement. If we are unable to complete our audit or if our auditors' report requires modification, the reasons therefor will be discussed with Priceline Webhouse Club, Inc.'s management and the Board of Directors.

Neither our audit of the Company's financial statements for the year ending December 31, 1999 nor any reviews or other services provided pursuant to this engagement letter, will provide any assurances, nor will we express any opinion, that the Company's systems or any other systems, such as those of the Company's vendors, service providers, customers, unconsolidated subsidiaries or joint ventures in which the Company has an investment, or other third parties are year 2000 compliant. In addition, we are not engaged to perform, nor will we perform as part of this engagement, any procedures to test whether the Company's systems or any other systems are year 2000 compliant or whether the plans and activities of the Company or any third parties are sufficient to address and correct system or any other problems that might arise because of the year 2000, nor will we express any opinion or provide any other assurances with respect to these matters.

### *Management's Responsibility*

The financial statements are the responsibility of Priceline Webhouse Club, Inc.'s management. In this regard, management has the responsibility for, among other things, establishing and maintaining effective internal control over financial reporting, for identifying


CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0001128

November 2, 1999
Priceline Webhouse Club, Inc.
Page 3

and ensuring that the Company complies with the laws and regulations applicable to its activities, for properly recording transactions in the accounting records, for making appropriate accounting estimates, for safeguarding assets, for the overall accuracy of the financial statements and their conformity with generally accepted accounting principles, and for making all financial records and related information available to us.

We will make specific inquiries of Priceline Webhouse Club, Inc. management about the representations embodied in the financial statements. As part of our audit procedures, we will request that management provide us with a representation letter acknowledging management's responsibility for the preparation of the financial statements and confirming certain representations made to us during our audit. The responses to those inquiries and related written representations of management required by generally accepted auditing standards are part of the evidential matter that we will rely on as auditors in forming our opinion on the Company's financial statements. Because of the importance of management's representations, the Company agrees to release and indemnify Deloitte & Touche LLP and its personnel from all claims, liabilities, and expenses relating to our services under this engagement letter attributable to any misrepresentation by management.

If the Company intends to publish or otherwise reproduce in any document our report on the Company's financial statements, or otherwise make reference to Deloitte & Touche LLP in a document that contains other information in addition to the audited financial statements (e.g., in a dept or equity offering circular or in a private placement memorandum), thereby associating Deloitte & Touche LLP with such document, the Company agrees that Priceline Webhouse Club, Inc. management will provide us with a draft of the document to read and obtain our approval for the inclusion or incorporation by reference of our report, or the reference to Deloitte & Touche LLP, in such document before the document is printed and distributed. The inclusion or incorporation by reference of our report in any such document would constitute the reissuance of our report.

Our engagement to perform the services described above does not constitute our agreement to be associated with any such documents published or reproduced by or on behalf of the Company. Any request by the Company to reissue our report or to consent to its inclusion or incorporation by reference in an offering or other document will be considered based on the facts and circumstances existing at the time for such request. Fees for such services that would need to be performed in connection with any such request (and their scope) would be subject to our mutual agreement at such time and would be described in a separate engagement letter.

CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0001129

November 2, 1999
Priceline Webhouse Club, Inc.
Page 4

### *Other Communications Arising from the Audit*

In connection with the planning and the performance of our audit, generally accepted auditing standards require that we ensure that certain matters are communicated to the Board of Directors. We will report directly to the Board of Directors any fraud of which we become aware that involves senior management and any fraud (whether caused by senior management or other employees) of which we become aware that causes a material misstatement of the financial statements. We will report to senior management any fraud perpetrated by lower level employees of which we become aware that does not cause a material misstatement of the financial statements; however, we will not report such matters directly to the Board of Directors unless otherwise directed by the Board of Directors.

We will inform the appropriate level of management of the Company and ensure that the Board of Directors is adequately informed with respect to illegal acts that have been detected or have otherwise come to our attention in the course of our audit, unless the illegal act is clearly inconsequential.

We will also report directly to Priceline Webhouse Club, Inc. management and the Board of Directors matters coming to our attention during the course of our audit that we believe are reportable conditions. Reportable conditions are significant deficiencies in the design or operation of internal control that could adversely affect the Company's ability to record, process, summarize, and report financial data consistent with the assertions of management in the financial statements.

In addition, we will communicate to the Board of Directors certain other matters related to the conduct of our audit, including, when applicable:

- Our responsibility as auditors under generally accepted auditing standards.
- Significant accounting policies.
- Management judgments and accounting estimates.
- Significant audit adjustments (recorded and unrecorded).
- Other information in documents containing audited financial statements.
- Disagreements with management.
- Consultation by management with other accountants on significant matters.
- Difficulties encountered in performing the audit.
- Major issues discussed with management prior to our retention as auditors.



CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0001130

November 2, 1999
Priceline Webhouse Club, Inc.
Page 5

We may also have other comments for management on matters we have observed and possible ways to improve the efficiency of the Company's operations or other recommendations concerning internal control.

With respect to these other communications, it is our practice to discuss all comments, if appropriate, *with the level of management responsible for the matters prior to their communication to senior management and/or the Board of Directors.*

### Fees

Since Priceline Webhouse Club, Inc. is in the process of starting its operations, it is difficult to determine our total fees for this audit. We will bill fees based on our customary standard billing rates, which will be agreed with you at a later date once the scope of our audit services becomes more determinable.

* * * * * * * * *

If the above terms are acceptable to the Company and the services outlined are in accordance with your understanding, please sign the copy of this letter in the space provided and return it to us.

Yours truly,

*Deloitte & Touche LLP*

**Accepted and agreed to by:**

Priceline Webhouse Club, Inc.

By: _[signature]_

Title: V.P. & Controller

Date: November 30, 1999

CONFIDENTIAL DISCOVERY MATERIAL REQUESTED BY DELOITTE & TOUCHE LLP

D&T 0001131