# EXHIBIT HH

# Deloitte & Touche

# AUDIT

| | |
|---|---|
| Retention Period | 6 Years |

Please Indicate Type of File
☒ Working Papers
☐ Correspondence Files

**Tri-State Office Location**
☐ WFC/NY
☐ Parsippany
☒ Stamford
☐ Long Island
☐ Hartford

SA NUMBER: W 2 B 0 7 1 1

CLIENT NAME (FULL NAME): WEBHOUSE CLUB

SA NAME (FULL NAME OF REPORTING ENTITY, IF OTHER THAN CLIENT NAME):

ROPE NUMBER: 1 OF 1

FILE CONTENTS: YEAR END AUDIT 1999

ENGAGEMENT PARTNER (FULL NAME): DREW MARRAGE

PERIOD ENDING: 12/31/1999

FILER NAME (FULL NAME):

CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0001041