# EXHIBIT II

# PRICELINE WEBHOUSE CLUB 1999 AUDIT WORKPAPERS (MASTER)

CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0001551