# EXHIBIT B

**SEALED DOCUMENT**

# EXHIBIT C

.

**SEALED DOCUMENT**

# EXHIBIT D

# SEALED DOCUMENT

**EXHIBIT F**

**SEALED DOCUMENT**

# EXHIBIT G

**SEALED DOCUMENT**

**EXHIBIT H**

**SEALED DOCUMENT**

# EXHIBIT I

**SEALED DOCUMENT**

# EXHIBIT M

**SEALED DOCUMENT**

# EXHIBIT N

**SEALED DOCUMENT**

# EXHIBIT O

**SEALED DOCUMENT**

**EXHIBIT P**

**SEALED DOCUMENT**

**EXHIBIT Q**

**SEALED DOCUMENT**

# EXHIBIT R

**SEALED DOCUMENT**

# EXHIBIT S

**SEALED DOCUMENT**

# EXHIBIT T

**SEALED DOCUMENT**

**EXHIBIT U**

**SEALED DOCUMENT**

**EXHIBIT V**

**SEALED DOCUMENT**

# EXHIBIT W

**SEALED DOCUMENT**

**EXHIBIT X**

**SEALED DOCUMENT**

**EXHIBIT Y**

**SEALED DOCUMENT**

# EXHIBIT Z

**SEALED DOCUMENT**

# EXHIBIT AA

**SEALED DOCUMENT**

# EXHIBIT FF

**SEALED DOCUMENT**