# Exhibit A

**LIST OF CASES IN WHICH NYSTRS HAS OBJECTED
TO ATTORNEY FEE APPLICATION**

1. *DPL, Inc. Securities Litigation*, Case No. C-3-02-355 (S.D. Ohio)

2. *CBT Group PSL Securities Litigation*, Case No. C-98-21014-RMW(RS) (N.D. Cal.)

3. *In re Infospace Inc. Securities Litigation*, Master File No. C-01-0913-Z (W.D. Wash.)

4. *Honeywell Int'll, Inc. Securities Litigation*, Case No. 2:00cv03605 (DRD) (D.N.J.)

5. *Scheiner v. i2 Technologies, Inc.*, Civ. No. 3:01-CV-418-H (N.D. Tex.)

6. *AMF Bowling, Inc. Securities Litigation*, Civ. No. 99-Civ-3023 (PKC) (S.D.N.Y.)

7. *In re Alloy, Inc. Securities Litigation*, No. 03-Civ-1597 (WHP) (S.D.N.Y.)

8. *In re Riverstone Networks, Inc. Securities Litigation*, No. CV-02-3581-PJH (N.D. Cal.)

9. *Rush v. Footstar, Inc.*, No. 02 CV 9130 (SCR) (S.D.N.Y.)

10. *In re Xcel Energy, Inc. Securities Litigation*, Civil No. 02-2677 (DSD/FLN) (D. Minn.)

11. *In re Veritas Software Corp. Securities Litigation*, No. C-03-0283-MMC (N.D. Cal.)

12. *In re Charter Comm., Inc. Securities Litigation*, Case No. 02-CV-1186 CAS (E.D. Mo.)

13. *Schwartz v. TXU Corp.*, No. 3:02-CV-2243-K (N.D. Tex.)

14. *In re Adelphia Comm. Corp. Securities and Derivative Litigation*, No. 03 Civ. 5755 (S.D.N.Y).

15. *In re Priceline.com Securities Litigation*, No. 3:00CV01844(AVC) (D. Conn.)