<u>Certificate of Service</u>

   I hereby certify that on June 21, 2007, a copy of Lead Plaintiffs' Response to Objections to Plaintiffs' Counsel's Application for an Award of Attorney's Fees and Reimbursement of Expenses was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

             _____*/s/ Eben F. Duval*_____

             Johnson & Perkinson
             Eben F. Duval (phv01237)
             1690 Williston Rd.
             South Burlington, Vermont 05403
             (802) 862-0030
             (802) 862-0060 (fax)
             eduval@jpclasslaw.com