UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------- X
IN RE: PRICELINE.COM, INC.  :  MASTER FILE NO. 3:00CV01884(AVC)
SECURITIES LITIGATION       :
------------------------------------- X

## PROOF OF CLAIM INSTRUCTIONS

In order for you to qualify to participate in the distributions described in the Notice, you must file a proof of claim and release in the attached form and you must provide the required documentation to substantiate your claim.

## REQUIREMENTS FOR FILING A PROOF OF CLAIM

Your claim will be considered only upon compliance with all of the following conditions:

1. You must accurately complete all portions of the attached proof of claim and release form.

   *NOTE:* The proof of claim and release form contains several acquisition and sale schedules. You must carefully complete each applicable section of the schedules. Do not omit to state any requested information regarding your holdings, acquisitions and sales (including any free receipts and/or free deliveries) of the applicable securities. This information is necessary to determine your share of any distribution. If you cannot list all transactions in the spaces provided in the proof of claim and release form, or if you believe that you must or should supply additional information with respect to any transaction, attach additional sheets to the proof of claim and release forms supplying the required information. Your name must be properly identified on each additional sheet of paper.

2. You must **sign** the proof of claim and release form.

   NOTE: If the applicable securities were or are owned jointly, all joint owners must sign the proof of claim and release form. Executors, administrators, guardians, conservators and trustees may complete and sign the proof of claim and release form on behalf of person or entities represented by them, but they must identify such persons or entities and provide proof of their authority (for example, currently effective letters testamentary or letters of administration) to complete and execute the proof of claim and release form on their behalf and to bind them in accordance with the terms thereof. A proof of claim and release form submitted by legal representatives of a claimant must be executed by all such representatives.

3. You must attach to the proof of claim and release form the original, or legible copies, of broker confirmation slips, monthly brokerage statements, or other proof satisfactory to Strategic Claims Services confirming the particulars as indicated herein of each acquisition, transfer and sale you have made of the applicable securities from January 27, 2000, through January 4, 2001, inclusive. Please make sure that all supporting documentation states your account name. If you are filing on behalf of a deceased claimant, please provide a copy of the death certificate and a will or probate documents.

**You must also provide supporting documentation showing your holdings as of the close of trading on October 4, 2000, and the close of trading on January 4, 2001 for each security.**

4. By submitting the proof of claim and release form, you expressly agree to the following:

   a. you agree to the terms of the release that are contained in the Stipulation Agreement of Settlement (the "Stipulation") and the Notice; and

   b. you consent to the jurisdiction of the United States District Court for the District of Connecticut (the "Court"), for purposes of making a claim.

5. You must mail the completed and signed proof of claim and release form and supporting documents by First Class Mail, postage prepaid, postmarked no later than August 31, 2007, to:

   **In re: Priceline.com, Inc. Securities Litigation**
   **Strategic Claims Services**
   **PO Box 230**
   **600 North Jackson Street, Suite 3**
   **Media, PA 19063**
   **www.strategicclaims.net**

Your failure to complete and mail the proof of claim and release form postmarked by August 31, 2007, may preclude you from receiving any share of the available distributions. So that you will have a record of the date of your mailing and its receipt by Strategic Claims Services, you are advised to use certified mail, return receipt requested.

11

If you wish to submit your proof of claim and release form in a manner other than by First Class Mail, then it must be **received** at the address above no later than five (5) days after August 31, 2007.

ANY PERSON WHO KNOWINGLY SUBMITS A FALSE PROOF OF CLAIM IS SUBJECT TO PENALTIES FOR PERJURY AND OTHER VIOLATIONS OF FEDERAL LAW.

Submission of this proof of claim and release form, however, does not assure that you will share in the distribution of the Net Settlement Fund.

6. See the Plan of Allocation attached as Exhibit A to the Notice for more information helpful for filling out the proof of claim and release form.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PROOF OF CLAIM AND RELEASE

**Must be postmarked no later than August 31, 2007**

Please print or type

I, _____, and _____ state as follows:
(if applicable)

**CLAIMANT IDENTIFICATION**

Claimant Name (First, Middle, Last):

Beneficial Owner Name (If different from Claimant) (First, Middle, Last):

Co-Beneficial Owner Name (First, Middle, Last):

Company/Other Entity (If Claimants Not an Individual):

Trustee/Nominee/Other (First, Middle, Last):

Account Number (If Claimants Not an Individual):    Trust/Other Date (If Applicable): __/__/__

Address:
Address:
City:    State: __  Zip Code: _____-____

Foreign Province    Foreign Zip Code    Foreign Country

Area Code  Telephone No. (Day)    Area Code  Telephone No. (Evening)

Social Security Number: ___-__-____  OR  Employer Identification Number: __-_____

E-Mail Address

Identity of Claimant:

☐ Individual  ☐ Joint Owners  ☐ Estate  ☐ Corporation  ☐ Trust  ☐ Partnership

☐ Other (specify, describe on separate sheet)

☐ IRA, Keogh or other type of Individual Retirement Plan (Indicate type of plan, mailing address, and name of current custodian)

☐ Legal Representative _____
**Legal Representative of claimants must attach power of attorney or other instrument showing authority to act as Legal Representative**

## SCHEDULE OF ACQUISITIONS AND SALES OF SECURITIES OF PRICELINE.COM. DURING THE CLASS PERIOD

Separately list each of your acquisitions, transfers and sales of Securities of Priceline.com. Attach a separate schedule if more space is needed. Be sure to include your name on any separate sheets.

