UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION<br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>:     MASTER FILE NO.<br>:     3:00CV01884 (AVC)<br>:<br>:<br>:<br>:<br>:<br>: |

**LEAD PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY FEES AND
REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| **SCOTT + SCOTT, LLP**<br>David R. Scott<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT  06415<br>Tel:  (860) 537-5537<br>Fax:  (860) 537-4432 | **JOHNSON & PERKINSON**<br>Dennis J. Johnson<br>Jacob B. Perkinson<br>Eben Duval<br>1690 Williston Road<br>P.O. Box 2305<br>South Burlington, VT 05403<br>Tel: (802) 862-0030<br>Fax: (802) 862-0060 |
| **SCOTT + SCOTT, LLP**<br>Beth A. Kaswan<br>19th Floor, Suite 1915<br>75 Rockefeller Plaza<br>New York, NY  10019<br>Tel:  (212) 710-1040<br>Fax:  (212) 710-1041 | **Co-Lead Counsel** |
| **SCOTT + SCOTT, LLP**<br>Geoffrey M. Johnson<br>33 River Street<br>Chagrin Falls, OH  44022<br>Tel:  (440) 247-8200<br>Fax:  (440) 247-8275<br><br>**Co-Lead Counsel** | |

Lead Plaintiffs, by and through their counsel, hereby respectfully move this Court for an award of attorneys' fees in the amount of 30% of the Settlement Fund and reimbursement of $1,394,422.57 in litigation expenses, including costs and expenses awardable consistent with 15 U.S.C. §78u-4(a)(4) to Lead Plaintiffs.

As set forth in detail in the accompanying Memorandum In Support Of Motion for Award of Attorney Fees and Reimbursement of Expenses (the "Fee Memorandum"), the Joint Declaration of David R. Scott and Jacob B. Perkinson In Support Of Final Approval of the Proposed Settlement, Plan of Allocation and Award of Attorneys' Fees and Expenses (the "Joint Declaration") and Compendium Of Plaintiffs' Counsel's Declarations In Support Of An Award Of Attorneys' Fees And Reimbursement Of Expenses ("Compendium"), Lead Plaintiffs submit that the Settlement is an outstanding recovery for the Class and that the requested fees and expense reimbursement is reasonable and appropriate under applicable law.  Accordingly, Lead Plaintiffs respectfully request that the Court grant this motion in its entirety.

Dated:  June 21, 2007                                         Respectfully submitted,

      /s/ Jacob B. Perkinson
**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

      /s/ David R. Scott
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue

1

P.O. Box 192
Colchester, CT  06415
Tel:  (860) 537-5537
Fax:  (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan (CT21415)
19th Floor, Suite 1915
75 Rockefeller Plaza
New York, NY  10019
Tel:  (212) 710-1040
Fax:  (212) 710-1041

**SCOTT + SCOTT, LLP**
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH  44022
Tel:  (440) 247-8200
Fax:  (440) 247-8275

**Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

    */s/ David R. Scott*
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432

**Co-Lead Counsel for Plaintiffs**