UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : MASTER FILE NO. : 3:00CV01884 (AVC) |
| This document relates to: ALL ACTIONS | : : : : : : |

**COMPENDIUM OF PLAINTIFFS' COUNSEL'S AFFIDAVITS IN SUPPORT OF AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**SCOTT + SCOTT, LLP**
David R. Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel:  (860) 537-5537
Fax:  (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan
19th Floor, Suite 1915
75 Rockefeller Plaza
New York, NY  10019
Tel:  (212) 710-1040
Fax:  (212) 710-1041

**SCOTT + SCOTT, LLP**
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH  44022
Tel:  (440) 247-8200
Fax:  (440) 247-8275

**Co-Lead Counsel**

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT  05403
Tel: (802) 862-0030
Fax: (802) 862-0060

**Co-Lead Counsel**

In connection with Plaintiffs' counsel's request for an award of attorneys' fees and reimbursement of expenses, and Lead Plaintiffs requests for reimbursement of costs and expenses, attached hereto are the following:

Exhibit A: Affidavit filed on behalf of SCOTT + SCOTT, LLP, in support of application for attorneys' fees and expenses;

Exhibit B: Affidavit filed on behalf of JOHNSON & PERKINSON in support of application for attorneys' fees and expenses;

Exhibit C: Affidavit filed on behalf of STULL, STULL & BRODY in support of application for attorneys' fees and expenses;

Exhibit D: Affidavit filed on behalf of SCHATZ NOBEL IZARD P.C. in support of application for attorneys' fees and expenses;

Exhibit E: Affidavit filed on behalf of WEISS & LURIE in support of application for attorneys' fees and expenses;

Exhibit F: Affidavit filed on behalf of HOFFMAN & EDELSON, LLC, in support of application for attorneys' fees and expenses;

Exhibit G: Affidavit filed on behalf of EDWARD T. JOYCE & ASSOCIATES, P.C., in support of application for attorneys' fees and expenses;

Exhibit H: Affidavit filed on behalf of KIRBY MCINERNEY & SQUIRE, LLP, in support of application for attorneys' fees and expenses;

Exhibit J: Declaration Of Lead Plaintiff MARK B. WEISS In Support Of Request For Reimbursement Of Costs And Expenses.

Exhibit K: Declaration Of Lead Plaintiff MARILYN EGEL In Support Of Request For Reimbursement Of Costs And Expenses.

Exhibit L: Declaration Of Lead Plaintiff LEISINGER PENSION FUND In Support Of Request For Reimbursement Of Costs And Expenses.

1

Exhibit M:   Declaration Of Lead Plaintiff R. WARREN ROSS In Support Of Request For Reimbursement Of Costs And Expenses.

Exhibit N:   Declaration Of Lead Plaintiff THOMAS LINTON In Support Of Request For Reimbursement Of Costs And Expenses.

Exhibit O:   Declaration Of Lead Plaintiff JOHN ANDERSON In Support Of Request For Reimbursement Of Costs And Expenses.

Dated: June 21, 2007

Respectfully submitted,

/s/ Jacob B. Perkinson
**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

/s/ David R. Scott
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan (CT21415)
19th Floor, Suite 1915
75 Rockefeller Plaza
New York, NY 10019
Tel: (212) 710-1040
Fax: (212) 710-1041

**SCOTT + SCOTT, LLP**
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Tel: (440) 247-8200
Fax: (440) 247-8275