COMPENDIUM
EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| IN RE PRICELINE.COM, INC. SECURITIES LITIGATION | : : : | MASTER FILE No. 3:00CV1884(AVC) |
| This document relates to: | : : | |
| ALL ACTIONS | : : : : : : : | |

## DECLARATION OF ARTHUR SHINGLER ON BEHALF OF SCOTT + SCOTT, LLP IN SUPPORT OF MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBUSREMENT OF EXPENSES

I, Arthur Shingler, declare as follows:

1.    I am partner with the law firm of Scott + Scott, LLP.  I am submitting this Declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2.    This firm is counsel of record for plaintiffs.  The identification and background of my firm and its attorneys is attached hereto as Exhibit A.

3.    In connection with the prosecution of the claims set forth in the Action, my firm as Co-Lead and Class Plaintiffs' Counsel, supervising and accomplishing the work delineated in the Joint Declaration of David R. Scott and Jacob B. Perkinson In Support Of Final Approval of the Proposed Settlement, Plan of Allocation and Award of Attorneys' Fees and Expenses , submitted in support of final approval of this Settlement.

4.     The Action was pursued on a fully contingent basis.  The total number of hours expended and recorded by the attorneys, law clerks, and paralegals of my firm from inception through June 18, 2007 is 17,264.85 hours.  This number is derived from time records regularly maintained by my firm.  A Listing of the professionals who worked on this matter, the number of hours spent by each such professional, and their hourly rate is attached as Exhibit B.  For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm.  The total amount for the services performed in the Action based upon our current rates is $6,449,053.00.

5.     My firm expended a total of $893,256.90 in unreimbursed expenses in connection with the prosecution of this litigation.  These expenses were reasonably necessary for the prosecution of this litigation.  A listing of the expenses incurred, compiled from the records regularly maintained by my firm, is attached as Exhibit C.

6.     The expenses incurred pertaining to this case are reflected in the books and records of my firm.  These books and records are prepared from expense vouchers and records and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 21st day of June, 2007, at San Diego, CA.

Arthur Shingler

2

EXHIBIT A

# SCOTT + SCOTT, LLP



## MISSION STATEMENT

The firm prides itself on its continuing dedication to client satisfaction and communication. Founded by alumni of larger firms, our attorneys encourage our clients to share their fiduciary, business and personal philosophies with us. We then invest the time to learn about our clients' operations and interests so that each representation can truly be a collaborative effort. We believe strongly that the practice of law should be conducted in a straightforward and honorable manner. We work diligently to ensure that intelligence, preparation and knowledge, as opposed to abusive and often counterproductive gamesmanship, are utilized to achieve the best result for our clients in a cost-effective manner. In so doing, we dedicate ourselves to practicing at the highest legal and ethical standards. We believe that our clients, as well as the numerous established law firms with whom we work and oppose, trust our word and respect the nature of our advocacy.

Scott + Scott regularly works with other firms on major litigation and with firms of only the highest quality and reputation so as to ensure the best representation for our clients. From its inception, the firm has been committed to producing legal work of the highest professional quality. It combines the flexible, informal and cooperative atmosphere of a smaller firm with a sophisticated practice, involving substantial and challenging legal issues more typically associated with larger firms.

### Securities Class Action and Corporate Governance Litigation

Scott + Scott is a nationally recognized law firm that recovers money for individual and institutional investors who have suffered from corporate stock fraud through securities class action and corporate governance litigation. Scott + Scott's philosophy is simple – officers and directors of a corporation should be responsible to their shareholders and the public markets. The firm has participated in recovering billions of dollars and achieved precedent-setting reforms in corporate governance on behalf of investors and shareholders.

### Employee Retirement Litigation

Scott + Scott actively litigates complex class actions across the United States on behalf of corporate employees alleging violations of the federal Employee Retirement Income Security Act of 1974 (ERISA). ERISA was enacted by Congress to prevent employers from exercising improper control over retirement plan assets and requires that pension and 401(k) plan trustees, including employer corporations, owe the highest fiduciary duties to retirement plans and their participants as to their retirement funds. Scott + Scott is committed to continuing its leadership

in ERISA and related employee-retirement litigation, as well as to those employees who entrust their employers with hard-earned retirement savings.

### Antitrust Litigation

The firm is actively involved in litigating many complex antitrust cases throughout the United States. In such actions, Scott + Scott works to ensure that the markets remain free, open and competitive to the benefit of both consumers purchasing and business enterprises operating in such markets. In addition to traditional price-fixing cases, the firm has taken the lead in a number of novel antitrust claims throughout the United States.

### Consumer Rights Litigation

Scott + Scott regularly represents aggrieved consumers in a variety of class action cases pending throughout the United States. In addition to more typical cases involving consumer finance issues, such as *In re: Providian Credit Card Litigation* (Superior Court of California, County of San Francisco), the firm is litigating cases against a number of health maintenance organizations (HMO) and other corporate defendants, including: *Albert v. Physician Health Services of Connecticut, Inc.* and *O'Brien v. Aetna, Inc. and Aetna-U.S. Healthcare, Inc.* (United States District Court, District of Connecticut); *Medical Society of the State of New York v. Connecticut General Corporation, et al.* (New York Supreme Court, County of New York); and *Granito, et al. v. International Business Machines, Inc.* (Connecticut Superior Court). Scott + Scott also has been involved in a number of major consumer fraud cases under state consumer protection laws, including: *Harnage v. Publishers Clearing House* (Connecticut Superior Court); *Gould v. IDT Corporation* (United States District Court, District of New Jersey); *In re: Kava Kava Litigation* (Superior Court of California, County of Los Angeles); *Fischer, et al. v. MasterCard International, Inc., et al.* (New York Supreme Court, County of New York); and *Paton, et al. v. Cingular Wireless, et al.* (Superior Court of California, County of San Francisco).

### Human Rights & Civil Rights Litigation

Scott + Scott is also an advocate of human and civil rights. For instance, Scott + Scott was active in the *World War II Era Japanese Forced Labor Litigation*, suing Japanese companies in U.S. court on behalf of thousands of aging veterans and civilians forced to work as slaves for Japanese corporations during World War II. In addition, Scott + Scott currently represents a nationwide class of workers of United Parcel Service (UPS), alleging that UPS violates the Americans with Disabilities Act.

