COMPENDIUM
EXHIBIT F

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| IN RE PRICELINE.COM, INC. SECURITIES LITIGATION | : : : | MASTER FILE No. 3:00CV1884(AVC) |
| This document relates to: | : : | |
| ALL ACTIONS | : : : : : : : | |

**DECLARATION OF MARC H. EDELSON ON BEHALF OF**
**HOFFMAN & EDELSON, LLC IN SUPPORT OF MOTION**
**FOR APPROVAL OF ATTORNEYS' FEES AND REIMBUSREMENT OF EXPENSES**

I, Marc H. Edelson, declare as follows:

1.      I am a partner with the law firm of Hoffman & Edelson, LLC.  I am submitting this Declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2.      This firm is counsel of record for plaintiffs.  The identification and background of my firm and its attorneys is attached hereto as Exhibit A.

3.      In connection with the prosecution of the claims set forth in the Action, my firm provided the following services:  legal and factual research, draft pleadings, and participate in discovery including extensive review of documents.

4.      The Action was pursued on a fully contingent basis.  The total number of hours expended and recorded by the attorneys, law clerks, and paralegals of my firm from inception

through June 15, 2007 is 370.00 hours. This number is derived from time records regularly maintained by my firm. A Listing of the professionals who worked on this matter, the number of hours spent by each such professional, and their hourly rate is attached as Exhibit B. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The total amount for the services performed in the Action based upon our current rates is $135,369.50.

5.      My firm expended a total of $3200.00 in unreimbursed expenses in connection with the prosecution of this litigation. These expenses were reasonably necessary for the prosecution of this litigation. A listing of the expenses incurred, compiled from the records regularly maintained by my firm, is attached as Exhibit C.

6.      The expenses incurred pertaining to this case are reflected in the books and records of my firm. These books and records are prepared from expense vouchers and records and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 19 day of June, 2007, at Doylestown, Pennsylvania.

Marc H. Edelson

## BIOGRAPHY OF HOFFMAN & EDELSON, LLC

Hoffman & Edelson, LLC has been engaged in the practice of complex and class action litigation, commercial litigation, real estate and general business law since 1990. It has relocated its office to 45 W. Court Street, Doylestown, PA 18901.

Hoffman & Edelson, LLC has served as co-lead counsel in numerous important cases including:

> In re Pharmaceutical Industry Average Wholesale Price Litigation
> MDL No. 1456, Civil Action No. 01-12257-PBS
> United States District Court for the District of Massachusetts
>
> In re Ciprofloxacin Hydrochloride Antitrust Litigation
> Master File No. MDL-001383, United States District Court
> Eastern District of New York
>
> In re Premarin Antitrust Litigation Civil Action No. 1:01cv447
> United States District Court for the Southern District of Ohio
> Western Division at Cincinnati
>
> Elizabeth Blevins v. Wyeth-Ayerst Laboratories, Inc., No. 324380,
> Superior Court of the State of CA, County of San Francisco
>
> Denise Roberts v. Fleet Bank (RI), National Association and
> Fleet Credit Card Services, L.P., Civil Action, No. 00-CV-6142.
> In the United States District Court for the Eastern District of PA
> United States Court of Appeals for the Third Circuit, No. 01-4420
>
> Andrew J. Karcich Custodian for Andrew J. Karcich-UGMA NJ v. John E. Stuart, James
> J. Forese, Kurt DinkelackerMike Dillon and IKON Office Solutions, Inc. (as a nominal
> defendant),
> U.S. District Court for the Eastern District of Pennsylvania, No. 99-CV-5759

## EXHIBIT "1"

<u>Jason Tesauro and Elizabeth Eley v. The Quigley Corporation</u>,
No. 00-1011, Philadelphia County, Court of Common Pleas

<u>Joseph and Cynthia Papa v. General Electric Capital Mortgage Services, Inc.</u>,
Superior Court of New Jersey, Camden County, Docket No. L-5311-97

<u>Renee C. Pegram et al. v. Beneficial Corp.</u>, Superior Court of New Jersey-Law
Division-Camden County, Docket No. L-8308-97

<u>Karen and Barry Gartland v. Beneficial Corp., Beneficial Management Corp.
Of America, and Beneficial Consumer Discount Company</u>, Court of Common
Pleas, Philadelphia County, No. 1535

Marc H. Edelson, is a co-founder of Hoffman & Edelson, LLC.  Mr. Edelson is a

graduate of The Wharton School of The University of Pennsylvania (B.S. 1984 <u>cum</u> <u>laude</u>) and

The University of California, Los Angeles School of Law (J.D. 1987).

Jerold B. Hoffman is a co-founder of Hoffman & Edelson, LLC.  Mr. Hoffman is a

graduate of The University of Pennsylvania (B.A.1984) and The Vanderbilt University School of

Law (J.D. 1987).  At Vanderbilt, Mr. Hoffman was on the staff of the Vanderbilt Journal of

Transnational Law.

Alan V. Klein, an associate of the firm,  is a graduate of The Moore School of Electrical

Engineering of The University of Pennsylvania (B.S.E. 1984) and the Temple University School

of Law (J.D. 1987, <u>cum</u> <u>laude</u>).

Allan M. Hoffman, an associate of the firm, is a graduate of The University of

Pennsylvania (B.A. 1990) and the Columbia University School of Law (J.D. 1994).  At

Columbia, Mr. Hoffman was an Articles Editor of the Columbia Human Rights Law Review.

Adam Araten, an associate of the firm, is a graduate of The University of California, San

Diego, CA (B.A. 1992) and the Rutgers University School of Law, Camden, NJ (J.D. 1995).

Since its inception, Hoffman & Edelson, LLC has been actively involved in many
national litigations and class action cases. including: Jerome J. Enright, Jr. v. American Tobacco
Company, Inc. et. al., Superior Court of New Jersey Law Division: Camden Co., Docket No. L-
4173-97; John Lippincott, et. al. v. American Tobacco Company, Inc. et. al., Superior Court of
New Jersey Law Division: Camden Co., Docket No.: L-4173-97;  Evelyn Kramer and Steve
Malkin v. Bausch & Lomb, Incorporated, Supreme Court of NY, Index No. 110972/95; Jeannette
S. Parry v. PaineWebber Inc., U.S. District Court, Southern District of NY, No. 97 Civ. 4757
(JFK); Andrew McKinley and Allen Heffler v. Boston Chicken, Inc. et. al., U.S. District Ct.,
District of Colorado, Civil Action No. 97-1562; Roni Dersovirtz v. BMW of North America,
Inc., Superior Ct. of NJ, Bergen County, Docket BER-L-1832-96; Robert Tobia v. Ciba-Geighy
Corporation et al., CCP, Phila. County, No. 02615; David Glantzberg v. Compaq Computer
Corp., Superior Court of NJ, Atlantic Co., Docket No. ATL-1-4015-95; Marc Teitler v. Compaq
Computer Corp., Superior Ct. of CA, San Diego, Case No. 694487; Bret D. Schwartz and Steve
Promislo v. Dallas Cowboys Football Club et al., U.S. District Ct., Eastern District of PA, No.
97-CV-5184; Joseph and Cynthia Papa v. General Electric Capital Mortgage Services, Inc.,
Superior Court of NJ, Camden Co., Docket No. 1-5311-97; Garcia, Cook and Bishop v. General
Motors, Superior Ct. of NJ, Law Division: Bergen Co., Docket No. L-4394-95 Consolidated
With: Law Division: Burlington County, Docket No. L-BUR-l-01756-95; Brad Cohen/Michelle
Johnson v. Gerber Products, Phila. Ct. of Common Pleas, No. 9603-SD-0094; Barri Nicole
Weiner v. Gerber Products, U.S. District Ct. of NJ, Civil Action No. 96-1759; John W. Turner et.
al. v. IMP, Inc., U.S. District Ct., District of Del., Civil Action No. 96-583; In re Amoco
Gasoline Advertising Litigation, U.S. District Ct. for District of NJ, Master File No. 1:96 MD

3

1123 (Smo).

