UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : : | |
| _____ | : : | **MASTER FILE NO.** **3:00CV01884 (AVC)** |
| This document relates to: | : : | |
| ALL ACTIONS | : | |

**NOTICE OF ERRATA**

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that a corrected Time and Lodestar Report ("Corrected Report") for Lead Counsel Scott+Scott LLP is attached hereto. This Corrected Report replaces the prior Time and Lodestar Report submitted as Exhibit B to the June 21, 2007 Declaration of Arthur Shingler on Behalf of Scott+Scott LLP in Support of Motion for Approval of Attorneys' Fees and Reimbursement of Expenses ("Shingler Decl.").[1]

The original Time and Lodestar Report was derived from the regular billing software utilized by Scott+Scott. This report fails to properly include the category of "Of Counsel" for attorneys Beth Kaswan and Mark Jackowski, who are senior lawyers with the Scott+Scott firm. The Corrected Report reflects this accurately. This correction does not alter Scott+Scott's lodestar.

Dated: June 22, 2007

Respectfully submitted,

**SCOTT & SCOTT, LLP**

/s/  David R. Scott
David R. Scott (ct16080)
drscott@scott-scott.com
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432

**Attorney for Class Plaintiffs**

---

[1] The Shingler Decl. is submitted as Exhibit A to the June 21, 2007 Compendium of Plaintiffs' Counsel's Affidavits in Support of an Award of Attorneys' Fees and Reimbursement of Expenses.

- 1 -

EXHIBIT

**In re Priceline.com Inc. Securities Litigation**
**Time and Lodestar Report**
**Scott + Scott LLP**
**Reporting Period: Inception through June 18, 2007**

| NAME | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **Partners** | | | |
| David Scott | 961.50 | $550.00 | $528,825.00 |
| Neil Rothstein | 144.50 | $460.00 | $66,470.00 |
| Arthur Shingler | 69.60 | $500.00 | $34,800.00 |
| **Total Partners** | **1,175.60** | | **$630,095.00** |
| | | | |
| **Of Counsel** | | | |
| Beth Kaswan | 621.00 | $600.00 | $372,600.00 |
| Mark Jackowski | 867.50 | $550.00 | $477,125.00 |
| **Total Of Counsel** | **1,488.50** | | **$849,725.00** |
| | | | |
| **Associates** | | | |
| Donald Broggi | 1,270.15 | $340.00 | $431,851.00 |
| Denise Zamore | 179.60 | $435.00 | $78,126.00 |
| Erin Comite | 1,197.40 | $380.00 | $455,012.00 |
| James Miller | 490.50 | $365.00 | $179,032.50 |
| Karen Leser | 56.90 | $275.00 | $15,647.50 |
| Marc Ackerman | 9.00 | $365.00 | $3,285.00 |
| Jacqueline Scott | 134.80 | $400.00 | $53,920.00 |
| Lisa Brenner | 17.20 | $220.00 | $3,784.00 |
| Edward Sarskas | 168.30 | $275.00 | $46,282.50 |
| Troy Terpening | 64.00 | $220.00 | $14,080.00 |
| Ben Lippert | 196.75 | $330.00 | $64,927.50 |
| Cynthia Kosiak | 287.25 | $330.00 | $94,792.50 |
| Erica Cohn | 60.00 | $330.00 | $19,800.00 |
| Dustin Foster | 29.00 | $330.00 | $9,570.00 |
| Luis Lorenzana | 358.00 | $330.00 | $118,140.00 |
| Michael Pevney | 207.75 | $330.00 | $68,557.50 |
| Matthew Palocsay | 11.50 | $330.00 | $3,795.00 |
| Stephanie Hackett | 29.00 | $330.00 | $9,570.00 |
| David Goldberger | 1,166.25 | $330.00 | $384,862.50 |
| Kory Sorrell | 243.00 | $330.00 | $80,190.00 |
| Moira Brennan | 1,061.30 | $330.00 | $350,229.00 |
| September Katje | 1,391.05 | $330.00 | $459,046.50 |
| Shahin Rahimi | 1,689.25 | $330.00 | $557,452.50 |
| Vincent Serra | 1,229.75 | $330.00 | $405,817.50 |
| Geoffrey Johnson | 2,065.60 | $435.00 | $898,536.00 |
| **Total Associates** | **13,613.30** | | **$4,806,307.00** |
| | | | |
| **Paralegals** | | | |
| Cynthia McGowan | 272.00 | $150.00 | $40,800.00 |
| Cynthia Senes | 52.80 | $160.00 | $8,448.00 |
| Laura Arehart | 51.00 | $150.00 | $7,650.00 |
| Ann Slaughter | 40.95 | $220.00 | $9,009.00 |
| Shannon Sawyer | 36.00 | $170.00 | $6,120.00 |
| Jennifer D'Errico | 153.50 | $170.00 | $26,095.00 |
| Shelly Bender | 381.20 | $170.00 | $64,804.00 |
| **Total Paralegals** | **987.45** | | **$162,926.00** |
| | | | |
| **TOTALS** | **17,264.85** | | **$6,449,053.00** |

Exhibit B

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

                                    */s/ David R. Scott*
                                    **SCOTT + SCOTT, LLP**
                                    David R. Scott (CT16080)
                                    108 Norwich Avenue
                                    P.O. Box 192
                                    Colchester, CT 06415
                                    Tel: (860) 537-5537
                                    Fax: (860) 537-4432

                                    **Co-Lead Counsel for Plaintiffs**