UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. | : | MASTER FILE NO.: |
| SECURITIES LITIGATION | : | 3:00 CV 1884 (AVC) |
| | : | |
| This document relates to: | : | |
| | : | |
| ALL ACTIONS | : | JUNE 28, 2007 |

**<u>UNOPPOSED MOTION TO SUBSTITUTE DELOITTE & TOUCHE LLP'S
MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE A SECOND AMENDED COMPLAINT [DOC. NO. 459]
AND DECLARATION OF WILLIAM R. MAGUIRE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT
[DOC. NO. 460] WITH DOCUMENTS UNDER SEAL</u>**

Pursuant to Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, Deloitte & Touche LLP ("Deloitte") hereby moves to substitute Deloitte & Touche LLP's Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, filed on June 20, 2007 [Doc. No. 459] ("Opposition"), as well as the Declaration of William R. Maguire in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, filed on June 20, 2007 [Doc. No. 460] ("Declaration"), including attached exhibits, with documents to be sealed from the public record.[1]

On January 19, 2005, the Court entered a Protective Order governing the handling and use of documents in the instant litigation. On or about June 20, 2007, Deloitte inadvertently filed the Opposition and Declaration on the Court's public docket. However, a substantial portion of the Opposition and Declaration, as well as numerous exhibits attached thereto, contain confidential information as defined by the Protective Order and should not be disclosed to the

---

[1] Deloitte will file a Motion to Seal contemporaneously with the instant motion in accordance with Rule 5(d) of the Local Civil Rules of the United States District Court for the District of Connecticut.

public.  Accordingly, Deloitte respectfully requests that the Opposition and Declaration, including attached exhibits, that are currently filed on the Court's docket be removed and substituted with those documents filed under seal.

Counsel for Plaintiffs has consented to the instant Motion and to the sealing of the Opposition and Declaration, including all exhibits attached thereto.

WHEREFORE, Deloitte & Touche LLP respectfully requests that the Court grant its Motion to Substitute the Opposition and Declaration, including all attached exhibits, with documents to be sealed from the public record.

| | |
|---|---|
| Dated:  June 28, 2007<br>　　　　Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br>DELOITTE & TOUCHE LLP<br><br>By:＿＿/s/ Thomas J. Finn＿＿＿＿<br>　　Eric Watt Wiechmann<br>　　Federal Bar No.:  ct 04331<br>　　ewiechmann@mccarter.com<br>　　Thomas J. Finn<br>　　Federal Bar No.:  ct 20929<br>　　tfinn@mccarter.com<br>　　McCARTER & ENGLISH LLP<br>　　CityPlace I<br>　　185 Asylum Street<br>　　Hartford, Connecticut 06103<br>　　Tel: 860.275.6700<br>　　Fax: 860.724.3397 |

ME1 6544716v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of June 2007, a copy of the foregoing Motion to Substitute Deloitte & Touche LLP's Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint [Doc. No. 459] and Declaration of William R. Maguire in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint [Doc. No. 460] with Documents Under Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  /s/ Thomas J. Finn
                                  Thomas J. Finn

ME1 6544716v.1