UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. | : | MASTER FILE NO.: |
| SECURITIES LITIGATION | : | 3:00 CV 1884 (AVC) |
| | : | |
| This document relates to: | : | |
| | : | |
| ALL ACTIONS | : | JUNE 28, 2007 |

## UNOPPOSED MOTION TO SEAL

Pursuant to Rule 5(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, Deloitte & Touche LLP ("Deloitte") hereby moves the Court to seal Deloitte & Touche LLP's Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, dated June 20, 2007 ("Opposition"), as well as the Declaration of William R. Maguire in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, dated June 20, 2007 ("Declaration"), including attached exhibits, submitted in support thereof.[1]

On January 19, 2005, the Court entered a Protective Order governing the handling and use of documents in the instant litigation. A substantial portion of the Opposition and Declaration, as well as numerous exhibits attached thereto, contain confidential information as defined by the Protective Order. As such, Deloitte's Opposition and the Declaration should not be disclosed to the public. Accordingly, Deloitte respectfully requests that the Opposition and Declaration, including attached exhibits, be filed under seal.

---

[1] A copy of the Opposition and Declaration, including attached exhibits, will be provided to the Court in accordance with Local Civil Rule 5(d).

ME1 6544309v.1

Counsel for Plaintiffs has consented to the sealing of the Opposition and Declaration, including all exhibits attached thereto.

WHEREFORE, Deloitte & Touche LLP respectfully requests that the Court grant its Motion to Seal and enter an order that the Opposition and Declaration, including all attached exhibits, be sealed from the public record.

| | |
|---|---|
| Dated: June 28, 2007<br>Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br>DELOITTE & TOUCHE LLP |
| | By:   /s/ Thomas J. Finn<br>Eric Watt Wiechmann<br>Federal Bar No.: ct 04331<br>ewiechmann@mccarter.com<br>Thomas J. Finn<br>Federal Bar No.: ct 20929<br>tfinn@mccarter.com<br>McCARTER & ENGLISH LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, Connecticut 06103<br>Tel: 860.275.6700<br>Fax: 860.724.3397 |

ME1 6544309v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of June 2007, a copy of the foregoing Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        /s/ Thomas J. Finn
                        Thomas J. Finn