UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. | : | |
| SECURITIES LITIGATION | : | |
| | : | MASTER FILE NO. |
| _____ | : | 3:00CV01884(AVC) |
| | : | |
| This document relates to: | : | |
| | : | July 6, 2007 |
| ALL ACTIONS | : | |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF AND
UNOPPOSED MOTION TO EXTEND DUE DATE TO FILE REPLY
<u>IN FURTHER SUPPORT OF MOTION TO AMEND</u>**

**SCOTT + SCOTT, LLP**
David R. Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel:  (860) 537-5537
Fax:  (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan
19th Floor, Suite 1915
75 Rockefeller Plaza
New York, NY  10019
Tel:  (212) 710-1040
Fax:  (212) 710-1041

**SCOTT + SCOTT, LLP**
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH  44022
Tel:  (440) 247-8200
Fax:  (440) 247-8275

**Co-Lead Counsel**

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

**Co-Lead Counsel**

**PLAINTIFFS' UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF AND UNOPPOSED MOTION TO EXTEND DUE DATE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO AMEND**

Plaintiffs respectfully move this Court for nine additional days in which to file their reply brief in further support of their Motion to Amend the Consolidated Class Action Complaint, making their reply due on July 18, 2007. Plaintiffs also respectfully move this Court for leave to file a reply brief not to exceed forty (40) pages. The additional time and additional pages are needed to address the complex issues that Deloitte & Touche ("Deloitte") raised in their opposition to Plaintiffs' motion for leave to amend. Counsel for Deloitte has indicated that Deloitte does not oppose Plaintiffs' request to file an overlength brief or Plaintiffs' request for the nine-day extension. This is Plaintiffs' first request for additional time to file the reply.

Respectfully submitted,

/s/ David R. Scott
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel:  (860) 537-5537
Fax:  (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan (CT21415)
19th Floor, Suite 1915
75 Rockefeller Plaza
New York, NY  10019
Tel:  (212) 710-1040
Fax:  (212) 710-1041

**SCOTT + SCOTT, LLP**
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH  44022
Tel:  (440) 247-8200
Fax:  (440) 247-8275

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

**Co-Lead Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2007, a copy of the foregoing Plaintiffs' Unopposed Motion To File Overlength Brief And Unopposed Motion To Extend Due Date To File Reply In Further Support Of Motion To Amend was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

/s/ David R. Scott
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel:  (860) 537-5537
Fax:  (860) 537-4432

**Co-Lead Counsel for Plaintiffs**