# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **IN RE: PRICELINE.COM, INC.** : | |
| **SECURITIES LITIGATION** : | |
| _____ : | **MASTER FILE NO.** |
| : | **3:00CV01884 (AVC)** |
| **This document relates to:** : | |
| : | |
| **ALL ACTIONS** : | |
| : | |
| : | |
| : | |

**PROPOSED ORDER REGARDING HOFFMAN OPT-OUT**

On June 19, 2007 Arnold J. Hoffman ("Hoffman") wrote to opt-out of the Priceline.com securities litigation settlement class. Mr. Hoffman's letter was not timely filed and neglected to include all elements required to effectuate opting-out as specified in the Notice of Pendency of Class Action and Proposed Settlement approved by this Court on May 11, 2007. No party objects to Hoffman's opt-out.

WHEREFORE, it is SO ORDERED that Hoffman shall have twenty days from the date of this order to perfect the omissions in his filing by providing the Administrator, in writing, the following information as required by the Notice of Pendency of Class Action:

1. Name, address, telephone number, and signature of the individual or entity that wishes to opt out.

2. The date(s), price(s), number(s) and types(s) of all purchases and sales of Priceline.com securities during the Class Period.

  If such information is not provided to the Administrator within the prescribed period, Hoffman's opt-out request will be rejected. Plaintiffs' counsel shall deliver a copy of this Order to Mr. Hoffman within ___ days of entry of this order.

  Dated this ____ day of July, 2007, at Hartford, Connecticut.

                   _____
                   Alfred V. Covello,
                   United States District Judge