# EXHIBIT C

Certified
By Reg. Mail
Ret. Receipt

Re: Opt-Out

## Arnold J. Hoffman
150 Bradley Place, 616
Palm Beach, Florida 33480
(561) 655-4149   Fax: (561) 655-9759

Summer P.O. Box 3214 Lenox, Ma. 01240
Ph. 453-637-4943  Fax 413-637-2375

6/14/07

To Priceline.com. Inc. Securities Litigation
C/o Strategic Claims Services, Claims Administrator
P.O. Box 230
600 N. Jackson St., Ste 3
Media, Pa 19063

Gentlemen: We, the Trustees named below, Exclude the Trusts named below from the Class in In Re Priceline.com. Inc. Securities Litigation.

Your envelope, postmarked June 6, 2007 was received on June 8, 2007, and states that exclusions must be postmarked on or before June 8, 2007.

Your statement of our legal rights and options does not bind us and does not bar us from bringing any legal actions.

We are sending copies of this letter to the U.S. District Court, Counsels for Plaintiffs and Defendants, and Citibank.

Yours, Arnold J. Hoffman
Hellen Hoffman
as Trustees

Trusts:
Arnold J. and Helen B. Hoffman Trustees
Anna Slobin Trust U/A 5/1/85
Beresh Hoffman Trust U/A 5/22/85

cc: Clerk, U.S. District Court, District of Connecticut
David R. Scott, Scott + Scott, Colchester CT.
Jacob B. Perkinson, Johnson + Perkinson, S. Burlington Vt
Jeanne F. Irving, Hennigan, Bennett + Dorman, L.A., Ca.
Daniel Slifkin, Cravath Swaine + Moore, N.Y., N.Y.