# EXHIBIT D

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION : : : : | MASTER FILE NO. 3:00CV01884 (AVC) |
| This document relates to: : : ALL ACTIONS : : : : | |

## DECLARATION OF JACOB B. PERKINSON, ESQ. IN SUPPORT OF MOTION TO ENTER ORDER ON HOFFMAN OPT-OUT

NOW COMES Jacob B. Perkinson, Esq., and, Pursuant to 28 U.S.C. § 1746, declares under penalties of perjury that the following is true and correct to the best of my information, knowledge and belief:

1. I am over the age of eighteen and am a partner with the firm of Johnson & Perkinson which has been appointed as Co-Lead Counsel to the Plaintiff Class in this matter;

2. On July 2, 2007, after the hearing for final approval of the Settlement in this matter, I spoke with Arnold Hoffman by telephone at his vacation home in Massachusetts and explained to him that the Court had received his request to opt-out of the settlement, that no party objected to the request and that additional information was required to effectuate the request.

3. During the July 2, 2007 conversation Mr. Hoffman identified the trusts on behalf of which he had filed the request to opt-out as the Sarah Hoffman Trust and the Rena Gorlan Trust.

4. I discussed with Mr. Hoffman the consequences of opting out and he indicated that he understands the effect of a successful opt-out.

5. I informed Mr. Hoffman that in order to effectuate his request, he would need to provide additional information, including the dates, prices and quantities of the Trusts' acquisitions and sales of Priceline.com securities.

6. Mr. Hoffman informed me that he did not have the information reflecting this information with him in Massachusetts because, to the extent he has such records, they are kept at his home in Florida.

7. I suggested that Mr. Hoffman could obtain the necessary information from his broker and, during the July 2, 2007 conversation, he stated that he would attempt to obtain the required information in this manner.

8. On July 5, 2007, I called Mr. Hoffman again by telephone to inquire as to what progress he had made in obtaining the trade information.

9. During the July 5, 2007 conversation, Mr. Hoffman informed me that he had not obtained the required information and that he was declining to make any further effort in connection with his opt-out request.

10. I informed Mr. Hoffman that the failure to provide additional information could result in his opt-out request being denied and Mr. Hoffman acknowledged that he heard and understood this statement.

July 9, 2007                          ___/s/ *Jacob B. Perkinson*_____
                                                       Jacob B. Perkinson