<u>Certificate of Service</u>

       I hereby certify that on July 11, 2007, a copy of Lead Plaintiffs' Unopposed Motion for Entry of an Order on Arnold J. Hoffman's Requested Opt-Out was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

           */s/ Eben F. Duval*

           Johnson & Perkinson
           Eben F. Duval (phv01237)
           1690 Williston Rd.
           South Burlington, Vermont 05403
           (802) 862-0030
           (802) 862-0060 (fax)
           eduval@jpclasslaw.com