# EXHIBIT 1

# Statement of Financial Accounting Concepts No. 5

CON5 Status Page

Recognition and Measurement in Financial Statements of Business Enterprises

December 1984



**Financial Accounting Standards Board**
of the Financial Accounting Foundation
401 MERRITT 7, P.O. BOX 5116, NORWALK, CONNECTICUT 06856-5116

Copyright © 1984 by Financial Accounting Standards Board.  All rights reserved.  No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the Financial Accounting Standards Board.

CONTENTS

Paragraph
Numbers

Highlights
Introduction, Scope, and Limitations ...................................................................1–4
Financial Statements ...........................................................................................5–57
    Financial Statements, Financial Reporting, and Recognition ...................5–9
    Financial Statements and Objectives of Financial Reporting ..............10–12
    Full Set of Financial Statements ..........................................................13–14
    Purposes and Limitations of Financial Statements ..............................15–24
        General Purpose Financial Statements and Individual Users .....15–16
        Usefulness of Financial Statements, Individually and Collectively ...........17–24
            Classification and Aggregation in Financial Statements ......................20–22
            Complementary Nature of Financial Statements ...................................23–24
    Individual Financial Statements ...........................................................25–57
        Statement of Financial Position ............................................................26–29
        Statements of Earnings and Comprehensive Income ...................30–51
            Earnings ..........................................................................................33–38
            Comprehensive Income ..................................................................39–41
            Relationships between Earnings and Comprehensive Income ..............42–44
            Financial Capital Maintenance ......................................................45–48
            Recognition Implications of Earnings ...........................................49–51
        Statement of Cash Flows .....................................................................52–54
        Statement of Investments by and Distributions to Owners .........................55–57
Recognition Criteria ............................................................................................58–77
    Purposes of Criteria ...........................................................................59–60
    Structure of Recognition Criteria ........................................................61–62
    Fundamental Recognition Criteria ......................................................63–77
        Definitions ..........................................................................................64
        Measurability .................................................................................65–72
            Measurement Attributes .................................................................66–70
            Monetary Unit or Measurement Scale ...........................................71–72
        Relevance .......................................................................................73–74
        Reliability .......................................................................................75–77
Guidance in Applying Criteria to Components of Earnings ...................78–87
    Revenues and Gains ............................................................................83–84
    Expenses and Losses ...........................................................................85–87
        Consumption of Benefits ......................................................................86
        Loss or Lack of Future Benefit ..............................................................87
Recognition of Changes in Assets and Liabilities ...............................88–90
Summary ..............................................................................................................91
Appendix: Background Information ....................................................................92–108
Summary Index of Concepts Defined or Discussed

Copyright © 1984, Financial Accounting Standards Board

# CON 5:  Recognition and Measurement in Financial Statements of Business Enterprises

## CON 5 HIGHLIGHTS

*[Best understood in context of full Statement]*

- This Statement sets forth recognition criteria and guidance on what information should be incorporated into financial statements and when.  The Statement provides a basis for consideration of criteria and guidance by first addressing financial statements that should be presented and their contribution to financial reporting.  It gives particular attention to statements of earnings and comprehensive income.  The Statement also addresses certain measurement issues that are closely related to recognition.

- Financial statements are a central feature of financial reporting—a principal means of communicating financial information to those outside an entity.  Some useful information is better provided by financial statements and some is better provided, or can only be provided, by notes to financial statements, supplementary information, or other means of financial reporting.  For items that meet criteria for recognition, disclosure by other means is not a substitute for recognition in financial statements.

- Recognition is the process of formally incorporating an item in the financial statements of an entity as an asset, liability, revenue, expense, or the like.  A recognized item is depicted in both words and numbers, with the amount included in the statement totals.

- A full set of financial statements for a period should show:

    —Financial position at the end of the period

    —Earnings for the period

    —Comprehensive income for the period

    —Cash flows during the period

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

—Investments by and distributions to owners during the period.

- Financial statements individually and collectively contribute to meeting the objectives of financial reporting. No one financial statement is likely to provide all the financial statement information that is useful for a particular kind of decision.

- The parts of a financial statement also contribute to meeting the objectives of financial reporting and may be more useful to those who make investment, credit, and similar decisions than the whole.

- Financial statements result from simplifying, condensing, and aggregating masses of data. As a result, they convey information that would be obscured if great detail were provided. Although those simplifications, condensations, and aggregations are both necessary and useful, the Board believes that it is important to avoid focusing attention almost exclusively on "the bottom line," earnings per share, or other highly simplified condensations.

- A statement of financial position provides information about an entity's assets, liabilities, and equity and their relationships to each other at a moment in time. The statement delineates the entity's resource structure—major classes and amounts of assets—and its financing structure—major classes and amounts of liabilities and equity.

- A statement of financial position does not purport to show the value of a business enterprise but, together with other financial statements and other information, should provide information that is useful to those who desire to make their own estimates of the enterprise's value. Those estimates are part of financial analysis, not of financial reporting, but financial accounting aids financial analysis.

- Statements of earnings and of comprehensive income together reflect the extent to which and the ways in which the equity of an entity increased or decreased from all sources other than transactions with owners during a period.

