# EXHIBIT 4

**SAB 100: Restructuring and Impairment Charges**
Issued November 1999

- Expresses views of SEC staff regarding accounting for, and disclosure of, certain expenses commonly reported in connection with exit activities and business combinations.
- Key accounting issues include:
  - Accrual of exit and employee termination costs
  - SEC staff frequently requests greater disaggregation and more precise labeling for exit and termination costs
  - Timing and amount of impairment
  - Restructurings
    - One-year time horizon as an absolute
    - SEC staff often considers disclosures insufficient

**SAB 101: Revenue Recognition**
Issued December 1999, clarification of existing rules

- Addresses SEC's concerns regarding completion of the earnings process for purposes of revenue recognition
- Contains examples setting forth SEC's belief that revenue generally is realized or realizable and earned when all the following criteria are met:
  - Persuasive evidence of an arrangement exists
  - Product delivery has occurred or services have been rendered
  - The seller's price to the buyer is fixed and determinable
  - Collectability is reasonably assured
- Overstatement of revenues has been a major factor in many SEC enforcement cases.

CONFIDENTIAL                                                                                     D&T 0019452