# EXHIBIT 5

Preparer: TJR 12/6/1999
Reviewer: RJB 12/8/1999

Memo: Gross versus Net - Presentation (12/6/99)                    8107i: 1/2



# Memo

Telephone:
Facsimile:

Date:    December 6, 1999
To:      File
From:    T. Restivo
Subject: Gross v. Net Revenue Presentation

Note: Consulted with Phil Callif, National Office, Accounting Research, regarding the newly released SAB 101; confirmed with Phil that there is not much substance and/or guidance contained in SAB 101. Confirmed with Phil that priceline's position related to Gross v. Net remains reasonable, and believes that priceline's prior presentation is consistent with existing literature. Phil mentioned that the issue will be placed on the EITF agenda and be addressed within the next few months, but does not anticipate any consensus until probably summer of 2000.

The issue related to gross or net revenue presentation has been recently addressed on December 3, 1999 in Staff Accounting Bulletin 101 ("SAB 101") on Revenues.

*SAB 101, Relevant excerpt on G v N presentation is presented as follows:*

### 5. Income Statement Presentation

Question 10

**Facts:** Company A operates an internet site from which it will sell Company T's products. Customers place their orders for the product by making a product selection directly from the internet site and providing a credit card number for the payment. Company A receives the order and authorization from the credit card company, and passes the order on to Company T. Company T ships the product directly to the customer. Company A does not take title to the product and has no risk of loss or other responsibility for the product. Company T is responsible for all product returns, defects, and disputed credit card charges. The product is typically sold for $175 of which Company A receives $25. In the event a credit card transaction is rejected, Company A loses its margin on the sale (*i.e.*, the $25).

Restored       Priceline 12/31/99 [Restored]
Deloitte Touche   Period End: 12/31/1999                          8/10/2005 1:56:11 PM

**CONFIDENTIAL**                                                    D&T 0017416

Preparer: TJR 12/6/1999
Reviewer: RJB 12/8/1999

Memo: Gross versus Net - Presentation (12/6/99)    8107i: 2/2

**Question:** In the staff's view, should Company A report revenue on a gross basis as $175 along with costs of sales of $150 or on a net basis as $25, similar to a commission?

**Interpretive Response:** Company A should report the revenue from the product on a net basis. In assessing whether revenue should be reported gross with separate display of cost of sales to arrive at gross profit or on a net basis, the staff considers whether the registrant:
1. acts as principal in the transaction,
2. takes title to the products,
3. has risks and rewards of ownership, such as the risk of loss for collection, delivery, or returns, and
4. acts as an agent or broker (including performing services, in substance, as an agent or broker) with compensation on a commission or fee basis.

If the company performs as an agent or broker without assuming the risks and rewards of ownership of the goods, sales should be reported on a net basis.

Priceline 12/31/99 [Restored]
Period End: 12/31/1999

8/10/2005 1:56:11 PM

**CONFIDENTIAL**    D&T 0017417