# EXHIBIT 7

# PRICELINE.COM INCORPORATED

## RESOLUTIONS OF THE
## BOARD OF DIRECTORS

### September 21, 1999

WHEREAS, the Board of Directors of priceline.com Incorporated ("Priceline") deems it advisable and in the best interests of Priceline to license (the "License") (i) Priceline's core buyer-driven commerce patent, and certain other patents used by Priceline in the Priceline business (the "Patents"), and (ii) the name "priceline", the phrase "name your price", and such other proprietary names, marks, phrases, whether registered or unregistered (together with the Patents, collectively the "Intellectual Property"), to Priceline WebHouse Club, Inc., a Delaware corporation ("WebHouse") (and presently a wholly-owned subsidiary of Walker Digital Corporation, a Connecticut corporation and a current stockholder of Priceline), substantially in accordance with the terms and conditions set forth in the Memorandum of Paul E. Francis, Chief Financial Officer of Priceline, dated September 19, 1999 and attached to these resolutions (the "Memorandum"); and

WHEREAS, in connection with and as part of the License by Priceline of the Intellectual Property contemplated by the Memorandum, the Board of Directors deems it advisable and in the best interest of Priceline to host the business of WebHouse on the Priceline.com Website and to provide joint marketing services in respect of co-branding and co-positioning the internet businesses of Priceline and WebHouse (the "Website Hosting and Market Arrangements"), in each case substantially in accordance with the terms set forth in the Memorandum; and

WHEREAS, the Board of Directors of Priceline deems it advisable and in the best interests of Priceline to accept a warrant from WebHouse to purchase up to 75% of the fully diluted capitalization of WebHouse (consisting of approximately 137.5 million shares of WebHouse common stock at an exercise price of $3.00 per share), substantially in accordance with the terms and conditions set forth in the Memorandum (the "Warrant").

NOW, THEREFORE, BE IT

RESOLVED, that the License of the Intellectual Property, the Hosting and Marketing Arrangements and the Warrant, each as generally described in the Memorandum, be, and each hereby is, approved and adopted in all respects by the Board of Directors of Priceline; and be it further

RESOLVED, that the appropriate officers of Priceline be, and each of them hereby is, authorized and directed to negotiate, enter into, execute

4814.1  2/7/00 5:22:02 PM

Confidential

and deliver, for and on behalf of Priceline, all agreements, documents, certificates and other instruments required by, or deemed necessary, advisable or appropriate by, any such officer, in connection with the transactions contemplated by the Memorandum including, without limitation, all agreements, documents, certificates and other instruments required by, or deemed necessary, advisable or appropriate to effect and consummate the License, the Website Hosting and Market Arrangements and the Warrant (the "Transaction Documents"), each having terms and conditions substantially in accordance with those set forth in the Memorandum together with such changes, additions or modifications thereto as may be deemed necessary, appropriate or advisable by the officer or officers executing the same on behalf of Priceline, the execution thereof by such officer or officers to be conclusive evidence of the approval by them of such changes, additions or modifications; and be it further

RESOLVED, that the proper officers of Priceline be, and each of them hereby is, authorized, in the name and on behalf of Priceline, to prepare, negotiate, execute and deliver such other documents, agreements, certificates and instruments required by, or deemed necessary, advisable or appropriate, to consummate and effect the transactions contemplated by the Memorandum and/or the Transaction Documents (the "Collateral Documents"); and be it further

RESOLVED, that the terms and provisions of the Transaction Documents and the Collateral Documents, as evidenced by the definitive Transaction Documents and the definitive Collateral Documents, as executed and delivered by any appropriate officer of Priceline be, and each hereby is, approved and adopted in all respects by this Board of Directors of Priceline; and be it further

RESOLVED, that the proper officers of Priceline by, and each of them hereby is, authorized, in the name and on behalf of Priceline, to take all such further actions as such officer or officers deem necessary, appropriate or advisable to consummate all transactions contemplated or required by these resolutions and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to accomplish the same; and be it further

RESOLVED, that all actions heretofore taken by any officer of Priceline in connection with the transactions contemplated by the forgoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects.

4814.1  2/7/00 5:22:02 PM

Confidential