# EXHIBIT 9

# Deloitte & Touche

Deloitte & Touche LLP
For Remittance Only
P.O. Box 1613
Stamford, Connecticut 06920-1613
Telephone: (888) 258-4772
Facsimile: (615) 882-7886
Taxpayer I.D. No. 13-3891517

Priceline.com
Five High Ridge Park
Stamford, CT 06905

INVOICE NUMBER: 06236482

DATE: November 5, 1999
Ref: PRI1683RB/TR

Attn: Mr. Thomas D'Angelo
Vice President - Finance

For professional services rendered in connection with:

| | |
|---|---:|
| Interim review procedures for the quarter ended September 30, 1999...... | $16,000 |
| Consultation on various accounting issues through October 16, 1999...... | 63,500 |
| Expenses.................................................................................................. | 2,780 |
| Amount due............................................................................................... | $82,280 |

D&T Stamford
Any questions, call
JOAN STRONG at
(203) 708-4766

APPROVALS

| BILLING CONSULTATION INITIALS | BILLING PARTNER'S INITIALS |
|---|---|
| | RB/TR/J |

### INVOICE BREAKDOWN

| SA NUMBER (3-4) | DIV NUMBER (4) | PROF. FEES & EXPENSES (8.2) | SALES TAX (7.2) | TAXABLE SALES (8.2) | TAXING JURIS (2) | 80% MEALS BILLED (8.2) | TOTAL INVOICE AMOUNT (10.2) |
|---|---|---|---|---|---|---|---|
| See attached | | | | | | | |

| CHECK BOX IF: | ORIGINAL INVOICE NUMBER (8) | ORIGINAL INVOICE DATE (MM/DD/YY) | ORIGINAL INVOICE AMOUNT (10.2) | ORIGINAL SA/BILLING GROUP (3-4/2-5) |
|---|---|---|---|---|
| ☐ AMENDING AN INVOICE | | | | |

LOCAL OFFICE-DATA ENTRY COPY

D&T 0069245

CONFIDENTIAL