# EXHIBIT 10

October 15, 1999  *Via Facsimile*

Mr. Ernie Scheidemann
Priceline Webhouse Club, Inc.
1 High Ridge Park
Stamford, CT 06905

Dear Ernie:

Enclosed is the draft of our engagement letter. Paul suggested that I forward it to you for your comments before finalizing.

Also, I would like to bill you for $25,000 on account for the time to date involved with the various reviews of the terms sheets for Priceline Webhouse Club, the Priceline Webhouse Club 1999 Omnibus Plan, and initial discussions relating to revenue recognition issues.

Please give me a call at 203-708-4731.

Best regards,


Andrew L. Wallace
Partner

/bl
enclosure

**CONFIDENTIAL**                                      D&T 0019515