# EXHIBIT 11

# Deloitte & Touche

*faxed + mailed 11/30/99*

Deloitte & Touche LLP
For Remittance Only
P.O. Box 1613
Stamford, Connecticut 06920-1613
Telephone: (888) 258-4772
Facsimile: (615) 882-7886
Taxpayer I.D. No. 13-3891517

INVOICE NUMBER: 06237877

priceline.com
5 High Ridge Park
Stamford, CT 06905

November 23, 1999
REF: PRI-1695/DA

Attn: Mr. Thomas D'Angelo

Any questions call
Marian, D&T Stamford
203-708-4676

For professional tax services rendered from September 19, 1999 through October 16, 1999 in connection with the following:

- Research, analysis and preparation for meetings related to the potential income and/or loss recognition from the various open and closed positions of the airline participation warrants and the WebHouse Club warrants (in process) .................................................. $35,000.00

- Research, telephone conversations, and meetings to discuss the employment tax implications of hiring an employee in France ............ 3,800.00

- Research and consultation with the National Tax office to determine potential penalty exposure on the collection of transportation excise tax ...................................................................................... 4,600.00

- Preparation of the final Federal and State tax returns for Priceline Travel's short period ended March 16, 1999 .................................. 2,200.00

- Research, meetings and consultation regarding proposed joint venture structure for Australia (in process) ........................................ 14,850.00

## INVOICE BREAKDOWN

| SS NUMBER | DIV NUMBER | PROF FEES & EXPENSES | SALES TAX | TAXABLE SALES TAX | TAXING JURIS | MEALS BILLED | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| PRI-1695 | | $87,350.00 | | | | | $87,350.00 |

| CHECK BOX IF: | ORIGINAL INVOICE NUMBER | ORIGINAL INVOICE DATE (MM/DD/YY) | ORIGINAL INVOICE AMOUNT | ORIGINAL BILLING GROUP |
|---|---|---|---|---|
| [X] AMENDING AN INVOICE | 06472481 | Nov. 12, 1999 | $80,000.00 | PRI-1695 |

LOCAL OFFICE-CLIENT FILE COPY

CONFIDENTIAL

D&T 0069299