# EXHIBIT 12

# Deloitte & Touche

Priceline.com
Five High Ridge Park
Stamford, CT 06905

Attn:  Mr. Thomas D'Angelo
       Vice President – Finance

Deloitte & Touche LLP
For Remittance Only
P.O. Box 1613
Stamford, Connecticut 06920-1613
Telephone: (888) 258-4772
Facsimile: (615) 882-7886
Taxpayer I.D. No. 13-3891517

INVOICE NUMBER: 06237816

DATE: March 23, ~~1999~~ 2000

Re: PRI1683/RJB

---

For professional services rendered through March 4, ~~1999~~ 2000 in connection with:

- For professional services rendered in connection with 1999 audit ............... $ 190,000
- Less: billing on account                                                          37,500
- Amount due in connection with 1999 audit                                         152,500

- For professional services, including expenses, rendered through March 4, 1999 in connection with accounting and M&A consultation and research related to: 1) priceline Webhouse Club warrant, contract and accounting, 2) priceline Europe warrant, warrant valuation, terms and structure, 3) priceline Asia structure, 4) employee stock options, 5) rental car structure, agreement and accounting, 6) telephony agreements, structure, and accounting, 7) 401(k) plan compliance and audit requirements, 8) emerging accounting issues and 9) miscellaneous accounting ............................. 129,946

Amount due ........................................................................................ $ 282,446

APPROVALS
BILLING CONSULTATION INITIALS / BILLING PARTNER'S INITIALS

RJB/TR/bl

### INVOICE BREAKDOWN

| SA NUMBER (3-4) | DIV. NUMBER (4) | PROF. FEES & EXPENSES (8,2) | SALES TAX (7,2) | TAXABLE SALES (8,2) | TAXING JURIS (2) | 80% MEALS BILLED (8,2) | TOTAL INVOICE AMOUNT (10,2) |
|---|---|---|---|---|---|---|---|
| PRI-1683 | | $282,446 | | | | | $282,446 |

| CHECK BOX IF: | ORIGINAL INVOICE NUMBER (8) | ORIGINAL INVOICE DATE (MM/DD/YY) | ORIGINAL INVOICE AMOUNT (10,2) | ORIGINAL SA/BILLING GROUP (3-4/2-5) |
|---|---|---|---|---|
| ☐ AMENDING AN INVOICE | | | | |

LOCAL OFFICE-DATA ENTRY COPY

CONFIDENTIAL

D&T 0069246