# EXHIBIT 15

## priceline.com

Conversation with Skadden, Arps

- Discussing WHC
  - If we can't value, then keep open
  - "We" think it makes sense to identify <u>property</u> so that it can be <u>closed</u>.
- Have warrants revised to say its for <u>property</u> (not services)

<u>Jody Question</u>

- Is license "proof"?
  - <u>Kathy</u> - unclear, maybe we come up with a <u>value</u>.
  - Get valuation expert to <u>value</u>.
- Delta distinguishable since exercised (timing) tied to ticket sales.
- Maybe smaller warrants, close

<u>Bob Mylod, Paul (Frances)</u>

<u>Kathy</u>

- They'll call S&S and communicate <u>intent</u>, and specific intent to change agreements re: property and services.

<u>Jodi</u>   <u>2 things management needs to know</u>

1. Rec. risk of WHC
2. Risk w/treatment not respected by IRS, even though we decide to treat as closed.

H:\clients\P\PriceLine\client notes\1018.99notes.doc

CONFIDENTIAL

D&T 0082499