# EXHIBIT 16



# Memo

Date: October 20, 1999
To: Jodi Dottori
From: T. Restivo
Subject: Webhouse Agreement

I wanted to coordinate any communications that DT may have had with various priceline staff.

In order to get fixed accounting for the WebHouse Warrant on Webhouse's books, it is necessary to include the following in the relevant agreements;

Warrant Agreement:

1. Vested upon grant and cliff exercise at the end of 5 years – this will avoid the potential of the warrant ever not being exercisable via the significantly contingent early trigger events (e.g. IPO, etc.).

2. Earlier exercise upon the achievement/occurrence of certain events.

License agreement

1. Include a significant disincentive in the license agreement – should be substantive (i.e., at least as much of a percentage as the previously issued, second Northwest Warrant). Establishing a significant disincentive would establish a performance commitment and related fixed measurement date (i.e., fixed valuation). Such a fixed measurement date will be the date of grant by WebHouse.

Other Items

Warrant Appraisal (Valuation) - It is imperative that both priceline and WebHouse obtain an independent third party, valuation/appraisal for the warrant; it is acceptable if the valuations do not exactly coincide, but I would expect that they are reasonably similar.

Webhouse will book the appraised amount, and amortize over the life of the license agreement. Upon grant, priceline would then own a derivative financial instrument, which will be marked to market quarterly; any fluctuations will run through the P&L.

Note: Webhouse Accounting – Webhouse accounting will mirror priceline's accounting for the second northwest warrant; such fixed valuation will be capitalized and amortized on Webhouse's

Deloitte Touche
Tohmatsu

CONFIDENTIAL

D&T 0037968

Webhouse Agreement     2

books, as well as recorded as a derivative instrument on priceline's books and marked to market on a quarterly basis.

### Webhouse books

Dr.  Asset
    Cr  APIC

To recognize value of webhouse warrant granted to priceline.

Dr.  Expense
    Cr  Asset

To amortize the value of the webhouse warrant over the license period (5? Or 17? Years).

### priceline's books

Dr  Warrant
    Cr Deferred Revenue

To recognize the value of the warrant issued to priceline.

Dr  Deferred Revenue
    Cr  Fee Revenue

To recognize the value of the warrant earned over the license period (5? Or 17? Years).

Dr  Warrant
    Cr Deferred Revenue

To mark to market the estimated value of the warrant.

cc:  Bob Mylod
    Tom D'Angelo
    Bob Bass
    Tom D'Angelo
    Dave Accampora
    Robert Diskin

CONFIDENTIAL

D&T 0037969