# EXHIBIT 18

TO        FILES
FROM      ROBERT J BASS
DATE      NOVEMBER 8, 1999
SUBJECT   PRICELINE/WEBHOUSE

DREW WALLACE (LCSP-WEBHOUSE) AND I HAVE REVIEWED VARIOUS DRAFTS OF THE WEBHOUSE AGREEMENTS. WEH HAVE ALSO ATTENED MEETINGS WHICH HAVE INCLUDED COUNSEL TO THE COMPANIES, OUR TAX PARTNERS AND REPRESENTATIVES OF THE COMPANY. DREW AND I HAVE BEEN ASKED TO FOCUS ON THE ACCOUNTING FOR THE WARRANT AND CONSOLIDATION. WE HAVE CONSULTED WITH JIM SCHNURR ON CONSOLIDATION AND PHIL CALIFF AS TO THE WARRANT.

AS TO THE WARRANT WE BELIEVE AS LONG AS THE WARRANT MEETS THE GUIDELINES OF 96-18 AND REQUIRES NO FURTURE SERVICES TO BE RENDERED, IS FULLY VESTED UPON GRANT, CANNOT BE FORFEITED AND IS EXCERISABLE IN A REASONABLE PERIOD OF TIME, THEN PRICELINE CAN RECOGNIZE INCOME WHEN THE WARANT IS RECEIVED AND WEBHOUSE CAN EXPENSE WHEN ISSUED.

AS TO CONSOLIDATION, WE HAVE LOOKED AT CONTROL WHICH INCLUDE CONTROL OF THE BOARD AND VOTING RIGHTS. WE BELIEVE THAT PRICELINE WILL NOT CONTROL THE WEBHOUSE BOARD. PRICELINE DOES HAVE CERTAIN SUPER MAJORITY RIGHTS, BUT THESE DO NOT PROVIDED FOR CONTROL-THEY CAN ONLY PREVENT CERTAIN THINGS FROM HAPPENING.

CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0000410