# EXHIBIT 22

7/30 WPDHouse 4/27/01

CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0000401

WH - Mitch+

CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0000455

WeBHouse Warrant - Documentation of Intent.    TP

_WeBHouse Warrant - Documentation of Intent._  TP

Deloitte & Touche
Stamford Harbor Park
333 Ludlow Street
P.O. Box 10098
Stamford, CT 06904-2098

The "Priceline Warrant" (as defined in those certain agreements, dated as of October 26, 1999, between priceline.com Incorporated ("priceline") and Priceline WebHouse Club, Inc. ("WebHouse"), was issued solely as an inducement for priceline to enter into a relationship with WebHouse. The grant of the Priceline Warrant by WebHouse was not contingent upon the successful negotiation of other agreements or the provision of any future service. The Priceline Warrant was fully vested upon grant, is non-forfeitable and is exercisable five years after the date of issuance or earlier upon the occurrence of certain specified events. These facts with respect to the Priceline Warrant are consistent with the financial statement disclosures of priceline and WebHouse with respect to the year ended December 31, 1999. We are in the process of amending certain agreements that were entered into by the undersigned as of October 26, 1999 so that they accurately reflect the original intent and substance underlying the issuance of the Priceline Warrant.

priceline.com Incorporated

By: _[signature]_

Priceline WebHouse Club, Inc.

By: _____

Note: See next page for WebHouse sign-off

D&T 0000456

CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0000456

Deloitte & Touche
Stamford Harbor Park
333 Ludlow Street
P.O. Box 10098
Stamford, CT 06904-2098

The "Priceline Warrant" (as defined in those certain agreements, dated as of October 26, 1999, between priceline.com Incorporated ("priceline") and Priceline WebHouse Club, Inc. ("WebHouse"), was issued solely as an inducement for priceline to enter into a relationship with WebHouse. The grant of the Priceline Warrant by WebHouse was not contingent upon the successful negotiation of other agreements or the provision of any future service. The Priceline Warrant was fully vested upon grant, is non-forfeitable and is exercisable five years after the date of issuance or earlier upon the occurrence of certain specified events. These facts with respect to the Priceline Warrant are consistent with the financial statement disclosures of priceline and WebHouse with respect to the year ended December 31, 1999. We are in the process of amending certain agreements that were entered into by the undersigned as of October 26, 1999 so that they accurately reflect the original intent and substance underlying the issuance of the Priceline Warrant.

priceline.com Incorporated                    Priceline WebHouse Club, Inc.

By:_____              By: _____


CONFIDENTIAL DISCOVERY
MATERIAL REQUESTED BY
DELOITTE & TOUCHE LLP

D&T 0000457

2/2