# EXHIBIT 23

April 14, 2000

Deloitte & Touche
Stamford Harbor Park
333 Ludlow Street
P.O. Box 10098
Stamford, CT 06904-2098

The "Priceline Warrant "(as defined in the various October 26, 1999 agreements between pricline.com ("priceline") and Priceline WebHouse Club, Inc. ("WHC") ) was entered into solely as an inducement for priceline to enter into a relationship with WHC. The grant of the warrant was not contingent upon the successful negotiation of other subsequent agreements or the providing of any future service. The warrant is non-forfeitable, fully vested upon grant, and exercisable in five years or earlier upon the occurrence of certain events. This intent is also consistent with the financial statement disclosures of priceline and WHC. We are in the process of amending certain agreements (Securityholders' Agreement, Intellectual Property License Agreement, Marketing and Technical Services Agreement, Warrant Agreement, Services Agreement, and Asset Contribution Agreement) entered into on October 26, 1999 so that they accurately reflect the original intent and substance underlying the warrant grant. We do not believe it is necessary to amend the Subscription Agreement since priceline is not a party to such agreement.

_____          _____

       priceline.com                               Priceline Webhouse Club, Inc.

**CONFIDENTIAL**                                    **D&T  0020471**