# EXHIBIT 24

May , 2000

Deloitte & Touche
Stamford Harbor Park
333 Ludlow Street
P.O. Box 10098
Stamford, CT 06904-2098

The "Priceline Warrant "(as defined in the various October 26, 1999 agreements between Pricline.com and Webhouse ) was entered into solely as an inducement of Priceline.com to enter into a relationship with Webhouse. The grant of the Warrant was not contingent upon the successful negotiation of other subsequent agreements or the providing of any future service. The warrant is non-forfeitable, fully vested upon grant, and exercisable in five years or earlier upon the occurrence of certain events. This intent is also consistent with the financial statement disclosures of Priceline and Webhouse. We are in the process of amending certain agreements (list agreements) entered into on October 26, 1999 so that they accurately reflect the original intent and substance underlying the Warrant grant. We do not believe it is necessary to amend the Subscription Agreement since Priceline is not a party to such agreement.

_____                    _____

Priceline.com                                                                  Priceline Webhouse Club, Inc.

D&T 0069226.03

CONFIDENTIAL