# EXHIBIT 29

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the year ended: December 31, 2000   Commission File No.: 0-25581

**priceline.com Incorporated**

(Exact name of Registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware** (State or other Jurisdiction of Incorporation) | 0-25581 (Commission File Number) | 06-1528493 (I.R.S. Employer Identification No.) |
| **800 Connecticut Avenue, Norwalk, Connecticut** (Address of Principal Office) | | 06584 (Zip Code) |

Registrant's telephone number, including area code: **(203) 299-8000**

Securities Registered Pursuant to Section 12(b) of the Act
None

Securities Registered Pursuant to Section 12(g) of the Act:
Common Stock, par value $0.008 per share

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

The aggregate market value of common stock held by non-affiliates of priceline.com as of March 10, 2001 was approximately $264,900,743 based upon the closing price reported on March 9, 2001 on the Nasdaq National Market. For purposes of this disclosure, shares of common stock held by persons who are known by priceline.com to own more than 5% of the outstanding shares of common stock and shares held by current executive officers and directors of priceline.com have been excluded because such persons may be deemed to be affiliates of priceline.com. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

The number of outstanding shares of priceline.com's common stock was 200,583,505 as of March 10, 2001.

8171.1  4/17/01 11:19:49 AM

CONFIDENTIAL

D&T 0020644

activities.

The components of the special charge are as follows:

|  | Charged in 2000 | Paid in 2000 | Expected To Be Paid In | |
|---|---|---|---|---|
|  |  |  | 2001 | 2002 |
| Employee expenses | $ 14,482 | $ 142 | $ 6,297 | $ 7 |
| Asset impairment | 17,107 | - | 1,373 | 236 |
| Other | 3,235 | 55 | 3,180 | - |
|  | $ 34,824 | $ 197 | $ 10,850 | $ 243 |

Employee expenses primarily represent costs associated with retention programs and the acceleration of employee loan forgiveness of $8.0 million. During the fourth quarter 2000, we incurred $5.7 million of expense related to retention bonuses paid to employees as part of our turnaround plan.

Asset impairments consist primarily of the write-down to estimated net realizable value of receivables or loans (either loans to independent licensees or receivables that represented reimbursable expenses that were incurred on the licensee's behalf as part of the contractual arrangement) from independent licensees that ceased or significantly restructured their operations during the fourth quarter 2000, including approximately $7.8 million related to Myprice, the Australian based company launched in early 2000 to introduce our buyer-driven commerce platform to Australia and New Zealand, $1.7 million related to WebHouse Club and $1.1 million related to Perfect Yardsale. Asset impairment also includes a charge of $6.3 million for the unrecoverable reimbursable expenses due to us from Walker Digital in connection with Walker Digital's contractual obligations to fund certain patent and intellectual property litigation costs. Other includes amounts accrued for our estimated exposure for litigation related to shareholder lawsuit costs and other claims.

*Warrant Costs*

In the fourth quarter 2000, we amended the terms of certain warrants to purchase our common stock held by Delta Air Lines, Inc. As a result, we recorded an $8.6 million non-cash charge. In connection with the amendment, we reduced the number of shares underlying the warrant to 4.67 million shares from 5.5 million shares and reduced the exercise price from $56.63 per share to $4.72 per share.

*Write-Off of WebHouse Club Warrant*

On October 5, 2000, the Priceline WebHouse Club, Inc., a privately-held licensees of ours, announced that it would be ceasing operations. In the fourth quarter 1999, we received a warrant in WebHouse Club in exchange for services rendered and, upon receipt of the warrant, recognized approximately $189 million of income representing the estimated fair value of the warrant, based on an independent valuation. As a result of WebHouse Club ceasing operations, in the third quarter 2000, we recorded a non-cash charge of approximately $189 million to write off the full carrying value of the warrant.

36

8171.1 4/17/01 11:19:49 AM