# EXHIBIT 33

PRICELINE WEBHOUSE CLUB, INC.
CLIENT SERVICE SATISFACTION ASSESSMENT
1999

Drew Wallace and Rob Morris met with Ernie Scheidemann, Controller, Patti McGory, Director of Operations, and Mark Mirabile, Assistant Controller, to discuss the D&T client service team's (audit, tax and ERS) performance during the fiscal year ended June 2, 2000. The following comments were noted:

### Ernie Scheidemann – Controller

- Overall assessment – 6 (on a scale of 1 to 7).
- Told us to keep up the good work in the following categories (scored a 6 or 7):
    - Meeting commitments
    - Easy to work with or do business with
    - Communicating effectively
    - Forthright in dealing with difficult situations
    - Functioning as a cohesive team
- Believes the Company is receiving value for its money.
- Believes we help the Company meet their objectives through creative solutions to their accounting, internal control, and tax issues.
- Very pleased with the internal control projects performed by ERS.
- Doesn't feel there was closure to the audit and that he had much control over the late journal entries being made.
- Believes the tax fees are too expensive.
- Feels the sales tax specialists don't understand their business.
- Feels we could have used the statistical expert during the audit in a more strategic way. Example – Ask him to identify what percentage of T-log data is necessary for financial statement purposes (98%, 90% etc.).
- Doesn't like the fact we continue to revisit accounting questions/policies. Example – Tokens.

### Patti McGory – Director of Operations

- Overall assessment – 5 (on a scale of 1 to 7).
- Told us to keep up the good work in the following categories (scored a 6 or 7):
    - Meeting commitments
    - Being flexible and responsive
    - Easy to work with or do business with
    - Forthright in dealing with difficult situations
    - Functioning as a cohesive team
- Felt there wasn't closure to the audit.
- Was extremely pleased with the ERS revenue control study, however, was disappointed they didn't take their recommendations to the next step.
- Feels we do an excellent job working through the tough and unique accounting issues, and that we work with them to achieve their objectives.
- Feels the tax specialists don't understand their business.
- Feels we need to be more proactive in bring thoughts and new ideas to the Company's attention (client service comments and new accounting guidance).

**CONFIDENTIAL**

**D&T 0020438**

**Mark Mirabile – Assistant Controller**

- Overall assessment – 5 (on a scale of 1 to 7). He stated a 5 is the highest score he would give during a 1st time engagement.
- Told us to keep up the good work in the following categories (scored a 6 or 7):
    - Easy to work with or do business with
- Stated that audit and tax were very responsive to his requests and questions.
- Stated we communicated very effectively.
- Believes we work with the Company to determine the accounting for unique and difficult issues and stood by them, although he feels the firm (National Office) is a little inflexible.
- Believes we are technically competent and would like us to continue to keep him up to date on current issues (Be a teacher/mentor).
- Believes the most important aspect to an outside advisor is the ability to understand the business and bring new ideas.
- Feels all functions (audit, tax, ERS) need to work on communicating better with one another and sharing information.
- Feels tax did an excellent job working through the difficult issues, although he believes the services are too expensive.
- Felt the ERS revenue controls review was valuable, but was disappointed there wasn't more insight. He felt they confirmed what the Company already knew.
- His perception was that D&T first considered what was in the best interest of priceline.com, than considered what was best for WHC.

## COMPANY'S MOST IMPORTANT CLIENT SERVICE ATTRIBUTES

- Meeting commitments
- Being flexible and responsive
- Easy to work with (do business with)
- Communicating effectively
- Understanding the business and bring new ideas

CONFIDENTIAL

D&T 0020439