## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. | : | |
| SECURITIES LITIGATION | : | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | : | MASTER FILE NO. |
| | : | 3:00CV01884(AVC) |
| This document relates to: | : | |
| | : | July 19, 2007 |
| ALL ACTIONS | : | |

## MOTION TO FILE SUPPLEMENTAL DECLARATION

Lead Plaintiff Leisinger Pension Fund (the "LPF") respectfully moves to substitute the declaration it filed on June 21, 2007 with a supplemental declaration, which is attached as Exhibit A. The purpose of the supplemental declaration is to correct a mathematical error in the prior declaration. The supplemental declaration replaces the prior declaration in its entirety.

Respectfully submitted,

/s/ David R. Scott
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel:  (860) 537-5537
Fax:  (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan (CT21415)
19th Floor, Suite 1915
75 Rockefeller Plaza
New York, NY  10019
Tel:  (212) 710-1040
Fax:  (212) 710-1041

**SCOTT + SCOTT, LLP**
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH  44022

Tel: (440) 247-8200
Fax: (440) 247-8275

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

**Co-Lead Counsel for Plaintiffs**


### CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2007, a copy of the foregoing Plaintiffs' Motion To File Supplemental Declaration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

/s/ David R. Scott
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432

**Co-Lead Counsel for Plaintiffs**