UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION : : : : This document relates to: : : ALL ACTIONS : | MASTER FILE NO. 3:00CV01884(AVC) |

SUPPLEMENTAL DECLARATION OF LEAD PLAINTIFF LEISINGER
PENSION FUND IN SUPPORT OF REQUESTS FOR
REIMBURSEMENT OF COSTS AND EXPENSES

Pursuant to 28 U.S.C. § 1746, I, Felix Leisinger, on behalf of the Leisinger Pension Fund ("LPF"), declare under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge and belief.

1. I am an officer of LPF and submit this declaration in order to correct an inadvertent mathematical error in the "Declaration of Lead Plaintiff Leisinger Pension Fund" filed with the Court on June 21, 2007. In this declaration, LPF seeks payment of $52,500 for time expended directly relating to LPF's duties in its capacity as a Lead Plaintiff in this action.

2. LPF was appointed to serve as one of the Lead Plaintiffs in this case by order of the Court dated September 12, 2001. LPF has been actively involved in assisting Lead Counsel in prosecuting this lawsuit throughout the seven-year pendency of the case.

3. On LPF's behalf, I have communicated regularly with Lead Counsel via telephone and written correspondence regarding case strategy and case status. Lead Counsel provided me with the principle pleadings filed in the case, including all complaints, the Court's order on Defendants' motion to dismiss, class certification, various discovery matters and

settlement. On LPF's behalf, I also have responded to extensive written discovery propounded by the Defendants, provided testimony at a deposition during the class certification phase of the case, and consulted with Lead Counsel regarding the major decisions in the case.

4. In addition, since LPF's appointment as a Lead Plaintiff, and through the negotiations of the settlement, LPF was kept fully advised of and involved in this litigation by Lead Counsel. I authorized Lead Counsel to settle the claims against the Defendants for $80 million.

5. Based on records maintained over the course of this litigation, I have contributed 350 hours in assisting Lead Counsel and in keeping myself fully appraised of the status of the litigation in an effort to ensure that LPF was undertaking its Lead Plaintiff obligations carefully and on behalf of the Class. During the course of this litigation, the hourly rate at which I would have otherwise engaged in income-producing activities was $150.00.

6. My total lost wages, costs and expenses directly resulting from LPF's service as a Lead Plaintiff in this litigation was $52,500.

Executed this 17 day of July, 2007.

Felix Leisinger
On Behalf of the Leisinger Pension Fund