UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : MASTER FILE NO.: 3:00 CV 1884 (AVC) |
| This document relates to: | : |
| ALL ACTIONS | : JUNE 28, 2007 |

**UNOPPOSED MOTION TO SUBSTITUTE DELOITTE & TOUCHE LLP'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT [DOC. NO. 459] AND DECLARATION OF WILLIAM R. MAGUIRE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT [DOC. NO. 460] WITH DOCUMENTS UNDER SEAL**

Pursuant to Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, Deloitte & Touche LLP ("Deloitte") hereby moves to substitute Deloitte & Touche LLP's Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, filed on June 20, 2007 [Doc. No. 459] ("Opposition"), as well as the Declaration of William R. Maguire in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, filed on June 20, 2007 [Doc. No. 460] ("Declaration"), including attached exhibits, with documents to be sealed from the public record.[1]

On January 19, 2005, the Court entered a Protective Order governing the handling and use of documents in the instant litigation. On or about June 20, 2007, Deloitte inadvertently filed the Opposition and Declaration on the Court's public docket. However, a substantial portion of the Opposition and Declaration, as well as numerous exhibits attached thereto, contain

07/19/07. 3:00CV1884(AVC). Denied without prejudice to its refiling in accordance with the court's endorsement order on document number 466, filed simultaneously herewith.

Alfred V. Covello, U.S.D.J.