FILED

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : | MASTER FILE NO.: 3:00 CV 1884 (AVC) |
| This document relates to: | : : | |
| ALL ACTIONS | : | JUNE 28, 2007 |

## UNOPPOSED MOTION TO SEAL

Pursuant to Rule 5(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, Deloitte & Touche LLP ("Deloitte") hereby moves the Court to seal Deloitte & Touche LLP's Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, dated June 20, 2007 ("Opposition"), as well as the Declaration of William R. Maguire in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, dated June 20, 2007 ("Declaration"), including attached exhibits, submitted in support thereof.[1]

On January 19, 2005, the Court entered a Protective Order governing the handling and use of documents in the instant litigation. A substantial portion of the Opposition and Declaration, as well as numerous exhibits attached thereto, contain confidential information as defined by the Protective Order. As such, Deloitte's Opposition and the Declaration should not

```
07/19/07.  3:00CV1884(AVC).  Denied without prejudice to its
refiling.  Local Rule of Civil Procedure 7(a)(1) requires that
motions "be accompanied by a written memorandum of law."
Specifically, in this case, the movant has failed to outline the
specific areas of concern that warrant sealing the documents at
issue.
```

Alfred V. Covello, U.S.D.J.