UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| IN RE: PRICELINE.COM, INC. : | |
| SECURITIES LITIGATION : | |
| : | MASTER FILE NO. |
| : | 3:00-CV-1884(AVC) |
| This document relates to: : | |
| : | |
| ALL ACTIONS : | |

### RULING ON MOTION FOR OPT OUT ORDER

This is an action for damages brought on behalf of a class of all persons and entities who purchased or acquired Priceline.com securities during the class period of January 27, 2000 through October 4, 2000, and were damaged thereby. On May 4, 2007, the plaintiffs reached a settlement with the defendants, Priceline.com, Jay Walker, Dan Schulman, Richard Braddock and N.J. Nichols. On May 11, 2007, the court ordered, pursuant to federal rule of civil procedure 23, that the parties appear for a hearing on July 2, 2007 at 10:30 a.m., in order to address the fairness of the agreement and proposed attorneys fees. The order provides, in part, as follows:

> "[a] class member wishing to request exclusion from the class and the determinations and judgments in this action, shall do so by mailing their request for exclusion in written form by first class mail, postmarked no later than **June 8, 2007,** to the address in the notice and in accordance with the procedures set forth on pages 10-11 of the summary notice."

On June 19, 2007, class member, Arnold J. Hoffman, mailed a letter to the court requesting that four trusts[1] opt out of the proposed settlement. On July 11, 2007, the plaintiffs filed a motion for entry of an order with respect to Hoffman's request to opt out. The plaintiffs state that Hoffman has failed to provide the requisite information with respect to his opt out request and, therefore,

---

[1] Hoffman requests that the Arnold J. and Helen G. Hoffman trusts, the Rena Gorlan trust and the Sara Hoffman trust be excluded from the proposed settlement.

the court should set a date by which Hoffman must submit the required information or have his request denied.

The plaintiffs' motion is granted. Hoffman shall have thirty days from the date of this order to provide the administrator, in writing, with the following information:

1) the name(s), address(es) and telephone number(s) of the persons or entities who wish to opt out; and

2) the date(s), price(s), number(s) and types of all purchases and sales of Priceline.com securities during the class period of January 27, 2000 through October 4, 2000.

If Hoffman fails to provide this information within the prescribed period, the opt out request may be denied.

The clerk of the court is hereby directed to mail a copy of this order to Arnold J. Hoffman, 150 Bradley Place, 616, Palm Beach, FL 33480. In addition, the plaintiffs are directed to mail a copy of this order to Hoffman at his last known place of residence on or before July 16, 2007.

It is so ordered this 19th day of July, 2007 at Hartford, Connecticut.

/s/
Alfred V. Covello,
United States District Judge