UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION  :<br>─────────────────────────── :<br>:<br>This document relates to:   :<br>:<br>ALL ACTIONS   :<br>: | MASTER FILE NO.<br>3:00-CV-01884 (AVC)<br><br>July 26, 2007 |

## MOTION PERTAINING TO FILING UNDER SEAL

Pursuant to the Protective Order entered in this case, Docket No. 139, Plaintiffs hereby present this Motion to address the sealing the Reply to Deloitte's Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint (hereafter, "Reply") filed July 18, 2007, and certain exhibits. The exhibits to be sealed are numbers: 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 21, 22, 23, 24, 25, 26, 27, 28, 29, and 33. A redacted copy of the Reply and certain exhibits are attached hereto to be substituted for the previously filed versions pursuant to Rule 5(d).

While Plaintiffs do not agree that any of the material is entitled to confidential treatment, the Protective Order governing the handling of discovery documents in this case states that documents marked "Confidential Discovery Material…shall be filed pursuant to Local Rule 5 (d)(2) and kept under seal…"[1] Deloitte contends that the designated materials should not be disclosed to the public.

---

[1] 1/19/05 Protective Order, ¶ 1 and 5.

Plaintiffs therefore submit for the Court's consideration whether Plaintiffs' Reply Memorandum and identified exhibits should be sealed, and the public record substituted with the redacted Reply and exhibits attached hereto.

Dated:   July 26, 2007                                             Respectfully submitted,


                                                                   ____/s/ Eben F. Duval_____

                                                                   JOHNSON & PERKINSON
                                                                   Dennis J. Johnson
                                                                   Jacob B. Perkinson
                                                                   Eben F. Duval (phv01237)
                                                                   eduval@jpclasslaw.com
                                                                   1690 Williston Road
                                                                   P.O. Box 2305
                                                                   South Burlington, VT 05403
                                                                   Telephone: (802) 862-0030
                                                                   Facsimile: (802) 862-0060

Certificate of Service

I hereby certify that on July 26, 2007, a copy of Plaintiffs' Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/ Eben F. Duval_____
Eben F. Duval (phv01237)
1690 Williston Rd.
South Burlington, Vermont 05403
(802) 862-0030
(802) 862-0060 (fax)
eduval@jpclasslaw.com