UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. : <br> SECURITIES LITIGATION : <br> : <br> ──────────────────────────── : <br> : <br> This document relates to: : <br> : <br> ALL ACTIONS : <br> : | MASTER FILE NO. <br> 3:00-CV-01884 (AVC) <br><br> July 26, 2007 |

**MEMORANDUM OF LAW IN SUPPORT MOTION RESPECTING THE SEALING OF CERTAIN DOCUMENTS**

     Plaintiffs filed their Reply to Deloitte's Opposition to Plaintiffs Motion for Leave to File a Second Amended Complaint on July 18, 2007 (hereafter "Reply") without sealing the Reply's exhibits.  Those exhibits contained documents received from Deloitte & Touche LLP, (hereafter, "Deloitte") marked confidential.  Under the terms of the January 19, 2005 Protective Order entered in this case, Plaintiffs are required to treat the documents as confidential due to the designation made by Deloitte.  "No document or material that is stamped as confidential…may be ...disclosed."[1]  Although Plaintiffs do not agree that the attached documents are "confidential", Deloitte's designation makes the procedural terms set forth in the Protective Order applicable to the documents which are the subject of this Motion. Thus, in order to comply with the operative Protective Order in this case, Plaintiffs have submitted this Motion Respecting the Sealing of Documents.[2]

---

[1] See Docket No. 139  Protective Order ¶ 1.
[2] Exhibits to be sealed are numbers: 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 21, 22, 23, 24, 25, 26, 27, 28, 29, and 33.

The Court's July 20, 2007 order in response to Deloitte's similar motion to seal stated that Deloitte "failed to outline the specific areas of concern that warrant sealing *the documents* at issue." Dkt 477, [Emphasis added.] Plaintiffs cannot articulate the reasons for Deloitte's confidential designation. To the extent a showing is required on that point, for any of the documents or related information, only Deloitte is in a position to do so.

Dated:  July 26, 2007                                     Respectfully submitted,


                                                            __/s/ Eben F. Duval_____

                                                            JOHNSON & PERKINSON
                                                            Dennis J. Johnson
                                                            Jacob B. Perkinson
                                                            Eben F. Duval (phv01237)
                                                            eduval@jpclasslaw.com
                                                            1690 Williston Road
                                                            P.O. Box 2305
                                                            South Burlington, VT 05403
                                                            Telephone: (802) 862-0030
                                                            Facsimile: (802) 862-0060