54. Statements of cash flows present few recognition problems because all cash receipts and payments are recognized when they occur. Reporting cash flows involves no estimates or allocations and few judgments except regarding classification in cash flow statements.[34]

**Statement of Investments by and Distributions to Owners**

55. A statement of investments by and distributions to owners reflects the extent to which and in what ways the equity of an entity increased or decreased from transactions with owners as owners [35] during a period. That is, it reflects the capital transactions [36] of the entity, in contrast to its income transactions—those with nonowners—which are reflected in statements of earnings and comprehensive income. Statements of comprehensive income and statements of transactions with owners together include all changes in equity (net assets) recognized during a period.

56. Investments by owners establish or increase ownership interests in the entity and may be received in the form of cash, goods or services, or satisfaction or conversion of the entity's liabilities. Distributions decrease ownership interests and include not only cash dividends when declared (or other cash withdrawals by owners of noncorporate entities) but also transactions such as reacquisitions of the entity's equity securities and distributions "in kind" of noncash assets. Information about those events is useful, in conjunction with other financial statement information, to investors, creditors, and other users as an aid in assessing factors such as the entity's financial flexibility, profitability, and risk.

57. Transactions with owners are now normally recognized when they occur. Recognition problems concerning them can be difficult; for example, problems sometimes arise in distinguishing transactions with owners from transactions with certain creditors, and investments and dividends in kind may present measurement problems.[37] However, the recognition implications of earnings that lead to special guidance do not apply to transactions with owners, and that sort of special guidance is not needed for them.

# RECOGNITION CRITERIA

58. As noted in paragraphs 6-9, recognition is the process of formally recording or incorporating an item in the financial statements of an entity as an asset, liability, revenue, expense, or the like. A recognized item is depicted in both words and numbers, with the amount included in the statement totals. Recognition comprehends both initial recognition of an item and recognition of subsequent changes in or removal of a previously recognized item.

## Purposes of Criteria

59. Criteria are set forth in this Statement to provide direction for resolving issues that involve accounting recognition. An entity's assets and liabilities and the effects of events on them and on its equity are candidates for recognition in its financial statements.

Copyright © 1984, Financial Accounting Standards Board        Not for redistribution

60. Some events that affect assets, liabilities, or equity are not recognized in financial statements at the time they occur. Some events that result in future benefits, for example, creation of product awareness by advertising and promotion, may perhaps never be recognized as separate assets. Other events, for example, a disaster loss of unknown dimension, are recognized only when sufficient information about the effects of the event has become available at a justifiable cost to reduce uncertainty to an acceptable level. Recognition criteria aid in making those determinations.

## Structure of Recognition Criteria

61. The recognition criteria in this Statement are derived from the qualitative characteristics of financial information in Concepts Statement 2 and are helpful in making the definitions of elements of financial statements in Concepts Statement 3 operational in resolving financial reporting issues.

62. The fundamental criteria apply to all recognition decisions. Further guidance is provided in paragraphs 78-87 for applying the fundamental criteria to components of earnings.

## Fundamental Recognition Criteria

63. An item and information about it should meet four fundamental recognition criteria to be recognized and should be recognized when the criteria are met, subject to a cost-benefit constraint and a materiality threshold. Those criteria are:

*Definitions*—The item meets the definition of an element of financial statements.

*Measurability*—It has a relevant attribute measurable with sufficient reliability.

*Relevance*—The information about it is capable of making a difference in user decisions.

*Reliability*—The information is representationally faithful, verifiable, and neutral.

All four criteria are subject to a pervasive cost-benefit constraint: the expected benefits from recognizing a particular item should justify perceived costs of providing and using the information.[38] Recognition is also subject to a materiality threshold: an item and information about it need not be recognized in a set of financial statements if the item is not large enough to be material and the aggregate of individually immaterial items is not large enough to be material to those financial statements.[39]

## Definitions

64. The definitions are those in FASB Concepts Statement No. 3, *Elements of Financial Statements of Business Enterprises*.[40] To be recognized in financial statements, a resource must

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

meet the definition of an asset, and an obligation must meet the definition of a liability. A change in equity must meet the definition of a revenue, expense, gain, or loss to be recognized as a component of comprehensive income.[41]

## Measurability

65. The asset, liability, or change in equity must have a relevant attribute [42] that can be quantified in monetary units with sufficient reliability. Measurability must be considered together with both relevance and reliability.

### *Measurement Attributes*

66. Items currently reported in financial statements are measured by different attributes, depending on the nature of the item and the relevance and reliability of the attribute measured. The Board expects the use of different attributes to continue.

67. Five different attributes of assets (and liabilities) are used in present practice:

a. *Historical cost (historical proceeds).* Property, plant, and equipment and most inventories are reported at their historical cost, which is the amount of cash, or its equivalent, paid to acquire an asset, commonly adjusted after acquisition for amortization or other allocations. Liabilities that involve obligations to provide goods or services to customers are generally reported at historical proceeds, which is the amount of cash, or its equivalent, received when the obligation was incurred and may be adjusted after acquisition for amortization or other allocations.

b. *Current cost.* Some inventories are reported at their current replacement cost, which is the amount of cash, or its equivalent, that would have to be paid if the same or an equivalent asset were acquired currently.

c. *Current market value.* Some investments in marketable securities are reported at their current market value, which is the amount of cash, or its equivalent, that could be obtained by selling an asset in orderly liquidation. Current market value is also generally used for assets expected to be sold at prices lower than previous carrying amounts. Some liabilities that involve marketable commodities and securities, for example, the obligations of writers of options or sellers of common shares who do not own the underlying commodities or securities, are reported at current market value.

d. *Net realizable (settlement) value.* Short-term receivables and some inventories are reported at their net realizable value, which is the nondiscounted amount of cash, or its equivalent, into which an asset is expected to be converted in due course of business less direct costs, if any, necessary to make that conversion. Liabilities that involve known or estimated amounts of money payable at unknown future dates, for example, trade payables or warranty obligations, generally are reported at their net settlement value, which is the nondiscounted amounts of cash, or its equivalent, expected to be paid to liquidate an obligation in the due course of business, including direct costs, if any, necessary to make that payment.

e. *Present (or discounted) value of future cash flows.* Long-term receivables are reported at

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

their present value (discounted at the implicit or historical rate), which is the present or discounted value of future cash inflows into which an asset is expected to be converted in due course of business less present values of cash outflows necessary to obtain those inflows. Long-term payables are similarly reported at their present value (discounted at the implicit or historical rate), which is the present or discounted value of future cash outflows expected to be required to satisfy the liability in due course of business.

