# **Exhibit 10**

Case 3:00-cv-01884-AVC    Document 481-15    Filed 07/26/2007    Page 1 of 2

Filed under seal.