# EXHIBIT 31



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

William R. Maguire
Direct Dial: 212-837-6879
maguire@hugheshubbard.com

March 26, 2007

VIA E-MAIL AND FEDERAL EXPRESS

Beth A. Kaswan, Esq.
Scott & Scott, LLC
19th Floor, Suite 1915
75 Rockefeller Plaza
New York, New York 10019

Re: *In re: Priceline.com, Inc. Securities Litigation*,
Master File No. 3:00cv01884

Dear Beth:

I write with regard to the questions you raised with me during our telephone conversation on March 20, 2007, regarding: 1) the two floppy disks; 2) the location in Deloitte and Touche LLP's ("Deloitte") document productions of the working papers for the audit of priceline.com's financial statements for the year ended December 31, 2000; and 3) the audit working papers relating to priceline.com's restatement of its financial statements for fiscal years 1997 and 1998.

First, with regard to the two floppy disks that we described in our letters on August 7, 2006 and March 16, 2007, we have proposed sending the disks to a third party vendor, Seagate Technology, in an attempt to recover data from these disks. You asked whether the disks could be copied before undertaking any recovery effort. We understand that at least one of the disks may not be able to be copied. The other disk can be accessed but we have been unable to read any data on the disk by conventional means. We will instruct the vendor to first perform a forensic image, if possible, of the disks. If it is not possible, subject to plaintiffs' agreement on the protocol for attempting to recover data, we propose to proceed with the recovery effort.

You asked whether we had worked previously with the vendor. Deloitte has worked with Seagate previously. We understand that Seagate performs data recovery forensic procedures, including with respect to floppy disks. Should you require additional information, we are happy to set up a call with our contact at Seagate so that any questions in this regard can be addressed.

Finally, you asked why we were involving plaintiffs in the recovery process. As I explained in my letter, there is a risk that the disks could be altered or damaged in any recovery effort. Before proceeding with a recovery effort, we want to have an understanding with plaintiffs that Deloitte will not be responsible for such alteration or damage.

Second, you asked whether Deloitte has produced its 2000 audit working papers and where they can be found in Deloitte's document productions. The 2000 audit working papers are at the following bates ranges: D&T 0006609 to D&T 00011098 (production on July 18, 2005); and D&T 0017765 to D&T 0018480 and D&T 0018885 to D&T 0018889 (production on October 28, 2005). As we informed plaintiffs at the time of Deloitte's second production of documents, certain fiscal year 2000 electronic working papers were produced at that time to correct or supplement the prior production; a chart detailing these electronic working papers can be found at D&T 0085578 to D&T 0085582. You also suggested that Deloitte's document production ended with bates numbers in the 29,000s. Please be advised that you appear to be excluding Deloitte's third wave of production, which included documents bates numbered D&T 0029214 to D&T 0085582. This production was picked up from my offices by your vendor on August 24, 2006, who scanned the documents and, we have been advised, delivered a disk to your colleagues in San Diego and your co-counsel at Johnson & Perkinson.

Third, you asked whether we have produced all audit working papers relating to the restatement of the 1997 and 1998 financials. The restatement relates to periods prior to 1999, and outside the applicable discovery period.

If you have any additional questions, please do not hesitate to call me.

Very truly yours,

*William R. Maguire*

cc: Jacob B. Perkinson, Esq.