# EXHIBIT 32



# Form 424B4

## PRICELINE COM INC - PCLN

Filed: March 31, 1999 (period: )

Form of prospectus disclosing information facts events covered in both forms 424B1 424B3

10. COMMITMENTS AND CONTINGENCIES (CONTINUED)

CAPITAL LEASES--Priceline.com leases certain machinery and equipment costing $74,711 under a capital lease agreement. Accumulated depreciation on this equipment was $2,075 and $26,979 at December 31, 1997, and December 31, 1998, respectively. These amounts are included in property and equipment in Note 4.

Future minimum lease payments, including interest, under the capital lease at December 31, 1998 are as follows:

YEAR ENDING DECEMBER 31,

| | |
|---|---:|
| 1999 | $ 30,389 |
| 2000 | 30,389 |
| Total minimum lease payments | 60,778 |
| Less amounts representing interest | 9,671 |
| Present value of future minimum lease payments | 51,107 |
| Less current portion of obligations | 25,033 |
| Obligations under capital leases, net of current portion | $ 26,074 |

11. BENEFIT PLAN

Priceline.com adopted a defined contribution 401(k) savings plan (the "Plan") during 1998 covering all employees who are at least 21 years old and have completed 6 months of service. The Plan allows eligible employees to contribute up to 20% of their eligible earnings, subject to a statutorily prescribed annual limit. The Company may make matching contributions on a discretionary basis to the Plan. All participants are fully vested in their contributions and investment earnings. During the year ended December 31, 1998, the Company did not make any matching contributions to the Plan.

12. SUBSEQUENT EVENTS

On March 25, 1999, the Company obtained shareholder approval of a 1.25 for 1 stock split of its common stock and an increase in the authorized shares of its common stock to 1,000,000,000 shares. In conjunction with the stock split the par value of the common stock was reduced from $.01 per share to $.008 per share. All share and per share data have been retroactively adjusted to reflect the stock split.

On March 24, 1999, priceline.com exercised its call option to purchase Priceline Travel for nominal consideration and Priceline Travel was merged into priceline.com.

On March 3, 1999, Capital One Bank notified the Company of its termination of its adaptive marketing program effective May 1, 1999.

13. RESTATEMENT

Subsequent to the issuance of the Company's combined 1998 financial statements, the Company's management determined that the calculation of the fair value of the Delta warrant, other airline warrants and the beneficial conversion feature on the Series B Preferred Stock should be revised. The fair value of the Delta warrant and the other airline warrants has been revised to reflect the change in the volatility assumption from 50% to 132%, eliminate the "large block" and lack of marketability discounts, and consider the warrant's anti-dilution and exercisability features. As a result, the 1998 combined financial statements have been restated from the amounts previously reported to recognize an additional $22.0 million of expense based upon the revised fair value of the warrants at December 31, 1998, of which

### 13. RESTATEMENT (CONTINUED)

$3.0 million is included in the cost of revenues-supplier warrant costs and $19.0 million is included in expenses-supplier start-up warrant costs. In addition, the value of the beneficial conversion feature on the Series B Preferred Stock has been revised to calculate such amount based on 22,500,000 shares. As a result, additional paid-in capital and accumulated deficit have been restated from amounts previously reported to recognize an additional $883,424 of accretion of preferred stock based on the revalued beneficial conversion feature.

A summary of the significant effects of the restatement is as follows:

|  | AS PREVIOUSLY REPORTED | AS RESTATED |
|---|---|---|
| At December 31, 1998: | | |
| Additional paid-in capital | $ 148,224,070 | $ 171,155,186 |
| Accumulated deficit | (94,008,289) | (116,939,405) |
| For the year ended December 31, 1998: | | |
| Cost of revenues-supplier warrant costs | -- | 3,029,014 |
| Expenses-supplier start-up warrant costs | 38,960,000 | 57,978,678 |
| Net loss | (90,194,807) | (112,242,499) |
| Accretion on preferred stock | (1,300,000) | (2,183,424) |
| Net loss applicable to common shareholders | (91,494,807) | (114,425,923) |
| Basic and diluted loss per common share | (1.13)(1) | (1.41) |

---

(1) Basic and diluted loss per common share as previously reported has been restated for a 1.25 for one stock split.

F-21