UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

IN RE: PRICELINE.COM　　　　　　　　　　　　:
SECURITIES LITIGATION,　　　　　　　　　　　:　　MASTER FILE NO.
　　　　　　　　　　　　　　　　　　　　　　:　　3:00-CV-01884 (AVC)
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
This document relates to:　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　July 27, 2007
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　ALL ACTIONS　　　　　　　　　　:

------------------------------------------------------------------x

**DELOITTE & TOUCHE LLP'S MOTION FOR LEAVE TO FILE SUBMISSION
OF SUPPLEMENTAL AUTHORITIES AND SUR-REPLY IN OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

　　　　　Deloitte & Touche LLP ("Deloitte") respectfully seeks leave of the Court to file the accompanying submission of supplemental authorities and sur-reply in opposition to plaintiffs' motion for leave to file a second amended complaint. Following Deloitte's June 20, 2007 filing of its brief in Opposition to plaintiffs' pending motion to amend, on June 21, 2007, the Supreme Court issued its decision in *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 127 S. Ct. 2499 (2007), and on July 11, 2007, the Second Circuit Court of Appeals issued its decision in *ATSI Communications, Inc. v. Sharr Fund Ltd.*, __ F.3d __, Nos. 05-5132, 05-2593, 2007 WL 1989336 (2d Cir. July 11, 2007). These decisions control how the District Court should decide whether a securities fraud claim can survive a motion to dismiss.

　　　　　Further, plaintiffs' reply memorandum contains new arguments which plaintiffs presented for the first time on reply and which are directly contrary to controlling Second Circuit precedent, *Rothman v. Gregor*, 220 F.3d 81 (2d Cir. 2000) and *In re Agent Orange Product*

*Liability Litigation*, 818 F.2d 145, 162-63 (2d Cir. 1987). Accordingly, Deloitte did not have an opportunity to address these controlling decisions in its Opposition brief.

WHEREFORE, Deloitte respectfully requests that this Court grant this motion and grant Deloitte leave to file the accompanying submission of supplemental authorities and sur-reply.

Dated: July 27, 2007

    Respectfully submitted,

    /s/ Thomas J. Finn
    Eric W. Wiechmann (CT 04331)
    Thomas J. Finn (CT 20929)
    McCARTER & ENGLISH, LLP
    CityPlace I
    Hartford, Connecticut 06103
    (860) 275-6700

    William R. Maguire (CT 23375)
    David W. Wiltenburg
    Kenneth M. Katz
    David B. Shanies
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004
    (212) 837-6000

    *Attorneys for Deloitte & Touche LLP*

## CERTIFICATION

I hereby certify that on this 27th day of July 2007 a copy of the foregoing Motion for Leave to File Submission of Supplemental Authorities and Sur-Reply in Opposition to Plaintiffs' Motion For Leave to File a Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas J. Finn
Eric W. Wiechmann (CT 04331)
Thomas J. Finn (CT 20929)
McCARTER & ENGLISH
CityPlace I
Hartford, Connecticut 06103
Tel: (860) 275-6700