UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION :<br>_____ :<br> :<br>This document relates to: :<br> :<br>ALL ACTIONS :<br> :<br> :<br> : | MASTER FILE NO.<br>3:00CV01884 (AVC) |

LEAD PLAINTIFFS' MOTION FOR ENTRY OF ORDER APPROVING
DISTRIBUTION OF EXPENSE REIMBURSEMENT TO LEAD PLAINTIFFS
PURSUANT TO 15 U.S.C. § 78u-4(a)(4)

**SCOTT + SCOTT, LLP**
David R. Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel:  (860) 537-5537
Fax:  (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan
19th Floor, Suite 1915
75 Rockefeller Plaza
New York, NY  10019
Tel:  (212) 710-1040
Fax:  (212) 710-1041

**SCOTT + SCOTT, LLP**
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH  44022
Tel:  (440) 247-8200
Fax:  (440) 247-8275

**Co-Lead Counsel**

**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

**Co-Lead Counsel**

On July 19, 2007, this Court granted plaintiffs' motions for final approval of the proposed class action settlement, and for an award of attorney's fees and reimbursement of expenses (Dkt. No. 479). Accordingly, Lead Plaintiffs, by and through their counsel, hereby respectfully request that the Court enter the concurrently filed [Proposed] Order Authorizing Distribution of Expense Reimbursement to Lead Plaintiffs Pursuant to 15 U.S.C. § 78u-4(A)(4).

Section 21D of the Private Securities Litigation Reform Act of 1995 ("PSLRA") provides that in securities class actions, "the share of any final judgment or of any settlement that is awarded to a representative party serving on behalf of a class shall be equal, on a per share basis, to the portion of the final judgment or settlement awarded to all other members of the class."15 U.S.C § 78u-4(a)(4) In addition to a proportionate share in the class settlement, section 21D allows for reimbursement of expenses incurred by lead plaintiffs: "[n]othing in this paragraph shall be construed to limit the award of reasonable costs and expenses (including lost wages) directly relating to the representation of the class to any representative party serving on behalf of a class." *Id.*

Consistent with the PSLRA, courts of the Second Circuit routinely grant reimbursement of expenses to lead plaintiffs in successful class actions such as this. *Hicks v. Stanley*, 2005 WL 2757792 *10 (S.D.N.Y. 2005) ("Courts in this Circuit routinely award such costs and expenses both to reimburse the named plaintiffs for expenses incurred through their involvement with the action and lost wages, as well as to provide an incentive for such plaintiffs to remain involved in the litigation and to incur such expenses in the first place."); *see also In re WorldCom, Inc. Securities Litigation*, 388 F.Supp.2d 319, 359-360

(S.D.N.Y 2005); *Varljen v. H.J. Meyers & Co., Inc.*, 2000 WL 1683656 *5 (S.D.N.Y. 2000)

 Here, Lead Plaintiffs incurred costs and expenses, including lost wages and out-of-pocket expenses, directly relating to their representation of the Class. *See* Declaration of Mark Weiss, Dkt. No. 479 ($30,470.00); *See* Declaration of Marilyn Egel, Dkt. No. 479 ($8,525.00); *See* Declaration of Felix Leisinger, Dkt. No. 474 ($52,500.00); *See* Declaration of Warren Ross, Dkt. No. 479 ($2,500.00); *See* Declaration of Thomas Linton, Dkt. No. 479 ($1,650.00); *See* Declaration of John Anderson, Dkt. No. 479 ($2,451.60).

 Accordingly, Lead Plaintiffs respectfully request that the Court authorizes the distribution of expense reimbursements to the Lead Plaintiffs.

| | |
|---|---|
| Dated: August 17, 2007 | Respectfully submitted, |

  /s/ Jacob B. Perkinson
**JOHNSON & PERKINSON**
Dennis J. Johnson
Jacob B. Perkinson
Eben Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

  /s/ David R. Scott
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan (CT21415)
19th Floor, Suite 1915
75 Rockefeller Plaza
New York, NY 10019
Tel: (212) 710-1040
Fax: (212) 710-1041

**SCOTT + SCOTT, LLP**
Geoffrey M. Johnson
33 River Street
Chagrin Falls, OH 44022
Tel: (440) 247-8200
Fax: (440) 247-8275

**Co-Lead Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

  */s/ David R. Scott*
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432