## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| **IN RE: PRICELINE.COM, INC.** | : | |
| **SECURITIES LITIGATION** | : | |
| _____ | : | **MASTER FILE NO.** |
| | : | **3:00CV01884 (AVC)** |
| **This document relates to:** | : | |
| | : | |
| **ALL ACTIONS** | : | |
| | : | |
| | : | |
| | : | |

## ORDER

On July 19, 2007, this Court approved Plaintiffs' motion for final approval of the proposed class action settlement, and an award of attorneys' fees and reimbursement of expenses.

Upon lead plaintiffs' motion for approval of the payment of expense reimbursements to lead plaintiffs from the settlement, and the declarations in support therefore, payments are hereby authorized to: Mark Weiss, ($30,470.00); Marilyn Egel, ($8,525.00); Felix Leisinger, ($52,500.00); Warren Ross, ($2,500.00); Thomas Linton, ($1,650.00); John Anderson, ($2,451.60) and it is hereby ORDERED, this ___ day of August, 2007 that payments in such amounts shall be made from the settlement.

_____
United States District Judge