UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

| | |
|---|---|
| IN RE: PRICELINE.COM<br>SECURITIES LITIGATION, | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC) |
| This document relates to: | : August 30, 2007 |
| ALL ACTIONS | : |

------------------------------------------------------------------x

## DELOITTE & TOUCHE LLP'S UNOPPOSED MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Pursuant to Rule 5(e) of the Local Civil Rules of the United States District Court of the District of Connecticut, Deloitte & Touche LLP ("Deloitte") respectfully moves the Court to seal exhibits to the Declaration of William R. Maguire, dated June 20, 2007 ("Maguire Declaration"), containing information designated as "Confidential" pursuant to the Court's Protective Order entered on January 19, 2005. The exhibits include: B, C, D, F, G, H, I, M, N, O, P, Q, R, S, T, U, V, W, X, Y, Z, AA, and FF. Additionally, Deloitte moves the Court to seal portions of Deloitte's memorandum of law in opposition to plaintiffs' motion for leave to file a second amended complaint, dated June 20, 2007 ("Opposition Memorandum"), that contain quoted material from the exhibits identified above.

WHEREFORE, Deloitte respectfully requests that the Court grant its Motion to Seal and enter an order sealing exhibits B, C, D, F, G, H, I, M, N, O, P, Q, R, S, T, U, V, W, X, Y, Z, AA, and FF to the Maguire Declaration; and an order sealing portions of the Opposition Memorandum, that contain quoted material from the exhibits identified above.

Dated: August 30, 2007

    Respectfully submitted,

/s/ Thomas J. Finn
Eric W. Wiechmann (CT 04331)
Thomas J. Finn (CT 20929)
McCARTER & ENGLISH, LLP
CityPlace I
Hartford, Connecticut 06103
(860) 275-6700

William R. Maguire (CT 23375)
David W. Wiltenburg
Kenneth M. Katz
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Deloitte & Touche LLP*

## CERTIFICATION

I hereby certify that on this 30th day of August 2007 a copy of the foregoing Deloitte & Touche LLP's Unopposed Motion to Seal Portions of its Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas J. Finn
Eric W. Wiechmann (CT 04331)
Thomas J. Finn (CT 20929)
McCARTER & ENGLISH
CityPlace I
Hartford, Connecticut 06103
Tel: (860) 275-6700