UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
IN RE: PRICELINE.COM : 
SECURITIES LITIGATION, : MASTER FILE NO.
: 3:00-CV-01884 (AVC)
:
:
This document relates to: :
: August 30, 2007
:
ALL ACTIONS :
---------------------------------------------------------------x

# DELOITTE & TOUCHE LLP'S MEMORANDUM OF LAW IN SUPPORT OF ITS UNOPPOSED MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Eric W. Wiechmann (CT 04331)
Thomas J. Finn (CT 20929)
McCARTER & ENGLISH, LLP
CityPlace I
Hartford, Connecticut 06103
(860) 275-6700

William R. Maguire (CT 23375)
David W. Wiltenburg
Kenneth M. Katz
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Deloitte & Touche LLP*

On June 20, 2007, Deloitte & Touche LLP ("Deloitte") inadvertently filed by way of the Court's electronic filing system certain information which has already been designated as "Confidential" – specifically, certain exhibits attached to the Declaration of William R. Maguire and the portions of Deloitte's Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint which quote these exhibits. Pursuant to Rule 5(e) of the Local Rules of the United States District Court for the District of Connecticut, and the Court's Electronic Filing Policies and Procedures Standing Order § XIII(A), Deloitte respectfully submits this memorandum of law in support of its unopposed motion to file the confidential materials under seal.

## DISCUSSION

On January 19, 2005, the Court entered a "Protective Order" to protect confidential information disclosed by parties and non-parties in this litigation, providing that a party or non-party may designate as confidential documents containing "sensitive personal information, information constituting a trade secret, or confidential research, development, proprietary, financial or commercial information." (*See* Protective Order, Docket No. 139, at ¶¶ 2, 20.) Pursuant to this Order, documents so designated are to be marked "Confidential" when produced, and filed under seal when submitted to the Court.

During the course of discovery, Deloitte designated as "Confidential," the following exhibits to the Maguire Declaration: B, C, D, F, G, H, I, M, N, O, P, Q, R, S, T, U, V, W, X, Y, Z, AA, and FF. These documents contain client confidential information and certain of the documents also contain Deloitte's own research and analysis. For the reasons set forth below, it is respectfully submitted that the purposes of the Protective Order and the

legitimate confidentiality interests of Deloitte and its client would be served by the filing of these materials under seal. No party has opposed the relief sought on the present Motion.

### Client Confidential Information

All of the above-referenced Confidential exhibits contain non-public and confidential information furnished by Deloitte's client in connection with Deloitte's audit and tax services. A public accounting firm such as Deloitte is subject to ethical and legal obligations to maintain the confidentiality of proprietary, financial or commercial information belonging to clients. *See, e.g.*, Code of Professional Conduct § 301 (Am. Inst. of Certified Pub. Accountants 2007) (prohibiting disclosure by the auditor of the audit client's confidential information without specific consent of the client); 26 U.S.C. § 7216 (2007) (prohibiting disclosure of information obtained in connection with the preparation of tax returns). Although exceptions to confidentiality obligations may result from legal process or court orders, a public accounting firm will still undertake to limit disclosure as appropriate. *See id.*

The Protective Order recognizes the confidentiality interests of both auditor and client, contemplating the designation of sensitive information as Confidential at the time of production, followed by filing under seal to the extent such information is submitted in connection with an issue to be resolved by the Court. Having duly designated documents containing non-public client information as Confidential, Deloitte seeks through the present Motion the further protection of filing under seal as contemplated by the Protective Order. (*See* Protective Order at ¶ 5.) As the documents have been produced, no prejudice or disadvantage to any party would result from the continued maintenance of their confidential status through filing under seal.

**Deloitte's Research and Analysis**

Deloitte designated Exhibits G, M, N, O, P, U, V, W, X, Y, Z, and FF as confidential for the additional reason that they disclose Deloitte's own research and analysis. These documents reflect Deloitte's analysis and conclusions on financial reporting and tax related matters made in performing professional services for priceline.com, Inc. and Priceline WebHouse Club, Inc. Deloitte maintains these documents as confidential and non-public.

Deloitte is not seeking to avoid production of any of these materials; rather, Deloitte simply seeks protection of its confidential and non-public information. *See, e.g., Peat, Marwick, Mitchell & Co. v. Creditor's Comm. Of Ne. Dairy Coop. Fed'n, Inc.*, 65 B.R. 886, 887-88 (N.D.N.Y. 1986) (audit materials ordered produced pursuant to a protective order limiting disclosure); *In re S³ LTD.*, 242 B.R. 872, 878 (Bankr. E.D. Va. 1999) (ordering production of working papers subject to strict limitations on their dissemination and use).

## CONCLUSION

For the foregoing reasons, Deloitte respectfully requests that the Court grant Deloitte's Motion to seal portions of its June 20, 2007 filing.

Dated: August 30, 2007

                                             Respectfully submitted,

                                             /s/ Thomas J. Finn
                                             Eric W. Wiechmann (CT 04331)
                                             Thomas J. Finn (CT 20929)
                                             McCARTER & ENGLISH, LLP
                                             CityPlace I
                                             Hartford, Connecticut 06103
                                             (860) 275-6700

                                             William R. Maguire (CT 23375)
                                             David W. Wiltenburg
                                             Kenneth M. Katz
                                             HUGHES HUBBARD & REED LLP
                                             One Battery Park Plaza
                                             New York, New York 10004
                                             (212) 837-6000

                                             *Attorneys for Deloitte & Touche LLP*

## **CERTIFICATION**

I hereby certify that on this 30th day of August 2007 a copy of the foregoing Deloitte & Touche LLP's Memorandum of Law in Support of its Unopposed Motion to Seal Portions of its Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas J. Finn
Eric W. Wiechmann (CT 04331)
Thomas J. Finn (CT 20929)
McCARTER & ENGLISH
CityPlace I
Hartford, Connecticut 06103
Tel: (860) 275-6700