UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : MASTER FILE NO. : 3:00CV01844(AVC) |
| This document relates to: | : : September 13, 2007 |
| ALL ACTIONS | : : : |

**STIPULATED MOTION FOR FINAL ORDER**

WHEREAS, on July 20, 2007 this Court granted final approval of the Class Action Settlement and the Motion for Award of Attorneys' Fees and Reimbursement of Expenses.

NOW COME Lead Plaintiffs and Defendants by and through their respective counsel, and hereby move this honorable Court for an order providing for the agreed upon final judgment set forth in the Proposed Final Order attached herewith.

*For Priceline.com and Individual Defendants:*

 */s/ Marcus Green* / EFD_____

Daniel Slifkin
Marcus J. Green
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

1

Case 3:00-cv-01884-AVC   Document 492   Filed 09/13/2007   Page 2 of 3

*For Defendant Jay S. Walker:*

　　　　　　　　　　　　　　　　　*/s/ Jeanne E. Irving* / EFD
Jeanne E. Irving
Shawna Ballard
Hennigan Bennett & Dorman
865 South Figueroa St.
Suite 2900
Los Angeles, California 90017

*For Lead Plaintiffs:*

　　　　　　　　　　　　　　　　　*/s/ Eben F. Duval*

Jacob B. Perkinson
Eben F. Duval (phv01237)
Johnson & Perkinson
1690 Williston Rd.
PO Box 2305
South Burlington, Vermont 05403

David R. Scott
Beth A. Kaswan
Geoffery M. Johnson
Scott & Scott LLP
108 Norwich Ave.
Colchester, CT 06415

Case 3:00-cv-01884-AVC   Document 492   Filed 09/13/2007   Page 2 of 3

2

Certificate of Service

      I hereby certify that on September 13, 2007, a copy of the Stipulated Motion for Final Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              */s/ Eben F. Duval*
                                              Eben F. Duval (phv01237)
                                              1690 Williston Rd.
                                              South Burlington, Vermont 05403
                                              (802) 862-0030
                                              (802) 862-0060 (fax)