## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | |
| IN RE: PRICELINE.COM, INC. | : | |
| SECURITIES LITIGATION | : | |
| | : | MASTER FILE NO. |
| | : | 3:00CV01884(AVC) |
| This document relates to: | : | |
| | : | |
| ALL ACTIONS | : | |
| | :: | |

### [PROPOSED] ORDER AND FINAL JUDGMENT

This matter having come before the Court on Motion for the approval of a Settlement Agreement between the Plaintiff Class and the Settling Defendants dated May 3, 2007 (hereinafter "Agreement"), and said Motion having been heard, fully presented and submitted to the Court on July 2, 2007, and the Court having heard argument and reviewed the Agreement, and having issued a ruling approving the class action settlement and attorneys' fees and expenses on July 20, 2007, does hereby ORDER:

1.	Any and all claims against all released persons and entities under the Agreement are hereby dismissed with prejudice and barred, but only to the extent released under the Agreement.

2.	All of the parties to the Agreement shall take all steps necessary to implement all of the provisions of the Agreement.

3.	There is no just reason to delay its entry and, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the clerk is hereby directed to enter this Final Judgment.

4.	Notwithstanding the finality of this Judgment, the Court retains jurisdiction over the parties to the Agreement for the administration, interpretation, effectuation or enforcement of the Agreement and this Order and Final Judgment.

Dated:

_____
UNITED STATES DISTRICT JUDGE