UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : : : : : | MASTER FILE NO.<br>3:00-CV-1884(AVC) |
| This document relates to:<br><br>ALL ACTIONS | : : : | |

**ORDER**

On July 19, 2007, this court approved the plaintiffs' motion for final approval of the proposed class action settlement, and an award of attorneys' fees and reimbursement of expenses.

The lead plaintiffs' motion for approval of expense reimbursements is granted and payments are hereby authorized as follows: Mark Weiss in the amount of $30,470.00; Marilyn Egel in the amount of $8, 525.00; Felix Leisinger in the amount of $52,500.00; Warren Ross in the amount of $2,500.00; Thomas Linton in the amount of $1,650.00; and John Anderson in the amount of $2,451.60.

It is hereby ordered this 9th day of October, 2007, at Hartford, Connecticut.

                                              /s/
                                              Alfred V. Covello,
                                              United States District Judge