FORM 1

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : |
| This document relates to: ALL ACTIONS | : MASTER FILE NO. : 3:00CV01884 (AVC) : : : : : |

### NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(a)(1), <u>Plaintiffs Mark Weiss, Marilyn Egel, Warren Ross, Thomas Linton and John Anderson, et al.</u> hereby gives notice and appeals to the
(appealing party)
United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

<u>Order Denying Plaintiffs' Motion For Leave To Serve And File A Second Amended Complaint</u>

2. The Judgment/Order in this action was entered on <u>November 29, 2007</u>.

(date)

_____
Signature

**David R. Scott**
Print Name
**Scott + Scott, LLP**

**108 Norwich Ave., P.O. Box 192,**
**Colchester, CT 06415**
Address
**(860) 537-5537**
Telephone Number

Date: December 21, 2007

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

## SERVICE LIST

Joseph L. Clasen
William Kelleher
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
Stamford, CT 06904-2305

Terence J. Gallagher, III
Thomas D. Goldberg
DAY, BERRY & HOWARD
One Canterbury Green
Stamford, CT 06901-2047

Bruce Bennett
Jeanne E. Irving
J. Michael Hennigan
Shawna Ballard
HENNIGAN, BENNETT & DORMAN
865 S. Figueroa St., Ste. 2900
Los Angeles, CA 90017

Daniel Slifkin
Robert Simonds
CRAVATH, SWAINE & MOORE
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019

Dennis J. Johnson
Jacob B. Perkinson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Andrew M. Schatz
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06106

J. Daniel Sagarin
HURWITZ SAGARIN & SLOSSBERG
147 North Broad St., PO Box 112
Milford, CT 06460-0112