UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : <br> : <br> : <br> : | MASTER FILE NO.<br>3:00CV01884(AVC) |
| This document relates to: | : <br> : <br> : | MOTION FOR ENTRY OF<br>FINAL ORDER |
| ALL ACTIONS | : <br> : | |

WHEREAS, by its Ruling on Motion for Leave to File a Second Amended Complaint filed November 29, 2007, this Court denied Plaintiffs' motion for leave to file a Second Amended Complaint against Deloitte & Touche LLP (the "Ruling"), and Plaintiffs have noticed an appeal of the Ruling; and

WHEREAS, this Court has finally approved a stipulation and agreement of settlement (the "Settlement Agreement") between Plaintiffs and Defendants Priceline.com, N. J. Nicholas, Daniel Schulman, Richard S. Braddock and Jay S. Walker (the "Settling Defendants") attached hereto as Exhibit 1; and

WHEREAS, the Settlement Agreement, in ¶ 23(b), provided for the entry of a form of an order and final judgment that included releases of the Settling Defendants and other interested persons that had been negotiated and agreed upon by Plaintiffs and the Settling Defendants; and

WHEREAS, Plaintiffs and the Settling Defendants have brought the form of the proposed order and final judgment current to reflect the rulings and decisions entered by this Court since the Settlement Agreement was signed on May 3, 2007, and have agreed to the form of an order and final judgment, as attached hereto as Exhibit 2;

Pursuant to Fed. R. Civ. P. 58(d), Plaintiffs, with the consent of the Settling Defendants, respectfully move this Court to enter the Order and Final Judgment attached hereto as Exhibit 2.

Dated: February 4, 2008

Respectfully submitted,

_/s/ David R. Scott_

SCOTT + SCOTT LLP
David R. Scott, Fed. Bar No. CT16080
Erin Green Comite, Fed. Bar No. CT24886
108 Norwich Avenue
P. O. Box 192
Colchester, CT  06415
Telephone:  (860) 537-5537
Facsimile:  (860) 537-4432

SCOTT + SCOTT LLP
Beth A. Kaswan, Fed. Bar No. CT21415
29 West 57th Street
New York, NY  10019
Telephone:  (212) 223-6444
Facsimile:  (212) 223-6334

SCOTT + SCOTT, LLP
Geoffrey M. Johnson
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone:  (216) 229-6088
Facsimile:  (216) 229-6092

JOHNSON & PERKINSON
Dennis J. Johnson
Jacob B. Perkinson
Eben F. Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT  05403
Telephone:  (802) 862-0030
Facsimile:  (802) 862-0060

**Co-Lead Counsel**