## Certificate of Service

I hereby certify that on February 4, 2008, a copy of the MOTION FOR ENTRY OF FINAL ORDER was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

       /s/ David R. Scott
      David R. Scott (CT 16080)
      Erin Green Comite (CT 24886)
      Scott + Scott LLC
      P.O. Box 192
      108 Norwich Avenue
      Colchester, CT  06415
      P: (860) 537-5537
      F: (860) 537-4432
      drscott@scott-scott.com
      ecomite@scott-scott.com