UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : <br> : <br> : <br> : | MASTER FILE NO.<br>3:00CV01884(AVC) |
| This document relates to: | : <br> : | REQUEST FOR ENTRY OF<br>FINAL JUDGMENT |
| ALL ACTIONS | : <br> : | |

Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request the Court to enter a final judgment reflecting its dismissal of this action with prejudice as to Deloitte & Touche LLP ("Deloitte") and respectfully request that the judgment be set forth in a separate document pursuant to Rule 58(a).

WHEREAS on October 7, 2004, the Court rendered a Memorandum of Decision dismissing this action as to Defendant Deloitte without prejudice, and granting leave to replead, without imposing a deadline;

WHEREAS on November 2, 2004, the Court entered an Order, providing that if Plaintiffs wished to amend their pleadings, they should seek permission to do so under Fed. R. Civ. P. 15;

WHEREAS Plaintiffs, on May 14, 2007, submitted a Second Amended Complaint asserting claims against Deloitte, along with a Fed. R. Civ. P. 15 motion for leave to file it;

WHEREAS by a ruling dated November 29, 2007, the Court denied Plaintiffs' motion to file the Second Amended Complaint against Deloitte;

WHEREAS on December 21, 2007, Plaintiffs filed a notice of appeal of the ruling dated November 29, 2007; and

WHEREAS on February 7, 2008, in a Pre-Argument Conference conducted for the appeal pursuant to the Second Circuit Court of Appeals Civil Appeal Management Plan, Plaintiffs were directed to withdraw their apparently premature appeal with a conditional right of reinstatement, and to request this Court to enter a separate judgment reflecting its dismissal of Plaintiffs' claims against Deloitte with prejudice;

THEREFORE, Plaintiffs respectfully request that the Court reflect its final dismissal of claims against Deloitte in a separate document pursuant to Rule 58. A proposed form of judgment is attached hereto.

Dated: February 8, 2008

Respectfully submitted,

*/s/ David R. Scott*

SCOTT + SCOTT LLP
David R. Scott, Fed. Bar No. CT16080
Erin Green Comite, Fed. Bar No. CT24886
108 Norwich Avenue
P. O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT LLP
Beth A. Kaswan, Fed. Bar No. CT21415
29 West 57th Street
New York, NY 10019
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

SCOTT + SCOTT, LLP
Geoffrey M. Johnson
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092

JOHNSON & PERKINSON
Dennis J. Johnson

Jacob B. Perkinson
Eben F. Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT  05403
Telephone:  (802) 862-0030
Facsimile:  (802) 862-0060

**Co-Lead Counsel**

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, a copy of the Request for Entry of Final Judgment was filed electronically and served by mail on any counsel of record unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's CM/ECF electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                                              /s/ David R. Scott

                                                           SCOTT + SCOTT LLP
                                                           David R. Scott, Fed. Bar No. CT16080
                                                           Erin Green Comite, Fed. Bar No. CT24886
                                                           108 Norwich Avenue
                                                           P. O. Box 192
                                                           Colchester, CT  06415
                                                           Telephone:  (860) 537-5537
                                                           Facsimile:  (860) 537-4432