UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION | : <br> : <br> : <br> : | MASTER FILE NO.<br>3:00CV01884(AVC) |
| This document relates to:<br><br>ALL ACTIONS | : <br> : <br> : <br> : <br> : | |

ORDER AND FINAL JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims against Deloitte & Touche LLP are hereby dismissed with prejudice, and final judgment is entered in favor of Deloitte & Touche LLP.

Dated: _____, 2008

_____
THE HONORABLE ALFRED V. COVELLO
UNITED STATES DISTRICT COURT JUDGE