UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION : | |
| : | MASTER FILE NO. |
| : | 3:00-CV-1884(AVC) |
| This document relates to: : | |
| ALL ACTIONS : | |

### Final Judgment re: Deloitte and Touche LLP

This matter having come before the court for the approval of a settlement agreement between the plaintiff class and the settling defendants and the court having granted said motion with respect to those defendants and the court having denied a motion to amend the complaint with respect to claims against Deloitte and Touche LLP, the court hereby orders that any and all claims against them are hereby dismissed and final judgment shall enter with respect to Deloitte and Touche LLP.

It is so ordered this ____ day of February, 2008, at Hartford, Connecticut.

_____
Alfred V. Covello,
United States District Judge