## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : MASTER FILE NO.<br>: 3:00-CV-01884 (AVC)<br>:<br>: |
| This document relates to:<br><br>ALL ACTIONS | :<br>: March 11, 2008<br>: |

**DECLARATION OF JEANNE E. IRVING IN SUPPORT OF JOINT MOTION BY THE SETTLING DEFENDANTS FOR CORRECTION OF JUDGMENT, OR ALTERNATIVELY AMENDMENT OF JUDGMENT, TO UNAMBIGUOUSLY <u>PROVIDE FOR AN ORDER BARRING CONTRIBUTION CLAIMS</u>**

I, Jeanne E. Irving, under penalty of perjury declare as follows:

1. I am a member of the firm Hennigan, Bennett & Dorman LLP, attorneys for defendant Jay S. Walker ("Walker") in this action. I submit this reply declaration in support of the attached motion ("Motion") brought jointly by Defendants Priceline.com, N.J. Nicholas, Daniel Schulman, Richard S. Braddock and Jay S. Walker (the "Settling Defendants").

2. Attached hereto as Exhibit 1 is a true and correct copy of the proposed form of corrected judgment sought in the Motion. Attached hereto as Exhibit 2 is a true and correct copy of a mark-up of the proposed form of corrected judgment comparing the proposed corrected judgment to the judgment entered with respect to the Settling Defendants on February 26, 2008.

71440320.1

3. Attached hereto as Exhibit 3 is a true and correct copy of the Stipulation and Agreement of Settlement, including Exhibit B thereto (but omitting Exhibit A), entered into between the plaintiffs and the Settling Defendants and which has been approved by this Court.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Court's Ruling on Motions for Approval of Class Action Settlement and Attorneys' Fees and Expenses, issued on or about July 20, 2007.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Motion for Entry of Final Judgment, including Exhibits, filed on or about February 4, 2008.

6. Attached hereto as Exhibit 6 is a true and correct copy of the Final Judgment entered on February 26, 2008 with respect to the Settling Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2008.

    /s/  Jeanne E. Irving

Jeanne E. Irving