# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC.<br>SECURITIES LITIGATION : <br> : <br> : MASTER FILE NO.<br> : 3:00-CV-1884(AVC)<br>This document relates to: : <br> : <br>ALL ACTIONS : | |

## Final Judgment

This matter having come before the court on a motion for the approval of a settlement agreement between the plaintiff class and the settling defendants and the court having granted said motion after a hearing pursuant to Federal Rule of Civil Procedure 23(e), approving the settlement, and the requested attorneys' fees and expenses, the court hereby orders as follows:

1. Any and all claims against all released persons and entities under the agreement are hereby dismissed with prejudice and barred, but only to the extent released under the agreement;

2. All of the parties to the agreement shall take steps necessary, to the extent they have not already done so, to implement all of the provisions of the agreement; and

3. The clerk is hereby directed to enter this judgment.

It is so ordered this _____ day of February, 2008, at Hartford, Connecticut.

_____
Alfred V. Covello,
United States District Judge