UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PRICELINE.COM, INC. SECURITIES LITIGATION | : : : : MASTER FILE NO. : 3:00CV01884 (AVC) |
| This document relates to: ALL ACTIONS | : : : : : |

## INDEX TO RECORD ON APPEAL

By agreement of the parties in the above-captioned case, on appeal to the Second Circuit Court of Appeals (docket no. 08-0035), the following documents shall be included in the record on appeal:

1. Class Action Complaint dated Oct. 2, 2000 (Doc. ID No. 1)

2. Motion for Consolidation of Related Cases, Appointment of Lead Plaintiffs, and Approval of Lead Plaintiffs' Selection of Counsel dated. Dec. 1, 2000 (Doc. ID No. 11)

3. Memorandum in Support of Motion for Consolidation of Related Cases, Appointment of Lead Plaintiffs, and Approval of Lead Plaintiffs' Selection of Counsel dated Dec. 1, 2000 (Doc. ID No. 12)

4. Order consolidating related cases and appointing lead plaintiffs dated Sept. 12, 2001 (Doc. ID No. 33)

5. Consolidated Amended Complaint dated Oct. 29, 2001 (Doc. ID No. 36)

6. Motion by Deloitte & Touche to Dismiss the Consolidated Amended Complaint dated Feb. 28, 2002 (Doc. ID No. 67)

7. Memorandum of Law in Support of the Motion of Deloitte & Touche LLP to Dismiss the Consolidated Amended Complaint dated Feb. 28, 2002 (Doc. ID No. 68)

8. Declaration of William R. Maguire dated Feb. 28, 2002 (Doc. ID No. 69)

9. Plaintiffs' Opposition to Defendant Deloitte & Touche LLP's Motion to Dismiss the Consolidated Amended Complaint dated May 28, 2002 (Doc. ID No. 79)

10. Reply Memorandum of Law in Further Support of the Motion of Deloitte & Touche LLP to Dismiss the Consolidated Amended Complaint dated June 28, 2002 (Doc. ID No. 82)

11. Notice of Supplemental Authority Re Motion to Dismiss of Defendant Deloitte & Touche LLP dated Feb. 14, 2003 (Doc. ID No. 86)

12. Memorandum of Decision dated Oct. 7, 2004 (Doc. ID No. 101)

13. Form 26(f) Report of Parties' Planning Meeting dated Oct. 29, 2004 (Doc. ID No. 105)

14. Order re Report of Rule 26(f) Planning Meeting Discovery dated Nov. 2, 2004 (Doc. ID No. 107)

15. Protective Order dated Jan. 19, 2005 (Doc. ID No. 139)

16. Memorandum of Decision and Order dated June 13, 2005 (Doc. ID No. 184)

17. Notice of Withdrawal of Plaintiffs' Second Motion to Compel Discovery from Deloitte & Touche LLP dated Oct. 11, 2005 (Doc. ID No. 225)

18. Plaintiffs' Motion to Compel dated Dec. 14, 2005 (Doc. ID No. 246)

19. Plaintiffs' Memorandum in Support of Motion to Compel dated December 14, 2005 (Doc. ID No. 248)

20. Deloitte & Touche LLP's Memorandum in Response to Plaintiffs' Motion to Compel dated January 4, 2006 (Doc. ID No. 252)

21. Order denying Plaintiffs' Third Motion to Compel Discovery dated May 30, 2006 (Doc. ID No. 310)

22. Plaintiffs' Motion for Leave to Serve and File a Second Amended Complaint, dated May 14, 2007 (Doc. ID No. 449)

23. Plaintiffs' Memorandum of Law in Support of Their Motion for Leave to Serve and File a Second Amended Complaint dated May 14, 2007 (Doc. ID No. 449)

24. Declaration of Jacob B. Perkinson, Esq. in Support of Plaintiffs' Motion to Amend and File Plaintiffs' Second Amended Complaint dated May 8, 2007 (Doc. ID No. 449)

25. Deloitte & Touche LLP's Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint dated June 20, 2007 (Doc. ID No. 459)

