UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Priceline.com<br>Securities Litigation<br>------------------------------------------------------<br>This document relates to:<br><br>ALL PENDING ACTIONS | Master File No.<br>3:00cv1884 (AVC)<br><br><br><br><br><br>April 1, 2008 |

**SETTLING DEFENDANTS' NOTICE OF NO OBJECTION TO
JOINT MOTION FOR CORRECTION OF JUDGMENT, OR
ALTERNATIVELY AMENDMENT OF JUDGMENT, TO UNAMBIGUOUSLY
PROVIDE FOR AN ORDER BARRING CONTRIBUTION CLAIMS**

Defendants Priceline.com, N.J. Nicholas, Daniel Schulman, Richard S. Braddock, and Jay Walker (the "Settling Defendants"), hereby respectfully provide notice to the Court that Plaintiffs and Deloitte & Touche LLP have reviewed and have no objection to the Settling Defendants' Joint Motion For Correction of Judgment, or Alternatively Amendment of Judgment, to Unambiguously Provide For an Order Barring Contribution Claims, dated March 11, 2008 (the "Motion"). Furthermore, counsel for Plaintiffs and counsel for Deloitte & Touche LLP have authorized counsel for the Settling Defendants to inform the Court that there is no objection to the Motion or to the entry of the proposed Corrected Judgment.

STAM1-856559-1

Accordingly, the Settling Defendants respectfully request that the Court grant the Motion and enter the Corrected Judgment in the form submitted with the Motion.

Dated: April 1, 2008

Defendants Priceline.com Inc., N.J. Nicholas, Daniel Schulman and Richard S. Braddock

By: /s/ Joseph L. Clasen      /
Joseph L. Clasen (ct04090)
ROBINSON & COLE, LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Fax: (203) 462-7599

and

Daniel Slifkin (ct21203)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700

Their Attorneys

Dated: April 1, 2008                           Defendant, Jay S. Walker


                              By:  /s/ Terrence J. Gallagher

Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Fax: (203) 977-7301
tgoldberg@daypitney.com – Email

                          - and -

J. Michael Hennigan (phv01117)
Bruce Bennett (phv01115)
Jeanne E. Irving (phv01118)
Shawna Ballard (phv01119)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
irvingj@hbdlawyers.com – Email

His Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, a copy of the foregoing Notice of No Objection to Joint Motion For Correction of Judgment, or Alternatively Amendment of Judgment, to Unambiguously Provide For an Order Barring Contribution Claims was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Joseph L. Clasen
Joseph L. Clasen