UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|   |   |
|---|---|
| IN RE: PRICELINE.COM, INC. : | |
| SECURITIES LITIGATION : | |
| : | MASTER FILE NO. |
| : | 3:00-CV-1884(AVC) |
| This document relates to: : | |
|     ALL ACTIONS : | |

### Amended Final Judgment

This matter having come before the court on a motion for the approval of a settlement agreement between the plaintiff class and the settling defendants and the court having granted said motion after a hearing pursuant to Federal Rule of Civil Procedure 23(e), approving the settlement, and the requested attorneys' fees and expenses, and the matter having further come before the court on a motion to correct or amend the judgment, the court hereby amends the judgment to conform with the initial intent of the court and the parties and the mandate of the Private Securities Litigation Reform Act and orders as follows:

1. Any and all claims against all released persons and entities under the agreement are hereby dismissed with prejudice and barred, but only to the extent released under the agreement, including the exhibits thereto;

2. Further, any and all contribution claims are barred and discharged in accordance with the Private Securities Litigation Reform Act;

3. All of the parties to the agreement shall take steps necessary, to the extent they have not already done so, to implement all of the provisions of the agreement; and

4. The clerk is hereby directed to enter this amended judgment.

It is so ordered this   1ˢᵗ day of April, 2008,  at Hartford, Connecticut.

      / s /
Alfred V. Covello,
United States District Judge