For purposes of this schedule, you should list all transactions as indicated (including free receipts and/or free deliveries) during the period from January 27, 2000, through January 4, 2001, inclusive.

The date of acquisitions and sale is the "trade" or "contract" date, and not the "settlement" or "payment" date. The acquisition price is the price paid without regard to commissions or other expenses. The sale price is the price received without regard to commissions or other expenses.

### SCHEDULE OF TRANSACTIONS IN PRICELINE.COM COMMON STOCK

**BEGINNING HOLDINGS OF PRICELINE.COM COMMON STOCK:**

Please state the number of shares of Priceline.com common stock that you owned as of the close of business on January 26, 2000.

Proof enclosed? ☐ Y ☐ N

If none, check here ☐

**ACQUISITIONS OF PRICELINE.COM COMMON STOCK:**

List by date, number of shares acquired, price paid per share for each acquisition you made of Priceline.com common stock from January 27, 2000, through January 4, 2001, inclusive.

If none, check here ☐

| Date(s) of acquisition List chronologically MM / DD / YY | Number of shares acquired | Acquisition price per share* | Total Cost | Proof of acquisition enclosed? |
|---|---|---|---|---|
| / / | | $ | $ | Y N |
| / / | | $ | $ | Y N |
| / / | | $ | $ | Y N |
| / / | | $ | $ | Y N |
| / / | | $ | $ | Y N |
| / / | | $ | $ | Y N |

*without regard to commissions, fees, and taxes.

**SALES OF PRICELINE.COM COMMON STOCK:**

List by date, number of shares sold, price received per share and total price received for each sale you made of Priceline.com common stock from January 27, 2000, through January 4, 2001, inclusive.

If none, check here ☐

| Date(s) of sale List chronologically MM / DD / YY | Number of shares sold | Sale price per share* | Total Proceeds | Proof of Sale enclosed? |
|---|---|---|---|---|
| / / | | $ | $ | Y N |
| / / | | $ | $ | Y N |
| / / | | $ | $ | Y N |
| / / | | $ | $ | Y N |
| / / | | $ | $ | Y N |
| / / | | $ | $ | Y N |

*without regard to commissions, fees, and taxes.

**UNSOLD HOLDINGS OF PRICELINE.COM COMMON STOCK:**

Please state the number of shares of Priceline.com common stock you held as of the close of trading on January 4, 2001.

Proof enclosed? ☐ Y ☐ N

If none, check here ☐

### ACQUISITIONS OF PRICELINE.COM OPTIONS

**BEGINNING HOLDINGS OF PRICELINE.COM OPTIONS:**

Please state the number of Priceline.com options that you owned as of the close of business on January 26, 2000.

| Option Type | Number of contracts | Date & strike price option contract (i.e., 12/$80) | Total amount paid for option contracts (only if exercised) | Proof enclosed? |
|---|---|---|---|---|
| ☐ Put ☐ Call | | / | $ | Y N |
| ☐ Put ☐ Call | | / | $ | Y N |
| ☐ Put ☐ Call | | / | $ | Y N |

If none, check here ☐

13

**ACQUISITIONS OF PRICELINE.COM OPTIONS:**

List by date, number of option contracts acquired, price paid per contract, expiration date (month/year), and strike price for each acquisition of Priceline.com option contracts from January 27, 2000, through January 4, 2001, inclusive. Please indicate if option was assigned, exercised or expired.

If none, check here ☐

| Option Type | Date(s) of acquisition List chronologically MM / DD / YY | Number of Option contracts acquired | Expiry month & year MM / YY | Strike price | Acquisition price per option contract* | [X]expired [A]ssigned [E]xercised | Proof of acquisition enclosed? |
|---|---|---|---|---|---|---|---|
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |

*without regard to commissions, fees, and taxes.

**SALES OF PRICELINE.COM OPTIONS:**

List by date, number of option contracts sold, price received per contract, expiration date (month/year), and strike price for each sale you made of Priceline.com option contracts from January 27, 2000, through January 4, 2001, inclusive. Please indicate if option was assigned, exercised or expired.

If none, check here ☐

| Option Type | Date(s) of sale List chronologically MM / DD / YY | Number of Option contracts sold | Expiry month & year MM / YY | Strike price | Sale price per option contract* | [X]expired [A]ssigned [E]xercised | Proof of Sale enclosed? |
|---|---|---|---|---|---|---|---|
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |
| ☐ Put ☐ Call | / / | | / | $  . | $  . | | ☐ Y ☐ N |

*without regard to commissions, fees, and taxes.