**ATTORNEY BACKGROUND AND EXPERIENCE**

**MELVIN SCOTT** is a graduate of the University of Connecticut (B.A. 1950) and the University of Kentucky (M.A. 1953; LL.B. 1957). Mr. Scott founded the firm in 1975. He is admitted to practice in Kentucky (now retired), Connecticut and Pennsylvania. Mr. Scott was a member of the Kentucky Law Review, where he submitted several articles for publication. He has served as an Attorney Trial Referee since the inception of this program in the State of Connecticut and is a member of the Fee Dispute Committee for New London County. Mr. Scott also formerly served as a Special Public Defender in criminal cases and as a member of the New London County Grievance Committee. Mr. Scott actively represents aggrieved parties in securities, commercial and criminal litigation and served or serves as counsel in: *Irvine, et al. v. ImClone Systems, Inc., et al.; Schnall, et al. v. Annuity and Life Re (Holdings) Ltd., et al.; In re: 360networks Class Action Securities Litigation; In re: General Motors ERISA Litigation;* and *Hohider v. UPS,* among others.

**DAVID R. SCOTT** is a graduate of St. Lawrence University (B.A., *cum laude*, 1986), Temple University School of Law (J.D., Moot Court Board, 1989) and New York University School of Law (LL.M. in taxation). He concentrates in commercial and class action trial work. Mr. Scott's trial work involves antitrust, intellectual property, commercial and complex securities litigation. Mr. Scott's antitrust litigation experience includes matters dealing with illegal tying, price-fixing and monopolization actions. He has served as lead counsel in numerous antitrust and securities class action lawsuits. Notably, Mr. Scott served as co-lead counsel in *Thurber v. Mattel, Inc.* ($122 million settlement); *In re: Emulex Corp. Securities Litigation* ($39 million settlement); *In re: Sprint Securities Litigation* ($50 million settlement); *In re: Northwestern Corporation Securities Litigation* ($61 million settlement); *Irvine, et al. v. Imclone Systems, Inc., et al.* ($75 million settlement); *Schnall, et al. v. Annuity and Life Re (Holdings) Ltd., et al.* ($16 million settlement); and *In re: Qwest Communications International, Inc.* (significant corporate governance reforms and $25 million for the company), among others. His securities litigation experience includes matters dealing with securities fraud class actions, derivative/corporate governance litigation and representation of start-up technology companies in private securities litigation. Presently, Mr. Scott is serving as lead counsel in: *In re: General Motors ERISA Litigation; In re: Guidant Corp. Securities Litigation; In re: Priceline.com Securities Litigation; Shirk v. Fifth Third Bancorp, et al.; In re Merck ERISA Litigation;* and *Pugh, et al. v. Tribune Company, et al.,* among others. Mr. Scott is admitted to practice in Connecticut, Pennsylvania, New York, the United States Tax Court and many United States District Courts.

**EDMUND W. SEARBY** is a graduate of Dartmouth College (B.A., *cum laude*, 1986) and the University of Michigan (J.D. 1990). Mr. Searby is an experienced trial and appellate attorney both as a federal prosecutor and in private practice. From 1991 to 1996, he served as an Assistant United States Attorney for the Department of Justice in Florida. There, he tried a number of significant and complex criminal jury cases including mail and wire fraud, money laundering, counterfeiting and international drug trafficking. He also led significant investigations and prosecutions of national organized crime and large-scale fraud. In recognition of his work, he received letters of commendation from the Attorney General of the United States

and the Director of the Federal Bureau of Investigation. Mr. Searby also served as a special prosecutor with the Office of the Independent Counsel, Washington, D.C. In private practice, Mr. Searby represents clients in class actions and other complex civil litigation, including antitrust, securities and multidistrict products liability litigation. Mr. Searby's civil trial experience includes, among other proceedings: a twenty-five witness antitrust class action conspiracy jury trial resulting in a multimillion-dollar verdict for the class; the successful defense of a multinational corporation in a jury trial, which, after seventeen witnesses and four weeks of trial, resulted in a verdict of no liability for his client; and a verdict on behalf of a biotechnology company in a bench trial regarding nationwide punitive damages insurance coverage. Mr. Searby also served as co-lead counsel in *Irvine, et al. v. ImClone Systems, Inc.*, where he deposed the former Chief Executive Officer, the former Director of Regulatory Affairs, the former Chief Scientist, as well as other current and former employees of ImClone before achieving a $75 million settlement on behalf of the class. Mr. Searby represents several Fortune 500 companies in opt-out antitrust litigation across the United States. In addition, Mr. Searby also represents companies and individuals subject to federal and state criminal investigations and prosecutions.

Mr. Searby has presented on trial practice to the Federal Bureau of Investigation and the Cleveland Bar Association. He is a member of the American Bar Association - Antitrust Section and the Federal Bar Association. He is admitted to practice in Ohio and Illinois and various United States District Courts.

**ARTHUR L. SHINGLER** is a graduate of Point Loma College (B.A., *cum laude*, 1989) and Boston University School of Law (J.D. 1995). Mr. Shingler specializes in complex consumer and securities class actions, as well as related shareholder derivative litigation. Mr. Shingler is or has been counsel in numerous actions, including: *In Re: Lattice Semiconductor Derivative Litigation; In re: Priceline.com Securities Litigation; In re: 360networks Class Action Securities Litigation; Irvine, et al. v. ImClone Systems, Inc., et al.; In re: Cyberonics Securities Litigation; Lancaster, et al. v. Royal Dutch Petroleum Co.; In re: HealthSouth Corporation Derivative Litigation;* and *In Re: Guidant Corp. Securities Litigation,* among other representative actions. In addition to numerous successful recoveries in class litigation, of particular note are Mr. Shingler's efforts on behalf of the class in the Halliburton securities litigation, where he successfully argued against final approval of an inadequate settlement and continues to represent plaintiffs as the action proceeds. Mr. Shingler also played a primary role in substantially changing executive management and corporate governance, as well as advancing shareholder rights in the Lattice Semiconductor Derivative Litigation. Of additional note, Mr. Shingler has represented aggrieved class members in a number of consumer protection actions and has been instrumental in expanding and clarifying consumer and class interests nationwide. As two examples, Mr. Shingler was fundamentally involved before the Massachusetts Supreme Judicial Court in shaping the contours of class certification under Massachusetts state law (*Weld v. Glaxo Wellcome, Inc.*, 434 Mass. 81 (2001)) and, before the California Court of Appeals, in shaping the scope of California's Unfair Practices Act and the limits of its False Claims Act (*Rothchild v. Tyco Internat. (US), Inc.*, et al., 83 Cal. App. 4th 488 (Cal. App. 4th D.C.A. 2000)) Mr. Shingler is admitted to practice before the Supreme and all other Courts of the State of California, the United States Court of Appeals for the Third Circuit, and various United States District Courts.