Donald Danson and Bruce Egert v. Amoco Corporation et. al., Superior Court of New Jersey Law Division: Burlington County, Docket No. Bur-L-00683; Jeanne C. Lemelledo v. Beneficial Management Corp. of America and Beneficial New Jersey, Inc., Superior Court of NJ, Law Division-Camden Co., Docket No. L 10956 94; Renee C. Pegram, Pamela H. and John D. Schrader et. al. v. Beneficial Corp., Benefical Management Corp. of America, and Beneficial New Jersey, Inc., Superior Court of New Jersey, Law Division-Camden County, Docket No. L 8308 97; In re Carpet Antitrust Litigation, U.S. District Ct. for the Northern District of GA, Rome Division, MDL Docket No. 1075; In re Comcast Cellular Telecommunications Litigation, U.S. Eastern District Ct., No. 96-CV02418; Connie Middlek auff v. BankAmerica Corp., et al., United States District Court, Southern District of New York, 98 Civ. 8161; In re Commercial Tissue Products Antitrust Litigation, U.S. District Court for the Northern District of Florida, Gainesville Division, MDL Docket No. 1189; In re Comshare Incorporated, U.S. District Ct., Eastern District of PA, Consolidated Master File No. 96-73711; In re Diet Drugs, MDL Docket No. 1203; In re Diet Drug Litigation; Superior Court of NJ, Middlesex County, Case Code #240; In re Discovery Zone Securities Litigation, U.S. District Ct., Northern District of Ill., Civil No. 94 C 7089; In re Flat Glass Litigation, U.S. District Court for the Western District of Pennsylvania, Master Docket Misc. No. 97-550, MDL No. 1200; In re High Fructose Corn Syrup Antitrust Litigation, U.S. District Ct., Central District of Ill., Peoria Div., MDL No. 1087 and Master File No. 95-1477; In re ICN Pharmaceuticals, Inc. Securities Litigation, U.S. District Ct., Cent ral District of CA, Southern Div., Master File No. SACV-95-128-GLT (EEX); In re Intelligent Electronics Securities Litigation, U.S. District Ct., Eastern District of PA, No. 92-CV-

4

1905; In re Jennifer Convertibles Securities Litigation, U.S. District Ct, Eastern District of NY,

Master File No. CV-94-5570 (DRH); In re Kidder Peabody Securities Litigation, U.S. District

Ct., Southern District of NY, 94 Civ. 3954 (JFK);  In re Synthroid Marketing Litigation, U.S.

District Court, Northern District of Ill., Eastern Division, No. 97C6017, MDL No. 1182; In re

Medaphis Corporation Securities Litigation; U.S. District Ct. Northern District of GA, Atlanta

Division, Master File No. 1:94-CV-2301-MHS; In re Media Vision Technology Securities

Litigation, U.S. District Ct. Northern District of CA, Master File C-94-1015-FMS; Alvin Broome

et. al. v. ML Media Opportunity Partners et. al., Supreme Ct. of the State of NY, County of New

York, Index No. 0604491/97; In re Mercury Finance Co. of Illinois, U.S. District Ct., Northern

District of IL, Case No. 97C 3035, Index No. 970604491; In re Nasdaq Market Makers Antitrust

Litigation, U.S. District Ct., Southern District of NY, 94 Civ. 3996 (RWS) MDL No. 1023; In re

Nestle Juice Products Litigation, Superior Court of CA, San Francisco County, Master File No.

977051; In re Philip Morris Securities Litigation, U.S. District Court, Southern District of New

York, 93 Civ. 2130 (R0); In re Rio Hair Naturalizer Litigation, U.S. Litigation, U.S. District

Court, Central District of CA, Master File No. 95-0852 (MRP); In re Rockefeller Center

Properties, Inc. Securities Litigation, U.S. District Court, District of Delaware, No. 96-543

(RRM); In re RX Medical Services Corp. Securities Litigation, U.S. District Court, Southern

District of FL, Case No. 94-6671-Civ.-Zloch; In re Site Based Media Securities Litigation, Inc.,

93 Civ. 1150, David Raysik v. Slick 50 Products, U.S. District Court, Dallas Co., Texas, 68th

Judicial District, No. 96-12610; In re Unitech Securities Litigation, U.S. District Court, District

of Arizona, Master File No. 95-2892; PHX PGR; In re Urohealth Systems Securities Litigation,

U.S. District Court, Central District of CA, Southern Division, Master File No. SACV-97-552 -

GLT (Eex)  ; In re Visa Check/Master Money Antitrust Litigation, Master File No. CV-96-5238,

(Gleeson, J.) (Mann, M.J.); In re Vista 200, Inc. Securities Litigation, U.S. District Court,

Northern District of GA, Atlanta Division, 1:96-CV-906-FMH; In re Woolworth Corporation

Securities Class Action Litigation, U.S. District Court, Southern District of New York; Master

File No. 94 Civ. 2217 (CRO);   David Malin v. Ivax Corporation, U.S. District Court, Southern

District of Florida, Case No. 96-1843-CIV Moreno; Silver v. USA Detergents, Inc. et. al., U.S.

District Court for the District of NJ, Civil Action No. 1:97CV02930; Abbott A. LeBan v. Waste

Management, Inc., et. al., U.S. District Court for the Northern District of Illinois, Eastern Div.,

No. 97 C 7790;  Lucien B. Cox, III v. Work Recovery, U.S. District Court, District of Arizona,

CV95-538 TUC-ACM ; Chandu Dani d/b/a Compact, etc. v. EMI Music Distribution, etc., U.S.

District Court, Central District of Cal., No. CV 97-7226-JSL (Shx); T. Obie, Inc. d/b/a Chestnut

Hill Compact Disc v. EMI Music Distribution et. al, U.S. District Court, Southern District of

NY, 97 CIV77641;. Leonard Hoffman v. Stephen Wiggins et. al., U.S. District Court for the

District of Connecticut, Civil Action No. 397CV02458 (SCH); Joseph and Cynthia Papa v.