- The concept of earnings set forth in this Statement is similar to net income for a period in present practice; however, it excludes certain accounting adjustments of earlier periods that are recognized in the current period—cumulative effect of a change in accounting principle is the principal example from present practice. The Board expects the concept of earnings to be subject to the process of gradual change or evolution that has characterized the development of net income.

- Earnings is a measure of entity performance during a period. It measures the extent to which asset inflows (revenues and gains) associated with cash-to-cash cycles substantially

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

completed during the period exceed asset outflows (expenses and losses) associated, directly or indirectly, with the same cycles.

- Comprehensive income is a broad measure of the effects of transactions and other events on an entity, comprising all recognized changes in equity (net assets) of the entity during a period from transactions and other events and circumstances except those resulting from investments by owners and distributions to owners.

- A variety of terms are used for net income in present practice. The Board anticipates that a variety of terms will be used in future financial statements as names for earnings (for example, net income, profit, or net loss) and for comprehensive income (for example, total nonowner changes in equity or comprehensive loss).

- Earnings and comprehensive income are not the same because certain gains and losses are included in comprehensive income but are excluded from earnings. Those items fall into two classes that are illustrated by certain present practices:

  —Effects of certain accounting adjustments of earlier periods that are recognized in the current period (already described)

  —Certain other changes in net assets (principally certain holding gains and losses) that are recognized in the period but are excluded from earnings, such as some changes in market values of investments in marketable equity securities classified as noncurrent assets, some changes in market values of investments in industries having specialized accounting practices for marketable securities, and foreign currency translation adjustments.

- The full set of financial statements discussed in this Statement is based on the concept of financial capital maintenance.

- Future standards may change what is recognized as components of earnings. Future standards may also recognize certain changes in net assets as components of comprehensive income but not of earnings.

- A statement of cash flows directly or indirectly reflects an entity's cash receipts classified by major sources and its cash payments classified by major uses during a period, including cash flow information about its operating, financing, and investing activities.

- A statement of investments by and distributions to owners reflects an entity's capital transactions during a period—the extent to which and in what ways the equity of the entity increased or decreased from transactions with owners *as owners*.

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

- An item and information about it should meet four fundamental recognition criteria to be recognized and should be recognized when the criteria are met, subject to a cost-benefit constraint and a materiality threshold. Those criteria are:

  —*Definitions.* The item meets the definition of an element of financial statements.

  —*Measurability.* It has a relevant attribute measurable with sufficient reliability.

  —*Relevance.* The information about it is capable of making a difference in user decisions.

  —*Reliability.* The information is representationally faithful, verifiable, and neutral.

- Items currently reported in the financial statements are measured by different attributes (for example, historical cost, current [replacement] cost, current market value, net realizable value, and present value of future cash flows), depending on the nature of the item and the relevance and reliability of the attribute measured. The Board expects use of different attributes to continue.

- The monetary unit or measurement scale in current practice in financial statements is nominal units of money, that is, unadjusted for changes in purchasing power of money over time. The Board expects that nominal units of money will continue to be used to measure items recognized in financial statements.

- Further guidance in applying the criteria for recognizing components of earnings is necessary because of the widely acknowledged importance of earnings as a primary measure of entity performance. Guidance for recognizing components of earnings is concerned with identifying which cycles are substantially complete and with associating particular revenues, gains, expenses, and losses with those cycles.

- In assessing the prospect that as yet uncompleted transactions will be concluded successfully, a degree of skepticism is often warranted. As a reaction to uncertainty, more stringent requirements have historically been imposed for recognizing revenues and gains as components of earnings than for recognizing expenses and losses. Those conservative reactions influence the guidance for applying the recognition criteria to components of earnings.

- Guidance for recognizing revenues and gains is based on their being:

  —*Realized or realizable.* Revenues and gains are generally not recognized as components of earnings until realized or realizable and

  —*Earned.* Revenues are not recognized until earned. Revenues are considered to have been earned when the entity has substantially accomplished what it must do to be entitled to the

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

benefits represented by the revenues. For gains, being earned is generally less significant than being realized or realizable.

- Guidance for expenses and losses is intended to recognize:

  —*Consumption of benefit.* Expenses are generally recognized when an entity's economic benefits are consumed in revenue-earning activities or otherwise or

  —*Loss or lack of benefit.* Expenses or losses are recognized if it becomes evident that previously recognized future economic benefits of assets have been reduced or eliminated, or that liabilities have been incurred or increased, without associated economic benefits.

- In a limited number of situations, the Board may determine that the most useful information results from recognizing the effects of certain events in comprehensive income but not in earnings, and set standards accordingly. Certain changes in net assets that meet the fundamental recognition criteria may qualify for recognition in comprehensive income even though they do not qualify for recognition as components of earnings.

- Information based on current prices should be recognized if it is sufficiently relevant and reliable to justify the costs involved and more relevant than alternative information.

- Most aspects of current practice are consistent with the recognition criteria and guidance in this Statement, but the criteria and guidance do not foreclose the possibility of future changes in practice. When evidence indicates that information that is more useful (relevant and reliable) than information currently reported is available at a justifiable cost, it should be included in financial statements.