68. The different attributes often have the same amounts, particularly at initial recognition. As a result, there may be agreement about the appropriate amount for an item but disagreement about the attribute being used. Present financial statements frequently are characterized as being based on the historical cost (historical proceeds) attribute. That no doubt reflects the fact that, for most enterprises, a great many of the individual events recognized in financial statements are acquisitions of goods or services for cash or equivalent that are recorded at historical cost. Although the "historical cost system" description may be convenient and describes well present practice for some major classes of assets (most inventories, property, plant, and equipment, and intangibles), it describes less well present practice for a number of other classes of assets and liabilities—for example, trade receivables, notes payable, and warranty obligations.

69. "Historical exchange price" is more descriptive of the quantity most generally reflected in financial statements in present practice (and "transaction-based system" would be a better description of the present accounting model than "historical cost system"). Amounts initially recorded for trade receivables and long-term notes payable, for example, generally fit the historical exchange price description. But some assets are acquired, and some liabilities are incurred, without exchanges—for example, assets found or received as contributions and income tax or litigation liabilities. There is no historical exchange price in those situations, and some other attribute must be used. Moreover, carrying amounts of assets (liabilities) are frequently reduced (increased) from historical exchange price to a lower (higher) current cost, current market value, or net realizable value, even though no subsequent exchange of the assets held or liabilities owed has occurred. And some assets are carried at current market value, independent of historical exchange price.

70. Rather than attempt to characterize present practice as being based on a single attribute with numerous major exceptions for diverse reasons, this concepts Statement characterizes present practice as based on different attributes. Rather than attempt to select a single attribute and force changes in practice so that all classes of assets and liabilities use that attribute, this concepts Statement suggests that use of different attributes will continue, and discusses how the Board may select the appropriate attribute in particular cases.[43]

### *Monetary Unit or Measurement Scale*

71. The monetary unit or measurement scale in financial statements in current practice is nominal units of money, that is, unadjusted for changes in purchasing power of money over time. An ideal measurement scale would be one that is stable over time. At low rates of change in

general purchasing power (inflation or deflation), nominal units of money are relatively stable. Also, preparation and use of financial statements is simpler with nominal units than with other units of measure, such as units of constant general purchasing power (used, for example, in supplementary disclosures of the effects of changing prices),[44] artificial monetary units (for example, the European Currency Unit or ECU), or units of a commodity (for example, ounces of gold). However, as rates of change in general purchasing power increase, financial statements expressed in nominal units of money become progressively less useful and less comparable.

72.    The Board expects that nominal units of money will continue to be used to measure items recognized in financial statements. However, a change from present circumstances (for example, an increase in inflation to a level at which distortions became intolerable) might lead the Board to select another, more stable measurement scale.

### Relevance

73.    Relevance is a primary qualitative characteristic. To be relevant, information about an item must have feedback value or predictive value (or both) for users and must be timely.[45] Information is relevant if it has the capacity to make a difference in investors', creditors', or other users' decisions. To be recognized, the information conveyed by including an asset, liability, or change therein in the financial statements must be relevant.

74.    The relevance of particular information about an item being considered for recognition cannot be determined in isolation. Relevance should be evaluated in the context of the principal objective of financial reporting:    providing information that is useful in making rational investment, credit, and similar decisions.[46] Relevance should also be evaluated in the context of the full set of financial statements—with consideration of how recognition of a particular item contributes to the aggregate decision usefulness.

### Reliability

75.    Reliability is the other primary qualitative characteristic. To be reliable, information about an item must be representationally faithful, verifiable, and neutral.[47] To be reliable, information must be sufficiently faithful in its representation of the underlying resource, obligation, or effect of events and sufficiently free of error and bias to be useful to investors, creditors, and others in making decisions. To be recognized, information about the existence and amount of an asset, liability, or change therein must be reliable.

76.    Reliability may affect the timing of recognition. The first available information about an event that may have resulted in an asset, liability, or change therein is sometimes too uncertain to be recognized: it may not yet be clear whether the effects of the event meet one or more of the definitions or whether they are measurable, and the cost of resolving those uncertainties may be excessive. Information about some items that meet a definition may never become sufficiently reliable at a justifiable cost to recognize the item. For other items, those uncertainties are reduced as time passes, and reliability is increased as additional information becomes available.

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

77. Unavailability or unreliability of information may delay recognition of an item, but waiting for virtually complete reliability or minimum cost may make the information so untimely that it loses its relevance. At some intermediate point, uncertainty may be reduced at a justifiable cost to a level tolerable in view of the perceived relevance of the information. If other criteria are also met, that is the appropriate point for recognition. Thus, recognition may sometimes involve a trade-off between relevance and reliability.

## GUIDANCE IN APPLYING CRITERIA TO COMPONENTS OF EARNINGS

78. This section discusses the need for and provides further guidance in applying the fundamental criteria in recognizing components of earnings. Changes in net assets are recognized as components of earnings if they qualify under the guidance in paragraphs 83-87. Certain changes in net assets (discussed in paragraphs 42-44 and 49-51) that meet the four fundamental recognition criteria just described may qualify for recognition in comprehensive income even though they do not qualify for recognition as components of earnings based on that guidance.