26. Declaration of William R. Maguire in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint dated June 20, 2007 (Doc. ID No. 460)

27. Plaintiffs' Reply Memorandum in Further Support of Their Motion for Leave to Serve and File a Second Amended Complaint dated July 18, 2007 (Doc. ID No. 473)

28. Declaration of Beth A. Kaswan in Support of Plaintiffs' Motion to Amend and File a Second Amended Complaint dated July 18, 2007 (Doc. ID No. 473)

29. Plaintiffs' Motion to Seal Certain Documents dated July 26, 2007 (Doc. ID No. 481)

30. Deloitte & Touche LLP's Submission of Supplemental Authorities and Sur-Reply in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint dated July 27, 2007 (Doc. ID No. 484)

31. Plaintiffs' Notice of Supplemental Authority dated Aug. 1, 2007 (Doc. ID No. 485)

32. Deloitte & Touche LLP's Response to Plaintiffs' Notice of Supplemental Authority (Worldcom Case) dated Aug. 8, 2007 (Doc. ID No. 488)

33. Deloitte & Touche LLP's Unopposed Motion to Seal Portions of its Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint dated Aug. 30, 2007 (Doc. ID No. 490)

34. Order Approving Distribution of Expense Reimbursement to Lead Plaintiffs filed Oct. 9, 2007 (Doc. ID No. 493)

35. Ruling on Motion for Leave to File a Second Amended Complaint entered Nov. 29, 2007 (Doc. ID No. 494)

36. Notice of Appeal dated Dec. 21, 2007 (Doc. ID No. 497)

37. Motion for Judgment- Request for Entry of Final Judgment by Lead Plaintiffs dated Feb. 8, 2008 (Doc. ID No. 500)

38. Docket Entry Correction re Order on Motion for Entry of Order Approving Distribution of Expense Reimbursement dated Feb. 15, 2008 (Doc. ID No. 501)

39. Final Judgment re: Deloitte & Touche LLP entered Feb. 20, 2008 (Doc. ID No. 502)

40. Final Judgment entered Feb. 20, 2008 (Doc. ID No. 503)

41.  Joint Motion to Amend/Correct Final Judgment by Priceline.com, Inc., Richard S. Braddock, Daniel H. Schulman, N.J. Nichols, Jay S. Walker dated March 11, 2008 (Doc. ID No. 504)

Dated:  March 20, 2008                               Respectfully submitted,

                                                     _/s/ David R. Scott_____

                                                     SCOTT + SCOTT LLP
                                                     David R. Scott, Fed. Bar No. CT16080
                                                     108 Norwich Avenue
                                                     P. O. Box 192
                                                     Colchester, CT  06415
                                                     Telephone:  (860) 537-5537
                                                     Facsimile:  (860) 537-4432


                                                     SCOTT + SCOTT LLP
                                                     Beth A. Kaswan, Fed. Bar No. CT21415
                                                     29 West 57th Street
                                                     New York, NY  10019
                                                     Telephone:  (212) 223-6444
                                                     Facsimile:  (212) 223-6334

                                                     SCOTT + SCOTT, LLP
                                                     Geoffrey M. Johnson
                                                     12434 Cedar Road, Suite 12
                                                     Cleveland Heights, OH 44106
                                                     Telephone:  (216) 229-6088
                                                     Facsimile:  (216) 229-6092

                                                     JOHNSON & PERKINSON
                                                     Dennis J. Johnson
                                                     Jacob B. Perkinson
                                                     Eben F. Duval
                                                     1690 Williston Road
                                                     P.O. Box 2305
                                                     South Burlington, VT  05403
                                                     Telephone:  (802) 862-0030
                                                     Facsimile:  (802) 862-0060

                                                     **Co-Lead Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, a copy of the Index to Record on Appeal was filed electronically and served by mail on any counsel of record unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's CM/ECF electronic filing system. Parties may access this filing through the court's CM/ECF System.

/s/ David R. Scott

SCOTT + SCOTT LLP
David R. Scott, Fed. Bar No. CT16080
108 Norwich Avenue
P. O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432