**UNSOLD HOLDINGS OF PRICELINE.COM OPTIONS:**

Please state the number of Priceline.com options that you owned as of the close of trading on January 4, 2001.

| Option Type | Number of contracts | Date & strike price option contract (i.e., 12/$80) | Proof enclosed? |
|---|---|---|---|
| ☐ Put ☐ Call | | / | ☐ Y ☐ N |
| ☐ Put ☐ Call | | / | ☐ Y ☐ N |
| ☐ Put ☐ Call | | / | ☐ Y ☐ N |

If none, check here ☐

### VERIFICATION

I (We) have read and am (are) familiar with the contents of the Instructions accompanying this Proof of Claim and I (we) verify that the information I (we) have set forth in this foregoing Proof of Claim and in documents attached hereto is true and correct and complete to the best of my (our) knowledge. I (We) am (are) not a Defendant(s) or other excluded person in the above-captioned Action and have not requested exclusion from the class by June 8, 2007. I (We) have attached hereto the original or legible copies of broker confirmation slips or statements or, if not available, either proof of the dates and amounts of my (our) acquisitions and sales of Securities of Priceline.com. I (We) further certify that I (we) have read and am familiar with the accompanying Notice to which this Proof of Claim relates. I (We) understand and agree that this Proof of Claim will be processed and will be allowed, if at all, in accordance with the procedures set forth in the Notice and Plan of Allocation.

## SUBSTITUTE W-9 FORM

Part I: Taxpayer Identification Number ("TIN")

Employer Identification Number: ☐☐-☐☐☐☐☐☐☐
(for estates, trusts, corporations, etc.)

Social Security Number: ☐☐☐-☐☐-☐☐☐☐
(for individuals)

Part II: Certification

I (We) declare under penalty or perjury under the laws of the United States of American that the foregoing information supplied by the undersigned is true and current and that this Proof of Claim form was executed this _____ day of _____, 2007.

I (we) certify that I am (we are) not subjected to backup withholding under the provisions of Sections 3406(a)(I)(C) of the Internal Revenue Code.

*Note:* If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

### SUBSTITUTE FORM W-8 FOR NON-UNITED STATES CITIZEN, RESIDENT OR ENTITY

Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

Name (First, Middle, Last):
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Country: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Check Appropriate Box:

☐ Individual  ☐ Corporation  ☐ Partnership  ☐ Tax-exempt organization
☐ General trust  ☐ Complex trust  ☐ Estate  ☐ Simple trust
☐ Disregarded entity  ☐ Private foundation  ☐ Central bank of issue  ☐ Government
☐ International organization

Enter U.S. taxpayer identification number on appropriate line, if applicable. For individuals, this is your Social Security Number ("SSN"). If you are not an individual or you are an individual who is an employer or who is engaged in a U.S. trade or business as a sole proprietor, you must enter an Employer Identification Number ("EIN"). If you are a disregarded entity claiming treaty benefits as a hybrid entity, enter your EIN. If you are a non-United States citizen and have no SSN or EIN, please check "Not Applicable".

Employer Identification Number: ☐☐-☐☐☐☐☐☐☐
(for estates, trusts, corporations, etc.)

Social Security Number: ☐☐☐-☐☐-☐☐☐☐
(for individuals)

☐ Not Applicable

The Internal Revenue Service does not require your consent in any provision other than the certification required to avoid backup withholding.

_____   _____
Signature of Owner             Date

Print name here: _____

_____   _____
Signature of Joint Owner (if any)   Date

Print name here: _____

If the Claimant is other than an individual, or if the Claimant is not the person completing this form, the following must also be provided:

Name of person signing: _____

Cacpacity of person signing: _____
(Executor, President, Trustee, etc.)

Date: _____

15

Priceline.com, Inc. Securities Litigation
c/o Strategic Claims Services, Claims Administrator
PO Box 230
600 North Jackson Street, Suite 3
Media, PA 19063

*Exhibit C*

```
FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 138
PHILADELPHIA, PA
```

# FIRST CLASS MAIL

PLEASE FORWARD—IMPORTANT LEGAL NOTICE

ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.

**Reminder Checklist:**

1. Please sign the above release and declaration.
2. Remember to attach supporting documentation.
3. Do not send original stock certificates.
4. Keep a copy of your proof of claim and release form and supporting documentation for your records.
5. If you desire an acknowledgement of receipt of your proof of claim and release form, please send it Certified Mail, Return Receipt Requested.
6. If you move, please send your new address to Strategic Claims Services.

EXHIBIT D

**Barbara A. Res**
91 Ogle Road
Old Tappan, NJ 07675

June 4, 2007

Priceline.com, Inc. Securities Litigation
c/o Strategic Claims Services, Claims Administrator
PO Box 230
600 North Jackson Street, Suite 3
Media, PA 19063

To whom it may concern,

    I request exclusion from the Class in *In Re Priceline.com, Inc. Securities Litigation*. I purchased 200 shares of Priceline through Fidelity in my individual account on July 25, 2000 for the price of $32.75 per share. When the stock reverse split, I received a cash payment of $8.27 and my total holding was reduced to 33 shares, which I sold on January 4, 2006 for $22.88 per share.