**ANITA MELEY LAING** is a graduate of Ohio University (B.S., *cum laude*, 1963), University of Tennessee (M.S., *summa cum laude*, 1967) and University of Pittsburgh School of Law (J.D., *cum laude*, 1978). She is admitted to practice in California and Pennsylvania (inactive). Ms. Laing was the Notes Editor of the University of Pittsburgh Law Review and has authored articles for publication there and in the legal magazine *Trial*. Ms. Laing's entire legal career has involved complex commercial and class action cases. Her practice has ranged: from representation of employees in nationwide class action discrimination cases, to thousands of individuals who lived near a major California Superfund site for personal injuries and property damage sustained from exposure to toxic waste emissions; from companies who paid inflated premiums for workers' compensation insurance, to elderly investors in a multi-million dollar Ponzi scheme; and from purchasers of publicly traded securities at fraudulently inflated prices to consumers nationwide. Ms. Laing is active in litigation, including: *Hohider v. UPS; In re: Guidant Securities Litigation*; and *In re: Diebold Inc. Securities Litigation*, among others.

**MARK V. JACKOWSKI** is a graduate of St. John's University and the University of Dayton Law School. He also holds an LLM in Corporate law from New York University. Mr. Jackowski concentrates his practice in the litigation and trial of white collar crime and related complex cases. For more than twenty-five years, Mr. Jackowski investigated and tried high profile criminal and civil cases on behalf of the United States. From 1979 to 1984, he served with the Securities and Exchange Commission's New York Regional Office, where he investigated and tried insider trading and corporate fraud cases, including *SEC v. Materia* – a civil injunctive action brought against a financial printer for trading on the basis of non-public information. From 1984 to 2006, Mr. Jackowski served as an Assistant United States Attorney with the Department of Justice in New York, Florida, and Colorado, and as Deputy Independent Counsel with the Office of the Independent Counsel in Washington, D.C. Notable cases include the landmark convictions in 1990 of numerous officers of the Bank of Credit and Commerce International (BCCI) in a six month trial. Mr. Jackowski also conducted the investigation of a former White House cabinet member and his associates, resulting in the former cabinet member's plea to lying to the Federal Bureau of Investigation. In addition to these cases, Mr. Jackowski prosecuted and tried numerous other complex criminal cases, including international drug trafficking, money laundering, securities fraud, and bank fraud. In recognition of his work, Mr. Jackowski received the Department of Justice's award for Sustained Superior Performance, as well as letters of commendation from the Attorney General of the United States, the Director of the Federal Bureau of Investigation, and the Director of the Drug Enforcement Administration. Mr. Jackowski has been a National Institute for Trial Advocacy Instructor and has taught the Department of Justice Complex Prosecution and Money Laundering Seminars, and is a member of the American Bar Association – Litigation Section. He is admitted to practice in New York and the United States Court of Appeals for the District of Columbia Circuit.

**BETH KASWAN** has represented plaintiffs in cases involving securities and consumer fraud since 1998. Prior to 1998, Ms. Kaswan served in the Giuliani administration as New York City's Chief Procurement Officer, a Deputy Commissioner in the Department of Investigations and the Finance Department's Chief Counsel.

Ms. Kaswan, having majored in accounting at college, began her career at Peat, Marwick, Mitchell & Co. and later served as a trial attorney with the U.S. Department of Justice, Tax Division. In

1985, she joined the U.S. Attorney's Office for the Southern District of New York, and was promoted to Chief of Commercial Litigation and then Deputy Chief of the Civil Division. While employed by the government, Ms. Kaswan litigated several high-profile cases to judgment, including the landmark case of *United States v. Gleneagles Inv. Co.*, where following a multi-stage, thirteen month trial, the fraudulent conveyance laws were first applied to set aside a leveraged buy-out. She also represented the Federal Reserve for its enforcement actions against the rogue bank, BCCI, leading to the global RICO plea agreement and forfeiture of BCCI's $550 million of United States assets; the IRS for its $5 billion claim against Drexel, the Defense Department and MARAD for *qui tam* and other false claims actions against Goodyear Aerospace, Loral and General Dynamics and the FDA to enjoin the manufacture of adulterated generic drugs. See, e.g., *United States v. Gleneagles Inv. Co.*, 565 F. Supp. 556 ("Gleneagles I"), 571. F. Supp. 935 ("Gleneagles II"), 584 F. Supp. 671 ("Gleneagles III") (M.D. Pa. 1981), aff'd in part and rev'd in part sub. nom., *United States v. Tabor Ct. Realty Corp.*, 803 F.2d 1288 (3d Cir. 1986); In re Smouha ("BCCI"), 136 B.R. 921 (S.D.N.Y. 1992); *United States v. Davis*, 803 F. Supp. 830 (S.D.N.Y. 1992), aff'd in part and rev'd in part sub. nom., *United States v. General Dynamics Corp.*, 19 F.3d 770 (2d Cir. 1994); *United States v. Barr Laboratories, Inc.*, 812 F. Supp. 458 (D.N.J. 1993).

Ms. Kaswan received several awards from the Justice Department and the agencies she represented, including the Justice Department's John Marshall award, Special Commendation from the Attorney General, a Superior Performance award from the Executive Office of U.S. Attorneys, Tax Division Outstanding Achievement awards, and awards from the FDA Commissioner and U.S. Customs Service. She has testified before the New York legislature as a government expert on money-laundering and lectured in Justice Department training programs on evidence and other subjects.