General Electric Capital Mortgage Services, Inc. , Superior Court of New Jersey Camden

County, Docket No. L-5311-97; Eugene Borman, Jr. et. al. v. First Union, Superior Court of New

Jersey, Camden County, Docket No. L-8897-96; Sherman Steele, et al. v. Electronics For

Imaging, Inc., Superior Court of CA, County of San Mateo, Lead Case No. 403099, David Boyce

v. Columbia National Bank, Circuit Ct. for Howard County, Maryland, 13 C-97-034599 CN; In

re Green Tree Financial Corp. Stock Litigation, Master File No. 97-2666 9JRT/RLE);

Kensington Capital Management v. Oakley, Inc. Master File No. SACV-97-808-GLT (EEx); and

Frank Lister, et. al. v. Oakley, Inc., No. SACV-97-809-GLT (Eex), U.S. District Ct., Central

District of CA, Southern Div. Tabitha Colon v. Rent-A-Center, Inc. and Thorn Americas, Inc., U.S. District Court, New York Southern, No. 97CV569; Rexie P. Ross et. al. v. Oracle Corporation, Jeffrey O. Henley and Raymond J. Lane, Superior Court of State of California, County of San Mateo, Case No. 403543; DeMarco v. Depotech Corp.,Securities Litigation, U.S. District Court, Southern District of CA, Case No. 98CV0675J (POR); Larry R. Romine v. Sigma Designs, Inc. et al., U.S. District Court, Northern District of CA, No. C98-0537 THE; In re FPA Medical Management, Inc., United States District Court, Southern District of CA, Case No. 98-CV-0928 H 9 (AJB); Concetta Bruno and Stephen L. Harrell. v. SmarTalk Teleservices, Inc. et. al., Superior Court of the State of California, County of Los Angeles, No. BC194788; Pamela C. Lee v. Premiere Technologies, Inc. et. al., United States District Court, Northern District of Georgia, Case No. 1:98-CV-203; Brandon Hartzell v. Source Media, Inc., et. al., United States District Court for the Northern District of Texas, Dallas Div., No. 3:98 CV-1980-R.; In re Pillar Point Partners Antitrust & Patent Litigation, MDL No. 1202; Robert Courtney, D.O. v. Medical Manager, United States District Court for the District of New Jersey, Case No. 98 CV 3347 (JEI); Silver v. Computer Learning Centers, Inc. et. al., United States District Court for the Northern District of Illinois, Eastern Div., No. 98 C 2830; In re Tel-Save Securities Litigation, U.S. District Court, Eastern District of PA, Master File No. 98CV-3124; Robert M. Gordon et. al. v. HealthSouth Corporation, et. al., U.S. District Court for the Northern District of Alabama, Southern Div., In re Zapata Corp Securities Litigation, H-98-3667 U.S. District Court, Southern District of Texas, No. H-98-3667, In re Ziff-Davis Corp. Securities Litigation, 98 CIV 8161 U.S. District Court, Southern District of New York, K-Tel Securities Litigation, U.S. District Court, District of Minnesota, No. 98 CV 2576 MJD/JGL;  In Re PennCorp Financial Group, Inc.

7

Securities Litigation, U.S. District Court, Southern District of New York, Master Docket No. 98 Civ. 5998 (LAP);  David Fine v. Oracle Corporation, et. al., U.S. District Court, Central District of California, Case No. SA CV 98-1079-GLT (Eex); Craig Anderson et al. v. EFTC Corporation, et al, District Court, Weld County, Colorado, Case No. 98-CV-962; Hillary Butler et. al. v. Provident Mutual Life Insurance Company, et. al., Commonwealth Ct. of PA, No. 562 C.D. 1999; In re Southern Pacific Funding Corporation Securities Litigation, U.S. District Court, District of Oregon, Lead Case No. CV98-1239 -MA; Edward S.Finkelstein v. KPMG Peat Marwick LLP, Agriobiotech, Inc., et. al., U.S. District Court, District of New Mexico, CIV 99 00229; David J. Steinberg et. al. v. American Bank Note Holographics, Inc., et. al., U.S. District Court, Southern District of New York, Civil Action No. 99 Civ. 0412; DBN, Inc. t/a Y-PERS v. Sage Software, Inc., et. al., Case No. 799983, Superior Court of California, County of Orange, Center Justice Center,  Glen Gaylinn, et al. v. 3Com Corporation, et al., U.S. District Court, Northern District of CA, Master File No. C-99-2185-MMC;  Stuart Marcus, George Kindt, Harry Gruszecki v. The North Face, Inc., United States District Court, for the District of Colorado, Civil Action NO. 99-WM-473;  Michael F. Fink v. McKesson HBOC, Inc., U.S. District Court, Northern District of CA, No. C-99-20371 EAI; Rosenbaum and Rosenbaum v. Carnegie International Corporation, et. al., U.S. District Court for the District of Maryland, Northern Division, Civil Action No. L-99-1960; George Matley v. John E. Stuart, James J. Forese, Kurt Dinkelacker, Mike Dillon, and IKON Office Solutions, Inc., U.S. District Court for the Eastern District of PA, Civil Action No. 99-3038; Timothy M. Gray and Margaret A Gray v. United States of America, U.S. District Court for the District of Nebraska, Court File No. 4:99-CV-3154; Dudley Klatt et. al. v.Edward E. Crutchfield, et. al., First Union Corp., U.S. District Court

8

for the Eastern District of PA, Civil Action No. 99-CV-3873; <u>Alvin Halpern v. Edward E. Crutchfield</u>, et. al., U.S. District Court for the Eastern District of PA, Civil Action No.99-CV-3399, and <u>Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives and Composites, Inc.</u>, et. al., U.S. District Court, Central District of CA, Western Division, No. CV-99-07796-GHK(CTx); <u>In re Magnetic Audiotape Antitrust Litigation</u>, U.S. District Court for the Southern District of New York, Master File No. 99-cv-1580 (LMM); <u>In Re: Vitamins Antitrust Class Action</u>, U.S. District Court for the District of Columbia, Misc. No. 99-197 (TFH), MDL 1285; <u>Metal Prep Company, Inc. v. Sumitomo Corporation et al.</u>, U.S. District Court, Western District of Wisconsin, 99-C-468-C; <u>Edward W. Eells v. GMAC Mortgage Corporation</u>, Superior Court of New Jersey, Gloucester Co., Civil Action No. GLO-L-795-99; <u>Thurber and Greco v. Mattel, Inc. et. al.</u>, U. S. District Ct., Central District of CA, Western Div., No. 99-10368; <u>In re Zila, Inc. Securities Litigation</u>, Master File No. Civ. 99 0115 PHX-EHC (OMP); <u>Larry Fischer and Herbert R. Silver v. Tyco International, Ltd., L. Dennis Koslowski and Mark H. Swartz</u>, U.S. District Court for the District of New Hampshire, No. L-99-590-B; <u>Neil Lambert et al. v. American Express et al.</u>, U.S. District Court, District of Minnesota, CV-493 JMR/SRN; <u>Herbert R. Silver v. UICI, et. al.</u>, U.S. District Court, Northern District of Texas, Dallas Division, Case No. 3-99CV2860-X; <u>All Bromine Antitrust Plaintiffs v. All Bromine Antitrust Defendants</u> IP 99-9310, MDL Docket No. 1310, U.S. District Court, Southern District of Indiana, Indianapolis Division; <u>Norman Lenox v. Amplidyne, Inc., et al.</u>, U.S. District Court, District of New Jersey, Civil Action No. 99-5196(MLC); <u>Tom Anderson v. Abbott Laboratories and Miles D. White</u>, U.S. District Court for the Northern District of Illinois, Eastern Division, 99 CV 6969; <u>In re Providian Financial Corp. Credit Card Terms </u>Litigation; MDL Docket No. 1301; <u>Heaven v. Rite Aid Corp.</u>,

9

Philadelphia County Court of Common Pleas., January Term 2000, No. 00596, Jill Schwartz v.