## Statements of Financial Accounting Concepts

This Statement of Financial Accounting Concepts is one of a series of publications in the Board's conceptual framework for financial accounting and reporting. Statements in the series are intended to set forth objectives and fundamentals that will be the basis for development of financial accounting and reporting standards. The objectives identify the goals and purposes of financial reporting. The fundamentals are the underlying concepts of financial accounting—concepts that guide the selection of transactions, events, and circumstances to be accounted for; their recognition and measurement; and the means of summarizing and communicating them to interested parties. Concepts of that type are fundamental in the sense that other concepts flow from them and repeated reference to them will be necessary in establishing, interpreting, and applying accounting and reporting standards.

The conceptual framework is a coherent system of interrelated objectives and

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

fundamentals that is expected to lead to consistent standards and that prescribes the nature, function, and limits of financial accounting and reporting. It is expected to serve the public interest by providing structure and direction to financial accounting and reporting to facilitate the provision of evenhanded financial and related information that helps promote the efficient allocation of scarce resources in the economy and society, including assisting capital and other markets to function efficiently.

Establishment of objectives and identification of fundamental concepts will not directly solve financial accounting and reporting problems. Rather, objectives give direction, and concepts are tools for solving problems.

The Board itself is likely to be the most direct beneficiary of the guidance provided by the Statements in this series. They will guide the Board in developing accounting and reporting standards by providing the Board with a common foundation and basic reasoning on which to consider merits of alternatives.

However, knowledge of the objectives and concepts the Board will use in developing standards also should enable those who are affected by or interested in financial accounting standards to understand better the purposes, content, and characteristics of information provided by financial accounting and reporting. That knowledge is expected to enhance the usefulness of, and confidence in, financial accounting and reporting. The concepts also may provide some guidance in analyzing new or emerging problems of financial accounting and reporting in the absence of applicable authoritative pronouncements.

Statements of Financial Accounting Concepts do not establish standards prescribing accounting procedures or disclosure practices for particular items or events, which are issued by the Board as Statements of Financial Accounting Standards. Rather, Statements in this series describe concepts and relations that will underlie future financial accounting standards and practices and in due course serve as a basis for evaluating existing standards and practices.[*]

The Board recognizes that in certain respects current generally accepted accounting principles may be inconsistent with those that may derive from the objectives and concepts set forth in Statements in this series. However, a Statement of Financial Accounting Concepts does not (a) require a change in existing generally accepted accounting principles; (b) amend, modify, or interpret Statements of Financial Accounting Standards, Interpretations of the FASB, Opinions of the Accounting Principles Board, or Bulletins of the Committee on Accounting Procedure that are in effect; or (c) justify either changing existing generally accepted accounting and reporting practices or interpreting the pronouncements listed in item (b) based on personal interpretations of the objectives and concepts in the Statements of Financial Accounting Concepts.

Since a Statement of Financial Accounting Concepts does not establish generally accepted accounting principles or standards for the disclosure of financial information outside of financial statements in published financial reports, it is not intended to invoke application of Rule 203 or 204 of the Rules of Conduct of the Code of Professional Ethics of the American Institute of Certified Public Accountants (of successor rules or arrangements of similar scope and intent).[†]

Like other pronouncements of the Board, a Statement of Financial Accounting Concepts may be amended, superseded, or withdrawn by appropriate action under the Board's *Rules of*

Copyright © 1984, Financial Accounting Standards Board
Not for redistribution

*Procedure.*

# INTRODUCTION, SCOPE, AND LIMITATIONS

1.    This Statement sets forth fundamental recognition criteria and guidance on what information should be formally incorporated into financial statements and when. It builds on the foundation laid by earlier concepts Statements, bringing those concepts together to apply them to broad recognition issues. As a basis for considering recognition criteria, the Statement first addresses financial statements that should be presented and how those financial statements contribute to the objectives of financial reporting. Both that discussion and the later discussion of recognition give particular attention to statements of earnings and comprehensive income.

2.    The recognition criteria and guidance in this Statement are generally consistent with current practice and do not imply radical change. Nor do they foreclose the possibility of future changes in practice. The Board intends future change to occur in the gradual, evolutionary way that has characterized past change.

3.    This Statement also addresses certain measurement issues that are closely related to recognition. Measurement involves choice of an attribute by which to quantify a recognized item and choice of a scale of measurement (often called "unit of measure"). The Statement notes that different attributes are currently used to measure different items in financial statements and that the Board expects the use of different attributes to continue. The Statement further notes that the measurement scale in current practice is nominal units of money (that is, unadjusted for changes in purchasing power over time) and that the Board expects use of nominal units to continue.