79. Further guidance in applying the recognition criteria to components of earnings is necessary because of the widely acknowledged importance of information about earnings and its components as a primary measure of performance for a period. The performance measured is that of the entity, not necessarily that of its management, and includes the recognized effects upon the entity of events and circumstances both within and beyond the control of the entity and its management.[48] The widely acknowledged importance of earnings information leads to guidance intended in part to provide more stringent requirements for recognizing components of earnings than for recognizing other changes in assets or liabilities.

80. As noted in paragraph 36, earnings measures the extent to which asset inflows (revenues and gains) associated with substantially completed cash-to-cash cycles exceed asset outflows (expenses and losses) associated, directly or indirectly, with the same cycles. Guidance for recognizing components of earnings is concerned with identifying which cycles are substantially complete and with associating particular revenues, gains, expenses, and losses with those cycles.

81. In assessing the prospect that as yet uncompleted transactions will be concluded successfully, a degree of skepticism is often warranted.[49] Moreover, as a reaction to uncertainty, more stringent requirements historically have been imposed for recognizing revenues and gains than for recognizing expenses and losses, and those conservative reactions influence the guidance for applying the recognition criteria to components of earnings.

82. The guidance stated here is intended to summarize key considerations in a form useful for

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

guidance for future standard setting—guidance which also is consistent with the vast bulk of current practice. The following paragraphs provide guidance separately for recognition of revenues and gains and for expenses and losses as components of earnings.

## Revenues and Gains

83.    Further guidance for recognition of revenues and gains is intended to provide an acceptable level of assurance of the existence and amounts of revenues and gains before they are recognized. Revenues and gains of an enterprise during a period are generally measured by the exchange values of the assets (goods or services) or liabilities involved, and recognition involves consideration of two factors (a) being realized or realizable and (b) being earned, with sometimes one and sometimes the other being the more important consideration.

a.   *Realized or realizable.* Revenues and gains generally are not recognized until realized or realizable.[50] Revenues and gains are realized when products (goods or services), merchandise, or other assets are exchanged for cash or claims to cash. Revenues and gains are realizable when related assets received or held are readily convertible to known amounts of cash or claims to cash. Readily convertible assets have (i) interchangeable (fungible) units and (ii) quoted prices available in an active market that can rapidly absorb the quantity held by the entity without significantly affecting the price.

b.   *Earned.* Revenues are not recognized until earned. An entity's revenue-earning activities involve delivering or producing goods, rendering services, or other activities that constitute its ongoing major or central operations,[51] and revenues are considered to have been earned when the entity has substantially accomplished what it must do to be entitled to the benefits represented by the revenues. Gains commonly result from transactions and other events that involve no "earning process," and for recognizing gains, being earned is generally less significant than being realized or realizable.

84.    In recognizing revenues and gains:

a.   The two conditions (being realized or realizable and being earned) are usually met by the time product or merchandise is delivered or services are rendered to customers, and revenues from manufacturing and selling activities and gains and losses from sales of other assets are commonly recognized at time of sale (usually meaning delivery).[52]

b.   If sale or cash receipt (or both) precedes production and delivery (for example, magazine subscriptions), revenues may be recognized as earned by production and delivery.

c.   If product is contracted for before production, revenues may be recognized by a percentage-of-completion method as earned—as production takes place—provided reasonable estimates of results at completion and reliable measures of progress are available.[53]

d.   If services are rendered or rights to use assets extend continuously over time (for example, interest or rent), reliable measures based on contractual prices established in advance are commonly available, and revenues may be recognized as earned as time passes.

e.   If products or other assets are readily realizable because they are salable at reliably determinable prices without significant effort (for example, certain agricultural products, precious metals, and marketable securities), revenues and some gains or losses may be recognized at completion of production or when prices of the assets change. Paragraph 83(a) describes readily realizable (convertible) assets.

f.   If product, services, or other assets are exchanged for nonmonetary assets that are not readily convertible into cash, revenues or gains or losses may be recognized on the basis that they have been earned and the transaction is completed. Gains or losses may also be recognized if nonmonetary assets are received or distributed in nonreciprocal transactions. Recognition in both kinds of transactions depends on the provision that the fair values involved can be determined within reasonable limits.[54]

g.   If collectibility of assets received for product, services, or other assets is doubtful, revenues and gains may be recognized on the basis of cash received.

**Expenses and Losses**

85.   Further guidance for recognition of expenses and losses is intended to recognize consumption (using up) of economic benefits or occurrence or discovery of loss of future economic benefits during a period. Expenses and losses are generally recognized when an entity's economic benefits are used up in delivering or producing goods, rendering services, or other activities that constitute its ongoing major or central operations or when previously recognized assets are expected to provide reduced or no further benefits.

### Consumption of Benefits

86.   Consumption of economic benefits during a period may be recognized either directly or by relating it to revenues recognized during the period:[55]

a.   Some expenses, such as cost of goods sold, are matched with revenues—they are recognized upon recognition of revenues that result directly and jointly from the same transactions or other events as the expenses.

b.   Many expenses, such as selling and administrative salaries, are recognized during the period in which cash is spent or liabilities are incurred for goods and services that are used up either simultaneously with acquisition or soon after.

c.   Some expenses, such as depreciation and insurance, are allocated by systematic and rational procedures to the periods during which the related assets are expected to provide benefits.

### Loss or Lack of Future Benefit

87.   An expense or loss is recognized if it becomes evident that previously recognized future economic benefits of an asset have been reduced or eliminated, or that a liability has been incurred or increased, without associated economic benefits.

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

## RECOGNITION OF CHANGES IN ASSETS AND LIABILITIES

88.     Initial recognition of assets acquired and liabilities incurred generally involves measurement based on current exchange prices at the date of recognition. Once an asset or a liability is recognized, it continues to be measured at the amount initially recognized until an event that changes the asset or liability or its amount occurs and meets the recognition criteria.