Barbara A. Res
201 768 4184
Brotnj@aol.com

**EXHIBIT E**

**STRATEGIC CLAIMS SERVICES**
**600 NORTH JACKSON STREET, SUITE 3**
**P.O. BOX 230**
**MEDIA, PA   19063**

June 20, 2007

Jacob B. Perkinson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT  05403

| I N V O I C E  RE: NOTICE CAMPAIGN |

Administrative Services re: the Notice Campaign rendered in connection with Priceline.com, Securities Litigation Settlement through June 15, 2007

| | |
|---|---:|
| Labor (See Exhibit I attached)............................................................. | $39,946.25 |
| Payment made to Smith-Edwards-Dunlap for printing Notice and Proof of Claim, typesetting, alterations, binding, labeling and delivery See Exhibit II (Includes Foreign Postage)................................................ | $71,027.00 |
| Postage Costs to date......................................................................... | $32,848.13 |
| Invoices from brokerage firms in connections with supplying mailing labels and research expenses. (See Exh. III attached) ............... | $23,961.20 |
| Publication of Summary Notice in all editions of Wall Street Journal and USA Today (See Invoice Attached as Exhibit IV)............... | $17,894.83 |
| Reimbursement of newswire publication costs via PrimeZone Media Network .................................................................................... | $ 250.00 |
| Reimbursement of out of pocket expense for phone, copying envelopes and supplies...... ............................................................... | $ 987.50 |
| Total | $186,914.91 |

Breakdown of Priceline.com Hours as of 6/14/07

EXHIBIT I

| date | name | hrs. | desc | notes | Rate | Fee |
|---|---|---|---|---|---|---|
| Tuesday, May 15, 2007 | Amanda Gattuso | 2.00 | Broker/Institution Mailings | | | |
| Monday, May 21, 2007 | Amanda Gattuso | 2.75 | Broker/Institution Mailings | | | |
| Tuesday, May 22, 2007 | Amanda Gattuso | 0.50 | Other (please add notes) | research | | |
| Thursday, June 07, 2007 | Amanda Gattuso | 3.00 | Mail | | | |
| Monday, June 11, 2007 | Amanda Gattuso | 4.00 | Other (please add notes) | mail, phones | | |
| Thursday, June 14, 2007 | Amanda Gattuso | 8.00 | Broker/Institution Mailings | | | |
| | | 20.25 | | | $60.00 | $1,215.00 |
| Monday, May 21, 2007 | Ashley Braun | 3.00 | Broker/Institution Mailings | | | |
| Tuesday, May 29, 2007 | Ashley Braun | 1.00 | Mail | | | |
| Wednesday, May 30, 2007 | Ashley Braun | 4.75 | Broker/Institution Mailings | | | |
| | | 8.75 | | | $70.00 | $612.50 |
| Monday, May 21, 2007 | Ashley Clark | 7.00 | Mail | | | |
| Wednesday, May 30, 2007 | Ashley Clark | 3.00 | Mail | | | |
| Wednesday, June 06, 2007 | Ashley Clark | 3.25 | Mail | | | |
| | | 13.25 | | | | |
| Wednesday, May 16, 2007 | Dan Fischer | 4.00 | Mail | | | |
| Friday, May 18, 2007 | Dan Fischer | 6.50 | Broker/Institution Mailings | | | |
| Monday, May 21, 2007 | Dan Fischer | 3.00 | Broker/Institution Mailings | | | |
| Tuesday, May 22, 2007 | Dan Fischer | 3.00 | Mail | | | |