**MARIA K. TOUGAS** is a graduate of Bowdoin College (B.A., *magna cum laude*, 1985) and Western New England College School of Law (J.D. 1989), where she was a member of the National Moot Court Team. Ms. Tougas' experience includes complex commercial litigation, creditor's rights and bankruptcy. At Scott + Scott, Ms. Tougas is actively engaged in complex class action litigation, including securities, consumer and antitrust litigation. She also focuses on bankruptcy and creditor's rights issues associated with complex class action litigation.  Ms. Tougas actively practices all types of commercial litigation.  She is admitted to practice in Connecticut, as well as the U.S. Court of Appeals for the Second Circuit.

**DEIRDRE DEVANEY** is a graduate of New York University (B.A., *cum laude*, 1990) and the University of Connecticut School of Law (J.D., with honors, 1998) where she was the Managing Editor of the Connecticut Journal of International Law.  Ms. Devaney's experience includes commercial and probate litigation, as well as trusts and estates. Currently, Ms. Devaney's practice areas include commercial and securities litigation. Ms. Devaney is involved in litigation, including: *In re: Priceline.com Securities Litigation*; and *In re: Guidant Corp. Securities Litigation*, among others. Ms. Devaney is admitted to practice in Connecticut, New York and the United States District Court for the District of Connecticut.

**GEOFFREY JOHNSON** is a graduate of Grinnell College (B.A., with honors, 1996) and the University of Chicago Law School (J.D., with honors, 1999), where he served on the law review. An attorney with the firm's Ohio office, Mr. Johnson's main practice areas include securities and

ERISA class action litigation, corporate governance and other complex commercial litigation, including among others: *In re: Priceline.com Securities Litigation; In re: GM ERISA Litigation;; Shirk v. Fifth Third Bancorp.;* and *In re: Merck ERISA Litigation.* Prior to joining Scott + Scott, Mr. Johnson clerked for the Honorable Karen Nelson Moore, Sixth Circuit United States Court of Appeals. Mr. Johnson has been active in pro bono matters, handling cases for the Legal Aid Society of Cleveland. Mr. Johnson is a member of the Ohio Bar.

**WALTER NOSS** is a graduate of the University of Toledo (B.A., *magna cum laude*, Economics 1997) and the Ohio State University College of Law (J.D., with honors, 2000), where he served as a member of the Ohio State Law Journal. Mr. Noss' main practice areas include securities, antitrust and complex litigation, including: *In re: Rubber Chemicals Antitrust Litigation; In re: Plastic Additives Antitrust Litigation;* and *In re: Polychlorprene Rubber Antitrust Litigation,* among others. Mr. Noss is a member of the Ohio Bar.

**DONALD D. BROGGI** is a graduate of University of Pittsburgh (B.A. 1990) and Duquesne University School of Law (J.D. 2000). He is licensed to practice in Pennsylvania and currently is engaged in the firm's complex securities, antitrust and consumer litigation, including: *Hohider v. UPS; In re: Priceline.com Securities Litigation; In re: Rubber Chemicals Antitrust Litigation;* and *In re: Plastic Additives Antitrust Litigation,* among others.

**ERIN GREEN COMITE** is a graduate of Dartmouth College (B.A., *magna cum laude*, 1994) and the University of Washington School of Law (J.D. 2002). Prior to entering law school, Ms. Comite was a legal assistant at The White House. At Scott + Scott she actively is engaged in the firm's complex securities, corporate governance and antitrust litigation, including: *Hohider v. UPS; In re: Priceline.com Securities Litigation;* and *In re: Host America Securities Litigation,* among others. Ms. Comite also assists in the firm's institutional investor and class member services. She is licensed to practice in Connecticut.

**NICHOLAS J. LICATO, Ph.D.** is a graduate of New York University (B.A. Chemistry, 1980), University of Utah (Ph.D. Medicinal Chemistry, 1985), University of Michigan - Ann Arbor (Postdoctoral Fellowship, 1988) and University of San Diego School of Law (J.D., 2002). Dr. Licato has over 12 years of industrial experience, including the management and direction of drug discovery, development and commercialization activities. As an attorney, Dr. Licato's practice emphasizes application of the Food, Drug and Cosmetic Act (FDCA) to the investigation, commencement and prosecution of securities fraud class actions, M&A litigation, and shareholder derivative suits, including: *In re: Cyberonics Securities Litigation; In re: Guidant Securities Litigation;* and *In re: Diebold Securities Litigation.* Dr. Licato is admitted to practice in California.

**DAVID H. GOLDBERGER** is a graduate of the University of Colorado (B.A. 1999) and California Western School of Law (J.D. 2002). Mr. Goldberger is currently actively involved in litigation, including: *In re: Priceline.com Securities Litigation*; *In re: GM ERISA Litigation;* and *In re: Plastic Additives Antitrust Litigation,* among others. He is licensed to practice in California and is currently involved in the firm's complex securities and antitrust litigation.

**DESSETA MARSIE-HAZEN** is a graduate of Wellesley College (B.A. 1978), the Woodrow Wilson School of Public and International Affairs at Princeton University (M.P.A. 1980) and the New York University School of Law (J.D. 1987). She is licensed to practice in the Virgin Islands, New York, Florida and the District of Columbia. She currently spearheads all aspects of discovery in the firm's antitrust and securities practice.

**LUIS LORENZANA** is a graduate of Santa Clara University (B.A. 1998) and The George Washington University Law School (J.D., with honors, 2006). Mr. Lorenzana is licensed to practice in California and is involved in the firm's securities and antitrust class action litigation. Currently, Mr. Lorenzana is involved in litigation, including: In re Priceline.com Securities Litigation; and In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, among others. As part of his *pro bono* work, Mr. Lorenzana has worked with La Raza Centro Legal in San Francisco, where he represented low-income, Spanish-speaking clients facing housing, labor and consumer issues.

**HAL CUNNINGHAM** is a graduate of Murray State University (B.S. Chemistry, 1997) and the University of San Diego School of Law (J.D. 2005). In addition to his law practice, Mr. Cunningham has over eight years of research and development experience in the chemical and pharmaceutical industries. Currently, Mr. Cunningham is involved in the firm's securities and consumer litigation, including: In re Cardinal Health, Inc. Securities Litigation, Paton v. Cingular Wireless, and Deitz v. Comcast Corporation.