VISX, Inc., et. al, U.S. District Court, Northern District of California, No. C00 0792; Matthew

Grabell v. Diana D. Brooks, et al., U.S. District Court, Southern District of New York, Case No.

00 Civ. 2442; In re Linerboard Antitrust Litigation, U.S. District Court f or the Eastern District of

PA, MDL 1261; Michael F. Fink v. PacifiCare Health Systems, Inc., SA 01-CV-0025 AHS

(Eex), U.S. District Ct., Central District of CA, Southern Div.; In re Monsodium Glutamate

Antitrust Litigation, U.S. District Court, District of Minnesota, MDL 00-1328 (PAM/JGL);

William W. Weiss, Jr. v. Warner-Lambert Company, and Parke-Davis, a Division of Warner-

Lambert, CCP, Philadelphia County, No. 001518, April Term, 2000; Tesauro and Eley v. The

Quigley Corporation, CCP, Phila. County, August Term, 2000, No. 00-1011; In re Rite Aid

Corporation Securities Litigation, Master File No. 99-CV-1349 (SD); Michael Matrisciani v.

eConnect and Thomas S. Hughes, U.S. District Court, Central District of California, Case No.

CV 00-04181 CM; Betty Gerges v. Warner-Lambert Company, and Parke-Davis, a Division of

Warner-Lambert, U.S. District Court for the Eastern District of Pennsylvania, Case No. 00-CV-

2262; Heather Huffman, Kathy Gerlach and Michele Grabell v. The Hearst Corporation et al.,

U.S. District Court, Southern District of NY, Case No. 00 Civ. 4889; Gerald Fischl, et. al. v.

Direct Merchants Credit Card Bank, N.A., et. al., State of Minnesota, County of Hennepin,

District Court, Fourth Judicial District, No. CT-00-007129; John Zinno v. VantageMed

Corporation, et. al, U.S. District Court, Eastern District of California, Case No. Civ. S-00-0523

MLS DAD, and Jeffrey Winick v. Pacific Gateway Exchange, Inc., et. al., U.S. District Court for

the Northern District of CA, No. C-00-1211 WHA; David Gordon v. Cyber-Care, Inc. and

Michael F. Morrell, U.S. District Court, Southern District of Florida, Civil Action 00-8422;

10

Dennis Chu, et al. v. Sabratek Corporation, Case No. 99 C 0351, U.S. District Court for the Northern District of Illinois, Eastern Div.; In re Unify Corporation Securities Litigation, U.S. District Court Northern District of CA, No. C-00-2728-SI;  Keith Willse v. Citrix Systems, Inc. et. al., United States District Court for the Southern District of Florida, Case No. 00-6835.; Eric Schuessler v. Crossroads Systems, Inc., Brian R. Smith and Reagan Y. Sakai, U.S. District Court, Western District of Texas, Austin Div., No. 00CA 587 JN; James Valfre v. Mercator Software, Inc. et al., U.S. District Court for the District of Connecticut, Civil Action No. 300 CV 1733 (GLG);  In re European Rail Pass Antitrust Litigation, U.S. District Court, Southern District of New York, MDL 1386, Master File 00 Civ. 6911 (WCC); Venture Eleven Inc. v. Southwall Technologies Inc., et al., U.S. District Court, Northern District of California, No. C-00-3027;  In re Broderbund/Learning Company Securities Litigation, U.S. District Court, Central District of CA, 99-CV-11672-MRP (CWx); Kathleen Pietras v. Johnson & Johnson Company et al., Superior Court of New Jersey, Camden County, No. L-4819; In re Policy Management Securities Litigation, U.S. District Court for the District of South Carolina, Case No. 3-00-0130-17;  In re: Ciprofloxacin Hydrochloride Antitrust Litigation, Judicial Panel on Multidistrict Litigation, MDL Docket No. 1383; Raymond Baviello v. Copper Mountain Networks, Inc. et al., United States District Court, Northern District of CA, No. C-00-4045 BZ; Gregory Jackson v. Clarus Corp., U.S. District Court Northern District of Georgia, Atlanta Division, Case No. 1:00-CV-2841; Denise Roberts v. Fleet Bank (R.I.) National Association et al., U.S. District Court, Eastern District of Pennsylvania, Case No. 00-cv-6142; Robert Nicholas and Edith Cousins v. SmithKline Beecham Corporation, U.S. District Court. Eastern District of Pennsylvania, No. 00-CV-6222; Berle Rickards v. SmithKline Beecham Corporation, Court of Common Pleas,

11

September Term 2000, No. 001604; Lynda Knee v. Barr Labatories, Inc., Zeneca, Inc. and

Astrazeneca, Inc., U.S. District Court, Eastern District of New York, CV-00 6729; Fred Werner

v. Quintus Corporation et al., U.S. District Court, Northern District of CA, San Francisco

Division, No. C-00-4263-VRW; In re WebTV Networks Litigation, Superior Court of the State

of California, County of Santa Clara, Master File No. CV793511; Russ v. Pacificare Health

Systems, Inc. et al, U.S. District Court, Central District of CA, Southern Div., Case No. SA CV-

Randall Twardy v. Priceline.Com, Inc. et al., U.S. District Court, District of Connecticut, Civil

Action No. 3:00-CV-1884 (DJS); Louis Carola v. Prime Retail, Inc. et al., U.S. District Court,

District of Maryland; David Beseda v. Premark International, Inc., Wilsonart International, Inc.,

Formica Corporation, International Paper Company, State of Maine, Cumberland, Superior Ct.,

Docket No. CV-01-05; In re: High Pressure Laminates Antitrust Litigation, U.S. District Court,

Southern District of New York, Case No. 00-MD-1368 (CLB); Chris Jones and Laurie D'Amico

v. Critical Path, Inc. et al., U.S. District Court, Northern District of California, No. C-01-0697

ME; Horizon Laboratories, Inc. et al. v. FMC Corporation, et al., U.S. District Court, Eastern

District of Pennsylvania, Case No. O1-CV-685, In re Teleglobe Securities Litigation, U.S.

District Court, Southern District of New York, 00-CV-5610 (BSJ), Robert Ross, Randal

Wachsmuth and Camille LaPlaca-Post v. Visa U.S.A. Inc., Visa International Service

Association, Inc., et al., U.S. District Court, Eastern District of PA, Civil Action No. 01-CV-

1006, In re Vesta Insurance Group Inc. Securities Litigation, U.S. District Court, Northern

District of Alabama, Southern Div., Master File No. CV-98-W-1407-S, Lynda Knee v. Barr

Laboratories, Inc., Zeneca, Inc. and Astrazeneca, Inc., United States District Court, Eastern

District of New York, No. CV-6729, In Re Busipirone Antitrust Litigation, MDL Docket No.