4.    This Statement is not intended to apply to organizations other than business enterprises. Recognition criteria and guidance on what information should be formally incorporated into financial statements of nonbusiness organizations can be considered only after completion of another Board project that concerns significant underlying concepts upon which recognition criteria and guidance are built. The Board issued its Exposure Draft, *Proposed Amendments to FASB Concepts Statements 2 and 3 to Apply Them to Nonbusiness Organizations*, on July 7, 1983 and held public hearings on that matter on November 14 and 15, 1983. Since that project is still in progress, all references in this Statement are to the original Statements, FASB Concepts Statements No. 2, *Qualitative Characteristics of Accounting Information*, and No. 3, *Elements of Financial Statements of Business Enterprises.*

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

# FINANCIAL STATEMENTS

## Financial Statements, Financial Reporting, and Recognition

5.      Financial statements are a central feature of financial reporting—a principal means of communicating financial information to those outside an entity.  In external general purpose financial reporting, a financial statement is a formal tabulation of names and amounts of money derived from accounting records that displays either financial position of an entity at a moment in time or one or more kinds of changes in financial position of the entity during a period of time.  Items that are recognized in financial statements are financial representations of certain resources (assets) of an entity, claims to those resources (liabilities and owners' equity), and the effects of transactions and other events and circumstances that result in changes in those resources and claims.  The financial statements of an entity are a fundamentally related set that articulate with each other and derive from the same underlying data.[1]

6.      Recognition is the process of formally recording or incorporating an item in the financial statements of an entity as an asset, liability, revenue, expense, or the like.  Recognition includes depiction of an item in both words and numbers, with the amount included in the totals of the financial statements.  For an asset or liability, recognition involves recording not only acquisition or incurrence of the item but also later changes in it, including changes that result in removal from the financial statements.[2]

7.      Although financial statements have essentially the same objectives as financial reporting, some useful information is better provided by financial statements and some is better provided, or can only be provided, by notes to financial statements or by supplementary information or other means of financial reporting:[3]

a.    Information disclosed in notes or parenthetically on the face of financial statements, such as significant accounting policies or alternative measures for assets or liabilities, amplifies or explains information recognized in the financial statements.[4] That sort of information is essential to understanding the information recognized in financial statements and has long been viewed as an integral part of financial statements prepared in accordance with generally accepted accounting principles.
b.    Supplementary information, such as disclosures of the effects of changing prices, and other means of financial reporting, such as management discussion and analysis, add information to that in the financial statements or notes, including information that may be relevant but that does not meet all recognition criteria.[5]

8.      The scope of this concepts Statement is limited to recognition (and measurement) in

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

financial statements. That limitation on scope does not alter the status of notes, supplementary information, or other means of financial reporting; those types of information remain important and useful for the reasons discussed in the preceding paragraph. To clarify the scope of this concepts Statement, the following diagram illustrates the types of information used in investment, credit, and similar decisions.

9.     Since recognition means depiction of an item in both words and numbers, with the amount included in the totals of the financial statements, disclosure by other means is *not* recognition. Disclosure of information about the items in financial statements and their measures that may be provided by notes or parenthetically on the face of financial statements, by supplementary information, or by other means of financial reporting is not a substitute for recognition in financial statements for items that meet recognition criteria. Generally, the most useful information about assets, liabilities, revenues, expenses, and other items of financial statements and their measures (that with the best combination of relevance and reliability) should be recognized in the financial statements.

**Financial Statements and Objectives of Financial Reporting**

10.    FASB Concepts Statement No. 1, *Objectives of Financial Reporting by Business Enterprises*, describes the broad purposes of financial reporting, including financial statements.[6] Financial reporting should provide:

Information that is useful to present and potential investors and creditors and other users in making rational investment, credit, and similar decisions (paragraphs 34-36)

Information to help investors, creditors, and others assess the amounts, timing, and uncertainty of prospective net cash inflows to the related enterprise because their prospects for receiving cash from investments in, loans to, or other participation in the enterprise depend significantly on its cash flow prospects (paragraphs 37-39)

Information about the economic resources of an enterprise, the claims to those resources (obligations of the enterprise to transfer resources to other entities and owners' equity), and the effects of transactions, events, and circumstances that change resources and claims to those resources (paragraph 40).

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

Not for redistribution

Page 13



All Information Useful for Investment, Credit, and Similar Decisions
(Concepts Statement 1, paragraph 22; partly quoted in footnote 9)

Financial Reporting
(Concepts Statement 1, paragraphs 5–8)

Area Directly Affected by Existing FASB Standards

Basic Financial Statements
(in AICPA Auditing Standards literature)

**Scope of Recognition and Measurement Concepts Statement**

**Financial Statements**

- Statement of Financial Position
- Statements of Earnings and Comprehensive Income
- Statement of Cash Flows
- Statement of Investments by and Distributions to Owners

**Notes to Financial Statements**
(& parenthetical disclosures)

Examples:
- Accounting Policies
- Contingencies
- Inventory Methods
- Number of Shares of Stock Outstanding
- Alternative Measures (market values of items carried at historical cost)

**Supplementary Information**

Examples:
- Changing Prices Disclosures (FASB Statement 33 as amended)
- Oil and Gas Reserves Information (FASB Statement 69)

**Other Means of Financial Reporting**

Examples:
- Management Discussion and Analysis
- Letters to Stockholders

**Other Information**

Examples:
- Discussion of Competition and Order Backlog in SEC Form 10-K (under SEC Reg. S-K)
- Analysts' Reports
- Economic Statistics
- News Articles about Company

Copyright © 1984, Financial Accounting Standards Board

11.   Concepts Statement 1 also gives guidance about the kinds of information that financial reporting, including financial statements, should provide:

> Information about an enterprise's economic resources, obligations, and owners' equity (paragraph 41)

> Information about an enterprise's performance provided by measures of earnings and comprehensive income [7] and their components measured by accrual accounting (paragraphs 42-48)

> Information about how an enterprise obtains and spends cash, about its borrowing and repayment of borrowing, about its capital (equity) transactions, including cash dividends and other distributions of enterprise resources to owners, and about other factors that may affect an enterprise's liquidity or solvency (paragraph 49)

> Information about how management of an enterprise has discharged its stewardship responsibility to owners (stockholders) for the use of enterprise resources entrusted to it (paragraphs 50-53).