89.     Events that change assets and liabilities are of two types: (a) inflows (acquisitions of assets or incurrences of liabilities) and outflows (sale or other disposal or loss of assets and settlement or cancellation of liabilities) and (b) changes of amounts of assets while held or of liabilities while owed by the entity. The latter also are of two types: (i) changes in utility or substance and (ii) changes in price. Examples of changes in utility or substance that are recognized in current practice include use of assets in production, depreciation of assets used in administrative activities, and fire damage to assets.

90.     Information based on current prices should be recognized if it is sufficiently relevant and reliable to justify the costs involved and more relevant than alternative information. The merits of recognizing changes in prices may be clear in certain cases, and, as already noted, some price changes are recognized in present practice. In other cases, the relative merits of information based on current prices and alternative information may be unclear or may be a matter of dispute. In considering the application of the fundamental recognition criteria, those relative merits must be evaluated in the light of the circumstances of each case.

## SUMMARY

91.     Most aspects of current practice are consistent with the recognition criteria and guidance in this Statement, but the criteria and guidance do not foreclose the possibility of future changes in practice. This Statement is intended to provide guidance for orderly change in accounting standards when needed. When evidence indicates that information about an item that is more useful (relevant and reliable) than information currently reported is available at a justifiable cost, it should be included in financial statements.

*This Statement was adopted by the affirmative vote of six members of the Financial Accounting Standards Board. Mr. March dissented.*

        Mr. March dissents from this Statement because (a) it does not adopt measurement concepts oriented toward what he believes is the most useful single attribute for recognition purposes, the cash equivalent of recognized transactions reduced by subsequent impairments or loss of service value—instead it suggests selecting from several different attributes without providing sufficient guidance for the selection process; (b) it identifies all nonowner changes in

Copyright © 1984, Financial Accounting Standards Board                    Not for redistribution

assets and liabilities as comprehensive income and return on equity, thereby including in income, incorrectly in his view, capital inputs from nonowners, unrealized gains from price changes, amounts that should be deducted to maintain capital in real terms, and foreign currency translation adjustments; (c) it uses a concept of income that is fundamentally based on measurements of assets, liabilities, and changes in them, rather than adopting the Statement's concept of earnings as the definition of income; and (d) it fails to provide sufficient guidance for initial recognition and derecognition of assets and liabilities.

Mr. March would not, in general, recognize increases in prices of assets and decreases in prices of liabilities before they are realized. He believes present measurement practice can be characterized as largely using a single attribute, the cash equivalent of recognized transactions reduced by subsequent impairments or loss of service value, and that present practices that recognize revenues or gains from changes in prices before realization, such as the uses of current market values and net realizable values cited in paragraphs 67(c) and (d) and 69, are exceptions to the general use of that single attribute. Mr. March is concerned that the guidance in paragraph 90 would permit, and perhaps point toward, more recognition of changes in current prices before realization. He believes that income, recognition, and measurement concepts based largely on the single attribute that he proposes are most relevant to reporting capital committed, performance, and the investment and realization of resources.

Mr. March objects to comprehensive income, defined in Concepts Statement 3 and confirmed in this Statement, as a concept of income because it includes all recognized changes (including price changes) in assets and liabilities other than investments by owners and distributions to owners. He would exclude from income, and include in the amount of capital to be maintained (in addition to transactions with owners), what he would consider to be direct capital inputs to the enterprise from nonowner sources. Those include governmental and other capital contributions or grants and capital arising in reorganizations, recapitalizations, and extinguishments or restatements of debt capital.

Mr. March would also require that income must first deduct a provision for maintenance of capital in real terms (adjusted for changes in purchasing power of money over time, paragraphs 71-72). He believes that is necessary to avoid reporting a return of capital as income. Complex implementation should not be necessary to provide for the erosion of capital caused by the effects of inflation on the unit of measure. A "rubber yardstick" is a poor measuring tool. Mr. March would also exclude from income foreign currency translation adjustments (excluded from earnings but included in comprehensive income by paragraph 42(b), which he believes are analogous to provisions for maintenance of capital in real terms.

The description of earnings (paragraphs 33-38) and the guidance for applying recognition criteria to components of earnings (paragraphs 78-87) is consistent with Mr. March's view that income should measure performance and that performance flows primarily from an entity's fulfillment of the terms of its transactions with outside entities that result in revenues, other proceeds on resource dispositions (gains), costs (expenses) associated with those revenues and proceeds, and losses sustained. However, Mr. March believes that those concepts are fundamental and should be embodied in definitions of the elements of financial statements and in basic income recognition criteria rather than basing income on measurements of assets, liabilities, and changes in them.

Copyright © 1984, Financial Accounting Standards Board                    Not for redistribution

Disregarding the foregoing objections, Mr. March believes this Statement offers insufficient guidance for the near-term future work of the Board. To be useful, it needs to be supplemented with more specific guidance for selecting measurement attributes for specific assets, liabilities, and transactions and for deciding when the criteria require recognition or derecognition of an asset or a liability.

*Members of the Financial Accounting Standards Board:*

> Donald J. Kirk, *Chairman*
> Frank E. Block
> Victor H. Brown
> Raymond C. Lauver
> John W. March
> David Mosso
> Robert T. Sprouse

## Appendix: BACKGROUND INFORMATION

92. The Board's study of recognition and measurement concepts has spanned several years. The need to develop those concepts was identified early in the conceptual framework project, and the first FASB Concepts Statement, *Objectives of Financial Reporting by Business Enterprises*, listed them among several separate matters to be covered:

. . .Later Statements are expected to cover the elements of financial statements and their recognition, measurement, and display . . . , criteria for distinguishing information to be included in financial statements from that which should be provided by other means of financial reporting, and criteria for evaluating and selecting accounting information (qualitative characteristics). [paragraph 2].