| Wednesday, May 23, 2007 | Dan Fischer | 5.00 | Broker/Institution Mailings | | | |
| Tuesday, May 29, 2007 | Dan Fischer | 5.00 | Mail | | | |
| Wednesday, May 30, 2007 | Dan Fischer | 2.00 | INTERNET RESEARCH | | | |
| Thursday, May 31, 2007 | Dan Fischer | 6.50 | Broker/Institution Mailings | | | |
| Friday, June 01, 2007 | Dan Fischer | 8.00 | mail/internet research | | | |
| Monday, June 04, 2007 | Dan Fischer | 3.00 | INTERNET RESEARCH | | | |
| Monday, June 04, 2007 | Dan Fischer | 3.00 | Mail | | | |
| Tuesday, June 05, 2007 | Dan Fischer | 5.00 | INTERNET RESEARCH | | | |
| Wednesday, June 06, 2007 | Dan Fischer | 5.00 | Mail | | | |
| Wednesday, June 06, 2007 | Dan Fischer | 2.50 | Broker/Institution Mailings | | | |
| Thursday, June 07, 2007 | Dan Fischer | 3.50 | Entering | | | |
| Thursday, June 07, 2007 | Dan Fischer | 3.00 | Entering | | | |
| Friday, June 08, 2007 | Dan Fischer | 4.00 | Broker/Institution Mailings | | | |
| Friday, June 08, 2007 | Dan Fischer | 3.50 | Entering | | | |
| Monday, June 11, 2007 | Dan Fischer | 3.00 | Entering | | | |
| Monday, June 11, 2007 | Dan Fischer | 2.00 | Mail | | | |
| Wednesday, June 13, 2007 | Dan Fischer | 2.00 | Broker/Institution Mailings | | | |
| Thursday, June 14, 2007 | Dan Fischer | 3.50 | Entering | | | |
| Thursday, June 14, 2007 | Dan Fischer | 4.00 | Broker/Institution Mailings | | | |
| | | 90.00 | | | $60.00 | $5,400.00 |
| Tuesday, May 15, 2007 | Faye Knowles | 1.00 | review documents | | | |
| Wednesday, May 16, 2007 | Faye Knowles | 1.00 | review documents | | | |
| Friday, May 18, 2007 | Faye Knowles | 1.00 | review-pm | | | |
| Thursday, June 07, 2007 | Faye Knowles | 1.50 | mailing | | | |
| Friday, June 08, 2007 | Faye Knowles | 1.00 | Phones | | | |
| Tuesday, June 12, 2007 | Faye Knowles | 1.00 | mailing | | | |
| Wednesday, June 13, 2007 | Faye Knowles | 1.50 | mailing | | | |
| Thursday, June 14, 2007 | Faye Knowles | 1.00 | mailing | | | |
| Friday, June 15, 2007 | Faye Knowles | 2.00 | mailing | | | |
| | | 11.00 | | | $75.00 | $825.00 |
| Monday, May 14, 2007 | Josephine Cecala | 2.50 | Other (please add notes) | PREPARED NOTICE, PLAN OF ALLOCATION, & PROOF OF CLAIM FOR TYPESET | | |
| Tuesday, May 15, 2007 | Josephine Cecala | 6.50 | Other (please add notes) | review 1st draft of notice/poc, reviewed slip, and mailed broker letter | | |
| Wednesday, May 16, 2007 | Josephine Cecala | 3.00 | Other (please add notes) | REVIEW AND MAKE CHANGES FOR 2ND DRAFT | | |
| Thursday, May 17, 2007 | Josephine Cecala | 3.50 | Other (please add notes) | REVIEW AND PREPARED 3RD DRAFT | | |
| Friday, May 18, 2007 | Josephine Cecala | 5.75 | Broker/Institution Mailings | transfer agent mailing | | |
| Monday, May 21, 2007 | Josephine Cecala | 1.00 | Other (please add notes) | REVIEW PUBLICATIONS | | |
| Tuesday, May 29, 2007 | Josephine Cecala | 2.50 | Other (please add notes) | UPDATE EXPENSES, SET UP MAILING, RETRIEVED DATA FROM BEAR STEARNS | | |
| Friday, June 01, 2007 | Josephine Cecala | 2.00 | Other (please add notes) | scan aff or pub and email adam re: copies of wsj | | |