EXHIBIT B

In re Priceline.com Inc. Securities Litigation
Time and Lodestar Report
Scott + Scott LLP
Reporting Period: Inception through June 18, 2007

| NAME | Total Hours | Hourly Rate | Total Lodestar |
|------|-------------|-------------|----------------|
| **Partners** | | | |
| David Scott | 961.50 | $550.00 | $528,825.00 |
| Neil Rothstein | 144.50 | $460.00 | $66,470.00 |
| Arthur Shingler | 69.60 | $500.00 | $34,800.00 |
| **Total Partners** | **1,175.60** | | **$630,095.00** |
| | | | |
| **Associates** | | | |
| Donald Broggi | 1,270.15 | $340.00 | $431,851.00 |
| Denise Zamore | 179.60 | $435.00 | $78,126.00 |
| Erin Comite | 1,197.40 | $380.00 | $455,012.00 |
| James Miller | 490.50 | $365.00 | $179,032.50 |
| Karen Leser | 56.90 | $275.00 | $15,647.50 |
| Marc Ackerman | 9.00 | $365.00 | $3,285.00 |
| Jacqueline Scott | 134.80 | $400.00 | $53,920.00 |
| Lisa Brenner | 17.20 | $220.00 | $3,784.00 |
| Edward Sarskas | 168.30 | $275.00 | $46,282.50 |
| Troy Terpening | 64.00 | $220.00 | $14,080.00 |
| Beth Kaswan | 621.00 | $600.00 | $372,600.00 |
| Ben Lippert | 196.75 | $330.00 | $64,927.50 |
| Cynthia Kosiak | 287.25 | $330.00 | $94,792.50 |
| Erica Cohn | 60.00 | $330.00 | $19,800.00 |
| Dustin Foster | 29.00 | $330.00 | $9,570.00 |
| Luis Lorenzana | 358.00 | $330.00 | $118,140.00 |
| Michael Pevney | 207.75 | $330.00 | $68,557.50 |
| Matthew Palocsay | 11.50 | $330.00 | $3,795.00 |
| Mark Jackowski | 867.50 | $550.00 | $477,125.00 |
| Stephanie Hackett | 29.00 | $330.00 | $9,570.00 |
| David Goldberger | 1,166.25 | $330.00 | $384,862.50 |
| Kory Sorrell | 243.00 | $330.00 | $80,190.00 |
| Moira Brennan | 1,061.30 | $330.00 | $350,229.00 |
| September Katje | 1,391.05 | $330.00 | $459,046.50 |
| Shahin Rahimi | 1,689.25 | $330.00 | $557,452.50 |
| Vincent Serra | 1,229.75 | $330.00 | $405,817.50 |
| Geoffrey Johnson | 2,065.60 | $435.00 | $898,536.00 |
| **Total Associates** | **15,101.80** | | **$5,656,032.00** |
| | | | |
| **Paralegals** | | | |
| Cynthia McGowan | 272.00 | $150.00 | $40,800.00 |
| Cynthia Senes | 52.80 | $160.00 | $8,448.00 |
| Laura Arehart | 51.00 | $150.00 | $7,650.00 |
| Ann Slaughter | 40.95 | $220.00 | $9,009.00 |
| Shannon Sawyer | 36.00 | $170.00 | $6,120.00 |
| Jennifer D'Errico | 153.50 | $170.00 | $26,095.00 |
| Shelly Bender | 381.20 | $170.00 | $64,804.00 |
| **Total Paralegals** | **987.45** | | **$162,926.00** |
| | | | |
| **TOTALS** | **17,264.85** | | **$6,449,053.00** |

Exhibit B

EXHIBIT C

**In re Priceline.com Inc. Securities Litigation**
**Scott + Scott LLP Summary Expense Report**

| Expense Description | Amount |
|---|---|
| Photo Copies Reproduction | $255,305.56 |
| Postage/Fedex/Notice Cost | $24,668.42 |
| Telephone/Fax/E-Mail | $25,382.79 |
| Filing Fee | $3,473.59 |
| Lexis/Westlaw/PACER/Legal Research | $23,038.58 |
| Meals/Hotel/Travel | $84,706.29 |
| Transcript/Court Reporters/Video Deposition/Mediation | $24,978.91 |
| Expert | $275,013.68 |
| Secretarial Overtime/Word Processing | $19,867.55 |
| Electronic Doc. Storage/Retreival/Off-site Storage/Discov. Cost Reimbursement | $156,821.53 |
| **TOTAL EXPENSES** | **$893,256.90** |

Exhibit C

COMPENDIUM
EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : <br>:<br>:<br>: |
| This document relates to:<br><br>ALL ACTIONS | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

MASTER FILE No.
3:00CV1884(AVC)

### DECLARATION OF JACOB B. PERKINSON ON BEHALF OF
### JOHNSON & PERKINSON IN SUPPORT OF MOTION
### FOR APPROVAL OF ATTORNEYS' FEES AND REIMBUSREMENT OF EXPENSES

I, **JACOB B. PERKINSON,** declare as follows:

1.      I am a partner of the law firm of Johnson & Perkinson.  I am submitting this Declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2.      This firm is counsel of record for plaintiffs.  The identification and background of my firm and its attorneys is attached hereto as Exhibit A.

3.      In connection with the prosecution of the claims set forth in the Action, my firm served as lead counsel and supervised and accomplished the work delineated in the Joint Declaration Of David R. Scott And Jacob B. Perkinson In Support Of Final Approval Of The Proposed Settlement, Plan Of Allocation And Award Of Attorneys' Fees And Expenses submitted in support of approval of the settlement in this matter.  The Action was pursued on a fully contingent basis.  The total number of hours expended and recorded by the attorneys, law clerks, and paralegals of my firm from inception through June 15, 2007 is 11,449.25 hours.  This

number is derived from time records regularly maintained by my firm. A Listing of the professionals who worked on this matter, the number of hours spent by each such professional, and their hourly rate is attached as Exhibit B. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The total amount for the services performed in the Action based upon our current rates is $4,366,915.00.

4.     My firm expended a total of $393,842.56 in unreimbursed expenses in connection with the prosecution of this litigation. These expenses were reasonably necessary for the prosecution of this litigation. A listing of the expenses incurred, compiled from the records regularly maintained by my firm, is attached as Exhibit C.

5.     The expenses incurred pertaining to this case are reflected in the books and records of my firm. These books and records are prepared from expense vouchers and records and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 20 day of June, 2007, at South Burlington, Vermont.