12

1413, Jacob P. Riyer v. New Era of Networks, et al., U.S. District Court, District of Colorado, 01-WM-0246, Rudolf J. Skubella v. Broadcom Corporation et al., U.S. District Court, Central District of CA, Southern Div., No. SACV –01-352, Jason Deranek v. Cal Turner et al. and Dollar General Corp., Nominal Defendant, Civil Action No. 01-1610-III, Chancery Court of Davidson Co., TN, Carl M. Wallace and Burt Lavin v. Schering-Plough Corporation, et al., U.S. District Court for the District of NJ, Case No. 01-cv-1771 (JAG), Jason Williams v. Ventro Corporation, U.S. District Court, Northern Div. of California, No. C-01-1962;  In re Mercator Software, Inc. Securities Litigation, Master File No. 3:00-CV-1610 (GLG); Applied Microsystems, Ltd. v. The Hearst Trust et al., Case No. 1:01CV01113, U.S. District Court for the District of Columbia, Richard Baker v. Ariba, Inc., Morgan Stanley & Co. Incorporated, et al., U.S. District Court for the Southern District of NY, Index No. 01-CV-3480, Jason Williams v. Netzero, Inc. et al., U.S. District Court, Southern District of New York, Index No. 01 CV 4309, HIP Health Plan of Florida, Inc. v. Bristol-Myers Squibb Co. and American Bioscience, Inc., U.S. District Court for the District of Columbia, Case No. 1:01cv01295, In re Buspirone Antitrust Litigation, MDL No. 1314, Barry Plotkin and Valerie Kofsky v. Internet Capital Group, Inc. et al, U.S. District Court, Southern District of New York, 01-CV-4146, Carmen M. Torres-Redd v. Western Union Financial Services, Inc., U.S. District Court, District of New Jersey, Civil Action No. 2:01CV02364, Caroline M. Loesch v. Cross Country Bank and Applied Card Systems Incorporated, In the Circuit Court for the Fifteenth Judicial District in and for Palm Beach County, FL, Case No. CA 01-06450 AH, Valerie Kofsky and Linda Penhale v. VerticalNet, Inc., Lehman Brothers, Inc., Bear Sterns & Co., Inc. et al, U.S. District Court, Southern District of NY, Tammy L. Pelissier v. Avici Systems, Inc., et al., Southern District of NY, No. 01-CV4204,

13

Amy K. Hoffman v. InfoSpace, Inc., Inc. and Javeen Jain, U.S. District Ct., Western District of Washington at Seattle, No. C01-1012, Dominc Cottrill v. Gadzoox Networks, Inc. et al., U.S. District Court, Southern District of New York, Index No. 01CV-6119; Twin Cities Bakery Works Health and Welfare Fund v. Astra Aktiebolag, et al., United States District Court, Southern District of New York, 01-CV-9730;  In re Automotive Refinishing Paint Antitrust Litigation, MDL Docket No. 1426, In re K-Dur Prescription Drug Antitrust Litigation, MDL Docket No. 1419, Margie Mattoon et al. v. Wyeth-Ayerst Laboratories, Inc., U.S. District Court for the Southern District of Ohio, Western Div. Of Cincinnati, No. C-1-01-447, Stephen A. Ellerbrake v. Campbell-Hausfeld, et al., In the Circuit Court Twentieth Judicial Circuit, St. Clair County, IL; Case No. 01-L-540; United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund, and Action Alliance of Senior Citizens of Greater Philadelphia v. Bristol-Myers Squibb Co., U.S. District Court Northern District of CA, Case No. 4303 (WOB); Joe Don Holland v. Charles E. Johnson, Jr. et al. and PurchasePro.Com, Inc., District Court, Clark County, Nevada, Case No. A436776; Ruth Jansen v. MCI Telecommunications Corporation et al., United States District Court, Southern District of Illinois, 01-765-DRH; Elizabeth Blevins v. Wyeth-Ayerst Laboratories, Superior Court of CA, for the County of San Francisco, No. 324380; In re Relafen Antitrust Litigation, United States District Court, District of Massachusetts, Master File, No. 01-cv-12239-WGY;  John Astin v. Pharmacia Corp. et al., Superior Court of NJ, Somerset County, No. SOM L-1322-01; Michael Granito, Jr. v. International Business Machines, Inc., State of California, Superior Court of Alamedia County, Case No. 2001-027510; Twin Cities Bakery Workers Health and Welfare Fund v. Biovail Corporation; U.S. District Court for the District of Columbia, Case No. 1:01CV02197; Carman

14

Rodas-Pinochet v. Clarent Corporation, et al., U.S. District Court, Northern District of CA;

Action Alliance of Senior Citizens of Greater Philadelphia et al. v. SmithKlineBeecham

Corporation d/b/a GlaxoSmithKline, U.S. District Court for the Eastern District of PA, Case No.

01-CV-5790; Action Alliance of Senior Citizens of Greater Philadelphia v. Bayer Corporation,

U.S. District Court for the Eastern District of PA, No. 01-CV-5998; UFAC Unions and

Employers Midwest Health Benefits Fund and Action Alliance of Senior Citizens of Greater

Philadelphia v. Baxter International Inc., U.S. District Court for the Northern District of Illinois,

Eastern Division, Case No. 01C 88; United Food and Commercial Workers and EMHB Fund and

Action Alliance v. Pharmacia Corporation et al., United States District Court, District of New

Jersey, No. 01CV5427 ; Carmen Lucena v. PRIMUS Automotive Financial Services, Inc., U.S.

District Court for the Eastern District of PA, No. 01-CV-5895; Action Alliance of Senior

Citizens of Greater Philadelphia v. Immunex Corporation, U.S. District Court Western District of

Washington at Seattle, No. CV01 1917R; UFAC Workers Union and Employers Midwest Health

Benefits Fund, and Action Alliance of Senior Citizens of Greater Philadelphia v. Sicor, Inc., U.S.

District Court, Central District of CA, Southern Div., Case No. SA01-1099 GLT (Anx); Herbert

Silver v. XO Communications, Inc. et al., U.S. District Court Eastern District of VA, Case No.

01-1871-A; Joseph A. Papa v. Noven Pharmaceuticals, Inc., U.S. District Court Southern

District of FL, Case No. 02-20014; Cornita Driver v. AT&T Corp., U.S. District Court for the

Southern District of Illinois, No. 02-CV-07 WDS; Gary T. Grabar v. Corning, Inc. et al., U.S.