12.   A full, articulated set of several financial statements that provide those various kinds of information about an entity's financial position and changes in its financial position is necessary to satisfy the broad purposes of financial reporting.

## Full Set of Financial Statements

13.   The amount and variety of information that financial reporting should provide about an entity require several financial statements. A full set of financial statements for a period should show:

> Financial position at the end of the period

> Earnings (net income) [8] for the period

> Comprehensive income (total nonowner changes in equity) [8] for the period

> Cash flows during the period

> Investments by and distributions to owners during the period.

Information about earnings, comprehensive income, cash flows, and transactions with owners have in common that they are different kinds of information about the effects of transactions and other events and circumstances that change assets and liabilities during a period.

14.   This Statement does not consider details of displaying those different kinds of information and does not preclude the possibility that some entities might choose to combine some of that

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

information in a single statement. In present practice, for example, a reconciliation of beginning and ending balances of retained earnings is sometimes appended to an income statement.

## Purposes and Limitations of Financial Statements

### General Purpose Financial Statements and Individual Users

15.   General purpose financial statements, to which the objectives of financial reporting apply, are directed toward the common interest of various potential users in the ability of a business enterprise to generate favorable cash flows.[9] General purpose financial statements are feasible only because groups of users of financial information have generally similar needs. But "general purpose" does not mean "all purpose," and financial statements do not necessarily satisfy all users equally well.

16.   Each decision maker judges what accounting information is useful, and that judgment is influenced by factors such as the decisions to be made, the methods of decision making to be used, the information already possessed or obtainable from other sources, and the decision maker's capacity (alone or with professional help) to process the information. Even users of financial statement information who make generally similar kinds of decisions differ from each other in those matters.[10]

### Usefulness of Financial Statements, Individually and Collectively

17.   Financial statements of an entity individually and collectively contribute to meeting the objectives of financial reporting. Component parts of financial statements also contribute to meeting the objectives.

18.   Each financial statement provides a different kind of information, and, with limited exceptions (paragraph 14), the various kinds of information cannot be combined into a smaller number of statements without unduly complicating the information. Moreover, the information each provides is used for various purposes, and particular users may be especially interested in the information in one of the statements. Paragraphs 26-57 of this Statement summarize how individual financial statements provide the information listed in paragraph 13.

19.   The following two sections first describe how classification and aggregation, if done and used with care, enhance the decision usefulness of financial statements and how financial statements complement each other.

#### Classification and Aggregation in Financial Statements

20.   Classification in financial statements facilitates analysis by grouping items with essentially similar characteristics and separating items with essentially different characteristics. Analysis aimed at objectives such as predicting amounts, timing, and uncertainty of future cash

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

flows requires financial information segregated into reasonably homogeneous groups. For example, components of financial statements that consist of items that have similar characteristics in one or more respects, such as continuity or recurrence, stability, risk, and reliability, are likely to have more predictive value than if their characteristics are dissimilar.

21.   Financial statements result from processing vast masses of data and involve needs to simplify, to condense, and to aggregate.[11] Real things and events that affect a dynamic and complex business enterprise are represented in financial statements by words and numbers, which are necessarily highly simplified symbols of the real thing. Real transactions and other events are voluminous and are interpreted, combined, and condensed to be reflected in financial statements. Numerous items and components are aggregated into sums or totals. The resulting financial statements convey information that would be obscured from most users if great detail, such as descriptions of each transaction or event, were provided.

22.   Although those simplifications, condensations, and aggregations are both necessary and useful, the Board believes it is important to avoid focusing attention almost exclusively on "the bottom line," earnings per share, or other highly simplified condensations. Summary data, such as the amounts of net assets, comprehensive income, earnings, or earnings per share, may be useful as general indicators of the amount of investment or overall past performance and are often used in efforts to compare an entity with many other entities. But, in a complex business enterprise, summary amounts include many heterogeneous things and events. Components of a financial statement often reflect more homogeneous classes of items than the whole statement. The individual items, subtotals, or other parts of a financial statement may often be more useful than the aggregate to those who make investment, credit, and similar decisions.

*Complementary Nature of Financial Statements*

23.   Financial statements interrelate (articulate) because they reflect different aspects of the same transactions or other events affecting an entity.[12] Although each presents information different from the others, none is likely to serve only a single purpose or provide all the financial statement information that is useful for a particular kind of assessment or decision. Significant tools of financial analysis, such as rates of return and turnover ratios, depend on interrelationships between financial statements and their components.