93. During that period, three FASB Research Reports,[56] a Discussion Memorandum,[57] a concepts Statement,[58] and an Exposure Draft [59] have dealt in whole or in part with recognition and measurement matters, and the Board has discussed those matters extensively.

94. The once-separate projects on recognition and on measurement were combined, principally because in the Board's view certain recognition questions, which are among the most important to be dealt with, are so closely related to measurement issues that it is not productive to discuss them separately. For example, the question of whether the appropriate attribute to measure a particular item is a past exchange price or a current exchange price is not easily separable from the question of whether events such as price changes should be recognized.

95. The Board issued an Exposure Draft, *Recognition and Measurement in Financial*

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

*Statements of Business Enterprises*, on December 30, 1983 and received 104 letters of comment on it.

96. The changes made to the Exposure Draft were largely in response to suggestions in those comment letters and are intended to improve the clarity and organization of the ideas presented in the Exposure Draft. The Board believes that the substance of this Statement is not significantly changed from the Exposure Draft. Noteworthy changes made and changes suggested but not made are discussed below.

97. The discussion of financial statements, financial reporting, and recognition in paragraphs 5-12 has been expanded and reorganized in response to comments that the status of notes, supplementary information, and other means of financial reporting outside of financial statements (all of which are outside the scope of this concepts Statement) was unclear.

98. The term *full set* of financial statements has been used in paragraph 13 and elsewhere in response to comments that *complete* set, the term used in the Exposure Draft, implied that no further information beyond the listed financial statements was needed and to comments that *complete* set had been used in some standards in a different way.

99. A number of respondents inferred from the discussion of cash flow statements in the Exposure Draft that the Board had decided one or more specific issues about cash flow reporting. Those issues include the direct and indirect methods of presentation; whether or not "cash" should include equivalents to cash and, if so, what instruments qualify; whether or not the nonmonetary transactions currently reported in statements of changes in financial position should appear in cash flow statements; and the definitions of cash provided by (or used for) operations, financing activities, and investing activities. Those and other specific cash flow statement issues mentioned by respondents are beyond the scope of this concepts Statement. The discussion of the statement of cash flows was revised to emphasize that.

100. Many respondents criticized the term *comprehensive income* and some criticized the term *earnings* as unwarranted innovations likely to cause confusion and legal difficulties. Those terms are not new. They were first used in their present senses in Concepts Statement 3, in which the Board defined comprehensive income as an element of financial statements and reserved the term *earnings* for possible later use to designate a component part of comprehensive income. This Statement carries forward the concept of comprehensive income and describes a concept for earnings. The Board retained the idea of two separate measures both to reflect present practice for the items discussed in paragraph 42(b) and to allow for the possibility that future standards may recognize some items, for example, the cumulative accounting adjustments discussed in paragraph 42(a), in comprehensive income but not in earnings.

101. The Board explored the alternative terms for *comprehensive income* and *earnings* suggested by respondents, as well as other possibilities suggested by its staff, but concluded that the other terms had disadvantages greater than those attaching to the terms originally selected.

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

The Statement was revised to indicate that the Board anticipates that, as with net income in present practice, a variety of terms will be used in future financial statements as names for earnings (for example, net income, profit, or net loss) and for comprehensive income (for example, total nonowner changes in equity or comprehensive loss).

102. Some respondents urged the Board to clarify the concept of earnings. The discussion in paragraphs 36-38, the table in paragraph 44, and footnote 26 have been rewritten to explain more fully what the Board intended.

103. The materiality threshold for recognition, implicit in the conceptual framework, has been made explicit in paragraph 63 at the suggestion of several respondents. Some respondents suggested that materiality and cost-benefit considerations should be fundamental recognition criteria. No change was made because the Board believes that, while those considerations affect the application of the criteria, they are different in character from the four fundamental recognition criteria.

104. Several respondents urged the Board to include the question of the monetary unit or measurement scale within the scope of the Statement. The Exposure Draft described present practice as using nominal units of money but left the unit of measure outside its scope. The Board clarified the matter by indicating in paragraph 72 that it expects that nominal units of money will continue to be used to measure items recognized in financial statements.

105. The discussion of measurement has been expanded, in response to the suggestions of several respondents, to explain and illustrate the different attributes more fully and to discuss why different attributes are needed to describe present practice and are expected to continue to be used to measure items in financial statements.

106. Some respondents expressed concern that the guidance in paragraph 84(e) (concerning circumstances under which revenue or gain may be recognized at completion of production or when prices of assets change) and the guidance in paragraph 87 (concerning recognition of losses when it becomes evident that assets have been reduced or eliminated or liabilities incurred or increased without associated benefits) meant significant change from present practice. Those paragraphs describe concepts that the Board believes underlie many current practices and standards, just as do the other parts of the guidance for recognition of components of earnings. They have been retained and clarified.

107. Several respondents urged the Board to address in this Statement certain specific recognition and measurement issues including definitive guidance for recognition of contracts that are fully executory (that is, contracts as to which neither party has as yet carried out any part of its obligations, which are generally not recognized in present practice) and selection of measurement attributes for particular assets and liabilities. Those issues have long been, and remain, unresolved on a general basis. As noted in the introductory statement to this and earlier concepts Statements, establishment of objectives and identification of fundamental concepts will

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

not directly solve specific financial accounting and reporting problems. Rather, objectives give direction, and concepts are tools for solving problems.

108. The Board and others who use this Statement will be guided and aided by the concepts it sets forth, but judgments, based on the particular circumstances of each case, will continue to play a major role in solving problems of recognition and measurement in financial statements. The Board believes that further development of recognition, measurement, and display matters will occur as the concepts are applied at the standards level.