Breakdown of Priceline.com Hours as of 6/14/07

| date | name | hrs. | desc | notes | Rate | Fee |
|---|---|---|---|---|---|---|
| Monday, June 04, 2007 | Josephine Cecala | 4.00 | Other (please add notes) | EMAIL COUNSEL, ORGANIZE MAILINGS, AND OBTAIN THE COPIES OF PUBLICATION | | |
| Tuesday, June 05, 2007 | Josephine Cecala | 3.00 | Other (please add notes) | OBTAIN COPIES OF PUBLICATION, ORGANIZE MAILING AND FORM STOCK, MEETING | | |
| Tuesday, June 05, 2007 | Josephine Cecala | 3.00 | Other (please add notes) | | | |
| Wednesday, June 06, 2007 | Josephine Cecala | 3.00 | Other (please add notes) | UBS MAILING | | |
| Wednesday, June 06, 2007 | Josephine Cecala | 1.00 | Other (please add notes) | | | |
| Thursday, June 07, 2007 | Josephine Cecala | 2.00 | Other (please add notes) | mailings and review nominee responses and order forms | | |
| Tuesday, June 12, 2007 | Josephine Cecala | 1.50 | Other (please add notes) | email counsel and prepare for notice campaign affidavit, meeting and mailings | | |
| Thursday, June 14, 2007 | Josephine Cecala | 3.00 | Mail | | $100.00 | $4,325.00 |
| | | 43.25 | | | | |
| Monday, May 14, 2007 | Kat Teo | 2.00 | Broker/Institution Mailings | | | |
| Tuesday, May 15, 2007 | Kat Teo | 1.00 | Broker/Institution Mailings | | | |
| Tuesday, May 15, 2007 | Kat Teo | 1.00 | Broker/Institution Mailings | | | |
| Wednesday, May 16, 2007 | Kat Teo | 1.00 | Other (please add notes) | | | |
| Wednesday, May 16, 2007 | Kat Teo | 3.00 | Broker/Institution Mailings | | | |
| Thursday, May 17, 2007 | Kat Teo | 8.50 | Broker/Institution Mailings | | | |
| Friday, May 18, 2007 | Kat Teo | 7.00 | Broker/Institution Mailings | | | |
| Monday, May 21, 2007 | Kat Teo | 0.75 | Email | | | |
| Monday, May 21, 2007 | Kat Teo | 5.50 | Broker/Institution Mailings | | | |
| Tuesday, May 22, 2007 | Kat Teo | 3.00 | Broker/Institution Mailings | | | |
| Tuesday, May 22, 2007 | Kat Teo | 1.00 | Email | | | |
| Tuesday, May 22, 2007 | Kat Teo | 1.00 | Other (please add notes) | MEETING | | |
| Wednesday, May 23, 2007 | Kat Teo | 7.00 | Broker/Institution Mailings | | | |
| Thursday, May 24, 2007 | Kat Teo | 4.00 | Broker/Institution Mailings | | | |
| Friday, May 25, 2007 | Kat Teo | 5.25 | Broker/Institution Mailings | | | |
| Tuesday, May 29, 2007 | Kat Teo | 1.00 | Phones | | | |
| Tuesday, May 29, 2007 | Kat Teo | 3.00 | Broker/Institution Mailings | | | |
| Tuesday, May 29, 2007 | Kat Teo | 1.00 | Email | | | |
| Wednesday, May 30, 2007 | Kat Teo | 2.00 | Broker/Institution Mailings | | | |
| Wednesday, May 30, 2007 | Kat Teo | 1.00 | Email | | | |
| Wednesday, May 30, 2007 | Kat Teo | 1.00 | Other (please add notes) | MEETING | | |
| Thursday, May 31, 2007 | Kat Teo | 3.00 | Broker/Institution Mailings | | | |
| Thursday, May 31, 2007 | Kat Teo | 1.00 | Email | | | |
| Thursday, May 31, 2007 | Kat Teo | 0.50 | Phones | | | |
| Friday, June 01, 2007 | Kat Teo | 3.00 | Broker/Institution Mailings | | | |
| Monday, June 04, 2007 | Kat Teo | 1.00 | Email | | | |
| Monday, June 04, 2007 | Kat Teo | 5.00 | Broker/Institution Mailings | | | |
| Tuesday, June 05, 2007 | Kat Teo | 0.50 | Phones | | | |
| Tuesday, June 05, 2007 | Kat Teo | 0.50 | Email | | | |
| Tuesday, June 05, 2007 | Kat Teo | 1.00 | Other (please add notes) | MEETING | | |
| Tuesday, June 05, 2007 | Kat Teo | 4.00 | Broker/Institution Mailings | | | |
| Friday, June 08, 2007 | Kat Teo | 0.50 | Email | | | |
| Friday, June 08, 2007 | Kat Teo | 3.50 | Broker/Institution Mailings | | | |
| Friday, June 08, 2007 | Kat Teo | 0.50 | Phones | | | |
| Monday, June 11, 2007 | Kat Teo | 2.00 | Broker/Institution Mailings | | | |
| Tuesday, June 12, 2007 | Kat Teo | 1.00 | Broker/Institution Mailings | | | |
| Wednesday, June 13, 2007 | Kat Teo | 0.50 | Email | | | |
| Wednesday, June 13, 2007 | Kat Teo | 0.50 | Phones | | | |
| | | 88.00 | | | $75.00 | $6,600.00 |
| Monday, May 14, 2007 | Matthew Shillady | 5.00 | Other (please add notes) | initial mailing | | |
| Tuesday, May 15, 2007 | Matthew Shillady | 7.50 | Other (please add notes) | broker mailing/notices | | |
| Wednesday, May 16, 2007 | Matthew Shillady | 8.00 | Other (please add notes) | notices | | |
| Thursday, May 17, 2007 | Matthew Shillady | 8.00 | Other (please add notes) | notices | | |
| Monday, May 21, 2007 | Matthew Shillady | 4.00 | Other (please add notes) | notices | | |
| | | 32.50 | | | $100.00 | $3,250.00 |
| Wednesday, June 13, 2007 | Meghan Walker | 3.00 | Other (please add notes) | FINAL BROKER NOTICE | $60.00 | $180.00 |
| | | 3.00 | | | | |
| Friday, June 01, 2007 | Michelle Gouveia | 2.75 | Broker/Institution Mailings | | | |
| Monday, June 11, 2007 | Michelle Gouveia | 8.25 | Broker/Institution Mailings | | $75.00 | $825.00 |
| | | 11.00 | | | | |