JACOB B. PERKINSON

2

# EXHIBIT A

# JOHNSON & PERKINSON

ATTORNEYS AT LAW
1690 WILLISTON ROAD
SOUTH BURLINGTON, VT 05403
www.jpclasslaw.com

DENNIS J. JOHNSON
ALSO ADMITTED TO PA AND DC*

JACOB B. PERKINSON
ALSO ADMITTED TO ME

*INACTIVE

TEL: (802) 862-0030 • FAX (802) 862-0060
E-MAIL email@jpclasslaw.com

JAMES F. CONWAY, III
ALSO ADMITTED TO MA

EBEN K. DUVAL

CHRISTOPHER C. ALLEN

Johnson & Perkinson (formerly the Law Offices of Dennis J. Johnson) ("J&P") was formed on January 1, 1994. J&P conducts a national practice focusing on securities, ERISA, anti-trust and consumer class-action litigation on behalf of injured investors and consumers and currently serves as lead and co-lead counsel in various class action cases, including: *In re: Xerox Sec. Litig.*, No. 3:00-CV-1621 (AWT) (D. Conn.) *and In re: Priceline Sec. Litig.*, No. 3:00-CV-1884 (DJS) (D. Conn.). In addition, J&P serves on the executive committee sharing responsibility for numerous aspects of the class action litigation in *In re: Global Crossing Ltd. Sec. Litig.*, 02-CV-910 (GEL) (S.D.N.Y.); as a member of the Purchase Claims Class Action Sub-Committee in *In re Vioxx Products Liability Litig.*, MDL 1657 (E.D. La.), and on the Executive Committee in *In re: Human Tissue Products Liability Litig.* MDL 1763 (D.N.J.). Additionally, while not designated "lead counsel," J&P has been actively involved in the multi-year discovery program being conducted in *In re Initial Public Offering Sec. Litig.*, 21 MC 92 (SAS), in which a settlement of at least $1 billion has been reached against the 309 issuer defendants, their officers and insurance companies and which continues to be litigated against the underwriting firms involved in the initial public offerings of such issuers. J&P is one of Plaintiffs' counsel in various actions alleging price fixing and/or anti-competitive behavior on behalf of indirect purchasers including *In re Static Random Access Memory (SRAM) Antitrust Litigation*, MDL Docket No. 1819; *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL Docket No. 1827; *In re Graphics Processing Units Antitrust Litigation*, MDL Docket No. 1826; and *In Re BP Products North America, Inc. Antitrust Litigation*, MDL Docket No. 1801.

Of all plaintiffs' law firms conducting securities class actions, Securities Class Action Services, a wholly-owned subsidiary of Institutional Shareholder Services that maintains the leading database on securities class action litigation, ranked J&P 17th for the overall dollar amount of securities class action settlements achieved for the year 2004 and 6th for the average amount of securities class action settlements achieved in 2004.

Among J&P's recent accomplishments are the following: In August 2006, J&P, as one of Co-Lead Counsel, obtained final approval of a settlement with Sprint Corp. for cash or cash equivalents of $23.9 million, plus various non-monetary benefits, to current and former participants in Sprint's retirement plans in *In re Sprint Corp. ERISA Litig.*, Civil No. 03-CV-2202-JWL (D. Kan). In May 2006, J&P, the sole Lead Counsel, obtained final approval for an $8.5 million settlement against the Individual Defendants (the company had gone out of business) in *In re: Xchange, Inc. Sec. Litig.*, No. 01-10322 (RWZ) (D. Mass.). In October 2004, J&P, serving as co-lead counsel, obtained final approval of a partial settlement of $84.85 million and significant corporate governance reforms in *In re: i2 Tech., Inc. Sec. Litig.*, No. 3:01-CV-418-H (N. D. Tex.). In May 2005, J&P obtained final approval for settlement against i2's accountant, Arthur Andersen, for an additional $2.9 million. In July 2004, J&P, serving as lead counsel representing a class of Vermont consumers who purchased Microsoft software products alleging violations of Vermont's consumer fraud laws, and following a successful appeal to the Vermont Supreme Court, obtained approval of a settlement valued at $9.7 million in *Elkins v. Microsoft Corp.*, No. 165-4-01 (Windham Sup. Ct.) (Vermont). In 2003, J&P, serving as co-lead counsel, obtained a settlement of $12.026 million in *In re; Allaire Corp. Sec. Litig.*, No. 00-CV-11972 (WGY) (D. Mass). J&P also participated in the prosecution of *In re: Compact Disc Minimum Advertised Price Antitrust Litig.*, M.D.L. 1361 (D. Me.), which resulted in a settlement of $63.375 million in cash and $75.7 million worth of compact disks distributed to not-for-profit, charitable, government and/or public entities.

J&P has successfully collected significant portions of the losses suffered by various classes. For example, the firm was sole lead counsel in *Schwartz v. Celestial Seasonings, Inc.*, No. 95-K-045 (D. Colo.), wherein class members received a return of 30% of their recognized losses after payment of attorney's fees and expenses, prompting Chief Judge Kane to note that "this Court was blessed with vigorous and talented counsel of high standing and reputation on both sides, which made it truly a pleasure to have this case in front of me" and "you've done an excellent job, and you haven't done it