District Court Western District of New York, Case No. 02-CV-6026; Harry Gruzecki v. Take-

Two Interactive Software, Inc., et al., U.S. District Court for the Southern District of New York,

Case No. 02-CV-01245; Sarah Althoff v. Albertson's, Inc., et al., Superior Court of the State of

15

Cal., County of Los Angeles, Case No. BC269717; <u>Richard Burke v. Nvidia Corporation</u>, U.S. District Court Northern District of CA, No. C 02 1425 PJH; <u>Action Alliance of Senior Citizens of Greater Philadelphia v. Johnson & Johnson and Centocor, Inc.</u>, U.S. District Court for the Eastern District of PA, Civil Action No. 02-cv-2076; <u>Jeanine Michelle Weber v. Elan Corporation, PLC</u>, U.S. District Court for the Eastern District of PA, No. 02-cv-2896; <u>Andrew Spark v. McNeil-PPC, Inc.</u>, United States District Court for the Eastern District of PA, No. 02-4386; <u>Joseph Burell et al. v. GlaxoSmithKline plc, SmithKline Beecham Corporation</u>, United States District Court for the Eastern District of PA, No. 2-4431; <u>Amy K. Hoffman, Trustee for the Benefit of the Robert M. Hoffman, Irrev. Tr. U/A 12/10/97 v. Gary Winnick, et al.</u>, U.D. District Ct., Western District of NY, Civil Action No. 02-cv-6302T(B); <u>Michael Granito, Jr., et al. v. International Business Machines Corporation</u>, Superior Court of the State of California, For the County of Alameda, Case No. 2001-027510; <u>Rosemarie Ryan House v. GlaxoSmithKine PLC and SmithKline Beecham Corporation</u>, U.S. District Court, E.D. Virginia, Norfolk Div., Docket No. 2:02cv442; <u>William K. Brownlow v. Bristol-Myers Squibb Company and Peter R. Dolan</u>, U.S. District Ct., Southern District of NY, No. 02-cv-3550; <u>Michael Batterson v. HPL Technologies, Inc.</u> et al, U.S. District Court, Northern District of CA, No. C02-4240 MJJ; <u>Robert Renzi v. Peregrine Systems, Inc.</u>, U.S. District Court, Southern District of CA, No. 02-cv-1060 (JFS); <u>Profile Grinding, Inc. v. Harry Rock & Associates, Inc., et al.</u>, U.S.D.C., Northern District of Ohio, No. 1:02 CV 844; <u>Diana L. Parkes, et al. v. Halliburton Company</u>, U.S. District Ct., Southern District of Texas, Houston Div., No. 02-cv-217; <u>Charles Harris IRA Account v. CMS Energy Corp., et al</u>, United States District Court, Eastern District of Michigan, No. 02-CV-72584; <u>In re Globix Corporation</u>, U.S. District Court, Southern District of New York, No. 02-

16

CV-00082 (TPB); Barry Wiener v. Merck & Co., Inc., et al., U.S. District Ct., District of New

Jersey; Thomas F. Schmitz v. Citigroup Inc., Salomon Smith Barney, Inc. and Jack B. Grubman,

U.S. District Court, Southern District of New York, Docket No. 02-Civ. 9364; In re Mirant

Corporation Securities Litigation, U.S. District Court, Northern District of GA, Atlanta Division,

File No. 1:02-CV-1467BBM;  Timothy Murphy v. Knight Trading Group, Inc., U.S. District Ct.,

District of New Jersey; Edward Kaen v. Sony Computer Entertainment America, Inc. et al.,

Superior Court, California, San Mateo County, No. GIC 764315; John F. Kennedy v. U-Haul

International, Inc., U.S. District Court Southern District of FL, Civil Action No. 02-80978;  Erin

M. McNulty and Brian J. Erzar v. H&R Block, Inc., CCP, Lackawanna County, No. 02-CV-

4654; In Re: Salomon Analyst Litigation, U.S. District Court, Southern District of New York, 02

Civ. 3687 (JSM);  In re Electrical Carbon Products Antitrust Litigation, U.S. District Court for

the District of New Jersey, MDL No. 1514;  Monica Walker et al. v. Wilhelmina Model Agency,

Inc., et al., U.S. District Court Southern District of NY, No. 02-cv-6146; In re Scrap Metal

Antitrust Litigation, U.S. District Court Northern District of Ohio, Eastern Division, Case No.

1:02CV0844; Sherry Schnall v. Annuity and Life Re (Holdings) Ltd., et al., U.S. District Court,

District of Connecticut, Civil Action No. 3:02cv2133 (GLG); Irving Feldbaum v. Annuity and

Life Re (Holdings), Ltd., et al. , U.S. District Court, District of Connecticut, Civil Action No.

3:02 CV 2223l; In re Polyester Staple Antitrust Litigation, MDL Docket No. 1516;  Pincus

Elevator & Electric Co., Inc. v. Morganite, Inc., U.S. District Court for the Eastern District of

PA, No. 2:02-cv-8567; Walter Max Hutchins v. Lexmark, Inc., Superior Court of New Jersey,

Camden County, James Barberian and Joseph and Karen Kinosian v. Steven A. Odom et al., U.S.

District Court for the District of New Jersey; James Brannon v. Veritas Software Corporation, et

17

al., United States District Court, Northern District of CA, No. C-03-0442; Richard Immerman v. Crompton Corporation, Uniroyal Chemical Company, Inc., et al., U.S. District Court for the District of New Jersey, Ray Janisch v. PEC Solutions, Inc., et al., U.S. District Court, Eastern District of VA, Alexandria Div., Civil Action No. 03-470-A; Harry M. Hoffman v. Atmel Corporation, U.S. District Court, Northern District of CA, No. C 03-1185; Anne K. Low v. Richard M. Scrushy, William T. Owens and Brandon O. Hale, U.S. District Court for the Northern District of Alabama, Southern Div., No. CV-03-BE-0923-S; In re AOL Time Warner, Inc. Securities & "ERISA" Litigation; Anethea Horsey v. Fairbanks Capital Corp., et al., Court of Common Pleas, Montgomery Co., No. 03-07824; James Garcia v. Tenet Healthcare Corporation; et al., In the Circuit Ct. of the 17th Judicial Circuit in and for Broward Cty, FL, No. 03008646; In re Pressure Sensitive Labelstock Antitrust Litigation, MDL Docket No. 1556, Graphic Art Systems, Inc., d/b/a Grafix Plastics v. Avery Dennison Corporation et al., Civ. No. 03-C-3255, U.S. District Court District of Minnesota; Robert L. Garber v. Pharmacia Corporation, et al., U.S. District Court, District of NJ, Civil Action No. 03-1519 (AET), Blue Rhino Corp. Securities Litigation, U.S. District Court, Central District of California, Western Division, Master File No. CV-03-3495-NM (AJW), and In re Nortel Networks Corp. Sec. Litig., No.01-cv-1855 (RMB) (MHD).