24.   Financial statements complement each other. For example:

a.   Statements of financial position include information that is often used in assessing an entity's liquidity and financial flexibility,[13] but a statement of financial position provides only an incomplete picture of either liquidity or financial flexibility unless it is used in conjunction with at least a cash flow statement.

b.   Statements of earnings and comprehensive income generally reflect a great deal about the profitability of an entity during a period, but that information can be interpreted most meaningfully or compared with that of the entity for other periods or that of other entities

Copyright © 1984, Financial Accounting Standards Board                    Not for redistribution

only if it is used in conjunction with a statement of financial position, for example, by computing rates of return on assets or equity.

c.  Statements of cash flows commonly show a great deal about an entity's current cash receipts and payments, but a cash flow statement provides an incomplete basis for assessing prospects for future cash flows because it cannot show interperiod relationships. Many current cash receipts, especially from operations, stem from activities of earlier periods, and many current cash payments are intended or expected to result in future, not current, cash receipts. Statements of earnings and comprehensive income, especially if used in conjunction with statements of financial position, usually provide a better basis for assessing future cash flow prospects of an entity than do cash flow statements alone.[14]

d.  Statements of investments by and distributions to owners provide information about significant sources of increases and decreases in assets, liabilities, and equity, but that information is of little practical value unless used in conjunction with other financial statements, for example, by comparing distributions to owners with earnings and comprehensive income or by comparing investments by and distributions to owners with borrowings and repayments of debt.

**Individual Financial Statements**

25.     This discussion summarizes how individual financial statements provide the information listed in paragraph 13. It also introduces recognition considerations, which are the subject of the sections following.

**Statement of Financial Position**

26.     A statement of financial position provides information about an entity's assets, liabilities, and equity and their relationships to each other at a moment in time. The statement delineates the entity's resource structure—major classes and amounts of assets—and its financing structure—major classes and amounts of liabilities and equity.

27.     A statement of financial position does not purport to show the value of a business enterprise [15] but, together with other financial statements and other information, should provide information that is useful to those who desire to make their own estimates of the enterprise's value. As a result of limitations stemming from uncertainty and cost-benefit considerations, not all assets and not all liabilities are included in a statement of financial position, and some assets and liabilities that are included are affected by events, such as price changes or accretion, that are not recognized. Statements of financial position also commonly use different attributes to measure different assets and liabilities.[16]

28.     Uncertainty and related limitations of financial accounting put the burden of estimating values of business enterprises and of investments in them on investors, creditors, and others. Information about components of earnings and comprehensive income often plays a significant part in that analysis. For example, investors may use that information to help estimate "earning

Copyright © 1984, Financial Accounting Standards Board                    Not for redistribution

power," or other amounts that they perceive as representative of long-term earning ability of an enterprise, as a significant step in comparing the market price of an equity security with its "intrinsic value." Those estimates and analyses are part of financial analysis, not financial reporting,[17] but financial accounting facilitates financial analysis by, among other things, classifying financial statement information in homogeneous groups.[18]

29.    Important uses of information about an entity's financial position include helping users to assess factors such as the entity's liquidity, financial flexibility, profitability, and risk. Comparisons among entities and computations of rates of return are enhanced to the extent that significant asset and liability groupings are homogeneous in general characteristics and measurement.

**Statements of Earnings and Comprehensive Income**

30.    Statements of earnings and comprehensive income together reflect the extent to which and the ways in which the equity of an entity increased or decreased from all sources other than transactions with owners during a period. Investors, creditors, managers, and others need information about the causes of changes in an entity's assets and liabilities—including results of its ongoing major or central operations, results of its incidental or peripheral transactions, and effects of other events and circumstances stemming from the environment that are often partly or wholly beyond the control of the entity and its management.

31.    Effects of an entity's various activities, transactions, and events differ in stability, risk, and predictability, indicating a need for information about various components of earnings and comprehensive income. That need underlies the distinctions between revenues and gains, between expenses and losses, between various kinds of gains and losses, and between measures found in present practice such as income from continuing operations and net income.[19]

32.    Since the parts of a financial statement may be more useful to decision makers than the whole (paragraphs 20-22), this Statement emphasizes usefulness of components, interrelationships, and different perspectives as well as usefulness, collectively and individually, of financial statements.

*Earnings*

33.    The concept of earnings described in this Statement is similar to net income in present practice. It includes almost all of what is in present net income for a period, and a statement of earnings based on it will be much like a present income statement. Present practice accepts a variety of terms for net income, and the Board anticipates that net income, profit, net loss, and other equivalent terms will continue to be used in financial statements as names for earnings. However, earnings is not exactly the same as present net income, and this Statement uses the term *earnings* in part to distinguish the concept described here from present net income.