## Summary Index of Concepts Defined or Discussed

|  | Paragraph Numbers |
| --- | --- |
| Articulation | 5, 12, 23, 45 |
| Attributes measured | 66–70, footnote 42, 105, 107 |
| Capital maintenance | 45–48 |
| Cash flow, statement of | 13, 24, 52–54, 99 |
| Comprehensive income | 13, 24, 30–32, 39–44, 100–101 |
| Consumption of benefit | 86 |
| Cumulative accounting adjustments | 42–44, 100 |
| Current market value | 67, 69 |
| Current prices | 90 |
| Current (replacement) cost | 67, 69 |
| Definitions | 63–64 |
| Distributions to owners, statement of | 13, 24, 55–57 |
| Earned | 83–84 |
| Earnings | 13, 24, 30–38, 42–44, 49–51, 100–102 |
| Expenses | 85–87 |
| Financial flexibility | 24, footnote 13 |
| Financial position, statement of | 13, 24, 26–30 |
| Financial statements | 5–57, 97 |
| Full set of financial statements | 13, 98 |
| Gains | 83–84 |
| Guidance for components of earnings | 78–87, 106 |
| Historical cost | 67–69 |

| | |
|---|---|
| Investments by owners, statement of | 13, 24, 55–57 |
| Liquidity | 24, footnote 13 |
| Losses | 85–87, 106 |
| Loss of benefit | 87 |
| Measurability | 63, 65–72 |
| Net realizable (settlement) value | 67 |
| Notes to financial statements | 7–9, footnote 4, 97 |
| Other means of financial reporting | 7–9, 92, 97 |
| Other nonowner changes in equity | 42–44, footnote 27 |
| Present value | 67 |
| Realized and realizable | 83–84, footnote 50 |
| Recognition | 6–7, 58, 94, 97, 108 |
| Recognition criteria | 63, 103 |
| Relevance | 63, 73–74 |
| Reliability | 63, 75–77 |
| Revenues | 83–84 |
| Supplementary information | 7–9, 97 |
| Unit of measure | 71–72, 104 |

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

# Footnotes

CON5, Footnote *--Pronouncements such as APB Statement No. 4, *Basic Concepts and Accounting Principles Underlying Financial Statements of Business Enterprises*, and the Accounting Terminology Bulletins will continue to serve their intended purpose--they describe objectives and concepts underlying standards and practices existing at the time of their issuance.

CON5, Footnote †-- Rule 203 prohibits a member of the American Institute of Certified Public Accountants from expressing an opinion that financial statements conform with generally accepted accounting principles if those statements contain a material departure from an accounting principle promulgated by the Financial Accounting Standards Board, unless the member can demonstrate that because of unusual circumstances the financial statements otherwise would have been misleading. Rule 204 requires members of the Institute to justify departures from standards promulgated by the Financial Accounting Standards Board for the disclosure of information outside of financial statements in published financial reports.

CON5, Footnote 1--FASB Concepts Statement No. 1, *Objectives of Financial Reporting by Business Enterprises*, pars. 6 and 18; Concepts Statement 3, pars. 6 and 14 and 15. *Financial position* and *changes in financial position* are used here in a broad sense and do not refer to specific financial statements. "Used broadly, financial position refers to state or status of assets or claims to assets at moments in time, and changes in financial position refers to flows or changes in assets or claims to assets over time" (Concepts Statement 3, par. 14, footnote 6). "Through the financial accounting process, the myriad and complex effects of the economic activities of an enterprise are accumulated, analyzed, quantified, classified, recorded, summarized, and reported as information of two basic types: (1) financial position, which relates to a point in time, and (2) changes in financial position, which relate to a period of time" (APB Statement No. 4, *Basic Concepts and Accounting Principles Underlying Financial Statements of Business Enterprises*, par. 10).

CON5, Footnote 2--Concepts Statement 3, pars. 83, 6, 25, 26, and 34 and 35.

CON5, Footnote 3--Concepts Statement 1, par. 5.

CON5, Footnote 4--For example, notes provide essential descriptive information for long-term obligations, including when amounts are due, what interest they bear, and whether important restrictions are imposed by related covenants. For inventory, the notes provide information on the measurement method used--FIFO cost, LIFO cost, current market value, etc. For an estimated litigation liability, an extended discussion of the circumstances, counsel's opinions, and the basis for management's judgment may all be provided in the notes. For sales, useful information about revenue recognition policies may appear only in the notes (FASB Statement No. 47, *Disclosure of Long-Term Obligations*, ARB No. 43, Chapter 4, "Inventory Pricing," Statement 8; FASB Statement No. 5, *Accounting for Contingencies*, par. 10, and APB Statement 4, par. 199).

Copyright © 1984, Financial Accounting Standards Board                    Not for redistribution

CON5, Footnote 5--Concepts Statement 1, pars. 6, 7, and 22. Supplementary financial statements, complete or partial, may be useful, especially to introduce and to gain experience with new kinds of information. Criteria for including information in supplementary statements may have much in common with recognition criteria for primary statements discussed here, but the criteria discussed in this Statement apply specifically to primary financial statements.

CON5, Footnote 6--Paragraphs 8-33 of Concepts Statement 1 give needed background. They describe factors affecting the objectives of general purpose external financial reporting, such as characteristics of the environment in the United States, characteristics and limitations of information provided, potential users and their interests, and the nature of the objectives. For example, "financial reporting is but one source of information needed by those who make economic decisions about business enterprises" (par. 22).

CON5, Footnote 7--Concepts Statement 3 used the term *comprehensive income* for the concept that was called earnings in Concepts Statement 1 and reserved the term *earnings* for possible use to designate a component part of comprehensive income (par. 1, footnote 1). Earnings, including its relationship to comprehensive income, is a major topic of this Statement.

CON5, Footnote 8--Pars. 33 and 40.

CON5, Footnote 9--Concepts Statement 1, par. 30.

CON5, Footnote 10--Concepts Statement 2, pars. 23-26 and 32-41. For example, information cannot be useful to decision makers who cannot understand it, even though it may otherwise be relevant to a decision and be reliable. Understandability of information is related to the characteristics of the decision maker as well as to the characteristics of the information itself.