EXHIBIT I

Breakdown of Priceline.com Hours as of 6/14/07

EXHIBIT I

| date | name | hrs. | desc | notes | Rate | Fee |
|---|---|---|---|---|---|---|
| Monday, May 21, 2007 | Tara Salvadore | 4.00 | Broker/Institution Mailings | | | |
| Wednesday, May 30, 2007 | Tara Salvadore | 5.50 | Broker/Institution Mailings | | | |
| Tuesday, June 05, 2007 | Tara Salvadore | 0.50 | Entering | | | |
| Wednesday, June 06, 2007 | Tara Salvadore | 4.00 | Broker/Institution Mailings | | | |
| Thursday, June 07, 2007 | Tara Salvadore | 2.00 | Broker/Institution Mailings | opening mail | | |
| Thursday, June 14, 2007 | Tara Salvadore | 5.25 | Broker/Institution Mailings | | | |
| Friday, June 15, 2007 | Tara Salvadore | 3.50 | Broker/Institution Mailings | | | |
| | | 24.75 | | | $65.00 | $1,608.75 |
| Tuesday, May 15, 2007 | Vincent Andreozzi | 4.00 | Other (please add notes) | MAIL | | |
| Wednesday, May 16, 2007 | Vincent Andreozzi | 4.00 | Mail | | | |
| Wednesday, May 30, 2007 | Vincent Andreozzi | 7.75 | Broker/Institution Mailings | | | |
| Thursday, May 31, 2007 | Vincent Andreozzi | 7.75 | Broker/Institution Mailings | | | |
| Wednesday, June 06, 2007 | Vincent Andreozzi | 8.00 | Broker/Institution Mailings | | | |
| Thursday, June 07, 2007 | Vincent Andreozzi | 8.00 | Broker/Institution Mailings | | | |
| Tuesday, June 12, 2007 | Vincent Andreozzi | 8.00 | Broker/Institution Mailings | | | |
| Wednesday, June 13, 2007 | Vincent Andreozzi | 8.00 | Broker/Institution Mailings | | | |
| Thursday, June 14, 2007 | Vincent Andreozzi | 8.00 | Broker/Institution Mailings | | | |
| | | 63.50 | | | $60.00 | $3,810.00 |
| Monday, April 09, 2007 | Paul Mulholland | 1.00 | admin general | | | |
| Saturday, May 12, 2007 | Paul Mulholland | 7.25 | review of priceline material, various discussion with staff and counsel | | | |
| Monday, May 14, 2007 | Paul Mulholland | 2.50 | Plan of Allocation review | | | |
| Tuesday, May 15, 2007 | Paul Mulholland | 4.00 | review of notice , review of institutional activity, discussion with counsel | | | |
| Wednesday, May 16, 2007 | Paul Mulholland | 4.50 | revison to claims form analysis of estimate of claims, etc | | | |
| Friday, May 18, 2007 | Paul Mulholland | 3.75 | notice campaign, summary notice, etc. | | | |
| Friday, May 25, 2007 | Paul Mulholland | 2.75 | Publication confirmation, discussions with staff and counsel | | | |
| Tuesday, June 01, 2007 | Paul Mulholland | 2.50 | publication affidavits, brokers, discussion with counsel | | | |
| Friday, June 05, 2007 | Paul Mulholland | 2.75 | due diligence matters including people that contacted counsel and other matters | | | |
| Friday, June 08, 2007 | Paul Mulholland | 3.50 | brokers and other notice campagin matters | | | |
| Wednesday, June 13, 2007 | Paul Mulholland | 1.75 | notice related issues, bokers etc. | | | |
| Friday, June 15, 2007 | Paul Mulholland | 5.75 | affidavit | | | |
| | | 42.00 | | | $250.00 | $10,500.00 |
| | | 451.25 | | | | $39,946.25 |

Exhibit II
(1/2)

# SMITH-EDWARDS-DUNLAP CO.

2867 E. Allegheny Ave., Phila., PA 19134

PRINTING AND GRAPHIC SERVICES

Philadelphia: (215) 425-8800

REMIT TO: *P.O. BOX 8500-55560*
*PHILADELPHIA, PA 19178-5560*

**INVOICE NO.** 73263

**DATE** 6/15/07 8/07

**SOLD TO:**
MULHOLLAND & COMPANY
ATTN: PAUL MULHOLLAND
225 STATE ROAD
MEDIA PA 19063

**SHIP TO:**

| CUST. I.D. | OUR ORDER | PAGE | SALES | CUSTOMER P.O. | TERMS* |
|---|---|---|---|---|---|
| 113015 | 20646 | 2 | 171 | | NET 30 DAYS |

Additional Mailing Of 7,947 Plus Shipment Of
5,998 Notices                                                2,255 16
Foreign Postage                                                536 80

NJ SALES TAX                                                   271 40
NY ST- A/M TAX                                                 306 30
NY ST- 8.375%                                                  404 24
PA SALES TAX                                                   723 73
PA TAX (PHILA.)                                              2,125 96
OVERSEAS

**TOTAL** 71,027 00

A finance charge of 1.5% per month will be applied if not paid within terms.
Terms and Conditions are so stated on the reverse side hereof.
We hereby certify that the goods or services which are the subject of this invoice have been produced or rendered in full compliance with the provisions of the Fair Labor Standards Act of 1938, as amended.

Exhibit II
(1/2)

Exhibit II
(2/2)

# SMITH-EDWARDS-DUNLAP CO.
2867 E. Allegheny Ave. Phila., PA 19134

PRINTING AND GRAPHIC SERVICES

Philadelphia (215) 425-8800

REMIT TO: P.O. BOX 8500-S5560
PHILADELPHIA, PA 19178-5560

**INVOICE NO.** 73263

**DATE** 6/15/07   8/07

**SOLD TO:**
MULHOLLAND & COMPANY
ATTN: PAUL MULHOLLAND
225 STATE ROAD
MEDIA PA 19063

**SHIP TO:**

| CUST. I.D. | OUR ORDER | PAGE | SALES | CUSTOMER P.O. | TERMS* |
|---|---|---|---|---|---|
| 113015 | 20646 | 1 | 171 | | NET 30 DAYS |

| | |
|---|---|
| | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT |
| | IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION |
| | MASTER FILE NO. 3:00CV01884 (AVC) |
| 80,000 | Notice Of Pendency Of Class Action & Proposed Settlement Including Typesetting, Alterations, Pre-Press, Printing, Bindery & Delivery |
| 65,000 | Reprint Of Notice |
| | 145,000 Total Invoices |
| | Initial Mailing Of 43,949 Notices, Programming Barcoding, Application Of Postage, Presort & Delivery To Post Office |
| | Foreign Postage |

**TOTAL ▼** CONTINUED

58,159 44
4,232 85
2,011 12

* A finance charge of 1.5% per month will be applied if not paid within terms. Terms and Conditions are so stated on the reverse side hereof.
"We hereby certify that the goods or services which are the subject of this invoice have been produced or rendered in full compliance with the provisions of the Fair Labor Standards Act of 1938, as amended."