without equally competent opposition." Additionally, the firm served as co-lead counsel in *Pozzi v. Smith, et al.*, No. 95-CV-1454 (ER) (E.D. Pa.), resulting in the return of 100% of all recognized losses of all claimants, after the payment of all expenses and attorneys' fees; lead counsel in *Savoie v. Merchants Trust Co.*, No. 2:94-CV-213 (D. Vt.), in which a $9.2 million common fund was created for the benefit of the class, resulting in a recovery for the class of approximately 93% of their out of pocket losses (an additional $2.1 million settlement was recovered in 2001 on behalf of the class by J&P), resulting in an overall recovery of nearly 98%, after payment of attorneys' fees and expenses); lead counsel in *Jakobe v. Ben & Jerry's Homemade, Inc.*, No. 1:95-CV-373 (D. Vt.) resulting in a return to investors of 20% of their recognized losses, after payment of all fees and expenses; lead counsel in *Jakobe v. Rawlings Sporting Goods, Inc.*, No. 4:95-CV-2288 (DJS) (E.D. Mo.), resulting in a return to the class of 22% of their recognized losses, after payment of attorney's fees and litigation expenses; lead counsel *in In re: Corvas Inter., Inc. Sec. Litig.*, No. 93-279 NAJ (CM) (S.D. Cal.), resulting in a return to class members of over 30% of their recognized losses after payment of fees and expenses; lead counsel in *In re: New Hampshire Savings Bank Corp.*, No. 90-227B (D.N.H.), resulting in a return to investors, after payment of fees and expenses, of approximately 28% of the class' recognized losses; and lead counsel in *Walsh v. Chittenden Corp.*, No. 2-91-CV-208 (D. Vt.) which resulted in a return to investors of almost 35% of their recognized losses after payment of fees and expenses and prompted Judge Parker, later a member of the Second Circuit Court of Appeals, to compliment counsel at the settlement hearing for doing "a real good job of lawyering" and indicate that the "documentation and briefing in this case really has been very high caliber all around." J&P was also one of three firms primarily responsible for the litigation effort leading to a $10 million settlement in *In re: Fidelity/Micron Sec. Litig.*, No. 95-12671 (D. Mass.) and actively participated in the discovery proceedings in the antitrust case entitled *In re: Nasdaq Market-Makers Antitrust Litig.*, 94-CV-3996 (S.D.N.Y.) (M.D.L. 1023), in which settlements were reached with thirty brokerage firm defendants for over $1 billion.

## DENNIS J. JOHNSON

Mr. Johnson is a 1980 magna cum laude graduate of Vermont Law School. Mr. Johnson graduated first in his class and was thereby awarded the Learned Hand Award for Academic Excellence. Mr. Johnson received thirteen American Jurisprudence Awards for obtaining the highest grade in, among others, the following courses: Administrative Law, Agency and Partnership, Constitutional Law, Contracts, Criminal Procedure, Estates, Evidence and Property. While a student, Mr. Johnson served as a staff member on the Vermont Law Review and, during his senior year, as an editor and business manager.

Following his graduation from law school, Mr. Johnson joined the enforcement division of the Securities and Exchange Commission ("SEC") in Washington, D.C. As a staff attorney, Mr. Johnson worked on investigations of federal securities law violations involving market manipulations, unregistered distributions, trading on material non-public information, proxy solicitation violations and the filing of false registration statements. Mr. Johnson was one of the lead attorneys in *SEC v. Universal Energy Corp., et al.*, No. 84-0643 (D.D.C.) and four related administrative proceedings in which a total of sixteen defendants (including two securities brokerage firms and three registered representatives) were enjoined or sanctioned for violations of numerous sections of the federal securities laws including those pertaining to an unregistered distribution of stock, market manipulation and misappropriation of company assets.

In early 1985, Mr. Johnson became an associate with the firm of Meredith & Cohen, P.C., where he participated actively in the prosecution of various derivative and class action securities fraud actions including *In re: Coleco Sec. Litig.*, No. 83-CV-9199 (S.D.N.Y.); *Greenstein v. AIA Indust., Inc.*, No. 84-4691 (E.D. Pa.) and *Robinson v. Allegheny Beverage Corp.*, No. M-86-2309 (D. Md.). In the *Allegheny* case, as lead counsel, Mr. Johnson was instrumental in obtaining a settlement of $6.9 million on behalf of the class.

From January 1988 through December 1993, Mr. Johnson was Of Counsel to the firm of Zlotnick & Thomas. While affiliated with that firm, Mr. Johnson dedicated his practice to litigating securities fraud and breach of fiduciary duty cases. While with Zlotnick & Thomas, Mr. Johnson was one of three co-lead counsel in *In re: Surgical Laser Tech. Sec. Litig.*, No. 91-CV-2478 (E.D. Pa.), in which a $5.5 million settlement was obtained; one of two lead counsel in *Lyons v. Calderone*, No. 89-4631 (D.N.J.), in which a settlement of $3.0 million was reached; co-lead counsel in a class action styled *Goldstein v. Advest*, No.

H-88-262 (PCD) (D. Conn.), in which a settlement of $1.725 million was reached; and lead counsel in *Appleton v. Veenstra*, No. 89-1352 (MGC) (S.D.N.Y.) in which a settlement of $775,000 was reached. In *Lines v. Marble Bank*, No. 90-167 (D. Vt.), a case in which Mr. Johnson was co-lead counsel and in which a $2 million settlement was obtained, the Court stated:

> The firms acting as lead counsel in this case present detailed resumes. They specialize in securities class actions and have shown outstanding ability to efficiently and successfully prosecute major litigation on a national scale. Their expertise no doubt contributed to the speedy and successful resolution of this case.

Although not serving as lead counsel, Mr. Johnson actively participated in the discovery program conducted in *In re: United States Telecommunication Inc. Sec. Litig.*, No. 90-2251-0 (D. Kan.) in which a $25 million settlement was achieved.

Mr. Johnson is involved in all fields of the firm's practice and is admitted to practice in the District of Columbia (inactive), the Commonwealth of Pennsylvania, the State of Vermont, the U.S. District Court for Vermont, the U.S. District Court for the Eastern District of Pennsylvania, the Second, Eighth and Tenth Circuit Courts of Appeal and the Supreme Court of the United States. Additionally, Mr. Johnson serves on the Family Advisory Committee for the Baird Center for Children and Families, Chittenden County's agency overseeing mental health services for children and families.

## JACOB B. PERKINSON

Jacob B. Perkinson is a partner in the firm and  previously worked as an associate with the Law Offices of Dennis J. Johnson, beginning in August 1995. Mr. Perkinson graduated magna cum laude from Vermont Law School in 1995, receiving American Jurisprudence Awards for obtaining the highest grade in Civil Procedure, Constitutional Law, Corporations, Estates, International Law, Commercial Law, and Lawyering. Mr. Perkinson also served as a member and editor of the Vermont Law Review from 1993 to 1995.

In 1994, Mr. Perkinson served in the SEC's Honors Program, while working in the Enforcement Division and participating in a number of investigations, including joint investigations with the Department of Justice. Mr. Perkinson's work with the SEC involved investigations of registration statement violations, fraudulent filings, and various other violations of the federal securities laws.