In re: Priceline.com Securities Litigation
Firm: Hoffman & Edelson, LLC
Reporting Period: Inception – June 18, 2007

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
|  |  |  |  |
| Partner: |  |  |  |
| Marc. H. Edelson (P) | 42.60 | $510.00 | $21,726.00 |
| Jerold B. Hoffman (P) | 129.10 | $510.00 | $65,841.00 |
| Total Partners: | 171.70 |  | $87,567.00 |
|  |  |  |  |
| Associates: |  |  |  |
| L. Jordan (A) | 104.80 | $300.00 | $31,440.00 |
| Total Associates: | 104.80 |  | $31,440.00 |
|  |  |  |  |
| Paralegals: |  |  |  |
| Emily Edelson (PL) | 93.50 | $175.00 | $16,362.50 |
| Total Paralegals: | 93.50 |  | $16,362.50 |
|  |  |  |  |
| TOTALS: | 370.00 |  | $135,369.50 |

**In re: Priceline.com Securities Litigation**
**Hoffman & Edelson, LLC**
**Reporting Period: Inception – June 18, 2007**

| Expenses | Total Expenses to Date |
|---|---|
| Telephone and Telecopier | |
| Postage and Messenger | $100.00 |
| Litigation Fund / Assessment | $3000.00 |
| Miscellaneous-Press Release | $100.00 |
| TOTAL | $3,200.00 |

COMPENDIUM

EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE PRICELINE.COM, INC.          :
          SECURITIES LITIGATION    :     MASTER FILE NO.
                                   :     3:00CV1884(AVC)
This document relates to:          :
                                   :
          ALL ACTIONS              :
                                   :

**DECLARATION OF EDWARD T. JOYCE ON BEHALF OF**
**EDWARD T. JOYCE & ASSOCIATES, P.C. IN SUPPORT OF MOTION**
**FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

I, Edward T. Joyce, declare as follows:

1.      I am the owner of the law firm of Edward T. Joyce & Associates, P.C. I am

submitting this Declaration in support of my firm's application for an award of attorneys' fees in

connection with services rendered in the above-entitled action and the reimbursement of

expenses incurred by my firm in the course of this litigation.

2.      This firm is counsel of record for plaintiffs. A Curriculum Vitae is attached

hereto as Exhibit A.

3.      In connection with the prosecution of the claims set forth in the Action, my firm

provided the following services: represented, identified, referred and counseled two of the

named plaintiffs and class representatives, Mark Weiss and Marilyn Egel; reviewed and analyzed

pleadings; prepared discovery responses; prepared class representative for deposition; reviewed,

analyzed and counseled class representatives regarding settlement stipulation and amended

pleading against Deloitte and Touche; and prepared fee and expense information.

4.      The action was pursued on a contingent and referral fee basis. The total number

of hours expended and recorded by the attorneys, law clerks, and paralegals of my firm from

inception through June 15, 2007 is 191.30 hours. This number is derived from time records regularly maintained by my firm. A Listing of the professionals who worked on this matter, the number of hours spent by each such professional, and their hourly rate is attached as Exhibit B. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The total amount for the services performed in the Action based upon our current rates is $78,182.50.

     5.     My firm expended a total of $1,415.27 in unreimbursed expenses in connection wit the prosecution of this litigation. These expenses were reasonably necessary for the prosecution of this litigation. A listing of the expenses incurred, compiled from the records regularly maintained by my firm, is attached as Exhibit C.

     6.     The expenses incurred pertaining to this case are reflected in the books and records of my firm. These books and records are prepared from expense vouchers and records and are an accurate record of the expenses incurred.

     I declare under penalty or perjury that the foregoing declaration is true and correct to the best of my knowledge.

     Executed this 19th day of June, 2007, at Chicago, Illinois.

                              Edward T. Joyce

2

## VITAE OF EDWARD T. JOYCE

Edward T. Joyce was graduated cum laude from Loyola University of Chicago Law School in June, 1967 where he was editor-in-chief of the Loyola University Law Review. He is admitted to practice before:

1.    The Supreme Court of Illinois (November 29, 1967)

2.    The Federal District Court for the Northern District of Illinois (December 13, 1967)

3.    The Federal District Court for the Eastern District of Wisconsin (June 3, 1981)

4.    The United States Court of Appeals for the Seventh Circuit (April 23, 1976)

5.    The United States Court of Appeals for the Fifth Circuit (October 26, 1976)

6.    The United States Court of Appeals for the First Circuit (April 8, 1993)

      Mr. Joyce is a member of the Trial Bar for the United States District Court for the Northern District of Illinois (November 23, 1982)

7.    The Supreme Court of the United States (April 16, 1990).

Mr. Joyce started his professional career as an Associate in the law firm of Liebman, Williams, Bennett, Baird and Minow (now Sidley & Austin), where he was actively engaged in commercial litigation dealing with various business problems, including antitrust, federal and state securities and numerous major chancery actions on behalf of large commercial lenders. After several years with Liebman, Williams, Bennett, Baird and Minow, he took a one-year leave of absence and represented the Honorable Paul Simon as the Financial Chairman of his campaign for Governor of the State of Illinois. Thereafter, he formed his own firm, now known as Edward T. Joyce & Associates, P.C., a law firm dealing with commercial litigation. Mr. Joyce has been a licensed certified public accountant in the State of Illinois.

1



Exhibit A

Mr. Joyce has devoted substantially all of his professional career to the litigation of business-oriented matters, dealing in particular with violations of the federal and state antitrust and securities laws and various other equitable causes of action. He has appeared in many cases, including the following:

1.    Pickens-Kane v. Insurance Services of Illinois, Circuit Court of Cook County, Illinois (class action dealing with fraud by various insurance companies).

2.    Jones v. Luster Friedman, Circuit Court of Cook County, Illinois (class action for fraud).

3.    Halverson v. Convenient Food Mart, Inc., Northern District of Illinois (represented the defendants with respect to their attempts to defeat all national and local class actions growing out of the convenient Food Mart franchise system).

4.    Ferraro v. Talman Federal Savings Loan Association, Northern District of Illinois (stockholder's derivative action).

5.    Cada v. Costa Line, Circuit Court of Cook County, Illinois (lead class counsel; class action involving a fire which completely destroyed a Caribbean Cruise ship).

6.    Wiltgen v. Richardson-Vicks, Circuit Court of Cook County, Illinois (consumer fraud class action).

7.    Healy v. Loeb Rhodes, Northern District of Illinois (co-lead counsel in security fraud class action).

8.    Thillens v. The Community Currency Exchange Association of Illinois, Inc., Northern District of Illinois (class action where a defendant class was certified involving 2,500 individual and commercial members of the Community Currency Exchange Association of Illinois).

2

9.   Mueller v. White Credit, Inc., Northern District of Illinois (class action filed under ERISA on behalf of the participants in the White Credit Stores Pension Plan).

10.  In re Financial Partners Litigation, Northern District of Illinois (commodities fraud class action).

11.  Kenny v. Reliable Corporation, Circuit Court of Cook County, Illinois (co-lead class counsel; consumer fraud class action).

12.  Barkman v. Wabash, Northern District of Illinois (co-lead class counsel; securities fraud class action).

13.  In re Illinois Bell Switching Station Litigation, Circuit Court of Cook County, Illinois (co-lead counsel; class action on behalf of Illinois Bell subscribers who lost phone service as a result of the fire at Illinois Bell's Hinsdale facility).

14.  Tunney v. Continental Bank, Circuit Court of Cook County, Illinois (co-lead class counsel; breach of contract and consumer fraud class action on behalf of Continental Bank borrowers).

15.  Sharfman v. Diasonics, Inc., Northern District of California (stockholders' derivative suit).

16.  Myles M. Spicer, et al. v. CBOE, et al., Northern District of Illinois (co-lead counsel in class action suit against the CBOE and OCC for maintaining a disorderly market).

17.  Purdy v. Security Savings & Loan Assn., Eastern District of Wisconsin (lead counsel in securities fraud class action).

18.  Barthuli v. St. Francis Savings & Loan Assn., Eastern District of Wisconsin (lead counsel in securities fraud class action).