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

34.  Earnings does not include the cumulative effect of certain accounting adjustments of earlier periods that are recognized in the current period.[20] The principal example that is included in present net income but excluded from earnings is the cumulative effect of a change in accounting principle, but others may be identified in the future.  Earnings is a measure of performance for a period and to the extent feasible excludes items that are extraneous to that period—items that belong primarily to other periods.[21] The following condensed statements show the similarities and major existing difference between earnings and present net income.

|  | Present Net Income | | Earnings | |
|---|---|---|---|---|
| Revenues |  | 100 |  | 100 |
| Expenses |  | 80 |  | 80 |
| Gain from unusual source |  | (3) |  | (3) |
| Income from continuing operations |  | 23 |  | 23 |
| Loss on discontinued operations |  |  |  |  |
| Income from operating discontinued segment | 10 |  | 10 |  |
| Loss on disposal of discontinued segment | 12 | 2 | 12 | 2 |
| Income before extraordinary items |  |  |  | 21 |
| and effect of a change in accounting principle |  | 21 |  |  |
| Extraordinary loss | 6 |  |  | 6 |
| Cumulative effect on prior years of a |  |  |  |  |
| change in accounting principle | 2 | 8 |  |  |
| Earnings |  |  |  | 15 |
| Net Income |  | 13 |  |  |

35.  The Board expects the concept of earnings to be subject to the process of gradual change or evolution that has characterized the development of net income.  Present practice has developed over a long time, and that evolution has resulted in significant changes in what net income reflects, such as a shift toward what is commonly called an "all-inclusive" income statement.  Those changes have resulted primarily from standard-setting bodies' responses to several factors, such as changes in the business and economic environment and perceptions about the nature and limitations of financial statements, about the needs of users of financial statements, and about the need to prevent or cure perceived abuse(s) in financial reporting.  Those factors sometimes may conflict or appear to conflict.  For example, an all-inclusive income statement is intended, among other things, to avoid discretionary omissions of losses (or gains) from an income statement, thereby avoiding presentation of a more (or less) favorable report of performance or stewardship than is justified.  However, because income statements also are used as a basis for estimating future performance and assessing future cash flow prospects, arguments have been advanced urging exclusion of unusual or nonrecurring gains and losses that might reduce the usefulness of an income statement for any one year for predictive purposes.

Copyright © 1984, Financial Accounting Standards Board

36.     Earnings is a measure of performance during a period that is concerned primarily with the extent to which asset inflows associated with cash-to-cash cycles [22] substantially completed (or completed) during the period exceed (or are less than) asset outflows associated, directly or indirectly, with the same cycles. Both an entity's ongoing major or central activities and its incidental or peripheral transactions involve a number of overlapping cash-to-cash cycles of different lengths. At any time, a significant proportion of those cycles is normally incomplete, and prospects for their successful completion and amounts of related revenues, expenses, gains, and losses vary in degree of uncertainty. Estimating those uncertain results of incomplete cycles is costly and involves risks, but the benefits of timely financial reporting based on sales or other more relevant events, rather than on cash receipts or other less relevant events, outweigh those costs and risks.

37.     Final results of incomplete cycles usually can be reliably measured at some point of substantial completion (for example, at the time of sale, usually meaning delivery) or sometimes earlier in the cycle (for example, as work proceeds on certain long-term, construction-type contracts), so it is usually not necessary to delay recognition until the point of full completion (for example, until after receivables have been collected and warranty obligations have been satisfied). Guidance for applying recognition criteria to components of earnings (paragraphs 78-87) helps define earnings by aiding in making those determinations.

38.     Earnings focuses on what the entity has received or reasonably expects to receive for its output (revenues) and what it sacrifices to produce and distribute that output (expenses). Earnings also includes results of the entity's incidental or peripheral transactions and some effects of other events and circumstances stemming from the environment (gains and losses). [23]

*Comprehensive Income*

39.     Comprehensive income is a broad measure of the effects of transactions and other events on an entity, comprising all recognized changes in equity (net assets) of the entity during a period from transactions and other events and circumstances except those resulting from investments by owners and distributions to owners. [24]

40.     Just as a variety of terms are used for net income in present practice, the Board anticipates that total nonowner changes in equity, comprehensive loss, and other equivalent terms will be used in future financial statements as names for comprehensive income.

41.     Components of comprehensive income other than those that are included in earnings present no recognition problems in addition to those involved in recognizing assets and liabilities, for which fundamental criteria are described later (paragraphs 58-77).

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

*Relationships between Earnings and Comprehensive Income*

42.   Earnings and comprehensive income have the same broad components—revenues, expenses, gains, and losses—but are not the same because certain classes of gains and losses are included in comprehensive income but are excluded from earnings.[25] Those items fall into two classes that are illustrated by certain present practices:

a.   Effects of certain accounting adjustments of earlier periods that are recognized in the period, such as the principal example in present practice, cumulative effects of changes in accounting principles, which are included in present net income but are excluded from earnings as set forth in this Statement (paragraphs 33 and 34)

b.   Certain other changes in net assets (principally certain holding gains and losses) that are recognized in the period, such as some changes in market values of investments in marketable equity securities classified as noncurrent assets, some changes in market values of investments in industries having specialized accounting practices for marketable securities, and foreign currency translation adjustments.[26]

Both classes and the items they comprise are subject to evolutionary change (paragraph 35).

43.   Differences between earnings and comprehensive income require some distinguishing terms.   The items in both classes described in paragraph 42 are gains and losses under the definitions in Concepts Statement 3 (paragraphs 67-73), but to refer to *some* gains and losses that are included in earnings and *other* gains and losses that are included in comprehensive income but are excluded from earnings is not only clumsy but also likely to be confusing.   This Statement therefore uses *gains* and *losses* for those included in earnings and uses *cumulative accounting adjustments* and *other nonowner changes in equity* for those excluded from earnings but included in comprehensive income.