CON5, Footnote 11--". . . It is a very fundamental principle indeed that knowledge is always gained by the *orderly* loss of information, that is, by condensing and abstracting and indexing the great buzzing confusion of information that comes from the world around us into a form which we can appreciate and comprehend" (Kenneth E. Boulding, *Economics as a Science* [New York: McGraw-Hill Book Company, 1970], p. 2, emphasis added).

CON5, Footnote 12--Concepts Statement 3, pars. 14 and 15.

CON5, Footnote 13--Liquidity reflects an asset's or liability's nearness to cash. Financial flexibility is the ability of an entity to take effective actions to alter amounts and timing of cash flows so it can respond to unexpected needs and opportunities.

CON5, Footnote 14--Concepts Statement 1, pars. 42-46.

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

CON5, Footnote 15--Ibid., par. 41.

CON5, Footnote 16--The different attributes are defined and their current use illustrated in paragraphs 66-70 of this Statement.

CON5, Footnote 17--". . . [A]ccrual accounting provides measures of earnings rather than evaluations of management's performance, estimates of 'earning power,' predictions of earnings, assessments of risk, or confirmations or rejections of predictions or assessments. Investors, creditors, and other users of the information do their own evaluating, estimating, predicting, assessing, confirming, or rejecting. For example, procedures such as averaging or normalizing reported earnings for several periods and ignoring or averaging out the financial effects of 'nonrepresentative' transactions and events are commonly used in estimating 'earning power.' However, both the concept of 'earning power' and the techniques for estimating it are part of financial analysis and are beyond the scope of financial reporting" (Concepts Statement 1, par. 48).

CON5, Footnote 18--Pars. 20-22 of this Statement.

CON5, Footnote 19--Concepts Statement 3, pars. 61 and 151.

CON5, Footnote 20--That is, the cumulative effect on equity at the beginning of the period for which an earnings statement is provided, sometimes called a "catch-up adjustment."

CON5, Footnote 21--Prior period adjustments as defined in FASB Statement No. 16, *Prior Period Adjustments*, are not included in net income in present practice and are not, therefore, differences between earnings in this Statement and present net income. Statement 16 narrowed considerably the definition of prior period adjustments in APB Opinions No. 9, *Reporting the Results of Operations*, and No. 30, *Reporting the Results of Operations--Reporting the Effects of Disposal of a Segment of a Business, and Extraordinary, Unusual and Infrequently Occurring Events and Transactions*. Some items that were prior period adjustments under those Opinions are included in net income in present practice, and some argue that the existing definition is too narrow because as a result net income includes items that belong to other periods.

CON5, Footnote 22--The patterns of cash-to-cash cycles vary by industry. "Descriptions of operations of business enterprises commonly describe a cycle that begins with cash outlays and ends with cash receipts. That description . . . generally fits manufacturing, merchandising, financial, and service enterprises whose operations comprise primarily activities such as acquiring goods and services, increasing their value by adding time, place, or form utility, selling them, and collecting the selling price. Cash receipts may precede cash payments, however, and commonly do in the operations of some service and financial enterprises" (Concepts Statement 1, par. 39, footnote 8).

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

CON5, Footnote 23--Concepts Statement 3, paragraphs 50 and 63-73, defines revenues, expenses, gains, and losses.

CON5, Footnote 24--Ibid., pars. 50, 56-62, and 147-152.

CON5, Footnote 25--That possibility was noted in Concepts Statement 3: ". . . the reason for using *comprehensive income* rather than *earnings* in this Statement is that the Board has decided to reserve *earnings* for possible use to designate a different concept that is a component part of--that is, is narrower than or less than--comprehensive income. . . ." (par. 58, footnote reference omitted).

CON5, Footnote 26--FASB Statements No. 12, *Accounting for Certain Marketable Securities*; No. 60, *Accounting and Reporting by Insurance Enterprises*; and No. 52, *Foreign Currency Translation*. Changes in market values of marketable securities are included in earnings by some other entities having specialized accounting practices for marketable securities (for example, securities brokers and dealers and investment companies) and for some classes of marketable securities (for example, securities held in trading accounts of banks and futures contracts that are considered speculative [FASB Statement No. 80, *Accounting for Futures Contracts*]).

CON5, Footnote 27--Earnings and its components are the same as in the example in paragraph 34. Both *cumulative accounting adjustments* and *other nonowner changes in equity* may be either additions to or deductions from earnings. The signs used in the example are for illustration only.

CON5, Footnote 28--Concepts Statement 3, par. 58. "Comprehensive income as defined in paragraph 56 is a return *on* financial capital" (Ibid.).

CON5, Footnote 29--For example, under the FIFO method in present practice, gains from price increases on inventory while held reduce cost of goods sold.

CON5, Footnote 30--ARB No. 43, Chapter 4, par. 16; FASB Statement 12, pars. 14-16, 27, and 28.

CON5, Footnote 31--Statement 52, pars. 111-113.

CON5, Footnote 32--Statement 12, pars. 21, 29, and 30.

CON5, Footnote 33--A possibility that has been suggested is the "inventory profits" that would result if cost of goods sold were reported on LIFO while inventories were reported on FIFO.

CON5, Footnote 34--Determinations about the particular items to be reported within cash flow statements and the form of those statements are matters that may be developed further in

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

Statements of Financial Accounting Standards or in practice.

CON5, Footnote 35--Rather than as its employees, suppliers, customers, lenders, or the like (Concepts Statement 3, par. 44); that Statement defines investments by and distributions to owners in paragraphs 52-55.

CON5, Footnote 36--Capital transactions are transactions with owners that affect ownership interests (equity) in an entity:

Although *capital* is not a precise term in referring to ownership interests because it is also applied to assets and liabilities in various ways, it is used in this discussion because *capital* is part of so many terms commonly used to describe aspects of ownership interests; for example, investments by owners are commonly called capital contributions, distributions to owners are commonly called capital distributions, and discussions of comprehensive income and its components often refer to capital maintenance. [Concepts Statement 3, par. 144]

CON5, Footnote 37--Concepts Statement 3, par. 49, and APB Opinion No. 29, *Accounting for Nonmonetary Transactions*.

CON5, Footnote 38--Concepts Statement 2, pars. 32 and 33 and 133-144.

CON5, Footnote 39--"Individual judgments are required to assess materiality. . . . The essence of the materiality concept is clear. The omission or misstatement of an item in a financial report is material if, in the light of surrounding circumstances, the magnitude of the item is such that it is probable that the judgment of a reasonable person relying upon the report would have been changed or influenced by the inclusion or correction of the item" (Concepts Statement 2, par. 132).

CON5, Footnote 40--Concepts Statement 3 does not define elements of cash flow statements but notes classes of items that may be called elements of financial statements, for example, cash provided by operations, cash provided by borrowing, cash provided by issuing equity securities, and so forth (par. 4). However, all items in cash flow statements involve cash receipts or payments, which for recognition purposes are covered by the definitions in that Statement.

CON5, Footnote 41--As already noted (pars. 42 and 43), the items called *cumulative accounting adjustments* and *other nonowner changes in equity* are gains and losses under the definitions in Concepts Statement 3.

CON5, Footnote 42--*Attribute* "refers to the traits or aspects of an element to be quantified or measured, such as historical cost/historical proceeds, current cost/current proceeds, etc. Attribute is a narrower concept than measurement, which includes not only identifying the attribute to be measured but also selecting a scale of measurement (for example, units of money

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution

or units of constant purchasing power)" (Concepts Statement 1, par. 2, footnote 2).

CON5, Footnote 43--This discussion of measurement attributes is based in part on the FASB Discussion Memorandum, *Conceptual Framework for Financial Accounting and Reporting: Elements of Financial Statements and Their Measurement* (December 2, 1976), paragraphs 388-574, which further describes and illustrates each of the attributes and remains a useful reference.

CON44, Footnote 44--FASB Statement No. 33, *Financial Reporting and Changing Prices*, as amended.

CON5, Footnote 45--Concepts Statement 2, pars. 46-57.

CON5, Footnote 46--Concepts Statement 1, pars. 34-40.

CON5, Footnote 47--Concepts Statement 2, pars. 58-110.

CON5, Footnote 48--"What happens to a business enterprise is usually so much a joint result of a complex interaction of many factors that neither accounting nor other statistical analysis can discern with reasonable accuracy the degree to which management, or any other factor, affected the joint result" (Concepts Statement 1, par. 53).

CON5, Footnote 49--Concepts Statement 2, par. 97.

CON5, Footnote 50--The terms *realized* and *realizable* are used in the Board's conceptual framework in precise senses, focusing on conversion or convertibility of noncash assets into cash or claims to cash (Concepts Statement 3, par. 83). *Realized* has sometimes been used in a different, broader sense: for example, some have used that term to include *realizable* or to include certain conversions of noncash assets into other assets that are also not cash or claims to cash. APB Statement 4, paragraphs 148-153, used the term *realization* even more broadly as a synonym for *recognition*.

CON5, Footnote 51--"Most types of revenue are the joint result of many profit-directed activities of an enterprise and revenue is often described as being 'earned' gradually and continuously by the whole of enterprise activities. *Earning* in this sense is a technical term that refers to the activities that give rise to the revenue--purchasing, manufacturing, selling, rendering service, delivering goods, allowing other entities to use enterprise assets, the occurrence of an event specified in a contract, and so forth. All of the profit-directed activities of an enterprise that comprise the process by which revenue is earned may be called the *earning process*" (APB Statement 4, par. 149). Concepts Statement 3, paragraph 64, footnote 31, contains the same concept.

CON5, Footnote 52--The requirement that revenue be earned before it is recorded "usually

Copyright © 1984, Financial Accounting Standards Board                                        Not for redistribution

causes no problems because the earning process is usually complete or nearly complete by the time of [sale]" (APB Statement 4, par. 153).

CON5, Footnote 53--If production is long in relation to reporting periods, such as for long-term, construction-type contracts, recognizing revenues as earned has often been deemed to result in information that is significantly more relevant and representationally faithful than information based on waiting for delivery, although at the sacrifice of some verifiability. (Concepts Statement 2, paragraphs 42-45, describes trade-offs of that kind.)

CON5, Footnote 54--APB Opinion 29.

CON5, Footnote 55--Concepts Statement 3, pars. 84-89.

CON5, Appendix, Footnote 56--*Recognition of Contractual Rights and Obligations: An Exploratory Study of Conceptual Issues*, by Yuji Ijiri, December 1980; *Survey of Present Practices in Recognizing Revenues, Expenses, Gains, and Losses*, by Henry R. Jaenicke, January 1981; and *Recognition in Financial Statements: Underlying Concepts and Practical Conventions*, by L. Todd Johnson and Reed K. Storey, July 1982.

CON5, Appendix, Footnote 57--FASB Discussion Memorandum, *Conceptual Framework for Financial Accounting and Reporting: Elements of Financial Statements and Their Measurement*, December 2, 1976, Part III.

CON5, Appendix, Footnote 58--FASB Concepts Statement No. 3, *Elements of Financial Statements of Business Enterprises*, pars. 16 and 17, 37-43, and 74-89.

CON5, Appendix, Footnote 59-- FASB Exposure Draft, *Reporting Income, Cash Flows, and Financial Position of Business Enterprises*, November 1981, pars. 13-16 and elsewhere. This Statement supersedes that Exposure Draft.

Copyright © 1984, Financial Accounting Standards Board

Not for redistribution