Exhibit II
(2/2)

EXHIBIT III

| BROKER | ACTION | TOTALS | CHARGE |
|---|---|---|---|
| EDWARD JONES | SENT 594 NAMES/ADDRESSES | 594 | $20.00 |
| AG EDWARDS | SENT 88 THEMSELVES | 88 | $35.20 |
| STIFEL NICOLAUS & CO INC | SENT 120 NAMES/ADDRESSES | 120 | $60.00 |
| BUTLER WICK & CO | SENT 7 NAMES/ADDRESSES | 7 | $100.00 |
| MESIROW FINANCIAL | SENT 92 NAMES/ADDRESSES | 92 | $100.00 |
| RAYMOND JAMES & ASSO INC | SENT 1136 NAMES/ADDRESSES | 1136 | $100.00 |
| DAVENPORT & CO | SENT 48 THEMSELVES | 48 | $100.16 |
| PIPER JAFFRAY | SENT 584 NAMES/ADDRESSES | 584 | $118.40 |
| RBC DAIN RAUSCHER | SENT 463 NAMES/ADDRESSES | 463 | $200.00 |
| PERSHING | SENT ~9100 NAMES/ADDRESSES | 9100 | $220.00 |
| OPPENHEIMER | SENT 526 LABELS | 526 | $265.00 |
| CIBC WORLD MARKETS | SENT 493 NAMES/ADDRESSES | 493 | $345.10 |
| BANK OF NEW YORK | REQUESTED 250 CLAIM FORMS | 250 | $406.27 |
| DEUTSCHE BANK | SENT 564 NAMES/ADDRESSES | 564 | $564.00 |
| LEHMAN BROTHERS | SENT 598 NAMES/ADDRESSES | 598 | $599.00 |
| ADP | SENT 842 NAMES/ADDRESSES | 842 | $942.00 |
| BEAR STEARNS | SENT 2888 NAMES/ADDRESSES | 2888 | $1,081.00 |
| CHARLES SCHWAB | SENT 18975 NAMES/ADDRESSES | 18975 | $1,333.38 |
| CITIGROUP #418 | SENT 6835 NAMES/ADDRESSES | 6835 | $1,708.75 |
| FIRST CLEARING | SENT 4217 NAMES/ADDRESSES | 4217 | $2,109.50 |
| MERRILL LYNCH | REQUESTED 6027 CLAIM FORMS | 6027 | $4,767.19 |
| NATIONAL FINANCIAL SERVICES LLC | SENT 11715 NAMES/ADDRESSES | 11715 | $8,786.25 |

$23,961.20

*Exhibit IV*

# miller

Miller Advertising Agency, Inc. • 71 Fifth Avenue • New York, New York 10003 • 212-929-2200

## REMITTANCE ADVICE

STRATEGIC CLAIMS SERVICES - Q284
Attn: Paul Mulholland
2710 Concord Rd, Ste 5
Aston, PA 19014

Client Number   146758
Invoice Number 621404 - 078
Invoice Date    05/25/07
Terms: Net 30

Regarding
**PRICELINE**

Please return this page along with your remittance of $17,894.83.

Exhibit IV

# miller

Miller Advertising Agency, Inc.  •  71 Fifth Avenue  •  New York, New York 10003  •  212-929-2200

## INVOICE

STRATEGIC CLAIMS SERVICES - Q284
Attn: Paul Mulholland
2710 Concord Rd, Ste 5
Aston, PA 19014

Client Number   146758
Invoice Number 621404 - 078
Invoice Date      05/25/07
Terms: Net 30   Page 2

Regarding
**PRICELINE**

| Media | Description | Ad Number | Insert Dates | Ad Size | Times | Amount |
|---|---|---|---|---|---|---|
| WALL STREET JOURNAL | GLOBAL ED. | N5210039 | 05/24 | 1.00 | 1 | 9853.83 |
| | | | **WALL STREET JOURNAL TOTAL** | | | **$9,853.83** |
| USA TODAY | GLOBAL ED. | N5210040 | 05/24 | 1.00 | 1 | 8041.00 |
| | | | **USA TODAY TOTAL** | | | **$8,041.00** |

**INVOICE TOTAL  $17,894.83**

**NOTE: INVOICE PAID IN FULL**

Internet : http://www.milleraa.com                                                        EMail : adinfo@milleraa.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

/s/ David R. Scott
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432

**Co-Lead Counsel for Plaintiffs**