Mr. Perkinson is involved in all aspects of the firm's practice and is admitted to practice in the State of Maine, the State of Vermont, the U.S. District Courts for the Districts of Vermont, Colorado and the Southern District of New York, the Courts of Appeals for the First and Eighth Circuits and the Supreme Court of the United States. He is an active member of the American Bar Association, the Vermont Bar Association, the Association of Trial Lawyers of America and the Vermont Trial Lawyers Association. In addition, Mr. Perkinson is active in his community, serving as a member of the Burlington Fire Commission and the Community Restorative Justice Panel and volunteering pro bono services to the Vermont Volunteer Lawyers Project and other non-profit organizations.

## JAMES F. CONWAY, III

James F. Conway, III joined the firm in November of 2002. Mr. Conway's practice is focused on the litigation of various complex class action suits, including the litigation of federal law claims arising under the federal securities laws and the Employee Retirement Income Security Act, as well as state law claims for violation of state statutes prohibiting consumer fraud, such as the Vermont Consumer Fraud Act. Mr. Conway also volunteers pro bono services to the Vermont Volunteer Lawyers Project.

Mr. Conway graduated cum laude from Suffolk University Law School in 2002. At Suffolk, he completed the Financial Services Concentration "With Distinction" for the maintenance of exemplary grades in the study of securities law and the regulation of financial markets. Mr. Conway worked as an intern at the Securities Enforcement Division of the Office of the Secretary of the Commonwealth of

Massachusetts where he participated in multiple investigations into violations of securities laws.

Mr. Conway is admitted to practice law in the states of Vermont and Massachusetts and before the United States District Courts for the District of Vermont and the District of Massachusetts.

## EBEN F. DUVAL

Eben Duval joined the firm in June of 2006. Mr. Duval graduated from Vermont Law School in 2005, receiving American Jurisprudence Awards for obtaining the highest grade in Entertainment Law, and UCC Sales Law. While in law school, Mr. Duval was a law clerk to the Hon. Judge Jerome Niedermeier at the Federal District Court in Burlington, Vermont. In addition, Mr. Duval was also an intern in the General Counsel's office of Rural Cellular Corporation.

Prior to joining the firm, Mr. Duval was a manager at Bombardier Capital, Inc. where he spent seven years in the Inventory Finance Division supporting secured lending operations. Mr. Duval holds a B.S. from Siena College in Marketing and Management. Currently, Mr. Duval's practice focuses on the litigation of class action matters prosecuted under the federal securities laws as well as state anti-trust laws and consumer protection laws.

Mr. Duval is admitted to practice in Vermont.

## CHRISTOPHER C. ALLEN

Christopher Allen is the most recent addition to the firm, having joined as an associate in March of 2007. Mr. Allen received his undergraduate degree from the University of Vermont, to which he remains a committed alumnus. Mr. Allen graduated from Case Western Reserve University School of Law in 2004.

Prior to joining the firm, Mr. Allen spent two years at the State of Vermont Attorney General's Office. At the time of his departure in August 2006, Mr. Allen was employed as a Special Assistant Attorney General.

Currently, Mr. Allen's practice focuses on the litigation of class action matters prosecuted under the securities and consumer protection laws.

Mr. Allen is admitted to practice in Vermont.

4

# EXHIBIT B

In re Priceline.com Inc. Securities Litigation
Time and Lodestar Report
**JOHNSON & PERKINSON**
Reporting Period: Inception through June 15, 2007

| NAME | TOTAL HOURS | HOURLY RATE | TOTAL LODESTAR |
|------|------------|-------------|----------------|
| **Partners** | | | |
| Johnson, Dennis J. | 1,068.50 | $525.00 | $560,962.50 |
| Perkinson, Jacob B. | 2,547.25 | $475.00 | $1,209,943.75 |
| **Total Partners** | **3,615.75** | | **$1,770,906.25** |
| | | | |
| **Associates** | | | |
| Abbate, Charles | 114.00 | $325.00 | $37,050.00 |
| Allen, Christopher | 8.50 | $325.00 | $2,762.50 |
| Conway, James F., III | 185.00 | $350.00 | $64,750.00 |
| Duval, Eben F. | 1,830.50 | $325.00 | $594,912.50 |
| Fay, Rebecca K. | 498.00 | $325.00 | $161,850.00 |
| Fox, Richard | 34.75 | $325.00 | $11,293.75 |
| Freeman, Robin F. | 150.25 | $335.00 | $50,333.75 |
| Kouassi, Sarah | 200.00 | $325.00 | $65,000.00 |
| Mackall, D. James | 134.50 | $350.00 | $47,075.00 |
| McDougall, Peter J. | 2,508.50 | $350.00 | $877,975.00 |
| Pearson, Vincenc | 302.00 | $325.00 | $98,150.00 |
| Porter, Stacey | 213.25 | $325.00 | $69,306.25 |
| Rege, Sheel | 451.75 | $300.00 | $135,525.00 |
| Singleton, Julie | 191.50 | $300.00 | $57,450.00 |
| Suscinski, Sarah | 388.25 | $325.00 | $126,181.25 |
| Weichmann, Melissa | 518.75 | $325.00 | $168,593.75 |
| Wrask, Betsy Ann | 80.00 | $325.00 | $26,000.00 |
| **Total Associates** | **7,809.50** | | **$2,594,208.75** |
| | | | |
| **Paralegals** | | | |
| Johnson, Rachel | 0.75 | $75.00 | $56.25 |
| Weisburgh, Irene | 7.75 | $75.00 | $581.25 |
| Williams, Christine | 15.50 | $75.00 | $1,162.50 |
| **Total Paralegals** | **24.00** | | **$1,800.00** |
| | | | |
| **TOTALS** | **11,449.25** | | **$4,366,915.00** |

# EXHIBIT C

In re Priceline.com Inc. Securities Litigation
**JOHNSON & PERKINSON Summary Expense Report**

| EXPENSE DESCRIPTION | AMOUNT |
|---|---|
| Court reporters/depos | $6,012.15 |
| Litigation fund/fee assessments | $154,230.00 |
| Long distance/conference calls/fax | $7,779.95 |
| Meals/hotel/travel | $39,829.79 |
| Photocopies/scanned docs | $96,758.59 |
| Postage/Fedex | $5,879.08 |
| Professional services/experts | $66,027.54 |
| Research/electronic docs | $9,437.95 |
| Sheriff/Constable | $7,369.50 |
| Supplies/document storage/misc. | $518.01 |
| **TOTAL EXPENSES** | **$393,842.56** |