3

19.  <u>Naunheimer v. World Cup USA 1994, Inc.</u>, Circuit Court of Cook County, Illinois (co-lead counsel in a consumer fraud class action).

20.  <u>Alderson v. Share Health Plan of Ill.</u> (co-lead counsel in ERISA class action).

21.  <u>Apostolou v. Geldermann</u>, Northern District of Illinois (lead counsel in commodities fraud claim on behalf of 240 victims of Ponzi scheme).

22.  <u>Hasek v. Chrysler</u>, Circuit Court of Cook County, Illinois (lead counsel in Magnuson-Moss class action on behalf of purchasers of 4.0L vehicles with defective engine noise).

23.  <u>D'Huyvetter & Swichkow v. McGladrey & Pullen</u>, Superior Court of Fulton County, Georgia (lead counsel defending national accounting firm against claims of intentional interference with prospective economic advantage).

24.  <u>Rhyne v. American Home Products</u>, Circuit Court of Cook County, Illinois (co-lead counsel in consumer fraud class action against diet drug manufacturers).

25.  <u>Ross v. Dahl</u>, Circuit Court of Cook County, Illinois (lead counsel defending director of privately owned corporation against claims of breach of fiduciary duty and tortious interference).

26.  <u>Ries v. Humana Health Plan, Inc.</u>, Northern District of Illinois (lead counsel in ERISA-class action).

27.  <u>Strassen v. Allstate</u>, Circuit Court of Madison County, Illinois (one of multiple class counsel in consumer class action regarding denial of medical payments coverage).

28.  <u>Seymour v. Motorola</u>, Circuit Court of Cook County, Illinois (co-class counsel in action to enforce stock option rights).

29.   <u>Crotty v. Commonwealth Edison</u>, Circuit Court of Cook County, Illinois (co-lead counsel in consumer class action regarding utility outage).

30.   <u>Cohen et al. v. Blockbuster, Inc.</u>, Cook County, Illinois (class counsel for national class challenging Blockbuster's late fee policy)

31.   <u>Wisconsin International Electric Power, LTD v. Wisconsin Electric Power Company</u>, Milwaukee County, Wisconsin (lead counsel in a multi-million dollar international fraud and breach of contract case tried in Milwaukee, Wisconsin, where many of the key witnesses were nationals of Asian countries)

32.   <u>Carrero v. Health Care Service Corporation</u>, Cook County, Illinois (one of the class counsel for a class action against Blue Cross and others for improper claims administration)

33.   <u>Employer's Consortium, Inc. v. Professional Industrial & Trade Workers Union</u>, Cook County, Illinois (lead counsel for class action against union and its promoters for improper coverage and administration of health and welfare claims)

## VITAE OF ARTHUR W. AUFMANN

Arthur W. Aufmann graduated from Loyola University of Chicago Law School in June, 1982, where he was a member of the Loyola University Law Review. He was admitted to practice before the Supreme Court of Illinois in October, 1982, and shortly thereafter was admitted to practice before the United States Court of Appeals for the Seventh Circuit and the Federal District Court for the Northern District of Illinois. Mr. Aufmann is a member of the Trial Bar for the United States District Court for the Northern District of Illinois.

Mr. Aufmann started his professional career as an associate in the law firm of Joyce and Kubasiak, P.C., a twelve-person law firm dealing with commercial litigation and the general practice of law. He is now a partner and officer of Edward T. Joyce & Associates, P.C. and his practice has been devoted almost solely to business and commercial litigation and class action lawsuits. Hs has assisted Mr. Joyce in many of the noteworthy cases handled by the firm.

## VITAE OF KENNETH D. FLAXMAN

Kenneth D. Flaxman graduated from Chicago-Kent College of Law in 1993 and Cornell University in 1988. He was admitted to practice before the Supreme Court of Illinois in 1993. Mr. Flaxman is also admitted to practice before the Supreme Court of the United States of America, The United States Court of Appeals for the Seventh Circuit, The United States District Court for the Northern District of Illinois (general and trial bars), and the United States District Court for the Central District of Illinois. Mr. Flaxman started his career as an Associate of the Law Firm of Harris & Ruble, where his representative clients included, among others, The Commonwealth of Pennsylvania.

Mr. Flaxman is a partner at Edward T. Joyce & Associates, P.C. His practice has been devoted almost solely to business and commercial litigation, and class action lawsuits. Of the class cases listed in Mr. Joyce's vitae, Mr. Flaxman has assisted Mr. Joyce in the prosecution of nearly all of them that span the time period from 1996 to the present, and has expressly been named as co-lead counsel in at least two of those actions.

## VITAE OF ROWENA T. PARMA

Rowena T. Parma graduated from Loyola University of Chicago Law School in June, 1992. She was admitted to practice before the Supreme Court of Illinois in 1992. Ms. Parma started her professional career as an associate in the law firm of Joyce and Kubasiak, P.C., a twelve-person law firm dealing with commercial litigation and the general practice of law. She is now a partner at Edward T. Joyce & Associates, P.C. and her practice has been devoted almost solely to business and commercial litigation and class action lawsuits. Of the class cases listed in Mr. Joyce's vitae, Ms. Parma has assisted Mr. Joyce in the prosecution of nearly every one of them that span the time period from 1992 to the present.

## PRICELINE.COM SECURITIES LITIGATION

## TIME REPORT

FIRM:     EDWARD T. JOYCE & ASSOCIATES, P.C.

PERIOD:    OCTOBER 1, 2000 THROUGH JUNE 15, 2007

FIRM SUMMARY

| NAME | TOTAL HOURS | CURRENT HOURLY RATE | LODESTAR |
|------|------------|---------------------|----------|
| Arthur W. Aufmann (P) | 24.20 | $450.00 | $10,890.00 |
| Damien J. Betz  (A) | 1.50 | $100.00 | $150.00 |
| Edward T. Joyce (P) | 92.80 | $475.00 | $44,080.00 |
| Jennifer L. MacDougall (A) | 5.80 | $250.00 | $1,450.00 |
| Kenneth D. Flaxman (P) | 28.70 | $375.00 | $10,762.50 |
| Robert D. Carroll (A) | 25.20 | $300.00 | $7,560.00 |
| Rowena T. Parma (P) | 7.20 | $375.00 | $2,700.00 |
| William R. Sullivan (A) | 5.90 | $100.00 | $590.00 |
| **TOTAL** | **191.30** | | **$78,182.50** |

Exhibit B

## PRICELINE.COM SECURITIES LITIGATION

### FIRM EXPENSE REPORT

FIRM:      EDWARD T. JOYCE & ASSOCIATES, P.C.

PERIOD:    OCTOBER 1, 2000 THROUGH JUNE 15, 2007

| DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|
| Photocopies | $455.85 | $455.85 |
| Postage | $8.80 | $8.80 |
| Telephone/Facsimile | $241.00 | $241.00 |
| Messenger Service | $178.98 | $178.98 |
| LEXIS/Westlaw/Legal Research | $24.52 | $24.52 |
| Other services:  Copy Corps | $294.12 | $294.12 |
| Miscellaneous (describe): docket | $212.00 | $212.00 |
| **TOTALS** | **$1,415.27** | **$1,415.27** |

Exhibit C