44.   The relationships between earnings and comprehensive income described in the foregoing paragraphs mean that statements of earnings and comprehensive income complement each other something like this:[27]

| | | | | |
|---|---|---|---|---|
| + | Revenues | 100 | + Earnings | 15 |
| – | Expenses | 80 | – Cumulative accounting adjustments | 2 |
| + | Gains | 3 | | |
| – | Losses | 8 | + Other nonowner changes in equity | 1 |
| = | Earnings | 15 | = Comprehensive income | 14 |

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

*Financial Capital Maintenance*

45.   The full set of articulated financial statements discussed in this Statement is based on the concept of financial capital maintenance.

46.   An enterprise receives a return only after its capital has been maintained or recovered. The concept of capital maintenance, therefore, is critical in distinguishing an enterprise's return *on* investment from return *of* its investment.  Both investors and the enterprises in which they acquire an interest invest financial resources with the expectation that the investment will generate more financial resources than they invested.

47.   A return on financial capital results only if the financial (money) amount of an enterprise's net assets at the end of a period exceeds the financial amount of net assets at the beginning of the period after excluding the effects of transactions with owners.  The financial capital concept is the traditional view and is the capital maintenance concept in present financial statements.[28] In contrast, a return on physical capital results only if the physical productive capacity of the enterprise at the end of the period (or the resources needed to achieve that capacity) exceeds the physical productive capacity at the beginning of the period, also after excluding the effects of transactions with owners.  The physical capital maintenance concept can be implemented only if inventories and property, plant, and equipment (and perhaps other assets) are measured by their current costs, while the financial capital maintenance concept does not require measurement by a particular attribute.

48.   The principal difference between the two capital maintenance concepts involves the effects of price changes during a period on assets while held and liabilities while owed.  Under the financial capital concept, if the effects of those price changes are recognized, they are conceptually holding gains and losses (though they are commonly reported under other names)[29] and are included in the return on capital.  Under the physical capital concept, those changes would be recognized but conceptually would be capital maintenance adjustments that would be included directly in equity and not included in return on capital.   Both earnings and comprehensive income as set forth in this Statement, like present net income, include holding gains and losses that would be excluded from income under a physical capital maintenance concept.

*Recognition Implications of Earnings*

49.   Although recognition involves considerations of relevance and comparability, recognition criteria, conventions, and rules are primarily intended to increase reliability—they are means of coping with the uncertainty that surrounds business and economic activities.  Uncertainty in business and economic affairs is a continuum, ranging from mere lack of absolute sureness to a degree of vagueness that precludes anything other than guesswork.  Since uncertainty surrounds an entity's incomplete cash-to-cash cycles in varying degrees, measuring progress reliably involves determining whether uncertainty about future cash flows has been reduced to an

Copyright © 1984, Financial Accounting Standards Board                                    Not for redistribution

acceptable level.

50.    In response to uncertainty, there has been a general tendency to emphasize purchase and sale transactions and to apply conservative procedures in accounting recognition.  Perceptions about characteristics such as realizability and volatility may also help to explain why some events are recognized in present practice while others are not.  For example, revenues are sometimes recognized before sale if readily realizable (if sale is a more-or-less effortless or perfunctory activity, and uncertainty about amounts involved is reduced to an acceptable level by quoted prices for interchangeable units in active markets or other reliable measures.[30]) Those characteristics may also help to explain certain special recognition rules.  For example, so-called translation adjustments from translating foreign currency financial statements are excluded from net income but are reported separately in comprehensive income (paragraphs 39 and 42) because they are considered not only unrealized but also unrealizable short of sale or liquidation of the investment in the entity.  Effects of exchange rate changes on the net investment are considered too uncertain and remote to be included in operating results.[31]  Similarly, a reason commonly given for the same treatment for certain changes in market values of investments in marketable equity securities is that they may be temporary, and temporary fluctuations in market values of long-term investments should not be included in net income.[32]

51.    Since earnings in this Statement is similar to net income for a period in present practice, criteria and guidance given in the Statement for recognizing components of earnings (paragraphs 58-87) are generally similar to revenue and expense recognition criteria or rules in present practice.  Future standards may change what is recognized as components of earnings (paragraph 35).  Moreover, because of the differences between earnings and comprehensive income, future standards also may recognize certain changes in net assets as components of comprehensive income but not as components of earnings.[33]

**Statement of Cash Flows**

52.    A statement of cash flows directly or indirectly reflects an entity's cash receipts classified by major sources and its cash payments classified by major uses during a period.  It provides useful information about an entity's activities in generating cash through operations to repay debt, distribute dividends, or reinvest to maintain or expand operating capacity; about its financing activities, both debt and equity; and about its investing or spending of cash.  Important uses of information about an entity's current cash receipts and payments include helping to assess factors such as the entity's liquidity, financial flexibility, profitability, and risk.

53.    Since neither earnings nor comprehensive income measured by accrual accounting is the same as cash flow from operations, cash flow statements provide significant information about amounts, causes, and intervals of time between earnings and comprehensive income and cash receipts and outlays.  Users commonly consider that information in assessing the relationship between earnings or comprehensive income and associated cash flows.

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution